OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 15, 2005

J. Michael McMahon
Clerk, U.S. District Court
United States District Court
500 Pearl Street
New York, NY 10007-1312

    RE:    **In Re Rembrandt Technologies LP Patent Litigation-MDL 1848**
            CA 07-396 GMS (D/DE)
            CA 1:06-1739 (SD/NY)

Dear Mr. McMahon:

    In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

        Clerk, U.S. District Court
        Federal Building, Lockbox 18
        844 N. King Street
        Wilmington, DE 19801

    If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan at 302-573-4539.

        Sincerely,

        Peter T. Dalleo, Clerk

        By:_____
            Elizabeth Dinan
            Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2007

J. Michael McMahon
Clerk, U.S. District Court
United States District Court
500 Pearl Street
New York, NY 10007-1312

      RE:    **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**
                CA 07-397 GMS (D/DE)
                CA 1:07-214 (SD/NY)

Dear Mr. McMahon:

      In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

                Clerk, U.S. District Court
                Federal Building, Lockbox 18
                844 N. King Street
                Wilmington, DE 19801

      If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan at 302-573-4539.

                Sincerely,

                Peter T. Dalleo, Clerk

                By:_____
                    Elizabeth Dinan
                    Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel