OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2007

David Maland
Clerk, U.S. District Court
United States District Court
211 West Ferguson Street
Room 106
Tyler, TX 75702

RE:    **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**
CA 07-398 GMS (D/DE)
CA 2:05-443  (ED/TX)

Dear Mr. Maland:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District.  Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N.  King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan  at 302-573-4539.

Sincerely,

Peter T.  Dalleo, Clerk

By:_____
Elizabeth Dinan
Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2007

David Maland
Clerk, U.S. District Court
United States District Court
211 West Ferguson Street
Room 106
Tyler, TX 75702

RE:     **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**
        CA 07-399 GMS (D/DE)
        CA 2:06-47 (ED/TX)

Dear Mr. Maland:

        In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District.  Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

                Clerk, U.S. District Court
                Federal Building, Lockbox 18
                844 N.  King Street
                Wilmington, DE 19801

        If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan  at 302-573-4539.

                        Sincerely,

                        Peter T.  Dalleo, Clerk


                        By:_____
                            Elizabeth Dinan
                            Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2007

David Maland
Clerk, U.S. District Court
United States District Court
211 West Ferguson Street
Room 106
Tyler, TX 75702

RE:     **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**
CA 07-400 GMS (D/DE)
CA 2:06-223 (ED/TX)

Dear Mr. Maland:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District.  Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N.  King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan  at 302-573-4539.

Sincerely,

Peter T.  Dalleo, Clerk

By:_____
        Elizabeth Dinan
        Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2007

David Maland
Clerk, U.S. District Court
United States District Court
211 West Ferguson Street
Room 106
Tyler, TX 75702

RE:    **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**
CA 07-401 GMS (D/DE)
CA 2:06-224 (ED/TX)

Dear Mr. Maland:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District.  Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N.  King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan  at 302-573-4539.

Sincerely,

Peter T.  Dalleo, Clerk

By:_____
Elizabeth Dinan
Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2007

David Maland
Clerk, U.S. District Court
United States District Court
211 West Ferguson Street
Room 106
Tyler, TX 75702

      RE:    **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**
             CA 07-402 GMS (D/DE)
             CA 2:06-369 (ED/TX)

Dear Mr. Maland:

     In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District.  Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

                 Clerk, U.S. District Court
                 Federal Building, Lockbox 18
                 844 N.  King Street
                 Wilmington, DE 19801

     If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan  at 302-573-4539.

                 Sincerely,

                 Peter T.  Dalleo, Clerk

                 By:_____
                     Elizabeth Dinan
                     Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo                                                                    LOCKBOX 18
CLERK                                                                            844 KING STREET
                                                                              U.S. COURTHOUSE
                                                                       WILMINGTON, DELAWARE 19801
                                                                                (302) 573-6170

June 21, 2007

David Maland
Clerk, U.S. District Court
United States District Court
211 West Ferguson Street
Room 106
Tyler, TX 75702

RE:     **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**
        CA 07-403 GMS (D/DE)
        CA 2:06-506 (ED/TX)

Dear Mr. Maland:

        In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer*
issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case
in your District.  Kindly forward the complete original file, together with a certified copy of the
docket sheet, to the District of Delaware at the following address:

                        Clerk, U.S. District Court
                        Federal Building, Lockbox 18
                        844 N.  King Street
                        Wilmington, DE 19801

        If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth
Dinan  at 302-573-4539.

                                        Sincerely,

                                        Peter T.  Dalleo, Clerk


                                        By:_____
                                              Elizabeth Dinan
                                              Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2007

David Maland
Clerk, U.S. District Court
United States District Court
211 West Ferguson Street
Room 106
Tyler, TX 75702

RE:    **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**
CA 07-404 GMS (D/DE)
CA 2:06-507 (ED/TX)

Dear Mr. Maland:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District.  Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N.  King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan  at 302-573-4539.

Sincerely,

Peter T.  Dalleo, Clerk

By:_____
Elizabeth Dinan
Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel