OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 26, 2007

Kathleen Farrell-Wilhoughby  
Clerk, U.S. Bankruptcy Court  
United States Bankruptcy Court  
Manhattan Office  
One Bowling Green  
New York, New York 10004

      RE:    **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**  
               CA 07-396 GMS (D/DE)  
               CA 1:06-1739 (SD/NY)

Dear Ms. Farrell-Wilhoughby:

      In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

               Clerk, U.S. District Court  
               Federal Building, Lockbox 18  
               844 N. King Street  
               Wilmington, DE 19801

      If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan at 302-573-4539.

               Sincerely,

               Peter T. Dalleo, Clerk

               By:_____  
                   Elizabeth Dinan  
                   Deputy Clerk

Enc.  
cc:   Jeffrey N. Luthi, Clerk of the Panel

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 15, 2005

J. Michael McMahon
Clerk, U.S. District Court
United States District Court
500 Pearl Street
New York, NY 10007-1312

RE: **In Re Rembrandt Technologies LP Patent Litigation-MDL 1848**
CA 07-396 GMS (D/DE)
CA 1:06-1739 (SD/NY)

Dear Mr. McMahon:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N. King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth Dinan at 302-573-4539.

Sincerely,

Peter T. Dalleo, Clerk

By:_____
Elizabeth Dinan
Deputy Clerk

Enc.
cc: Jeffrey N. Luthi, Clerk of the Panel