IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) |
| REMBRANDT TECHNOLOGIES, LP | ) MDL-1848 (GMS) |
| PATENT LITIGATION | ) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Karen Jacobs Louden of the law firm of Morris, Nichols, Arsht & Tunnell LLP for defendants Comcast Cable Communications LLC, Comcast Corp., and Comcast of Plano, LP.

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Karen Jacobs Louden*

      Karen Jacobs Louden (#2881)
      klouden@mnat.com
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE 19899-1347
      (302) 658-9200
        Attorneys for defendants Comcast Cable
        Communications LLC, Comcast Corp., and
        Comcast of Plano, LP

OF COUNSEL:

Robert A. Van Nest
Brian L. Ferrall
Daralyn J. Durie
Leo L. Lam
Mathew M. Werdegar
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

June 26, 2007

899260

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 26, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> James Michael Lennon
> Womble Carlyle Sandridge & Rice, PLLC

I also certify that copies were caused to be served on June 26, 2007 upon the following in the manner indicated:

### BY HAND

> James Michael Lennon
> Womble Carlyle Sandridge & Rice, PLLC
> 222 Delaware Ave., Ste. 1500
> Wilmington, DE 19801

*/s/ Karen Jacobs Louden*

klouden@mnat.com