### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Rembrandt Technologies, LP Patent Litigation | ) ) ) | MDL Docket No. 1:07-md-01848-GMS |
| | ) ) | |
| REMBRANDT TECHNOLOGIES, LP, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-404-GMS |
| COMCAST CORPORATION, ET AL. | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE TO OBJECTIONS TO MAGISTRATE JUDGE'S CLAIM CONSTRUCTION RULING**

On June 5, 2007, the Magistrate Judge in the Eastern District of Texas entered a Memorandum Opinion and Order on claim construction ("Claim Construction Order") in Civil Action No. 05-443 styled *Rembrandt Technologies, Inc. v. Comcast Corp. et al.* (the "Comcast 1 Action"). On June 19, 2007, the Comcast Defendants in the Comcast 1 Action filed their objections to the Claim Construction Order. On June 20, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") issued a Transfer Order consolidating numerous civil actions instituted by Rembrandt Technologies, L.P. ("Rembrandt") before the Honorable Gregory M. Sleet in the United States District Court of Delaware, including the Comcast 1 Action (D.I. 1-3, 5).

Rembrandt's response to the Comcast Defendants' Objections is due on July 2, 2007. Given the consolidation of this case by the JPML and its transfer to this Court, Plaintiff

Rembrandt seeks to extend the date for filing its response to the objections of the Comcast Defendants to the Claim Construction Order for two weeks to July 16, 2007. Counsel for the Comcast Defendants have agreed to this extension. The Comcast Defendants, by agreeing to this extension, do not agree that the Magistrate Judge's findings have any effect or that any further claim construction briefing or other activities should continue outside of whatever global, coordinated procedure the Court may establish for the multidistrict litigation proceeding. Rembrandt does not seek this extension to delay the case nor will this extension impact the trial date for this case.

STIPULATED AND AGREED:

/s/ Kevin M. Baird
Kevin M. Baird
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
222 Delaware Avenue, Suite 1501
Wilmington, DE 190801
Telephone: (302)-252-4324
Telecopier: (302)-661-7724

Sam Baxter
Texas State Bar No. 01938000
**MCKOOL SMITH, P.C.**
505 E. Travis Street, Suite 105
Marshall, TX 75670
Telephone: (903) 927-2111
Telecopier: (903) 927-2622
sbaxter@mckoolsmith.com

Jeffrey A. Carter
Texas State Bar No. 03919400
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4006
Telecopier: (214) 978-4044
jcarter@mckoolsmith.com

/s/ Karen Jacobs Louden
Karen Jacobs Louden
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Jennifer Haltom Doan
Texas Bar No. 08809059
John Peyton Perkins, III
Texas Bar No. 24043457
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Telecopier: (903) 255-0800

Harry ("Gil") L. Gillam, Jr.
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450

| | |
|---|---|
| Travis Gordon White<br>Texas State Bar No. 21333000<br>**MCKOOL SMITH, P.C.**<br>300 W. 6th Street, Suite 1700<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>**ATTORNEYS FOR PLAINTIFF<br>REMBRANDT TECHNOLOGIES, INC.** | Brian Ferrall<br>Leo Lam<br>Steven Taylor<br>Matthew Werdegar<br>**KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Telecopier: (415) 397-7188<br><br>**ATTORNEYS FOR DEFENDANTS<br>COMCAST CORPORATION,<br>COMCAST CABLE<br>COMMUNICATIONS, LLC, and<br>COMCAST OF PLANO, LP** |

Dated: July 2, 2007

    **SO ORDERED**, this _____ day of July, 2007.

                                                               _____
                                                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically and contemporaneously served upon all counsel who have consented to electronic service on this the 2nd day of July, 2007.

/s/ Kevin M. Baird
Kevin M. Baird