IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | MDL Docket No. 07-md-1848(GMS) |
| REMBRANDT TECHNOLOGIES, LP, Plaintiff, v. COMCAST CORPORATION, et al., Defendants. | Civil Action No. 07-404 (GMS) |

## ORDER

At Wilmington this **3rd** day of **July, 2007**, having reviewed and considered the parties' stipulation and order to extend the time to respond to objections to the Eastern District of Texas Magistrate Judge's claim construction order;

IT IS ORDERED that the parties stipulation (D.I. 8) is DENIED. It is further ordered that the Magistrate Judge's claim construction order is VACATED.[1] The court will not entertain any further motions of this type, until it has the opportunity to meet with the parties for status and scheduling purposes.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

---

[1] "The transferee judge may vacate or modify any order of a transferor court . . . ." Manual for Complex Litigation (Fourth) § 20.132 (2004) (citing *In re Upjohn Co. Antibiotic Cleocin Prods. Liab. Litig.*, 664 F.2d 114 (6th Cir. 1981)).