IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| REMBRANDT TECHNOLOGIES, LP LITIGATION | ) ) ) ) | MDL DOCKET NO. 1:07-md-01848-GMS |
| REMBRANDT TECHNOLOGIES, LP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-404-GMS |
| COMCAST CORPORATION, ET AL. | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Richard D. Kirk, Scott G. Wilcox, and Stephen B. Brauerman of the Bayard Firm for defendants Adelphia Communications Corporation; Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II; Parnassos Holdings, LLC; and Western NY Cablevision, LP.

664565-1

                                        THE BAYARD FIRM, P.A.

                                        */s/ Richard D. Kirk*

                                        _____
Richard D. Kirk (#922)
Scott G. Wilcox (#3882)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000

OF COUNSEL:

Jeremy S. Pitcock
Peter J. Coren
Monica V. Bhattacharyya
Steven D. Chin
Jamie W. McGloin-King
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Dated: July 9, 2007

664565-1

## CERTIFICATE OF SERVICE

I, Richard D. Kirk, Esq., hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and by hand delivery to the following counsel of record:

Steven J. Balick, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Kevin M. Baird, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

/s/ Richard D. Kirk
_____
Richard D. Kirk (rk0922)