IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> REMBRANDT TECHNOLOGIES, LP ) <br> LITIGATION ) <br> ) <br> ──────────────────────── ) <br> REMBRANDT TECHNOLOGIES, LP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMCAST CORPORATION, ET AL. ) <br> ) <br> ) <br> Defendant. ) <br> ) | MDL DOCKET NO. 1:07-md-01848-GMS <br><br><br><br><br><br><br><br> Case No. 1:07-cv-00214 (WHP) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeremy S. Pitcock of Kasowitz, Benson, Torres & Friedman LLP to represent Defendants Adelphia Communications Corporation; Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II, LLC; Parnassos Holdings, LLC; and Western NY Cablevision, LP. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

664567-1

THE BAYARD FIRM

/s/ *Richard D. Kirk*
_____
Richard D. Kirk (#922)
Scott G. Wilcox (#3882)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware  19899
(302) 655-5000

OF COUNSEL:

Jeremy S. Pitcock
Peter J. Toren
Monica V. Bhattacharyya
Steven D. Chin
Jamie W. McGloin-King
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

Dated: July 9, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                                                                 United States District Judge

2

664567-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: July 9, 2007

Jeremy S. Pitcock
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Counsel for Adelphia Communications Corporation; Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II, LLC; Parnassos Holdings, LLC; and Western NY Cablevision, LP