IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION, <br><br> REMBRANDT TECHNOLOGIES, LP, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) MDL Docket No. 07-md-1848 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-404 (GMS) <br> ) <br> ) <br> ) <br> ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Collins J. Seitz, Jr., Francis DiGiovanni, and Kristen Healey Cramer on behalf of plaintiff, Rembrandt Technologies, LP, in the above-referenced matter.

Dated: July 18, 2007

/s/ Francis DiGiovanni
Collins J. Seitz, Jr. (#2237)
Francis DiGiovanni (#3189)
Kristen Healey Cramer (#4512)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
e-mail: cseitz@cblh.com
       fdigiovanni@cblh.com
       kcramer@cblh.com

Attorneys for Rembrandt Technologies, LP

491321_1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on the 18th day of July, 2007, a true copy of the foregoing ***ENTRY OF APPEARANCE*** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Kevin M. Baird<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 |
| Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Frederick L. Cottrell, III<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

By: */s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
fdigiovanni@cblh.com