IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION, | ) ) ) ) ) MDL Docket No. 07-md-1848(GMS) |
| REMBRANDT TECHNOLOGIES, LP, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-404 (GMS) ) |
| COMCAST CORPORATION, et al., | ) ) |
| Defendants. | ) |

MOTION AND ORDER
FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Max L. Tribble, Jr., Joseph S. Grinstein, Brooke A.M. Taylor, Edgar Sargent, Matthew R. Berry, and Tibor Nagy of the law firm of Susman Godfrey LLP, to represent Plaintiff Rembrandt Technologies, LP in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

Date: August 6, 2007

_____
Collins J. Seitz, Jr., Esquire (#2237)
Francis DiGiovanni, Esquire (#3189)
Kristen Healey Cramer (#4512)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
cseitz@cblh.com
fdigiovanni@cblh.com
kcramer@cblh.com

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Max L. Tribble, Jr., Joseph S. Grinstein, Brooke A.M. Taylor, Edgar Sargent, Matthew R. Berry, and Tibor Nagy is GRANTED.


Dated: August ___, 2007

_____
United States District Court Judge

Case 1:07-md-01848-GMS    Document 19    Filed 08/06/2007    Page 2 of 9

416611-1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 12, 2007

_____
Max L. Tribble, Jr.
Susman Godfrey LLP
Suite 5100
1000 Louisiana
Houston, TX 77002-509
Direct Line: (713) 653-7820
Fax: (713) 654-6672
mtribble@susmangodfrey.com

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 1, 2007

Joseph S. Grinstein
Susman Godfrey LLP
Suite 5100
1000 Louisiana
Houston, TX 77002-509
Direct Line: (713) 653-7824
Fax: (713) 654-3354
jgrinstein@susmangodfrey.com

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 12, 2007

Brooke A.M. Taylor
Susman Godfrey LLP
Suite 3800
1201 Third Avenue
Seattle, WA 98101-3000
Direct Line: (206) 373-7383
Fax: (206) 516-3883
btaylor@susmangodfrey.com

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 12, 2007

_____
Edgar Sargent
Susman Godfrey LLP
Suite 3800
1201 Third Avenue
Seattle, WA 98101-3000
Direct Line: (206) 516-3895
Fax: (206) 516-3883
esargent@susmangodfrey.com

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 12, 2007

Matthew R. Berry
Susman Godfrey LLP
Suite 3800
1201 Third Avenue
Seattle, WA 98101-3000
Direct Line: (206) 373-7394
Fax: (206) 516-3883
mberry@susmangodfrey.com

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 19, 2007

Tibor Nagy
Susman Godfrey LLP
5th Floor
654 Madison Avenue
New York, NY 10065-8440
Direct Line: (212) 336-8332
Fax: (212) 336-8340
tnagy@susmangodfrey.com

# CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 6th day of August, 2007, a true copy of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Kevin M. Baird<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 |
| Karen Jacobs Louden<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Frederick L. Cottrell, III<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

By: /s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr., (#2237)
cseitz@cblh.com