IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | MDL-1848 (GMS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Kevin M. Baird of the firm of Prickett, Jones & Elliott, P.A. hereby withdraws his firm's appearance as counsel for Rembrandt Technologies, LP, in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, George Pazuniak (DE Bar #478) and James M. Lennon (# 4570) of the firm of Womble Carlyle Sandridge & Rice, PLLC, at 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, hereby enter their appearance as counsel for Rembrandt Technologies, LP and request to be added to all service lists in the above-captioned case.

This the 25th day of October, 2007.

WCSR  3768995v1

| | |
|---|---|
| **PRICKETT, JONES & ELLIOTT, P.A.** | **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC** |
| By: _/s/ Kevin M. Baird_____ | |
| Kevin M. Baird (#4219) | By**:** _/s/ George Pazuniak_____ |
| 11 North State Street | George Pazuniak (#478) |
| Dover, DE 19901 | James M. Lennon (#4570) |
| Phone: (302) 674-3841 | 222 Delaware Avenue, Suite 1501 |
| | Wilmington, DE 19801 |
| | Phone: (302) 252-4320 |
| | Fax: (302) 252-4330 |
| | gpazuniak@wcsr.com |

*Attorneys for Plaintiff, Rembrandt Technologies, LP*

WCSR 3768995v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I caused a true copy of the foregoing *Notice of Substitution of Counsel* to served on following by first-class mail and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Richards, Layton & Finger, P.A.
Frederick L. Cottrell, III
Kelly E. Farnan
One Rodney Square
Wilmington, DE  19899

Amanda Tessar
Gibson, Dunn & Crutcher LLP
1801 California Street
Suite 4200
Denver, Colorado  80202

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue
Wilmington, DE  19801

Gibson, Dunn & Crutcher LLP
Josh A. Krevitt
200 Park Avenue
47th Floor
New York, NY  10166

Jack B. Blumenfeld
Karen Jacobs Louden
Rodger Dallery Smith, II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza
6th Floor
Wilmington, DE  19899

Collins J. Seitz, Jr.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

/s/  George Pazuniak
George Pazuniak

WCSR  3768995v1