## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) |
| ALL CASES | ) MDL Docket No. 07-md-1848 (GMS) ) |

## DEFENDANTS' JOINT APPLICATION FOR
## APPOINTMENT OF LEAD AND LIAISON COUNSEL

The defendants in this proceeding respectfully make this submission in response to the Court's October 31, 2007 Order (the "Order") requesting that interested counsel file applications for lead and liaison counsel appointments. The defendants have conferred and, taking into account the criteria enumerated in the Order for such appointments, have unanimously agreed to ask the Court to appoint the attorneys identified below to act as lead and liaison counsel.

Although the defendants are unanimous regarding this submission, it should be emphasized that defendants include separate, unrelated corporate entities with sometimes different and unique interests and defenses. For example, there is significant variation in the patents asserted against each of the defendants. The roles of lead and liaison counsel will necessarily be focused on administration and efficiency, especially with respect to issues common to the defendants.

### A.      The Defendants and the Asserted Patents

Rembrandt has asserted different combinations of the following nine patents against the different defendants: U.S. Patent Nos. 4,937,819 (the "'819 patent), 5,719,858 (the "'858 patent"), 5,852,631 (the "'631 patent"), 5,243,627 (the "'627 patent"), 5,008,903 (the

"'903 patent"), 5,710,761 (the "'761 patent"), 5,778,234 (the "'234 patent"), 6,131,159 (the "'159 patent") and 6,950,444 (the "'444 patent").

The chart below lists the defendants to this action and the patents Rembrandt asserts against each of them:

| Defendant | Patents Asserted Against Defendant |
|---|---|
| Comcast Corp.<br>Comcast Cable Communications, LLC<br>Comcast of Plano, LP | all 9 patents |
| Charter Communications, Inc.<br>Charter Communications Operating, LLC | all 9 patents |
| Time Warner Cable Inc.<br>Time Warner Cable LLC<br>Time Warner New York Cable LLC<br>Time Warner Entertainment Company, L.P.<br>Time Warner Entertainment-Advance /<br>    Newhouse Partnership | all 9 patents |
| Cox Communications, Inc.<br>Coxcom Inc.<br>Cox Enterprises, Inc. | all 9 patents |
| Cablevision Systems Corporation<br>CSC Holdings, Inc. | '858, '819, '631, '627, '903 |
| Adelphia Communications Corp. | '761, '234, '159, '444 |
| Sharp Corp.<br>Sharp Electronics Corp. | '627 |
| CBS Corp. | '627 |
| NBC Universal, Inc. | '627 |
| ABC, Inc. | '627 |
| Fox Entertainment Group, Inc.<br>Fox Broadcasting Company | '627 |

**B.    Lead Counsel for the Defendants**

Pursuant to the Court's Order and in line with the defendants' consultations, defendants propose that lead counsel for the defendants would primarily be responsible for

coordinating the activities of the defendants to promote the efficient advancement of this action, and have the following responsibilities:

1)  To determine and coordinate the positions of each of the defendants on substantive and procedural issues and, where possible, to attempt to reach consensus on such issues;

2)  To identify, with input from all defense counsel, the tasks to be performed by the defendants and the dates by which they must be performed;

3)  To coordinate the completion of common tasks. Such coordination will be performed collaboratively with all defense counsel, considering (i) judicial and party economies; (ii) the desires and potentially differing positions of the different defendants; and (iii) that the cases may be tried before different courts; such tasks include preparation of internal work product, but also include propounding and responding to common discovery requests, taking and defending depositions, preparing briefs and presenting oral arguments, etc.; and

4)  To serve as a point of contact to plaintiff's counsel on substantive and procedural issues.

It is proposed that lead counsel, as well as other defense counsel, will present positions to the Court on behalf of multiple defendants, where appropriate and with consent of those defendants. Moreover, each defendant, through its own counsel, reserves the right to present its own position regarding any substantive or procedural matters on which, notwithstanding the above-described attempts to reach a consensus, the defendants do not reach a common position. Further, defendants recognize that they may have unique defenses and therefore anticipate some degree of individual discovery and motion practice, notwithstanding their intention to coordinate to the extent practical.

