# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | |
| REMBRANDT TECHNOLOGIES, LP ) | MDL DOCKET NO. 1:07-md-01848-GMS |
| LITIGATION ) | |
| ) | |
| _____ ) | |
| REMBRANDT TECHNOLOGIES, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COMCAST CORPORATION, ET AL. ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lawrence B. Goodwin of Kasowitz, Benson, Torres & Friedman LLP to represent Defendants Adelphia Communications Corporation; Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II; Parnassos Holdings, LLC; and Western NY Cablevision, LP, in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

{00706116;v1}

| | |
|---|---|
| OF COUNSEL: | THE BAYARD FIRM |
| Jeremy S. Pitcock | |
| Peter J. Toren | /s/ Richard D. Kirk (rk0922) |
| Monica V. Bhattacharyya | Richard D. Kirk (#0922) |
| Steven D. Chin | 222 Delaware Avenue, Suite 900 |
| Jamie W. McGloin-King | P. O. Box 25130 |
| Kasowitz, Benson, Torres & Friedman LLP | Wilmington, DE 19899 |
| 1633 Broadway | Rkirk@Bayardfirm.com |
| New York, NY 10019 | |
| | Attorney for Defendants |
| Dated: December 10, 2007 | Adelphia Communications Corporation; Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II; Parnassos Holdings, LLC; and Western NY Cablevision, LP |

SO ORDERED, this _____ day of December, 2007.

_____
United States Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 12/10/07

_____
Lawrence B. Goodwin,
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

{00706041;v1}