IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) |

MDL Docket No. 07-MD-1848 (GMS)

### DEFENDANTS AND EQUIPMENT MANUFACTURERS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL JOINT APPLICATION FOR LEAD COUNSEL APPOINTMENT

Defendants and declaratory judgment claimants including the Equipment

Manufacturers[1] (collectively, "All Other Parties") jointly request that the Court grant

leave for All Other Parties to file the attached supplemental joint application for lead and

liaison counsel.  The reason for this supplemental joint application is to present All Other

Parties' request, in light of further developments, for the appointment of Kirkland & Ellis

LLP and Young Conaway Stargatt & Taylor, LLP as co-lead and co-liaison counsel with

respect to procedural and substantive issues regarding eight patents commonly in suit.

On November 15, 2007, defendants in this proceeding filed their Joint

Application for Appointment of Lead and Liaison Counsel pursuant to the Court's Order

Setting Scheduling Conference.  (D.I. 24.)  On November 21, 2007, Motorola, Inc., Cisco

Systems, Inc. and its wholly-owned subsidiary Scientific-Atlanta, Inc., ARRIS Group,

Inc., Thomson, Inc., Ambit Microsystems Inc. and NETGEAR, Inc. filed in this District a

---

[1] "Equipment Manufacturers" refers to Motorola, Inc., Cisco Systems, Inc. and its wholly-owned subsidiary Scientific-Atlanta, Inc., ARRIS Group, Inc., Thomson, Inc., Ambit Microsystems Inc., and NETGEAR, Inc., co-plaintiffs in the related case Motorola, Inc. et al. v. Rembrandt Technologies, LP, 07-cv-00752 (GMS).

1

declaratory judgment suit against Rembrandt Technologies, LP ("Rembrandt"), alleging

non-infringement and invalidity of eight of the nine patents at-issue in the MDL

proceedings.  See Motorola, Inc. et al. v. Rembrandt Technologies, LP, C.A. 1:7-cv-

00752-GMS (D.I. 1).  On November 29, 2007, the Court issued an oral order in the

Equipment Manufacturer's Action directing counsel for declaratory relief claimants to

appear at the initial scheduling conference of this MDL action and submit a Joint Status

Report in accordance with the Court's October 31, 2007 Order (the "Order").  The law

firms of Kirkland & Ellis LLP and Young Conaway Stargatt & Taylor, LLP are counsel

to Equipment Manufacturers in the declaratory judgment case.

Because of these further developments, and in light of All Other Parties desire for

the Equipment Manufacturers to occupy a leading role with respect to the substantive and

procedural issues relating to the eight patents asserted by Rembrandt Technologies, LP

against the sale or use of Equipment Manufacturers' Cable Modems and Cable Modem

Termination Systems, All Other Parties' request leave to supplement their Defendants'

Joint Application for Appointment of Lead and Liaison Counsel to request the appoint of

Kirkland & Ellis LLP as co-lead counsel and Young Conaway Stargatt & Taylor, LLP as

co-liaison counsel.  A copy of the application that defendants and Equipment

Manufacturers respectfully seek to jointly file is attached as Exhibit 1.

DB02:6433269.1

066919.1001

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Liaison Counsel*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*

---

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
1000 West Street
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Cisco Systems, Inc.,
Scientific-Atlanta, Inc., Arris Group, Inc.,
Thomson, Inc., Ambit Microsystems, Inc.
and NETGEAR, Inc.*

Dated: December 11, 2007

DB02:6433269.1

066919.1001

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on December 11, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com

Rodger D. Smith, II, Esquire
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rsmith@mnat.com
jblumenfeld@mnat.com
klouden@mnat.com

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com

Steven J. Balick, Esquire
Ashby & Geddes PA
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com

George Pazuniak, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
gpazuniak@wcsr.com

I further certify that on December 11, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*jshaw@ycst.com*

