IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) | MDL Docket No. 07-md-1848(GMS) |

## **ORDER**

At Wilmington this 12th day of **December, 2007**, having further considered the issue of whether a trial of the equipment manufacturer declaratory judgment action would resolve all pending MDL cases, or whether, as suggested by counsel for Rembrandt, the court should consolidate for trial the declaratory judgment action with the cable provider actions filed in the District of Delaware;

IT IS ORDERED that the parties shall include in their proposed scheduling order a briefing timeline with respect to the above-stated issue, with the opening brief to be filed no earlier than the close of fact discovery. The court feels that it would be most beneficial to receive briefing on the issue after the close of fact discovery, when the parties have had an opportunity to flesh out their infringement and validity positions.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE