**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 255-4316
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

January 4, 2008

**VIA E-FILING**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    *In re: Rembrandt Technologies, LP Patent Litig.*, 1:07-md-1848 (GMS)

Dear Chief Judge Sleet:

    In accordance with the instruction given by the Court at the scheduling conference held on December 12, 2007, enclosed herewith is a form of Order granting the motion to appoint Collins J. Seitz, Jr., as lead and liaison counsel for Rembrandt Technologies, LP.

                                      Respectfully submitted,

                                      /s/ Francis DiGiovanni

                                      Francis DiGiovanni (#3189)

FD/njw

cc:  Clerk of the Court (by ECF)
     John W. Shaw, Esq. (by ECF and e-mail)
     Jack B. Blumenfeld, Esq. (by ECF and e-mail)

582064v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) ) MDL Docket No. 07-md-1848(GMS) |

### ORDER

IT IS HEREBY ORDERED that the Application for Appointment of Collins J. Seitz, Jr. of Connolly Bove Lodge & Hutz LLP as Lead and Liaison Counsel for Rembrandt Technologies, LP (D.I. 22) is GRANTED.

So ORDERED this ___ day of January, 2008.

HON. GREGORY M. SLEET
United States District Court Chief Judge