IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) ) | MDL Docket No. 07-md-1848(GMS) |

## ORDER

IT IS HEREBY ORDERED that the Application for Appointment of Collins J. Seitz, Jr. of Connolly Bove Lodge & Hutz LLP as Lead and Liaison Counsel for Rembrandt Technologies, LP (D.I. 22) is GRANTED.

So ORDERED this 9th day of January, 2008.

HON. GREGORY M. SLEET
United States District Court Chief Judge

FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE