IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | ) <br> ) <br> ) MDL Docket No. 07-md-1848 (GMS) <br> ) |

**ORDER**

At Wilmington this 9th day of January, 2008, for the reasons set forth in the Defendants' Joint Application for Appointment of Lead and Liaison Counsel (D.I. 24) and Supplemental Joint Application (D.I. 28) and discussed during the Rule 16 Scheduling Conference conducted on December 12, 2007, in this MDL proceeding, IT IS HEREBY ORDERED that:

1. The following attorneys are appointed to act as co-lead and co-liaison counsel for the declaratory judgment claimants and defendants in the MDL proceedings:

| Lead Counsel | Role |
|---|---|
| KIRKLAND & ELLIS LLP<br>John Desmarais<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>Tel. (212) 446-4800<br>Fax. (212) 446-4900<br><br>Eric R. Lamison<br>555 California St., Ste. 2700<br>San Francisco, CA 94104<br>Tel. (415) 439-1400<br>Fax. (415) 439-1500 | Co-lead counsel on substantive and procedural issues relating to U.S. Patent Nos. 5,719,858, 4,937,819, 5,852,631, 5,008,903, 5,710,761, 5,778,234, 6,131,159, and 6,950,444 |
| KAYE SCHOLER LLP<br>David S. Benyacar<br>425 Park Avenue<br>New York, NY 10022<br>Tel. (212) 836-7763<br>Fax (212) 836-6404 | Co-lead counsel on substantive and procedural issues relating to all patents-in-suit |

| Lead Counsel | Role |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Matthew D. Powers<br>Edward R. Reines<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel. (650) 802-3000<br>Fax. (650) 802-3100 | Co-lead counsel on substantive and procedural issues relating to U.S. Patent No. 5,243,627 |

| Liaison Counsel | Role |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 3362)<br>1000 West Street<br>Wilmington, DE 19801<br>Tel. (302) 571-6600<br>Fax (302) 571-1253 | Co-liaison counsel on U.S. Patent Nos. 5,719,858, 4,937,819, 5,852,631, 5,008,903, 5,710,761, 5,778,234, 6,131,159, and 6,950,444 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Jack B. Blumenfeld (No. 1014)<br>Karen Jacobs Louden (No. 2881)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Tel. (302) 658-9200<br>Fax (302) 658-3989 | Co-liaison counsel for all patents-in-suit |

2. The responsibilities of the above-referenced lead counsel shall be as set forth in the Defendants' Joint Application for Appointment of Lead and Liaison Counsel (D.I. 24 at 3). The responsibilities of the above-referenced liaison counsel shall be as set forth in the Defendants' Joint Application for Appointment of Lead and Liaison Counsel (D.I. 24 at 5).

_____
United States District Judge



FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DB02:6435216.1

066919.1001