IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Rembrandt Technologies, LP Patent Litigation | ) ) ) ) MDL Case No. 07-md-1848 (GMS) |
| In re Adelphia Communications Corporation, et al.,                          Debtors | ) ) ) ) ) ) Chapter 11<br><br>Case No. 02-41729 (REG)<br>(Jointly Administered) |
| Rembrandt Technologies, LP,<br><br>      Plaintiff / Counter-defendant,<br><br>      v.<br><br>Adelphia Communications Corporation;<br>Century-TCI California, LP;<br>Century-TCI California Communications, LP;<br>Century-TCI Distribution Company, LLC;<br>Century-TCI Holdings, LLC;<br>Parnassos, LP;<br>Parnassos Communications, LP;<br>Parnassos Distribution Company I, LLC;<br>Parnassos Distribution Company II, LLC;<br>Parnassos Holdings, LLC; and<br>Western NY Cablevision, LP,<br><br>      Defendants / Counterclaimants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Adversary Proceeding<br>No. 06-01739 (REG) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 14, 2008, copies of (1) **DEFENDANT ADELPHIA COMMUNICATIONS CORPORATIONS'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) and 2)** this **NOTICE OF SERVICE** were served as shown:

{00720967;v1}

**By email and by hand delivery:**

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
Kristen Healey Cramer, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Rodger D. Smith, II, Esquire
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David Ellis Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
PO Box 951
Wilmington, DE 19899

George Pazuniak, Esquire
James Michael Lennon, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

**By email and by first class mail:**

Samuel F. Baxter, Esquire
McKool Smith – Marshall
PO Box 0
Marshall, TX 75671

David S. Benyacar, Esquire
Daniel Reisner, Esquire
Michael A. Rogoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Matthew R. Berry, Esquire
Brooke A.M. Taylor
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101

Vineet Bhatia, Esquire
Susman Godfrey LLP
590 Madison Avenue, 8th Floor
New York, NY 10022

Bradley W. Caldwell, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Diane DeVasto, Esquire
Allen F. Gardner, Esquire
Michael E. Jones, Esquire
Potter Minton, PC
110 North College Street, Suite 500
Tyler, TX 75702

Daralyn J. Durie, Esquire
Brian L. Ferrall, Esquire
Matthias A. Kamber, Esquire
Leo L. Lam, Esquire
Eric MacMichael, Esquire
Steven K. Taylor, Esquire
Matthew M. Werdegar, Esquire
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Joseph S. Grinstein, Esquire
Tibor L. Nagy, Esquire
Max L. Tribble, Jr., Esquire
Susman Godfrey LLP
1000 Louisiana, #5100
Houston, TX 77002

Josh A. Krevitt, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

William W. Oxley, Esquire
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017

Edward R. Reines, Esquire
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Otis W. Carroll, Jr., Esquire
Ireland Carroll & Kelley
6101 South Broadway, Suite 500
Tyler, TX 75703

Jennifer H. Doan, Esquire
Haltom & Doan LLP
6500 North Summerhill Road
Crown Executive Center Suite 1A
PO Box 6227
Texarkana, TX 75505

Harry L. Gillam, Jr., esquire
Gillam & Smith LLP
303 South Washington Avenue
Marshall, TX 75670

Kevin D. Hogg, Esquire
Charles Juister, Esquire
Bradford P. Lyerla, Esquire
Marshall Gerstein & Borun LLP
233 South Wacher Drive
8300 Sears Tower
Chicago, Ill 60606

Gerald Levy, Esquire
Day Pitney LLP
200 Campus Drive
Florham, NJ 07932

Robert M. Parker, Esquire
Parker Bunt & Ainsworth PC
1000 E. Ferguson, Suite 1114
Tyler, TX 75702

John F. Sweeney, Esquire
Morgan & Finnegan, LP
3 World Financial Center
New York, NY 10281

{00720967;v1}

Johnathan B. Tropp, Esquire
Day Pitney LLP
One Canterbury Green
Stamford, CT  06901

OF COUNSEL:

Peter J. Toren
Monica V. Bhattacharyya
Steven D. Chin
Jamie W. McGloin-King
Lawrence B. Goodwin
Stefan R. Stoyanov
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

BAYARD, PA.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
Rkirk@Bayardfirm.com

Attorney for Defendants
Adelphia Communications Corporation;
Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II; Parnassos Holdings, LLC; and Western NY Cablevision, LP

{00720967;v1}