IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | MDL Docket No. 07-md-1848 (GMS)<br><br>This document relates to: |
| REMBRANDT TECHNOLOGIES, LP<br><br>*Plaintiff,*<br><br>v.<br><br>ADELPHIA COMMUNICATIONS CORP., et al.<br><br>*Defendants.* | Chapter 11<br>Case No. <u>02-41729 (REG)</u><br><br>Adversary Proceeding<br>No. <u>06-01739-REG</u> |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of: PLAINTIFF'S INITIAL DISCLOSURES was served as follows on January 14, 2008:

| **BY E-MAIL and HAND DELIVERY**<br>Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com | **BY E-MAIL and HAND DELIVERY**<br>John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com |
|---|---|
| **BY E-MAIL and HAND DELIVERY**<br>Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Ste. 900<br>Wilmington, DE 19801<br>rkirk@bayardfirm.com | |

| | |
|---|---|
| **BY E-MAIL**<br>John Desmarais<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>jdesmarais@kirkland.com | **BY E-MAIL**<br>Eric R. Lamison<br>Kirkland & Ellis LLP<br>555 California Street, Ste. 2700<br>San Francisco, CA 94104<br>elamison@kirkland.com |
| **BY E-MAIL**<br>David S. Benyacar<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, New York 10022<br>dbenyacar@kayescholer.com | **BY E-MAIL**<br>Matthew D. Powers<br>Edward R. Reines<br>Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>matthew.powers@weil.com<br>edward.reines@weil.com |

CONNOLLY BOVE LODGE & HUTZ LLP

Collins J. Seitz, Jr. (#2237)
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Kristen Healey Cramer (#4512)
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, the attached document was served upon the below-named counsel of record at the addresses listed via e-mail:

**BY E-MAIL and HAND DELIVERY**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

**BY E-MAIL and HAND DELIVERY**
Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Ste. 900
Wilmington, DE 19801
rkirk@bayardfirm.com

**BY E-MAIL**
John Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
jdesmarais@kirkland.com

**BY E-MAIL**
David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
dbenyacar@kayescholer.com

**BY E-MAIL and HAND DELIVERY**
John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

**BY E-MAIL**
Matthew D. Powers
Edward R. Reines
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

**BY E-MAIL**
Eric R. Lamison
Kirkland & Ellis LLP
555 California Street, Ste. 2700
San Francisco, CA 94104
elamison@kirkland.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)