IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | ) <br> ) <br> ) MDL Docket No. 07-md-1848 (GMS) <br> ) <br> ) This document relates to: <br> ) <br> ) |
| REMBRANDT TECHNOLOGIES, LP,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>        v.<br><br>CBS CORPORATION,<br><br>        Defendant and<br>        Counterclaim-Plaintiff. | ) <br> ) <br> ) Civil Action No. 06-727 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of: PLAINTIFF'S INITIAL DISCLOSURES was served as follows on January 14, 2008:

| **BY E-MAIL and HAND DELIVERY** | **BY E-MAIL and HAND DELIVERY** |
|---|---|
| Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com | John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com |
| **BY E-MAIL**<br>John Desmarais<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022 | **BY E-MAIL**<br>Eric R. Lamison<br>Kirkland & Ellis LLP<br>555 California Street, Ste. 2700<br>San Fransico, CA 94104<br>elamison@kirkland.com |

| | |
|---|---|
| jdesmarais@kirkland.com <br><br> **BY E-MAIL** <br> David S. Benyacar <br> Kaye Scholer LLP <br> 425 Park Avenue <br> New York, New York 10022 <br> dbenyacar@kayescholer.com | **BY E-MAIL** <br> Matthew D. Powers <br> Edward R. Reines <br> Weil Gotshal & Manges LLP <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> matthew.powers@weil.com <br> edward.reines@weil.com |

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/*

Collins J. Seitz, Jr. (#2237)
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Kristen Healey Cramer (#4512)
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, the attached document was served upon the below-named counsel of record at the addresses listed in the manner indicated below:

**BY E-MAIL and HAND DELIVERY**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

**BY E-MAIL and HAND DELIVERY**
John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

**BY E-MAIL**
John Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
jdesmarais@kirkland.com

**BY E-MAIL**
Eric R. Lamison
Kirkland & Ellis LLP
555 California Street, Ste. 2700
San Francisco, CA 94104
elamison@kirkland.com

**BY E-MAIL**
David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
dbenyacar@kayescholer.com

**BY E-MAIL**
Matthew D. Powers
Edward R. Reines
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)