IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) MDL Docket No. 07-md-1848 (GMS) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Defendant ABC, Inc.'s Initial Disclosures*; 2) *Defendant CBS Corporation's Initial Disclosures*; and 3) *Defendant NBC Universal, Inc.'s Initial Disclosures* were caused to be served on January 14, 2008 upon the following in the manner indicated:

### VIA EMAIL

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

David S. Benyacar, Esquire
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Eric R. Lamison, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

John M. DesMarais, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Jdesmarais@kirkland.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for NBC Universal, Inc., ABC, Inc.
and CBS Corporation*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Sonal N. Mehta
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Timothy E. DeMasi
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

January 14, 2008
1383235

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

I further certify that I caused to be served copies of the foregoing document on January 14, 2008 upon the following in the manner indicated:

### VIA EMAIL

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

David S. Benyacar, Esquire
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

John M. DesMarais, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Jdesmarais@kirkland.com

Eric R. Lamison, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)