AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

# ORIGINAL

_____ District of _____ DELAWARE _____

## SUMMONS IN A CIVIL CASE

IN RE: REMBRANDT TECHNOLOGIES, LP
PATENT LITIGATION

MDL Docket No. 07-md-1848 (GMS)

_____

MOTOROLA, INC., CISCO SYSTEMS, INC.,
SCIENTIFIC-ATLANTA, INC., ARRIS GROUP,
INC., THOMSON, INC., AMBIT
MICROSYSTEMS, INC., and NETGEAR, INC.,

                Plaintiffs,

          v.

REMBRANDT TECHNOLOGIES, LP,

                Defendant.

CIVIL ACTION No: 07-752-GMS

_____

REMBRANDT TECHNOLOGIES, LP, and
REMBRANDT TECHNOLOGIES, LLC d/b/a
REMSTREAM,

             Counter-Plaintiffs,

          v.

CIVIL ACTION No: 07-752-GMS

MOTOROLA, INC., CISCO SYSTEMS, INC.,
SCIENTIFIC-ATLANTA, INC., ARRIS GROUP,
INC., THOMSON, INC., AMBIT
MICROSYSTEMS, INC., NETGEAR, INC., TIME
WARNER CABLE, INC., TIME WARNER CABLE
LLC, TIME WARNER NEW YORK CABLE LLC,
TIME WARNER ENTERTAINMENT COMPANY,
LP, COMCAST CORPORATION, COMCAST
CABLE COMMUNICATIONS, LLC, CHARTER
COMMUNICATIONS, INC., CHARTER
COMMUNICATIONS OPERATING, LLC,
COXCOM, INC., COX COMMUNICATIONS,
INC., COX ENTERPRISES, INC., CSC
HOLDINGS, INC., CABLEVISION SYSTEMS
CORPORATION, ADELPHIA
COMMINICATIONS CORPORATION,

CENTURY-TCI CALIFORNIA
COMMUNICATIONS, LP, CENTURY-TCI
HOLDINGS, LLC, COMCAST OF
FLORIDA/PENNSYLVANIA, L.P. (f/k/a
PARNASSOS, LP), COMCAST OF
PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI
CALIFORNIA, L.P.), PARNASSOS
COMMUNICATIONS, LP, ADELPHIA
CONSOLIDATION, LLC, PARNASSOS
HOLDINGS, LLC, and WESTERN NY
CABLEVISION, LP,

                    Counter-Defendants.

_____

        TO:    Charter Communications, Inc.
               Corporation Service Company
               2711 Centerville Road
               Suite 400
               Wilmington, Delaware 19808


   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

           Collins J. Seitz, Jr., Esquire
           Connolly Bove Lodge & Hutz LLP
           The Nemours Building
           1007 North Orange Street
           Post Office Box 2207
           Wilmington, Delaware  19899-2207


an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action
must be filed with the Clerk of this Court within a reasonable period of time after service.


_____Peter T. Dalleo_____          _____1/17/08_____
CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1-18-2008 |
| NAME OF SERVER (*PRINT*) Chris Hazewski | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Personally served Charter Communications, Inc. by serving the registered agent, Corporation Service Company, at 2711 Centerville Rd Ste 400 Wilm. DE 19808 at 12:56 pm. Person accepting: Mary T. Drummond

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/08
_____
Date

_____
*Signature of Server*

230 N Market St Wilm DE 19801
*Address of Server*

580204

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.