## UNITED STATES DISTRICT COURT

ORIGINAL

District of _____DELAWARE_____

**SUMMONS IN A CIVIL CASE**

IN RE: REMBRANDT TECHNOLOGIES, LP
PATENT LITIGATION

MDL Docket No. 07-md-1848 (GMS)

---

MOTOROLA, INC., CISCO SYSTEMS, INC.,
SCIENTIFIC-ATLANTA, INC., ARRIS GROUP,
INC., THOMSON, INC., AMBIT
MICROSYSTEMS, INC., and NETGEAR, INC.,

        Plaintiffs,

    v.

REMBRANDT TECHNOLOGIES, LP,

        Defendant.

CIVIL ACTION No: 07-752-GMS

---

REMBRANDT TECHNOLOGIES, LP, and
REMBRANDT TECHNOLOGIES, LLC d/b/a
REMSTREAM,

        Counter-Plaintiffs,

    v.

MOTOROLA, INC., CISCO SYSTEMS, INC.,
SCIENTIFIC-ATLANTA, INC., ARRIS GROUP,
INC., THOMSON, INC., AMBIT
MICROSYSTEMS, INC., NETGEAR, INC., TIME
WARNER CABLE, INC., TIME WARNER CABLE
LLC, TIME WARNER NEW YORK CABLE LLC,
TIME WARNER ENTERTAINMENT COMPANY,
LP, COMCAST CORPORATION, COMCAST
CABLE COMMUNICATIONS, LLC, CHARTER
COMMUNICATIONS, INC., CHARTER
COMMUNICATIONS OPERATING, LLC,
COXCOM, INC., COX COMMUNICATIONS,
INC., COX ENTERPRISES, INC., CSC
HOLDINGS, INC., CABLEVISION SYSTEMS
CORPORATION, ADELPHIA
COMMINICATIONS CORPORATION,

CIVIL ACTION No: 07-752-GMS

AO 440 (Rev. 10/01) Summons in a Civil Action

CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI HOLDINGS, LLC, COMCAST OF FLORIDA/PENNSYLVANIA, L.P. (f/k/a PARNASSOS, LP), COMCAST OF PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI CALIFORNIA, L.P.), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC, and WESTERN NY CABLEVISION, LP,

          Counter-Defendants.

TO:  Charter Communications Operating, LLC
      Corporation Service Company
      2711 Centerville Road
      Suite 400
      Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      Collins J. Seitz, Jr., Esquire
      Connolly Bove Lodge & Hutz LLP
      The Nemours Building
      1007 North Orange Street
      Post Office Box 2207
      Wilmington, Delaware  19899-2207

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Peter T. Dalleo
CLERK

(By) DEPUTY CLERK

DATE

JAN 1 7 2008

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1-18-2008 |
| NAME OF SERVER (PRINT) Chris Hazewski | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Charter Communications Operating, LLC by serving the registered agent, Corporation Service Company, at 2711 Centerville Rd Ste 400 Wilm. DE 19808 at 12:56 pm. Person accepting: Mary T. Drummond.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/08
            Date

Signature of Server

230 N Market St Wilm DE 19801
Address of Server

580204

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.