IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) ) ) ) MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>REMBRANDT TECHNOLOGIES, LP,<br><br>Defendant. | ) ) ) ) ) Civil Action No. 07-752-GMS ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) |
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGIES, LLC d/b/a REMSTREAM,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., NETGEAR, INC., TIME WARNER CABLE, INC., TIME WARNER CABLE LLC, TIME WARNER NEW YORK CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, LP, COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., COX COMMUNICATIONS, | ) ) ) ) ) Civil Action No. 07-752-GMS ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| INC., COX ENTERPRISES, INC., CSC HOLDINGS, INC., CABLEVISION SYSTEMS CORPORATION, ADELPHIA COMMINICATIONS CORPORATION, CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI HOLDINGS, LLC, COMCAST OF FLORIDA/PENNSYLVANIA, L.P. (f/k/a PARNASSOS, LP), COMCAST OF PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI CALIFORNIA, L.P.), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC, and WESTERN NY CABLEVISION, LP,<br><br>        Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MAILING
## PURSUANT TO 10 *DEL.C.* § 3104 AND D. DEL. L.R. 4.1(b)

Counter-Plaintiffs Rembrandt Technologies, LP and Rembrandt Technologies, LLC d/b/a Remstream (collectively "Rembrandt") hereby provide proof of service of the summons and Answer of Rembrandt Technologies, LP and Counterclaim of Rembrandt Technologies, LP and Rembrandt Technologies, LC d/b/a Remstream ("Answer and Counterclaim") along with the notice required by 10 *Del.C.* § 3104 by filing the receipt for registered mail and return receipt. The receipt for registered mail and the return receipt are attached hereto as Exhibit A. Attached as Exhibit B is the Affidavit of James D. Heisman, Esq., regarding Comcast's non-residence and the sending of the summons and Answer and Counterclaim with the notice required by 10 *Del.C.* § 3104.

| | |
|---|---|
| Dated: February 1, 2008 | /s/ *James D. Heisman* <br> Collins J. Seitz, Jr. (#2237) <br> Francis DiGiovanni (#3189) <br> James D. Heisman (#2746) <br> Kristen Healey Cramer (#4512) <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> The Nemours Building <br> 1007 N. Orange Street <br> Wilmington, DE 19899 <br> Phone (302) 658-9141 <br> cseitz@cblh.com <br> fdigiovanni@cblh.com <br> jheisman@cblh.com <br> kcramer@cblh.com <br><br> Attorneys for Rembrandt Technologies, LP, and Rembrandt Technologies, LLC d/b/a Remstream |



# EXHIBIT A

Case 1:07-md-01848-GMS    Document 73    Filed 02/01/2008    Page 4 of 8

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Comcast Corporation<br>1500 Market Street<br>Philadelphia, PA<br>    19103 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  RB 972 233 106 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Registered No. RB 972 233 106 US
Reg. Fee $9.50
Handling Charge $0.00
Postage $4.60
Return Receipt $2.15
Restricted Delivery $0.00
Received by: [signature]
Customer Must Declare Full Value $0.00   ☐ With Postal Insurance  ☐ Without Postal Insurance
Date Stamp: WILMINGTON DE 19801 RODNEY SQUARE STATION USPS JAN 22 2008 01/22/08

OFFICIAL USE

FROM: Aleetha Walker - CBLH
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

TO: Comcast Corporation
1500 Market Street
Philadelphia, PA 19103

PS Form 3806, May 2004 (7530-02-000-9051)   Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Alesha Walker
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware
                    19899

Declaration of Value: You must declare the full value of all Registered Mail™ articles at the time of mailing, whether you want to purchase insurance or not.

With Postal Insurance: You can purchase postal insurance against loss or damage by paying the appropriate fee.

Without Postal Insurance: You can also send an article by Registered Mail without purchasing postal insurance by paying the appropriate fee. No indemnity is paid for uninsured articles.

Indemnity Coverage:

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the articles; (2) the cost of repairs; or (3) the value of the articles at the time of mailing. For additional information about insurance limits and coverage, see Domestic Mail Manual S010 and S911 at www.usps.com® or ask your local postmaster.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the International Mail Manual at any post office or at www.usps.com for limitations of coverage and individual country prohibitions and restrictions.

How to File a Claim:

Domestic - For complete or partial loss or damage present (1) this receipt; (2) the article, container, and packaging; and, (3) evidence to substantiate your claim. Please allow at least 30 days after filing to inquire about the status of your claim.

Claims for loss must be filed within 180 days of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately, but no later than 60 days from the date of mailing.

International - Claims for loss must be filed within six months of the date the article was mailed. Claims for damage and complete or partial loss of contents, must be filed immediately. The article, contents, and packaging must be presented to the destination post office.

PS Form 3806, May 2004, (Customer Copy - Reverse)

Save this receipt for Registered Mail claims and inquiries

# EXHIBIT

# B

## AFFIDAVIT OF JAMES D. HEISMAN, ESQUIRE

I, James D. Heisman, being duly sworn on this 1st day of February 2008 according to law, do depose and say:

1. I am an attorney for Counter-Plaintiffs Rembrandt Technologies, LP and Rembrandt Technologies, LLC d/b/a Remstream (collectively "Rembrandt").

2. To the best of my knowledge, Comcast Corporation ("Comcast") has an address of Comcast Corporation, 1500 Market Street, Philadelphia, PA 19103.

3. On or about January 18, 2008, Shelly Miles of Parcels, Inc. served the summons and Rembrandt's Answer and Counterclaim upon Comcast by serving the Delaware Secretary of State.

4. On January 18, 2008, I caused a true and correct copy of the summons and Rembrandt's Answer and Counterclaim with the notice required by 10 *Del.C.* § 3104 to be sent to Comcast at 1500 Market Street, Philadelphia, PA 19103. I have attached hereto as Exhibit A, the return receipt (i.e., the green card) indicating Comcast's receipt of the referenced documents.

5. On or about January 28, 2008, I received the return receipt from the post office.

_____
James D. Heisman (# 2746)

SWORN TO AND SUBSCRIBED before me this 1st day of February 2008.

_____
Notary Public

LINDA M. CURTIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 23, 2010

- 4 -

589974