IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>REMBRANDT TECHNOLOGIES, LP,<br><br>        Defendant. | C.A. No. 07-752-GMS |
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGES, LLC d/b/a REMSTREAM,<br><br>        Counter-Plaintiffs,<br><br>    v.<br><br>MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., NETGEAR, INC., TIME WARNER CABLE, INC., TIME WARNER CABLE LLC, TIME WARNER NEW YORK CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, LP, COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., COX COMMUNICATIONS, INC., COX ENTERPRISES, INC., CSC HOLDINGS, INC., CABLEVISION SYSTEMS CORPORATION, ADELPHIA COMMUNICATIONS CORPORATION, CENTURY-TCI CALIFORNIA | C.A. No. 07-752-GMS |

| |
|---|
| COMMUNICATIONS, LP, CENTURY-TCI HOLDINGS, LLC, COMCAST OF FLORIDA/PENNSYLVANIA, L.P. (f/k/a PARNASSOS, LP), COMCAST OF PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI CALIFORNIA, L.P.), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC and WESTERN NY CABLEVISION, LP,<br><br>                      Counter-Defendants. |

## STIPULATION AND ORDER

WHEREAS, counter-plaintiffs Rembrandt Technologies, LP, and Rembrandt Technologies, LLC d/b/a Remstream (collectively, "Rembrandt") have filed counterclaims against three related counter-defendants -- Coxcom, Inc. ("CoxCom"), Cox Communications, Inc. ("CCI"), and Cox Enterprises, Inc. ("CEI") (collectively, "the Cox entities");

WHEREAS, the Cox entities have represented to Rembrandt that CCI and CEI are not properly joined as counter-defendants, that CoxCom is the proper entity to respond to the claims asserted by Rembrandt, and that CoxCom has the financial ability to pay any judgment that may be entered;

WHEREAS, CoxCom is today filing its Answer responding to Rembrandt's Counterclaims;

WHEREAS, Rembrandt has requested additional time to consider whether it will agree voluntarily to dismiss CCI and CEI from this litigation;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for counter-defendants Cox Communications, Inc. and Cox Enterprises, Inc.

to move, answer or otherwise plead in response to Rembrandt's Counterclaims is extended until February 15, 2008.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ James D. Heisman (#2746)* | */s/ Rodger D. Smith II (#3778)* |
| Collins J. Seitz, Jr. (#2237)<br>Francis DiGiovanni (#3189)<br>James D. Heisman (#2746)<br>Kristen Healey Cramer (#4512)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br>jdh@cblh.com<br>  *Attorneys for Counter-plaintiffs*<br>  *Rembrandt Technologies, LP, and*<br>  *Rembrandt Technologies, LLC d/b/a*<br>  *Remstream* | Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>  *Attorneys for Counter-defendants*<br>  *Coxcom, Inc., Cox Communications, Inc., and*<br>  *Cox Enterprises, Inc.* |

SO ORDERED this ___ day of _____ 2008.

_____
                                    Chief Judge

1486154

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on February 7, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF.

I further certify that I caused copies of the foregoing document to be served on February 7, 2008, upon the following in the manner indicated:

**BY E-MAIL**

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19803
jblumenfeld@mnat.com
klouden@mnat.com

David S. Benyacar, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

John M. Desmarais, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
jdesmarais@kirkland.com

Eric R. Lamison, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

Matthew D. Powers, Esquire
Edward R. Reines, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shore Parkway
Redwood Shores, CA  94065
matthew.powers@weil.com
edward.reines@weil.com

*/s/ Rodger D. Smith II (#3778)*
_____
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com