**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>REMBRANDT TECHNOLOGIES, LP,<br><br>                    Defendant. | C.A. No. 07-752-GMS |
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGES, LLC d/b/a REMSTREAM,<br><br>                    Counter-Plaintiffs,<br><br>     v.<br><br>MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., NETGEAR, INC., TIME WARNER CABLE, INC., TIME WARNER CABLE LLC, TIME WARNER NEW YORK CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, LP, COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., COX COMMUNICATIONS, INC., COX ENTERPRISES, INC., CSC HOLDINGS, INC., CABLEVISION SYSTEMS CORPORATION, ADELPHIA COMMUNICATIONS CORPORATION, CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI | C.A. No. 07-752-GMS |

| |
|---|
| HOLDINGS, LLC, COMCAST OF FLORIDA/PENNSYLVANIA, L.P. (f/k/a PARNASSOS, LP), COMCAST OF PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI CALIFORNIA, L.P.), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC and WESTERN NY CABLEVISION, LP, |
|        Counter-Defendants. |

## DEFENDANT COXCOM, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CoxCom, Inc., provides the following Corporate Disclosure Statement.

1. CoxCom, Inc. is wholly owned by Cox Communications, Inc. Cox Communications, Inc. is a private company with all of its stock held privately by Cox Enterprises, Inc.

2. There is no publicly held corporation that holds more than 10% of CoxCom Inc.'s stock.

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Rodger D. Smith II*
           Rodger D. Smith II (#3778)
           1201 N. Market Street
OF COUNSEL:        P.O. Box 1347
           Wilmington, DE  19899-1347
Mitchell G. Stockwell      (302) 658-9200
KILPATRICK & STOCKTON LLP  rsmith@mnat.com
1100 Peachtree Street, N.E.    *Attorneys for CoxCom, Inc.*
Suite 2800
Atlanta, GA  30309
(404) 815-6500

February 12, 2008

1523074

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on February 12, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF.

I further certify that I caused copies of the foregoing document to be served on February 12, 2008, upon the following in the manner indicated:

### BY E-MAIL

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
cseitz@cblh.com
fdigiovanni@cblh.com

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
jshaw@ycst.com

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19803
jblumenfeld@mnat.com
klouden@mnat.com

David S. Benyacar, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
dbenyacar@kayescholer.com

John M. Desmarais, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
jdesmarais@kirkland.com

Eric R. Lamison, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA  94104
elamison@kirkland.com

Matthew D. Powers, Esquire
Edward R. Reines, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shore Parkway
Redwood Shores, CA  94065
matthew.powers@weil.com
edward.reines@weil.com

                        */s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com