**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In Re:<br>REMBRANDT TECHNOLOGIES, LP PATENT<br>LITIGATION | MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC.,<br>SCIENTIFIC-ATLANTA, INC., ARRIS GROUP,<br>INC., THOMSON, INC., AMBIT<br>MICROSYSTEMS, INC., and NETGEAR, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REMBRANDT TECHNOLOGIES, LP,<br><br>    Defendant. | Civil Action No. 07-752-GMS<br><br>**JURY TRIAL DEMANDED** |
| REMBRANDT TECHNOLOGIES, LP, and<br>REMBRANDT TECHNOLOGIES, LLC d/b/a<br>REMSTREAM,<br><br>    Counter-Plaintiffs,<br><br>    v.<br><br>MOTOROLA, INC., CISCO SYSTEMS, INC.,<br>SCIENTIFIC-ATLANTA, INC., ARRIS GROUP,<br>INC., THOMSON, INC., AMBIT<br>MICROSYSTEMS, INC., and NETGEAR, INC.,<br>TIME WARNER CABLE, INC., TIME<br>WARNER CABLE LLC, TIME WARNER NEW<br>YORK CABLE LLC, TIME WARNER<br>ENTERTAINMENT COMPANY, LP,<br>COMCAST CORPORATION, COMCAST<br>CABLE COMMUNICATIONS, LLC, CHARTER<br>COMMUNICATIONS, INC., CHARTER<br>COMMUNICATIONS OPERATING, LLC,<br>COXCOM, INC., COX COMMUNICATIONS,<br>INC., COX ENTERPRISES, INC., | Civil Action No. 07-752-GMS<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| CSC HOLDINGS, INC., CABLEVISION SYSTEMS CORPORATION, ADELPHIA COMMUNICATIONS CORPORATION, CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI HOLDINGS, LLC, COMCAST OF FLORIDA/PENNSYLVIANIA, L.P. (f/k/a PARNASSOS, LP), COMCAST OF PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI CALIFORNIA, L.P.), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC, and WESTERN NY CABLEVISION, LP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Counter-Defendants. | ) ) |

**CHARTER COMMUNICATIONS, INC.'S AND CHARTER COMMUNICATIONS OPERATING, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, Charter Communications, Inc. and Charter Communications Operating, LLC, provide the following Corporate Disclosure Statement.

1. Charter Communications, Inc. has no parent corporation. Charter Communications, Inc. is the ultimate parent corporation of Charter Communications Operating, LLC.

2. No publicly held corporation owns ten percent (10%) or more of Charter Communications, Inc.'s stock. No publicly held corporation other than Charter Communications, Inc. owns ten percent (10%) or more of Charter Communications Operating, LLC's stock.

Dated: February 12, 2008          /s/ Bradford P. Lyerla_____
                                                   Bradford P. Lyerla, *Attorney in Charge*
                                                   Email: blyerla@marshallip.com
                                                   Kevin D. Hogg
                                                   Email: khogg@marshallip.com
                                                   Charles E. Juister
                                                   Email: cjuister@marshallip.com
                                                   Marshall, Gerstein & Borun LLP
                                                   6300 Sears Tower
                                                   233 South Wacker Drive
                                                   Chicago, IL 60606-6357
                                                   Tel: (312) 474-6300
                                                   Fax: (312) 474-0448

                                                   Attorneys for Charter Communications, Inc. and
                                                   Charter Communications Operating, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

I further certify that I caused to be served copies of the foregoing document on February 12, 2008 upon the following in the manner indicated:

### VIA EMAIL

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

David S. Benyacar, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
jlouden@mnat.com

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

John M. DesMarais, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Jdesmarais@kirkland.com

/s/ Charles E. Juister_____
Attorney for Charter Communications, Inc. and
Charter Communications Operating, LLC