IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | ) <br> ) <br> ) | MDL Docket No. 07-md-1848 (GMS) |
| | ) <br> ) | |
| MOTOROLA, INC., CISCO SYSTEMS, INC.,<br>SCIENTIFIC-ATLANTA, INC., ARRIS GROUP,<br>INC., THOMSON, INC., AMBIT MICROSYSTEMS,<br>INC., and NETGEAR, INC.,<br>        Plaintiffs,<br>   v.<br>REMBRANDT TECHNOLOGIES, LP,<br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| REMBRANDT TECHNOLOGIES, LP, and<br>REMBRANDT TECHNOLOGIES, LLC d/b/a<br>REMSTREAM,<br>        Counter-Plaintiffs,<br>   v.<br>MOTOROLA, INC., CISCO SYSTEMS, INC.,<br>SCIENTIFIC-ATLANTA, INC., ARRIS GROUP,<br>INC., THOMSON, INC., AMBIT MICROSYSTEMS,<br>INC., NETGEAR, INC., TIME WARNER CABLE,<br>INC., TIME WARNER CABLE LLC, TIME<br>WARNER NEW YORK CABLE LLC, TIME<br>WARNER ENTERTAINMENT COMPANY, LP,<br>COMCAST CORPORATION, COMCAST CABLE<br>COMMUNICATIONS, LLC, CHARTER<br>COMMUNICATIONS, INC., CHARTER<br>COMMUNICATIONS OPERATING, LLC,<br>COXCOM, INC., COX COMMUNICATIONS,<br>INC., COX ENTERPRISES, INC., CSC<br>HOLDINGS, INC., CABLEVISION SYSTEMS<br>CORPORATION, ADELPHIA<br>COMMINICATIONS CORPORATION,<br>CENTURY-TCI CALIFORNIA<br>COMMUNICATIONS, LP, CENTURY-TCI<br>HOLDINGS, LLC, COMCAST OF<br>FLORIDA/PENNSYLVANIA, L.P. (f/k/a<br>PARNASSOS, LP), COMCAST OF<br>PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-752-GMS<br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| CALIFORNIA, L.P.), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC, and WESTERN NY CABLEVISION, LP,<br>             Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF CABLEVISION SYSTEMS CORPORATION AND CSC HOLDINGS, INC.

Pursuant to Fed. R. Civ. P. 7.1, Defendants Cablevision Systems Corporation and CSC Holdings, Inc. (collectively, "Cablevision") identify their parent corporations and any publicly held companies that own 10% or more of their stock:

1.    Cablevision Systems Corporation is a publicly held corporation with no parent corporation. The following publicly held corporations own 10% or more of Cablevision Systems Corporation's stock: Legg Mason, Inc. (through ClearBridge Advisors, LLC, Smith Barney Fund Management LLC, and ClearBridge Asset Management, Inc. as a group) and T. Rowe Price Associates, Inc.

2.    CSC Holdings, Inc. is a wholly owned subsidiary of Cablevision Systems Corporation and is not publicly traded.

Cablevision reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

2

RLF1-3253626-1

OF COUNSEL:

Josh A. Krevitt
Charles J. Boudreau
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

David Segal
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800

Amanda J. Tessar
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700

Dated: February 13, 2008

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Counter-Defendants Cablevision Systems Corporation and CSC Holdings, Inc.*