IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION, | MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REMBRANDT TECHNOLOGIES, LP, <br><br> Defendant. | C.A. No. 07-752 (GMS) |
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGIES, LLC d/b/a REMSTREAM, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., NETGEAR, INC., TIME WARNER CABLE, INC., TIME WARNER CABLE, LLC, TIME WARNER NEW YORK CABLE, LLC, TIME WARNER ENTERTAINMENT COMPANY, LP, COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, INC., CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., COX COMMUNICATIONS, INC., COX ENTERPRISES, INC., CSC HOLDINGS, INC., CABLEVISION SYSTEMS CORPORATION, ADELPHIA | |

|  |  |
|---|---|
| COMMUNICATIONS CORPORATION, CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI HOLDINGS, LLC, COMCAST OF FLORIDA/PENNSYLVANIA, LP (f/k/a PARNASSOS, LP), COMCAST OF PENNSYLVANIA II, LP (f/k/a CENTURY-TCI CALIFORNIA, LP), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC, and WESTERN NY CABLEVISION, LP,<br><br>            Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, COMCAST OF FLORIDA/PENNSYLVANIA, LP, COMCAST OF PENNSYLVANIA II, LP, PARNASSOS COMMUNICATIONS, LP, and COMCAST CABLE COMMUNICATIONS HOLDINGS, INC.,<br><br>            Counter-Counterclaimants,<br><br>    v.<br><br>REMBRANDT TECHNOLOGIES, LP; and REMBRANDT TECHNOLOGIES, LLC, d/b/a REMSTREAM,<br><br>            Counter-Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMCAST ENTITIES' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Comcast Corporation; Comcast Cable Communications, LLC; Comcast Cable Communications Holdings, Inc; Century-TCI California Communications, LP; Century-TCI Holdings, LLC; Comcast of Florida/Pennsylvania, LP; Comcast of Pennsylvania II, LP; Parnassos Communications, LP; Parnassos Holdings, LLC; and Western NY Cablevision, LP provide the following Corporate

2

Disclosure Statement.

1. Comcast Corporation is a publicly traded company. Comcast Corporation has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

2. Comcast Cable Communications, LLC is wholly owned by Comcast Corporation through a wholly-owned subsidiary of Comcast Corporation. No publicly held corporation owns ten percent (10%) or more of Comcast Cable Communications, LLC's stock.

3. Comcast Cable Communications Holdings, Inc. is a wholly owned subsidiary of Comcast Corporation. No publicly held corporation, other than Comcast Corporation, owns ten percent (10%) of more of Comcast Cable Communications Holdings, Inc.'s stock.

4. Century-TCI California Communications, LP is wholly owned by Comcast Corporation through wholly-owned subsidiaries. No publicly held corporation owns ten percent (10%) or more of Century-TCI California Communications LP's equity interests.

5. Century-TCI Holdings, LLC is wholly owned by Comcast Corporation through wholly owned subsidiaries. No publicly held corporation owns ten percent (10%) or more of Century-TCI Holdings, LLC's stock.

6. Comcast of Florida/Pennsylvania, LP is wholly owned by Comcast Corporation through wholly owned subsidiaries. No publicly held corporation owns ten percent (10%) or more of Comcast of Florida/Pennsylvania, LP's equity interests.

7. Comcast of Pennsylvania II, LP is wholly owned by Comcast Corporation through wholly owned subsidiaries. No publicly held corporation owns ten percent (10%) or more of Comcast of Pennsylvania II, LP's equity interests.

8. Parnassos Communications, LP is wholly owned by Comcast Corporation through wholly owned subsidiaries. No publicly held corporation owns ten percent (10%) or more of Parnassos Communications, LP's equity interests.

9. Parnassos Holdings, LLC is wholly owned by Comcast Corporation through

wholly owned subsidiaries. No publicly held corporation owns ten percent (10%) or more of Parnassos Holdings, LLC's stock.

10. Western NY Cablevision, LP is wholly owned by Comcast Corporation through wholly owned subsidiaries. No publicly held corporation owns ten percent (10%) or more of Western NY Cablevision, LP's equity interests.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for COMCAST CORP.;
COMCAST CABLE
COMMUNICATIONS, LLC;
CENTURY-TCI CALIFORNIA
COMMUNICATIONS, LP;
CENTURY-TCI HOLDINGS, LLC
COMCAST OF FLORIDA /
PENNSYLVANIA, LP;
COMCAST OF PENNSYLVANIA II, LP;
PARNASSOS COMMUNICATIONS, LP;
PARNASSOS HOLDINGS, LLC;
WESTERN NY CABLEVISION LP; AND
COMCAST CABLE
COMMUNICATIONS HOLDINGS, INC.

OF COUNSEL:

Robert A. Van Nest
Brian L. Ferrall
Daralyn J. Durie
Leo L. Lam
Matthew M. Werdegar
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

February 14, 2008

1535234

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

I further certify that I caused to be served copies of the foregoing document on February 14, 2008 upon the following in the manner indicated:

## VIA EMAIL

Collins J. Seitz, Jr.
Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

David S. Benyacar
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Eric R. Lamison
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

John M. DesMarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
jdesmarais@kirkland.com

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden (#2881)