## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 25, 2008

The Honorable Gregory M. Sleet     *VIA ELECTRONIC FILING*
United States District Court
   For the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:   *In Re Rembrandt/MDL Docket No. 07-md-1848 (GMS)*

Dear Chief Judge Sleet:

In anticipation of the discovery teleconference scheduled for tomorrow at 3:15 p.m. in the above-captioned matter, the parties jointly submit the following three items to be presented to the Court:

- Limits on fact depositions. The parties disagree on the total number of hours of fact depositions by Rembrandt and by All Other Parties, and the length of depositions of inventors.

- Identification of claims to be asserted by Rembrandt. All Other Parties have requested that Rembrandt identify each patent claim that it "asserts" on March 3, 2008. Rembrandt suggests that, instead, on March 3, 2008, it will identify claims that it "asserts or reasonably expects to assert," with the final claim identification to be provided in the normal course of discovery.

- Issues regarding the stipulated protective order.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld

JBB/dlb

The Honorable Gregory M. Sleet
February 25, 2008
Page 2

cc:     Clerk of Court (Via Hand Delivery)
       Collins J. Seitz, Jr., Esquire (Via Hand Delivery)
       Francis DiGiovanni, Esquire (Via Hand Delivery)
       John W. Shaw, Esquire (Via Hand Delivery)
       Eric R. Lamison, Esquire (Via Electronic Mail)
       David S. Benyacar, Esquire (Via Electronic Mail)
       Edward R. Reines, Esquire (Via Electronic Mail)

1644584