IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: REMBRANDT TECHNOLOGIES, LP | ) | |
| PATENT LITIGATION | ) | MDL Docket No. 07-md-1848(GMS) |
| | ) | |

## ORDER

At Wilmington, this 6th day of March, 2008, having resolved the parties discovery disputes during the February 26, 2008 teleconference;

IT IS ORDERED that the plaintiff, Rembrandt Technologies, LP, shall submit a revised proposed scheduling order memorializing the court's rulings from the February 26, 2008 teleconference no later than close of business on **Monday, March 10, 2008**.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE