IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | MDL Docket No. 07-md-1848 (GMS) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, George Pazuniak and all attorneys of the law firm of Womble Carlyle Sandridge & Rice, PLLC, hereby withdraw from representing Plaintiff Rembrandt Technologies, LP, in the above-captioned case. The following counsel will be appearing on behalf of Plaintiff Rembrandt Technologies, LP:

> Collins J. Seitz, Jr.
> **CONNOLLY BOVE LODGE & HUTZ, LLP**
> 1007 North Orange Street
> Wilmington, DE 19899
> Phone: (302) 658-9141
> Fax: (302) 658-5614
> cseitz@cblh.com

> Respectfully submitted,
>
> **WOMBLE CARLYLE SANDRIDGE
> & RICE, PLLC**
>
> By: /s/ George Pazuniak
> George Pazuniak (#478)
> James M. Lennon (#4570)
> 222 Delaware Avenue, Suite 1501
> Wilmington, DE 19801
> Phone: (302) 252-4320
> Fax: (302) 252-4330
> gpazuniak@wcsr.com

Dated: March 18, 2008

WCSR 3862572v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I caused a true copy of the foregoing *Notice of Withdrawal of Counsel* was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Richards, Layton & Finger, P.A.
Frederick L. Cottrell, III
Kelly E. Farnan
One Rodney Square
Wilmington, DE  19899

Amanda Tessar
Gibson, Dunn & Crutcher LLP
1801 California Street
Suite 4200
Denver, Colorado  80202

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue
Wilmington, DE  19801

Gibson, Dunn & Crutcher LLP
Josh A. Krevitt
200 Park Avenue
47th Floor
New York, NY  10166

Jack B. Blumenfeld
Karen Jacobs Louden
Rodger Dallery Smith, II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza
6th Floor
Wilmington, DE  19899

Collins J. Seitz, Jr.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

/s/  George Pazuniak
George Pazuniak

WCSR  3862572v1