**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| REMBRANDT TECHNOLOGIES, LP | ) MDL Docket No. 07-md-1848-GMS |
| PATENT LITIGATION | ) |
| | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned counsel for defendants Fox Entertainment Group, Inc. and Fox

Broadcasting Co. (collectively "Fox") hereby certifies that copies of the following documents

were caused to be served on March 27, 2008, upon the following attorneys of record at the

following addresses as indicated:

**FOX ENTERTAINMENT GROUP, INC.'S AND FOX BROADCASTING
CO.'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR
DOCUMENTS AND THINGS (NOS. 1-64)**

**VIA ELECTRONIC MAIL**

Collins J. Seitz, Jr.
Francis DiGiovanni
James D. Heisman
Kristen Healey Cramer
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com
kcramer@cblh.com

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
jshaw@ycst.com

John Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com

Eric R. Lamison
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
elamison@kirkland.com

Matthew D. Powers
Edward R. Reines
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com


OF COUNSEL:

William W. Oxley
ORRICK, HERRINGTON, & SUTCLIFFE LLP
777 Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Tel: (213) 629-2020

William L. Anthony, Jr.
Fabio E. Marino
Gabriel M. Ramsey
ORRICK, HERRINGTON, & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA, 94025-1015
Tel: (650) 614-7400

Dated: March 27, 2008
857640 / 31072

POTTER ANDERSON & CORROON LLP


By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Fox Entertainment
Group, Inc. and Fox Broadcasting Company.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 27, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on March 27, 2008, the attached document was Electronically

Mailed to the following person(s):

Collins J. Seitz, Jr.
Francis DiGiovanni
James D. Heisman
Kristen Healey Cramer
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com
kcramer@cblh.com

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
jshaw@ycst.com

John Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com

Eric R. Lamison
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
elamison@kirkland.com

David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Matthew D. Powers
Edward R. Reines
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
matthew.powers@weil.com
edward.reines@weil.com

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

842975 / 31072 / MDL