IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:  REMBRANDT TECHNOLOGIES, <br> LP PATENT LITIGATION | ) <br> ) <br> )   MDL Docket No. 07-md-1848 (GMS) <br> ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *All Other Parties' Joint Response to Rembrandt Technologies, LP's First Set of Interrogatories (Nos. 1 and 2)* were caused to be served on April 24, 2008 upon the following in the manner indicated:

### VIA HAND DELIVERY and EMAIL

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire <br> Francis DiGiovanni, Esquire <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> The Nemours Building <br> 1007 North Orange Street <br> Wilmington, DE  19801 <br> cseitz@cblh.com <br> fdigiovanni@cblh.com | John W. Shaw, Esquire <br> YOUNG CONAWAY STARGATT & TAYLOR LLP <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE  19899-0391 <br> jshaw@ycst.com |

### VIA EMAIL

| | |
|---|---|
| David S. Benyacar, Esquire <br> KAYE SCHOLER LLP <br> 425 Park Avenue <br> New York, NY  10022 <br> dbenyacar@kayescholer.com | John M. DesMarais, Esquire <br> KIRKLAND & ELLIS LLP <br> Citigroup Center <br> 153 East 53rd Street <br> New York, NY  10022-4611 <br> Jdesmarais@kirkland.com |
| Eric R. Lamison, Esquire <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA  94104 <br> elamison@kirkland.com | Edward R. Reines, Esquire <br> WEIL GOTSHAL & MANGES LLP <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> edward.reines@weil.com |

2

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
rsmith@mnat.com

April 24, 2008
1383235

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

I further certify that I caused to be served copies of the foregoing document on April 24, 2008 upon the following in the manner indicated:

### **VIA HAND DELIVERY and EMAIL**

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

### **VIA EMAIL**

David S. Benyacar, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

John M. DesMarais, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Jdesmarais@kirkland.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

Edward R. Reines, Esquire
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld (#1014)