IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, ET AL., <br><br>    Plaintiffs, <br><br>    v. <br><br>REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGIES, LLC d/b/a/ REMSTREAM, <br><br>    Defendants. | ) ) ) ) ) ) ) Civil Action No. 07-752-GMS ) ) ) ) ) ) |

**STIPULATION AND PROPOSED ORDER**
**AMENDING BRIEFING SCHEDULE**

WHEREAS, the plaintiffs in Case No. 07-752-GMS filed a Motion for Leave to Amend Complaint (D.I. 147) (the "Motion") on April 11, 2008; the Motion seeks leave to file a First Amended Complaint that would include antitrust and unfair competition allegations;

WHEREAS, Rembrandt Technologies, LP ("Rembrandt") and Rembrandt Technologies, LLC ("Remstream") oppose the Motion, and because Rembrandt and Remstream consider the motion and opposition complex and expect that it will take significant time and effort to prepare a response, Rembrandt and Remstream seek an extension of time within which to file their Answering Brief to the Motion;

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, subject to the Order of the Court, that the date by which the Answering Brief of Rembrandt and Remstream to the Motion shall be extended to and through May 5, 2008.

- 2 -

| | |
|---|---|
| /s/ Collins J. Seitz, Jr. | /s/ John W. Shaw |
| Collins J. Seitz, Jr. (#2237) | John W. Shaw (#3362) |
| Francis DiGiovanni (#3189) | Young Conaway Stargatt & Taylor, LLP |
| James D. Heisman (#2746) | The Brandywine Building, 17th Floor |
| Connolly Bove Lodge & Hutz LLP | 1000 West Street |
| 1007 N. Orange Street | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899 | (302) 571-6000 |
| (302) 658-9141 | jshaw@ycst.com |
| cseitz@cblh.com | |
| fdigiovanni@cblh.com | Liaison Counsel for Equipment |
| jheisman@cblh.com | Manufacturer Defendants |
| | |
| Counsel for Rembrandt Technologies, LP | |

IT IS SO ORDERED, this ____ of April, 2008.

_____
Chief, United States District Judge