# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Rembrandt Technologies, LP Patent Litigation | MDL Case No. 07-md-1848 (GMS) |
| In re Adelphia Communications Corporation, et al., Debtors | Chapter 11 <br> Case No. 02-41729 (REG) <br> (Jointly Administered) |
| Rembrandt Technologies, LP, <br><br> Plaintiff / Counter-defendant, <br><br> v. <br><br> Adelphia Communications Corporation; Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II, LLC; Parnassos Holdings, LLC; and Western NY Cablevision, LP, <br><br> Defendants / Counterclaimants | Adversary Proceeding No. 06-01739 (REG) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 1, 2008 copies of (1) **ADELPHIA COMMUNICATIONS CORPORATION AND ADELPHIA CONSOLIDATION LLC'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATOIRES (NOS. 3-7)** and 2) this **NOTICE OF SERVICE** were served as shown:

{00720967;v1}

**By email and by hand delivery:**

| | |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE  19899 | Collins J. Seitz, Jr., Esquire<br>Francis DiGiovanni, Esquire<br>Kristen Healey Cramer, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building – 8th Floor<br>1007 N. Orange Street<br>Wilmington, DE  19801 |
| Frederick L. Cottrell, III, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | Rodger D. Smith, II, Esquire<br>Jack B. Blumenfeld, Esquire<br>Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street<br>PO Box 1347<br>Wilmington, DE  19899 |
| Richard L. Horwitz, Esquire<br>David Ellis Moore, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>PO Box 951<br>Wilmington, DE  19899 | George Pazuniak, Esquire<br>James Michael Lennon, Esquire<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE  19899 |
| John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE  19899 | |

**By email and by first class mail:**

| | |
|---|---|
| Samuel F. Baxter, Esquire<br>McKool Smith – Marshall<br>PO Box 0<br>Marshall, TX  75671 | David S. Benyacar, Esquire<br>Daniel Reisner, Esquire<br>Michael A. Rogoff, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 |
| Matthew R. Berry, Esquire<br>Brooke A.M. Taylor<br>Susman Godfrey LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101 | Vineet Bhatia, Esquire<br>Susman Godfrey LLP<br>590 Madison Avenue, 8th Floor<br>New York, NY 10022 |

{00720967;v1}

Bradley W. Caldwell, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX  75201

Otis W. Carroll, Jr., Esquire
Ireland Carroll & Kelley
6101 South Broadway, Suite 500
Tyler, TX  75703

Diane DeVasto, Esquire
Allen F. Gardner, Esquire
Michael E. Jones, Esquire
Potter Minton, PC
110 North College Street, Suite 500
Tyler, TX  75702

Jennifer H. Doan, Esquire
Haltom & Doan LLP
6500 North Summerhill Road
Crown Executive Center Suite 1A
PO Box 6227
Texarkana, TX  75505

Daralyn J. Durie, Esquire
Brian L. Ferrall, Esquire
Matthias A. Kamber, Esquire
Leo L. Lam, Esquire
Eric MacMichael, Esquire
Steven K. Taylor, Esquire
Matthew M. Werdegar, Esquire
Keker & Van Nest
710 Sansome Street
San Francisco, CA  94111

Harry L. Gillam, Jr., esquire
Gillam & Smith LLP
303 South Washington Avenue
Marshall, TX  75670

Joseph S. Grinstein, Esquire
Tibor L. Nagy, Esquire
Max L. Tribble, Jr., Esquire
Susman Godfrey LLP
1000 Louisiana, #5100
Houston, TX  77002

Kevin D. Hogg, Esquire
Charles Juister, Esquire
Bradford P. Lyerla, Esquire
Marshall Gerstein & Borun LLP
233 South Wacher Drive
8300 Sears Tower
Chicago, Ill 60606

Josh A. Krevitt, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Gerald Levy, Esquire
Day Pitney LLP
200 Campus Drive
Florham, NJ  07932

William W. Oxley, Esquire
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017

Robert M. Parker, Esquire
Parker Bunt & Ainsworth PC
1000 E. Ferguson, Suite 1114
Tyler, TX  75702

Edward R. Reines, Esquire
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

John F. Sweeney, Esquire
Morgan & Finnegan, LP
3 World Financial Center
New York, NY  10281

{00720967;v1}

Johnathan B. Tropp, Esquire
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

| | |
|---|---|
| OF COUNSEL: | BAYARD, PA. |
| Peter J. Toren<br>Monica V. Bhattacharyya<br>Steven D. Chin<br>Jamie W. McGloin-King<br>Lawrence B. Goodwin<br>Stefan R. Stoyanov<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | /s/ Stephen B. Brauerman (sb4952)<br>Richard D. Kirk (#0922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>Attorney for Defendants<br>Adelphia Communications Corporation;<br>Adelphia Consolidation LLC |

{00720967;v1}