IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | C.A. No. 07-md-1848 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 1, 2008, true and correct copies of Cablevision System Corporation and CSC Holdings, Inc.'s Responses and Objections to Rembrandt Technologies, LP's First Set of Interrogatories Nos. 3-7 were caused to be served on the following lead and liaison counsel in the manner indicated:

**BY HAND DELIVERY AND EMAIL:**

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19803
jblumenfeld@mnat.com
klouden@mnat.com

**BY E-MAIL:**

Matthew D. Powers, Esquire
Edward R. Reines, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shore Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

David S. Benyacar, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

1

RLF1-3274448-1

| | |
|---|---|
| John M. Desmarais, Esquire<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611<br>jdesmarais@kirkland.com | Eric R. Lamison, Esquire<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>elamison@kirkland.com |

*Kelly E. Farnan*
Frederick L. Cottrell III (#2555)
Cottrell@rlf.com
Kelly Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7509
Facsimile: (302) 498-7509
Attorneys for Counter-Defendants Cablevision Systems Corporation and CSC Holdings, Inc.

OF COUNSEL:

Josh A. Krevitt
Charles J. Boudreau
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

David Segal
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Amanda J. Tessar
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5700
Facsimile: (303) 296-5310