IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) ) ) | MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC. | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-752-GMS |
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGIES, LLC d/b/a REMSTREAM, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGIES, LLC d/b/a REMSTREAM, | ) ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-752-GMS |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., TIME WARNER CABLE, INC., TIME WARNER CABLE LLC, TIME WARNER NEW YORK CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, LP, COMCAST CORPORATION, COMCAST | ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| CABLE COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., COX COMMUNICATIONS, INC., COX ENTERPRISES, INC., CSC HOLDINGS, INC., CABLEVISION SYSTEMS CORPORATION, ADELPHIA COMMUNICATIONS CORPORATION, CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI HOLDINGS, LLC, COMCAST OF FLORIDA/PENNSYLVANIA, L.P. (f/k/a PARNASSOS, LP), COMCAST OF PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI CALIFORNIA, L.P.), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC, and WESTERN NY CABLEVISION, LP,  Counter-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2008, true and correct copies of Plaintiffs' Response to Rembrandt Technologies, LP's First Set of Interrogatories (Nos. 3-7) to be served upon the following counsel of record as indicated:

**BY HAND DELIVERY AND E-MAIL**

| | |
|---|---|
| Collins J. Seitz, Jr. | Jack B. Blumenfeld |
| Francis DiGiovanni | Morris, Nichols, Arsht & Tunnell LLP |
| 1007 N. Orange Street | 1201 North Market Street |
| P.O. Box 2207 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |

**BY E-MAIL**

David S. Benyacar  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022

Edward R. Reines  
Weil, Gotshal & Manges LLP  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065

PLEASE TAKE FURTHER NOTICE that on May 2, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Collins J. Seitz, Jr.  
Francis DiGiovanni  
1007 N. Orange Street  
P.O. Box 2207  
Wilmington, DE 19899

Jack B. Blumenfeld  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

David S. Benyacar  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022

Edward R. Reines  
Weil, Gotshal & Manges LLP  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065

|  | YOUNG CONAWAY STARGATT & <br> TAYLOR, LLP |
|---|---|
| *Of Counsel:* | */s/ John W. Shaw* |
| John Desmarais <br> KIRKLAND & ELLIS LLP <br> Citigroup Center <br> 153 East 53rd Street <br> New York, New York 10022-4611 | Josy W. Ingersoll (No. 1088) <br> John W. Shaw (No. 3362) <br> 1000 West Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> jshaw@ycst.com |
| Eric R. Lamison <br> Benjamin R. Ostapuk <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA 94104 | Attorneys for Plaintiffs Cisco Systems, Inc., Scientific-Atlanta, Inc., ARRIS Group, Inc., Thomson, Inc., Ambit Microsystems, Inc., and NETGEAR, Inc. |
| Russell E. Levine, P.C. <br> KIRKLAND & ELLIS LLP <br> 200 East Randolph Drive <br> Chicago, IL 60601 <br> Attorneys for Plaintiffs |  |

Dated: May 2, 2008