IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-752 (GMS) |
| REMBRANDT TECHNOLOGIES, LP, | ) ) | |
| Defendant. | ) ) | |
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) | MDL Docket No.: 07-md-1848 (GMS) |

## STIPULATION AND PROPOSED ORDER

WHEREAS, on April 11, 2008, Motorola, Inc., Cisco Systems, Inc., Scientific-Atlanta, Inc., ARRIS Group, Inc., Thomson, Inc., Ambit Microsystems, Inc., and NETGEAR, Inc. (collectively "Plaintiffs") moved to amend their complaint to include certain antitrust claims (D.I. 147);

WHEREAS, defendant Rembrandt Technologies, LP requested an additional 10 days to respond to the motion, to which Plaintiffs were amenable and which the Court ordered (D.I. 168);

WHEREAS, Plaintiffs represent that they have been working diligently toward the commencement of claim construction briefing, including but not limited to the exchange of claim construction terms and proposed constructions; and

WHEREAS, as a result of time commitments associated with the claim construction process, Plaintiffs request an additional 10 days to file their reply brief in support of their motion to amend, a request to which Rembrandt is amenable,

NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that the time for Plaintiffs to file and serve their reply brief in support of their motion to amend shall be extended through and including May 27, 2008.

YOUNG CONAWAY STARGATT &
   TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
Attorneys for Plaintiffs, Motorola, Inc.,
   Cisco Systems, Inc., Scientific-Atlanta, Inc.,
   ARRIS Group, Inc., Thomson, Inc.,
   Ambit Microsystems, Inc., and NETGEAR, Inc.

CONNOLLY BOVE LODGE &
   HUTZ LLP

/s/ Francis DiGiovanni
_____
Collins J. Seitz, Jr. (No. 2237)
Francis DiGiovanni (No. 3189)
1007 N. Orange St.
Wilmington, DE 19801
(302) 658-9141
fdigiovanni@cblh.com
Attorneys for Rembrandt Technologies, LP

So Ordered this _____ day of _____, 2008,

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on May 12, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, DE  19801
cseitz@cblh.com
fdigiovanni@cblh.com

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com

I further certify that on May 12, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

David S. Benyacar, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

**BY E-MAIL**

Edward R. Reines, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*jshaw@ycst.com*