IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | : : : | MDL Docket No. 07-md-1848 (GMS) |
| ALL CASES | : | |

### ORDER

At Wilmington this **22nd** day of **May, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, November 24, 2008 at 2:00 p.m.** with Magistrate Judge Thynge to discuss ADR. **Jack B. Blumenfeld, Esquire shall initiate the teleconference call to 302-573-6173.** On or before **Thursday, November 20, 2008, Mr. Blumenfeld shall fax to Chambers at 302-573-6445, a list of the teleconference participants to include their telephone numbers and the parties whom they represent.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE