**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re:<br>REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) ) | MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-752-GMS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| REMBRANDT TECHNOLOGIES, LP, | ) ) | |
| Defendant. | ) ) ) ) | |
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGIES, LLC d/b/a REMSTREAM, | ) ) ) ) ) | |
| Counter-Plaintiffs, | ) ) | Civil Action No. 07-752-GMS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., TIME WARNER CABLE, INC., TIME WARNER CABLE LLC, TIME WARNER NEW YORK CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, LP, COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., COX COMMUNICATIONS, INC., COX ENTERPRISES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| CSC HOLDINGS, INC., CABLEVISION SYSTEMS CORPORATION, ADELPHIA COMMUNICATIONS CORPORATION, CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI HOLDINGS, LLC, COMCAST OF FLORIDA/PENNSYLVIANIA, L.P. (f/k/a PARNASSOS, LP), COMCAST OF PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI CALIFORNIA, L.P.), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC, and WESTERN NY CABLEVISION, LP,<br><br>        Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REPLY OF CHARTER COMMUNICATIONS, INC. AND CHARTER COMMUNICATIONS OPERATING, LLC TO FIRST AMENDED REPLY

Charter Communications, Inc. and Charter Communications Operating, LLC hereby incorporate by reference their May 2, 2008 Reply (D.I. 184) in response to Rembrandt's First Amended Reply filed May 5, 2008 (D.I. 189).

| | |
|---|---|
| May 22, 2008 | /s/ Bradford P. Lyerla<br>Bradford P. Lyerla<br>Email: blyerla@marshallip.com<br>Kevin D. Hogg<br>Email: khogg@marshallip.com<br>Charles E. Juister<br>Email: cjuister@marshallip.com<br>Marshall, Gerstein & Borun LLP<br>233 S. Wacker Dr., Suite 6300<br>Chicago, IL  60606<br>Tel:  (312) 474-6300<br>Fax:  (312) 474-0448<br><br>*Attorneys for Charter Communications, Inc. and Charter Communications Operating, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

I further certify that on May 22, 2008, copies of the foregoing document were served upon the following via e-mail:

Collins J. Seitz, Jr.
Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

David S. Benyacar
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Matthew D. Powers
Edward R. Reines
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
klouden@mnat.com

John M. DesMarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
jdesmarais@kirkland.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

/s/ Kevin D. Hogg
Attorney for Charter Communications, Inc. and
Charter Communications Operating, LLC