IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) ) | MDL Docket No. 07-md-1848 (GMS) |

**STIPULATION AND ORDER**

WHEREAS, the Scheduling Order entered on May 6, 2008 (D.I. 126) provides that the parties shall submit (1) a Final Joint Claim Chart by May 28, 2008 and (2) a protective order for confidential information within twenty days from the date of that Order;

WHEREAS, the numerous parties to this litigation have been discussing the terms and phrases to be included on the Joint Claim Chart and the form of that chart for the nine patents-in-suit and continue to discuss those matters; and

WHEREAS, the parties have also exchanged several drafts of protective orders, and continue to discuss the complex terms for such an order;

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that:

1. The time for the parties to submit a Final Joint Claim Chart is extended until June 2, 2008;

2. The time for the parties to submit a protective order for confidential information is extended until June 13, 2008; and

3. If the parties are unable to agree to the terms of a protective order by June 13, 2008, they shall advise the Court of that and request that the issue of an appropriate protective order be discussed during the June 19, 2008 telephone conference.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Collins J. Seitz, Jr.* | */s/ Jack B. Blumenfeld* |
| Collins J. Seitz, Jr. (#2237) | Jack B. Blumenfeld (#1014) |
| Francis DiGiovanni (#3189) | Karen Jacobs Louden (#2881) |
| James D. Heisman (#2746) | 1201 N. Market Street |
| Kristen Healey Cramer (#4512) | P.O. Box 1347 |
| 1007 N. Orange Street | Wilmington, DE 19899 |
| Wilmington, Delaware 19899 | (302) 658-9200 |
| (302) 658-9141 | jblumenfeld@mnat.com |
| cseitz@cblh.com | klouden@mnat.com |
| fdigiovanni@cblh.com | |
| jheisman@cblh.com | *Co-Liaison Counsel for All Parties* |
| kcramer@cblh.com | *Other Than Rembrandt* |

*Counsel for Rembrandt Technologies, LP*

IT IS SO ORDERED, this ____ of _____, 2008.

_____
Chief Judge, United States District Court