# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON | ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY<br>CHRISTIAN DOUGLAS WRIGHT<br>DANIELLE GIBBS<br>JOHN J. PASCHETTO<br>NORMAN M. POWELL<br>ELENA C. NORMAN<br>EDMON L. MORTON<br>JOHN E. TRACEY | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338<br><br>WWW.YOUNGCONAWAY.COM<br><br>DIRECT DIAL: 302-576-3587<br>DIRECT FAX: 302-576-3551<br>jcastellano@ycst.com | JOSEPH M. BARRY<br>RYAN M. BARTLEY<br>SEAN M. BEACH<br>SANJAY BHATNAGAR<br>DONALD J. BOWMAN, JR.<br>MICHELE SHERRETTA BUDICAK<br>JEFFREY T. CASTELLANO<br>DOUGLAS T. COATS (MD ONLY)<br>KARA HAMMOND COYLE<br>KRISTEN SALVATORE DEPALMA<br>MARGARET M. DIBIANCA<br>MARY F. DUGAN<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>KERRIANNE MARIE FAY<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>WILLIAM E. GAMGORT<br>SEAN T. GREECHER<br>NATHAN D. GROW<br>STEPHANIE L. HANSEN<br>JAMES L. HIGGINS<br>PATRICK A. JACKSON<br>DAWN M. JONES<br>KAREN E. KELLER<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>KAREN L. PASCALE<br>SETH J. REIDENBERG<br>PATRICIA A. WIDDOSS | JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>EVANGELOS KOSTOULAS<br>JOHN C. KUFFEL<br>TIMOTHY E. LENGKEEK<br>ANDREW A. LUNDGREN<br>MATTHEW B. LUNN<br>ADRIA B. MARTINELLI<br>KATHALEEN MCCORMICK<br>MICHAEL W. MCDERMOTT<br>TAMMY L. MERCER<br>MARIBETH L. MINELLA<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>ADAM W. POFF<br>ROBERT F. POPPITI, JR.<br>SARA BETH A. REYBURN<br>CHERYL A. SANTANIELLO<br>MONTÉ T. SQUIRE<br>MICHAEL P. STAFFORD<br>RICHARD J. THOMAS<br>TRAVIS N. TURNER<br>MARGARET B. WHITEMAN<br>SHARON M. ZIEG<br><br>SENIOR COUNSEL<br>CURTIS J. CROWTHER<br><br>OF COUNSEL<br>BRUCE M. STARGATT<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

May 28, 2008

**BY CM/ECF AND HAND DELIVERY**

Ms. April Walker
Courtroom Deputy
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:  In re Rembrandt Technologies Patent Litigation –
        MDL Docket No. 07-1848-GMS

Dear Ms. Walker:

  On May 27, 2008, Plaintiffs/Counterdefendants Motorola, Inc., Cisco Systems, Inc., Scientific-Atlanta, Inc., ARRIS Group, Inc., Thomson, Inc., Ambit Microsystems, Inc. and NETGEAR, Inc. filed their Reply Brief in Support of their Motion for Leave to Amend Complaint under seal. The Reply Brief was due on May 27, 2008 pursuant to the Stipulation for an extension of time (D.I. 208) which was approved by the Court on May 19, 2008. However, the Reply Brief was inadvertently filed in related action C.A. No. 07-752 in error, rather than MDL Docket No. 07-1848 where the original Motion (D.I. 147) and prior briefing thereon were properly filed.

  We have today filed the sealed Reply Brief in the 07-1848 action (D.I. 228) and are requesting the Court to reflect on the docket the date that the Reply Brief was originally filed. It is our understanding that the Court is also removing the entry from the 07-752 action so that all briefing on this motion is properly docketed in the 07-1848 case only.

  We apologize for any inconvenience caused the Court by this error.

DB02:6847685.1                                                            066919.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Ms. April Walker
May 28, 2008
Page 2

      Thank you for your consideration and attention in this matter.

                         Respectfully submitted,

                         Jeffrey T. Castellano (#4837)

JTC
cc:   Clerk of the Court (via CM/ECF)
      Collins J. Seitz, Jr., Esquire (via CM/ECF and e-mail)
      Francis DiGiovanni, Esquire (via CM/ECF and e-mail)
      Edward Reines, Esquire (via e-mail)
      David S. Benyacar, Esquire (via e-mail)
      Jack B. Blumenfeld, Esquire (via e-mail)
      Eric Lamison, Esquire (via e-mail)