## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:

REMBRANDT TECHNOLOGIES, LP
PATENT LITIGATION

)
)
)
)
)
)
)
)
)
)
)

**MDL Docket No. 07-md-1848 (GMS)**

## REMBRANDT'S OPENING CLAIM CONSTRUCTION BRIEF RE '627 PATENT

Collins J. Seitz, Jr., Esquire (#2237)
Francis DiGiovanni, Esquire (#3189)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com

OF COUNSEL:

MORGAN & FINNEGAN LLP
John F. Sweeney, Esquire (*pro hac vice*)
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700
jsweeney@morganfinnegan.com

*Attorneys for Rembrandt Technologies, LP*

Dated:  June 4, 2008

**TABLE OF CONTENTS**

Page

I.  OVERVIEW OF THE '627 PATENT.................................................................1

II.  PRIOR CONSTRUCTION OF THE '627 PATENT ........................................7

III.  EXEMPLARY CLAIM OF THE '627 PATENT.............................................8

IV.  THE DISPUTED TERMS .............................................................................9

    A.  "signal point" (claims 1, 2, 9, 10, 11, 12, 19, 20, 21, and 22) .................9

    B.  "distributed Viterbi decoder" (claims 9, 10, 19, 20, 21, and 22)...........11

    C.  "distributed Viterbi decoder for recovering (to recover) said
        information from the deinterleaved signal points" (claims 9, 10, 19,
        20, 21, and 22) .......................................................................................12

    D.  "trellis encoded channel symbol" (claims 1, 2, 9, 10, 11, 12, 19, 20,
        21, and 22) .............................................................................................12

    E.  "trellis encoded channel symbol … comprised of a plurality of
        signal points" (claims 1, 2, 9, 10, 11, 12, 19, 20, 21, and 22)..............13

    F.  "stream[] of trellis encoded channel symbols" (claims 1, 2, 9, 10,
        11, 12, 19, 20, 21, and 22) ...................................................................13

    G.  "interleaving the signal points of said generated channel symbols
        to form said (a) stream of trellis encoded signal points" (claims 1,
        2, 9, 10, 11, 12, 19, 20, 21, and 22) .....................................................14

    H.  "deinterleaving the interleaved signal points to recover said
        plurality of streams of trellis encoded channel symbols" (claims 9,
        10, 19, 20, 21, and 22) .........................................................................16

    I.  "Receiver apparatus" (claims 9, 10, 19, and 20)...................................16

    J.  "means for generating a plurality of streams of trellis encoded
        channel symbols in response to respective portions of said input
        information" (claims 1, 2, 21, and 22)..................................................17

    K.  "means for interleaving the signal points of said generated channel
        symbols to form said (a) stream of trellis encoded signal points"
        (claims 1, 2, 21, and 22).......................................................................18

    L.  "means for deinterleaving the interleaved signal points to recover
        said plurality of streams of trellis encoded channel symbols"
        (claims 9, 10, 21, and 22)....................................................................20

V.  CONCLUSION............................................................................................20

## TABLE OF AUTHORITIES

**Page(s)**

<u>**Cases**</u>

*Atmel Corp. v. Silicon Storage Tech., Inc.,*
  2001 U.S. Dist. LEXIS 25641 (N.D. Cal. June 20, 2001) ........................................ 7

*Baldwin Graphic Sys. v. Siebert, Inc.,*
  512 F.3d 1338 (Fed. Cir. 2008) ........................................ 14

*Comark Communs. v. Harris Corp.,*
  156 F.3d 1182 (Fed. Cir. 1998) ........................................ 10

*Creo Prods., Inc. v. Presstek, Inc.,*
  305 F.3d 1337 (Fed. Cir. 2002) ........................................ 18

*Data Line Corp. v. Micro Technologies, Inc.,*
  813 F.2d 1196 (Fed. Cir. 1987) ........................................ 18, 19, 20

*Innova/Pure Water, Inc. v. Safari Water Filtration Sys., Inc.,*
  381 F.3d 1111 (Fed. Cir. 2004) ........................................ 10

*Johnson Worldwide Assoc. v. Zebco Corp.,*
  175 F.3d 985 (Fed. Cir. 1999) ........................................ 12

*KX Indus., L.P. v. PUR Water Purification Prods., Inc.,*
  108 F. Supp. 2d 380 (D. Del. 2000) ........................................ 7

*Markman v. Westview Instruments, Inc.,*
  517 U.S. 370 (1996) ........................................ 7

*Northern Telecom Ltd. v. Samsung Elecs. Co.,*
  215 F.3d 1281 (Fed. Cir. 2000) ........................................ 13

*PHT Corp. v. Invivodata, Inc.,*
  Civ. No. 04-60, 2005 U.S. Dist. LEXIS 9577
  (D. Del. Apr. 15, 2005) ........................................ 10, 12

*Rembrandt Technologies, L.P. v. Comcast Corp.,*
  Civ. No. 2:05-CV-443 (TJW) (E.D. Texas) ........................................ 7

*Searfoss v. Pioneer Consol. Corp.,*
  374 F.3d 1142 (Fed. Cir. 2004) ........................................ 15

*SRI International v. Matsushita Electric Corp.,*
  775 F.2d 1107 (Fed. Cir. 1985) ........................................ 14

*Verizon Cal. Inc. v. Ronald A. Katz Tech. Licensing, L.P.,*
  326 F. Supp. 2d 1060 (C.D. Cal. 2003) ........................................ 7

*Vitronics Corp. v. Conceptronic, Inc.,*
  90 F.3d 1576 (Fed. Cir. 1996) ........................................ 15

*Zoltar Satellite Sys. v. LG Elecs. Mobile Commc'ns Co,*
  402 F. Supp. 2d 731 (E.D. Tex. 2005) ........................................ 7

## I.     OVERVIEW OF THE '627 PATENT

The '627 patent (U.S. Patent No. 5,243,627, at A001-A012, also attached as Ex. 1) generally relates to error correction in digital transmission systems.  In such systems, a sequence of digital data is transmitted by a transmitter across a transmission channel to a receiver, typically by modulating an analog waveform using the digital data.  Modulation entails altering characteristics (i.e., phase, frequency, amplitude or a combination thereof) of this analog waveform to represent the digital data.  The analog waveform is received by the receiver and demodulated to recover the transmitted digital data.  (Ex. 1 at 5:48-56).

A basic problem in the design of such data transmission systems is how to eliminate the effect of "noise" introduced into the data signal during transmission.  This noise, which may result for example from environmental factors or imperfections in the transmission or reception equipment, can modify the characteristics of the modulated analog waveform so that the signal received is different from what was transmitted.  Such noise can "worsen the effectiveness of the . . . receiver to recover the transmitted data."  (Ex. 1 at 1:31-33).

To mitigate the problems caused by noise, digital transmission systems typically include some type of error correction coding to aid in the recovery of the transmitted signal.  (U.S. Patent No. 4,677,625, at B001-B008, also attached as Ex. 2 ("the '625 patent") at 1:23-37).  One type of error-correction coding uses a "trellis encoder" to encode data in the transmitter and a "Viterbi decoder" to decode data in the receiver.  (Ex. 2 at 2:44-45, 3:21-29). [1]

The trellis encoder adds "redundant bits . . . systematically to the data bits" to be sent before modulation.  (Ex. 2 at 1:37-41).  There is an "inherent correlation between these

---

[1]  The name "trellis" encoder derives from state diagrams used to map out the most likely data sequences, which look like an ivy-covered trellis typically set against a country home.  Viterbi decoders get their name from the Viterbi algorithm used to detect and correct errors in transmitted data.

redundant bits," which is used to help the receiver recover transmitted data that is lost because of noise. (Ex. 2 at 1:41-43). It is this correlation that sets up predetermined sequences of bit transitions (resembling a trellis lattice, *see* App. at B009 illustrating an exemplary trellis diagram) representing all of the possible sequences of bits that could have been transmitted. Because "only predetermined transitions from one sequential group of bits . . . to another" are allowed, the Viterbi decoder is able to determine from a received sequence of bits whether that sequence is erroneous—i.e., whether it fails to follow the prescribed pattern of transitions—and if so, to estimate the most likely sequence that was actually transmitted. (Ex. 2 at 1:37-41).

Viterbi decoders, however, can fail to properly correct errors when "relatively long error signals" occur, i.e., bursts of noise that affect a sequence of transmitted data over an extended period of time (also referred to as "burst errors" as distinguished from "random errors" which affect intermittent portions of transmitted data). (Ex. 2 at 1:46-50). When burst errors occur, a Viterbi decoder loses its ability to correct data streams because too many errors occur among the correlation of bits generated by the trellis encoder. The '627 patent refers to such error signals as "correlated noise" which "inhibits the correction of received bits" using Viterbi decoders because too many successive received data values are erroneous. (Ex. 1 at 7:5; Ex. 2 at 1:46-51). The closest valid sequence as determined by the Viterbi decoder may not be the sequence that was actually transmitted. Burst errors are pervasive and occur frequently in digital transmission and present a real problem in practical applications.

The '627 patent, issued to William Betts and Edward Zuranski, teaches a novel mechanism, called "signal point interleaving," for reducing the vulnerability of Viterbi decoders to burst errors (i.e., correlated noise). As the '627 patent explains, this mechanism represents an

improvement over an earlier technique called "channel symbol interleaving" that was disclosed by Mr. Betts and others in the prior art '625 patent. (Ex. 1 at 1:33-2:2).

The earlier channel symbol interleaving technique entailed using multiple trellis encoders in a single transmitter, and multiple corresponding Viterbi decoders in the corresponding receiver, to improve the correction of errors caused by correlated noise. (Ex. 2 at 2:27-29, 3:13-18; Ex. 1 at 1:34-38). In the preferred embodiment of the '625 patent, the transmitter comprised a "distributed trellis encoder" having four distinct trellis elements, as shown in Figure 1 of the '625 patent. To accomplish channel symbol interleaving, data was sent to the individual trellis encoders in "round-robin fashion," meaning the trellis encoders would take turns operating on data. (Ex. 1 at 1:59-62). Accordingly, only the currently "active" trellis encoder would encode data, while the "other . . . trellis encoders are idle." (Ex. 2 at 2:50-52). The receiver in the '625 patent would use a corresponding distributed Viterbi decoder to decode the received data (Ex. 1 at 1:62-65; Ex. 2 at 2:2-4, 3:67-4:3). Like the distributed trellis encoders, the distributed Viterbi decoders operated in a round-robin fashion, so that only one Viterbi decoder was active at a time. (Ex. 2 at 3:43-49). As a result, each Viterbi decoder in the receiver only decoded that data which was generated by a corresponding trellis encoder in the transmitter. (Ex. 2 at 3:47-55).

The advantage of using multiple, corresponding pairs of round-robin activated trellis encoders and Viterbi decoders, as opposed to a single conventional trellis encoder/Viterbi decoder pair, lay in the resulting "interleaving" of data transmitted between the respective pairs of encoders and decoders. (Ex. 1 at 1:59-2:2). In particular, the round-robin mechanism caused "channel symbols" from a given trellis encoder—values representing successive chunks of data processed by the trellis encoder—to be separated from each other on the transmission channel. (Ex. 1 at 1:59-2:2). The Figure at B010 illustrates the resulting pattern of channel symbols on

- 3 -

the transmission channel, with each color representing channel symbols that are encoded and decoded by respective trellis encoder/decoder pairs. (Ex. 1 at 1:59-2:2).

As can be seen from this pattern, no two channel symbols associated with a given trellis encoder/decoder pair are adjacent to each other on the transmission channel. (Ex. 1 at 1:59-2:2). As a result, correlated noise would have to last longer to affect enough channel symbols from any given trellis encoder to prevent their accurate reception by the corresponding Viterbi decoder. (Ex. 1 at 1:49-52). For example, consider a burst of noise that impairs the values of four consecutive channel symbols in the stream above. If all the channel symbols were to be processed by a single encoder/decoder pair, the Viterbi decoder would have to correct four successive erroneous values, possibly overwhelming its ability to recover the original data stream. (Ex. 2 at 1:41-52). However, when the noise impacts channel symbols from four separate trellis encoder/Viterbi decoder pairs operating in a round-robin fashion, each Viterbi decoder would only need to decode one of the four erroneous channel symbols, thereby reducing the likelihood that any given Viterbi decoder would fail to make the proper error correction. (Ex. 2 at 3:61-64).

The improvement of the '627 patent comprises augmenting the channel symbol interleaving technique disclosed in the '625 patent with an additional technique called "signal point interleaving." (Ex. 1 at 2:11-24). Whereas the channel symbol interleaving of the '625 patent provides a way of reducing the amount of correlated noise seen in successive channel symbols transmitted between a given trellis encoder/Viterbi decoder pair, the addition of signal point interleaving takes this concept a step further by reducing the amount of correlated noise within a single channel symbol. (Ex. 1 at 1:59-2:2).

