# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Collins J. Seitz, Jr.
TEL       (302) 888-6278
FAX       (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO  Wilmington Office

June 13, 2008

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

Re:  *In Re Rembrandt/MDL Docket No. 07-md-1848 (GMS)*

Dear Chief Judge Sleet:

The parties have not been able to agree upon the terms of a Protective Order for confidential information. We request the opportunity to discuss the open issues during the status conference scheduled for next Thursday, June 19, at 2:00 p.m.

Respectfully,

Collins J. Seitz, Jr.
(Bar No. 2237)
cseitz@cblh.com

CJS,Jr./saj
cc:  Clerk of Court (by Hand Delivery)
     Jack Blumenfeld, Esquire (by Electronic Mail)
     John W. Shaw, Esquire (by Electronic Mail)
     Eric R. Lamison, Esquire (by Electronic Mail)
     David S. Benyacar, Esquire (by Electronic Mail)
     Edward R. Reines, Esquire (by Electronic Mail)
(616905)