IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, ) <br> LP PATENT LITIGATION ) <br> ) | MDL Docket No. 07-md-1848 (GMS) <br> (All Cases) |
| ) <br> MOTOROLA, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> REMBRANDT TECHNOLOGIES, LP, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 07-752 (GMS) |
| REMBRANDT TECHNOLOGIES, LP, et al., ) <br> ) <br> Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MOTOROLA, INC., et al., ) <br> ) <br> Counter-Defendants. ) | |
| REMBRANDT TECHNOLOGIES, LP, et al., ) <br> ) <br> Counter Counterclaim-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TIME WARNER ENTERTAINMENT- <br> ADVANCE/NEWHOUSE PARTNERSHIP, ) <br> et al., ) <br> ) <br> Counter Counterclaim-Defendants. ) | |

## AMENDED NOTICE OF DEPOSITION OF KEVIN C. ALMEROTH

PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs, Counter-Defendants and Counter-Counterclaimants Motorola, Inc., Cisco Systems, Inc., Scientific-Atlanta, Inc., ARRIS Group, Inc., Thomson, Inc., Ambit Microsystems, Inc., and NETGEAR, Inc. ("Plaintiffs"), by their counsel, will take the deposition of Kevin C. Almeroth.

The deposition shall commence at 9:00 a.m. on June 23, 2008 at the offices of Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002-5096. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and take testimony. The deposition will be recorded stenographically, including the use of instantaneous transcription, and by videotape, and will continue from day to day thereafter, excluding Sundays and holidays, until completed or adjourned.

/s/ John W. Shaw (No. 3362)

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

*Liaison Counsel and Attorneys for Plaintiffs/Counter-Defendants/Counter-Counterclaimants Motorola, Inc., Cisco Systems, Inc., Scientific-Atlanta, Inc., ARRIS Group, Inc., Thomson, Inc., Ambit Microsystems, Inc., and NETGEAR, Inc.*

Of Counsel:

John M. Desmarais, P.C.
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Eric R. Lamison
Benjamin R. Ostapuk
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104

Russell E. Levine, P.C.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

*Attorneys for Plaintiffs/Counter-Defendants/Counter-Counterclaimants*

Date: June 19, 2008

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on June 19, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com

I further certify that on June 19, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw (No. 3362)

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*jshaw@ycst.com*