IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) | MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REMBRANDT TECHNOLOGIES, LP, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-752-GMS |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the plaintiffs in Civil Action No. 07-752-GMS, in response to counterclaims asserted by Rembrandt Technologies, LP and Rembrandt Technologies, LLC (collectively, "Rembrandt") on May 5, 2008 (D.I. 193), filed a reply and counterclaims alleging violations of Sections 1 and 2 of the Sherman Act and Section 17200 of the California Business and Professions Code (D.I. 235);

WHEREAS, Rembrandt and the plaintiffs in Civil Action No. 07-752-GMS have been engaged in discussions regarding Rembrandt's response to D.I. 235, including a potential agreement, subject to the Order of the Court, that may seek to defer all or part of Rembrandt's response to D.I. 235 pending the Court's ruling on the Motion to Amend

Complaint filed by plaintiffs in Civil Action No. 07-752-GMS on April 11, 2008 (D.I. 147);

WHEREAS, due to recently scheduled depositions, and other activity being undertaken by counsel, Rembrandt and the plaintiffs in Civil Action No. 07-752-GMS seek additional time to continue their discussions regarding Rembrandt's response to D.I. 235;

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, subject to the approval of the Court, that the time within which Rembrandt must move, answer, or otherwise respond to D.I. 235 is extended to and through July 7, 2008.

| | |
|---|---|
| /s/ Francis DiGiovanni | /s/ John W. Shaw |
| Collins J. Seitz, Jr. (#2237) | John W. Shaw (#3362) |
| Francis DiGiovanni (#3189) | Young Conaway Stargatt & Taylor, LLP |
| James D. Heisman (#2746) | The Brandywine Building, 17th Floor |
| Connolly Bove Lodge & Hutz LLP | 1000 West Street |
| 1007 N. Orange Street | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899 | (302) 571-6600 |
| (302) 658-9141 | jshaw@ycst.com |
| cseitz@cblh.com | |
| fdigiovanni@cblh.com | Liaison Counsel for Plaintiffs in Civil |
| jheisman@cblh.com | Action No. 07-752-GMS |
| | |
| Counsel for Rembrandt Technologies, LP | Dated: June 23, 2008 |

Dated: June 23, 2008

SO ORDERED this ____ day of June, 2008.

_____
United States District Court Chief Judge

618703v1