The defendants request that the following law firms be appointed to act as lead counsel in this MDL proceeding:

| Lead Counsel | Role |
|---|---|
| KAYE SCHOLER LLP<br>David S. Benyacar<br><br>425 Park Avenue<br>New York, NY 10022-4591<br>Tel. (212) 836-7763<br>Fax (212) 836-6404 | Lead counsel on substantive and procedural issues relating to the '858, '819, '631, '903,'761, '234, '159, and '444 patents;<br><br>Co-lead counsel on substantive and procedural issues relating to the '627 patent |
| WEIL, GOTSHAL & MANGES LLP<br>Matthew D. Powers<br>Edward R. Reines<br><br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel. (650) 802-3022<br>Fax (650) 802-3100 | Co-lead counsel on substantive and procedural issues relating to the '627 patent |

Both Kaye Scholer and Weil, Gotshal & Manges are willing and able to undertake the time-consuming responsibilities of lead counsel, and both have committed to working cooperatively with others. In addition, both have extensive experience as lead patent litigation counsel, and have committed the resources to advance the litigation in a timely manner.

Defendants believe that a co-lead counsel arrangement for the '627 patent is appropriate. Many more defendants have been sued on the '627 patent than the other eight patents, and ABC, CBS, Fox, NBC and Sharp have only been sued on the '627 patent. The defendants sued on the '627 patent fall into two distinct groups. In one group are defendants who are accused of infringement based upon their *receipt* of television signals (cable companies and one television manufacturer.) In the other group are defendants who are accused of infringement based upon their *transmission* of television signals (television networks.) Rembrandt asserts different claims of the '627 patent against the two distinct groups of defendants. In light of these circumstances, including the potential for discovery and substantive

issues to arise with respect to one group that are not present for the other group, defendants believe it is appropriate to appoint co-lead counsel for the '627 patent.

**C.    Liaison Counsel for the Defendants**

Pursuant to the Court's Order and in line with defendants' consultations, defendants propose that liaison counsel for the defendants have the following responsibilities:

1)    To communicate with the Court and with plaintiff's counsel on administrative, scheduling and other matters of coordination;

2)    To maintain and distribute to cocounsel and to plaintiff's liaison counsel an up-to-date service list;

3)    To receive and, as appropriate, distribute to cocounsel orders from the court and documents from opposing counsel;

4)    To attempt to resolve discovery disputes that are common to multiple defendants; and

5)    To call meetings of cocounsel for the purpose of coordinating common discovery activities.

The defendants request that the following law firm should be appointed to act as liaison counsel in this MDL proceeding with respect to all of the patents:

> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Jack B. Blumenfeld (#1014)
> Karen Jacobs Louden (#2881)
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> Tel. (302) 658-9200
> Fax (302) 658-3989

Morris, Nichols, Arsht & Tunnell is willing and able to undertake the time-consuming responsibilities of liaison counsel, and has committed to working cooperatively with others.  In addition, the firm frequently assumes and successfully performs the responsibilities associated with liaison counsel identified above, and has committed the resources to advance the litigation in a timely manner.

## D.     Conclusion

For the foregoing reasons, the defendants respectfully request that the Court appoint as lead and liaison counsel the aforementioned attorneys, whom they unanimously wish to serve in those roles.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorneys for NBC Universal, Inc., ABC, Inc., CBS Corporation, Comcast Cable Communications LLC, Comcast Corp., Comcast of Plano, LP, Cox Communications, Inc., Coxcom Inc. and Cox Enterprises, Inc.*

THE BAYARD FIRM, P.A.