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: REMBRANDT TECHNOLOGIES, LP )
PATENT LITIGATION )
)  MDL Docket No. 07-MD-1848 (GMS)
)

## DEFENDANTS AND EQUIPMENT MANUFACTURERS'
## SUPPLEMENTAL JOINT APPLICATION FOR
## LEAD AND LIAISON COUNSEL APPOINTMENT

Defendants and declaratory judgment claimants including the Equipment

Manufacturers[1] (collectively, "All Other Parties") respectfully make this supplemental

joint submission in response to the Court's October 31, 2007 Order (the "Order") issued

in MDL Docket No. 07-md-1848 (GMS) and the Court's Oral Order entered on 11/29/07

in C.A. 07-cv-00752 (GMS), which requested interested counsel to file applications for

lead and liaison counsel appointments.  Since the time of Defendants' original application

filed November 15, 2007, the Equipment Manufacturers have filed and served their

Related Action in this district, and as reflected in the Parties Joint Status Report dated

December 5, 2007, All Other Parties propose for the Equipment Manufacturers' action to

have a significant and leading role in the MDL proceedings.  Accordingly, this

supplemental joint application updates Defendants' original application (D.I. 24) to

present All Other Parties' further request that Kirkland & Ellis LLP serve as co-lead

---

[1] "Equipment Manufacturers" refers to Motorola, Inc., Cisco Systems, Inc. and its
wholly-owned subsidiary Scientific-Atlanta, Inc., ARRIS Group, Inc., Thomson, Inc.,
Ambit Microsystems Inc., and NETGEAR, Inc., co-plaintiffs in the related case
Motorola, Inc. et al. v. Rembrandt Technologies, LP, 07-cv-00752 (GMS).

counsel and that Young Conaway Stargatt & Taylor, LLP serve as co-liaison counsel for

the eight patents commonly at-issue in the Equipment Manufacturers' action and MDL

Proceedings, specifically the eight patents asserted against the sale or use of Equipment

Manufacturer's Cable Modems (CMs) and Cable Modem Termination Systems (CMTSs).

The previous portions of Defendants' original application, setting forth proposed

responsibilities are unchanged and are adopted by Equipment Manufacturers.

**A.    Lead Counsel for All Other Parties**

All Other Parties request that the following law firm be appointed to act as lead

counsel in this MDL proceeding:

| Lead Counsel | Role |
|---|---|
| KIRKLAND & ELLIS LLP<br>John Desmarais<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>Tel. (212) 446-4739<br>Fax. (212) 446-4900<br><br>Eric R. Lamison<br>555 California St., Ste. 2700<br>San Francisco, CA 94104<br>Tel. (415) 439-1496<br>Fax. (415) 439-1500 | Co-lead counsel on substantive and procedural issues relating to the'631,'761, '903, '234, '159, '858, '819, and '444 patents |

Specifically, Kirkland & Ellis LLP, is willing and able to undertake the time-

consuming responsibilities of lead counsel and have committed to working cooperatively

with others.  This firm has extensive experience as lead patent litigation counsel in this

type of litigation, both in this Court and other federal courts.  This firm has access to

appropriate resources to advance the litigation in a timely manner.

2

## B.    Liaison Counsel for All Other Parties

All Other Parties request that the following law firm be appointed to act as liaison counsel in this MDL proceeding:

| Liaison Counsel | Role |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>1000 West Street<br>Wilmington, DE 19801<br>TEL. (302) 571-6600<br>FAX (302) 571-1253 | Co-liaison counsel for the Equipment Manufacturers on '858, '819, '631, '903, '761, '234, '159, and '444 patents |

Specifically, as previously set forth, Young Conaway Stargatt & Taylor, LLP is willing and able to undertake the time-consuming responsibilities of liaison counsel and has committed to working cooperatively with others. The firm frequently assumes and successfully performs the responsibilities associated with liaison counsel and has committed the appropriate resources to advance the litigation in a timely manner.