As in the '625 patent, the transmitter of the '627 patent features a "distributed trellis encoder" comprising, in the preferred embodiment, "three trellis encoder stages" that operate in a round-robin fashion as illustrated in Figure 3 (reproduced with highlighting at B011). (Ex. 1 at 4:64-5:5). Three trellis encoder stages, $319\alpha$, $319\beta$, and $319\gamma$, perform channel symbol interleaving in a manner essentially the same as that taught in the '625 patent (Ex. 1 at 4:64-5:13): successive channel symbols generated using a given trellis encoder stage are separated from one another by other channel symbols generated using the other two trellis encoder stages. As in the '625 patent, this reduces the likelihood of correlated noise affecting successive channel symbols to be decoded by the same Viterbi decoder stage.

What the inventors of the '627 patent discovered was that the data within the channel symbols of the '625 patent remained vulnerable to correlated noise, which Viterbi decoders could not correct. (Ex. 1 at 2:5-13, 6:67-7:6). Reducing correlated noise within a single channel symbol is advantageous in coding systems where larger amounts of data are allocated to each trellis encoder every time a trellis encoder is active. (Ex. 1 at 6:67-7:6, 8:3-9). Larger inputs fed into each active trellis encoder produce larger trellis encoded channel symbol outputs. (Ex. 1 at 3:52-4:3). These larger channel symbol outputs often need to be sent in more than one signaling interval.

To solve this problem, the inventors of the '627 patent recognized that the generated channel symbols could be formed of more than one signal point and, therefore, be divisible. The divisibility of the channel symbols into constituent signal points is what allows the data within channel symbols to be interleaved. (Ex. 1 at 2:5-13).

For example, the trellis encoded channel symbol shown in Appendix at B012 is too large to be modulated by the transmitter in one "signaling interval"—a unit of time corresponding to

how much digital data can be represented at once on an analog waveform to be transmitted to the receiver. (Ex. 1 at 2:21-28, 3:38-42). Instead, it is composed of multiple "signal points," each of which can be modulated during a single signaling interval. (Ex. 1 at 3:38-42, 3:52-4:3). As shown at B012, therefore, it takes two signaling intervals to modulate and transmit the trellis encoded channel symbol from the transmitter to the receiver, with one signal point being modulated and transmitted during each signaling interval. (Ex. 1 at 3:38-42).

The effect of this optimization on the transmission pattern of signal points can be seen in two sequences found at B013, which are taken from Figure 5 of the '627 patent (with color highlighting added). Both sequences show the signal points that make up the channel symbols generated using respective trellis encoder stages 319$\alpha$, 319$\beta$, and 319$\gamma$. In the first sequence, where only the invention of the '625 patent is used, the channel symbols are not divided. As a result, while the channel symbols generated by the different trellis encoders are spaced apart from each other (e.g., channel symbol $[X_0^\alpha \ X_1^\alpha]$ is spaced apart from channel $[X_6^\alpha \ X_7^\alpha]$), the component signal points of each channel symbol remain adjacent to each other. (Ex. 1 at 7:1-6). "[S]ince all the signal points of a channel symbol must be processed serially by the same Viterbi decoder stage, this means that the Viterbi decoder must process adjacent signal points that have highly correlated noise components." (Ex. 1 at 7:1-6).

By contrast, in the second sequence, which was generated using the invention of the '627 patent, there is a separation of at least three signaling intervals between: (a) the signal points which belong to any particular channel symbol, and (b) the signal points which belong to successive channel symbols output by a given trellis encoder. (Ex. 1 at 7:55-64). This combination of signal point interleaving and channel symbol interleaving reduces the effect of

correlated noise during transmission and improves the ability of the Viterbi decoder stages to correctly decode the transmitted signal. (Ex. 1 at 7:55-8:2).

## II.    PRIOR CONSTRUCTION OF THE '627 PATENT

The claim terms of the patents-in-suit were previously construed in *Rembrandt Technologies, L.P. v. Comcast Corp.*, Civ. No. 2:05-CV-443 (TJW) (E.D. Texas) ("Texas Court").[2] Although the Texas Court's Order construing the claims is not binding in this action, it addresses many similar issues of claim construction as presented here and can be viewed as "persuasive and highly relevant . . . authority." *Verizon Cal. Inc. v. Ronald A. Katz Tech. Licensing, L.P.*, 326 F. Supp. 2d 1060, 1069 (C.D. Cal. 2003).

In *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996), the United States Supreme Court noted that *stare decisis* favors promoting uniformity in claim construction. Even though a court's previous claim construction order does not necessarily collaterally estop a new defendant on issues of claim construction, courts have frequently deferred to a previous claim construction determination if new evidence has not been presented by the defendant. *See KX Indus., L.P. v. PUR Water Purification Prods., Inc.*, 108 F. Supp. 2d 380, 387 (D. Del. 2000).

Furthermore, adopting a prior claim construction order is generally in the interest of maintaining consistency between copending actions, and promotes judicial efficiency. *See, e.g., Zoltar Satellite Sys. v. LG Elecs. Mobile Commc'ns Co*, 402 F. Supp. 2d 731, 737 (E.D. Tex. 2005)* ("[I]nconsistent claim constructions of the same claims by different courts can create serious problems. . . . These problems especially deserve consideration when the same patent is simultaneously being litigated in another district."). *See also Atmel Corp. v. Silicon Storage*

---

[2]  Copy of the relevant claim construction order from *Rembrandt Technologies, L.P. v. Comcast Corp.* is at B019-B040. Also at B014-B016 is a comparison claim chart including Texas Court's, Rembrandt's, and All Other Parties' proposed constructions.

*Tech., Inc.*, 2001 U.S. Dist. LEXIS 25641 (N.D. Cal. June 20, 2001) (Court adopted previous claim construction from plaintiff's lawsuit against another party).

## III.    EXEMPLARY CLAIM OF THE '627 PATENT

Independent claim 19 provides an example of the claims at issue in this case.  The claim begins by requiring:

> *A method for use in a receiver to recover information from a received stream of trellis encoded signal points,*

The claim then shifts focus to the transmission side, describing how the received stream of signal points is created in the transmitter:

> *said signal points having been transmitted to said receiver apparatus by a method which includes the steps of*

Consistent with the patent's teaching of multiple trellis encoders, the claim indicates that these signal points must be generated as part of two or more "streams" of trellis encoded channel symbols:

> *generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said information,*

Each of these trellis encoded channel symbols have multiple signal points:

> *each of said channel symbols being comprised of a plurality of signal points,*

To form a stream of these signal points for transmission, there is an interleaving process that takes place:

> *interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points,*

As discussed above, the required interleaving separates the data in two ways: the interleaving must separate the signal points within a given channel symbol, i.e., they must be "non-adjacent":

- 8 -

*said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points*

The interleaving must also separate the channel symbols emanating from each trellis encoder stage:

*and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points,*

The focus then returns to the receiver side:

*said method comprising the steps of*

On the receiver side, the interleaving process that took place in the transmitter is reversed:

*deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols, and*

The claimed method also includes using a Viterbi decoder with multiple stages to recover the information transmitted using the signal points:

*using a distributed Viterbi decoder to recover said information from the deinterleaved signal points.*

## IV.    THE DISPUTED TERMS

### A.    "signal point" (claims 1, 2, 9, 10, 11, 12, 19, 20, 21, and 22)

Rembrandt's Proposed Construction:  *a value that is transmitted by a modulator in one signaling interval.*

Rembrandt's proposed construction of "signal point" was adopted by the Texas Court and is consistent with its usage in the claims and the patent specification. The '627 patent teaches that a transmitter uses a modulator to transmit signal points to the receiver. "The signal point . . . is passed on to the modulator 128 to generate a pass-band line signal which is applied to the communication channel." (Ex. 1 at 3:38-42). Each signal point on the communication channel corresponds to a value transmitted in one signaling interval. The signal point generated in the "$n$th baud [or signaling] interval" is passed to the modulator for transmission. (Ex. 1 at 3:38-42).

This is also shown by reference to the number of signal intervals that separate signal points on the communication channel during transmission. As one of many examples, the patent specification describes signal point $X_1^{\alpha}$ in the stream of signal points $X_1^{\alpha}$, $X_2^{\alpha}$, $X_3^{\alpha}$, $X_4^{\alpha}$, $X_5^{\alpha}$, $X_6^{\alpha}$ as being separated from the signal point $X_6^{\alpha}$ by five signaling intervals, clearly demonstrating that a signal point gets transmitted every signaling interval. (Ex. 1 at 6:58-61).

All Other Parties, however, assert that the term "signal point" should be construed to require "a point on a 2-dimensional constellation having a pair of coordinates representing two components of a corresponding signal." Evidently, they seek to limit "signal point" to the preferred embodiment, i.e., a value in a two-dimensional modulation scheme such as quadrature amplitude modulation ("QAM"). Neither the specification nor the claims require such a limitation on dimensionality. On the contrary, the patent specification states that: "the invention can be used with signaling schemes of any dimensionality." (Ex. 1 at 8:59-61). *See PHT Corp. v. Invivodata, Inc.*, Civ. No. 04-60-GMS, 2005 U.S. Dist. LEXIS 9577, *23 (D. Del. May 19, 2005) ("where a specification does not require a limitation, that limitation should not be read from the specification into the claims" (quoting *Intel Corp. v. U.S. Int'l Trade Comm'n,* 946 F.2d 821, 836 (Fed. Cir. 1991) (citation omitted))); *Innova/Pure Water, Inc. v. Safari Water Filtration Sys., Inc.*, 381 F.3d 1111, 1117 (Fed. Cir. 2004) ("[P]articular embodiments appearing in the written description will not be used to limit claim language that has broader effect.").

Moreover, All Other Parties' construction violates the doctrine of claim differentiation – because every patent claim is presumptively different in scope, expressly limiting the dimensionality of "signal point" in certain claims compels a broader construction of "signal point" in other claims. *See Comark Communs. v. Harris Corp.*, 156 F.3d 1182, 1187 (Fed. Cir. 1998). Claims 3-5, 8, 13-15, 18 and 23-24 further limit "signal point" to 2-dimensional signal

points. For instance, dependent claim 13 recites "[t]he method of claim 11 wherein said channel symbols are 2N-dimensional channel symbols . . . ." Thus, the claim further limits "signal point" to a 2-dimensional signal point. (Ex. 1 at 4:9-11) ("The concatenation of the N *two-dimensional signal points* thus selected is the desired 2N-dimensional channel symbol." (emphasis added)). Accordingly, it would be improper to limit the construction of "signal point"  to any dimensionality. All Other Parties' construction should thus be rejected.

### B.    "distributed Viterbi decoder" (claims 9, 10, 19, 20, 21, and 22)

Rembrandt's Proposed Construction:  *a Viterbi decoder having multiple Viterbi decoding processes operating on separate portions of a stream of data to be decoded.*

Rembrandt's proposed construction of "distributed Viterbi decoder" was adopted by the Texas Court and gives the term its full scope supported by the patent specification. For example, in one embodiment, the distributed Viterbi decoder is depicted in Figure 4 of the '627 patent as consisting of multiple separate Viterbi decoder stages which receive and process separate portions of a data stream generated on the transmitter side: "signal points . . . are . . . distributed . . . to a distributed Viterbi decoder comprised of 4D Viterbi decoder stages 419α, 419β and 419γ." (Ex. 1 at 6:12-26). The patent specification makes clear, however, that the distributed Viterbi decoder could also be implemented in software as a decoder with a single stage that continually switches the input data to the decoder stage, making it function effectively as a decoder with multiple stages. Thus, a single software program that emulates the function of multiple physical devices can be employed: "[M]ultiple . . . decoders can be realized using a single program routine which, through the mechanism of indirect addressing of multiple arrays within memory, serves to provide the function of each of the multiple devices." (Ex. 1 at 9:61-66).

- 11 -

C.    **"distributed Viterbi decoder for recovering (to recover) said information from the deinterleaved signal points" (claims 9, 10, 19, 20, 21, and 22)**

<u>Rembrandt's Proposed Construction:</u>  *a Viterbi decoder having multiple Viterbi decoding processes operating on separate portions of a stream of deinterleaved signal points to recover the information encoded therein.*

In the context of the claim language, and as fully supported by the patent specification, the distributed Viterbi decoder recovers the transmitted data information. All Other Parties, however, urge the court to construe the distributed Viterbi decoder in a manner that limits its scope beyond the wording used in the claim. Specifically, they urge the court to improperly import a requirement that *"all* of the deinterleaved signal points of a trellis encoded channel symbol" must be received before they are processed by the distributed Viterbi decoder. There is nothing in the claims or specification that supports an inference that the decoder cannot operate on the signal points as they are received. *See PHT Corp.*, 2005 U.S. Dist. LEXIS 9577, at *23 ("[J]ust as the preferred embodiment itself does not limit claim terms, . . . mere inferences drawn from the description of an embodiment of the invention cannot serve to limit claim terms." (quoting *Johnson Worldwide Assoc. v. Zebco Corp.*, 175 F.3d 985, 992 (Fed. Cir. 1999))).