*/s/ Richard D. Kirk*

Richard D. Kirk (#922)
Scott G. Wilcox (#3882)
Stephen B. Brauerman (#4952)
222 Delaware Avenue
P.O. Box 21530
Wilmington, DE  19899
(302) 429-4208

*Attorneys for Adelphia Communications Corporation; Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II; Parnassos Holdings, LLC; and Western NY Cablevision, LP*

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6027

*Attorneys for Fox Entertainment Group, Inc. and Fox Broadcasting Company*

RICHARDS LAYTON & FINGER

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
One Rodney Square
Wilmington, DE  19801
(302) 651-7700

*Attorneys for Cablevision Systems Corporation and CSC Holdings, Inc.*

KAYE SCHOLER LLP

*/s/ David S. Benyacar*

---

David S. Benyacar
Daniel L. Reisner
425 Park Avenue
New York, NY 10022-3598

*Attorneys for Time Warner Cable Inc., Time
Warner Cable LLC, Time Warner
Entertainment Company, L.P., Time Warner
Entertainment-Advance/Newhouse Partnership
and Time Warner New York Cable LLC*

WEIL, GOTSHAL & MANGES LLP

*/s/ Edward R. Reines*

---

Matthew D. Powers
Edward R. Reines
201 Redwood Shores Parkway
Redwood Shores, CA 94065

*Attorneys for NBC Universal, Inc., ABC, Inc.
and CBS Corporation*

KEKER & VAN NEST LLP

*/s/ Brian L. Ferrall*

---

Robert A. Van Nest
Daralyn J. Durie
Brian L. Ferrall
70 Sancome Street
San Francisco, CA 94111

*Attorneys for Comcast Corporation, Comcast
Cable Communications, LLC and Comcast of
Plano LP*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

*/s/ Jeremy S. Pitcock*

---

Jeremy S. Pitcock
Peter J. Toren
Monica V. Bhattacharyya
Steven D. Chin
Jamie W. McGloin-King
1633 Broadway
New York, NY 10019

*Attorneys for Adelphia Communications
Corporation; Century-TCI California, LP;
Century-TCI California Communications, LP;
Century-TCI Distribution Company, LLC;
Century-TCI Holdings, LLC; Parnassos, LP;
Parnassos Communications, LP; Parnassos
Distribution Company I, LLC; Parnassos
Distribution Company II; Parnassos Holdings,
LLC; and Western NY Cablevision, LP*

ORRICK, HERRINGTON, & SUTCLIFFE LLP

/s/ *William L. Anthony, Jr.*

William L. Anthony, Jr.
Fabio E. Marino
1000 Marsh Road
Menlo Park, CA, 94025-1015

*Attorneys for Fox Entertainment Group, Inc.
and Fox Broadcasting Company*

GIBSON, DUNN & CRUTCHER LLP

/s/ *Josh A. Krevitt*

Josh A. Krevitt
David Segal
200 Park Avenue
47th Floor
New York, NY 10166

*Attorneys for Cablevision Systems
Corporation, and CSC Holdings, Inc.*

MARSHALL, GERSTEIN & BORUN LLP

/s/ *Bradford P. Lyerla*

Bradford P. Lyerla
Kevin D. Hogg
Charles E. Juister
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357

*Attorneys for Charter Communications, Inc.
and Charter Communications Operating, LLC*

Dated: November 15, 2007

ORRICK, HERRINGTON, & SUTCLIFFE LLP

/s/ *William W. Oxley*

William W. Oxley
777 Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855

*Attorneys for Fox Entertainment Group, Inc.
and Fox Broadcasting Company*

DAY PITNEY LLP

/s/ *Jonathan B. Tropp*

Richard H. Brown III
Gerald Levy
Jonathan B. Tropp
7 Times Square
New York, NY 10036-7311

*Attorneys for Sharp Electronics Corporation
and Sharp Corporation*

KILPATRICK STOCKTON LLP

/s/ *Mitchell G. Stockwell*

Mitchell G. Stockwell
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309

*Attorneys for Cox Communications, Inc.,
Coxcom Inc. and Cox Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007 I electronically filed the foregoing

with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Steven J. Balick, Esquire
> Lauren E. Maguire, Esquire
> ASHBY & GEDDES
>
> George Pazuniak, Esquire
> James M. Lennon, Esquire
> WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
>
> Collins J. Seitz, Jr., Esquire
> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on