D.    **"trellis encoded channel symbol" (claims 1, 2, 9, 10, 11, 12, 19, 20, 21, and 22)**

<u>Rembrandt's Proposed Construction:</u>  *a set of one or more trellis encoded signal points that corresponds to a group of bits that is treated as a unit by an encoding system.*

Rembrandt's proposed construction of the term "trellis encoded channel symbol" was adopted by the Texas Court and is fully consistent with and supported by the intrinsic record. The patent specification specifically describes how to identify a trellis encoded channel symbol:

> *Serial-to-parallel converter 115 . . . provides, during each succession of symbol intervals, . . . some predetermined number of parallel bits on lead 109 and some* number of parallel bits on lead 108 . . . [T]he words on lead 109 are used by trellis encoder 119α to sequentially identify on lead 121N [sic "121 N"] subsets, while the words on lead 108 are used to generate N corresponding index values on lead

> 117. *The N signal points identified in this way are the component signal points of a 2N-dimensional [trellis encoded] channel symbol.*

(Ex. 1 at 2:61-3:58) (emphasis added). Thus, according to the '627 patent, a channel symbol is the output of the trellis encoding process corresponding to a group of input bits ("on lead 109") that are presented to the trellis encoding mechanism. This group of bits is used to form, and thus correspond to, the trellis encoded channel symbol generated by the trellis encoding mechanism. Therefore, Rembrandt's proposed construction should be adopted.

### E.    "trellis encoded channel symbol ... comprised of a plurality of signal points" (claims 1, 2, 9, 10, 11, 12, 19, 20, 21, and 22)

<u>Rembrandt's Proposed Construction:</u>  *a set of two or more trellis encoded signal points that corresponds to a group of bits that is treated as a unit by an encoding system.*

As described in the previous subsection, a trellis encoded channel symbol is a set of one or more signal points. The addition of a "plurality" limitation merely requires that the channel symbol comprise two or more signal points. A review of the '627 patent specification shows that these channel symbols are comprised of multiple signal points. (Ex. 1 at 4:9-11). All Other Parties' construction, however, seeks to inject into the claim the additional requirement that the signal points are to be "selected using the same group of parallel input bits as expanded once by a trellis encoder." Claim construction starts and ends with the wording of the claim. Because All Other Parties' proposed construction adds unstated limitations into the claim, it is incorrect. *See Northern Telecom Ltd. v. Samsung Elecs. Co.*, 215 F.3d 1281, 1290 (Fed. Cir. 2000) ("This court has repeatedly and clearly held that it will not read unstated limitations into claim language."). Therefore, All Other Parties' proposed construction should be rejected.

### F.    "stream[] of trellis encoded channel symbols" (claims 1, 2, 9, 10, 11, 12, 19, 20, 21, and 22)

<u>Rembrandt's Proposed Construction:</u>  *a sequence of trellis encoded channel symbols.*

- 13 -

The phrase "trellis encoded channel symbol" should be construed as discussed in Section (IV)(D), *supra*. Furthermore, All Other Parties agree that the term "stream" means "sequence." Thus, Rembrandt's proposed construction is complete and correct.

All Other Parties' proposed construction adds the limitation that "each symbol's signal points are adjacent." This requirement is found nowhere in the claims and drawing it out of the specification is improper and should therefore be rejected. *See Northern Telecom*, 215 F.3d at 1290; *SRI International v. Matsushita Electric Corp.*, 775 F.2d 1107, 1121 n.14 (Fed. Cir. 1985) ("Specifications teach. Claims claim.").

Furthermore, All Other Parties' construction would also require that the channel symbols be generated with adjacent signal points *before* the signal points are interleaved. Nowhere in the intrinsic record, however, is there any temporal or sequential constraint that generation of adjacent signal points of a channel symbol occurs *before* interleaving them. The effect of All Other Parties' construction is to bootstrap a temporal restraint onto the order of channel symbol generation and signal point interleaving. *See Baldwin Graphic Sys. v. Siebert, Inc.*, 512 F.3d 1338, 1346 (Fed. Cir. 2008) (holding disclosure of "[a] cleaning fabric with a reduced air content is wrapped around the core to form a fabric roll" did not require "that air content reduction must occur prior to winding"). Therefore, All Other Parties' construction should be rejected.

### G.    "interleaving the signal points of said generated channel symbols to form said (a) stream of trellis encoded signal points" (claims 1, 2, 9, 10, 11, 12, 19, 20, 21, and 22)

<u>Rembrandt's Proposed Construction:</u>  *to interleave signal points of trellis encoded channel symbols to form a stream of trellis encoded signal points.*

Rembrandt's construction is fully consistent with and supported by the intrinsic record. The '627 patent explains that, in the exemplary embodiment depicted in Figure 3:

the stream of signal points $X_0^\alpha$, $X_1^\alpha$, $X_2^\beta$, $X_3^\beta$, $X_4^\gamma$, $X_5^\gamma$, $X_6^\alpha$ . . . which is comprised of three *interleaved streams of trellis encoded channel symbols* . . . [is]

supplied, in accordance with the invention, to *signal point interleaver 341* which applies alternate ones of the signal points applied thereto to lead 3412 . . . and to one-symbol $(Z^{-1})$ delay element 3411, which appear on lead 342 after being delayed therein by one symbol interval. The resulting interleaved stream of trellis encoded signal points is $X_0^\alpha$, $X_{-1}^\gamma$, $X_2^\beta$, $X_1^\alpha$, $X_4^\gamma$, $X_3^\beta$, $X_6^\alpha$, $X_5^\gamma$, $X_8^\beta$, $X_7^\alpha$, $X_{10}^\gamma$, $X_9^\beta$ . . . .

(emphasis added) (Ex. 1 at 5:25 – 39; Fig. 5, ln. V). Thus, the resulting stream of trellis encoded signal points is interleaved in such a way that "the signal points of each channel symbol are non-adjacent" and "the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent," as dictated by the claims themselves. (Ex. 1 at Claims 1, 9, 11, 19 and 21).

All Other Parties' proposed construction, "separating the adjacent signal points of each generated trellis encoded channel symbol using other signal points," fails to consider the claim in its entirety. *See Searfoss v. Pioneer Consol. Corp.*, 374 F.3d 1142, 1149 (Fed. Cir. 2004) (claim construction begins and ends with the actual wording of the claim). Their construction ignores that "said interleaving [be] carried out in such a way that . . . the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent . . . ." (Ex. 1 at Claims 1, 9, 11, 19 and 21). All Other Parties' construction, instead, only addresses interleaving "signal points of each generated trellis encoded channel symbol . . . ." Furthermore, were this Court to adopt All Other Parties' construction, it would also effectively read the preferred embodiment out of the claim. *See Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1583 (Fed. Cir. 1996) (A claim interpretation that reads out of a preferred embodiment "is rarely, if ever, correct and would require highly persuasive evidentiary support . . . .").

Moreover, as discussed above, the claim language does not require that the signal points be adjacent, and certainly does not require that the signal points be adjacent *before* they are interleaved. *See* section (V)(F), *supra*. Thus, All Other Parties' construction should be rejected.

- 15 -

**H.**    **"deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols" (claims 9, 10, 19, 20, 21, and 22)**

Rembrandt's Proposed Construction:    *to reverse the process of interleaving performed in the transmitter to recover multiple streams of trellis encoded channel symbols from the interleaved signal points.*

As previously discussed, the interleaving function requires that both, "the signal points of each channel symbol are non-adjacent" and "the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent . . . ." The process of deinterleaving as explained in the '627 patent is merely a reversal of this interleaving function. Through the preferred embodiment, as depicted in Figures 3 and 4, the patent sets forth that the "received signal points are deinterleaved in signal point deinterleaver 441, which provides the *opposite function* to interleaver 341 in the transmitter." (emphasis added) (Ex. 1 at 5:67-6:2). In order to complete the reversal, the channel symbols must be deinterleaved by switching circuit 431 so that they can be fed into the multiple decoder stages: "The received signal points on lead 442 are . . . distributed by switching circuit 431 . . . to a distributed Viterbi decoder . . . ." (Ex. 1 at 6:12-20).

However, as discussed above with respect to the construction of the term "interleaving," All Other Parties' construction continues to effectively read the preferred embodiment out of the claim by disregarding the channel symbol deinterleaving performed by the switching circuit 431. Accordingly, it should be rejected.

**I.**    **"Receiver apparatus" (claims 9, 10, 19, and 20)**

Rembrandt's Proposed Construction: *a device that receives a transmission signal.*

Rembrandt's construction of the term "receiver apparatus" gives the term its full scope consistent with its ordinary and customary meaning and is fully supported by the patent specification. The patent specification refers to the term as a simple receiver. (Ex. 1 at 1:62-65). At the time of the invention, a person of ordinary skill in the art would understand the term

- 16 -

"receiver" to mean "any device which receives a transmission signal." (Newton's Telecom Dictionary, 4th edition, 1991, at B017-B018).

The "receiver apparatus" cannot, however, be properly interpreted to mean "a device that *demodulates* a received signal and recovers information in the form of a *serial bit stream*," which is contrary to the customary and ordinary meaning of the term. Yet again, All Other Parties seek to import limitations by limiting a receiver to a demodulator that must recover a serial bit stream. Accordingly, their proposed construction should be rejected.

> **J.** **"means for generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information" (claims 1, 2, 21, and 22)**
>
> Rembrandt's Proposed Construction: *interpreted under 35 U.S.C. § 112, ¶ 6.*
>
> *Function:* *generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information.*
>
> Structure: *a distributed trellis encoder that implements multiple trellis encoding processes operating on respective portions of input information.*

The parties agree upon function. With regard to structure, the '627 patent teaches that "a distributed trellis encoder . . . generates a plurality of streams of trellis encoded channel symbols in response to respective portions of the input information." (Ex. 1 at 5:1-5). To generate a plurality of streams of trellis encoded channel symbols, the distributed trellis encoder may implement multiple trellis encoding processes. The '627 patent teaches multiple ways to implement these trellis encoding processes. On the one hand, the distributed trellis encoder can implement multiple trellis encoding processes using multiple trellis encoders. (Ex. 1 at 1:59-62, 9:4-8, Fig. 3 (encoders $319\alpha$, $319\beta$, and $319\gamma$)). On the other hand, the distributed trellis encoder can implement multiple trellis encoding processes in software, thus functioning as an encoder with a single stage that continually switches the input data to the encoder stage. As a result, the distributed trellis encoder emulates the function of multiple physical encoders. Indeed, the '627

- 17 -

patent specification expressly teaches that "multiple trellis encoders . . . can be realized using a single program routine . . . ." (Ex. 1 at 9:62-63). In either case, once the input information is trellis encoded, the distributed trellis encoder generates channel symbols. Therefore, Rembrandt's structural construction is in accord with the intrinsic record.

All Other Parties' structural construction incorporates limitations from the preferred embodiment. They would have the court limit the structure to "parallel trellis encoders" and an "encoder that generates signal points." As discussed above, nothing in the '627 requires that channel symbols be generated only using *multiple* encoders, let alone *"parallel* trellis encoders." All Other Parties' construction is thus overly limiting and fails to properly encompass all the disclosed embodiments in the specification. *See Data Line Corp. v. Micro Technologies, Inc.*, 813 F.2d 1196, 1201 (Fed. Cir. 1987) (a means-plus-function structure must be "construed to cover both the disclosed structure and equivalents thereof . . ."). Accordingly, All Other Parties' proposed construction should be rejected.