November 15, 2007 upon the following in the manner indicated:

## VIA ELECTRONIC MAIL

Steven J. Balick, Esquire
Lauren E. Maguire, Esquire
ASHBY & GEDDES
500 Delaware Avenue
8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Rembrandt Technologies*

George Pazuniak, Esquire
James M. Lennon, Esquire
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
gpazuniak@wcsr.com
jlennon@wcsr.com
*Attorneys for Rembrandt Technologies*

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
sceitz@cblh.com
fdigiovanni@cblh.com
*Attorneys for Rembrandt Technologies*

Brooke A. Taylor, Esquire
Edgar G. Sargent, Esquire
SUSMAN GODFREY LLP
1201 Third Avenue
Suite 3100
Seattle, WA 98101
btaylor@susmangodfrey.com
esargent@susmangodfrey.com
*Attorneys for Rembrandt Technologies*

Samuel F. Baxter, Esquire
MCKOOL SMITH
505 East Travis
Suite 105
Marshall, TX  75671
sbaxter@mckoolsmith.com
*Attorneys for Rembrandt Technologies*

Denis Ticak, Esquire
BENESCH FRIEDLANDER COPLAN & ARONOFF
2300 BP Tower
200 Public Square
Cleveland, OH  44114
dticak@bfca.com
*Attorneys for Rembrandt Technologies*

Otis W. Carroll, Jr., Esquire
Collin M. Maloney, Esquire
IRELAND CARROLL & KELLEY
6101 South Broadway
Suite 500
Tyler, TX  75703
fedserv@icklaw.com
*Attorneys for Rembrandt Technologies*

David Sochia, Esquire
Douglas A. Cawley, Esquire
MCKOOL SMITH
300 Crescent Court
Suite 1500
Dallas, TX  75201
dsochia@mckoolsmith.com
dcawley@mckoolsmith.com
*Attorneys for Rembrandt Technologies*

David J. Beck, Esquire
BECK REDDEN & SECREST
1221 McKinney Street
Suite 4500
Houston, TX  77010
dbeck@brsfirm.com
*Attorneys for Rembrandt Technologies*

Elizabeth L. DeRieuz, Esquire
Sidney C. Capshaw, III, Esquire
BROWN CARROLL
1127 Judson Road
Suite 220
P.O. Box 3999
Longview, TX  75606
cdericux@mailbmc.com
ccapshaw@mailbmc.com
*Attorneys for Rembrandt Technologies*

Franklin Jones, Jr., Esquire
JONES & JONES
201 West Houston Street
P.O. Drawer 1249
Marshall, TX  75670
maizieh@millerfirm.com
*Attorneys for Rembrandt Technologies*

John F. Garvish, II, Esquire
Travis G. White, Esquire
300 West 6th Street
Suite 1700
Austin, TX  78701
jgarvish@mckoolsmith.com
gwhite@mckoolsmith.com
*Attorneys for Rembrandt Technologies*

Robert C. Bunt, Esquire
Robert M. Parker, Esquire
PARKER BUNT & AINSWORTH, P.C.
100 E. Ferguson
Suite 1114
Tyler, TX 75702
charlie@pbatyler.com
*Attorneys for Rembrandt Technologies*

Vineet Bhatia, Esquire
James L. Garrity, Jr., Esquire
SUSMAN GODFREY LLP
590 Madison Avenue
8th Floor
New York, NY 10022
vbhatia@susmangodfrey.com
jgarrity@susmangodfrey.com
*Attorneys for Rembrandt Technologies*

Max Lalon Tribble, Jr., Esquire
Joseph S. Grinstein, Esquire
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
*Attorneys for Rembrandt Technologies*

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)