**K.**   **"means for interleaving the signal points of said generated channel symbols to form said (a) stream of trellis encoded signal points" (claims 1, 2, 21, and 22)**

Rembrandt's Proposed Construction: *interpreted under 35 U.S.C. § 112, ¶ 6.*

Function: *interleaving the signal points of said generated channel symbols to form said (a) stream of trellis encoded signal points.*

Structure: *signal point interleaver and/or a switching circuit, or a processor programmed to interleave the signal points of the trellis encoded channel symbols.*

The parties agree upon function. With regard to structure, if the specification identifies multiple structures that can perform the function, then the construction should encompass each structure. *See Creo Prods., Inc. v. Presstek, Inc.*, 305 F.3d 1337, 1345 (Fed. Cir. 2002). The '627 patent identifies a variety of structures that can perform the recited interleaving function: (1) signal point interleaver (341 or 641) and/or switching circuit (337); or (2) a processor

- 18 -

programmed to interleave the signal points of the trellis encoded channel symbols. (Ex. 1 at 9:52-66). As discussed above, the claims require that interleaving be "carried out in such a way that the signal points of each channel symbol are non-adjacent" and "the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent." (Ex. 1 at Claims 1, 9, 11, 19 and 21; 7:55-64). The specification discloses that (1) signal points belonging to a particular channel symbol are interleaved through use of the signal point interleaver: "signal point interleaver . . . cause[s] the signal points from the same channel symbol to be non-adjacent" (Ex. 1 at 7:10-13, 7:58-64); and (2) signal points of successive channel symbols generated through a given trellis encoder are interleaved through use of a switching circuit: "data word outputs of the trellis encoders are . . . supplied to QAM encoder 324 by switching circuit . . . [to form] interleaved streams of trellis encoded channel symbols" (Ex. 1 at 5:13–28, 7:58-64, 1:59-62). The specification is therefore clear that not only the signal point interleaver, but also the switching circuit is capable of performing the function of interleaving signal points of channel symbols.

All Other Parties continue to incorrectly exclude structural embodiments expressly disclosed in the specification. They would have the court limit the structure to a signal point interleaver with a delay element, but exclude both the switching circuit (337) and "one or more appropriately programmed processors . . . ." (Ex. 1 at 9:60). All Other Parties' construction is thus overly limiting and fails to properly encompass all the disclosed embodiments in the specification. *See Data Line*, 813 F.2d at 1201. Therefore, All Other Parties' construction should be rejected.

- 19 -

**L.    "means for deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols" (claims 9, 10, 21, and 22)**

Rembrandt's Proposed Construction:  *interpreted under 35 U.S.C. § 112, ¶ 6.*

Function:  *deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols.*

Structure:  *signal point deinterleaver and/or a switching circuit, or a processor programmed to deinterleave the interleaved signal points.*

The parties agree on function.  Rembrandt agrees that the signal point deinterleaver is one of the corresponding structures to the claimed function.  The specification, however, sets forth additional structures that correspond to the claimed function.

The '627 patent identifies a variety of structures that can perform the recited deinterleaving function:  (1) a signal point deinterleaver (441 or 741), (Ex. 1 at 5:67-6:11), and/or switching circuit 431 (Ex. 1 at 6:12-6:16); or (2) a processor programmed to deinterleave the interleaved signal points (Ex. 1 at 9:52-66).  Yet, All Other Parties' construction is limited to a signal point deinterleaver and a delay element(s).  They improperly exclude structural embodiments expressly disclosed in the specification.  Thus, their construction is overly limiting and fails to properly encompass all the disclosed embodiments in the specification.  *See Data Line*, 813 F.2d at 1201.  All Other Parties' construction should be rejected.

**V.    CONCLUSION**

For all of the foregoing reasons, Rembrandt's proposed constructions should be adopted.

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr., Esquire (#2237)
Francis DiGiovanni, Esquire (#3189)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

- 20 -

cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com

OF COUNSEL:

MORGAN & FINNEGAN LLP
John F. Sweeney, Esquire (*pro hac vice*)
3 World Financial Center
New York, NY 10281-2101
(212) 415-8700
jsweeney@morganfinnegan.com

*Attorneys for Rembrandt Technologies, LP*

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 4th day of June, 2008, a true copy

of the foregoing document was electronically filed with the Clerk of the Court using

CM/ECF which will send notification of such filing to the following and the document is

available for viewing and downloading from CM/ECF:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>rsmith@mnat.com | John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com |
| Richard K. Herrmann<br>Mary B. Matterer<br>Amy Arnott Quinlan<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>rherrmann@morrisjames.com | Richard D. Kirk<br>Scott G. Wilcox<br>Stephen B. Brauerman<br>Bayard, PA<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>swilcox@bayardlaw.com<br>sbrauerman@bayardlaw.com |

| | |
|---|---|
| Fredrick L. Cottrell, III<br>Kelly E. Farnan<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>farnan@rlf.com | Peter J. Toren<br>Lawrence B. Goodwin<br>Monica V. Bhattacharyya<br>Stefan R. Stoyanov<br>Kasowitz, Benson, Torres & Friedman<br>LLP<br>1633 Broadway<br>New York, NY 10019<br>ptoren@kasowitz.com<br>lgoodwin@kasowitz.com<br>mbhattacharyya@kasowitz.com<br>sstoyanov@kasowitz.com |
| Josh A. Krevitt<br>Charles J. Bourdreau<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, New York 10166-0193<br>jkrevitt@gibsondunn.com<br>cboudreau@gibsondunn.com | David Segal<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvina, California 92612-4412<br>dsegal@gibsondunn.com |
| Amanda J. Tessar<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>atessar@gibsondunn.com | David S. Benyacar<br>Daniel L. Reisner<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, New York 10022<br>dbenyacar@kayescholer.com<br>dreisner@kayescholer.com |
| Matthew D. Powers<br>Edward R. Reines<br>Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>matthew.powers@weil.com<br>edward.reines@weil.com | Robert A. Van Nest<br>Brian L. Ferrall<br>Daralyn J. Durie<br>Leo L. Lam<br>Matthew M. Werdegar<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>rvannest@kvn.com<br>bferrall@kvn.com<br>ddurie@kvn.com<br>llam@kvn.com<br>mwerdegar@kvn.com |

| | |
|---|---|
| John Desmarais<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>jdesmarais@kirkland.com | Eric R. Lamison<br>Kirkland & Ellis LLP<br>555 California Street, Ste. 2700<br>San Francisco, CA 94104<br>elamison@kirkland.com |
| Mitchell Stockwell<br>Kilpatrick & Stockton LLP<br>110 Peachtree Street, N.E.<br>Suite 2800<br>Atlanta, GA 30309<br>MStockwell@KilpatrickStockton.com | Bradford P. Lyerla<br>Kevin D. Hogg<br>Charles E. Juister<br>Marshall, Gerstein & Borun LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6357<br>blyerla@marshallip.com<br>khogg@marshallip.com<br>cjuister@marshallip.com |
| Richard Brown<br>Day Pitney LLP<br>200 Campus Drive<br>Florham Park, NJ 07932<br>rbrown@daypitney.com | Gerald Levy<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036<br>glevy@daypitney.com |
| Jonathan Tropp<br>Day Pitney LLP<br>One Canterbury Green<br>201 Broad Street<br>Stamford, CT 06901 | Stephen B. Brauerman<br>BAYARD<br>222 Delaware Avenue, 9th Floor<br>Wilmington, DE 19801 |

By:    */s/ Collins J. Seitz, Jr.*
      Collins J. Seitz, Jr. (#2237)
      cseitz@cblh.com

# EXHIBIT 1

# United States Patent [19]

**Betts et al.**

[11] Patent Number: **5,243,627**

[45] Date of Patent: **Sep. 7, 1993**

[54] **SIGNAL POINT INTERLEAVING TECHNIQUE**

[75] Inventors: **William L. Betts**, St. Petersburg; **Edward S. Zuranski**, Largo, both of Fla.

[73] Assignee: **AT&T Bell Laboratories**, Murray Hill, N.J.

[21] Appl. No.: **748,594**

[22] Filed: **Aug. 22, 1991**

[51] Int. Cl.$^5$ ............................................. H04L 5/12
[52] U.S. Cl. ........................................ 375/39; 375/60; 375/99; 371/43
[58] Field of Search ...................... 375/39, 58, 60, 99; 371/43, 37.5, 2.1, 45; 341/81

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,988,677 | 10/1976 | Fletcher et al. | 371/45 X |
| 4,677,624 | 6/1987 | Betts et al. | 375/39 |
| 4,945,549 | 7/1990 | Simon et al. | 375/53 |
| 5,029,185 | 7/1991 | Wei | 375/39 X |

*Primary Examiner*—Curtis Kuntz
*Assistant Examiner*—Tesfaldet Bocure
*Attorney, Agent, or Firm*—Ronald D. Slusky; Gerard A. deBlasi

[57] **ABSTRACT**

Viterbi decoder performance in a data communication system using 2N-dimensional channel symbols N>1 can be further enhanced by an interleaving technique which uses a distributed trellis encoder in combination with a signal point interleaver.

**24 Claims, 4 Drawing Sheets**





Case 1:06-cv-01848-GMS    Document 23-2    Filed 06/04/2007    Page 3 of 22

## FIG. 1

PRIOR ART



## FIG. 2





FIG. 3



FIG. 4

Case 1:11-md-01848-GMS    Document 239-2    Filed 06/04/2003    Page 6 of 22

## FIG. 5

| | | 4D SYMBOL | 4D SYMBOL | 4D SYMBOL | 4D SYMBOL | 4D SYMBOL | 4D SYMBOL |
|---|---|---|---|---|---|---|---|
| I | NOT INTERLEAVED ONE TRELLIS STAGE | $x_0^\alpha \ x_1^\alpha$ | $x_2^\alpha \ x_3^\alpha$ | $x_4^\alpha \ x_5^\alpha$ | $x_6^\alpha \ x_7^\alpha$ | $x_8^\alpha \ x_9^\alpha$ | $x_{10}^\alpha$ ··· |
| II | NOT INTERLEAVED THREE TRELLIS STAGES | $x_0^\alpha \ x_1^\alpha$ | $x_2^\beta \ x_3^\beta$ | $x_4^\gamma \ x_5^\gamma$ | $x_6^\alpha \ x_7^\alpha$ | $x_8^\beta \ x_9^\beta$ | $x_{10}^\gamma$ ··· |
| III | INTERLEAVED ONE TRELLIS STAGE | $x_0^\alpha \ x_{-1}^\alpha$ | $x_2^\alpha \ x_1^\alpha$ | $x_4^\alpha \ x_3^\alpha$ | $x_6^\alpha \ x_5^\alpha$ | $x_8^\alpha \ x_7^\alpha$ | $x_{10}^\alpha$ ··· |
| IV | INTERLEAVED TWO TRELLIS STAGES | $x_0^\alpha \ x_{-1}^\beta$ | $x_2^\beta \ x_1^\alpha$ | $x_4^\alpha \ x_3^\beta$ | $x_6^\beta \ x_5^\alpha$ | $x_8^\alpha \ x_7^\beta$ | $x_{10}^\beta$ ··· |
| V | INTERLEAVED THREE TRELLIS STAGES | $x_0^\alpha \ x_{-1}^\gamma$ | $x_2^\beta \ x_1^\alpha$ | $x_4^\gamma \ x_3^\beta$ | $x_6^\alpha \ x_5^\gamma$ | $x_8^\beta \ x_7^\alpha$ | $x_{10}^\gamma$ ··· |

## FIG. 6



## FIG. 7



SIGNAL POINT INTERLEAVING TECHNIQUE

## BACKGROUND OF THE INVENTION

The present invention relates to the transmission of digital data over band-limited channels.

Over the years, the requirements of modern-day digital data transmission over band-limited channels—such as voiceband telephone channels—have resulted in a push for higher and higher bit rates. This push has led to the development and introduction of such innovations as adaptive equalization, multi-dimensional signal constellations, echo cancellation (for two-wire applications), and trellis coding. Today, the data rates achieved using these and other techniques are beginning to approach the theoretical limits of the channel.

It has been found that various channel impairments, whose effects on the achievable bit rate were relatively minor compared to, say, additive white Gaussian noise and linear distortion, have now become of greater concern. These include such impairments as nonlinear distortion and residual (i.e., uncompensated-for) phase jitter. Such impairments are particularly irksome in systems which use trellis coding. Indeed, it has been found that the theoretical improvement in Gaussian noise immunity promised by at least some trellis codes is not realized in real-world applications where these impairments are manifest. The principal reason this is so appears to be that the noise components introduced into the received signal samples are such as to worsen the effectiveness of the Viterbi decoder used in the receiver to recover the transmitted data.

U.S. Pat. No. 4,677,625, issued Jun. 30, 1987 to Betts et al, teaches a method and arrangement in which, through the use of a distributed trellis encoder/Viterbi decoder, the effects of many of these impairments can be reduced. The invention in the Betts et al patent recognizes that a part of the reason that the performance of the Viterbi decoder is degraded by these impairments is the fact that the noise components of channel symbols which closely follow one another in the transmission channel are highly correlated for many types of impairments. And it is that correlation which worsens the effect that these impairments have on the Viterbi decoder. Among the impairments whose noise is correlated in this way are impulse noise, phase "hits" and gain "hits." All of these typically extend over a number of adjacent channel symbols in the channel, and thus all result in channel symbol noise components which are highly correlated. The well-known noise enhancement characteristics of linear equalizers also induce correlated noise in adjacent channel symbols, as does uncompensated-for phase jitter. Also, the occurrence of one of the relatively high power points of the signal constellation can, in pulse code modulation (PCM) systems, for example, give rise to noise on adjacent channel symbols which, again, is correlated.

The Betts et al patent addresses this issue by distributing the outgoing data to a plurality of trellis encoders in round-robin fashion and interleaving the trellis encoder outputs on the transmission channel. In the receiver, the stream of received interleaved channel symbols is correspondingly distributed to a plurality of trellis decoders. Since the successive pairs of channel symbols applied to a particular trellis decoder are separated from one another as they traverse the channel, the correlation of the noise components of these channel symbol pairs is reduced from what it would have otherwise been.

## SUMMARY OF THE INVENTION

In accordance with the present invention, it has been realized that the Viterbi decoder performance in a data communication system using 2N-dimensional channel symbols can be further enhanced by an interleaving technique which uses, in combination, a) the aforementioned distributed trellis encoder/Viterbi decoder technique and b) a signal point interleaving technique which causes the constituent signal points of the channel symbols to be non-adjacent as they traverse the channel.

In preferred embodiments of the invention, the interleaving is carried out in such a way that every $N^{th}$ signal point in the signal point stream traversing the channel is the $N^{th}$ signal point of a respective one of the channel symbols. This criterion enhances the accuracy with which the phase tracking loop in the receiver performs its function.

Also in preferred embodiments, we have found that the use of three parallel trellis encoders in conjunction with a signal point interleaving regime in which the signal points of each channel symbol are separated from one another by three signaling intervals (bauds) provides an optimum or near-optimum tradeoff between signal point/channel symbol separation and the decoding delay that is caused by the interleaving.

## BRIEF DESCRIPTION OF THE DRAWING

In the drawing,

FIG. 1 is a block diagram of the transmitter section of a prior art modem;

FIG. 2 is shows a signal constellation used by the transmitter of FIG. 1;

FIG. 3 is a block diagram of the transmitter section of a modem employing four-dimensional channel symbols and embodying the principles of the invention;

FIG. 4 is a block diagram of the receiver section of a modem embodying the principles of the invention which processes the received four-dimensional channel symbols generated by the transmitter of FIG. 3;

FIG. 5 is a signal point timing/sequencing chart helpful in explaining the principles of the present invention;

FIG. 6 is a signal point interleaver which can be used in the transmitter of FIG. 3 to interleave the signal points of eight-dimensional channel symbols; and

FIG. 7 is a signal point deinterleaver which can be used in the receiver of FIG. 4 to deinterleave the signal points of eight-dimensional channel symbols.

## DETAILED DESCRIPTION

FIG. 1 depicts the transmitter section of a prior art modem employing a 2N-dimensional signaling scheme, N≧1. The modem receives input information in the form of a serial bit stream from data terminal equipment (DTE) 111—illustratively a host computer. That bit stream is then scrambled, or randomized, by randomizer 113 whose output bits are provided in serial form to serial-to-parallel (S/P) converter 115.

Serial-to-parallel converter 115, in turn, provides, during each of a succession of symbol intervals (comprised of N baud intervals), some predetermined number of parallel bits on lead 109 and some number of parallel bits on lead 108. (It will be appreciated that whenever bits are provided in parallel in the modem, separate leads are required to carry each of the bits.) The bits on lead 109 are applied to trellis encoder $119\alpha$,

5,243,627
3

and are referred to as the "trellis bits." The bits on lead **108** are applied to modulus converter **116**, and are referred to as the "uncoded bits."

To better understand how trellis encoder **119α** and modulus converter **116** work, reference is made to FIG. **2**, which shows the two-dimensional signal constellation that forms the basis of the 2N-dimensional signaling scheme illustratively used by the modem. This constellation is comprised of 32 signal points, which are divided into four subsets, A through D, each comprised of eight signal points. The eight points of subset A are explicitly labeled as $A_0$ through $A_7$. It may be noted that subsets C, B and D can be arrived at by clockwise rotation of subset A by 90, 180 and 270 degrees, respectively. (Conventional differential encoding circuitry within trellis encoder **119α** exploits this symmetry.) For reference, a single signal point of each of those subsets is also shown on FIG. 2.

Consider, first, the case of N=1, i.e., a two-dimensional signaling scheme. In this case, one trellis bit on lead **109** would be expanded to two bits by trellis encoder **119α** on lead **121**. The four possible values of those three bits 00, 01, 10, and 11 identify subsets A, B, C and D, respectively. The successive 2-bit words on lead **121** are represented as $a_n$, n=0,1,2..., where n is an index that advances at the baud rate. At the same time, three parallel bits would be provided on lead **108**. These are converted by modulus converter **116** into an index having a value within the range (decimal) 0 to 7. The index value, represented in binary form on lead **117**, selects a particular signal point from the subset identified on lead **121**. Thus if lead **121** carries the two bits 00 while lead **117** carries the three bits **001**, then signal point $A_1$ of the FIG. 2 constellation has been selected. The words on leads **117** and **121** are applied to QAM encoder **124** which generates, on lead **125**, values representing the I (in-phase) and Q (quadrature-phase) components of signal point $A_1$. The signal point generated on lead **125** in the $n^{th}$ baud interval is denoted $X_n{}^\alpha$, which is passed on to modulator **128** to generate a passband line signal which is applied to the communication channel. The superscript, α, indicates that the trellis encoder that was used to identify the subset for any particular signal point was trellis encoder **119α**. That is, of course, a trivial notation as far as FIG. 1 goes inasmuch as trellis encoder **119α** is the only trellis encoder in the modem. However, it is useful to introduce this notation because more than one trellis encoder stage is used in preferred embodiments of modems incorporating the principles of the present invention as shown in later FIGS.

In the case of N>1, the operation is similar. Now, however, the words on lead **109** are used by trellis encoder **119α** to sequentially identify on lead **121**N subsets, while the words on lead **108** are used to generate N corresponding index values on lead **117**. The N signal points identified in this way are the component signal points of a 2-dimensional channel symbol, the first such symbol being comprised of the signal points $X_0{}^\alpha$, . . . $X_{(N-1)}{}^\alpha$. For example, a modem in which the transmitter of FIG. 1 could be used may be a 14,400 bit per second modem using four-dimensional coding (i.e., N=2) and a baud rate of 3200. In this case, nine bits from S/P converter **115** are used for each four-dimensional symbol. Specifically, three parallel bits on lead **109** are expanded into four bits on lead **121** to identify a pair of subsets while six bits on lead **108** are used to select particular signal points from those two subsets.

4

Those two signal points are thereupon communicated over the channel by QAM encoder **124** and modulator **128** as described above.

Note that, implementationally, the 2N-dimensional channel symbol is generated by having the trellis encoder identify, interdependently, N subsets of the two-dimensional constellation of FIG. 2, then select a two-dimensional signal point from each of the subsets thus identified. The concatenation of the N two-dimensional signal points thus selected is the desired 2N-dimensional channel symbol. This process, however, can be understood as involving the direct selection of a 2N-dimensional channel symbol. Viewed in this context, the set of all possible combinations of N successive trellis encoder outputs can be understood to be a set of 2N-dimensional subsets of a 2N-dimensional constellation, the latter being comprised of all possible combinations of N of the signal points of the two-dimensional constellation. A succession of N outputs from the trellis encoder identifies a particular one of the 2N-dimensional subsets and a succession of N outputs from the modulus converter selects a particular 2N-dimensional signal point from the identified 2N-dimensional subset.

Modulus converter **116** is illustratively of the type disclosed in co-pending, commonly-assigned U.S. patent application Ser. No. 588,658 filed Sep. 26, 1990 and allowed on May 21, 1991, hereby incorporated by reference. Modulus converter **116** provides the modem with the ability to support data transmission at various different bit rates. Assume, for example, that the rate at which bits are provided by DTE **111** decreases. The serial-to-parallel converter will continue to provide its outputs on leads **108** and **109** at the same baud rate as before. However, the upper limit of the range of index values that are provided by modulus converter **116** on lead **117** will be reduced, so that, effectively, each of the four subsets A through D, instead of having eight signal points, will have some smaller number. Conversely if the rate at which bits are provided by DTE **111** should increase over that originally assumed, the upper limit of the range of index values, and thus the number of parallel bits, that appear on lead **117** will be increased beyond eight and the constellation itself will be expanded to accommodate the larger number of signal points thus being selected. As an alternative to using a modulus converter, fractional bit rates can be supported using, for example, the technique disclosed in L. Wei, "Trellis-Coded Modulation with Multidimensional Constellations," *IEEE Trans. on Communication Theory*, Vol. IT-33, No. 4, July 1987, pp. 483–501.

Turning now to FIG. 3, the transmitter portion of a modem embodying the principles of the invention is shown. This embodiment illustratively uses the aforementioned four-dimensional, i.e., N=2, signaling scheme. Many of the components are similar to those shown in FIG. 1. Thus, in particular, the transmitter of FIG. 3—which receives its input information in the form of a stream of input bits from DTE **311**—includes randomizer **313**, which supplies its output, on lead **314**, to S/P converter **315**. The latter outputs uncoded bits to modulus converter **316**. The transmitter further includes four-dimensional QAM encoder **324** and modulator **328**. The trellis bits, on lead **309**, are provided not to a standard single trellis encoder, but to a distributed trellis encoder comprised of three trellis encoder stages: trellis encoder stage **319α**, trellis encoder stage **319β**, and trellis encoder stage **319γ**.

5
6

Such a distributed trellis encoder, which is described in the aforementioned Betts et al patent, generates a plurality of streams of trellis encoded channel symbols in response to respective portions of the input information. Specifically, a three-bit word on lead 309 is supplied to trellis encoder stage 319$\alpha$. The next three-bit word on lead 309 is supplied to trellis encoder stage 319$\beta$. The next three-bit word is supplied to trellis encoder stage 319$\gamma$, and then back to trellis encoder stage 319$\alpha$. This distribution of the trellis bits to the various trellis encoder stages is performed by switching circuit 331 operating under the control of symbol clock 325. The initial data word outputs of the trellis encoders is subset identifiers $\alpha_0$ and $\alpha_1$ for encoder stage 319$\alpha$, $\beta_2$ and $\beta_3$ for encoder stage 319$\beta$, and $\gamma_4$ and $\gamma_5$ for encoder stage 319$\gamma$, followed by $\alpha_6$ and $\alpha_7$ for encoder stage 319$\alpha$, and so forth. These are supplied to four-dimensional QAM encoder 324 by switching circuit 337—also operating under the control of symbol clock 325—on lead 338 through a one-symbol delay 364 and lead 363, in order to compensate for a one-symbol delay caused by modulus converter 316. Thus, the stream of subset identifiers on lead 338 is $\alpha_0$, $\alpha_1$, $\beta_2$, $\beta_3$, $\gamma_4$, $\gamma_5$, $\alpha_6$ . . . . Using the notation introduced above, then, the output of encoder 324 on lead 325 is the stream of signal points $X_0{}^\alpha$, $X_1{}^\alpha$, $X_2{}^\beta$, $X_3{}^\beta$, $X_4{}^\gamma$, $X_5{}^\gamma$, $X_6{}^\alpha$ . . . , which is comprised of three interleaved streams of trellis encoded channel symbols, these streams being $X_0{}^\alpha$, $X_1{}^\alpha$, $X_6{}^\alpha$, $X_7{}^\alpha$, $X_{12}{}^\alpha$ . . . ; $X_2{}^\beta$, $X_3{}^\beta$, $X_8{}^\beta$, $X_9{}^\beta$, $X_{14}{}^\beta$ . . . ; and $X_4{}^\gamma$, $X_5{}^\gamma$, $X_{10}{}^\gamma$, $X_{11}{}^\gamma$, $X_{16}{}^\gamma$ . . . . These, in turn, are supplied, in accordance with the invention, to signal point interleaver 341 which applies alternate ones of the signal points applied thereto to lead 3412—with signal points appear immediately at the interleaver output on lead 342—and to one-symbol ($Z^{-1}$) delay element 3411, which appear on lead 342 after being delayed therein by one symbol interval. The resulting interleaved stream of trellis encoded signal points is $X_0{}^\alpha$, $X_{-1}{}^\gamma$, $X_2{}^\beta$, $X_1{}^\alpha$, $X_4{}^\gamma$, $X_3{}^\beta$, $X_6{}^\alpha$, $X_5{}^\gamma$, $X_8{}^\beta$, $X_7{}^\alpha$, $X_{10}{}^\gamma$, $X_9{}^\beta$ . . . (the signal point $X_{-1}{}^\gamma$ being, of course, the signal point applied to interleaver 341 just ahead of signal point $X_0{}^\alpha$).

A discussion and explanation of how the interleaving just described is advantageous is set forth hereinbelow. In order to fully set the stage for that explanation, however, it will be first useful to consider the receiver section of a modem which receives the interleaved signal point stream.

Thus referring to FIG. 4, the line signal transmitted by the transmitter of FIG. 3 is received from the channel and applied to demodulator/equalizer 455 which, in conventional fashion—including an input from phase tracking loop 457—generates a stream of outputs on lead 456 representing the demodulator/equalizer's best approximation of the values of the I and Q components of the signal points of the transmitted interleaved signal point stream. These outputs are referred to herein as the "received signal points." (Due to distortion and other channel impairments that the demodulator/equalizer is not able to compensate for, the I and Q components of the received signal points, instead of having exact integer values, can have any value. Thus a transmitted signal point having coordinates (3, −5) may be output by the demodulator/equalizer as the received signal point (2.945, −5.001).) The stream of received signal points on lead 456 is denoted $\bar{X}_0{}^\alpha$, $\bar{X}_{-1}{}^\gamma$, $\bar{X}_2{}^\beta$, $\bar{X}_1{}^\alpha$, $\bar{X}_4{}^\gamma$, $\bar{X}_3{}^\beta$, $\bar{X}_6{}^\alpha$, $\bar{X}_5{}^\gamma$, $\bar{X}_8{}^\beta$, $\bar{X}_7{}^\alpha$, $\bar{X}_{10}{}^\gamma$, $\bar{X}_9{}^\beta$ . . . .

The successive received signal points are deinterleaved in signal point deinterleaver 441, which provides

the opposite function to interleaver 341 in the transmitter. The output of deinterleaver 441 on lead 442 is thus $\bar{X}_0{}^\alpha$, $\bar{X}_1{}^\alpha$, $\bar{X}_2{}^\beta$, $\bar{X}_3{}^\beta$, $\bar{X}_4{}^\gamma$, $\bar{X}_5{}^\gamma$, $\bar{X}_6{}^\alpha$, . . . , etc. (Although not explicitly shown in the drawing, the same well-known techniques used in modems of this general kind to identify within the stream of received signal points the boundaries between successive symbols is used to synchronize the operation of signal point deinterleaver 441 to ensure that received signal points $\bar{X}_0{}^\alpha$, $\bar{X}_2{}^\beta$, $\bar{X}_4{}^\gamma$ . . . are applied to delay element 4411 while received signal points $\bar{X}_1{}^\alpha$, $\bar{X}_3{}^\beta$, $\bar{X}_5{}^\gamma$ . . . are applied to lead 4412.)

The received signal points on lead 442 are then distributed by switching circuit 431 under the control of symbol clock 425 to a distributed Viterbi decoder comprised of 4D Viterbi decoder stages 419$\alpha$, 419$\beta$ and 419$\gamma$. Specifically, received signal points $\bar{X}_0{}^\alpha$ and $\bar{X}_1{}^\alpha$ are applied to decoder stage 419$\alpha$; received signal points $\bar{X}_2{}^\beta$ and $\bar{X}_3{}^\beta$ are applied to decoder stage 419$\beta$; and received signal points $\bar{X}_4{}^\gamma$ and $\bar{X}_5{}^\gamma$ are applied to decoder stage 419$\gamma$. The outputs of the three decoder stages are then combined into a serial stream on lead 438 by switching circuit 437, also operating under the control of symbol clock 425. Those outputs, representing decisions as to the values of the transmitted signal points, are denoted $X_0$, $X_1$, $X_2$, $X_3$, $X_4$, $X_5$, $X_6$, . . . , the $\alpha$, $\beta$ and $\gamma$ superscripts no longer being needed.

In conventional fashion, the bits that represent each of the decisions on lead 438 can be divided into bits that represent a) the trellis bits that appeared on transmitter lead 309 and b) the index values that appeared on transmitter lead 317. Those two groups of bits are provided in the receiver on leads 461 and 462, respectively. The latter group of bits are deconverted by modulus deconverter 416 (also disclosed in the aforementioned '658 patent application) back to uncoded bit values on lead 414. The operation of the modulus deconverter imparts a one-symbol delay to the bits on lead 414. Accordingly, the bits on lead 461 are caused to be delayed by one symbol by delay element 464. The resulting combined bits on lead 415 thus represent the stream of bits that appeared at the output of randomizer 313 in the transmitter. These are derandomized in the receiver by derandomizer 413 and the resulting derandomized bit stream is applied to DTE 411 which may be, for example, a computer terminal.

Referring to FIG. 5, one can see the improvement that is achieved by the present invention.

Line I shows the line output signal points generated and launched into the channel using one stage of trellis encoding and no signal point interleaving. This is, of course, the prior art arrangement shown in FIG. 1. Line II shows the effect of providing a three-stage distributed trellis encoder but still no signal point interleaving. This is the arrangement shown in the aforementioned Betts et al patent. Note that the signal points of each channel symbol operated on by a particular trellis encoder stage are adjacent in the output signal point stream. For example, the second signal point of the symbol $X_0{}^\alpha$ $X_1{}^\alpha$—namely signal point $X_1{}^\alpha$—is separated by five baud intervals from the first (closer) signal point of the symbol $X_6{}^\alpha$ $X_7{}^\alpha$—namely signal point $X_6{}^\alpha$. As noted earlier, such separation is advantageous because the channel symbols which are processed one after the other in a particular Viterbi decoder stage have noise components which are not highly correlated.

Note, however, that the individual signal points of each channel symbol, e.g., $X_0{}^\alpha$ and $X_1{}^\alpha$, are adjacent to

7

one another as they pass through the channel; and since all the signal points of a channel symbol must be processed serially in the same Viterbi decoder stage, this means that the Viterbi decoder must process adjacent signal points that have highly correlated noise components.

It is to this end that signal point interleaver 341 is included within the transmitter in accordance with the invention. Firstly, it may be noted from Line III that using the signal point interleaver without the distributed trellis encoder—an arrangement not depicted in the drawing—will, advantageously, cause the signal points from the same channel symbol to be non-adjacent. Moreover, there is further advantage in that a pair of channel symbols processed serially by Viterbi decoder stage 419$\alpha$ traverses the channel separated by five baud intervals rather than three, thereby providing greater decorrelation of the noise components thereof. Compare, for example, the span of baud intervals occupied by signal points $X_0{}^\alpha$ and $X_1{}^\alpha$, $X_2{}^\alpha$ and $X_3{}^\alpha$ in Line I and the span of baud intervals occupied by the same signal points in Line III. Disadvantageously, however, the use of a single trellis encoding stage brings back the problem that the distributed trellis encoder solves, as described above. Thus, for example, although signal points $X_0{}^\alpha$ and $X_1{}^\alpha$, which are from the same channel symbol, are separated from one another when traversing the channel, we find that, disadvantageously, signal points $X_2{}^\alpha$ and $X_1{}^\alpha$, which are signal points from two different channel symbols which will be processed serially by the Viterbi decoder, traverse the channel adjacent to one another.

Line IV shows that using the signal point interleaver with a two-stage trellis encoder—also an arrangement not depicted in the drawing—provides some improvement. Firstly, it may be noted that, as in Line III, signal points from the same channel symbol remain separated by three baud intervals. Additionally, pairs of channel symbols processed sequentially by a given Viterbi decoder stage—such as the channel symbols comprised of signal points $X_0{}^\alpha$ and $X_1{}^\alpha$, $X_4{}^\alpha$ and $X_5{}^\alpha$—are still non-adjacent and, indeed, are now separated by seven baud intervals, which is even greater than the separation of five baud intervals provided in Line III. Moreover, certain signal points that traverse the channel adjacent to one another and which are from channel symbols which would have been decoded sequentially in the one-trellis-encoding-stage case are, in the two-trellis-encoding-stage case of Line IV, processed by different Viterbi decoding stages. Signal points $X_2{}^\beta$ and $X_1{}^\alpha$ are such a pair of signal points. Note, however, that, disadvantageously, signal points $X_1{}^\alpha$ and $X_4{}^\alpha$ traverse the channel serially, and are from channel symbols which are serially processed by the "$\alpha$" Viterbi decoder stage.

Referring, however, to Line V, which depicts the stream of signal points output by the transmitter of FIG. 3, it will be seen that, in accordance with the invention, there is still a non-adjacency—indeed, a separation of at least three baud intervals—between a) the signal points which belong to any particular channel symbol (and so which, therefore, are processed serially by a particular Viterbi decoder stage) and b) the signal points which belong to channel symbols which are processed serially by a Viterbi decoder stage. Thus, for example, signal points $X_1{}^\alpha$ and $X_4{}^\gamma$ are now processed by different Viterbi decoder stages. Moreover, pairs of channel symbols processed sequentially by a given Viterbi decoder stage—such as the channel symbols comprised of

8

signal points $X_0{}^\alpha$ and $X_1{}^\alpha$, $X_6{}^\alpha$ and $X_7{}^\alpha$—are now separated by none baud intervals.

Using more than three trellis encoder stages in the distributed trellis encoder and/or a signal point interleaver that separates signal points from the same channel symbol by more than three baud intervals would provide even greater separation and could, therefore, potentially provide even greater improvement in Viterbi decoding. However, such improvement comes at a price—that price being increased decoding delay—particularly as the number of trellis encoders is increased beyond three. An engineering trade-off can be made, as suits any particular application.

Moreover, it is desirable for the signal point interleaver to provide a sequence in which every $N^{th}$ signal point in the interleaved signal point stream is the $N^{th}$ signal point of a channel symbol. (The reason this is desirable is described in detail hereinbelow.) In the case of an $N=2$, four-dimensional signaling scheme, this means that every second, that is "every other," signal point in the interleaved stream is the second signal point of the channel symbol from which it comes. In the case of an $N=4$, eight-dimensional signaling scheme, this means that every fourth signal point in the interleaved stream is the fourth signal point of the channel symbol from which it comes. Indeed, this criterion is in fact satisfied in the embodiment of FIG. 3. Note that each one of signal points $X_0{}^\alpha$, $X_2{}^\beta$, $X_4{}^\gamma$, $X_6{}^\alpha$, . . . , which appear as every other signal point in the interleaved stream, is the second signal point of one of the four-dimensional channel symbols. Note that not all rearrangements of the signal points will, in fact, satisfy this criterion, such as, if the two signal points of a channel symbol are separated by two, rather than three, baud intervals.

Satisfying the above criterion is advantageous because it enhances the accuracy with which phase tracking loop 457 performs its function. This is so because the arrival of an $N^{th}$ signal point of a given symbol means that all the signal points comprising that channel symbol have arrived. This, in turn, makes it possible to form a decision as to the identity of that channel symbol by using the minimum accumulated path metric in the Viterbi decoder stages. (Those decisions are fed back to the tracking loop by decoder stages 419$\alpha$, 419$\beta$ 419$\gamma$ on leads 494, 495 and 496, respectively, via switching circuit 456.) Without having received all of the signal points of a channel symbol, one cannot take advantage of the accumulated path metric information but, rather, must rely on the so-called raw sliced values, which is less accurate. By having every $N^{th}$ signal point in the interleaved stream be the $N^{th}$ signal point of a channel symbol, we are guaranteed that the time between adjacent such path metric "decisions" supplied to the phase tracking loop is, advantageously, never more than N baud intervals.

The foregoing merely illustrates the principles of the invention. Thus although the illustrative embodiment utilizes a four-dimensional signaling scheme, the invention can be used with signaling schemes of any dimensionality. In the general, 2N-dimensional, case each stage of the distributed trellis encoder would provide N two-dimensional subset identifiers to switching circuit 337 before the latter moves on to the next stage. And, of course, each stage of the distributed Viterbi decoder would receive N successive received signal points. The distributed trellis encoder and distributed Viterbi decoder can, however, continue to include three trellis

encoders and still maintain, independent of the value of N, a separation of three baud intervals in the channel between signal points that are from channel symbols that are adjacent in the trellis encoder. If a greater separation of such signal points is desired, more stages can be added to the distributed trellis encoder/Viterbi decoder, just as was noted above for the four-dimensional case. However, when dealing with 2N-dimensional signaling where $N > 2$, it is necessary to add additional delay elements to the signal point interleaver/deinterleaver in order to maintain a three-baud-interval separation among the signal points from any given channel symbol.

Consider, for example, the case of $N = 4$, i.e., an eight-dimensional case. Looking again at FIG. 3, the three (8D) stages of the distributed trellis encoder would generate the three streams of subset identifiers $\alpha_0\,\alpha_1\,\alpha_2\,\alpha_3\,\alpha_{12}\ldots$, $\beta_4\,\beta_5\,\beta_6\,\beta_7\,\beta_{16}\ldots$, and $\gamma_8\,\gamma_9\,\gamma_{10}\,\gamma_{11}\,\gamma_{20}\ldots$, respectively. This would lead to the following stream of signal points of eight-dimensional trellis encoded channel symbols at the output of the QAM encoder on lead 325: $X_0^\alpha\,X_1^\alpha\,X_2^\alpha\,X_3^\alpha\,X_4^\beta\,X_5^\beta\,X_6^\beta\,X_7^\beta\,X_8^\gamma\,X_9^\gamma X_{10}^\gamma\,X_{11}^\gamma\,X_{12}^\alpha\ldots$ Signal point interleaving could be carried out by substituting signal point interleaver 641 of FIG. 6 for interleaver 341. Interleaver 641, in addition to direct connection 6414, includes one-, two-, and three-symbol delay elements 6413, 6412 and 6411, respectively.

The signal points on lead 325, after passing through interleaver 641, would appear on lead 342 in the following order: $X_0^\alpha\,X_{-3}^\gamma\,X_{-6}^\beta\,X_{-9}^\alpha\,X_4^\beta\,X_1^\alpha\,X_{-2}^\gamma\,X_{-5}^\beta\,X_8^\gamma\,X_5^\beta\,X_2^\alpha\,X_{-1}^\gamma\,X_{12}^\alpha\,X_9^\gamma\,X_6^\beta\,X_3^\alpha\,X_{16}^\beta\,X_{13}^\alpha\,X_{10}^\gamma\,X_7^\beta\ldots$ where signal points with negative subscripts are, of course, signal points that arrived before signal point $X_0^\alpha$ and were already stored in the delay elements 6411, 6412 and 6413. Examination of this signal point stream will reveal that there is either a three- or five-baud separation between signal points of channel symbols that are processed sequentially by the same trellis encoder stage, e.g., $X_3^\alpha$ and $X_{12}^\alpha$; that adjacent signal points of any one channel symbol, e.g., $X_0^\alpha$ and $X_1^\alpha$, are separated by five baud intervals; and that the four signal points comprising any particular one channel symbol are separated by fifteen baud intervals.

FIG. 7 shows the structure of a deinterleaver 741 that could be used in the receiver of FIG. 4 in place of deinterleaver 441 in order to restore the signal points of the eight-dimensional channel symbols to their original order. This structure, which is the inverse of interleaver 641, includes delay stages 7411, 7412 and 7413, as well as direct connection 7414.

It will be appreciated that, although various components of the modem transmitter and receiver are disclosed herein for pedagogic clarity as discrete functional elements and indeed—in the case of the various switching circuits—as mechanical elements, those skilled in the art will recognize that the function of any one or more of those elements could be implemented with any appropriate available technology, including one or more appropriately programmed processors, digital signal processing (DSP) chips, etc. For example, multiple trellis encoders and decoders can be realized using a single program routine which, through the mechanism of indirect addressing of multiple arrays within memory, serves to provide the function of each of the multiple devices.

It will thus be appreciated that those skilled in the art will be able to devise numerous arrangements which,

although not explicitly shown nor described herein, embody the principles of the invention and are within its spirit and scope.

We claim:

**1.** Apparatus for forming a stream of trellis encoded signal points in response to input information, said apparatus comprising

means for generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information, each of said channel symbols being comprised of a plurality of signal points, and

means for interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points.

**2.** The apparatus of claim **1** wherein said means for generating generates three of said streams of trellis encoded channel symbols, and wherein said means for interleaving causes there to be interleaved between each of the signal points of each channel symbol at least two signal points from other channel symbols of said streams of trellis encoded channel symbols.

**3.** The apparatus of claim **1** wherein said channel symbols are 2N-dimensional channel symbols, $N > 1$, and wherein said means for interleaving causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

**4.** The apparatus of claim **2** wherein said channel symbols are 2N-dimensional channel symbols, $N > 1$, and wherein said means for interleaving causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

**5.** A modem comprising

means for receiving a stream of input bits,

means for dividing said stream of input bits into a stream of uncoded bits and a plurality of streams of trellis bits,

means for independently trellis encoding each of said plurality of streams of trellis bits to generate respective streams of data words each identifying one of a plurality of predetermined subsets of the channel symbols of a predetermined 2N-dimensional constellation, N being an integer greater than unity, each of said channel symbols being comprised of a plurality of signal points,

means for selecting an individual channel symbol from each identified subset in response to said stream of uncoded bits to form a stream of channel symbols, and

means for generating a stream of output signal points, said signal point stream being comprised of the signal points of the selected channel symbols, the signal points of said signal point stream being sequenced in such a way that signal points that are either a) part of the same channel symbol, or b) part of channel symbols that are adjacent to one another in said channel symbol stream, are separated in said output stream by at least one other signal point.

**6.** The apparatus of claim **5** wherein said trellis encoding means includes a plurality of trellis encoder stage

11                                           12

means for trellis encoding respective ones of said streams of trellis bits.

7. The apparatus of claim 5 wherein said means for selecting includes means for modulus converting said stream of uncoded bits.

8. The apparatus of claim 5 wherein said channel symbols are 2N-dimensional channel symbols, $N > 1$, and wherein said means for generating causes every $N^{th}$ signal point in said stream of output signal points to be the $N^{th}$ signal point of a respective one of said channel symbols.

9. Receiver apparatus for recovering information from a received stream of trellis encoded signal points, said signal points having been transmitted to said receiver apparatus by transmitter apparatus which generates said signal points by generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said information, each of said channel symbols being comprised of a plurality of signal points, and by interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points,

said receiver apparatus comprising

means for deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols, and

a distributed Viterbi decoder for recovering said information from the deinterleaved signal points.

10. The apparatus of claim 9 further comprising

a phase tracking loop, and

means for adapting the operation of said phase tracking loop in response to minimum accumulated path metrics in said distributed Viterbi decoder.

11. A method for forming a stream of trellis encoded signal points in response to input information, said method comprising the steps of

generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information, each of said channel symbols being comprised of a plurality of signal points, and

interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points.

12. The method of claim 11 wherein said generating step generates three of said streams of trellis encoded channel symbols, and wherein said interleaving step causes there to be interleaved between each of the signal points of each channel symbol at least two signal points from other channel symbols of said streams of trellis encoded channel symbols.

13. The method of claim 11 wherein said channel symbols are 2N-dimensional channel symbols, $N > 1$, and wherein said interleaving step causes every $N^{th}$ signal point in said interleaved signal point stream to be

the $N^{th}$ signal point of a respective one of said channel symbols. .

14. The method of claim 12 wherein said channel symbols are 2N-dimensional channel symbols, $N > 1$, and wherein said interleaving step causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

15. A method for use in a modem, said method comprising the steps of

receiving a stream of input bits,

dividing said stream of input bits into a stream of uncoded bits and a plurality of streams of trellis bits,

independently trellis encoding each of said plurality of streams of trellis bits to generate respective streams of data words each identifying one of a plurality of predetermined subsets of the channel symbols of a predetermined 2N-dimensional constellation, N being an integer greater than unity, each of said channel symbols being comprised of a plurality of signal points,

selecting an individual channel symbol from each identified subset in response to said stream of uncoded bits to form a stream of channel symbols, and

generating a stream of output signal points, said signal point stream being comprised of the signal points of the selected channel symbols, the signal points of said signal point stream being sequenced in such a way that signal points that are either a) part of the same channel symbol, or b) part of channel symbols that are adjacent to one another in said channel symbol stream, are separated in said output stream by at least one other signal point.

16. The method of claim 15 wherein in said trellis encoding step a plurality of trellis encoder stages trellis encode respective ones of said streams of trellis bits.

17. The method of claim 15 wherein said selecting step includes the step of modulus converting said stream of uncoded bits.

18. The method of claim 15 wherein said channel symbols are 2N-dimensional channel symbols, $N > 1$, and wherein said generating step causes every $N^{th}$ signal point in said stream of output signal points to be the $N^{th}$ signal point of a respective one of said channel symbols.

19. A method for use in a receiver to recover information from a received stream of trellis encoded signal points, said signal points having been transmitted to said receiver apparatus by a method which includes the steps of

generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said information, each of said channel symbols being comprised of a plurality of signal points, and

interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points,

said method comprising the steps of

deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols, and

**13**

using a distributed Viterbi decoder to recover said information from the deinterleaved signal points.

20. The method of claim 19 wherein said receiver includes a phase tracking loop and wherein said method comprises the further step of adapting the operation of said phase tracking loop in response to minimum accumulated path metrics in said distributed Viterbi decoder.

21. Data communication apparatus comprising

means for receiving input information,

means for generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information, each of said channel symbols being comprised of a plurality of signal points,

means for interleaving the signal points of said generated channel symbols to form a stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points,

means for applying the stream of trellis encoded signal points to a transmission channel,

**14**

means for receiving the stream of trellis encoded signal points from the channel,

means for deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols, and

a distributed Viterbi decoder for recovering said information from the deinterleaved signal points.

22. The apparatus of claim 21 wherein said means for generating generates three of said streams of trellis encoded channel symbols, and wherein said means for interleaving causes there to be interleaved between each of the signal points of each channel symbol at least two signal points from other channel symbols of said streams of trellis encoded channel symbols.

23. The apparatus of claim 21 wherein said channel symbols are 2N-dimensional channel symbols, $N>1$, and wherein said means for interleaving causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

24. The apparatus of claim 22 wherein said channel symbols are 2N-dimensional channel symbols, $N>1$, and wherein said means for interleaving causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

* * * * *

# EXHIBIT 2

# United States Patent [19]

## Betts et al.

[11] **Patent Number:** **4,677,625**

[45] **Date of Patent:** **Jun. 30, 1987**

[54] **DISTRIBUTED TRELLIS ENCODER**

[75] Inventors: William L. Betts, St. Petersburg; Kenneth Martinez, Pinellas Park; Gordon Bremer, Clearwater, all of Fla.

[73] Assignee: Paradyne Corporation, Largo, Fla.

[21] Appl. No.: 707,084

[22] Filed: Mar. 1, 1985

[51] Int. Cl.⁴ .................... G06F 11/10; H03M 13/22

[52] U.S. Cl. .............................. 371/43; 340/347 DD; 371/2; 375/26; 375/39

[58] Field of Search ............ 340/347 DD; 371/43–45, 371/2; 360/39–42; 375/25, 34, 39

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,087,787 | 5/1978 | Acampora | 371/43 |
| 4,240,156 | 12/1980 | Doland | 371/43 |
| 4,500,994 | 2/1985 | McCallister et al. | 371/43 |
| 4,536,878 | 8/1985 | Rattlingourd et al. | 371/43 |

*Primary Examiner*—T. J. Sloyan
*Attorney, Agent, or Firm*—Kane, Dalsimer, Sullivan, Kurucz

[57] **ABSTRACT**

In the transmitter of a data communication system using QAM, a plurality of trellis coders with delay units are used for forward error correction. The output of each encoder is modulated using QAM to generate sequential baud signal elements. The redundant data bits generated are distributed between several non-consecutive bauds. Likewise, at the receiver a plurality of distributed convolutional decoders are utilized to decode the received signal element. The distributed trellis decoder is self-synchronizing.

**11 Claims, 4 Drawing Figures**





FIG.1



FIG. 2



FIG. 3

**U.S. Patent**    Jun. 30, 1987    Sheet 4 of 4    **4,677,625**



FIG. 4

4,677,625

1

# DISTRIBUTED TRELLIS ENCODER

## RELATED APPLICATIONS

The subject matter of this application is related to
U.S. applications Ser. No. 707,085 entitled Self-Syn-
chronizing Interleaver for Trellis Encoder used in
Wireline Modems and Ser. No. 707,083 entitled Self-
Synchronizing De-Interleaver for Viterbi Decoder
Used in Wireline Modems, filed on even date herewith
and incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Field of Invention

This invention pertains to an apparatus and method of
encoding binary bits and more particularly to a method
and apparatus for making use of a forward error correc-
tion scheme for a reduced number of errors at a given
signal-to-noise ratio.

2. Description of the Prior Art

Communication networks using high speed data rates
require high signal-to-noise ratios for proper data trans-
mission. Numerous schemes and combinations thereof
have been proposed to reduce the number of errors at
these given signal-to-noise ratios. For example, in U.S.
Pat. No. 4,077,021 to Csajka et al a forward error cor-
recting scheme is described making use of the so-called
Viterbi algorithm. In a further development described
by the CCITT study group XVII, Contribution No.
D180, in October, 1983, entitled TRELLIS-CODED
MODULATION SCHEME WITH 8-STATE SYS-
TEMATIC ENCODER AND 90 SYMMETRY FOR
USE IN DATA MODEMS TRANSMITTING 3-7
BITS PER MODULATION INTERVAL a two-di-
mensional trellis for a quadrature amplitude modulation
scheme is disclosed having 90° symmetry which results
in a 4db gain in the signal-to-noise ratio. Typically, in
forward error coding, redundant bits are added system-
atically to the data bits so that normally only predeter-
mined transitions from one sequential group of bits
(corresponding to bauds) to another are allowed. There
is an inherent correlation between these redundant bits
over consecutive bauds. At the receiver each baud is
tentatively decoded and then analyzed based on past
history, and the decoded bits are corrected if necessary.
However, it was found that certain types of relatively
long error signals, such as for exmaple, low frequency
phase jitter, cause a constant phase error in the signal
constellation for extended (consecutive baud) periods of
time. This type of error prevents or inhibits the correc-
tion of the received bits using the schemes described
above.

## OBJECTIVES AND SUMMARY OF THE INVENTION

A principal objective of the present invention is to
provide a device and method for data communication in
which the effects of long bursts of error signals such as
low frequency phase jitter are minimized.

A further objective is to provide a method of adapt-
ing a standard modem to perform the subject method
and to provide a method that is self-synchronizing.

Other objectives and advantages of the invention
shall become apparent from the following description of
the invention.

In the present invention the correlation of the redun-
dant bits of different baud signals is distributed in time
prior to encoding at the transmitter. A distributed trellis

2

encoding scheme is used to obtain the redundant bits.
At the receiver the received bauds are decoded using a
plurality of distributed decoders which extract samples
from multiple bauds for trellis decoding. The result is
similar to that achieved by interleaving but avoids syn-
chronization problems associated with the conventional
complex interleaving processes.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 shows the elements of a data transmitter con-
structed in accordance with the invention;

FIG. 2 shows the elements of a distributed trellis
encoder;

FIG. 3 shows the elements of a receiver for receiving
data from the transmitter of FIG. 1; and

FIG. 4 shows the elements of a distributed trellis
decoder.

## DETAILED DESCRIPTION OF THE INVENTION

As shown in FIG. 1, a transmitter according to this
invention comprises a randomizer 10 which receives
serially a stream of data bits from DTE 12. The random-
izer scrambles the bits in a preselected pattern and gen-
erates randomized bits on parallel output lines 14 identi-
fied as X1, X2, X3 and X4.

These output lines are fed by an electronic switching
circuit 16 to a plurality of identical trellis encoders 18,
20, 22 and 24.

The electronic switching circuit 16 switches the sig-
nals from the randomizer 10 to one of the trellis encod-
ers 18, 20, 22 and 24, in accordance with a baud clock
signal generated by baud clock generator 26. In other
words, for each baud period all the randomizer outputs
X1, X2, X3 and X4 are fed to one of the encoders.
Details of the trellis encoders 18, 20, 22 and 24 are
shown in FIG. 2.

Each encoder comprises three delay units 28, 30 and
32 which are adapted to generate a delay of one baud
period. The encoder further comprises three gates 34,
36 and 38. These gates may be for example XOR (exclu-
sive -OR) gates.

The trellis encoder shown in FIG. 2 is well known in
the art and need not be described any further. Prefera-
bly all the elements of the encoder are digital elements
which are enabled by appropriate clocking signals from
timing signal generator 40. The timing signal generator
is enabled only when it receives an appropriate signal
from switching circuit 16. Thus each encoder is active
only when it is addressed by switching circuit 16. At all
other times, the trellis encoders are idle.

Outputs Y0, Y1, X2, X3 and X4 are fed from the
respective trellis encoders by a second electronic
switching circuit 42 to QAM (quadrature amplitude
modulation) encoder 44. Switching circuit 42 is also
enabled by baud clock generator 26 so that it operates
simultaneously with switching circuit 16. QAM en-
coder 44 selects a point of a preselected signal constella-
tion corresponding to the inputs from circuit 42 and
generates an in-phase and a quadrature output signal
corresponding to said point. These output signals are
fed to a QAM modulator 46 which generates corre-
sponding analog QAM signals having a baud period
equal to the period of the signals generated by signal
generator 26. The signals from modulator 46 are trans-
mitted over a common data communication channel to
a receiver.

4,677,625

**3**

In effect the bits of several consecutive signals are spaced out over several bauds by the distributed trellis encoders.

At the receiver, illustrated in FIG. 3, the incoming analog signals are demodulated by a QAM demodulator 48 which generates an in-phase and a quadrature signal which are fed to a QAM decoder 50. The QAM decoder 50 selects a point on the signal constellation closest to the actual point corresponding to the signals received from QAM demodulator 48. The bits corresponding to said point are sent to a third electronic switching circuit 52 having a period equal to the baud period of the received signals. Circuit 52 accesses sequentially one of four distributed trellis decoders 56, 58, 60 and 62 in response to the switching signal from generator 54. Thus all the binary signals from QAM decoder 50 corresponding to each received QAM signal are sent to one of the trellis decoders. The four trellis decoders are standard decoders well known in the art. One such decoder is shown in FIG. 4.

In a typical trellis decoder, the signals from the QAM decoder (in the present case, via switching circuit 52) are fed into an error computer circuit 64 which generates an error signal based on previously received signals. This error signal is fed to a branch decoder 66. The branch decoder uses the trellis branch rules (predetermined in accordance with the Viterbi algorithm) to generate a set of possible points corresponding to the received point. These set of points are stored in temporary memory 68. The decoder then searches through the points of the set to calculate the point with the smallest errors in accordance with appropriate constants stored in the path metric memory 70 and path pointer memory 72. The smallest error is used by trace back memory 74 to track back the last 4–16 bauds (in accordance with a preselected well-known scheme) to generate the final received point. The final received point of the set of points in memory 68 is fed to final decoder 76 as the received point.

As with the encoder of FIG. 2, each decoder comprises digital elements which are enabled by a timing signal generator 78.

The timing signal generator is enabled by an appropriate signal from switching circuit 52 only when the respective decoder is addressed by the switching circuit. Generator 78 generates clocking signals for the various decoder elements. Thus each decoder 56, 68, 60 and 62 is active only when it is addressed by switching circuit 52, and otherwise it is idle.

The output of each decoder is accessed sequentially by a fourth electronic switching circuit 82 which is synchronized by the baud clock generator 54 so that it is in step with switching circuit 52. In other words, each trellis decoder is accessed simultaneously by switch circuits 52 and 82. The switching circuit 82 feeds the signals from the decoders to derandomizer 84 for reversing the effects of randomizer 10 and then to a user DTE.

It can be seen from the above description that switching circuits 16 and 52 acts as multiplexers while switch circuits 42 and 82 act as demultiplexers. The effect of this switching is to interleave the data bits at the transmitter across four bauds, and deinterleave these bits at the receiver. Obviously the trellis encoders are self-synchronized so that no synchronizing signals are needed between the transmitter and receiver.

In the above description consecutive bits are interleaved across four bauds by using four distributed trellis

**4**

encoders and decoders. Obviously if more encoders and decoders are used the number of bauds over which interleaving occurs increases.

It should be appreciated that the invention makes use of standard QAM encoders, modulators, decoders, demodulators and standard trellis encoders and decoders which are well known in the art. Furthermore, while baud clock generators 26 and 54 are described as separate elements, in practice they can be incorporated in the QAM modulator and demodulator respectively. All the circuits of FIGS. 1 and 3 may be implemented by using a digital microprocessor.

Obviously, numerous modifications to the subject application may be made without departing from the scope of the invention as defined in the appended claims.

What is claimed is:

1. A data transmission section for a modem coupled to a channel for sending data signals comprising:

1. A plurality of trellis encoders, each trellis encoder having an input for receiving n plain text bits, each encoder being provided to interleave bits received by the encoder during a first baud period with bits received during more than two previous baud periods to generate n trellis encoded bits, k, being larger than one; in a single baud period, each trellis encoder having means for delaying at least some of said n plain text bits so that they may be outputted and combined with bits outputted from one or more other trellis encoders during single baud periods;

2. encoder activating means for selectively activating only one of said trellis encoders for one baud period in a preselected sequence whereby bits received during a baud period i are interleaved with bits received during a baud period i-k;

3. signal encoding means for converting encoded bits into signals suitable for transmission over said channel; and

4. transmitter switching means for feeding n plain text bits per baud period to the activated trellis encoder and for sending the encoded bits from the activated trellis encoder to the signal encoding means.

2. A receiver section for a modem receiving data signals from a channel, said signals having been trellis encoded by interleaving bits corresponding to a baud period i with bits corresponding to a baud period i-k, k being larger than two, and having:

1. a demodulator and a decoder connected to the output of said demodulator for converting analog data signals from said channel into multiple series of bits, each series of bits substantially corresponding to a point of said analog data signal's preselected signal constellation;

2. k trellis decoders, each trellis decoder having an input from said decoder for receiving series of bits from said decoder and generating n bits of plain text bits corresponding to n bits received at least during two previous baud periods;

3. decoder activating means for activating only one of said trellis decoders during one baud period in another predetermined sequence; and

4. receiver switching means for feeding n encoded bits to the activated decoder and for collecting n plain text bits from the activated decoder.

3. A method of transmitting a plurality of input data bits over a channel by quadrature amplitude modulator comprising:

4,677,625

providing a plurality of trellis encoders, each encoder using an identical scheme to interleave bits received during a first baud period with bits received during more than two earlier baud periods preceding said first baud period to generate output bits;

activating each of said trellis encoders in a preselected order for a baud period;

feeding bits which occur during a single baud period to only one of said plurality of trellis encoders;

delaying at least some of said bits in said one trellis encoder during a single baud period;

combining bits which have been outputted from said one trellis encoder with bits which have been outputted from one or more different trellis encoders for transmission during a single baud period; and

quadrature amplitude modulating output bits of each activated trellis encoder.

4. A system for transmitting data signals over a data channel comprising:

a. a data transmission section coupled to said channel for sending data signals and having:

  1. A plurality of trellis encoders, each trellis encoder having an input for receiving n plain text bits each encoder being provided to combine bits received by the encoder during more than two previous baud periods with bits received during a previous baud period to generate n trellis encoded bits in a single baud period, each trellis encoder having means for delaying at least some of said n plain text bits so that they can be outputted and combined with bits outputted from one or more other trellis encoders during single baud periods;

  2. encoder activating means for selectively activating only one of said trellis encoders for one baud period in a preselected sequence;

  3. signal encoding means for converting encoded bits into signals suitable for transmission over said channel; and

  4. transmitter switching means for feeding n plain text bits per baud period to the activated trellis encoder and for sending the encoded bits from the activated trellis encoder to the signal encoding means; and

b. a receiver section for receiving data signals from said channel, and having:

  1. a demodulator and a decoder connected to the output of said demodulator for converting ana-

log data signals from said channel into multiple series of bits, each series of bits substantially corresponding to a point of said analog data signal's preselected signal constellation of;

  2. a plurality of trellis decoders equal in number to the trellis encoders, each decoder generating n bits of plain text bits corresponding to n bits received by the encoder during a baud period and n bits received at least during a previous baud period;

  3. decoder activating means for activating only one of said trellis decoders during one baud period in another predetermined sequence; and

  4. receiver switching means for feeding n bits to the activated decoder and for collecting n plain text bits from the activated decoder.

5. The system of claim 4 wherein said transmitter switching means comprises a first transmitter switch for providing input bits to the activated trellis encoder, and a second transmitter switch for providing encoded bits from the activated trellis encoder to the signal encoding means.

6. The system of claim 5 wherein said signal encoding means comprises a quadrature amplitude modulator.

7. The system of claim 6 wherein said signal decoding means comprises a quadrature amplitude demodulator.

8. The system of claim 7 wherein there are k trellis encoders each trellis encoders including several delay elements for combining the bits received during said one baud periods with bits received during several preceding baud periods each preceding baud period being separated from the next baud period by $(k-1)$ D seconds where D is the duration of a period.

9. The system of claim 7 wherein said receiver switching means comprises a first receiver switch for feeding encoded bits to the activated decoders and a second receiver switch for collecting plain text bits from the activated decoders.

10. The system of claim 7 wherein each period has a time duration of D seconds and each encoder includes a delay element for delaying bits received during a baud period by D seconds.

11. The method of claim 3 further comprising providing a plurality of trellis decoders for sequentially decoding transmitted signals, each trellis decoder being activated sequentially for a baud period for deinterleaving said signals.

\* \* \* \* \*