**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | )  MDL Docket No. 07-md-1848 (GMS |
| REMBRANDT TECHNOLOGIES, LP | ) |
| PATENT LITIGATION | ) |
| | ) |
| | ) |

## JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE
## FOR '627 PATENT

Collins J. Seitz, Jr. (#2237)
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com

Attorneys for Rembrandt Technologies, LP
and Rembrandt Technologies, LLC

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

Liaison Counsel for '627 Patent
Infringement Defendants

Dated:  July 7, 2008

**JOINTLY SUBMITTED EXHIBITS**

| Tab | Description | Party Citing | Pages |
|---|---|---|---|
| 1 | U.S. Patent No. 5,243,627 | Defendants Rembrandt | A001-A012 |

**PLAINTIFFS' EXHIBITS**

| Tab | Description | Party Citing | Pages |
|---|---|---|---|
| 2 | U.S. Patent No. 4,677,625 | Rembrandt | B001-B013 |
| 3 | Chart of Rembrandt and All Other Parties' Proposed Constructions for U.S. Patent No. 5,243,627 and the Texas Court's Claim Constructions from Rembrandt Technologies, L.P. v. Comcast, Corp., et al. | Rembrandt | B014-B016 |
| 4 | Newton's Telecom Dictionary , relevant pages | Rembrandt | B017-B018 |
| 5 | Memorandum Opinion and Order in the Texas Court's Rembrandt Technologies, L.P. v. Comcast, Corp., et al. 05-443, Dated June 5, 2007 | Rembrandt | B019-B040 |
| 6 | Richard D. Gitlin Deposition dated June 23, 2008, relevant pages | Rembrandt | B041-B055 |

**DEFENDANTS' EXHIBITS**

| Tab | Description | Party Citing | Pages |
|---|---|---|---|
| 7 | Declaration of Richard D. Gitlin | Defendants | D0001-D0018 |
|  | Exhibit A - Declaration of Richard D. Gitlin, Curriculum Vitae | Defendants | D0019-D0027 |

| | | | |
|---|---|---|---|
| | Exhibit B - Declaration of Richard D. Gitlin, "Trellis-Coded Modulation with Redundant Signal Sets Part I: Introduction" *IEEE Communications Magazine*, Vol. 25, No. 2, pp. 5-11, February 1987 | Defendants | D0028-D0034 |
| | Exhibit C - Declaration of Richard D. Gitlin, "Trellis-Coded Modulation with Multidimensional Constellations", *IEEE Transactions on Information Theory,* Vol. 33, No. 4. July 1987 | Defendants | D0035-D0053 |
| | Exhibit D - Declaration of Richard D. Gitlin, U.S. Patent No. 4,641,327 | Defendants | D0054-D0065 |
| | Exhibit E - Declaration of Richard D. Gitlin, U.S. Patent No. 4,755,998 | Defendants | D0066-D0078 |
| | Exhibit F - Declaration of Richard D. Gitlin, U.S. Patent No. 5,214,656 | Defendants | D0079-D0091 |
| | Exhibit G - Declaration of Richard D. Gitlin, Robert G. Gallager, INFORMATION THEORY AND RELIABLE COMMUNICATION 287 (John Wiley & Sons 1968) | Defendants | D0092-D0097 |
| | Exhibit H - Declaration of Richard D. Gitlin, U.S. Patent No. 4,677,625 | Defendants | D0098-D0105 |
| 8 | Claim Charts for U.S. Patent No. 5,243,627 | Defendants | D106-D111 |
| 9 | Richard D. Gitlin Deposition dated June 23, 2008 | Defendants | D112-D184 |

2

# TAB 1



US005243627A

## United States Patent [19]

Betts et al.

[11] Patent Number: 5,243,627

[45] Date of Patent: Sep. 7, 1993

[54] SIGNAL POINT INTERLEAVING TECHNIQUE

[75] Inventors: William L. Betts, St. Petersburg; Edward S. Zuranski, Largo, both of Fla.

[73] Assignee: AT&T Bell Laboratories, Murray Hill, N.J.

[21] Appl. No.: 748,594

[22] Filed: Aug. 22, 1991

[51] Int. Cl.5 ............................................. H04L 5/12
[52] U.S. Cl. .......................................... 375/39; 375/60; 375/99; 371/43
[58] Field of Search ........................ 375/39, 58, 60, 99; 371/43, 37.5, 2.1, 45; 341/81

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,988,677 | 10/1976 | Fletcher et al. | 371/45 X |
| 4,677,624 | 6/1987 | Betts et al. | 375/39 |
| 4,945,549 | 7/1990 | Simon et al. | 375/53 |
| 5,029,185 | 7/1991 | Wei | 375/39 X |

Primary Examiner—Curtis Kuntz
Assistant Examiner—Tesfaldet Bocure
Attorney, Agent, or Firm—Ronald D. Slusky; Gerard A. deBlasi

[57] ABSTRACT

Viterbi decoder performance in a data communication system using 2N-dimensional channel symbols N>1 can be further enhanced by an interleaving technique which uses a distributed trellis encoder in combination with a signal point interleaver.

24 Claims, 4 Drawing Sheets





*FIG. 1*

PRIOR ART



*FIG. 2*



A002



FIG. 3

A003

Case 1:07-md-01848-GMS    Document 264    Filed 07/07/2008    Page 8 of 16



*FIG. 4*

A004

## FIG. 5

|   |   | 4D SYMBOL | 4D SYMBOL | 4D SYMBOL | 4D SYMBOL | 4D SYMBOL | 4D SYMBOL |
|---|---|---|---|---|---|---|---|
| I | NOT INTERLEAVED ONE TRELLIS STAGE | $X_0^\alpha\ X_1^\alpha$ | $X_2^\alpha\ X_3^\alpha$ | $X_4^\alpha\ X_5^\alpha$ | $X_6^\alpha\ X_7^\alpha$ | $X_8^\alpha\ X_9^\alpha$ | $X_{10}^\alpha\ \cdots$ |
| II | NOT INTERLEAVED THREE TRELLIS STAGES | $X_0^\alpha\ X_1^\alpha$ | $X_2^\beta\ X_3^\gamma$ | $X_4^\gamma\ X_5^\alpha$ | $X_6^\alpha\ X_7^\alpha$ | $X_8^\beta\ X_9^\beta$ | $X_{10}^\gamma\ \cdots$ |
| III | INTERLEAVED ONE TRELLIS STAGE | $X_0^\alpha\ X_{-1}^\alpha$ | $X_2^\alpha\ X_1^\alpha$ | $X_4^\alpha\ X_3^\alpha$ | $X_6^\alpha\ X_5^\alpha$ | $X_8^\alpha\ X_7^\alpha$ | $X_{10}^\alpha\ \cdots$ |
| IV | INTERLEAVED TWO TRELLIS STAGES | $X_0^\alpha\ X_{-1}^\beta$ | $X_2^\beta\ X_1^\alpha$ | $X_4^\alpha\ X_3^\beta$ | $X_6^\beta\ X_5^\alpha$ | $X_8^\alpha\ X_7^\beta$ | $X_{10}^\beta\ \cdots$ |
| V | INTERLEAVED THREE TRELLIS STAGES | $X_0^\alpha\ X_{-1}^\gamma$ | $X_2^\beta\ X_1^\alpha$ | $X_4^\gamma\ X_3^\beta$ | $X_6^\alpha\ X_5^\gamma$ | $X_8^\beta\ X_7^\alpha$ | $X_{10}^\gamma\ \cdots$ |

## FIG. 6



## FIG. 7



A005

5,243,627

1

## SIGNAL POINT INTERLEAVING TECHNIQUE

### BACKGROUND OF THE INVENTION

The present invention relates to the transmission of digital data over band-limited channels.

Over the years, the requirements of modern-day digital data transmission over band-limited channels—such as voiceband telephone channels—have resulted in a push for higher and higher bit rates. This push has led to the development and introduction of such innovations as adaptive equalization, multi-dimensional signal constellations, echo cancellation (for two-wire applications), and trellis coding. Today, the data rates achieved using these and other techniques are beginning to approach the theoretical limits of the channel.

It has been found that various channel impairments, whose effects on the achievable bit rate were relatively minor compared to, say, additive white Gaussian noise and linear distortion, have now become of greater concern. These include such impairments as nonlinear distortion and residual (i.e., uncompensated-for) phase jitter. Such impairments are particularly irksome in systems which use trellis coding. Indeed, it has been found that the theoretical improvement in Gaussian noise immunity promised by at least some trellis codes is not realized in real-world applications where these impairments are manifest. The principal reason this is so appears to be that the noise components introduced into the received signal samples are such as to worsen the effectiveness of the Viterbi decoder used in the receiver to recover the transmitted data.

U.S. Pat. No. 4,677,625, issued Jun. 30, 1987 to Betts et al, teaches a method and arrangement in which, through the use of a distributed trellis encoder/Viterbi decoder, the effects of many of these impairments can be reduced. The invention in the Betts et al patent recognizes that a part of the reason that the performance of the Viterbi decoder is degraded by these impairments is the fact that the noise components of channel symbols which closely follow one another in the transmission channel are highly correlated for many types of impairments. And it is that correlation which worsens the effect that these impairments have on the Viterbi decoder. Among the impairments whose noise is correlated in this way are impulse noise, phase "hits" and gain "hits." All of these typically extend over a number of adjacent channel symbols in the channel, and thus all result in channel symbol noise components which are highly correlated. The well-known noise enhancement characteristics of linear equalizers also induce correlated noise in adjacent channel symbols, as does uncompensated-for phase jitter. Also, the occurrence of one of the relatively high power points of the signal constellation can, in pulse code modulation (PCM) systems, for example, give rise to noise on adjacent channel symbols which, again, is correlated.

The Betts et al patent addresses this issue by distributing the outgoing data to a plurality of trellis encoders in round-robin fashion and interleaving the trellis encoder outputs on the transmission channel. In the receiver, the stream of received interleaved channel symbols is correspondingly distributed to a plurality of trellis decoders. Since the successive pairs of channel symbols applied to a particular trellis decoder are separated from one another as they traverse the channel, the correlation of the noise components of these channel symbol

2

pairs is reduced from what it would have otherwise been.

### SUMMARY OF THE INVENTION

In accordance with the present invention, it has been realized that the Viterbi decoder performance in a data communication system using 2N-dimensional channel symbols can be further enhanced by an interleaving technique which uses, in combination, a) the aforementioned distributed trellis encoder/Viterbi decoder technique and b) a signal point interleaving technique which causes the constituent signal points of the channel symbols to be non-adjacent as they traverse the channel.

In preferred embodiments of the invention, the interleaving is carried out in such a way that every $N^{th}$ signal point in the signal point stream traversing the channel is the $N^{th}$ signal point of a respective one of the channel symbols. This criterion enhances the accuracy with which the phase tracking loop in the receiver performs its function.

Also in preferred embodiments, we have found that the use of three parallel trellis encoders in conjunction with a signal point interleaving regime in which the signal points of each channel symbol are separated from one another by three signaling intervals (bauds) provides an optimum or near-optimum tradeoff between signal point/channel symbol separation and the decoding delay that is caused by the interleaving.

### BRIEF DESCRIPTION OF THE DRAWING

In the drawing,

FIG. 1 is a block diagram of the transmitter section of a prior art modem;

FIG. 2 is shows a signal constellation used by the transmitter of FIG. 1;

FIG. 3 is a block diagram of the transmitter section of a modem employing four-dimensional channel symbols and embodying the principles of the invention;

FIG. 4 is a block diagram of the receiver section of a modem embodying the principles of the invention which processes the received four-dimensional channel symbols generated by the transmitter of FIG. 3;

FIG. 5 is a signal point timing/sequencing chart helpful in explaining the principles of the present invention;

FIG. 6 is a signal point interleaver which can be used in the transmitter of FIG. 3 to interleave the signal points of eight-dimensional channel symbols; and

FIG. 7 is a signal point deinterleaver which can be used in the receiver of FIG. 4 to deinterleave the signal points of eight-dimensional channel symbols.

### DETAILED DESCRIPTION

FIG. 1 depicts the transmitter section of a prior art modem employing a 2N-dimensional signaling scheme, $N \geqq 1$. The modem receives input information in the form of a serial bit stream from data terminal equipment (DTE) 111—illustratively a host computer. That bit stream is then scrambled, or randomized, by randomizer 113 whose output bits are provided in serial form to serial-to-parallel (S/P) converter 115.

Serial-to-parallel converter 115, in turn, provides, during each of a succession of symbol intervals (comprised of N baud intervals), some predetermined number of parallel bits on lead 109 and some number of parallel bits on lead 108. (It will be appreciated that whenever bits are provided in parallel in the modem, separate leads are required to carry each of the bits.) The bits on lead 109 are applied to trellis encoder 119$\alpha$,

A006

5,243,627

3

and are referred to as the "trellis bits." The bits on lead 108 are applied to modulus converter 116, and are referred to as the "uncoded bits."

To better understand how trellis encoder 119$\alpha$ and modulus converter 116 work, reference is made to FIG. 2, which shows the two-dimensional signal constellation that forms the basis of the 2N-dimensional signaling scheme illustratively used by the modem. This constellation is comprised of 32 signal points, which are divided into four subsets, A through D, each comprised of eight signal points. The eight points of subset A are explicitly labeled as A$_0$ through A$_7$. It may be noted that subsets C, B and D can be arrived at by clockwise rotation of subset A by 90, 180 and 270 degrees, respectively. (Conventional differential encoding circuitry within trellis encoder 119$\alpha$ exploits this symmetry.) For reference, a single signal point of each of those subsets is also shown on FIG. 2.

Consider, first, the case of N=1, i.e., a two-dimensional signaling scheme. In this case, one trellis bit on lead 109 would be expanded to two bits by trellis encoder 119$\alpha$ on lead 121. The four possible values of those three bits 00, 01, 10, and 11 identify subsets A, B, C and D, respectively. The successive 2-bit words on lead 121 are represented as $a_n$, n=0,1,2..., where n is an index that advances at the baud rate. At the same time, three parallel bits would be provided on lead 108. These are converted by modulus converter 116 into an index having a value within the range (decimal) 0 to 7. The index value, represented in binary form on lead 117, selects a particular signal point from the subset identified on lead 121. Thus if lead 121 carries the two bits 00 while lead 117 carries the three bits 001, then signal point A$_1$ of the FIG. 2 constellation has been selected. The words on leads 117 and 121 are applied to QAM encoder 124 which generates, on lead 125, values representing the I (in-phase) and Q (quadrature-phase) components of signal point A$_1$. The signal point generated on lead 125 in the $n^{th}$ baud interval is denoted $X_n{}^\alpha$, which is passed on to modulator 128 to generate a passband line signal which is applied to the communication channel. The superscript, $\alpha$, indicates that the trellis encoder that was used to identify the subset for any particular signal point was trellis encoder 119$\alpha$. That is, of course, a trivial notation as far as FIG. 1 goes inasmuch as trellis encoder 119$\alpha$ is the only trellis encoder in the modem. However, it is useful to introduce this notation because more than one trellis encoder stage is used in preferred embodiments of modems incorporating the principles of the present invention as shown in later FIGS.

In the case of N>1, the operation is similar. Now, however, the words on lead 109 are used by trellis encoder 119$\alpha$ to sequentially identify on lead 121N subsets, while the words on lead 108 are used to generate N corresponding index values on lead 117. The N signal points identified in this way are the component signal points of a 2N-dimensional channel symbol, the first such symbol being comprised of the signal points $X_0{}^\alpha$, ... $X_{(N-1)}{}^\alpha$. For example, a modem in which the transmitter of FIG. 1 could be made may be a 14,400 bit per second modem using four-dimensional coding (i.e., N=2) and a baud rate of 3200. In this case, nine bits from S/P converter 115 are used for each four-dimensional symbol. Specifically, three parallel bits on lead 109 are expanded into four bits on lead 121 to identify a pair of subsets while six bits on lead 108 are used to select particular signal points from those two subsets.

4

Those two signal points are thereupon communicated over the channel by QAM encoder 124 and modulator 128 as described above.

Note that, implementationally, the 2N-dimensional channel symbol is generated by having the trellis encoder identify, interdependently, N subsets of the two-dimensional constellation of FIG. 2, then select a two-dimensional signal point from each of the subsets thus identified. The concatenation of the N two-dimensional signal points thus selected is the desired 2N-dimensional channel symbol. This process, however, can be understood as involving the direct selection of a 2N-dimensional channel symbol. Viewed in this context, the set of all possible combinations of N of the two-dimensional subsets identified by N successive trellis encoder outputs can be understood to be a set of 2N-dimensional subsets of a 2N-dimensional constellation, the latter being comprised of all possible combinations of N of the signal points of the two-dimensional constellation. A succession of N outputs from the trellis encoder identifies a particular one of the 2N-dimensional subsets and a succession of N outputs from the modulus converter selects a particular 2N-dimensional signal point from the identified 2N-dimensional subset.

Modulus converter 116 is illustratively of the type disclosed in co-pending, commonly-assigned U.S. patent application Ser. No. 588,658 filed Sep. 26, 1990 and allowed on May 21, 1991, hereby incorporated by reference. Modulus converter 116 provides the modem with the ability to support data transmission at various different bit rates. Assume, for example, that the rate at which bits are provided by DTE 111 decreases. The serial-to-parallel converter will continue to provide its outputs on leads 108 and 109 at the same baud rate as before. However, the upper limit of the range of index values that are provided by modulus converter 116 on lead 117 will be reduced, so that, effectively, each of the four subsets A through D, instead of having eight signal points, will have some smaller number. Conversely if the rate at which bits are provided by DTE 111 should increase over that originally assumed, the upper limit of the range of index values, and thus the number of parallel bits, that appear on lead 117 will be increased beyond eight and the constellation itself will be expanded to accommodate the larger number of signal points thus being selected. As an alternative to using a modulus converter, fractional bit rates can be supported using, for example, the technique disclosed in L. Wei, "Trellis-Coded Modulation with Multidimensional Constellations," *IEEE Trans. on Communication Theory*, Vol. IT-33, No. 4, July 1987, pp. 483–501.

Turning now to FIG. 3, the transmitter portion of a modem embodying the principles of the invention is shown. This embodiment illustratively uses the aforementioned four-dimensional, i.e., N=2, signaling scheme. Many of the components are similar to those shown in FIG. 1. Thus, in particular, the transmitter of FIG. 3—which receives its input information in the form of a stream of input bits from DTE 311—includes randomizer 313, which supplies its output, on lead 314, to S/P converter 315. The latter outputs uncoded bits to modulus converter 316. The transmitter further includes four-dimensional QAM encoder 324 and modulator 328. The trellis bits, on lead 309, are provided not to a standard single trellis encoder, but to a distributed trellis encoder comprised of three trellis encoder stages: trellis encoder stage 319$\alpha$, trellis encoder stage 319$\beta$, and trellis encoder stage 319$\gamma$.

5,243,627

5

Such a distributed trellis encoder, which is described in the aforementioned Betts et al patent, generates a plurality of streams of trellis encoded channel symbols in response to respective portions of the input information. Specifically, a three-bit word on lead 309 is supplied to trellis encoder stage $319\alpha$. The next three-bit word on lead 309 is supplied to trellis encoder stage $319\beta$. The next three-bit word is supplied to trellis encoder stage $319\gamma$, and then back to trellis encoder stage $319\alpha$. This distribution of the trellis bits to the various trellis encoder stages is performed by switching circuit 331 operating under the control of switching clock 325. The initial data word outputs of the trellis encoders are subset identifiers $\alpha_0$ and $\alpha_1$ for encoder stage $319\alpha$, $\beta_2$ and $\beta_3$ for encoder stage $319\beta$, and $\gamma_4$ and $\gamma_5$ for encoder stage $319\gamma$, followed by $\alpha_6$ and $\alpha_7$ for encoder stage $319\alpha$, and so forth. These are supplied to four-dimensional QAM encoder 324 by switching circuit 337—also operating under the control of symbol clock 325—on lead 338 through a one-symbol delay 364 and lead 363, in order to compensate for a one-symbol delay caused by modulus converter 316. Thus, the stream of subset identifiers on lead 338 is $\alpha_0$, $\alpha_1$, $\beta_2$, $\beta_3$, $\gamma_4$, $\gamma_5$, $\alpha_6$ . . . . Using the notation introduced above, then, the output of encoder 324 on lead 325 is the stream of signal points $X_0{}^\alpha$, $X_1{}^\alpha$, $X_2{}^\beta$, $X_3{}^\beta$, $X_4{}^\gamma$, $X_5{}^\gamma$, $X_6{}^\alpha$ . . . , which is comprised of three interleaved streams of trellis encoded channel symbols, these streams being $X_0{}^\alpha$, $X_1{}^\alpha$, $X_6{}^\alpha$, $X_7{}^\alpha$, $X_{12}{}^\alpha$ . . . ; $X_2{}^\beta$, $X_3{}^\beta$, $X_8{}^\beta$, $X_9{}^\beta$, $X_{14}{}^\beta$ . . . ; and $X_4{}^\gamma$, $X_5{}^\gamma$, $X_{10}{}^\gamma$, $X_{11}{}^\gamma$, $X_{16}{}^\gamma$ . . . . These, in turn, are supplied, in accordance with the invention, to signal point interleaver 341 which applies alternate ones of the signal points applied thereto to lead 3412—which signal points appear immediately at the interleaver output on lead 342—and to one-symbol ($Z^{-1}$) delay element 3411, 35 which appear on lead 342 after being delayed therein by one symbol interval. The resulting interleaved stream of trellis encoded signal points is $X_0{}^\alpha$, $X_{-1}{}^\gamma$, $X_2{}^\beta$, $X_1{}^\alpha$, $X_4{}^\gamma$, $X_3{}^\beta$, $X_6{}^\alpha$, $X_5{}^\gamma$, $X_8{}^\beta$, $X_7{}^\alpha$, $X_{10}{}^\gamma$, $X_9{}^\beta$ . . . (the signal point $X_{-1}{}^\gamma$ being, of course, the signal point applied to interleaver 341 just ahead of signal point $X_0{}^\alpha$).

A discussion and explanation of how the interleaving just described is advantageous is set forth hereinbelow. In order to fully set the stage for that explanation, however, it will be first useful to consider the receiver section of a modem which receives the interleaved signal point stream.

Thus referring to FIG. 4, the line signal transmitted by the transmitter of FIG. 3 is received from the channel and applied to demodulator/equalizer 455 which, in conventional fashion—including an input from phase tracking loop 457—generates a stream of outputs on lead 456 representing the demodulator/equalizer's best approximation of the values of the I and Q components of the signal points of the transmitted interleaved signal point stream. These outputs are referred to herein as the "received signal points." (Due to distortion and other channel impairments that the demodulator/equalizer is not able to compensate for, the I and Q components of the received signal points, instead of having exact integer values, can have any value. Thus a transmitted signal point having coordinates (3, −5) may be output by the demodulator/equalizer as the received signal point (2.945, −5.001).) The stream of received signal points on lead 456 is denoted $\overline{X}_0{}^\alpha$, $\overline{X}_{-1}{}^\gamma$, $\overline{X}_2{}^\beta$, $\overline{X}_1{}^\alpha$, $\overline{X}_4{}^\gamma$, $\overline{X}_3{}^\beta$, $\overline{X}_6{}^\alpha$, $\overline{X}_5{}^\gamma$, $\overline{X}_8{}^\beta$, $\overline{X}_7{}^\alpha$, $\overline{X}_{10}{}^\gamma$, $\overline{X}_9{}^\beta$ . . . .

The successive received signal points are deinterleaved in signal point deinterleaver 441, which provides

6

the opposite function to interleaver 341 in the transmitter. The output of deinterleaver 441 on lead 442 is thus $\overline{X}_0{}^\alpha$, $\overline{X}_1{}^\alpha$, $\overline{X}_2{}^\beta$, $\overline{X}_3{}^\beta$, $\overline{X}_4{}^\gamma$, $\overline{X}_5{}^\gamma$, $\overline{X}_6{}^\alpha$, . . . , etc. (Although not explicitly shown in the drawing, the same well-known techniques used in modems of this general kind to identify within the stream of received signal points the boundaries between successive symbols is used to synchronize the operation of signal point deinterleaver 441 to ensure that received signal points $\overline{X}_0{}^\alpha$, $\overline{X}_2{}^\beta$, $\overline{X}_4{}^\gamma$ . . . are applied to delay element 4411 while received signal points $\overline{X}_1{}^\alpha$, $\overline{X}_3{}^\beta$, $\overline{X}_5{}^\gamma$ . . . are applied to lead 4412.)

The received signal points on lead 442 are then distributed by switching circuit 431 under the control of symbol clock 425 to a distributed Viterbi decoder comprised of 4D Viterbi decoder stages $419\alpha$, $419\beta$ and $419\gamma$. Specifically, received signal points $\overline{X}_0{}^\alpha$ and $\overline{X}_1{}^\alpha$ are applied to decoder stage $419\alpha$; received signal points $\overline{X}_2{}^\beta$ and $\overline{X}_3{}^\beta$ are applied to decoder stage $419\beta$; and received signal points $\overline{X}_4{}^\gamma$ and $\overline{X}_5{}^\gamma$ are applied to decoder stage $419\gamma$. The outputs of the three decoder stages are then combined into a serial stream on lead 438 by switching circuit 437, also operating under the control of symbol clock 425. These outputs, representing decisions as to the values of the transmitted signal points, are denoted $X_0$, $X_1$, $X_2$, $X_3$, $X_4$, $X_5$, $X_6$, . . . , the $\alpha$, $\beta$ and $\gamma$ superscripts no longer being needed.

In conventional fashion, the bits that represent each of the decisions on lead 438 can be divided into bits that represent a) the trellis bits that appeared on transmitter lead 309 and b) the index values that appeared on transmitter lead 317. Those two groups of bits are provided in the receiver on leads 461 and 462, respectively. The latter group of bits are deconverted by modulus deconverter 416 (also disclosed in the aforementioned '658 patent application) back to uncoded bit values on lead 414. The operation of the modulus deconverter imparts a one-symbol delay to the bits on lead 414. Accordingly, the bits on lead 461 are caused to be delayed by one symbol by delay element 464. The resulting combined bits on lead 415 thus represent the stream of bits that appeared at the output of randomizer 313 in the transmitter. These bits are derandomized in the receiver by derandomizer 413 and the resulting derandomized bit stream is applied to DTE 411 which may be, for example, a computer terminal.

Referring to FIG. 5, one can see the improvement that is achieved by the present invention.

Line I shows the stream of output signal points generated and launched into the channel using one stage of trellis encoding and no signal point interleaving. This is, of course, the prior art arrangement shown in FIG. 1. Line II shows the effect of providing a three-stage distributed trellis encoder but still no signal point interleaving. This is the arrangement shown in the aforementioned Betts et al patent. Note that the signal points of each channel symbol operated on by a particular trellis encoder stage are adjacent in the output signal point stream. For example, the second signal point of the symbol $X_0{}^\alpha$ $X_1{}^\alpha$—namely signal point $X_1{}^\alpha$—is separated by five baud intervals from the first (closer) signal point of the symbol $X_6{}^\alpha$ $X_7{}^\alpha$—namely signal point $X_6{}^\alpha$. As noted earlier, such separation is advantageous because the channel symbols which are processed one after the other in a particular Viterbi decoder stage have noise components which are not highly correlated.

Note, however, that the individual signal points of each channel symbol, e.g., $X_0{}^\alpha$ and $X_1{}^\alpha$, are adjacent to

5,243,627

7

one another as they pass through the channel; and since all the signal points of a channel symbol must be processed serially in the same Viterbi decoder stage, this means that the Viterbi decoder must process adjacent signal points that have highly correlated noise components.

It is to this end that signal point interleaver 341 is included within the transmitter in accordance with the invention. Firstly, it may be noted from Line III that using the signal point interleaver without the distributed trellis encoder—an arrangement not depicted in the drawing—will, advantageously, cause the signal points from the same channel symbol to be non-adjacent. Moreover, there is further advantage in that a pair of channel symbols processed serially by Viterbi decoder stage $419\alpha$ traverses the channel separated by five baud intervals rather than three, thereby providing greater decorrelation of the noise components thereof. Compare, for example, the span of baud intervals occupied by signal points $X_0{}^\alpha$ and $X_1{}^\alpha$, $X_2{}^\alpha$ and $X_3{}^\alpha$ in Line I and the span of baud intervals occupied by the same signal points in Line III. Disadvantageously, however, the use of a single trellis encoding stage brings back the problem that the distributed trellis encoder solves, as described above. Thus, for example, although signal points $X_0{}^\alpha$ and $X_1{}^\alpha$, which are from the same channel symbol, are separated from one another when traversing the channel, we find that, disadvantageously, signal points $X_2{}^\alpha$ and $X_1{}^\alpha$, which are signal points from two different channel symbols which will be processed serially by the Viterbi decoder, traverse the channel adjacent to one another.

Line IV shows that using the signal point interleaver with a two-stage trellis encoder—also an arrangement not depicted in the drawing—provides some improvement. Firstly, it may be noted that, as in Line III, signal points from the same channel symbol remain separated by three baud intervals. Additionally, pairs of channel symbols processed sequentially by a given Viterbi decoder stage—such as the channel symbols comprised of signal points $X_0{}^\alpha$ and $X_1{}^\alpha$, $X_4{}^\alpha$ and $X_5{}^\alpha$—are still non-adjacent and, indeed, are now separated by seven baud intervals, which is even greater than the separation of five baud intervals provided in Line III. Moreover, certain signal points that traverse the channel adjacent to one another and which are from channel symbols which would have been decoded sequentially in the one-trellis-encoding-stage case are, in the two-trellis-encoding-stage case of Line IV, processed by different Viterbi decoding stages. Signal points $X_2{}^\beta$ and $X_1{}^\alpha$ are such a pair of signal points. Note, however, that, disadvantageously, signal points $X_1{}^\alpha$ and $X_4{}^\alpha$ traverse the channel serially, and are from channel symbols which are serially processed by the "$\alpha$" Viterbi decoder stage.

Referring, however, to Line V, which depicts the stream of signal points output by the transmitter of FIG. 3, it will be seen that, in accordance with the invention, there is still a non-adjacency—indeed, a separation of at least three baud intervals—between a) the signal points which belong to any particular channel symbol (and which, therefore, are processed serially by a particular Viterbi decoder stage) and b) the signal points which belong to channel symbols which are processed serially by a Viterbi decoder stage. Thus, for example, signal points $X_1{}^\alpha$ and $X_4{}^\gamma$ are now processed by different Viterbi decoder stages. Moreover, pairs of channel symbols processed sequentially by a given Viterbi decoder stage—such as the channel symbols comprised of

8

signal points $X_0{}^\alpha$ and $X_1{}^\alpha$, $X_6{}^\alpha$ and $X_7{}^\alpha$—are now separated by none baud intervals.

Using more than three trellis encoder stages in the distributed trellis encoder and/or a signal point interleaver that separates signal points from the same channel symbol by more than three baud intervals would provide even greater separation and could, therefore, potentially provide even greater improvement in Viterbi decoding. However, such improvement comes at a price—that price being increased decoding delay—particularly as the number of trellis encoders is increased beyond three. An engineering trade-off can be made, as suits any particular application.

Moreover, it is desirable for the signal point interleaver to provide a sequence in which every $N^{th}$ signal point in the interleaved signal point stream is the $N^{th}$ signal point of a channel symbol. (The reason this is desirable is described in detail hereinbelow.) In the case of an $N=2$, four-dimensional signaling scheme, this means that every second, that is "every other," signal point in the interleaved stream is the second signal point of the channel symbol from which it comes. In the case of an $N=4$, eight-dimensional signaling scheme, this means that every fourth signal point in the interleaved stream is the fourth signal point of the channel symbol from which it comes. Indeed, this criterion is in fact satisfied in the embodiment of FIG. 3. Note that each one of signal points $X_0{}^\alpha$, $X_2{}^\beta$, $X_4{}^\gamma$, $X_6{}^\alpha$, . . . , which appear as every other signal point in the interleaved stream, is the second signal point of one of the four-dimensional channel symbols. Note that not all rearrangements of the signal points will, in fact, satisfy this criterion, such as, if the two signal points of a channel symbol are separated by two, rather than three, baud intervals.

Satisfying the above criterion is advantageous because it enhances the accuracy with which phase tracking loop 457 performs its function. This is so because the arrival of an $N^{th}$ signal point of a given symbol means that all the signal points comprising that channel symbol have arrived. This, in turn, makes it possible to form a decision as to the identity of that channel symbol by using the minimum accumulated path metric in the Viterbi decoder stages. (Those decisions are fed back to the tracking loop by decoder stages $419\alpha$, $419\beta$ $419\gamma$ on leads 494, 495 and 496, respectively, via switching circuit 456.) Without having received all of the signal points of a channel symbol, one cannot take advantage of the accumulated path metric information but, rather, must rely on the so-called raw sliced values, which is less accurate. By having every $N^{th}$ signal point in the interleaved stream be the $N^{th}$ signal point of a channel symbol; we are guaranteed that the time between adjacent such path metric "decisions" supplied to the phase tracking loop is, advantageously, never more than N baud intervals.

The foregoing merely illustrates the principles of the invention. Thus although the illustrative embodiment utilizes a four-dimensional signaling scheme, the invention can be used with signaling schemes of any dimensionality. In the general, 2N-dimensional, case each stage of the distributed trellis encoder would provide N two-dimensional subset identifiers to switching circuit 337 before the latter moves on to the next stage. And, of course, each stage of the distributed Viterbi decoder would receive N successive received signal points. The distributed trellis encoder and distributed Viterbi decoder can, however, continue to include three trellis

5,243,627

**9**

encoders and still maintain, independent of the value of N, a separation of three baud intervals in the channel between signal points that are from channel symbols that are adjacent in the trellis encoder. If a greater separation of such signal points is desired, more stages can be added to the distributed trellis encoder/Viterbi decoder, just as was noted above for the four-dimensional case. However, when dealing with 2N-dimensional signaling where N>2, it is necessary to add additional delay elements to the signal point interleaver/deinterleaver in order to maintain a three-baud-interval separation among the signal points from any given channel symbol.

Consider, for example, the case of N=4, i.e., an eight-dimensional case. Looking again at FIG. 3, the three (8D) stages of the distributed trellis encoder would generate the three streams of subset identifiers $\alpha_0 \alpha_1 \alpha_2$ $\alpha_3 \alpha_{12} \ldots$, $\beta_4 \beta_5 \beta_6 \beta_7 \beta_{16} \ldots$, and $\gamma_8 \gamma_9 \gamma_{10} \gamma_{11} \gamma_{20}$. . ., respectively. This would lead to the following stream of signal points of eight-dimensional trellis encoded channel symbols at the output of the QAM encoder on lead 325: $X_0^\alpha X_1^\alpha X_2^\alpha X_3^\alpha X_4^\beta X_5^\beta X_6^\beta X_7^\beta$ $X_8^\gamma X_9^\gamma X_{10}^\gamma X_{11}^\gamma X_{12}^\alpha$ . . . Signal point interleaving could be carried out by substituting signal point interleaver 641 of FIG. 6 for interleaver 341. Interleaver 641, in addition to direct connection 6414, includes one-, two-, and three-symbol delay elements 6413, 6412 and 6411, respectively.

The signal points on lead 325, after passing through interleaver 641, would appear on lead 342 in the following order: $X_0^\alpha X_{-3}^\gamma X_{-6}^\beta X_{-9}^\alpha X_4^\beta X_1^\alpha X_{-2}^\gamma X_{-5}^\beta$ $X_8^\gamma X_5^\beta X_2^\alpha X_{-1}^\gamma X_{12}^\alpha X_9^\gamma X_6^\beta X_3^\alpha X_{16}^\beta X_{13}^\alpha X_{10}^\gamma$ $X_7^\beta \ldots$ where signal points with negative subscripts are, of course, signal points that arrived before signal point $X_0^\alpha$ and were already stored in the delay elements 6411, 6412 and 6413. Examination of this signal point stream will reveal that there is either a three- or five-baud separation between signal points of channel symbols that are processed sequentially by the same trellis encoder stage, e.g., $X_3^\alpha$ and $X_{12}^\alpha$; that adjacent signal points of any one channel symbol, e.g., $X_0^\alpha$ and $X_1^\alpha$, are separated by five baud intervals; and that the four signal points comprising any particular one channel symbol are separated by fifteen baud intervals.

FIG. 7 shows the structure of a deinterleaver 741 that could be used in the receiver of FIG. 4 in place of deinterleaver 441 in order to restore the signal points of the eight-dimensional channel symbols to their original order. This structure, which is the inverse of interleaver 641, includes delay stages 7411, 7412 and 7413, as well as direct connection 7414.

It will be appreciated that, although various components of the modem transmitter and receiver are disclosed herein for pedagogic clarity as discrete functional elements and indeed—in the case of the various switching circuits—as mechanical elements, those skilled in the art will recognize that the function of any one or more of those elements could be implemented with any appropriate available technology, including one or more appropriately programmed processors, digital signal processing (DSP) chips, etc. For example, multiple trellis encoders and decoders can be realized using a single program routine which, through the mechanism of indirect addressing of multiple arrays within memory, serves to provide the function of each of the multiple devices.

It will thus be appreciated that those skilled in the art will be able to devise numerous arrangements which,

**10**

although not explicitly shown or described herein, embody the principles of the invention and are within its spirit and scope.

We claim:

1. Apparatus for forming a stream of trellis encoded signal points in response to input information, said apparatus comprising

means for generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information, each of said channel symbols being comprised of a plurality of signal points, and

means for interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points.

2. The apparatus of claim 1 wherein said means for generating generates three of said streams of trellis encoded channel symbols, and wherein said means for interleaving causes there to be interleaved between each of the signal points of each channel symbol at least two signal points from other channel symbols of said streams of trellis encoded channel symbols.

3. The apparatus of claim 1 wherein said channel symbols are 2N-dimensional channel symbols, N>1, and wherein said means for interleaving causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

4. The apparatus of claim 2 wherein said channel symbols are 2N-dimensional channel symbols, N>1, and wherein said means for interleaving causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

5. A modem comprising

means for receiving a stream of input bits,

means for dividing said stream of input bits into a stream of uncoded bits and a plurality of streams of trellis bits,

means for independently trellis encoding each of said plurality of streams of trellis bits to generate respective streams of data words each identifying one of a plurality of predetermined subsets of the channel symbols of a predetermined 2N-dimensional constellation, N being an integer greater than unity, each of said channel symbols being comprised of a plurality of signal points,

means for selecting an individual channel symbol from each identified subset in response to said stream of uncoded bits to form a stream of channel symbols, and

means for generating a stream of output signal points, said signal point stream being comprised of the signal points of the selected channel symbols, the signal points of said signal point stream being sequenced in such a way that signal points that are either a) part of the same channel symbol, or b) part of channel symbols that are adjacent to one another in said channel symbol stream, are separated in said output stream by at least one other signal point.

6. The apparatus of claim 5 wherein said trellis encoding means includes a plurality of trellis encoder stage

5,243,627

**11**

means for trellis encoding respective ones of said streams of trellis bits.

7. The apparatus of claim 5 wherein said means for selecting includes means for modulus converting said stream of uncoded bits.

8. The apparatus of claim 5 wherein said channel symbols are 2N-dimensional channel symbols, $N>1$, and wherein said means for generating causes every $N^{th}$ signal point in said stream of output signal points to be the $N^{th}$ signal point of a respective one of said channel symbols.

9. Receiver apparatus for recovering information from a received stream of trellis encoded signal points, said signal points having been transmitted to said receiver apparatus by transmitter apparatus which generates said signal points by generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said information, each of said channel symbols being comprised of a plurality of signal points, and by interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points,

said receiver apparatus comprising

means for deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols, and

a distributed Viterbi decoder for recovering said information from the deinterleaved signal points.

10. The apparatus of claim 9 further comprising

a phase tracking loop, and

means for adapting the operation of said phase tracking loop in response to minimum accumulated path metrics in said distributed Viterbi decoder.

11. A method for forming a stream of trellis encoded signal points in response to input information, said method comprising the steps of

generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information, each of said channel symbols being comprised of a plurality of signal points, and

interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points.

12. The method of claim 11 wherein said generating step generates three of said streams of trellis encoded channel symbols, and wherein said interleaving step causes there to be interleaved between each of the signal points of each channel symbol at least two signal points from other channel symbols of said streams of trellis encoded channel symbols.

13. The method of claim 11 wherein said channel symbols are 2N-dimensional channel symbols, $N>1$, and wherein said interleaving step causes every $N^{th}$ signal point in said interleaved signal point stream to be

**12**

the $N^{th}$ signal point of a respective one of said channel symbols.

14. The method of claim 12 wherein said channel symbols are 2N-dimensional channel symbols, $N>1$, and wherein said interleaving step causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

15. A method for use in a modem, said method comprising the steps of

receiving a stream of input bits,

dividing said stream of input bits into a stream of uncoded bits and a plurality of streams of trellis bits,

independently trellis encoding each of said plurality of streams of trellis bits to generate respective streams of data words each identifying one of a plurality of predetermined subsets of the channel symbols of a predetermined 2N-dimensional constellation, N being an integer greater than unity, each of said channel symbols being comprised of a plurality of signal points,

selecting an individual channel symbol from each identified subset in response to said stream of uncoded bits to form a stream of channel symbols, and

generating a stream of output signal points, said signal point stream being comprised of the signal points of the selected channel symbols, the signal points of said signal point stream being sequenced in such a way that signal points that are either a) part of the same channel symbol, or b) part of channel symbols that are adjacent to one another in said channel symbol stream, are separated in said output stream by at least one other signal point.

16. The method of claim 15 wherein in said trellis encoding step a plurality of trellis encoder stages trellis encode respective ones of said streams of trellis bits.

17. The method of claim 15 wherein said selecting step includes the step of modulus converting said stream of uncoded bits.

18. The method of claim 15 wherein said channel symbols are 2N-dimensional channel symbols, $N>1$, and wherein said generating step causes every $N^{th}$ signal point in stream of output signal points to be the $N^{th}$ signal point of a respective one of said channel symbols.

19. A method for use in a receiver to recover information from a received stream of trellis encoded signal points, said signal points having been transmitted to said receiver apparatus by a method which includes the steps of

generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said information, each of said channel symbols being comprised of a plurality of signal points, and

interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points,

said method comprising the steps of

deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols, and

5,243,627

**13**

using a distributed Viterbi decoder to recover said information from the deinterleaved signal points.

20. The method of claim 19 wherein said receiver includes a phase tracking loop and wherein said method comprises the further step of adapting the operation of said phase tracking loop in response to minimum accumulated path metrics in said distributed Viterbi decoder.

21. Data communication apparatus comprising

means for receiving input information,

means for generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information, each of said channel symbols being comprised of a plurality of signal points,

means for interleaving the signal points of said generated channel symbols to form a stream of trellis encoded signal points, said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points,

means for applying the stream of trellis encoded signal points to a transmission channel,

**14**

means for receiving the stream of trellis encoded signal points from the channel,

means for deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols, and

a distributed Viterbi decoder for recovering said information from the deinterleaved signal points.

22. The apparatus of claim 21 wherein said means for generating generates three of said streams of trellis encoded channel symbols, and wherein said means for interleaving causes there to be interleaved between each of the signal points of each channel symbol at least two signal points from other channel symbols of said streams of trellis encoded channel symbols.

23. The apparatus of claim 21 wherein said channel symbols are 2N-dimensional channel symbols, N>1, and wherein said means for interleaving causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

24. The apparatus of claim 22 wherein said channel symbols are 2N-dimensional channel symbols, N>1, and wherein said means for interleaving causes every $N^{th}$ signal point in said interleaved signal point stream to be the $N^{th}$ signal point of a respective one of said channel symbols.

*  *  *  *  *

# TAB 2

# United States Patent [19]

## Betts et al.

| | |
|---|---|
| [11] | Patent Number: | 4,677,625 |
| [45] | Date of Patent: | Jun. 30, 1987 |

[54] **DISTRIBUTED TRELLIS ENCODER**

[75] Inventors: William L. Betts, St. Petersburg; Kenneth Martinez, Pinellas Park; Gordon Bremer, Clearwater, all of Fla.

[73] Assignee: Paradyne Corporation, Largo, Fla.

[21] Appl. No.: 707,084

[22] Filed: Mar. 1, 1985

[51] Int. Cl.⁴ ...................... G06F 11/10; H03M 13/22
[52] U.S. Cl. ............................... 371/43; 340/347 DD; 371/2; 375/26; 375/39
[58] Field of Search ............ 340/347 DD; 371/43–45, 371/2; 360/39–42; 375/25, 34, 39

[56]                 **References Cited**

**U.S. PATENT DOCUMENTS**

| 4,087,787 | 5/1978 | Acampora | 371/43 |
|---|---|---|---|
| 4,240,156 | 12/1980 | Doland | 371/43 |
| 4,500,994 | 2/1985 | McCallister et al. | 371/43 |
| 4,536,878 | 8/1985 | Rattlingourd et al. | 371/43 |

Primary Examiner—T. J. Sloyan
Attorney, Agent, or Firm—Kane, Dalsimer, Sullivan, Kurucz

[57]                 **ABSTRACT**

In the transmitter of a data communication system using QAM, a plurality of trellis coders with delay units are used for forward error correction. The output of each encoder is modulated using QAM to generate sequential baud signal elements. The redundant data bits generated are distributed between several non-consecutive bauds. Likewise, at the receiver a plurality of distributed convolutional decoders are utilized to decode the received signal element. The distributed trellis decoder is self-synchronizing.

**11 Claims, 4 Drawing Figures**





FIG.1

B002



FIG. 2

Case 1:07-md-01848-GMS    Document 264-2    Filed 07/07/2008    Page 5 of 44



FIG. 3

B004



FIG. 4

4,677,625

| 1 | 2 |

## DISTRIBUTED TRELLIS ENCODER

### RELATED APPLICATIONS

The subject matter of this application is related to U.S. applications Ser. No. 707,085 entitled Self-Synchronizing Interleaver for Trellis Encoder used in Wireline Modems and Ser. No. 707,083 entitled Self-Synchronizing De-Interleaver for Viterbi Decoder Used in Wireline Modems, filed on even date herewith and incorporated herein by reference.

### BACKGROUND OF THE INVENTION

I. Field of Invention

This invention pertains to an apparatus and method of encoding binary bits and more particularly to a method and apparatus for making use of a forward error correction scheme for a reduced number of errors at a given signal-to-noise ratio.

2. Description of the Prior Art

Communication networks using high speed data rates require high signal-to-noise ratios for proper data transmission. Numerous schemes and combinations thereof have been proposed to reduce the number of errors at these given signal-to-noise ratios. For example, in U.S. Pat. No. 4,077,021 to Csajka et al a forward error correcting scheme is described making use of the so-called Viterbi algorithm. In a further development described by the CCITT study group XVII, Contribution No. D180, in October, 1983, entitled TRELLIS-CODED MODULATION SCHEME WITH 8-STATE SYSTEMATIC ENCODER AND 90 SYMMETRY FOR USE IN DATA MODEMS TRANSMITTING 3–7 BITS PER MODULATION INTERVAL a two-dimensional trellis for a quadrature amplitude modulation scheme is disclosed having 90° symmetry which results in a 4db gain in the signal-to-noise ratio. Typically, in forward error coding, redundant bits are added systematically to the data bits so that normally only predetermined transitions from one sequential group of bits (corresponding to bauds) to another are allowed. There is an inherent correlation between these redundant bits over consecutive bauds. At the receiver each baud is tentatively decoded and then analyzed based on past history, and the decoded bits are corrected if necessary. However, it was found that certain types of relatively long error signals, such as for exmaple, low frequency phase jitter, cause a constant phase error in the signal constellation for extended (consecutive baud) periods of time. This type of error prevents or inhibits the correction of the received bits using the schemes described above.

### OBJECTIVES AND SUMMARY OF THE INVENTION

A principal objective of the present invention is to provide a device and method for data communication in which the effects of long bursts of error signals such as low frequency phase jitter are minimized.

A further objective is to provide a method of adapting a standard modem to perform the subject method and to provide a method that is self-synchronizing.

Other objectives and advantages of the invention shall become apparent from the following description of the invention.

In the present invention the correlation of the redundant bits of different baud signals is distributed in time prior to encoding at the transmitter. A distributed trellis encoding scheme is used to obtain the redundant bits. At the receiver the received bauds are decoded using a plurality of distributed decoders which extract samples from multiple bauds for trellis decoding. The result is similar to that achieved by interleaving but avoids synchronization problems associated with the conventional complex interleaving processes.

### BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 shows the elements of a data transmitter constructed in accordance with the invention;

FIG. 2 shows the elements of a distributed trellis encoder;

FIG. 3 shows the elements of a receiver for receiving data from the transmitter of FIG. 1; and

FIG. 4 shows the elements of a distributed trellis decoder.

### DETAILED DESCRIPTION OF THE INVENTION

As shown in FIG. 1, a transmitter according to this invention comprises a randomizer 10 which receives serially a stream of data bits from DTE 12. The randomizer scrambles the bits in a preselected pattern and generates randomized bits on parallel output lines 14 identified as X1, X2, X3 and X4.

These output lines are fed by an electronic switching circuit 16 to a plurality of identical trellis encoders 18, 20, 22 and 24.

The electronic switching circuit 16 switches the signals from the randomizer 10 to one of the trellis encoders 18, 20, 22 and 24, in accordance with a baud clock signal generated by baud clock generator 26. In other words, for each baud period all the randomizer outputs X1, X2, X3 and X4 are fed to one of the encoders. Details of the trellis encoders 18, 20, 22 and 24 are shown in FIG. 2.

Each encoder comprises three delay units 28, 30 and 32 which are adapted to generate a delay of one baud period. The encoder further comprises three gates 34, 36 and 38. These gates may be for example XOR (exclusive -OR) gates.

The trellis encoder shown in FIG. 2 is well known in the art and need not be described any further. Preferably all the elements of the encoder are digital elements which are enabled by appropriate clocking signals from timing signal generator 40. The timing signal generator is enabled only when it receives an appropriate signal from switching circuit 16. Thus each encoder is active only when it is addressed by switching circuit 16. At all other times, the trellis encoders are idle.

Outputs Y0, Y1, X2, X3 and X4 are fed from the respective trellis encoders by a second electronic switching circuit 42 to QAM (quadrature amplitude modulation) encoder 44. Switching circuit 42 is also enabled by baud clock generator 26 so that it operates simultaneously with switching circuit 16. QAM encoder 44 selects a point of a preselected signal constellation corresponding to the inputs from circuit 42 and generates an in-phase and a quadrature output signal corresponding to said point. These output signals are fed to a QAM modulator 46 which generates corresponding analog QAM signals having a baud period equal to the period of the signals generated by signal generator 26. The signals from modulator 46 are transmitted over a common data communication channel to a receiver.

4,677,625

3

In effect the bits of several consecutive signals are spaced out over several bauds by the distributed trellis encoders.

At the receiver, illustrated in FIG. 3, the incoming analog signals are demodulated by a QAM demodulator 48 which generates an in-phase and a quadrature signal which are fed to a QAM decoder 50. The QAM decoder 50 selects a point on the signal constellation closest to the actual point corresponding to the signals received from QAM demodulator 48. The bits corresponding to said point are sent to a third electronic switching circuit 52 having a period equal to the baud period of the received signals. Circuit 52 accesses sequentially one of four distributed trellis decoders 56, 58, 60 and 62 in response to the switching signal from generator 54. Thus all the binary signals from QAM decoder 50 corresponding to each received QAM signal are sent to one of the trellis decoders. The four trellis decoders are standard decoders well known in the art. One such decoder is shown in FIG. 4.

In a typical trellis decoder, the signals from the QAM decoder (in the present case, via switching circuit 52) are fed into an error computer circuit 64 which generates an error signal based on previously received signals. This error signal is fed to a branch decoder 66. The branch decoder uses the trellis branch rules (predetermined in accordance with the Viterbi algorithm) to generate a set of possible points corresponding to the received point. These set of points are stored in temporary memory 68. The decoder then searches through 30 the points of the set to calculate the point with the smallest errors in accordance with appropriate constants stored in the path metric memory 70 and path pointer memory 72. The smallest error is used by trace back memory 74 to track back the last 4–16 bauds (in 35 accordance with a preselected well-known scheme) to generate the final received point. The final received point of the set of points in memory 68 is fed to final decoder 76 as the received point.

As with the encoder of FIG. 2, each decoder comprises digital elements which are enabled by a timing signal generator 78.

The timing signal generator is enabled by an appropriate signal from switching circuit 52 only when the respective decoder is addressed by the switching circuit. Generator 78 generates clocking signals for the various decoder elements. Thus each decoder 56, 58, 60 and 62 is active only when it is addressed by switching circuit 52, and otherwise it is idle.

The output of each decoder is accessed sequentially 50 by a fourth electronic switching circuit 82 which is synchronized by the baud clock generator 54 so that it is in step with switching circuit 52. In other words, each trellis decoder is accessed simultaneously by switch circuits 52 and 82. The switching circuit 82 feeds the 55 signals from the decoders to derandomizer 84 for reversing the effects of randomizer 10 and then to a user DTE.

It can be seen from the above description that switching circuits 16 and 52 acts as multiplexers while switch 60 circuits 42 and 82 act as demultiplexers. The effect of this switching is to interleave the data bits at the transmitter across four bauds, and deinterleave these bits at the receiver. Obviously the trellis encoders are self-synchronized so that no synchronizing signals are needed 65 between the transmitter and receiver.

In the above description consecutive bits are interleaved across four bauds by using four distributed trellis

4

encoders and decoders. Obviously if more encoders and decoders are used the number of bauds over which interleaving occurs increases.

It should be appreciated that the invention makes use of standard QAM encoders, modulators, decoders, demodulators and standard trellis encoders and decoders which are well known in the art. Furthermore, while baud clock generators 26 and 54 are described as separate elements, in practice they can be incorporated in the QAM modulator and demodulator respectively. All the circuits of FIGS. 1 and 3 may be implemented by using a digital microprocessor.

Obviously, numerous modifications to the subject application may be made without departing from the scope of the invention as defined in the appended claims.

What is claimed is:

1. A data transmission section for a modem coupled to a channel for sending data signals comprising:
   1. A plurality of trellis encoders, each trellis encoder having an input for receiving n plain text bits, each encoder being provided to interleave bits received by the encoder during a first baud period with bits received during more than two previous baud periods to generate n trellis encoded bits, k, being larger than one; in a single baud period, each trellis encoder having means for delaying at least some of said n plain text bits so that they may be outputted and combined with bits outputted from one or more other trellis encoders during single baud periods;
   2. encoder activating means for selectively activating only one of said trellis encoders for one baud period in a preselected sequence whereby bits received during a baud period i are interleaved with bits received during a baud period i-k;
   3. signal encoding means for converting encoded bits into signals suitable for transmission over said channel; and
   4. transmitter switching means for feeding n plain text bits per baud period to the activated trellis encoder and for sending the encoded bits from the activated trellis encoder to the signal encoding means.

2. A receiver section for a modem receiving data signals from a channel, said signals having been trellis encoded by interleaving bits corresponding to a baud period i with bits corresponding to a baud period i-k, k being larger than two, and having:
   1. a demodulator and a decoder connected to the output of said demodulator for converting analog data signals from said channel into multiple series of bits, each series of bits substantially corresponding to a point of said analog data signal's preselected signal constellation;
   2. k trellis decoders, each trellis decoder having an input from said decoder for receiving series of bits from said decoder and generating n bits of plain text bits corresponding to n bits received at least during two previous baud periods;
   3. decoder activating means for activating only one of said trellis decoders during one baud period in another predetermined sequence; and
   4. receiver switching means for feeding n encoded bits to the activated decoder and for collecting n plain text bits from the activated decoder.

3. A method of transmitting a plurality of input data bits over a channel by quadrature amplitude modulator comprising:

4,677,625

| 5 | 6 |

providing a plurality of trellis encoders, each encoder using an identical scheme to interleave bits received during a first baud period with bits received during more than two earlier baud periods preceding said first baud period to generate output bits;

activating each of said trellis encoders in a preselected order for a baud period;

feeding bits which occur during a single baud period to only one of said plurality of trellis encoders;

delaying at least some of said bits in said one trellis encoder during a single baud period;

combining bits which have been outputted from said one trellis encoder with bits which have been outputted from one or more different trellis encoders for transmission during a single baud period; and

quadrature amplitude modulating output bits of each activated trellis encoder.

4. A system for transmitting data signals over a data channel comprising:

a. a data transmission section coupled to said channel for sending data signals and having:

1. A plurality of trellis encoders, each trellis encoder having an input for receiving n plain text bits each encoder being provided to combine bits received by the encoder during more than two previous baud periods with bits received during a previous baud period to generate n trellis encoded bits in a single baud period, each trellis encoder having means for delaying at least some of said n plain text bits so that they can be outputted and combined with bits outputted from one or more other trellis encoders during single baud periods;

2. encoder activating means for selectively activating only one of said trellis encoders for one baud period in a preselected sequence;

3. signal encoding means for converting encoded bits into signals suitable for transmission over said channel; and

4. transmitter switching means for feeding n plain text bits per baud period to the activated trellis encoder and for sending the encoded bits from the activated trellis encoder to the signal encoding means; and

b. a receiver section for receiving data signals from said channel, and having:

1. a demodulator and a decoder connected to the output of said demodulator for converting analog data signals from said channel into multiple series of bits, each series of bits substantially corresponding to a point of said analog data signal's preselected signal constellation of;

2. a plurality of trellis decoders equal in number to the trellis encoders, each decoder generating n bits of plain text bits corresponding to n bits received by the encoder during a baud period and n bits received at least during a previous baud period;

3. decoder activating means for activating only one of said trellis decoders during one baud period in another predetermined sequence; and

4. receiver switching means for feeding n bits to the activated decoder and for collecting n plain text bits from the activated decoder.

5. The system of claim 4 wherein said transmitter switching means comprises a first transmitter switch for providing input bits to the activated trellis encoder, and a second transmitter switch for providing encoded bits from the activated trellis encoder to the signal encoding means.

6. The system of claim 5 wherein said signal encoding means comprises a quadrature amplitude modulator.

7. The system of claim 6 wherein said signal decoding means comprises a quadrature amplitude demodulator.

8. The system of claim 7 wherein there are k trellis encoders each trellis encoders including several delay elements for combining the bits received during said one baud periods with bits received during several preceding baud periods each preceding baud period being separated from the next baud period by $(k-1)$ D seconds where D is the duration of a period.

9. The system of claim 7 wherein said receiver switching means comprises a first receiver switch for feeding encoded bits to the activated decoders and a second receiver switch for collecting plain text bits from the activated decoders.

10. The system of claim 7 wherein each period has a time duration of D seconds and each encoder includes a delay element for delaying bits received during a baud period by D seconds.

11. The method of claim 3 further comprising providing a plurality of trellis decoders for sequentially decoding transmitted signals, each trellis decoder being activated sequentially for a baud period for deinterleaving said signals.

*  *  *  *  *







FIG. 3

B011



Trellis Encoded Channel Symbol



# TAB 3

## Chart of Rembrandt's and All Other Parties' Proposed Constructions for U.S. Patent No. 5,243,627[1] And The Texas Court's Claim Constructions From Rembrandt Technologies, L.P. v. Comcast Corp., et al.[2]

| '627 Claim Term | Texas Court's Construction | Rembrandt's Construction | All Other Parties' Construction |
|---|---|---|---|
| signal point | A value that is transmitted by a modulator in one signaling interval | A value that is transmitted by a modulator in one signaling interval. | A point on a 2-dimensional constellation having a pair of coordinates representing two components of a corresponding signal. |
| trellis encoded channel symbol | A set of one or more trellis encoded signal points that corresponds to a group of bits that is treated as a unit by an encoding system. | A set of one or more trellis encoded signal points that corresponds to a group of bits that is treated as a unit by an encoding system. | See "trellis encoded channel symbol ... comprised of a plurality of signal points." |
| trellis encoded channel symbol ... comprised of a plurality of signal points | No construction. | A set of two or more trellis encoded signal points that corresponds to a group of bits that is treated as a unit by an encoding system. | Two or more signal points all selected using the same group of parallel input bits as expanded once by a trellis encoder. |
| stream[] of trellis encoded channel symbols | No construction. | A sequence of trellis encoded channel symbols. | A sequence of trellis encoded channel symbols in which each symbol's signal points are adjacent. |
| distributed Viterbi decoder | A Viterbi decoder having multiple Viterbi decoding processing operating on separate portions of a stream of data to be decoded. | A Viterbi decoder having multiple Viterbi decoding processes operating on separate portions of a stream of data to be decoded. | See "distributed Viterbi decoder for recovering (to recover) said information from the deinterleaved signal points." |
| distributed Viterbi decoder for recovering (to recover) said information from the deinterleaved | No construction. | A Viterbi decoder having multiple Viterbi decoding processes operating on separate portions of a stream of deinterleaved signal points to recover the information encoded therein. | Multiple stage decoder in which each stage receives all of the deinterleaved signal points of a trellis encoded channel symbol before deciding their values together using the Viterbi algorithm. |

1

[1] Extracted from the Parties' Joint Claim Construction Chart.

[2] Extracted from the June 5, 2007 Memorandum Opinion and Order in *Rembrandt Technologies, L.P. v. Comcast Corp. et al.*, Civil Action No. 2:05-CV-443(TJW) (E.D. Texas), a copy of which is attached as Exhibit 9.

1144312 v1

| '627 Claim Term | Texas Court's Construction | Rembrandt's Construction | All Other Parties' Construction |
|---|---|---|---|
| signal points / interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points | No construction. | To interleave signal points of trellis encoded channel symbols to form a stream of trellis encoded signal points. | Separating the adjacent signal points of each generated trellis encoded channel symbol using other signal points. |
| means for interleaving the signal points of said generated channel symbols to form said (a) stream of trellis encoded signal points | No construction. | Means plus function, to be construed per 35 U.S.C. § 112, ¶ 6<br><br>Function: interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points.<br><br>Structure: signal point interleaver and/or a switching circuit, or a processor programmed to interleave the signal points of the trellis encoded channel symbols. | Means plus function, to be construed per 35 U.S.C. § 112, ¶ 6<br><br>Function: interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points.<br><br>Structure: Signal Point Interleaver 341 including delay element 3411 or Signal Point Interleaver 641 including delay elements 6411, 6412 and 6413. |
| deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols | No construction. | To reverse the process of interleaving performed in the transmitter to recover multiple streams of trellis encoded channel symbols from the interleaved signal points. | Restoring the adjacency of the separated signal points of each trellis encoded channel symbol to recover the two or more streams of trellis encoded channel symbols. |
| means for deinterleaving the interleaved signal points to recover said plurality of streams of trellis | Function: deinterleaving the interleaved signal points to recover said plurality of streams of trellis | Means plus function, to be construed per 35 U.S.C. § 112, ¶ 6<br><br>Function: deinterleaving the interleaved signal points to recover said plurality of streams of trellis | Means plus function, to be construed per 35 U.S.C. § 112, ¶ 6<br><br>Function: deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols. |

2

1144312 v1

| '627 Claim Term | Texas Court's Construction | Rembrandt's Construction | All Other Parties' Construction |
|---|---|---|---|
| encoded channel symbols | encoded channel symbols.<br><br>Structure: signal point deinterleaver 441, or alternatively, signal point deinterleaver 741. | encoded channel symbols.<br><br>Structure: signal point deinterleaver and/or a switching circuit, or a processor programmed to deinterleave the interleaved signal points. | Structure: Signal Point Deinterleaver 441 including delay element 4411 or Signal Point Deinterleaver 741 including delay elements 7411, 7412 and 7413. |
| receiver apparatus | No construction. | A device that receives a transmission signal. | A device that demodulates a received signal and recovers information in the form of a serial bit stream. |
| means for generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information | No construction. | Means plus function, to be construed per 35 U.S.C. § 112, ¶ 6<br><br>Function: generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information.<br><br>Structure: a distributed trellis encoder that implements multiple trellis encoding processes operating on respective portions of input information. | Means plus function, to be construed per 35 U.S.C. § 112, ¶ 6<br><br>Function: generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information.<br><br>Structure: parallel trellis encoders and an encoder that generates signal points. |

3

# TAB 4

## NEWTON'S TELECOM DICTIONARY

# THE LOGIC OF MY DICTIONARY

by Harry Newton

**M**ost technical dictionaries define terms tersely. As a result they leave you more confused. This dictionary is different. My definitions tell you what the term is, how it works, how you use it, what its benefits are and how it fits into the greater scheme of things.

This is a working dictionary. The idea is to use it every day. Salespeople tell me they include the definitions in proposals to customers. Users explain telecom things to their boss with my definitions. You can give it to your users, to your customers, to your boss. You can even give it to your kids to let them understand what you do.

## HOW TO USE MY DICTIONARY

My definitions are in ASCII code order, NOT alphabetical order. ASCII is almost alphabetical order. But with some variations. Here is the order of the more common characters you'll find in this dictionary:

| | | | | |
|---|---|---|---|---|
| Blank Space | = ASCII 32 | 5 | = ASCII 53 | |
| & (Ampersand) | = ASCII 38 | 6 | = ASCII 54 | |
| Dash– | =ASCII 45 | 7 | = ASCII 55 | |
| . Period | = ASCII 46 | 8 | = ASCII 56 | |
| / (Forward slash) | = ASCII 47 | 9 | = ASCII 57 | |
| 0 (zero) | = ASCII 48 | : (colon) | = ASCII 58 | |
| 1 | = ASCII 49 | ; (semi colon) | = ASCII 59 | |
| 2 | = ASCII 50 | A (capital A) | = ASCII 65 | |
| 3 | = ASCII 51 | Capital to lower case | = ASCII 90 | |
| 4 | = ASCII 52 | a (lower case a) | = ASCII 97 | |

I choose ASCII order over alphabetical order because ASCII is established. All computer sorting programs do sorts in ASCII order (unless you tell them otherwise). In contrast, when you do "alphabetical" sorts, no one seems to know which comes first: BACK SLASH or BACKSLASH, etc.

## ON STYLE

All high-tech industries make up new words by joining words together, sometimes with a dash and sometimes without one. There are no rules, except with age and choice. Some people spell database as one word. Some as two, i.e. data base. I prefer it as one, since I've seen it that way most often.

---

## NEWTON'S TELECOM DICTIONARY

### Published by Telecom Library Inc.

Telecom Library publishes books and magazines and runs seminars on telephones, telecommunications, local area networks, data communications software and hardware. It also distributes the books of other publishers, making it the "central source" for all the above materials. Call or write for your FREE catalog.

### Other Books by Telecom Library

The TELECOM LIBRARY Guide to
T-1 Networking
Negotiating Telecommunications Contracts
Buying Short Haul Microwave
The Guide to Frame Relay
The Inbound Telephone Call Center
SONET: Planning, Installing & Maintaining Broadband Networks
The TELECONNECT Guide to
Automatic Call Distributors
The Business of Interconnect
How to Sell Call Accounting Systems
Professional Selling
and...
101 Money-Saving Secrets Your Phone Company Won't Tell You
Frames, Packets and Cells in Broadband Networking
Profit and Control Through Call Accounting
Telecommunications Management for Business and Government
The Dictionary of Sales and Marketing Technology Terms
Which Phone System Should I Buy?

### FREE Catalog of Books

Telecom Library publishes books itself, and also distributes the books of every other telecommunications publisher.

You may receive your FREE copy of our latest catalog by calling 212-691-8215, or by dropping a line to the Christine Fullam, Telecom Library Manager, at the address below.

You may order your Telecom Library books by calling 1-800-LIBRARY or 1-800-999-0345; or fax your order to 212-691-1191.

### Quantity Purchases

If you wish to purchase this book, or any others, in quantity, please contact:
Christine Fullam, Manager
Telecom Library Inc.
12 West 21 Street
New York, NY 10010
1-800-LIBRARY or 212-691-8215
Facsimile orders: 212-691-1191

Copyright 1991©, Telecom Library Inc. All rights reserved. This book was designed and produced by Randi Ripley and Jennifer Cooper-Farrow, Telecom Library. Printed in USA at BookCrafters, Chelsea, MI ISBN 0-936648-29-5

**Telecom Library Inc., 12 West 21 Street, New York, NY 10010
212-691-8215 1-800-LIBRARY**

# NEWTON'S TELECOM DICTIONARY

within a given range.

**REASSIGNMENT** Here is an explanation by Bill Etling, a senior planner for GTE. "Under the assigned plant concept, a pair is dedicated from the central office to the subscriber home and maintained at that address, even when idle. The likelihood of such a pair being reused, more than makes up for lost revenue while the pair is vacant. In areas of high cable fills, such a pair, when vacant, is often used to fill an order at a different address. Reassignment quickly snowballs, generating many installation field visits and assignment changes, increasing paperwork and the chance of errors."

**REBILLER** See AGGREGATOR.

**REBOOTING** Repeating a Boot. Turning on or resetting the telephone system or the computer. The word derives from "boot-strapping." Starting from scratch. Pulling oneself up by one's own bootstraps. Booting a telephone system or a computer means starting it from scratch, usually by turning its AC power on. Rebooting a telephone system is done by simply turning it off, counting to ten and turning it back on again.

Rebooting is done to clear the volatile part of the telephone system's or computer's memory and its various processing and clock chips. You reboot typically when your PC "locks" inexplicably or when your telephone system does something you can't explain logically — like ring phones randomly or give strange error messages on the console. On a computer, "Lock" means that no matter which key or combination of keys you touch on your keyboard, you can't get your computer to do anything. In addition to "unlocking" your computer, you also reboot to clear RAM or RAM-resident programs. On an IBM or an IBM clone, rebooting is done by pressing the CONTROL, ALT and DELETE keys simultaneously. You can also reboot by pressing the reset button if your computer has one. (Not all do.)

You can reboot any computer by turning its power off, then turning it back on. This is usually not a good idea, since the surge of power that accompanies a computer being turned on and off will reduce the life of many of its electronic components. Some experts recommend leaving computers running full-time, though turning their hard disks off. They also recommend turning your screen off, or at least running a public domain program such as SCRNSAVE.COM or SCRN.COM which turn off your screen after several minutes of doing nothing (inactivity).

**RECALL BUTTON** Provides the flash function needed to operate many of the Dimension PBX features. Another word for FLASH BUTTON, as this button is called on other phones of other PBXs.

**RECALL DIAL TONE** A stutter or interrupted dial tone indicating to the extension user that the hookswitch flash has been properly used to gain access to system features.

**RECALL KEY** Used to get dial-tone or to transfer calls on a key system installed within a PBX. See also RECALL BUTTON.

**RECEIVE INTERRUPTION** The interruption of a transmission to a

terminal to receive or send a higher priority message from the terminal.

**RECEIVE ONLY** RO. Describing operation of a device, usually a page printer, that can receive transmissions but cannot transmit.

**RECEIVED LINE SIGNAL DETECTOR** Modem interface signal defined in RS-232-C EIA interface which indicates to the attached data terminal equipment that it is receiving a signal from the distant modem.

**RECEIVED SIGNAL LEVEL** RSL. The strength of a radio signal received at the input to a radio receiver.

**RECEIVER** Any device which receives a transmission signal. 2. Any portion of a telecommunications device which decodes an encoded signal into its desired form. 3. The earpiece portion of a telephone handset, which converts an alternating electric current into sound waves, usually through an electromagnet moving a diaphragm. 4. An electronic component capable of collecting radio frequency broadcasts and reproducing them in their original audio and/or video form, e.g. a TV or radio receiver.

**RECEIVER OFF-HOOK TONE** The loud tone sent by the central office to tell the telephone user that his/her phone is off the hook.

**RECEIVER SENSITIVITY** The magnitude of the received signal necessary to produce objective BER or channel noise performance.

**RECEIVING PERFORATOR** REPERFORATOR. A telegraph instrument in which the received signals cause the code of the corresponding characters or functions to be punched in a tape.

**RECENT CHANGE** Changes to line and trunk translations in a stored program control switching machine that have not been merged with the permanent data base.

**RECONFIGURATION** A fancy word for rearranging equipment, features and options.

**RECORD** In a database, a record is a group of related data items treated as one unit of information — for example, your name, address and phone number. Each Record is made up of several fields. A field is simply your last name.

**RECORD COMMUNICATIONS** Any form of communication which produces a "written" record of the transmission. Teletypewriter and facsimile are examples or record communications. Companies such as RCA Globecom, ITT Worldcom, TRT and MCI, which provide international telex, are known as international record carriers. Before deregulation, that business was exceptionally profitable.

**RECORD HEAD** The electromagnetic device which magnetizes the surface of a magnetic recording — tape, disk, etc. — in proportion to an electrical signal.

**RECORD LENGTH** The number of bytes in a record. See RECORD.

**RECORD LOCKING** Think about an airline reservation. You call up. You want to change your reservation. While the airline has your record open, your travel agent calls up to change it. You change your reservation. Your

B018

# TAB 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, L.P., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2-05-CV-443 (TJW) |
| | § | |
| COMCAST CORP., ET AL., | § | |
| Defendants. | § | |
| | § | |

## MEMORANDUM OPINION AND ORDER

After considering the submissions and the arguments of counsel, the court issues the following order concerning the claim construction issues:

### I.    Introduction

Plaintiff Rembrandt Technologies, LP ("Rembrandt") accuses Comcast Corporation, Comcast Cable Communications, LLC, and Comcast of Plano, LP (collectively, "Comcast") of infringing United States Patent Nos. 5,719,858 ("the '858 patent") entitled "Time-Division Multiple-Access Method for Packet Transmission on Shared Synchronous Serial Buses," 4,937,819 ("the '819 patent") entitled "Time Orthogonal Multiple Virtual DCE for Use in Analog and Digital Networks," 5,852,631 ("the '631 patent") entitled "System and Method for Establishing Link Layer Parameters Based on Physical Layer Modulation," and 5,243,627 ("the '627 patent") entitled "Signal Point Interleaving Technique." This opinion resolves the parties' various claim construction disputes.

### II.    Background of the Technology

The '858 patent discloses a mechanism for allowing data sources to allocate, among themselves, time slots on a time division multiplexed ("TDM") bus. TDM allows multiple data sources to transmit data over a single network connection by dividing the network connection into

discrete time slots. Data sources generally transmit data only during their assigned time slot.

The '819 patent discloses an improved ranging mechanism for transmitting data from several remote units over a TDM network. Ranging is a way of measuring the transmission delay of data sent from a remote unit to a central node. By measuring this delay, the remote units can adjust the timing of their transmissions in order to reduce the empty times between transmissions.

The '631 patent addresses a manner to reduce the time required to establish a connection between two modems. Generally, when two modems attempt to communicate, they need to establish the two lowest "layers" of communication protocol, called the "physical layer" and the "link layer." The modems first negotiate the protocol to establish the "physical layer" connection and then negotiate the protocol to establish the "link layer" connection. The '631 patent discloses a technique for modems to use the "physical layer" negotiation to establish the "link layer" connection and, effectively, dispense with the "link layer" negotiations. This reduces the time necessary to establish a connection between the two modems.

The '627 patent discloses a method for correcting errors in digital data transmissions. In the prior art, one technique for correcting errors involved a "trellis encoder" in the transmitter and a "trellis" or "Viterbi" decoder in the receiver. In some circumstances, Viterbi decoders may fail to correct errors properly. The '627 patent discloses a combination of trellis encoding and signal point interleaving in an effort to improve error correction. Interleaving shuffles the data so that it is not in the same order as originally created. By using this technique, the system is able to guard against the situation where a number of consecutive transmitted bits become corrupted. As disclosed in the '627 patent, signal point interleaving helps to reduce errors within a single channel symbol. Bearing this background in mind, the court now addresses the claim construction issues.

B020

### III.    General Principles Governing Claim Construction

"A claim in a patent provides the metes and bounds of the right which the patent confers on the patentee to exclude others from making, using or selling the protected invention." *Burke, Inc. v. Bruno Indep. Living Aids, Inc.*, 183 F.3d 1334, 1340 (Fed. Cir. 1999). Claim construction is an issue of law for the court to decide. *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 970-71 (Fed. Cir. 1995) (en banc), *aff'd*, 517 U.S. 370 (1996).

To ascertain the meaning of claims, the court looks to three primary sources: the claims, the specification, and the prosecution history. *Markman*, 52 F.3d at 979. Under the patent law, the specification must contain a written description of the invention that enables one of ordinary skill in the art to make and use the invention. A patent's claims must be read in view of the specification, of which they are a part. *Id.* For claim construction purposes, the description may act as a sort of dictionary, which explains the invention and may define terms used in the claims. *Id.* "One purpose for examining the specification is to determine if the patentee has limited the scope of the claims." *Watts v. XL Sys., Inc.*, 232 F.3d 877, 882 (Fed. Cir. 2000).

Nonetheless, it is the function of the claims, not the specification, to set forth the limits of the patentee's claims. Otherwise, there would be no need for claims. *SRI Int'l v. Matsushita Elec. Corp.*, 775 F.2d 1107, 1121 (Fed. Cir. 1985) (en banc). The patentee is free to be his own lexicographer, but any special definition given to a word must be clearly set forth in the specification. *Intellicall, Inc. v. Phonometrics*, 952 F.2d 1384, 1388 (Fed. Cir. 1992). And, although the specification may indicate that certain embodiments are preferred, particular embodiments appearing in the specification will not be read into the claims when the claim language is broader than the embodiments. *Electro Med. Sys., S.A. v. Cooper Life Sciences, Inc.*, 34 F.3d 1048, 1054

3

(Fed. Cir. 1994).

This court's claim construction decision must be informed by the Federal Circuit's decision in *Phillips v. AWH Corporation*, 415 F.3d 1303 (Fed. Cir. 2005) (en banc). In *Phillips*, the court set forth several guideposts that courts should follow when construing claims. In particular, the court reiterated that "the *claims* of a patent define the invention to which the patentee is entitled the right to exclude." 415 F.3d at 1312 (emphasis added) (quoting *Innova/Pure Water, Inc. v. Safari Water Filtration Systems, Inc.*, 381 F.3d 1111, 1115 (Fed. Cir. 2004)). To that end, the words used in a claim are generally given their ordinary and customary meaning. *Id.* The ordinary and customary meaning of a claim term "is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention, i.e., as of the effective filing date of the patent application." *Id.* at 1313. This principle of patent law flows naturally from the recognition that inventors are usually persons who are skilled in the field of the invention. The patent is addressed to and intended to be read by others skilled in the particular art. *Id.*

The primacy of claim terms notwithstanding, *Phillips* made clear that "the person of ordinary skill in the art is deemed to read the claim term not only in the context of the particular claim in which the disputed term appears, but in the context of the entire patent, including the specification." *Id.* Although the claims themselves may provide guidance as to the meaning of particular terms, those terms are part of "a fully integrated written instrument." *Id.* at 1315 (*quoting Markman*, 52 F.3d at 978). Thus, the *Phillips* court emphasized the specification as being the primary basis for construing the claims. *Id.* at 1314-17. As the Supreme Court stated long ago, "in case of doubt or ambiguity it is proper in all cases to refer back to the descriptive portions of the specification to aid in solving the doubt or in ascertaining the true intent and meaning of the language employed in the

4

claims." *Bates v. Coe*, 98 U.S. 31, 38 (1878). In addressing the role of the specification, the *Phillips*

court quoted with approval its earlier observations from *Renishaw PLC v. Marposs Societa' per*

*Azioni*, 158 F.3d 1243, 1250 (Fed. Cir. 1998):

> Ultimately, the interpretation to be given a term can only be determined and
> confirmed with a full understanding of what the inventors actually invented and
> intended to envelop with the claim. The construction that stays true to the claim
> language and most naturally aligns with the patent's description of the invention will
> be, in the end, the correct construction.

Consequently, *Phillips* emphasized the important role the specification plays in the claim

construction process.

The prosecution history also continues to play an important role in claim interpretation. The

prosecution history helps to demonstrate how the inventor and the PTO understood the patent.

*Phillips*, 415 F.3d at 1317. Because the file history, however, "represents an ongoing negotiation

between the PTO and the applicant," it may lack the clarity of the specification and thus be less

useful in claim construction proceedings. *Id.* Nevertheless, the prosecution history is intrinsic

evidence. That evidence is relevant to the determination of how the inventor understood the

invention and whether the inventor limited the invention during prosecution by narrowing the scope

of the claims.

*Phillips* rejected any claim construction approach that sacrificed the intrinsic record in favor

of extrinsic evidence, such as dictionary definitions or expert testimony. The *en banc* court

condemned the suggestion made by *Texas Digital Systems, Inc. v. Telegenix, Inc.*, 308 F.3d 1193

(Fed. Cir. 2002), that a court should discern the ordinary meaning of the claim terms (through

dictionaries or otherwise) before resorting to the specification for certain limited purposes. *Id.* at

1319-24. The approach suggested by *Texas Digital*–the assignment of a limited role to the

5

specification–was rejected as inconsistent with decisions holding the specification to be the best guide to the meaning of a disputed term. *Id.* at 1320-21. According to *Phillips*, reliance on dictionary definitions at the expense of the specification had the effect of "focus[ing] the inquiry on the abstract meaning of words rather than on the meaning of the claim terms within the context of the patent." *Id.* at 1321. *Phillips* emphasized that the patent system is based on the proposition that the claims cover only the invented subject matter. *Id.* What is described in the claims flows from the statutory requirement imposed on the patentee to describe and particularly claim what he or she has invented. *Id.* The definitions found in dictionaries, however, often flow from the editors' objective of assembling all of the possible definitions for a word. *Id.* at 1321-22.

*Phillips* does not preclude all uses of dictionaries in claim construction proceedings. Instead, the court assigned dictionaries a role subordinate to the intrinsic record. In doing so, the court emphasized that claim construction issues are not resolved by any magic formula. The court did not impose any particular sequence of steps for a court to follow when it considers disputed claim language. *Id.* at 1323-25. Rather, *Phillips* held that a court must attach the appropriate weight to the intrinsic sources offered in support of a proposed claim construction, bearing in mind the general rule that the claims measure the scope of the patent grant. The court now turns to a discussion of the disputed claim terms.

IV.    **Terms in Dispute**

    A.    **'858 Patent**

        1.    **"time-division multiplexed bus"**

The first term for construction is "time-division multiplexed bus." The plaintiff argues that the term means "a bus having a bandwidth partitioned into regular time slots, that is shared by two

6

or more sources of data by limiting each source's transmission opportunities to discrete intervals of time." The defendants argue that the term means "a group of one or more conductors that is shared among several users by allowing each user to use the bus for a given period of time in a defined, repeated sequence." The parties appear to agree that a bus allows different sources of data to share bandwidth. The principal dispute is whether the transmission sequence must be a "defined, repeated sequence."

The defendants cite to portions of the specifications that refer to repeated frames for a fixed portion of the TDM bandwidth. *See* '858 patent, 4:56-57, 5:21-6:5. In addition, the defendants point to extrinsic evidence. *See* The New IEEE Standard Dictionary of Electrical and Electronic Terms, at 1377 (5th ed. 1993). The plaintiff argues, however, that by limiting the transmission sequence to be a "defined, repeated sequence," the defendants' construction would exclude a preferred embodiment where data sources are skipped when they have no data to send. *See* '858 patent, Fig. 6, 7:25-9:15.

The court agrees that the patent discloses an embodiment where certain data sources are skipped when they have no data to send. For this reason, the "defined, repeated sequence" more appropriately describes the frames for the fixed portion of the TDM bandwidth. So viewed, the court agrees that the frames are arranged in a "defined, repeated sequence." Accordingly, the court construes the term to mean "a bus having a bandwidth partitioned into a defined, repeated sequence of time slots, that is shared by two or more sources of data by limiting each source's transmission opportunities to discrete intervals of time."

### 2.    "packet data" and "synchronous data"

The plaintiff proposes that "packet data" means "variable bit rate data" and "synchronous

B025

data" means "constant bit rate data." The defendants propose that "packet data" means "data that is transmitted in packets" and "synchronous data" means "constant bit rate data that is not transmitted in packets." Both parties appear to agree that "synchronous data" refers to constant bit rate data. The dispute is whether "packet data" can also include constant bit rate data.

The specification defines these terms:

> The present invention relates to data communications, and more particularly to communications systems that have channelized network access, and may transport both synchronous data and variable-bit-rate data such as frame relay data (hereafter referred to as packet data), in a time-division multiplexed format.

'858 patent, 1:8-11.

Contrary to the defendants' arguments, the patent defines "variable bit rate data" as "packet data," and the court adopts this construction. Moreover, the court defines "synchronous data" as "constant bit rate data."

### 3. "portion of the [predefined] bandwidth"

The next term is "portion of the [predefined] bandwidth." The plaintiff argues that this term means "one or more time slots in a TDM frame assigned to a group of data sources." The defendants contend that the term means "the part, but less than all, of the data transfer capacity of the bus that is allotted either to packet data or to synchronous data." The dispute is whether the term "portion" can include the full bandwidth or whether it is limited to less than the full bandwidth.

The intrinsic evidence does not support a construction which departs from the ordinary meaning of "portion." As argued by the defendants, the purpose of the invention was to facilitate the transmission of both packet and synchronous data over the TDM bus. *See* '858 patent, 2:42-45 ("I have realized an alternative approach to the design of TDM-based equipment that supports *both*

8

*synchronous data and packet data* and, in addition, provides an efficient substrate for packet handling.")(emphasis added); Figs. 3, 5 (depicting the allocation of a part of the TDM bus to the multiple access packet channel). As used in the patent, "portion" means less than all. Accordingly, the court construes the term to mean "the part, but less than all, of the data transfer capacity of the bus that is assigned to a group of data sources."

        **4.**    **"predefined bandwidth"**

The plaintiff contends that this term means "a TDM frame with a fixed number of time slots." The defendants argue that this term means "data transfer capacity fixed in advance of operation." Although the plaintiff cites to the abstract, the defendants' proposed construction embraces the definitions of "predefined" and "bandwidth" as used in the claims. The court adopts the defendants' proposed construction.

        **5.**    **"distributed packet manager"**

The next term is "distributed packet manager." The plaintiff argues that this term means "a device, process or algorithm that is located within each packet data source, that controls how the packet data source accesses a portion of the bandwidth assigned to the packet data." The defendants propose "a decentralized mechanism that performs all the functions required to aggregate and synchronize packet data to the time-division multiplexed bus and to prevent packet collisions." The defendants' proposed construction limits the claim by requiring, essentially, an entirely decentralized mechanism for performing "all" of the functions required to aggregate and synchronize packet data to the bus. In addition, the defendants' construction requires the packet manager to prevent packet collisions.

The court is not persuaded that either limitation is appropriate. The specification does not

9

B027

require the elimination of all of the central control functions. Moreover, the doctrine of claim

differentiation counsels against the requirement that the packet manager prevent packet collisions.

Claim 9 recites "only one of the plurality of packet data sources accesses the . . . predefined

bandwidth at a time" whereas claim 7 does not require that "only one" packet data source can access

the bus at a time. Claim 9 thus expresses the concept of preventing packet collisions by allowing

only one of the packet data sources to access the predefined bandwidth at a time. The defendants'

proposed construction would incorporate limitations from the preferred embodiment that are not

required by the language of the claims. As such, the court construes the term to mean "a device,

process or algorithm located within each packet data source, that controls how the packet data source

accesses the time-division multiplexed bus."

### 6.    "allocate access to the allotted bandwidth among said packet data sources"[1]

The plaintiff defines this term to mean "controlling access by each of the packet data sources

to the portion of bandwidth previously assigned to packet data." The defendants' proposed

construction is "apportion to each of the packet data sources sole permission to attempt to transmit

in the portion of bandwidth previously assigned to packet data." The dispute is whether

"allocating/controlling access" requires some sort of permission to transmit in a given time period.

The defendants argue that packet sources do not contend for bandwidth by transmitting

simultaneously, but by "capturing" permission to use the MAPC. *See* '858 patent, 6:53-7:8. The

plaintiff argues that the defendants are attempting to limit the construction to a preferred

---

[1]      Corresponding phrases include "allocate access to the second portion of the
predefined bandwidth among said packet data sources" and "controlling [the] access by said
packet data sources to the allocated portion of the bandwidth."

B028

embodiment. The court agrees and concludes the term means "controlling access by each of the packet data sources to the portion of bandwidth previously assigned to packet data."

### 7. "network access manager/module"

The plaintiff contends that this term means "a device, process or algorithm for controlling the assignment of synchronous and packet data portions on a TDM bus, and for passing data between the bus and a network." The defendants argue that the court should not construe this term. They add that the plaintiff's proposed construction is confusing because it describes functions from the "distributed packet manager." The plaintiff, on the other hand, contends that the specification discusses two functions of the network access manager and that a construction consistent with the specification would help the jury understand the functions of the network access manager.

A review of the specification demonstrates the propriety of the plaintiff's proposal. The specification states that the network access module "controls time-slot allocation among the synchronous modules and the packet modules." '858 patent, 5:12-13. The network access module also "provides the interface between the TDM bus and network facility." '858 patent, 3:46-47. The plaintiff's proposed construction captures a definition of the network access manager in essentially these terms. The court construes the term to mean "a device, process or algorithm for controlling the assignment of synchronous and packet data portions on a TDM bus, and for passing data between the bus and a network."

### B. '819 Patent

#### 1. "application program"

Claim 1 of the '819 patent requires a master unit communicating with a plurality of remote units. The remote units must be executing "application programs." The parties dispute the

11

construction of this term. The plaintiff defines the term to mean "a computer program or process." The defendants propose "a program designed to assist in the performance of a specific end-user task (*e.g.*, word processing, accounting, or inventory management) in contrast to a program designed to perform management of or maintenance work on the system or system components."

The ordinary meaning of the term "application program" is software that performs tasks for an end-user. Despite the parties' arguments for different constructions, the court discerns nothing in the patent or the prosecution history that would vary the ordinary meaning for this term. As such, the court defines "application program" to mean "software that performs tasks for an end-user."

### 2.    "time slot assigned to each of said application programs"

Claim 1 also requires that the remote units receive messages from the master unit and respond in a "time slot assigned to each of said application programs." The parties' dispute concerns whether the "assignment" function must occur at initialization of the application program (the defendants' construction) or whether it may occur at any time. The plaintiff argues that the defendants' construction is inconsistent with the disclosure because the remote units can request additional time slots during data transmission, which is after initialization. *See* '819 patent, 2:18-26, 3:7-11. The defendants argue that the specification repeatedly discloses time slots assigned to applications at initialization. *See* '819 patent, 2:46-49, 5:42-43, Fig. 6, Fig. 7.

Although the specification refers to the assignment of time slots during initialization, there is nothing in the patent that requires the claims to be limited in this manner. The court construes "time slot" to mean "an interval of time during which data from an application program is transmitted." All other terms have their plain and ordinary meaning.

12

3.    "dividing a period of a clock in said master unit into a number of
subframes, dividing each subframes into a number of slots, each
corresponding to transmission times for one of said remote units, and
assigning a slot to each of said application programs"

This phrase appears in claim 14 of the '819 patent. The defendants contend that the phrase

needs clarification because it is not clear what "each" refers to. They also urge that the file history

indicates a disclaimer that messages sent from the master unit to the remote units are not packetized.

The court has reviewed the cited portions of the prosecution history and is not persuaded that the

patentee limited the claim to outbound non-packetized messages from the master unit. The court

therefore construes "each corresponding to transmission times" to mean "each subframe

corresponding to transmission times." All other terms have their plain and ordinary meaning.

4.    "master network timing means"

Claim 1 requires a master unit with a master network timing "means." In relevant part, claim

1 states "said master unit including a master network timing means with a period which is divided

into a plurality of subframes, wherein each subframe is divided into said time slots, and each of said

time slots is used as an interval in which one of said application programs . . . ." '819 patent, claim

1. The parties debate whether this limitation is a means-plus-function limitation.

Use of the word "means" invokes a presumption that the claim is governed by 35 U.S.C. §

112 ¶ 6. The plaintiff, however, correctly observes that the limitation does not recite any function

performed by the means and, as such, is outside the scope of § 112 ¶ 6. *Sage Products, Inc. v. Devon

Industries, Inc.*, 126 F.3d 1420, 1427 (Fed. Cir. 1997).

Although the phrase is not a means-plus-function limitation, the plaintiff suggests that the

court should construe the "timing means" limitation. The plaintiff proposes a construction of "a

13

clock for determining network timing or for delineating time into time slots." Although the
defendants do not propose an alternative construction, they disagree that a clock determines what
the period shall be and how the period should divide into subframes and time slots. The defendants
instead argue that the period, subframes, and time slots are determined by the network timing and
control processor. *See* '819 patent, 3:1-3. The plaintiff, on the other hand, argues that the
description of "master network clock" in the specification matches the language of the claim. *See*
'819 patent, 6:37-39, 7:38-39.

Because the term is not governed by § 112 ¶ 6, it is improper to limit the term to the
structures described in the specification. The language of this claim limitation needs no further
construction, and the court rejects the plaintiff's attempt to limit the term to the master network clock
recited in the patent.

### 5. "ranging means"

Like the previous term, the parties dispute whether the term is a means-plus-function
limitation. In relevant part, claim 1, states:

> said master unit including ranging means communicating with said master network
> timing means *wherein a transmission time between said master unit and each of said
> respective remote units is calculated and transmitted* from said master unit to each
> of said respective remote units, each of said respective remote units using said
> transmission time to adjust initiation of said time slots.

'819 patent, claim 1 (emphasis added).

Again, the plaintiff urges that there is no recited function performed by the recited means.
According to the plaintiff, the limitations in the claim refer to the master unit and not to the ranging
means.

The court disagrees. The plaintiff has not overcome the presumption that this term is drafted

14

according to § 112 ¶ 6. What distinguishes this term from the previous one is the inclusion of the functional language "wherein a transmission time between said master unit and each of said respective remote units is calculated and transmitted." This language, coupled with the use of the word "means," counsels the court to apply § 112 ¶ 6.

The court construes the function to mean "calculating and transmitting to each remote unit the time it takes to transmit between the master and that remote unit." The corresponding structure is the network timing and control processor 12, the ranging and network initialization generator 20, and ranging receiver 32.

### 6.    "reservation request generator" and "reservation request processor"

The plaintiff proposes that "reservation request generator" means "a device or process that adds to a message a request for additional time slots" and that "reservation request processor" means "a device or process for receiving and processing requests for additional time slots from a reservation request generator." The defendants contend that the terms do not need construction. However, if the court decides that the terms require construction, the defendants propose that "reservation request generator" means "a device or process that sets reservation bits in a message to request additional time slots" and "reservation request processor" means "a device or process that can grant a request from a remote unit for more time slots in order for the remote unit to transmit a longer message."

The defendants' proposals improperly limit the terms to preferred embodiments. The court adopts the plaintiff's proposed constructions for both terms.

### 7.    "priority bit"

The term "priority bit" appears in claim 11 of the '819 patent. The issue is whether the priority bit is limited to defining the importance of remote units or whether it can define the

15

importance of other things, such as an application. By limiting the construction to the importance of remote units, the defendants attempt to limit the construction to a preferred embodiment. The language of the claim is entitled to a broader construction, and the court construes this term to mean "a bit that is used to convey the relative importance of the communication."

### C.    '631 Patent

#### 1.    "physical layer" and "physical layer modulation"

The court concludes that the term "physical layer" means "the lowest layer of the Open Systems Interconnect (OSI) seven layer model, concerned with establishing the mechanical, electrical, functional, and procedural connection between two modems." Similarly, "physical layer modulation" means "a protocol that is concerned with establishing the mechanical, electrical, functional, and procedural connection between two modems."

#### 2.    "negotiated physical layer modulation"

The parties are in agreement that this term means "a physical layer modulation selected by a process permitting two modems supporting different layer modulations to agree on a common supported physical layer modulation after exchanging information at run time." The court accordingly adopts this construction.

#### 3.    "link layer"

As expressed at oral argument, it appears that the parties are in substantial agreement on the construction of this term. They agree that the link layer is the second lowest layer of the OSI seven layer model and that it performs error checking functions. The main issues appear to be whether error correction is limited to frame transmission and/or whether the plaintiff's construction includes error correction at the physical layer. The defendants also argue that one of ordinary skill in the art

16

would understand that retransmission of messages is the way to correct transmission errors.

The court has considered the briefs and the arguments of the parties in light of the intrinsic record. The court construes the term "link layer" to mean "the second lowest layer of the Open Systems Interconnect (OSI) seven layer model, providing the functional and procedural means to transfer data between modems, and to detect and correct errors."

4.     **"means for establishing a physical layer connection between said calling and said answer modems, wherein said physical layer connection is based on a negotiated physical layer modulation chosen from said first and second physical layer modulations"**

The parties agree that this phrase is drafted in means-plus-function form. They also agree that the function is "establishing a physical layer connection based on a negotiated physical layer modulation." The parties disagree on the structure. Although the parties agree that a control processor or digital signal processor chip must be able to execute the algorithms described in Fig.4-9, they disagree over whether the processor may be capable of executing each algorithm standing alone (the plaintiff's argument) or whether the processor must be capable of executing pairs of algorithms (the defendant's argument).

To establish a connection, both a calling and answering modem must perform an algorithm. The specification discloses only two alternative pairs of interdependent algorithms (Fig. 4 with Fig. 5, and Fig. 6 with Fig. 7), and either pair must run to perform the claimed function of establishing a connection. This is because establishing a connection requires both a calling and an answering modem. The corresponding structure includes a processor running the algorithms shown in Figs. 4 and 5 or, alternatively, Figs. 6 and 7.

17

5.    **"means for establishing said link layer connection based upon said negotiated physical layer modulation"**

The parties agree that the function is "establishing the link layer connection based upon the negotiated physical layer." The parties disagree on the structure.

The plaintiff argues that the only structure necessary to perform this function is programmable hardware (*i.e.*, a control processor or digital signal processor chip) configured to perform the function set forth in Fig. 8. The defendants argue that Fig. 8 is purely a functional diagram and no algorithm has been disclosed. According to the defendants, the claim is invalid as indefinite. In reply, the plaintiff argues that the court should not entertain the indefiniteness argument because the defendants failed to disclose it in their Invalidity Contentions.

The timing of the argument notwithstanding, this court's role is to construe the claims. That task implicates a question of law. As a result, the court has attempted, unsuccessfully, to identify any disclosed corresponding structure. At this time, however, the court reserves construction of this phrase and invites the plaintiff to submit supplemental briefing on this issue within ten (10) days from the date of this order. The briefing shall respond to the defendants' argument that *WMS Gaming Inc. v. Int'l Game Tech.*, 184 F.3d 1339, 1349 (Fed. Cir. 1999) controls this issue and that the specification fails to disclose corresponding structure in the form of an algorithm. Such briefing shall be limited to ten (10) pages. This procedure is sufficient to cure any prejudice resulting from the failure to timely raise the indefiniteness argument.

6.    **"means for presetting link layer parameters of said link layer connection to pre-defined settings based on said negotiated physical layer modulation"**

For essentially the reasons expressed in the preceding discussion, the court reserves construction of this phrase pending receipt of supplemental briefing. The plaintiff shall include any

18

argument on this term within the page limits allotted to it.

### D.    '627 Patent

#### 1.    "trellis encoded channel symbol"

The plaintiff argues that this term means "a set of one or more trellis encoded signal points that corresponds to a group of bits that is treated as a unit by an encoding system." The defendants propose a construction that defines the term to mean "the output of a mapper that is generated using the output(s) of a single state transition of a trellis encoder." The principal dispute is whether the output is limited to a "single state transition."

The plaintiff argues that a channel symbol is the output of the trellis encoding process corresponding to a group of input bits or "parallel bits." *See* '627 patent, 2:61-65, 3:53-58. The plaintiff observes that the trellis encoded channel symbol is derived from a "succession of N outputs from the trellis encoder . . . ." '627 patent, 4:20. According to the plaintiff, multiple outputs correspond to a separate state change and, therefore, a single state transition cannot be a limitation.

The defendants argue that a trellis state transition occurs only when the encoder has moved on to the next symbol. According to the defendants, the "succession of outputs" referenced by the plaintiff refers to subset identifiers which are generated in parallel while the encoder operates on the data. Subset identifiers collectively determine the trellis encoded symbol. The defendants argue that nothing in the intrinsic evidence suggests that these outputs are the result of multiple state changes in the trellis encoder.

The plaintiff's argument is correct. A trellis encoder working on a multiple bit word produces a succession of subset identifiers which collectively make up the trellis encoded symbol. *See* '627 patent, 5:1-30. The subset identifiers are then supplied to another encoder, *e.g.*, a four-

19

dimensional QAM encoder, which outputs a stream of signal points comprised of interleaved streams of trellis encoded channel symbols. *Id.* The plaintiff's construction of this term is correct, and the court adopts it.

### 2.    "signal point"

The plaintiff proposes that the term "signal point" means "a value that is transmitted by a modulator in one signaling interval." The defendants propose "a single mapped point in a signal constellation." The defendants support this construction by arguing that one of ordinary skill in the art would understand the term "signal point" to refer to a mapped point in a signal constellation. The defendants also contend that signal constellations include many different dimensionalities. In addition, the defendants argue that a "signal point" is not actually transmitted; instead, a waveform representing the bits values associated with the signal point is transmitted.

The plaintiff responds by arguing that the '627 patent does not mention "mapping." The plaintiff also points to the specification which states that "signal points are thereupon communicated over the channel." '627 patent, 4:1-3.

The court agrees with the plaintiff that the intrinsic evidence fails to require a signal point "mapped" in a constellation. Based on the cited portion of the specification, the court agrees that the proper construction for this term is "a value that is transmitted by a modulator in one signaling interval."

### 3.    "distributed Viterbi decoder"

The process of Viterbi decoding is used to decode a trellis encoded signal. Claims 9 and 19 of the '627 patent require a "distributed Viterbi decoder." The plaintiff proposes that this term means "a Viterbi decoder having multiple Viterbi decoding processes operating on separate portions

20

of a stream of data to be decoded." The defendants argue that the term means "two or more Viterbi decoders operating in round-robin fashion on separate portions of a stream of encoded data." The issue is whether there needs to be more than one Viterbi decoder operating in round-robin fashion.

The defendants point to the specification which shows separate Viterbi decoders that are accessed sequentially. '627 patent, Fig. 4, 3:13-20. The plaintiff, on the other hand, contends that the defendants are attempting to limit the term to a preferred embodiment. According to the plaintiff, a distributed Viterbi decoder can be implemented as a single Viterbi decoder that emulates through software the function of multiple devices. The relevant passage from the specification supports the plaintiff's argument. '627 patent, 9:61-66 ("multiple trellis encoders and decoders can be realized using a single program routine which, through the mechanism of indirect addressing of multiple arrays within memory, serves to provide the functions of each of the multiple devices.").

In light of this passage from the specification, the court is persuaded that the plaintiff's construction is correct. The court concludes that this term means "a Viterbi decoder having multiple Viterbi decoding processes operating on separate portions of a stream of data to be decoded."

4.     **"means for deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols"**

Both parties agree that this is a means-plus-function claim to be construed pursuant to § 112 ¶ 6. The court concludes that the claimed function is "deinterleaving the interleaved signal points to recover said plurality of streams of trellis encoded channel symbols." The corresponding structure that is clearly linked to the claimed function is the signal point deinterleaver 441 or, alternatively, signal point deinterleaver 741. *See* '627 patent, Figs. 4 and 7; 5:67-68; 9:45-51.

21

V.    **Conclusion**

The court adopts the above constructions for the terms in need of construction. The parties

are ordered that they may not refer, directly or indirectly, to each other's claim construction positions

in the presence of the jury. Likewise, the parties are ordered to refrain from mentioning any portion

of this opinion, other than the actual definitions adopted by the court, in the presence of the jury.

Any reference to claim construction proceedings is limited to informing the jury of the definitions

adopted by the court.

SIGNED this 5th day of June, 2007.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

B040

# TAB 6

1

1

2                       IN THE UNITED STATES DISTRICT COURT

3                         FOR THE DISTRICT OF DELAWARE

4          ------------------------x

5          In re:

6

7      REMBRANDT TECHNOLOGIES, LP    MDL Docket
                                     No.07-md-1848(GMS)
8      PATENT LITIGATION             CHIEF JUDGE GREGORY M. SLEET

9

10         ------------------------x

11                            June 23, 2008

12                            10:06 a.m.

13

14             VIDEOTAPED DEPOSITION of RICHARD D. GITLIN,

15         taken by Attorneys for Rembrandt Technologies,

16         pursuant to Claim Construction, at the offices of

17         Weil Gotshal & Manges, 757 Fifth Avenue, New York,

18         New York, before Amy Klein, a Shorthand Reporter

19         and Notary Public within and for the State of New

20         York.

21

22

23

24

25

58

```
 1                    - Gitlin -

 2        A.    So a signal point is a point in this

 3   two-dimensional space, so it has X and Y

 4   coordinates.

 5        Q.    What about a point in amplitude

 6   modulation figure?

 7        A.    In Ungerboek's paper.

 8        Q.    Yes, in Ungerboek's paper.

 9        A.    That is one-dimensional, so it has

10   amplitude.

11        Q.    So Ungerboek's paper illustrates a

12   one-dimensional signal point in figure 1, under

13   "Amplitude Modulation"?

14        A.    Figure 1, the upper left-hand corner, is

15   an example of amplitude modulation.

16        Q.    And the point on that constellation is a

17   one-dimensional signal point?

18        A.    Yes.

19              MR. KOLMYKOV:  Could we --

20              THE VIDEO OPERATOR:  This completes Tape

21   Number 1.  The time is 11:52 a.m., and we're going

22   off the record.

23              (A recess was taken.)

24              THE VIDEO OPERATOR:  This is Tape Number

25   2.  The time is 12:00 p.m., and we're back on the
```

72

```
 1                    - Gitlin -
 2         A.    I'm not an expert in that.  I think
 3    there were other issues related to range, and they
 4    use a pilot tone.
 5              I recall there was a debate between QAM
 6    and VSB and, as these debates go, VSB won.  And
 7    that's a different circumstance than the wire line
 8    systems in the context of Ungerboek had been
 9    dealing with, and  the Betts' patent addresses.
10              I would say, to be fair, that's about
11    the only system, commercial system, I know that
12    could be called a one-dimensional system since
13    the -- around 1980.
14         Q.    So since ATSE does use a one-dimensional
15    system, it is possible to use a one-dimensional
16    system?
17         A.    Yes.
18         Q.    Even though according to your opinion
19    it's not as good as the QAM?
20         A.    In the context of the environments that
21    I'm intimately familiar with.  I'm not an expert on
22    over-the-air television transmission.
23         Q.    Can trellis encoding be implemented with
24    one-dimensional signals?
25         A.    Yes.  Yes.
```

B043

98

```
 1                      - Gitlin -
 2     manipulates the signals -- they are already in
 3     digital form.
 4          Q.    So trellis encoding and the bit mapping
 5     into signal points can all be implemented in
 6     software?
 7          A.    I wouldn't -- you drew a distinction
 8     which I don't accept.  Trellis encoding includes
 9     the mapping into the signal points.
10          Q.    And this bit mapping together with the
11     encoding or expansion of the input bits can be
12     performed in software?
13          A.    It depends on the rates in which you're
14     processing.  So if you're processing at a rate
15     where the chip or the ASIC can do it, you can do
16     this all in one device.
17               But if you were operating at a very,
18     very high bit rate, it might not be possible to do
19     this in one device.
20          Q.    Can you give me an example of a bit rate
21     that a single device cannot handle?
22          A.    Well, I can make up a very large number.
23               Suppose I wanted to build 100 gigabit
24     system.
25               MR. TROPP:  Just out of curiosity, we're
```

99

```
1                       - Gitlin -
2     still on his declaration in some form?
3               MR. KOLMYKOV:  Yeah.
4               MR. TROPP:  Yeah?  I'm having trouble
5     understanding the connection.  But on your
6     representation that's where we are, go ahead.
7               MR. KOLMYKOV:  I'm continuing with his
8     description of trellis encoding and what it means.
9               MR. TROPP:  I'm not sure you're
10    continuing with his description.  But on your
11    representation that that's where you are, go ahead.
12    BY MR. KOLMYKOV:
13         Q.   Well, let's refer to figure 3 of the
14    '627 patent.
15         A.   Just a minute.
16         Q.   Do you see a QAM encoder designated as
17    324?
18         A.   Yes.  Yes.
19         Q.   And you see the 4D trellis
20    encoders:  319 alpha, 319 beta, 319 gamma?
21         A.   I see what he labels as trellis
22    encoders.
23         Q.   So my question to you is whether the
24    unit 324 and the units 319 alpha, beta and gamma
25    can be implemented together in one device?
```

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

100

1                        - Gitlin -

2          A.   As I said, it depends upon the speed of

3    application.  You -- one of the tenets of

4    communication systems to get cost-conscious designs

5    is to combine elements.

6               So in principle, almost all, especially

7    digital elements, could be combined.  Assuming the

8    processor has enough speed.

9          Q.   All right, thank you.

10              During your discussion of the trellis

11   encoding you mentioned that a trellis encoded

12   channel symbol is generated to one expansion of the

13   input bits; is that correct?

14         A.   Yes.

15         Q.   Is it fair to say that a channel symbol

16   is a group of bits?

17         A.   A channel -- in the context of the

18   panel, or --

19         Q.   In general.

20         A.   It's -- you know, it's a word that's

21   used in multiple contexts.  So without saying

22   specifically what are you talking about, it could

23   have several meanings.

24              My declaration interprets it in the

25   context of the patent.

143

```
 1                        - Gitlin -
 2      where one state transition leads to more than one
 3      expansion?
 4            A.    That's not what -- the way a trellis
 5      coder operates.  I am not aware of anything.
 6                  I think I explained many times, trellis
 7      encoder cycles through one state transition,
 8      produces an expanded set of bits.  That's the way a
 9      trellis coder operates.
10            Q.    Can it produce several expanded group of
11      bits in one cycle of the machine?
12            A.    It produces one expanded set of bits
13      that, then, could be mapped -- if it's
14      2N-dimensional those bits will then be mapped over
15      N signaling intervals.  That's the way -- that's
16      the way a multi-dimensional trellis coder works.
17            Q.    And when you produce this expanded group
18      of bits, could that expansion add more than one
19      bit?
20            A.    It's not the way that I typically think
21      of it, but in Wei's last paragraph he suggests that
22      you could.
23            Q.    Is it your opinion that it is possible?
24            A.    To do what?
25            Q.    Do you have an opinion as to whether
```

B047

154

```
 1                    - Gitlin -
 2              MR. TROPP:  If four attorneys
 3    represented the same party you would be perhaps
 4    correct.  But here we each have our own separate
 5    interests and we're entitled to make our own
 6    separate records.
 7              MR. KOLMYKOV:  I'll leave that issue
 8    open to discussion.
 9    BY MR. KOLMYKOV:
10         Q.    Let's turn to column 8, pages 47 to 50,
11    of the '627 patent.
12              MR. TROPP:  I'm sorry, what columns of
13    the '627?
14              MR. KOLMYKOV:  47 through 50.
15              MR. TROPP:  Thank you.
16         Q.    I will read it into the record.
17              "Without having received all of the
18    signal points of a channel symbol, one cannot take
19    advantage of the accumulated path metric
20    information, but, rather must rely on the so-called
21    raw sliced values, which is less accurate."
22              Doesn't this statement imply that the
23    path metric is already being accumulated upon
24    reception of a single signal point?
25         A.    You can build suboptimum receivers in
```

B048

155

```
 1                    - Gitlin -
 2    many ways.  As he says, "which is less accurate."
 3    You can build lots of less accurate receivers.  He
 4    makes that comment.  Okay.
 5         Q.    So it is possible to build a receiver
 6    that will process one signal point at a time?
 7                 MR. TROPP:  Objection.
 8         A.    It's always possible to build a
 9    receiver.  Whether it's useful or not remains to be
10    seen.
11         Q.    When the Viterbi decoder receives one
12    signal point what does it do?
13                 MR. TROPP:  Objection.
14         A.    What type of system?
15         Q.    Let's say we have a four-dimensional
16    system on the '627 patent.
17         A.    There are many ways to implement
18    procedures.  So in my experience it waits for the
19    second sample.  And then in each of the states it
20    looks back and calculates the accumulated path
21    metric between the received signal samples of the
22    two intervals and the quantities that it's going to
23    be compared with for each of the state transitions.
24         Q.    What if it doesn't wait, and starts
25    calculating that distance between a signal point
```

B049

170

```
 1                      - Gitlin -
 2     interleaving there the subset identifiers.  That's
 3     what that interleaver is doing.
 4            Q.   Okay.  But that interleaving is what
 5     enables the invention to achieve the desired
 6     result?
 7                  MR. TROPP:  Objection.
 8            Q.   The result being the channel symbols are
 9     interleaved as well as the signal points within
10     those channel symbols are interleaved.
11                  MR. TROPP:  Same objection.
12            A.   The switching circuit then still
13     maintains, if you look at it -- at the output of
14     the switching circuit you have X0 alpha, X1 alpha,
15     right next to each other, and then he uses 341 to
16     interleave those.
17                  MR. JUISTER:  What figure are you
18     looking at?
19                  THE WITNESS:  I'm looking at figure 3 of
20     '627.
21            Q.   Okay.  And can we agree that the
22     functions performed by the switching circuit as
23     well as the interleaver can be performed in one
24     device using software?
25            A.   When you say -- I mean, "one device"?
```

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

171

```
 1                    - Gitlin -
 2    What do you mean?
 3          Q.    I mean one digital signal processor.
 4          A.    I mean, that's -- you could probably
 5    build a whole receiver on one DSP.
 6          Q.    And these functions of signal point
 7    interleaver 341 as well as the switching circuit
 8    337 and the 4D QAM encoder can all be written in
 9    software?
10          A.    As I said before, it depends upon the
11    clock speed, the capacity of a DSP, relative to the
12    information rates and the number of operations.
13          Q.    But if all those numbers are
14    satisfactory, you could write software that would
15    perform all these functions?
16          A.    Yes.  That's generally the way these
17    systems are built today with DSP software.
18          Q.    Okay.  Thank you.
19                On the receiver side, if we move to
20    figure 4, you would agree that the signal point
21    interleaver and the switching is your circuit for
22    56, they perform --
23          A.    I'm --
24          Q.    I'm sorry, not switching -- the signal
25    point interleaver, 441, and the switching circuit,
```

172

```
 1                      - Gitlin -
 2      431, perform the opposite function of what was done
 3      in the trellis -- in the transmitter stage?
 4                 (The witness reviews document.)
 5           A.    You said 441 and 431?
 6           Q.    Yes.
 7           A.    They do the deinterleaving.
 8           Q.    And similarly, a receiver could
 9      implement a digital signal processing chip that
10      performs both of these functions (indicating) via
11      software?
12           A.    Yeah.  Depending on the speed, you could
13      write it in software.  If the thing is running slow
14      enough you could write this on a general purpose
15      process.  Software is software.  It only works on
16      the general speed device and the speed at which
17      you're operating.
18           Q.    Okay, thank you.
19                 If you look at figure 3 again, is it
20      possible to design a transmitter to achieve the
21      resulting output differently from what's depicted
22      in figure 3 (indicating)?
23           A.    You mean, starting with the input bits
24      and producing the output?
25           Q.    Yes.
```

173

```
1                    - Gitlin -
2           A.    I wouldn't -- I wouldn't venture an
3     opinion on that right now.
4           Q.    For example, could you put a signal
5     point interleaver, 341, prior to the 4D QAM
6     encoder, and still achieve the same result?
7           A.    Where would you put it?
8           Q.    You would put it, for example, on line
9     338.
10          A.    Well, the way he has it, 338, what you
11    have there are indices you don't have signal
12    points.  So the signal point interleaver -- I
13    mean -- it's a signal point interleaver.  You don't
14    have signal points at that point.
15          Q.    I understand that.
16                But let's assume we're only interested
17    in producing the result on 3 -- on line 342.
18                Are you with me?
19          A.    No.  Oh, okay.  342.
20          Q.    To produce this result, if we were to
21    put an interleaver, 341, on line 338, and the
22    interleaver would interleave the subset
23    identifiers, would the same result be produced?
24          A.    I would say at a minimum you would have
25    to put 341 on line 17 as well as 363.  If you want
```

B053

174

```
 1                    - Gitlin -
 2      to do interleaver -- on line 317.  You want to do
 3      interleaving of the uncoded bits as well.
 4      Otherwise you would be out of cycle.
 5           Q.    So you could put 341 on lines 317 and
 6      338 and still achieve the result on line 342?
 7           A.    We're talking here in a functional
 8      level?
 9           Q.    Yeah, on a functional level.
10           A.    This is a functional diagram.  So -- and
11      you -- the terminology, it's no longer a signal
12      point interleaver, it's a signal-something
13      interleaver, because it's not dealing with signal
14      points.
15           Q.    Okay.  Let's call it just an
16      interleaver.
17                 So an interleaver would be placed on
18      lines 317 and line 338 to produce the same result
19      as required by the patent on line 342?
20           A.    I have to think about it, if it's
21      exactly the same result.  But -- so let me just
22      think about it.  I don't want to go any further
23      with this now.
24           Q.    But you stated that it is possible to
25      produce the same result if you were to place an
```

203

C E R T I F I C A T E

STATE OF NEW YORK      )

                                           : ss.

COUNTY OF NEW YORK      )


     I, AMY KLEIN, a Shorthand Reporter and

Notary Public within and for the State of New York,

do hereby certify:

     That RICHARD D. GITLIN, the witness

whose deposition is hereinbefore set forth, was

duly sworn by me and that such deposition is a true

record of the testimony given by the witness.

     I further certify that I am not related

to any of the parties to this action by blood or

marriage, and that I am in no way interested in the

outcome of this matter.

     IN WITNESS WHEREOF, I have hereunto set

my hand this 24th   day of June   , 2008.

_____

AMY KLEIN


Elisa Dreier Reporting Corp.   (212) 557-5558
780 Third Avenue, New York, NY 10017

B055

# TAB 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In Re: | ) | |
| REMBRANDT TECHNOLOGIES, LP | ) | MDL Docket No. 07-md-1848 (GMS) |
| PATENT LITIGATION | ) | |
|  | ) | |

## <u>DECLARATION OF DR. RICHARD D. GITLIN</u>

I, Richard D. Gitlin, declare as follows:

1. The purpose of this declaration is to provide a concise guided tour of the technology in U.S. Pat. No. 5,243,627 — a system and method for transmitting digital data over a communication channel — by discussing three techniques used to reduce a system's error-rate: two-dimensional trellis-coded modulation (2-D TCM), multidimensional (greater than 2-D) TCM, and interleaving. I will also discuss the concept of a *state transition*, which is key to understanding these techniques, and address some of the disputed claim terms from the '627 patent from the perspective of one of ordinary skill in the art. In particular, I explain that a single state transition in a 2-D TCM system produces one expanded bit-group corresponding to one 2-D signal point transmitted in one signaling interval; ***by contrast, a single state transition in a multidimensional TCM system also produces one expanded bit-group, but it corresponds to multiple 2-D signal points transmitted over multiple signaling intervals***.

2. At the end of this month, I will become the Agere-Cerrent Distinguished Professor of Electrical Engineering at the University of South Florida. From 1969 to 2001, I held several positions at AT&T Bell Labs/Lucent Technologies in the field of data communications, including Vice President of R&D and CTO of the Data Networking Systems Group at Lucent and Senior Vice President of Communications Sciences Research at Bell Labs. In those thirty-plus years, I

contributed to and gained experience with a variety of signal processing techniques for information transmission. During my career, I have co-authored the textbook DATA COMMUNICATIONS PRINCIPLES, and have been named as an inventor on over forty patents, and co-authored three prize papers. I have also been honored for my accomplishments by being appointed an IEEE Fellow and an AT&T Bell Labs Fellow, and by being elected a member of the National Academy of Engineering. My curriculum vitae is attached as Exhibit A.

**Transmitting Digital Data**

3.  Although the most elemental form of digital data are binary digits called *bits*, represented by 1's or 0's, channels that span great distances do not typically carry bits directly. Instead, such channels carry bits indirectly by using a signal known as a *carrier wave*. The transmitted signal is chosen to have characteristics to match those of the analog communication channel, such as its center frequency and bandwidth.



4.  Using a process called *modulation*, digital data is transformed into a signal that is appropriate for transmission over a communication channel. As part of this process, a transmitter varies one or more characteristics of a carrier wave (such as its amplitude, frequency, or phase) in response to the information to be communicated over the channel. Typically, carrier waves are modulated once every period of time called a *signaling interval* to convey a group of one or more bits. The process of recovering the digital data from the received signal (i.e., the output of the

2

channel) is called *demodulation*. A device capable of performing both processes is known as a modem, short for *mo*dulator-*dem*odulator.

5.   For modems to communicate successfully, the transmitter will vary the carrier wave in only a limited number of predefined ways, and each variation will uniquely convey a defined number of bits. This type of signaling scheme is graphically represented by a *signal constellation*. For example, shown below is a signaling scheme illustrated as a two-dimensional, circular signal constellation composed of eight *signal points*, $P_0$–$P_7$, where each signal point conveys three bits[1] (high-performance, bandwidth-efficient communication systems always convey more than one bit per signal point). Although Fig. 2 of the '627 patent discloses a signal constellation with thirty-two signal points, each corresponding to five bits, the eight-point signaling scheme embodies the same basic principles and reduces the complexity of the examples below.



6.   Each of the eight signal points on the constellation depicted above represents discrete values of both the *I* and *Q* components of a carrier wave — i.e., a transmitted signal — and conveys a unique group of three bits. The two axes of the signal constellation represent, respectively, the amplitude of the cosine component of the carrier wave (the horizontal or in-phase *I*-axis) and

---

[1] If each transmitted signal conveys N bits, the constellation requires $2^N$ signal points, which in our example is $2^3$ or eight signal points. In the '627 patent, each transmitted signal conveys five bits, so the constellation requires $2^5$ or thirty-two signal points.

3

the amplitude of the sine component of the carrier wave (the vertical or quadrature $Q$-axis).

Accordingly, each signal point may also be referred to by its two coordinate values: $(I, Q)$[2]

### Channel Noise and Interference

7.  Noise, or other impairments in a communication channel, can distort the characteristics of the transmitted, modulated carrier wave. If the noise is large enough, this may cause the receiver to make errors in attempting to recover the transmitted information. For example, assume a transmitter sends the signal corresponding to $P_2$ and noise causes it to be received as the signal $Z$ that has $I$ and $Q$ values falling between $P_2$ and $P_1$ in the signal constellation as illustrated below:



In an uncoded system, a receiver will decide that the transmitter sent the signal point that is closest to the received signal. So in this example, the receiver would decide that the received signal $Z$ corresponds to the transmitted signal point $P_1$, instead of $P_2$; this would result in bit-errors during reception by outputting the bit sequence 0 0 1 instead of 0 1 0.

8.  One means to improve the reliability of an uncoded communication system in the presence of noise and other signal degradations is through the use of error-control codes. These codes introduce extra bits used to improve system performance, e.g., by lowering the system's error-rate. But adding extra bits generally increases the required bandwidth, and the bandwidth is limited in many applications and cannot be easily increased.

---

[2] For example, the '627 patent refers to "a transmitted signal point having coordinates (3, -5)" at 5:61-64.

4

## Trellis-Coded Modulation

9.  In the 1970s, Gottfried Ungerboeck pioneered a solution to this problem called TCM or

*trellis-coded modulation.* TCM combines modulation and coding to improve system performance

without increasing the system's bandwidth requirements. As with other error-control techniques,

TCM constrains the sequence of transmitted signals, which is the succession, in time, of signals

produced by the transmitter. TCM also exploits the constraints on the signaling scheme to increase

the distance between allowable signal sequences. The distance between any two signal sequences

is a cumulative function of the distance between each sequence's constituent signal points.

10.  Increasing distances between allowable sequences lowers the probability that one

transmitted sequence will be mistaken for another in the receiver because of channel noise. For

example, a receiver knowing that TCM restricts the next signal in the transmitted sequence to $P_0$,

$P_4$, $P_2$, or $P_6$ would not decide that $P_1$ was transmitted when presented with the received signal $Z$

from the example above since $P_1$ is not one of the signal points in an allowed sequence.

11.  To appreciate how TCM works, consider the relevant components of a TCM system[3]

as illustrated below:



---

[3] The TCM system used in this section is a simplified version of the four-state trellis-coded eight-phase modulation (*8-PSK*) discussed by Ungerboeck in "Trellis-Coded Modulation with Redundant Signal Sets Part I: Introduction" *IEEE Communications Magazine*, Vol. 25, No. 2, pp. 5-11, February 1987 (attached as Exhibit B) which predates the '627 patent.

5

The component on the left is an encoder that expands two parallel input bits[4] ($x_2 x_1$) into a three-bit group ($y_2 y_1 y_0$) once every signaling interval as a function of an XOR gate ($\oplus$) and the bit stored in each time-delay element ($T$); the middle component maps the expanded three-bit groups ($y_2 y_1 y_0$) into one of eight signal points ($P_0$–$P_7$) depending on the values of $y_2$, $y_1$, and $y_0$; and the constellation on the right defines each signal point's $I$ and $Q$ coordinates — i.e., the transmitted signals.

### State Transitions

12.  TCM systems lower the error-rate as described above by using the extra bits produced by time-constrained *state transitions*. In the example encoder, once every signaling interval ($T$ seconds), an extra bit is produced by the XOR gate ($\oplus$), which logically operates on two binary inputs, outputting a 0 when the inputs are the same and a 1 when they differ. As shown below, the bits stored in the time-delay elements ( ) represent the *state* of the encoder. For example, when both of the stored bits are 0, the encoder's state is $S_0$:



Each time-delay element stores either a 1 or a 0, so the encoder has four possible states: $S_0 = 00$; $S_1 = 01$; $S_2 = 10$; and $S_3 = 11$. Each time the encoder produces an expanded bit-group in response to an input, the bits stored in the time-delay elements are updated. This expansion process results in a new state and is called a *state transition*.

13.  As demonstrated below, each state transition depends on the encoder's input as well as its current state. Consequently, the encoder's new state and output are dependent on the encoder's

_____
[4] The serial user input stream (not shown) is converted into two parallel input bit streams.

6

D0006

previous history; because of these dependencies, the allowable values for the new state are constrained. This creates a time-dependency among a sequence of expanded bit-groups from the same encoder. By considering all the allowable sequences of state transitions — and the signal history they represent — a decoder can compare each allowable sequence of state transitions with the sequence of received signals and ultimately determine which signal points were most likely to have been transmitted.

14.    At the encoder, the process of choosing signal points can be considered in two parts: some bits identify one of several possible subsets of signal points, and the remaining bits select a particular signal point from within the identified subset. The examples shown below (in color) illustrate how state transitions produce expanded bit-groups that identify subsets of signal points and select particular points from within those subsets. First assume that at time instant $n$, the encoder's state is $S_0 = 00$ and the value of the $x_1$ input-bit[5] is 1. In response to the input, the encoder undergoes a state transition which produces the output shown on the right side of the figure below — an expanded bit-group.



Specifically, the $x_2$ input-bit ( $x_2$ ) becomes the $y_2$ output-bit, the $x_1$ input-bit ( 1 ) becomes the $y_1$ output bit, and the bit stored in the right time-delay element ( 0 ) becomes the $y_0$ output bit. In addition, the bit stored in the left time-delay element ( 0 ) is replaced with the bit stored in the right time-delay element ( 0 ), which is itself replaced by the output of the XOR gate ( 1 ) based on its two inputs ( 0 and 1 ).

---

[5] Because the $x_2$ input-bit is not used to determine the next state of the encoder, it is left unassigned in this example. Its effect on the actual signal point selected is discussed below.

D0007

15. Thus, from time instant *n* to time instant *n+1*, the state transitions from $S_0$ = [0] [0] to

$S_1$ = [0] [1] and the encoder produces an expanded bit-group ([y2] [1] [0]). As shown below, the $y_1$

([1]) and $y_0$ ([0]) bits identify a subset of signal points ($P_2$ and $P_6$), and the $y_2$ bit selects which of

those two points will be transmitted.



Note that $P_2$ and $P_6$ are separated by the maximum distance possible, lowering the probability

that one transmitted sequence of signal points will be mistaken for another in the receiver

because of channel noise.

16. If, however, the value of the $x_1$ input-bit had been 0, the state would have transitioned

from $S_0$ = [0] [0] back to $S_0$ = [0] [0] and the encoder would have produced a different expanded

bit-group ([y2] [0] [0]), which identifies a different subset of signal points[6] ($P_0$ and $P_4$) again

separated by the maximum distance:



---

[6] In this example the four possible subsets (00, 01, 10, and 11) are determined solely by the $y_1$
and $y_0$ bits. Similarly, the examples in the '627 patent also use two-bit subset identifiers (00, 01,
10, 11) and refer to the resulting four subsets as A, B, C, and D.

D0008

**Trellis Diagrams**

17.  The constraint on the number of allowable state transitions produces a limited number of allowable transmitted sequences of signal points, which improves the system's error-rate. The two examples above illustrate the only state transitions from $S_0$ that are allowed: $S_0 \rightarrow S_1$ or $S_0$. Transitions from the other initial states are similarly restricted: $S_1 \rightarrow S_2$ or $S_3$; $S_2 \rightarrow S_0$ or $S_1$; and $S_3$ $\rightarrow S_2$ or $S_3$. Allowable state transitions are graphically represented on a *trellis diagram* (named for its resemblance to a garden trellis). The following trellis diagram illustrates the allowable state transitions for the TCM system discussed here:



The sequence of state transitions produces a path over time ($n+2$, $n+3$, etc…), where each state transition is subject to the same constraints. Each state transition, in addition to producing a new state, produces an expanded bit-group that, in this case, leads to the transmission of one signal point. The TCM receiver will estimate the sequence of transmitted states using the received signal samples and the knowledge of the allowable state transitions. The time dependency between the signal points in the transmitted signal sequence enables the receiver to more accurately estimate the transmitted signal sequences corresponding to the state transitions.

18.  Although the $x_2$ input-bit is not used to determine the next state of the encoder, it does become part of the expanded bit-group as the $y_2$ bit and is used to select a specific point from the subset of signal points identified by the state transition. In the examples above, $x_2$ is always equal

9

to $y_2$, but more complex TCM systems often use multiple bits to select points from within subsets or perform additional operations on the input bit(s) or both.[7] Here, however, the value of $x_2$ may only be 1 or 0, so each possible state transition may only result in one of two signal points. The signal points possible with each state transition can be added to the trellis diagram above to illustrate a complete set of restrictions for this TCM system:



19. At the receiver, the decoder analyzes the sequence of received signals, and along with knowledge of the trellis encoding structure, uses the *Viterbi algorithm* to determine the most likely sequence that was sent. Decoders using the Viterbi algorithm analyze the received signals by following multiple paths of state transitions from each state and determining their relative likelihood (or probability) of having been transmitted. In this way, a TCM decoding system estimates the state transition path at the transmitter from one signaling interval to the next for each state. This process of tracking signals through time minimizes the effects of channel noise.

---

[7] For example, the 2-D TCM system disclosed in the '627 patent sends a group of three bits that are not used to determine the next state of the encoder through a "modulus converter" to produce an "index value" used to select one of eight signal points from one of the subsets A, B, C, or D. ('627 patent at 3:22-36).

D0010

**Multidimensional TCM**

20.  The TCM techniques described above are referred to as two-dimensional (2-D), since in each signaling interval both dimensions of the carrier wave (I and Q) are modulated to generate one signal point, for example using the 8-PSK signal constellation described above.

21.  In the 1980s, Lee-Fang Wei improved the efficiency of the 2-D TCM described above. As detailed in his paper "Trellis-Coded Modulation with Multidimensional Constellations" (attached as Exhibit C and cited in the '627 patent at 4:48-51), multidimensional TCM schemes with multidimensional (greater than 2-D[8]) signal constellations have a number of potential advantages over the usual 2-D schemes, including further reducing the error-rate relative to 2-D TCM.

22.  In 2-D TCM systems, as discussed above, every state transition produces one expanded bit-group that leads to the transmission of one signal point in each signaling interval. In multidimensional TCM systems, as explained in the Wei paper, every state transition still produces one expanded bit-group, but this one expansion now leads to the transmission of multiple signal points over multiple signaling intervals. So, a 4-D TCM system will map the product of one encoder expansion into I and Q components over two signaling intervals (I and Q dimensions over two successive signaling intervals comprise the four dimensions). *This is a fundamental distinction between 2-D TCM and multidimensional TCM*.

23.  For example, Fig. 3 of U.S. Pat. No. 5,214,656 (attached as Exhibit F) which predates the '627 patent, illustrates a 4-D TCM system in which a single state transition (one expansion) produces two signal points: one for transmission in the "first signaling interval" and another for transmission in the "second signaling interval":

---

[8] Multidimensional signals that consisted of multiple two-dimensional signal points were commonly used in the prior art to the '627 patent. For example, see U.S. Pat. No. 4,641,327 (attached as Exhibit D) at 1:14-26 or U.S. Pat. No. 4,755,998 (attached as Exhibit E) at 3:24-32.

11

D0011



Similarly, Fig. 6 of the Wei paper (Exh. C) cited in the '627 patent also shows a 4-D TCM

system in which a single state transition (one expansion) produces two signal points that are

transmitted over two signaling intervals. Likewise, although the '627 patent does not disclose the

details of the 4-D TCM system used in its examples, it does explain (at 3:65-4:3) that each

expansion of the trellis encoder results in the transmission of two signal points. As a result, only

one extra bit is added for every two signal points instead of one for every signal point as in 2-D

TCM. This improves the transmission efficiency of the system.

   24.  Multidimensional signal points are interdependent because they are selected together

as the result of a single state transition by an encoder. This interdependence is in addition to the

time dependence between the expanded bit-groups produced by a sequence of state transitions. In

the parlance of the '627 patent, the multiple signal points corresponding to a single state transition

of an encoder constitute a trellis-encoded channel symbol. Accordingly, a decoder in a multi-

dimensional TCM system needs all of the received signals associated with a single state transition

by a corresponding encoder before it begins to process any of them. For example, a decoder in a

4-D TCM receiver will process together the signals that are received over two signaling intervals.

D0012

**Interleaving**

25.  While both 2-D and multidimensional TCM systems help correct reception errors caused by noise and interference, it has been observed that their effectiveness decreases when the noise occurs in a burst over several consecutive signaling intervals. As discussed above, decoders using the Viterbi algorithm analyze the received signals by following multiple paths of state transitions from each state and determine their relative likelihood (or probability) of having been transmitted. But if several signaling intervals are impaired by a long burst of noise (i.e., too many steps in the path are obscured), the Viterbi decoder may be unable to correct the errors. This is a well understood effect of noise bursts on coded systems, including TCM systems. Interleaving in time is an established technique for alleviating the effects of such burst noise on a coded system's error rate.

26.  If a 2-D TCM system is used, groups of input bits can be divided between multiple encoders and the resulting expanded bit-groups then recombined in an alternating fashion as shown below in an illustration using *n* encoders that is adapted from Fig. 6.10.1. of Robert G. Gallager, INFORMATION THEORY AND RELIABLE COMMUNICATION 287 (John Wiley & Sons 1968) (attached as Exhibit G):[9]



---

[9] A similar figure appears in the '627 (Fig. 3, elements 331, 319, 337) and in the '625 (Fig. 1, elements 16, 18, 20, 22, 24, 42).

D0013

The result is a sequence of transmitted signals in which adjacent signals (those transmitted in consecutive signaling intervals such as $v_1$ and $v_2$) are generally unrelated because they were produced using different physical encoders with different inputs (although each encoder might have the same encoding algorithm) and thus producing a different sequence of state transitions. A burst of noise that is longer than $M$ signaling intervals would affect multiple transmitted signals from the same encoder. If the received signal points are then divided among a similar arrangement of multiple corresponding decoders, each decoder would process a sequence of received signals that were generated by the same encoder. In this way, any noise effects are spread out over time and each decoder will see isolated effects of the noise burst and each decoder has a much higher probability of correcting the effects of this type of noise.

27.  If a multidimensional TCM system is used, however, the product of a single state transition is used to select multiple, interdependent signal points. Thus dividing the groups of input bits between multiple encoders and simply recombining the resulting expanded bit-groups in an alternating fashion would not separate the sets of interdependent signal points, though each set would be separated from the next produced using the same encoder. To separate the interdependent signal points of a single state transition (present only in multidimensional TCM systems) an additional method must be used.

28.  For example, the Signal Point Interleaver *341* shown in Fig. 3 of the '627 patent (reproduced below) uses a delay element *3411* to separate the adjacent, interdependent two-dimensional signal points on line *325* (e.g., $x_0^{\alpha}$ and $x_1^{\alpha}$; $x_2^{\beta}$ and $x_3^{\beta}$, and $x_4^{\gamma}$ and $x_5^{\gamma}$) produced by three separate 4-D encoders $\alpha$, $\beta$, and $\gamma$ (not shown).

14

D0014



Signal points $x_0^\alpha$ and $x_1^\alpha$, which are produced by a single state transition of the 4-D encoder $\alpha$, are adjacent when entering the Signal Point Interleaver 341, but are separated by the signal points $x_{-1}^\gamma$ and $x_2^\beta$ upon exiting the interleaver by operation of the delay element *3411*.

29.  When $x_0^\alpha$ is input to the Signal Point Interleaver, it is applied to line *3412* and immediately passed through as the output on line *342*. The next input ($x_1^\alpha$), however, is stored in the delay element 3411, which outputs its previously stored signal point ($x_{-1}^\gamma$) on line *342*. Simply repeating this process by holding back every other signal point achieves the desired separation between adjacent, interdependent two-dimensional signal points.

### Disputed Claim Terms

30.  As explained above, TCM and interleaving are techniques used to overcome burst noise and interference in signaling systems. In the 1980s, William Betts, one of the '627 patent inventors, patented a multiple-trellis-encoder system for separating channel symbols encoded by any particular encoder from one another on the channel (U.S. Pat. No. 4,677,625 attached as Exhibit H), which is similar to the multiple encoder system in the Gallager book described above. As disclosed in that earlier Betts patent, each channel symbol is separated from the next channel symbol from the same encoder by intervening channel symbols from other trellis encoders in the

15

**D0015**

system using a round-robin switching circuit. The '627 patent purports to be an improvement over the '625 patent specifically for use with *multidimensional* signaling in which each channel symbol comprises multiple, adjacent interdependent signal points. In Betts' own words, in accordance with the '627 invention, "it has been realized that the Viterbi decoder performance in a data communication system using 2N-dimensional channel symbols can be further enhanced by an interleaving technique which uses, in combination, a) the aforementioned distributed trellis encoder/Viterbi decoder technique [from the '625 patent] and b) a signal point interleaving technique which causes the constituent signal points of the channel symbols to be non-adjacent as they traverse the channel." ('627 patent at 2:5-13.) That is, the improvement claimed in the '627 patent addresses *multidimensional* trellis encoding and takes the further step of separating the adjacent signal points of each multidimensional channel symbol from one another.

31.  I believe Defendants' proposed construction of "trellis encoded channel symbol … comprised of a plurality of signal points" is correct. Their construction properly reflects the understanding of one of ordinary skill in the art that the '627 patent and claims are directed to the problem of burst interference in the context of multidimensional signaling. The '627 patent would be pointless — or at least undifferentiated from the '625 patent — if there were no inherent relationship between the signal points of a given trellis-encoded channel symbol beyond that which is always present among the stream of signal points processed by the same encoder. Defendants thus properly propose construing the entire phrase "trellis encoded channel symbol…comprised of a plurality of signal points," because one of ordinary skill in the art would understand this to be the patentees' way of claiming multidimensional symbols. Moreover, defendants properly construe this language to require "two or more signal points all selected using the same group of parallel input bits as expanded once by a trellis encoder"; i.e., a multidimensional, multiple-signal-point

D0016

channel symbol arising from one state transition of a trellis encoder. Rembrandt's proposed construction, in contrast, would not require the multiple signal points of a trellis encoded channel symbol to comprise a multidimensional symbol and so would be inconsistent with the understanding of one of ordinary skill in the art who read the specification and claims of the '627 patent.

32.   Similarly, I believe Defendants' proposed construction of "signal point" is correct. Throughout the patent specification, the patentees described multidimensional channel symbols as "2N-dimensional" where N>1. As I have explained, multidimensional channel symbols arise from multiple, interdependent signal points produced by a single state transition of a trellis encoder, which are transmitted over multiple signaling intervals. "2N-dimensional" is a nomenclature commonly used in the art to describe such a multidimensional symbol having N, 2-D signal points.[10] For example, a 4-D symbol has two (N=2) signal points, each with two dimensions. These dimensions represent the I and Q components of the transmitted signal. Defendants' proposed construction of "signal point" as "a point on a 2-dimensional constellation having a pair of coordinates representing two components of a corresponding signal" thus accurately reflects the understanding of one of ordinary skill in the art in accordance with the '627 disclosure and claims. In contrast, Rembrandt's proposed construction of "signal point" simply as a "value that is transmitted by a modulator in one signaling interval" is inadequate because it fails to reflect the patentees' use of the term to mean one of the signal points in a multidimensional symbol.

---

[10] See, e.g., U.S. Pat. No. 5,214,656 (Exh. F) at 2:59-68.

D0017

## Conclusion

33. Although there are many possible variations to the techniques discussed above, this declaration illustrated that a fundamental distinction between 2-D TCM and multidimensional TCM is that in 2-D TCM a single state transition of an encoder produces one expanded bit-group corresponding to one 2-D signal point for transmission in one signaling interval while in multidimensional TCM one expanded bit-group will correspond to multiple, interdependent 2-D signal points for transmission over multiple signaling intervals.

I swear under penalty of perjury that the foregoing statements are true and correct to the best of my current knowledge and belief.

Executed this 4th day of June 2008.

_Richard D. Gitlin_

Dr. Richard D. Gitlin

D0018

# EXHIBIT A

# Richard D. Gitlin

42 Windsor Drive                                                                   Office: 908.385.2802
Little Silver, NJ 07739                                                             Home: 732.842.1967
                                                                                    richgitlin@ieee.org

## Education

- Eng.Sc. D., Electrical Engineering, Columbia University, 1969. Advisor: Prof. W.R. Bennett. Dissertation: Adaptive Signal Processing.
- M.S., Electrical Engineering, Columbia University, 1965.
- B.E.E., The City College of New York, 1964 [with honors].
.

## Employment [detailed accomplishments available on request]

- **2008: Agere-Cerrent Distinguished Professor of Electrical Engineering, University of South Florida.**

- **2005-2008: Chief Technology Officer, Hammerhead Systems ([www.hammerheadsystems.com](www.hammerheadsystems.com))** . A market leader in providing innovative data networking solutions for wireline, wireless, and cable service providers. Responsible for developing a product line vision, developing core technology, representing product technology and directions with customers, partners, and standards bodies, and management of intellectual property. Personal research contributions in applications aware networking.

- **2004-2005: President, Innovatia Networks**. An early stage wireless networking start-up company focused on exploiting the synergies between 3G/4G and Wireless LANs.

- **2001-2004: Vice President Technology, NEC Laboratories America**
  Responsible for research in Broadband/IP and Mobile Networking, System LSI, Secure Systems, and Quantum IT Initiated many systems projects in wireless networks, 4G communications, system LSI, and secure, reliable systems.

## 1969-2001: Bell Labs, Lucent Technologies

- **1998-2001: Senior Vice President R&D and CTO, Lucent Technologies: Data Networking Systems Group**
  Responsible for applied research, system architecture, standards, and network performance for IP/ATM data networking business unit. Initiatives including Bell Labs high-speed router (Packetstar), Cable Modem Termination System (CMTS), and BLAST commercialization.

- **1995-1998: Senior Research Vice President, Communications Sciences Research [Bell Labs]**
  Responsible for leading and managing a broad range of research programs in broadband (IP/ATM) and computer networking, wireless communications, multimedia systems, and system LSI. Managed ~500 people in 5 research labs, in multiple locations and continents [initiated labs in The Netherlands and the UK --- the first Bell Labs research locations outside the US]. Maintained personal research agenda in wireless and networking and significantly influenced the IS-95B (CDMA) multicode standard. Strong personal contributor to the R&D of WiFi and CDMA systems.

- **1992-1995: Vice President, Communications Systems Research [Bell Labs]**
  Led and managed ~100 research staff lab in communications, broadband networking, and accesss
  Accomplishments: BLAST [MIMO space time coding], Packetstar IP Router/Switch, Atlanta ATM chip set, DoCSIS cable protocol

D0019

- **1987-1992: Director, Network Systems Research [Bell Labs]**
  Initiated smart antenna research program, co-inventor of multicode CDMA, 20 Gbps ATM switch, LuckyNet Gigabit testbed, Diversity coding, and Optical Equalization. Strong personal contribution to smart antennas (today referred to as MIMO).

- **1986-1987: Director, Data Communications Research**
  Co-inventor DSL, initiated 56K modem development, helped create Globespan (AT&T DSL spinoff).

- **1969-1986: Director, Supervisor and Member of Staff in Advanced Data Communications**
  Co-inventor of the passband equalizer, and many contributions to QAM systems, coded modulation, echo cancellation, and V.32/V.34 modems.

## Academic Positions

- **2001- 2003   Adjunct Professor of  Electrical Engineering, Columbia University**
  Completed the supervision of two Ph.D. Students
  Eunsoo Shim: Mobility Management in the Wireless Internet, April 2004
  Hung-yu Wei: Hybrid Wireless Relay Networks, November 2004

- **2000-2001: Visiting Professor of Electrical Engineering, Columbia University**
  - Courses taught:    EE 6712x: Communication Theory I ---graduate course
    EE 6713y: Communication Theory II --- graduate course
    EE 6950x: Wireless Networking --- graduate course
  - Research: Wireless Networking and Communications
  - Supervised two Ph.D. students [see above] and several M.S. students.

- **1990-1991: Adjunct Professor of Electrical Engineering, Princeton University:** taught EE526, graduate Communication Theory course

  **1973: Adjunct Assistant Professor of Electrical Engineering, Columbia University**: taught EE6712, a graduate Communication Theory course

## Awards and Honors

- **National Academy of Engineering**, for "contributions to communications systems and networking" (2005)
- **Thomas Alva Edison patent award** for innovation in wireless  networking (2005)
- **AT&T Bell Labs Fellow**, for "contributions to data communications" (1987)
- **IEEE Fellow** for "contributions to data communications techniques" (1986)
- **IEEE Communications Society Steven O. Rice Award** for the best original paper published in the *IEEE Transactions on Communications*: "Analog Diversity Coding to Provide Transparent Self-Healing Communication Networks" [first application of forward error control to realize fault tolerant broadband/optical networks. Co-authors: E. Ayanoglu, I. Bar-David, and Chih-Lin I] (1995)
- **IEEE Communications Society Frederick Ellersick Award** for the best paper published in *IEEE Communications:* "Reducing the Effects of Transmission Impairments in Digital Fiber Optic Systems", *IEEE Communications*, June 1993 [design of gigabit fiber optic equalizer to compensate for polarization mode dispersion]. Co-authors: S. Kasturia and J. Winters (1994).
- ***Bell System Technical Journal Award*** for the best paper in communications science " The Tap-Leakage Algorithm: An Algorithm for the Stable Operation of a Digitally Implemented, Fractionally Spaced Adaptive Equalizer", ***Bell System***

*Technical Journal*, vol.61, no.8 p.1817-39, Oct. 1982 [invented and analyzed a new class of adaptation algorithms for stabilizing the adjustment of the tap weights in fractionally spaced equalizers]. Co-authors: E. Ho and J. Mazo (1982).
- Honor Societies: Tau Beta Pi, Eta Kappa Nu, and Sigma Xi

## Selected Keynote Speeches and Invited Lectures

- MPLS 2006
- Mobicomm 2004
- WCNC 2003
- APOC [Asian Pacific Optical and Wireless Conference] 2002
- Globecomm 1998
- Merlin Memorial Lecture, Technion, 1998

## Professional Service

- NAE Nominating committees for the Electronics and Computer Science sections [2006]
- Member, IEEE Communications Society Board of Governors [1988-1991]
- Member, IEEE Communications Society Awards Board  [1991-1994]
- President, Communication Theory Group,  IEEE Communications Society [1988-1990]
- Chair, Communication Theory Workshop [1992]
- Member, Advisory Board for Computer Science and Engineering [CISE], National Science Foundation [1995-1998]
- Member, Industrial Advisory Board, Department of Electrical Engineering and Computer Science, University of California, Berkeley [1995-1996].
- Advisory/Editorial Board Member
    - Editor, Communication Theory, the *IEEE Transactions on Communications* [1977-1986]
    - *Bell Labs Technical Journal* [founding member in 1996 -2000]
    - *Journal of Communications Networks* [1998-present]
    - *Mobile Networks and Applications* [1996-present]
- Editor of several special issues of communications and networking journals.

## Books

1. ***Data Communications Principles***, Gitlin, Hayes, and Weinstein, Plenum Press (1992)
2. ***Wireless Digital Communications and Networks: Systems and Technologies for 3/4G Mobile Communications and the Wireless Internet*** [in preparation ---early stages]

## Selected Scientific Papers

1. Coordinated load balancing, handoff/cell-site selection, and scheduling in multi-cell packet data systems, Aimin Sang, Xiaodong Wang, Mohammad Madihian, and Richard D. Gitlin, *Wireless Networks,* June 2006.

2. Incentive Scheduling for Cooperative Relay in WWAN/WLAN Two-Hop-Relay Networks, Hung-yu Wei and Richard D. Gitlin, *WCNC 2005,* March 2005.

3. Dynamic Channel Management in MIMO OFDM Cellular Systems, Ben Lu, Xiaodong Wang, Richard D. Gitlin and Mohammad Madihian, *Wireless Communications and Mobile Computing (J. Wiley Interscience)*, November, 2005.

4. Downlink Scheduling Schemes in Cellular Packet Data Systems of Multiple-Input Multiple-Output Antennas, A. Sang, M. Madihian, X. Wang, and R.D. Gitlin,  *Globecomm 2004*, December 2004.

5.  Load-aware Handoff and Cell-site Selection Scheme in Multi-cell Packet Data  Systems,  A. Sang, M. Madihian, X. Wang, and R.D. Gitlin, *Globecomm 2004* , December 2004.

6.  Coordinated Load Balancing, Handoff/Cellsite Selection, and Scheduling in Multicell Packet Data Systems, A. Sang, M. Madihian, X. Wang, and R.D. Gitlin, *Mobicom 2004*, September 2004.

7.  Two-hop Relay Architecture for Next-Generation WWAN/WLAN Integration, H-Y Wei, and Richard D. Gitlin, *Wireless Communications*, April 2004

8.  WWAN/WLAN Two-Hop-Relay Architecture for Capacity Enhancement, H-Y Wei and Richard D. Gitlin, *WCNC2004*, March 2004

9.  Secure Candidate Access Router Discovery, E. Shim, J. Redlich, R. Gitlin, *WCNC2003*, New Orleans, March 2003.

10.  Low Latency Handoff for Wireless IP QOS with NeighborCasting, E. Shim, H. Wei, Y. Chang, R.Gitlin, *ICC 2002*, New York, USA, May 2002

11.  IP Paging in Mobile Multihop Networks, H-Y Wei and R.D. Gitlin, *Mobicomm*, 2002

12.  Next-Generation Networks, Dowden, D., Gitlin, R. D., Martin, R. L,. *Bell Labs Technical Journal*, vol. 3, no. 4, October-December 1998

13.  Time-Frequency-Code Slicing: Efficiently Allocating the Communications Spectrum to Multirate Users, Karol, M. J., Haas, Z. J., Woodworth, C. B., Gitlin, R. D., *IEEE Transactions on Vehicular Technology* vol. 45, no. 4, November 1997

14.  PCS Mobility Management Using the Reverse Virtual Call Setup Algorithm, I, Chih-Lin, Pollini, G. P., Gitlin, R. D. *IEEE/ACM Transactions on Networking*, vol. 5, no. 1, p. 13, February 1997

15.  IS-95 Enhancements for Multimedia Services, Chih-Lin I, Charles A. Webb III, Howard C. Huang, Stephan ten Brink, Sanjiv Nanda, Richard D. Gitlin, *Bell Labs Technical Journa,l* Volume 1, Issue 2, Date: Autumn (Fall) 1996.

16.  The Expanding World of Wireless Technology, Richard D. Gitlin, George I. Zysman, *Bell Labs Technical Journal*, Volume 1, Issue 2, Date: Autumn (Fall) 1996.

17.  Challenges for Nomadic Computing: Mobility Management and Wireless Communications, La Porta, T.F.; Sabnani, K.K.; Gitlin, R.D. *Mobile Networks and Applications (MONET)* vol.1, no.1 p.3-16 Aug. 1996

18.  Broadband Network Restoration, Ayanoglu, E., Gitlin, R.D., *IEEE Communications* vol.34, no.7 p.110-19 July 1996

19.  Performance of Multi-code CDMA Wireless Personal Communications Networks, Chih-Lin I; Pollini, G.P.; Ozarow, L.; Gitlin, R.D., *1995 IEEE 45th Vehicular Technology Conference*. p.907-11 vol.225-28 July 1995

20.  Optimum Location Area Sizes and Reverse Virtual Call Setup in PCSNetworks,  Chih-Lin I; Pollini, G.P.; Gitlin, R.D., *1995 IEEE 45th Vehicular Technology Conference*, p.140-4 vol.1 p.25-28 July 1995

21.  Multi-Code CDMA Wireless Personal Communications Networks Chih-Lin I; Gitlin, R.D. *1995 IEEE International Conference on Communications* p.1060-4 vol.2, 18-22 June 1995

22.  The Reverse Virtual Call Setup Algorithm for Mobility Management in PCS Networks Chih-Lin I; Pollini, G.P.; Gitlin, R.D., *1995 IEEE International Conference on Communications* p.745-9 vol.2 18-22 June 1995

23.  An Asymmetric Protocol for Digital Cellular Communications Paul, S.;Ayanoglu, E.; La Porta, T.F.; Chen, K.-W.H.; Sabnani, K.E.; Gitlin, R.D., *INFOCOM'95*, 2-6 April 1995

24. AIRMAIL: A Link-Layer Protocol for Wireless Networks Ayanoglu, E.; Paul, S.; LaPorta, T.F.; Sabnani, K.K.; Gitlin, R.D. *Wireless Networks*, vol.1, no.1 p.47-60 1995

25. B-ISDN: A Technological Discontinuity, La Porta, T.F.; Veeraraghavan, M.; Ayanogiu, E.; Karol, M.; Gitlin, R.D.; *IEEE Communications* ,Volume: 32 , Issue: 10 , p 84 – 97 Oct. 1994

26. Spectrally Efficient Universal Time Slots Using Time-Frequency-Code Slicing, Woodworth, C.B.; Karol, M.J.; Haas, Z.J.; Gitlin, R.D. *5th IEEE International Symposium on Personal, Indoor and Mobile Radio Communications (PIMRC`94)*

27. The Impact of Antenna Diversity on the Capacity of Wireless Communication Systems Winters, J.H.; Salz, J.; Gitlin, R.D.,*IEEE Transactions on Communications* vol.42, no.2-4, pt.3 p.1740-51 Feb.-April 1994

28. Analog Diversity Coding to Provide Transparent Self-Healing Communication Networks, Ayanoglu, E.; Chih-Lin I; Gitlin, R.D.; Bar-David, I. *IEEE Transactions on Communications* vol.42, no.1 p.110-18 Jan. 1994

29. An Integrated Multimedia Terminal for Teleconferencing, Woodworth, C.; Golden, G.D.; Gitlin, R.D., *Proceedings of GLOBECOM '93*, 29 Nov.-2 Dec. 1993

30. Performance Improvement in Broadband Networks Using Forward Error Correction for Lost Packet Recovery, Ayanoglu, E.; Gitlin, R.D.; Oguz, N.C., *Journal of High Speed Networks,* vol.2, no.3 p.287-303, 1993

31. Diversity Coding for Transparent Self-Healing and Fault-Tolerant Communication Networks, Ayanoglu, E.; Chih-Lin I; Gitlin, R.D.; Mazo, J.E., *IEEE Transactions on Communications,* vol.41, no.11, Nov. 1993

32. A Microcell/Macrocell Cellular Architecture for Low- and High-Mobility Wireless Users, I, C.-L.; Greenstein, L.J.; Gitlin, R.D., *IEEE Journal on Selected Areas in Communications* vol.11, no.6 p.885-91 Aug. 1993

33. Gigabit Networking Research At AT&T Bell Laboratories, Gitlin, R.; *LEOS 1993 Summer Topical Meeting Digest*,19-30 July 1993.

34. Reducing the Effects of Transmission Impairments in Digital Fiber Optic Systems, Winters, J.H.; Gitlin, R.D.; Kasturia, S., *IEEE Communications*, June 1993

35. Memory- and Channel-Sharing Techniques for Congestion Control in ATM Networks Eng, K.Y.; Karol, M.J.; Gitlin, R.D, *IEEE INFOCOM ' 93*. p.266-73 vol.1 28 March-1 April 1993

36. Adaptive Antennas For Digital Mobile Radio, Winters, J.H.; Salz, J.; Gitlin, R.D.; *Adaptive Antenna Systems Symposium, 1992., Proceedings of the IEEE Long Island Section* , November, 1992 Pages:81 - 86

37. The Capacity of Wireless Communication Systems Can Be Substantially Increased by the Use of Antenna Diversity, Winters, J.H., Salz, J.; Gitlin, R.D *1st International Conference on Universal Personal Communications, ICUPC '92* Proceedings p.02.01/1-5 29 Sept.-1 Oct. 1992

38. Tandem Transcoding Without Distortion Accumulation for Vector Quantization, Ayanoglu, E.; Gitlin, R.D., *IEEE Transactions on Communications* vol.40, no.2 p.397-403,Feb. 1992

39. Optical Distribution Channel: An Almost-All Optical LAN Based on the Field-Coding Technique Haas, Z.; Gitlin, R.D.; *Journal of High Speed Networks* vol.1, no.3 p.193-214 1992

40. Gigabits to the User through a High-Speed Optical Interconnect, Haas, Z; Gitlin, R.D.; *Proceedings of ACM/Sigcomm '91.*

41. Broadband Gigabit Research and the LuckyNet Testbed, Gitlin, R.D.; London, T.B., *Journal of High Speed Networks*, vol.1, no.1 p.1-47 1992

42. Congestion control in ATM Networks, Woodworth, C.; Gaglianello, R.D.; Gitlin, R.D., *GLOBECOM '91*,Conference Record p.1082-8 vol.2 2-5 Dec. 1991

43. *LuckyNet*, Gitlin, R.D.; London, T.B.; Greenstein, L.J.; Ahuja, S.R. *GLOBECOM '91*. Conference Record p. 1055-64 vol.2 2-5 Dec. 1991

44. A Flexible Broadband Packet Switch for a Multimedia Integrated Network Woodworth, C.B.; Karol, M.J.; Gitlin, R.D., *International Conference on Communications,* Conference Record p.78-85 vol.1 23-26 June 1991

45. Ghost Cancellation of Analog TV Signals: With Applications to IDTV, EDTV, and HDTV, Winters, J.H.; Ayanoglu, E.; Bar-David, I.; Gitlin, R.D.; I, C.-L. *ICASSP 91*, p.2861-4 vol.4 14-17 April 1991

46. On The Packet Size in Integrated Networks, Haas, Z.; Gitlin, R.D., *INFOCOM '91*. p.732-40 vol.2 7-11 April 1991

47. High-Performance Optical Local and Metropolitan Area Networks: Enhancement of FDDI and IEEE 802.6 DQDB, Karol, M.J.; Gitlin, R.D. *IEEE Journal on Selected Areas in Communications* vol.8, no.8 p.1439-48 Oct. 1990

48. Protocols for Error/Loss Recovery in Broadband ISDN, Ayanoglu, E.; Gitlin, R.D.; Johri, P.K.; and Lai, W.S.; *Proceedings of the 7th ITC*, July 1990

49. Diversity Coding: Using Error Control for Self-Healing in Communication Networks, Ayanoglu, E.; Chih-Lin I; Gitlin, R.D.; Mazo, J.E., *IEEE INFOCOM '90*, June 1990

50. A Framework for a National Broadband (ATM/B-ISDN) Network Eng, K.Y.; Gitlin, R.D.; Karol, M.J., *IEEE International Conference on Communications ICC '90*, p.515-20 vol.2, 6-19 April 1990

51. Transparent Self-Healing Communication Networks Via Diversity Coding, Chih-Lin I; Ayanoglu, E.; Gitlin, R.D.; Mazo, J.E.., *IEEE International Conference on Communications ICC '90,* p.509-14 vol.2 16-19 April 1990

52. Electrical Signal Processing Techniques in Long-Haul, Fiber-Optic Systems, Winters, J.H.; Gitlin, R.D., *IEEE International Conference on Communications ICC '90,* p.397-403 vol.2 p.16-19 April 1990

53. Adaptive Carrier Recovery Systems for Digital Data Communications Receivers, Cupo, R.L.; Gitlin, R.D., *IEEE Journal on Selected Areas in Communications,* vol.7, no.9 p.1328-39, Dec. 1989

54. Tandem Transcoding Without Distortion Accumulation for Memoryless and Predictive Vector Quantizers, Ayanoglu, E.; Gitlin, R.D., *GLOBECOM '88*

55. Application and Implementation of an Embedded Subband Coder, Cox, R.V.; Gay, S.L.; Gitlin, R.D.; Hartung, J., *IEEE International Conference on Communications '88,* p.90-5 vol.1, 12-15 June 1988

56. An Inband Coding Method for the Transmission of Secondary Data Gitlin, R.D.; Thapar, H.K.; Werner, J.J., *IEEE International Conference on Communications '88:* Conference Record p.70-4 vol.1 12-15 June 1988

57. Center-Tap Tracking Algorithms for Timing Recovery, Gitlin, R.D.; Meadors, H.C., Jr., *AT&T Technical Journal* vol.66, no.6 p.63-78, Nov.-Dec. 1987

58. Adaptive Cancellation of Nonlinear Intersymbol Interference for Voiceband Data Transmission, Biglieri, E.; Gersho, A.; Gitlin, R.D.; Lim, T.L., *IEEE Journal on Selected Areas in Communications* vol.SAC-2, no.5 p.765-77 Sept. 1984

59. The Tap-Leakage Algorithm: An Algorithm for the Stable Operation of a Digitally Implemented, Fractionally Spaced Adaptive Equalizer, Gitlin, R.D.; Meadors, H.C., Jr.; Weinstein, S.B., *Bell System Technical Journal*, vol.61, no.8 p.1817-39, Oct. 1982

60. An Algorithm for the Stable Operation of a Digitally-Implemented Fractionally-Spaced Adaptive Equaliser Gitlin, R.D.; Meadors, H.C.; Weinstein, S.B., *Proceedings of ICASSP 82,* 3-5 May 1982

61. Fractionally-Spaced Equalization: An Improved Digital Transversal Equalizer, Gitlin, R.D.; Weinstein, S.B., *Bell System Technical Journal* vol.60, no.2 p.275-96, Feb. 1981

62. Modulation and Demodulation Techniques for Voice Grade Data Transmission, Gitlin, R.D.; Weinstein, S.B.,*ICC '80*, Part I p.8.2/1-5 8-12 June 1980

63. On the Required Tap-Weight Precision for Digitally Implemented, Adaptive, Mean-Squared Equalizers, Gitlin, R.D.; Weinstein, S.B., *Bell System Technical Journal* vol.58, no.2 p.301-21, Feb. 1979

64. On the Relative Insensitivity of Fractionally-Spaced Equalizers to Analog-to-Digital Converter DC Offset, Gitlin, R.D.; Weinstein, S.B., *Conference Record of the IEEE 1978 National Telecommunications Conference,* Part III p.46.4/1-6, 3-6 Dec. 1978

65. Optimum Reception of Digital Data Signals in the Presence of Timing-Phase Hits, Falconer, D.D.; Gitlin, R.D., *Bell System Technical Journal* vol.57, no.9 p.3181-208, Nov. 1978

66. A Phase Adaptive Structure for Echo Cancellation, Gitlin, R.D.; Thompson, J.S., *IEEE Transactions on Communications*, vol.COM-26, no.8 p. 1211-20, Aug. 1978

67. The Effects of Large Interference on the Tracking Capability of Digitally Implemented Echo Cancellers, Gitlin, R.D.; Weinstein, S.B. *IEEE Transactions on Communications*, vol.COM-26, no.6 p. 833-9, June 1978

68. A Technique for Adaptive Phase Compensation in Echo Cancellation, Gitlin, R.D.; Thompson, J.S,. *NTC '77 Conference Record,* Part I p.04:6/1-7, 5-7 Dec. 1977

69. The Effects of Large Interference on Digitally Implemented Adaptive Echo Cancellers, Gitlin, R.D.; Weinstein, S.B., *1977 IEEE International Symposium on Information Theory,* p.40, 10-14 Oct. 1977

70. Self-Orthogonalizing Adaptive Equalization Algorithms, Gitlin, R.D.; Magee, F.R., Jr, *IEEE Transactions on Communications* vol.COM-25, no.7 p. 666-72, July 1977

71. A New Structure for Adaptive Digital Echo Cancellation, Gitlin, R.D.; Thompson,J.S., *1976 National Telecommunications Conference* Part I p.8.2/1-729 Nov.-1 Dec. 1976

72. Self-Orthogonalizing Algorithms for Accelerated Convergence of Adaptive Equalizers, Gitlin, R.D.; Magee, F.R., Jr., *1976 National Telecommunications Conference* Part III p.45.1/1-6,29 Nov.-1 Dec. 1976

73. Optimum Detection of Quantized PAM Data Signals, Foschini, G.J.; Gitlin, R.D.; Weinstein, S.B, *International Telemetering Conference*, p.143 28-30 Sept. 1976

74. Optimization of Digital Postdetection Filters for PSK Differential Detectors, Gitlin, R.D.; Mueller, K.H,. *IEEE Transactions on Communications,* vol.COM-24, no.9 p. 963-70, Sept. 1976

75. A Null-Zone Decision Feedback Equalizer Incorporating Maximum Likelihood Bit Detection, Gitlin, R.D.; Ho, E.Y., *IEEE Transactions on Communication,* vol.com-23, no.11 p. 1243-50, Nov. 1975

76. Optimum Direct Detection for Digital Fiber-Optic Communication Systems, Foschini, G.J.; Gitlin, R.D.; Salz, J., *Bell System Technical Journal*, vol.54, no.8 p.1389-430, Oct. 1975

77. Timing Recovery and Scramblers in Data Transmission, Gitlin, R.D.; Hayes, J.F., *Bell System Technical Journal* vol.54, no.3 p.569-93, March 1975

78. The Performance of Staggered Quadrature Amplitude Modulation in the Presence of Phase Jitter,  Gitlin, R.D.; Ho, E.Y., *IEEE Transactions on Communications,* vol.COM-23, no.3 p. 348-52, March 1975

79. Optimization of Two-Dimensional Signal Constellations in the Presence of Gaussian Noise, Foschini, G.J.; Gitlin, R.D.; Weinstein, S.B., *IEEE Transactions on Communications,* vol.COM-21, no.13 p. 28-38, Jan. 1974

80. A New Approach to the Theory of Random Channel Compensation Foschini, G.J.; Gitlin, R.D., 1973 IEEE International Symposium on Information Theory p.F3/1-2 25-29 June 1973

81. A Compromise Equalizer Design Incorporating Performance Invariance, Brophy, F.J.; Foschini, G.J.; Gitlin, R.D. *Bell System Technical Journal* vol.52, no.7 p.1077-95, Sept. 1973

82. On the Selection of a Two-Dimensional Signal Constellation in the Presence of Phase Jitter and Gaussian Noise, Foschini, G.J.; Gitlin, R.D.; Weinstein, S.B., *Bell System Technical Journal* vol.52, July-Aug. 1973

83. Comparison of Some Cost Functions for Automatic Equalization, Gitlin, R.D.; Mazo, J.E., *IEEE Transactions on Communications,*  vol.COM-21, no.3 p. 233-7, March 1973

84. On the Design of Gradient Algorithms for Digitally Implemented Adaptive Filters,  Gitlin, R.D.; Taylor, M.G.; Mazo, J.E., *IEEE Transactions on Circuit Theory* vol.CT-20, no.2 p. 125-36, March 1973

85. Pass Band Equalization of Differentially Phase-Modulated Data Signals, Gitlin, R.D.; Ho, E.Y.; Mazo, J.E., *Bell System Technical Journal* vol.52, no.2 p.219-38 Feb. 1973

86. Bounds on Error-Pattern Probabilities for Digital Communications Systems, Falconer, D.D.; Gitlin, R.D., *IEEE Transactions on Communications* vol.COM-20, no.2 p. 132-9, April 1972

87. Approximations to Maximum Likelihood Timing Recovery for PAM Systems Gitlin, R.D.; Salz, J. *ICC '71,*  p. 13/1-6, 14-16 June 1971

88. Timing Recovery in PAM Systems, Gitlin, R.D.; Salz, J., *Bell System Technical Journal* vol.50, no.5 p.1645-69, May June 1971

89. Estimation of a Time-Varying Parameter Using a Dynamic Stochastic Approximation Algorithm, Falconer, D.D.; Gitlin, R.D., *ICC '70*, pp. 8-10 June 1970

**Patents**: 47 issued United States Patents with 6 applied for and pending.

**Short Courses:**  Short courses at various conferences [Globecomm, ICC, Sigcomm, and OFC] and universities in the areas of

- Wireless Communications and Networks
- Broadband Networks
- Digital Communications
- Adaptive Signal Processing

## Selected Accomplishments

Below are selected highlights of my personal *research* accomplishments [as opposed to my managerial accomplishments]. Throughout my career, I have maintained a personal research agenda ---even during my years in management. I have tried to list only those contributions that are fundamental and have had significant impact on the research and commercial communities over the years.

## Modems and Signal Processing

1. 1973: Co-invention of the **passband equalizer**. This remains the standard equalization structure for Quadrature Amplitude Modulation [QAM]-based systems used in modems, wireless, DSL, cable, etc.
2. 1973: Provided the first fundamental understanding and design guidance for the level of precision needed in *adaptive* **digital (finite precision) equalization algorithms** [in contrast to the lower levels of precision needed for non-adaptive equalization or digital filtering].
3. 1982: Provided a fundamental understanding of the **fractionally spaced adaptive equalizer** and invented new adjustment algorithms to ensure proper operation [**BSTJ prize paper**].
4. 1985: Co-invention of **DSL** --- which created an industry [independently, and unknown to us, similar work was also done at Bellcore by J. Lechleider]. Described in US Patent 4924492.

## Optical Communications and Networking

1. 1993: Provided fundamental understanding necessary to realize the world's **first adaptive equalizer to compensate for polarization mode dispersion [Ellersick prize paper]**. This led to a prototype gigabit per sec equalizer chip. Several research groups and companies are now incorporating these ideas in their next-generation gigabit LANs.
2. 1990: Invented **diversity coding** (the application of forward error/erasure coding across diverse network links ---could be different wavelengths or network paths--- awarded the **Rice prize paper**). This technique is being considered for rapid fault recovery in commercial DWDM systems. [Original invention in 1975 for reliable operation of microwave radio in severe fading].

## Wireless Communications and Networking

1. 1994: Provided fundamental understanding of the benefits of **adaptive ("smart) antenna arrays** in increasing the capacity of wireless systems. **Today, 3G systems have standardized this technology.**
2. 1995: Proposed and implemented the first **asymmetric wireless network protocol** (AIRMAIL) to minimize power consumption at the mobile, while not compromising performance.
3. 1995: Invented **multi-code CDMA**-based wireless systems. This technology permits user to efficiently burst at rates approaching the system capacity. **Standardized in 3G wireless.**
4. 2001: Co-inventor of wireless IP-layer fast handoff procedure that became an **IETF RFC**.

EXHIBIT B

# Trellis-Coded Modulation with Redundant Signal Sets Part I: Introduction

## Gottfried Ungerboeck

Simple four-state trellis-coded modulation (TCM) schemes improve the robustness of digital transmission against additive noise by 3 dB without reducing data rate or requiring more bandwidth than conventional uncoded modulation schemes. With more complex schemes, coding gains up to 6 dB can be achieved. This article describes how TCM works

Trellis-Coded Modulation (TCM) has evolved over the past decade as a combined coding and modulation technique for digital transmission over band-limited channels. Its main attraction comes from the fact that it allows the achievement of significant coding gains over conventional uncoded multilevel modulation without compromising bandwidth efficiency. The first TCM schemes were proposed in 1976 [1]. Following a more detailed publication [2] in 1982, an explosion of research and actual implementations of TCM took place, to the point where today there is a good understanding of the theory and capabilities of TCM methods. In Part I of this two-part article, an introduction into TCM is given. The reasons for the development of TCM are reviewed, and examples of simple TCM schemes are discussed. Part II [15] provides further insight into code design and performance, and addresses recent advances in TCM.

TCM schemes employ redundant nonbinary modulation in combination with a finite-state encoder which governs the selection of modulation signals to generate coded signal sequences. In the receiver, the noisy signals are decoded by a soft-decision maximum-likelihood sequence decoder. Simple four-state TCM schemes can improve the robustness of digital transmission against additive noise by 3 dB, compared to conventional uncoded modulation. With more complex TCM schemes, the coding gain can reach 6 dB or more. These gains are obtained without bandwidth expansion or reduction of the effective information rate as required by traditional error-correction schemes. Shannon's information theory predicted the existence of coded modulation schemes with these characteristics more than three decades ago. The development of effective TCM techniques and today's signal-processing technology now allow these gains to be obtained in practice.

Signal waveforms representing information sequences are most impervious to noise-induced detection errors if they are very different from each other. Mathematically, this translates into the requirement that signal sequences should have large distance in Euclidean signal space. The essential new concept of TCM that led to the aforementioned gains was to use signal-set expansion to provide redundancy for coding, and to design coding and signal-mapping functions jointly so as to maximize directly the "free distance" (minimum Euclidean distance) between coded signal sequences. This allowed the construction of modulation codes whose free distance significantly exceeded the minimum distance between uncoded modulation signals, at the same information rate, bandwidth, and signal power. The term "trellis" is used because these schemes can be described by a state-transition (trellis) diagram similar to the trellis diagrams of binary convolutional codes. The difference is that in TCM schemes, the trellis branches are labeled with redundant nonbinary modulation signals rather than with binary code symbols.

The basic principles of TCM were published in 1982 [2]. Further descriptions followed in 1984 [3-6], and coincided with a rapid transition of TCM from the research stage to practical use. In 1984, a TCM scheme with a coding gain of 4 dB was adopted by the International Telegraph and Telephone Consultative Commit-

D0028

tee (CCITT) for use in new high-speed voiceband modems [5,7,8]. Prior to TCM, uncoded transmission at 9.6 kbit/s over voiceband channels was often considered as a practical limit for data modems. Since 1984, data modems have appeared on the market which employ TCM along with other improvements in equalization, synchronization, and so forth, to transmit data reliably over voiceband channels at rates of 14.4 kbit/s and higher. Similar advances are being achieved in transmission over other bandwidth-constrained channels. The common use of TCM techniques in such applications, as satellite [9-11], terrestrial microwave, and mobile communications, in order to increase throughput rate or to permit satisfactory operation at lower signal-to-noise ratios, can be safely predicted for the near future.

## Classical Error-Correction Coding

In classical digital communication systems, the functions of modulation and error-correction coding are separated. Modulators and demodulators convert an analog waveform channel into a discrete channel, whereas encoders and decoders correct errors that occur on the discrete channel.

In conventional multilevel (amplitude and/or phase) modulation systems, during each modulation interval the modulator maps $m$ binary symbols (bits) into one of $M = 2^m$ possible transmit signals, and the demodulator recovers the $m$ bits by making an independent $M$-ary nearest-neighbor decision on each signal received. Figure 1 depicts constellations of real- or complex-valued modulation amplitudes, henceforth called signal sets, which are commonly employed for one- or two-dimensional $M$-ary linear modulation. Two-dimensional carrier modulation requires a bandwidth of $1/T$ Hz around the carrier frequency to transmit signals at a modulation rate of $1/T$ signals/sec (baud) without intersymbol interference. Hence, two-dimensional $2^m$-ary modulation systems can achieve a spectral efficiency of about $m$ bit/sec/Hz. (The same spectral efficiency is obtained with one-dimensional $2^{m/2}$-ary baseband modulation.)

Conventional encoders and decoders for error correction operate on binary, or more generally Q-ary, code symbols transmitted over a discrete channel. With a code of rate $k/n < 1$, $n - k$ redundant check symbols are appended to every $k$ information symbols. Since the decoder receives only discrete code symbols, Hamming distance (the number of symbols in which two code sequences or blocks differ, regardless of how these symbols differ) is the appropriate measure of distance for decoding and hence for code design. A minimum Hamming distance $d_{min}^H$, also called "free Hamming distance" in the case of convolutional codes, guarantees that the decoder can correct at least $[(d_{min}^H - 1)/2]$ code-symbol errors. If low signal-to-noise ratios or non-stationary signal disturbance limit the performance of the modulation system, the ability to correct errors can justify the rate loss caused by sending redundant check symbols. Similarly, long delays in error-recovery procedures can be a good reason for trading transmission rate for forward error-correction capability.

Generally, there exist two possibilities to compensate for the rate loss: increasing the modulation rate if the channel permits bandwidth expansion, or enlarging the signal set of the modulation system if the channel is band-limited. The latter necessarily leads to the use of nonbinary modulation ($M > 2$). However, when modulation and error-correction coding are performed in the classical independent manner, disappointing results are obtained.

As an illustration, consider four-phase modulation (4-PSK) without coding, and eight-phase modulation (8-PSK) used with a binary error-correction code of rate 2/3. Both systems transmit two information bits per modulation interval (2 bit/sec/Hz). If the 4-PSK system operates at an error rate of $10^{-5}$, at the same signal-to-noise ratio the "raw" error rate at the 8-PSK demodulator exceeds $10^{-2}$ because of the smaller spacing between the 8-PSK signals. Patterns of at least three bit errors must be corrected to reduce the error rate to that of the uncoded 4-PSK system. A rate-2/3 binary convolutional code with constraint length $\nu = 6$ has the required value of $d_{min}^H = 7$ [12]. For decoding, a fairly complex 64-state binary Viterbi decoder is needed. However, after all this effort, error performance only breaks even with that of uncoded 4-PSK.

Two problems contribute to this unsatisfactory situation.

## Soft-Decision Decoding and Motivation for New Code Design

One problem in the coded 8-PSK system just described arises from the independent "hard" signal decisions made prior to decoding which cause an irreversible loss of information in the receiver. The remedy for this problem is soft-decision decoding, which means that the decoder operates directly on unquantized "soft" output samples of the channel. Let the samples be $r_n = a_n + w_n$ (real- or complex-valued, for one- or two-dimensional modulation, respectively), where the $a_n$ are the discrete signals sent by the modulator, and the $w_n$ represent samples of an additive white Gaussian noise process. The decision rule of the optimum sequence decoder is to



Amplitude modulation

2-AM

4-AM

8-AM

16-AM

Phase modulation

4-PSK      8-PSK      16-PSK

Amplitude/Phase modulation

16-QASK

32-CROSS

64-QASK

128-CROSS

*Fig. 1. Signal sets for one-dimensional amplitude modulation, and two-dimensional phase and amplitude/phase modulation.*

D0029

determine, among the set C of all coded signal sequences which a cascaded encoder and modulator can produce, the sequence {$\hat{a}_n$} with minimum squared Euclidean distance (sum of squared errors) from {$r_n$}, that is, the sequence {$\hat{a}_n$} which satisfies

$$| r_n - \hat{a}_n |^2 = \underset{\{\hat{a}_n\} \epsilon C}{Min} \sum | r_n - a_n |^2.$$

The Viterbi algorithm, originally proposed in 1967 [13] as an "asymptotically optimum" decoding technique for convolutional codes, can be used to determine the coded signal sequence {$\hat{a}_n$} closest to the received unquantized signal sequence {$r_n$} [12,14], provided that the generation of coded signal sequences {$a_n$}$\epsilon C$ follows the rules of a finite-state machine. However, the notion of "error-correction" is then no longer appropriate, since there are no hard-demodulator decisions to be corrected. The decoder determines the most likely coded signal sequence directly from the unquantized channel outputs.

The most probable errors made by the optimum soft-decision decoder occur between signals or signal sequences {$a_n$} and {$b_n$}, one transmitted and the other decoded, that are closest together in terms of squared Euclidean distance. The minimum squared such distance is called the squared "free distance:"

$$d_{free}^2 = \underset{\{a_n\} \neq \{b_n\}}{Min} \sum | a_n - b_n | \quad ; \quad \{a_n\}, \{b_n\} \, \epsilon \, C.$$

When optimum sequence decisions are made directly in terms of Euclidean distance, a second problem becomes apparent. Mapping of code symbols of a code optimized for Hamming distance into nonbinary modulation signals does not guarantee that a good Euclidean distance structure is obtained. In fact, generally one cannot even find a monotonic relationship between Hamming and Euclidean distances, no matter how code symbols are mapped.

For a long time, this has been the main reason for the lack of good codes for multilevel modulation. Squared Euclidean and Hamming distances are equivalent only in the case of binary modulation or four-phase modulation, which merely corresponds to two orthogonal binary modulations of a carrier. In contrast to coded multilevel systems, binary modulation systems with codes optimized for Hamming distance and soft-decision decoding have been well established since the late 1960s for power-efficient transmission at spectral efficiencies of less than 2 bit/sec/Hz.

The motivation of this author for developing TCM initially came from work on multilevel systems that employ the Viterbi algorithm to improve signal detection in the presence of intersymbol interference. This work provided him with ample evidence of the importance of Euclidean distance between signal sequences. Since improvements over the established technique of adaptive equalization to eliminate intersymbol interference and then making independent signal decisions in most cases did not turn out to be very significant, he turned his attention to using coding to improve performance. In this connection, it was clear to him that codes should be designed for maximum free Euclidean distance rather than Hamming distance, and that the redundancy

necessary for coding would have to come from expanding the signal set to avoid bandwidth expansion.

To understand the potential improvements to be expected by this approach, he computed the channel capacity of channels with additive Gaussian noise for the case of discrete multilevel modulation at the channel input and unquantized signal observation at the channel output. The results of these calculations [2] allowed making two observations: firstly, that in principle coding gains of about 7-8 dB over conventional uncoded multilevel modulation should be achievable, and secondly, that most of the achievable coding gain could be obtained by expanding the signal sets used for uncoded modulation only by the factor of two. The author then concentrated his efforts on finding trellis-based signaling schemes that use signal sets of size $2^{m+1}$ for transmission of m bits per modulation interval. This direction turned out to be successful and today's TCM schemes still follow this approach.

The next two sections illustrate with two examples how TCM schemes work. Whenever distances are discussed, Euclidean distances are meant.

## Four-State Trellis Code for 8-PSK Modulation

The coded 8-PSK scheme described in this section was the first TCM scheme found by the author in 1975 with a significant coding gain over uncoded modulation. It was designed in a heuristic manner, like other simple TCM systems shortly thereafter. Figure 2 depicts signal sets and state-transition (trellis) diagrams for a) uncoded 4-PSK modulation and b) coded 8-PSK modulation with four trellis states. A trivial one-state trellis diagram is shown in Fig. 2a only to illustrate uncoded 4-PSK from the viewpoint of TCM. Every connected path through a trellis in Fig. 2 represents an allowed signal sequence. In



Fig. 2. (a) Uncoded four-phase modulation (4-PSK), (b) Four-state trellis-coded eight-phase modulation (8-PSK).

both systems, starting from any state, four transitions can occur, as required to encode two information bits per modulation interval (2 bit/sec/Hz). For the following discussion, the specific encoding of information bits into signals is not important.

The four "parallel" transitions in the one-state trellis diagram of Fig. 2a for uncoded 4-PSK do not restrict the sequences of 4-PSK signals that can be transmitted, that is, there is no sequence coding. Hence, the optimum decoder can make independent nearest-signal decisions for each noisy 4-PSK signal received. The smallest distance between the 4-PSK signals is $\sqrt{2}$, denoted as $\Delta_0$. We call it the "free distance" of uncoded 4-PSK modulation to use common terminology with sequence-coded systems. Each 4-PSK signal has two nearest-neighbor signals at this distance.

In the four-state trellis of Fig. 2b for the coded 8-PSK scheme, the transitions occur in pairs of two parallel transitions. (A four-state code with four distinct transitions from each state to all successor states was also considered; however, the trellis as shown with parallel transitions permitted the achievement of a larger free distance.) Fig. 2b shows the numbering of the 8-PSK signals and relevant distances between these signals: $\Delta_0 = 2 \sin(\pi/8)$, $\Delta_1 = \sqrt{2}$, and $\Delta_2 = 2$. The 8-PSK signals are assigned to the transitions in the four-state trellis in accordance with the following rules:

a) Parallel transitions are associated with signals with maximum distance $\Delta_2(8\text{-PSK}) = 2$ between them, the signals in the subsets (0,4), (1,5), (2,6), or (3,7).
b) Four transitions originating from or merging in one state are labeled with signals with at least distance $\Delta_1(8\text{-PSK}) = \sqrt{2}$ between them, that is, the signals in the subsets (0,4,2,6) or (1,5,3,7).
c) All 8-PSK signals are used in the trellis diagram with equal frequency.

Any two signal paths in the trellis of Fig. 2(b) that diverge in one state and remerge in another after more than one transition have at least squared distance $\Delta_1^2 + \Delta_0^2 + \Delta_1^2 = \Delta_2^2 + \Delta_0^2$ between them. For example, the paths with signals 0-0-0 and 2-1-2 have this distance. The distance between such paths is greater than the distance between the signals assigned to parallel transitions, $\Delta_2(8\text{-PSK}) = 2$, which thus is found as the free distance in the four-state 8-PSK code: $d_{free} = 2$. Expressed in decibels, this amounts to an improvement of 3 dB over the minimum distance $\sqrt{2}$ between the signals of uncoded 4-PSK modulation. For any state transition along any coded 8-PSK sequence transmitted, there exists only one nearest-neighbor signal at free distance, which is the 180° rotated version of the transmitted signal. Hence, the code is invariant to a signal rotation by 180°, but to no other rotations (cf., Part II). Figure 3 illustrates one possible realization of an encoder-modulator for the four-state coded 8-PSK scheme.

Soft-decision decoding is accomplished in two steps: In the first step, called "subset decoding", within each subset of signals assigned to parallel transitions, the signal closest to the received channel output is determined. These signals are stored together with their squared distances to the channel output. In the second step, the Viterbi algorithm is used to find the signal path

through the code trellis with the minimum sum of squared distances from the sequence of noisy channel outputs received. Only the signals already chosen by subset decoding are considered.

Tutorial descriptions of the Viterbi algorithm can be found in several textbooks, for example, [12]. The essential points are summarized here as follows: assume that the optimum signal paths from the infinite past to all trellis states at time n are known; the algorithm extends these paths iteratively from the states at time n to the states at time n + 1 by choosing one best path to each new state as a "survivor" and "forgetting" all other paths that cannot be extended as the best paths to the new states; looking backwards in time, the "surviving" paths tend to merge into the same "history path" at some time n − d; with a sufficient decoding delay D (so that the randomly changing value of d is highly likely to be smaller than D), the information associated with a transition on the common history path at time n − D can be selected for output.

Let the received signals be disturbed by uncorrelated Gaussian noise samples with variance $\sigma^2$ in each signal dimension. The probability that at any given time the decoder makes a wrong decision among the signals associated with parallel transitions, or starts to make a sequence of wrong decisions along some path diverging for more than one transition from the correct path, is called the error-event probability. At high signal-to-noise ratios, this probability is generally well approximated by

$$Pr(e) \simeq N_{free} \bullet Q[d_{free}/(2\sigma)],$$

where Q(.) represents the Gaussian error integral

$$Q(x) = \frac{1}{\sqrt{2\pi}} \int_x^\infty exp(-y^2/2) dy,$$

and $N_{free}$ denotes the (average) number of nearest-neighbor signal sequences with distance $d_{free}$ that diverge at any state from a transmitted signal sequence, and remerge with it after one or more transitions. The above approximate formula expresses the fact that at high



Fig. 3. Illustrates an encoder for the four-state 8-PSK code.

D0031

signal-to-noise ratios the probability of error events associated with a distance larger then $d_{free}$ becomes negligible.

For uncoded 4-PSK, we have $d_{free} = \sqrt{2}$ and $N_{free} = 2$, and for four-state coded 8-PSK we found $d_{free} = 2$ and $N_{free} = 1$. Since in both systems free distance is found between parallel transitions, single signal-decision errors are the dominating error events. In the special case of these simple systems, the numbers of nearest neighbors do not depend on which particular signal sequence is transmitted.

Figure 4 shows the error-event probability of the two systems as a function of signal-to-noise ratio. For uncoded 4-PSK, the error-event probability is extremely well approximated by the last two equations above. For four-state coded 8-PSK, these equations provide a lower bound that is asymptotically achieved at high signal-to-noise ratios. Simulation results are included in Fig. 4 for the coded 8-PSK system to illustrate the effect of error events with distance larger than free distance, whose probability of occurrence is not negligible at low signal-to-noise ratios.

Figure 5 illustrates a noisy four-state coded 8-PSK signal as observed at complex baseband before sampling



*Fig. 5.  Noisy four-state coded 8-PSK signal at complex baseband with a signal-to-noise ratio of $E_s/N_0 = 12.6$ dB.*

in the receiver of an experimental 64 kbit/s satellite modem [9]. At a signal-to-noise ratio of $E_s/N_0 = 12.6$ dB ($E_s$: signal energy, $N_0$: one-sided spectral noise density), the signal is decoded essentially error-free. At the same signal-to-noise ratio, the error rate with uncoded 4-PSK modulation would be around $10^{-5}$.

In TCM schemes with more trellis states and other signal sets, $d_{free}$ is not necessarily found between parallel transitions, and $N_{free}$ will generally be an average number larger than one, as will be shown by the second example.

## Eight-State Trellis Code for Amplitude/Phase Modulation

The eight-state trellis code discussed in this section was designed for two-dimensional signal sets whose signals are located on a quadratic grid, also known as a lattice of type "$Z_2$". The code can be used with all of the signal sets depicted in Fig. 1 for amplitude/phase modulation. To transmit m information bits per modulation interval, a signal set with $2^{m+1}$ signals is needed. Hence, for m = 3 the 16-QASK signal set is used, for m = 4 the 32-CROSS signal set, and so forth. For any m, a coding gain of approximately 4 dB is achieved over uncoded modulation.

Figure 6 illustrates a "set partitioning" of the 16-QASK and 32-CROSS signal sets into eight subsets. The partitioning of larger signal sets is done in the same way. The signal set chosen is denoted by A0, and its subsets by D0, D1, . . . D7. If the smallest distance among the signals in A0 is $\Delta_0$, then among the signals in the union of the subsets D0,D4,D2,D6 or D1,D5,D3,D7 the minimum distance is $\sqrt{2} \ \Delta_0$, in the union of the subsets D0,D4; D2,D6; D1,D5; or D3,D7 it is $\sqrt{4} \ \Delta_0$, and within the individual subsets it is $\sqrt{8} \ \Delta_0$. (A conceptually similar partitioning of the 8-PSK signal set into smaller signal sets with increasing intra-set distances was implied in the example of coded 8-PSK. The fundamental importance



Error-event probability versus SNR ($E_s/N_0$):
- Uncoded 4-PSK
- 3 dB
- 0.5
- 4-state trellis-coded 8-PSK (Simulation)
- Channel capacity of 8-PSK ≈ 2 bit/sec/Hz
- Asympt. limit

*Fig. 4.  Error-event probability versus signal-to-noise ratio for uncoded 4-PSK and four-state coded 8-PSK.*

D0032

Signal sets: 16-QASK and 32-CROSS



*Fig. 6.   Set partitioning of the 16-QASK and 32-CROSS signal sets.*

of this partitioning for TCM codes will be explained in Part II.)

In the eight-state trellis depicted in Fig. 7, four transitions diverge from and merge into each state. To each transition, one of the subsets D0, . . . D7 is assigned. If A0 contains $2^{m+1}$ signals, each of its subsets will comprise $2^{m-2}$ signals. This means that the transitions shown in Fig. 7 in fact represent $2^{m-2}$ parallel transitions in the same sense as there were two parallel transitions in the coded 8-PSK scheme. Hence, $2^m$ signals can be sent from each state, as required to encode m bits per modulation interval.

The assignment of signal subsets to transitions satisfies the same three rules as discussed for coded 8-PSK, appropriately adapted to the present situation. The four transitions from or to the same state are always assigned either the subsets D0,D4,D2,D6 or D1,D5,D3,D7. This guarantees a squared signal distance of at least $2\Delta_0^2$ when sequences diverge and when they remerge. If paths remerge after two transitions, the squared signal distance is at least $1\Delta_0^2$ between the diverging transitions, and hence the total squared distance between such paths will be at least $6\Delta_0^2$. If paths remerge after three or more transitions, at least one intermediate transition contributes an additional squared signal distance $\Delta_0^2$, so the squared distance between sequences is at least $\sqrt{5}\ \Delta_0$.

Hence, the free distance of this code is $\sqrt{5}\ \Delta_0$. This is smaller than the minimum signal distance within the subsets D0, . . . D7, which is $\sqrt{8}\ \Delta_0$. For one particular code sequence D0-D0-D3-D6, Fig. 6 illustrates four error paths at distance $\sqrt{5}\ \Delta_0$ from that code sequence; all starting at the same state and remerging after three or four transitions. It can be shown that for any code

sequence and from any state along this sequence, there are four such paths, two of length three and two of length four. The most likely error events will correspond to these error paths, and will result in bursts of decision errors of length three or four.

The coding gains asymptotically achieved at high signal-to-noise ratios are calculated in decibels by

$$G_{c,u} = 10\ \log_{10}\ [(d_{free,c}^2/d_{free,u}^2)/E_{s,c}/E_{s,u})],$$

where $d_{free,c}^2$ and $d_{free,u}^2$ are the squared free distances, and $E_{s,c}$ and $E_{s,u}$ denote the average signal energies of the coded and uncoded schemes, respectively. When the signal sets have the same minimum signal spacing $\Delta_0$, $d_{free,c}^2/d_{free,u}^2 = 5$, and $E_{s,c}/E_{s,u} = 2$ for all relevant values of m. Hence, the coding gain is 10 $\log_{10}(5/2) \approx 4$ dB.

The number of nearest neighbors depends on the sequence of signals transmitted, that is $N_{free}$ represents an average number. This is easy to see for uncoded modulation, where signals in the center of a signal set have more nearest neighbors than the outer ones. For uncoded 16-QASK, $N_{free}$ equals 3. For eight-state coded 16-QASK, $N_{free}$ is around 3.75. In the limit of large "$Z_2^2$"-type signal sets, these values increase toward 4 and 16 for uncoded and eight-state coded systems, respectively.

## Trellis Codes of Higher Complexity

Heuristic code design and checking of code properties by hand, as was done during the early phases of the development of TCM schemes, becomes infeasible for codes with many trellis states. Optimum codes must then be found by computer search, using knowledge of the general structure of TCM codes and an efficient method to determine free distance. The search technique should also include rules to reject codes with improper or equivalent distance properties without having to evaluate free distance.

In Part II, the principles of TCM code design are outlined, and tables of optimum TCM codes given for one-, two-, and higher-dimensional signal sets. TCM encoder/modulators are shown to exhibit the following general structure: (a) of the m bits to be transmitted per encoder/modulator operation, $\tilde{m} \leq m$ bits are expanded into $\tilde{m} + 1$ coded bits by a binary rate-$\tilde{m}/(\tilde{m}+1)$ convolutional encoder; (b) the $\tilde{m} + 1$ coded bits select one of $2^{\tilde{m}+1}$ subsets of a redundant $2^{m+1}$-ary signal set; (c) the remaining $m-\tilde{m}$ bits determine one of $2^{m-\tilde{m}}$ signals within the selected subset.

## New Ground Covered by Trellis-Coded Modulation

TCM schemes achieve significant coding gains at values of spectral efficiency for which efficient coded-modulation schemes were not previously known, that is, above and including 2 bit/sec/Hz. Figure 8 shows the free distances obtained by binary convolutional coding with 4-PSK modulation for spectral efficiencies smaller than 2 bit/sec/Hz, and by TCM schemes with two-dimensional signal sets for spectral efficiencies equal to or larger than 2 bit/sec/Hz. The free distances of uncoded modulation at the respective spectral effi-



*Fig. 7.   Eight-state trellis code for amplitude/phase modulation with "$Z_2^2$"-type signal sets; $d_{free} = \sqrt{5}\ \Delta_0$.*

D0033



*Fig. 8. Free distance of binary convolutional codes with 4-PSK modulation, and TCM with a variety of two-dimensional modulation schemes, for spectral efficiencies from 2/3 to 6 bit/sec/Hz.*

ciencies are also depicted. The average signal energy of all signal sets is normalized to unity. Free distances are expressed in decibels relative to the value $d_{\text{free}}^2 = 2$ of uncoded 4-PSK modulation. The binary convolutional codes of rates 1/3, 1/2, and 3/4 with optimum Hamming distances are taken from textbooks, such as, [12]. The TCM codes and their properties are found in the code tables presented in Part II (largely reproduced from [2]).

All coded systems achieve significant distance gains with as few as 4, 8, and 16 code states. Roughly speaking, it is possible to gain 3 dB with 4 states, 4 dB with 8 states, nearly 5 dB with 16 states, and up to 6 dB with 128 or more states. The gains obtained with two-state codes usually are very modest. With higher numbers of states, the incremental gains become smaller. Doubling the number of states does not always yield a code with larger free distance. Generally, limited distance growth and increasing numbers of nearest neighbors, and neighbors with next-larger distances, are the two mechanisms that prevent real coding gains from exceeding the ultimate limit set by channel capacity. This limit can be characterized by the signal-to-noise ratio at which the channel capacity of a modulation system with a $2^{m+1}$-ary signal set equals m bit/sec/Hz [2] (see also Fig. 4).

## Conclusion

Trellis-coded modulation was invented as a method to improve the noise immunity of digital transmission systems without bandwidth expansion or reduction of data rate. TCM extended the principles of convolutional coding to nonbinary modulation with signal sets of arbitrary size. It allows the achievement of coding gains of 3–6 dB at spectral efficiencies equal to or larger than 2 bit/sec/Hz. These are the values at which one wants to operate on many band-limited channels. Thus, a gap in the theory and practice of channel coding has been closed.

## References

[1] G. Ungerboeck and I. Csajka, "On improving data-link performance by increasing the channel alphabet and introducing sequence coding," 1976 Int. Symp. Inform. Theory, Ronneby, Sweden, June 1976.

[2] G. Ungerboeck, "Channel coding with multilevel/phase signals," *IEEE Trans. Information Theory,* vol. IT-28, pp. 55–67, Jan. 1982.

[3] G. D. Forney, Jr., R. G. Gallager, G. R. Lang, F. M. Longstaff, and S. U. Qureshi, "Efficient modulation for band-limited channels," *IEEE Trans. Selected Areas in Comm.,* vol. SAC-2, pp. 632–647, Sept. 1984.

[4] L. F. Wei, "Rotationally invariant convolutional channel coding with expanded signal space—Part I: 180 degrees," *IEEE Trans. Selected Areas in Comm.,* vol. SAC-2, pp. 659–672, Sept. 1984.

[5] L. F. Wei, "Rotationally invariant convolutional channel coding with expanded signal space—Part II: nonlinear codes," *IEEE Trans. Selected Areas in Comm.,* vol. SAC-2, pp. 672–686, Sept. 1984.

[6] A. R. Calderbank and J. E. Mazo, "A new description of trellis codes," *IEEE Trans. Information Theory,* vol. IT-30, pp. 784–791, Nov. 1984.

[7] CCITT Study Group XVII, "Recommendation V.32 for a family of 2-wire, duplex modems operating on the general switched telephone network and on leased telephone-type circuits," Document AP VIII-43-E, May 1984.

[8] CCITT Study Group XVII, "Draft recommendation V.33 for 14400 bits per second modem standardized for use on point-to-point 4-wire leased telephone-type circuits," Circular No. 12, COM XVII/YS, Geneva, May 17, 1985.

[9] G. Ungerboeck, J. Hagenauer, and T. Abdel Nabi, "Coded 8-PSK experimental modem for the INTELSAT SCPC system," Proc. 7th Int. Conf. on Digital Satellite Communications (ICDS-7), pp. 299–304, Munich, May 12-16, 1986.

[10] R. J. F. Fang, "A coded 8-PSK system for 140-Mbit/s information rate transmission over 80-MHz nonlinear transponders," Proc. 7th Int. Conf. on Digital Satellite Communications (ICDS-7), pp. 305–313, Munich, May 12-16, 1986.

[11] T. Fujino, Y. Moritani, M. Miyake, K. Murakami, Y. Sakato, and H. Shiino, "A 120 Mbit/s 8PSK modem with soft-Viterbi decoding," Proc. 7th Int. Conf. on Digital Satellite Communications (ICDS-7), pp. 315–321, Munich, May 12-16, 1986.

[12] G. C. Clark and J. B. Cain, *Error-Correction Coding for Digital Communications,* Plenum Press, New York and London, 1981.

[13] A. J. Viterbi, "Error bounds for convolutional codes and an asymptotically optimum decoding algorithm," *IEEE Trans. Information Theory,* vol. IT-13, pp. 260–269, April 1967.

[14] G. D. Forney, Jr., "The Viterbi algorithm." *Proc. of the IEEE,* vol. 61, pp. 268–278, March 1973.

[15] G. Ungerboeck, "Trellis-coded modulation with redundant signal sets. Part II: State of the art," *IEEE Communications Magazine,* vol. 25, no. 2, Feb. 1987.

D0034

# EXHIBIT C

IEEE TRANSACTIONS ON INFORMATION THEORY, VOL. IT-33, NO. 4, JULY 1987

483

# Trellis-Coded Modulation with Multidimensional Constellations

LEE-FANG WEI, MEMBER, IEEE

*Abstract* —Trellis-coded modulation schemes using four-, eight-, or 16-dimensional constellations have a number of potential advantages over the usual two-dimensional schemes: a smaller constituent two-dimensional constellation, easier tolerance to phase ambiguities, and a better trade-off between complexity and coding gain. A number of such schemes are presented and evaluated. Starting with a variety of multidimensional lattices, we show how to select multidimensional constellations, how to partition them into subsets, how to construct trellis codes using those subsets, and how to map bits to constellation points. Simplifications of the Viterbi decoding algorithm are presented. We conclude that there are multidimensional trellis-coded modulation schemes that perform better for the same complexity than do two-dimensional schemes.

## I. Introduction

TRELLIS-CODED modulation schemes using two-dimensional (2D) constellations have been shown to improve the error performance of synchronous data links without sacrificing data rate or requiring more bandwidth [1]–[3]. In these schemes, to send $Q$ information bits in each signaling interval, a 2D constellation of $2^{Q+1}$ points is used. The constellation is partitioned into $2^{m+1}$ subsets with enlarged intrasubset minimum Euclidean distance. Of the $Q$ bits that arrive in each signaling interval, $m$ enter a rate-$m/m+1$ trellis encoder, and the resulting $m+1$ coded bits specify which subset is to be used. The remaining information bits specify which point from the selected subset is to be transmitted.

An eight-state nonlinear trellis code with 4-dB coding gain has now been adopted in the international CCITT standards V.32 for 9.6-kbit/s transmission over the switched telephone network and V.33 for 14.4-kbit/s transmission over private lines [2], [4], [5]. The 2D constellations used in those two standards are the 32-point cross constellation (32-CR) and the 128-point cross constellation (128-CR), respectively. The use of a nonlinear trellis code allows the scheme to be immune to the 90° phase ambiguities of those constellations [2], [6].

To improve the performance of the eight-state trellis code further, more states may be used. However, the returns are diminishing. The coding gain increases more slowly and the error coefficient (the multiplicity of minimum-Euclidean-distance error events) of the code starts to dominate performance.

Manuscript received August 9, 1985; revised September 23, 1986.
The author was with the Codex Corporation, Mansfield, MA 02048. He is now with AT&T Bell Laboratories, Crawford Hill Laboratory, Holmdel, NJ 07733, USA.
IEEE Log Number 8612409.

An inherent cost of these coded schemes is that the size of the 2D constellation is doubled over uncoded schemes. This is due to the fact that a redundant bit is added every signaling interval. Without that cost, the coding gain of those coded schemes would be 3 dB greater. Using a multidimensional ( > 2) constellation with a trellis code of rate $m/m+1$ can reduce that cost because fewer redundant bits are added for each 2D signaling interval [3]. For example, that cost is reduced to about 1.5 or 0.75 dB if four-dimensional (4D) or eight-dimensional (8D) constellations are used, respectively. Additional coding gain may also be derived from the multidimensional constellation itself [3], [7]–[12]. These observations motivated the investigation of trellis-coded modulation using multidimensional constellations.

Trellis-coded modulation schemes using 4D constellations have been reported in several papers [3], [13]–[15]. In both [3] and [15], the 4D constellation is taken from the 4D rectangular lattice. The 4D constellation is partitioned into 16 4D subsets with four times larger intrasubset minimum squared Euclidean distance (MSED). In [3], the partitioning of the 4D constellation is based on the partitioning of each constituent 2D constellation into four 2D subsets; each 4D subset is formed by concatenating a pair of 2D subsets. In [15], the partitioning of the 4D constellation is done algebraically without referring to the partitioning of the constituent 2D constellations. However, the results of the two partitionings are the same. Three of the $2Q$ information bits arriving in each block of two signaling intervals enter a rate-3/4 eight-state trellis encoder with a minimum free Hamming distance of four. The resulting four coded bits specify which 4D subset is to be used. The remaining information bits specify which point from the selected 4D subset is to be transmitted. The 4D constellation therefore has $2^{2Q+1}$ points. The mapping of coded bits to 4D subsets is such that the Hamming distance between any two different groups of four coded bits is proportional to the MSED between the two corresponding 4D subsets. The coding gain therefore is approximately 4.5 dB, which is a gain of 6 dB from the trellis code if the 4D constellation were not expanded from $2^{2Q}$ to $2^{2Q+1}$ points, less 1.5 dB due to that expansion.

Both references, however, did not address other issues such as error coefficient, phase ambiguities of constellation, and complexity. It was not clear whether those eight-state 4D trellis-coded modulation schemes performed better for the same complexity than did two-dimensional

0018-9448/87/0700-0483$01.00 ©1987 IEEE

D0035

484                                                      IEEE TRANSACTIONS ON INFORMATION THEORY, VOL. IT-33, NO. 4, JULY 1987

schemes. It was also not clear how to construct other multidimensional trellis-coded modulation schemes.

In this paper, a novel geometrical approach to partitioning multidimensional lattices into sublattices with enlarged intrasublattice MSED is described in Section II. The approach simplifies both the construction of multidimensional trellis-coded modulation schemes and the corresponding maximum-likelihood decoding. It therefore opens the door to extensive studies of trellis-coded modulation using various multidimensional lattices. The lattices considered are the 4D, 8D, and 16D rectangular lattices, the densest 4D lattice $D_4$, the densest 8D lattice $E_8$, and an 8D lattice which is the union of $E_8$ and a rotated version of $E_8$. This latter 8D lattice has not been used before and will be referred to as $DE_8$ ($D$ stands for double) in this paper. The partitioning of these lattices is based on the partitioning of their constituent 2D rectangular lattices. Further, the partitioning of a multidimensional lattice is done in an iterative manner. That is, the partitioning of a $2N$-dimensional lattice is based on the partitioning of the constituent $N$-dimensional lattices, which is in turn based on the partitioning of the constituent $N/2$-dimensional lattices. To make the resulting trellis-coded modulation schemes transparent to the phase ambiguities of a multidimensional lattice, the partitioning of the lattice into sublattices is also done such that each sublattice is rotationally invariant to as many phase ambiguities as possible.

In Section III, we show how to construct a finite multidimensional constellation from an infinite multidimensional lattice. The construction of the multidimensional constellation makes it possible to convert a complicated multidimensional constellation mapping into multiple simple constituent 2D constellation mappings. The size of the constituent 2D constellations and the peak-to-average power ratio (of the multidimensional constellation) are also reduced as a result of this construction process. Both the small size and small peak-to-average power ratio are desirable in a communication system where impairments other than additive Gaussian noise, such as linear or nonlinear distortion or phase jitter, are also present, of which voiceband data transmission is an example. With all of these desirable characteristics, the construction process leads the way to practical applications of multidimensional trellis-coded modulation. The partitioning of the multidimensional lattice underlies the partitioning of the multidimensional constellation.

Section IV is the main section of this paper. A number of trellis codes using various partitionings of various multidimensional constellations obtained in the previous two sections are presented. General principles for constructing those codes are discussed. The codes are evaluated in terms of their coding gain, error coefficient, transparency to phase ambiguities, size of constituent 2D constellations, peak-to-average power ratio, and complexity.

A simplified maximum-likelihood decoding algorithm is described in Section V. In that algorithm, the point in each multidimensional subset closest to a received multidimensional point is also found in an iterative manner, as in the partitioning of multidimensional lattices described in Section II. Section VI compares various trellis-coded modulation schemes using multidimensional or 2D constellations and concludes the paper.

## II. PARTITIONING OF MULTIDIMENSIONAL LATTICES

In this section, we show how a multidimensional lattice may be geometrically partitioned into sublattices with enlarged intrasublattice MSED, based iteratively on a partitioning of the constituent 2D lattices. We first give an example, showing how a 4D rectangular lattice with MSED $d_0^2$ may be partitioned into eight sublattices with MSED $4d_0^2$. We then give general principles for partitioning multidimensional lattices. Those principles are applied to partition the 4D, 8D, and 16D rectangular lattices, the densest 4D lattice $D_4$, the densest 8D lattice $E_8$, and a previously unused 8D lattice $DE_8$. These partitionings will be used in Section IV to construct trellis-coded modulation schemes. The relationships between the sublattices and known lattices such as $D_4$ and $E_8$ will also be noted and exploited.

To partition the 4D rectangular lattice with MSED $d_0^2$ into eight 4D sublattices with MSED $4d_0^2$, each constituent 2D rectangular lattice with MSED $d_0^2$ is first partitioned into two 2D families $A \cup B$ and $C \cup D$ with MSED $2d_0^2$, which are further partitioned into four 2D sublattices $A$, $B$, $C$, and $D$ with MSED $4d_0^2$, as shown in Fig. 1 (note that the infinite 2D rectangular lattices underlying the finite constellations of Figs. 1–3 are meant when those constellations are referred to in this section). Each 2D sublattice comprises those points designated by the same lower case letter.

Sixteen 4D types may then be defined, each corresponding to a concatenation of a pair of 2D sublattices, and denoted as $(A, A)$, $(A, B)$, $\cdots$, and $(D, D)$. The MSED of each 4D type is $4d_0^2$, the same as that of the constituent 2D sublattices. The 16 4D types may be grouped into eight 4D sublattices, denoted as $0, 1, \cdots$, and $7$, as shown in Table I. The grouping, while yielding only half as many 4D sublattices as 4D types, is done in a way which maintains the MSED of each 4D sublattice at $4d_0^2$. The advantages of grouping are that with fewer 4D sublattices, the construction of trellis codes using those sublattices is simplified, and the complexity of the corresponding maximum-likelihood decoding is reduced. Furthermore, note that the 4D sublattices of Table I are invariant under 180° rotation, while the 4D types are not. Therefore, the construction of rotationally invariant trellis codes using those sublattices does not need to consider 180° rotation and is thus simplified. The advantages of grouping will be even greater in the case of eight- or higher-dimensional lattices.

The MSED of the 4D sublattices is verified to be $4d_0^2$ as follows. The two first constituent 2D sublattices associated with the two 4D types in each 4D sublattice span a 2D family $A \cup B$ or $C \cup D$, and likewise for the two second constituent 2D sublattices associated with each 4D sublattice. Because the MSED of each 2D family is $2d_0^2$, the MSED of each 4D sublattice is $4d_0^2$.

WEI: TRELLIS-CODED MODULATION

485



NUMBER BENEATH EACH POINT: Z2n+i Z3n+i Z4n+i Z5n+i Z6n+i Z7n+i (i = 0 or 1)

Fig. 1. 192-point 2D constellation partitioned into four subsets.



NUMBER BENEATH EACH POINT  Z2n+i Z3n+i Z4n+i Z5n+i Z6n+i Z7n+i (i = 0,1,2,3)

Fig. 2. 160-point 2D constellation partitioned into four subsets.

The 4D sublattices are further grouped into two 4D families $\cup_{i=0}^{3} i$ and $\cup_{i=4}^{7} i$ with MSED $2d_0^2$. The two 4D families may be obtained from the two 2D families in the same way that we obtain 4D sublattices from 2D sublattices.

Before we proceed to describe the general partition principles, we clarify our terminology. A lattice is partitioned into families, subfamilies, and sublattices with (strictly) increasing MSED. Only the bottom level of a partitioning is referred to as sublattice. This level will be assigned to the state transition, or equivalently, specified by the output bits of a trellis code (see Section IV). The intermediate levels, if any, are named first as family, and then as subfamily. If there are more than two intermediate levels, then all the additional levels are referred to as subfamily. Each of these levels of a partitioning of a lattice will play a different role in our construction of trellis codes to be described in Section IV.

Associated with each partitioning of a $2N$-dimensional lattice are partitionings of its constituent $N$-dimensional and two-dimensional lattices into families, subfamilies, and sublattices with increasing MSED. The $2N$-, $N$-, and two-dimensional sublattices all have the same MSED. A $2N$-dimensional sublattice may be further partitioned into types and subtypes with the same MSED. Each $2N$-dimensional type is a concatenation of a pair of $N$-dimensional sublattices. Further, each $2N$-dimensional subtype is a concatenation of $N$ two-dimensional sublattices. The $2N$-dimensional type plays an important role in the partitioning of the $2N$-dimensional lattice into sublattices, and in the corresponding maximum-likelihood decoding to be described in Section V. The $2N$-dimensional subtype plays a role in the $2N$-dimensional constellation mapping to be described in Section IV.

486                                                                    IEEE TRANSACTIONS ON INFORMATION THEORY, VOL. IT-33, NO. 4, JULY 1987



NUMBER BENEATH EACH POINT: $Z3_{n+i}$ $Z4_{n+i}$ $Z5_{n+i}$ $Z6_{n+i}$ $Z7_{n+i}$ ( i = 0,1 )

Fig. 3.   192-point 2D constellation partitioned into eight subsets.

TABLE I
EIGHT-SUBLATTICE PARTITIONING OF 4D RECTANGULAR LATTICE

| 4D Sublattice (Subset) | $Y0_n$ | $I1_n$ | $I2'_n$ | $I3'_n$ | 4D Types | $Z0_n$ | $Z1_n$ | $Z0_{n+1}$ | $Z1_{n+1}$ |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $(A, A)$ | 0 | 0 | 0 | 0 |
|   | 0 | 0 | 0 | 1 | $(B, B)$ | 0 | 1 | 0 | 1 |
| 1 | 0 | 0 | 1 | 0 | $(C, C)$ | 1 | 0 | 1 | 0 |
|   | 0 | 0 | 1 | 1 | $(D, D)$ | 1 | 1 | 1 | 1 |
| 2 | 0 | 1 | 0 | 0 | $(A, B)$ | 0 | 0 | 0 | 1 |
|   | 0 | 1 | 0 | 1 | $(B, A)$ | 0 | 1 | 0 | 0 |
| 3 | 0 | 1 | 1 | 0 | $(C, D)$ | 1 | 0 | 1 | 1 |
|   | 0 | 1 | 1 | 1 | $(D, C)$ | 1 | 1 | 1 | 0 |
| 4 | 1 | 0 | 0 | 0 | $(A, C)$ | 0 | 0 | 1 | 0 |
|   | 1 | 0 | 0 | 1 | $(B, D)$ | 0 | 1 | 1 | 1 |
| 5 | 1 | 0 | 1 | 0 | $(C, B)$ | 1 | 0 | 0 | 1 |
|   | 1 | 0 | 1 | 1 | $(D, A)$ | 1 | 1 | 0 | 0 |
| 6 | 1 | 1 | 0 | 0 | $(A, D)$ | 0 | 0 | 1 | 1 |
|   | 1 | 1 | 0 | 1 | $(B, C)$ | 0 | 1 | 1 | 0 |
| 7 | 1 | 1 | 1 | 0 | $(C, A)$ | 1 | 0 | 0 | 0 |
|   | 1 | 1 | 1 | 1 | $(D, B)$ | 1 | 1 | 0 | 1 |

In general, the partitioning of a $2N$-dimensional lattice into families, subfamilies, and sublattices with increasing MSED may be done as follows. Suppose that the desired MSED of each $N$-dimensional sublattice is DIST. The first step is to partition its constituent $N$-dimensional lattices into families, subfamilies, and sublattices with increasing MSED. Each finer partitioning of the $N$-dimensional lattice increases the MSED by a factor of two, with

the MSED of each $N$-dimensional sublattice also equal to DIST. The second step is to form $2N$-dimensional types, each type corresponding to a concatenation of a pair of $N$-dimensional sublattices. The MSED of each $2N$-dimensional type is thus also DIST. Those $2N$-dimensional types are then grouped into $2N$-dimensional sublattices with the same MSED DIST, based on the $N$-dimensional subfamilies. To reduce the number of $2N$-dimensional sublattices,

D0038

we should group as many $2N$-dimensional types into a $2N$-dimensional sublattice as possible. Let us say that there are $M$ $N$-dimensional sublattices in each $N$-dimensional subfamily. Each $2N$-dimensional sublattice then comprises $M$ $2N$-dimensional types. The $M$ first constituent $N$-dimensional sublattices of the $M$ $2N$-dimensional types in each $2N$-dimensional sublattice span an $N$-dimensional subfamily, and likewise for the $M$ second constituent $N$-dimensional sublattices associated with each $2N$-dimensional sublattice.

Those $2N$-dimensional sublattices are further grouped into $2N$-dimensional subfamilies and families with decreasing MSED. Each grouping reduces the MSED by a factor of two. The $2N$-dimensional subfamilies or families with a certain MSED may be obtained from the $N$-dimensional subfamilies or families with the same MSED by following the same principles used earlier to obtain $2N$-dimensional sublattices.

To simplify the construction of rotationally invariant trellis codes using those sublattices, the grouping of $2N$-dimensional types into sublattices should be done in such a way that each sublattice is invariant under as many rotations as possible, each rotation corresponding to a phase ambiguity of the lattice. If it is not possible to make sublattices invariant to all rotations, then each rotation should at least take a sublattice into another sublattice.

The principles just described may be used iteratively to partition a multidimensional lattice based on a partitioning of the constituent 2D lattices. For example, using those principles, the 8D rectangular lattice with MSED $d_0^2$ may be partitioned into 16 8D sublattices with MSED $4d_0^2$, based iteratively on the partitioning of each constituent 2D rectangular lattice into four 2D sublattices $A$, $B$, $C$, and $D$ as shown in Figs. 1 and 2.

The partitioning of the 8D rectangular lattice is described in the following. The first and second constituent 2D rectangular lattices form a constituent 4D rectangular lattice. As in the example given earlier, this 4D rectangular

TABLE II
16-SUBLATTICE PARTITIONING OF 8D RECTANGULAR LATTICE

| 8D Sublattice (Subset) | $Y0_n$ | $I1_n$ | $I2_n$ | $I3_n$ | 8D Types |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | (0,0),(1,1),(2,2),(3,3) |
| 1 | 0 | 0 | 0 | 1 | (0,1),(1,0),(2,3),(3,2) |
| 2 | 0 | 0 | 1 | 0 | (0,2),(1,3),(2,0),(3,1) |
| 3 | 0 | 0 | 1 | 1 | (0,3),(1,2),(2,1),(3,0) |
| 4 | 0 | 1 | 0 | 0 | (4,4),(5,5),(6,6),(7,7) |
| 5 | 0 | 1 | 0 | 1 | (4,5),(5,4),(6,7),(7,6) |
| 6 | 0 | 1 | 1 | 0 | (4,6),(5,7),(6,4),(7,5) |
| 7 | 0 | 1 | 1 | 1 | (4,7),(5,6),(6,5),(7,4) |
| 8 | 1 | 0 | 0 | 0 | (0,4),(1,5),(2,6),(3,7) |
| 9 | 1 | 0 | 0 | 1 | (0,5),(1,4),(2,7),(3,6) |
| 10 | 1 | 0 | 1 | 0 | (0,6),(1,7),(2,4),(3,5) |
| 11 | 1 | 0 | 1 | 1 | (0,7),(1,6),(2,5),(3,4) |
| 12 | 1 | 1 | 0 | 0 | (4,0),(5,1),(6,2),(7,3) |
| 13 | 1 | 1 | 0 | 1 | (4,1),(5,0),(6,3),(7,2) |
| 14 | 1 | 1 | 1 | 0 | (4,2),(5,3),(6,0),(7,1) |
| 15 | 1 | 1 | 1 | 1 | (4,3),(5,2),(6,1),(7,0) |

TABLE III
32-SUBLATTICE PARTITIONING OF 4D RECTANGULAR LATTICE

| 4D Family | 4D Sub-family | 4D Sublattice (Subset) | $Y0_n$ | $I1_n$ | $I2_n$ | $I3'_n$ | $I4'_n$ | $I5_n$ | 4D Types |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (A,A) |
| | | | 0 | 0 | 0 | 0 | 0 | 1 | (B,B) |
| | | 1 | 0 | 0 | 0 | 0 | 1 | 0 | (C,C) |
| | | | 0 | 0 | 0 | 0 | 1 | 1 | (D,D) |
| | | 8 | 0 | 1 | 0 | 0 | 0 | 0 | (A,B) |
| | | | 0 | 1 | 0 | 0 | 0 | 1 | (B,A) |
| | | 9 | 0 | 1 | 0 | 0 | 1 | 0 | (C,D) |
| | | | 0 | 1 | 0 | 0 | 1 | 1 | (D,C) |
| | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | (E,E) |
| | | | 0 | 0 | 0 | 1 | 0 | 1 | (F,F) |
| | | 3 | 0 | 0 | 0 | 1 | 1 | 0 | (G,G) |
| | | | 0 | 0 | 0 | 1 | 1 | 1 | (H,H) |
| | | 10 | 0 | 1 | 0 | 1 | 0 | 0 | (E,F) |
| | | | 0 | 1 | 0 | 1 | 0 | 1 | (F,E) |
| | | 11 | 0 | 1 | 0 | 1 | 1 | 0 | (G,H) |
| | | | 0 | 1 | 0 | 1 | 1 | 1 | (H,G) |
| | 2 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | (A,C) |
| | | | 0 | 0 | 1 | 0 | 0 | 1 | (B,D) |
| | | 5 | 0 | 0 | 1 | 0 | 1 | 0 | (C,A) |
| | | | 0 | 0 | 1 | 0 | 1 | 1 | (D,B) |
| | | 12 | 0 | 1 | 1 | 0 | 0 | 0 | (A,D) |
| | | | 0 | 1 | 1 | 0 | 0 | 1 | (B,C) |
| | | 13 | 0 | 1 | 1 | 0 | 1 | 0 | (C,B) |
| | | | 0 | 1 | 1 | 0 | 1 | 1 | (D,A) |
| | 3 | 6 | 0 | 0 | 1 | 1 | 0 | 0 | (E,G) |
| | | | 0 | 0 | 1 | 1 | 0 | 1 | (F,H) |
| | | 7 | 0 | 0 | 1 | 1 | 1 | 0 | (G,E) |
| | | | 0 | 0 | 1 | 1 | 1 | 1 | (H,F) |
| | | 14 | 0 | 1 | 1 | 1 | 0 | 0 | (E,H) |
| | | | 0 | 1 | 1 | 1 | 0 | 1 | (F,G) |
| | | 15 | 0 | 1 | 1 | 1 | 1 | 0 | (G,F) |
| | | | 0 | 1 | 1 | 1 | 1 | 1 | (H,E) |
| 1 | 4 | 16 | 1 | 0 | 0 | 0 | 0 | 0 | (A,E) |
| | | | 1 | 0 | 0 | 0 | 0 | 1 | (B,F) |
| | | 17 | 1 | 0 | 0 | 0 | 1 | 0 | (C,G) |
| | | | 1 | 0 | 0 | 0 | 1 | 1 | (D,H) |
| | | 24 | 1 | 1 | 0 | 0 | 0 | 0 | (A,F) |
| | | | 1 | 1 | 0 | 0 | 0 | 1 | (B,E) |
| | | 25 | 1 | 1 | 0 | 0 | 1 | 0 | (C,H) |
| | | | 1 | 1 | 0 | 0 | 1 | 1 | (D,G) |
| | 5 | 18 | 1 | 0 | 0 | 1 | 0 | 0 | (E,C) |
| | | | 1 | 0 | 0 | 1 | 0 | 1 | (F,D) |
| | | 19 | 1 | 0 | 0 | 1 | 1 | 0 | (G,A) |
| | | | 1 | 0 | 0 | 1 | 1 | 1 | (H,B) |
| | | 26 | 1 | 1 | 0 | 1 | 0 | 0 | (E,D) |
| | | | 1 | 1 | 0 | 1 | 0 | 1 | (F,C) |
| | | 27 | 1 | 1 | 0 | 1 | 1 | 0 | (G,B) |
| | | | 1 | 1 | 0 | 1 | 1 | 1 | (H,A) |
| | 6 | 20 | 1 | 0 | 1 | 0 | 0 | 0 | (A,G) |
| | | | 1 | 0 | 1 | 0 | 0 | 1 | (B,H) |
| | | 21 | 1 | 0 | 1 | 0 | 1 | 0 | (C,E) |
| | | | 1 | 0 | 1 | 0 | 1 | 1 | (D,F) |
| | | 28 | 1 | 1 | 1 | 0 | 0 | 0 | (A,H) |
| | | | 1 | 1 | 1 | 0 | 0 | 1 | (B,G) |
| | | 29 | 1 | 1 | 1 | 0 | 1 | 0 | (C,F) |
| | | | 1 | 1 | 1 | 0 | 1 | 1 | (D,E) |
| | 7 | 22 | 1 | 0 | 1 | 1 | 0 | 0 | (E,A) |
| | | | 1 | 0 | 1 | 1 | 0 | 1 | (F,B) |
| | | 23 | 1 | 0 | 1 | 1 | 1 | 0 | (G,C) |
| | | | 1 | 0 | 1 | 1 | 1 | 1 | (H,D) |
| | | 30 | 1 | 1 | 1 | 1 | 0 | 0 | (E,B) |
| | | | 1 | 1 | 1 | 1 | 0 | 1 | (F,A) |
| | | 31 | 1 | 1 | 1 | 1 | 1 | 0 | (G,D) |
| | | | 1 | 1 | 1 | 1 | 1 | 1 | (H,C) |

D0039

488                                                                                              IEEE TRANSACTIONS ON INFORMATION THEORY, VOL. IT-33, NO. 4, JULY 1987

lattice with MSED $d_0^2$ is partitioned into two 4D families $\bigcup_{i=0}^{3} i$ and $\bigcup_{i=4}^{7} i$ with MSED $2d_0^2$. Each 4D family is further partitioned into four 4D sublattices 0, 1, 2, 3, or 4, 5, 6, 7, with MSED $4d_0^2$. A second constituent 4D rectangular lattice formed by the third and fourth constituent 2D rectangular lattices is similarly partitioned.

Sixty-four 8D types are then formed, each corresponding to a pair of 4D sublattices and denoted as $(0,0)$, $(0,1), \cdots$, and $(7,7)$. Using the general principles described earlier, those 64 8D types may be grouped into 16 8D sublattices with MSED $4d_0^2$ and denoted as 0, 1, $\cdots$, and 15, as shown in Table II. Those 16 8D sublattices may be further grouped into two 8D families $\bigcup_{i=0}^{7} i$ and $\bigcup_{i=8}^{15} i$ with MSED $2d_0^2$.

The advantages of grouping multidimensional types into sublattices are clear in this example. Without that grouping, the 8D rectangular lattice with MSED $d_0^2$ might have been partitioned into 256 sublattices with MSED $4d_0^2$, each sublattice being an 8D subtype formed by concatenating 2D sublattices of Figs. 1 or 2, and denoted as $(A, A, A, A)$, $(A, A, A, B), \cdots$, or $(D, D, D, D)$. The task of constructing a trellis code using those 256 sublattices and the corresponding maximum-likelihood decoding would be extremely difficult if not impossible.

There are other ways to partition the 8D rectangular lattice into 16 8D sublattices to give the same distance properties as the earlier partitioning. However, the earlier partitioning has the special property that each 8D sublattice is invariant under each rotation corresponding to a phase ambiguity (90°, 180°, or 270°) of the lattice. With that property, the construction of rotationally invariant trellis codes using those 8D sublattices does not need to consider such rotations and is much simplified.

Based on the earlier partitioning of the 8D rectangular lattice, it is straightforward to show that the 16D rectangular lattice with MSED $d_0^2$ may be partitioned into two families with MSED $2d_0^2$, and each family may be further partitioned into 16 sublattices with MSED $4d_0^2$.

To partition a multidimensional rectangular lattice with MSED $d_0^2$ into sublattices with MSED greater than $4d_0^2$, a partitioning of each constituent 2D rectangular lattice into more than four 2D sublattices should be used. Table III

gives a partitioning of the 4D rectangular lattice with MSED $d_0^2$ into 32 sublattices with MSED $8d_0^2$, based on an eight-sublattice partitioning of the 2D rectangular lattice shown in Fig. 3 (note that the rectangular lattice in the figure is rotated by 45°).

The relationships between the sublattices, subfamilies, and families of the 4D rectangular lattice shown in Tables I or III with the densest 4D lattice $D_4$ are now exploited. A translation of the 4D lattice $D_4$ may be defined as 4D sublattice 0 of Table I [3], [9]. With that definition of $D_4$, it is easy to see that each of the 4D sublattices, subfamilies, and families of Tables I or III may be interpreted as a translated, rotated, or scaled version of $D_4$. The partitioning of the 4D rectangular lattice may then be expressed as in Fig. 4. From that figure, we see that each time the intrasublattice (a $D_4$ lattice) MSED is doubled, the number of 4D sublattices is multiplied by four. Extensions to finer partitionings of the 4D rectangular lattice become obvious. Fig. 4 also says that a 4D lattice $D_4$ with MSED $2d_0^2$ may be partitioned into 16 sublattices with MSED $8d_0^2$, based on the eight-sublattice partitioning of its constituent 2D rectangular lattice shown in Fig. 3.

Similar relationships are exploited between the sublattices of the 8D rectangular lattice of Table II and the densest 8D lattice $E_8$. A translation of $E_8$ may be defined as 8D sublattice 0 of Table II [3], [6], [9]. With this definition of $E_8$, it is easy to see that other 8D sublattices of Table II are also translated or rotated versions of $E_8$. The partitioning of the 8D rectangular lattice of Table II may therefore be expressed as in Fig. 5, where it is also shown that each 8D family is the 8D lattice $D_8$ [9].

A finer partitioning of the 8D rectangular lattice with MSED $d_0^2$ into sublattices with MSED $8d_0^2$ will show that an 8D lattice $E_8$ with MSED $4d_0^2$ may be partitioned into 16 sublattices with MSED $8d_0^2$, based on the eight-sublattice partitioning of its constituent 2D rectangular lattice shown in Fig. 3. Each sublattice of $E_8$ can be shown to be another translated, rotated, or scaled version of $E_8$. The partitioning of $E_8$ is also shown in Fig. 5. From that figure, we see that each time the intrasublattice (an $E_8$ lattice) MSED is doubled, the number of 8D sublattices is multiplied by 16. Extensions to finer partitionings of the



Fig. 4.   Partitioning of 4D rectangular lattice.

D0040



Fig. 5. Partitioning of 8D rectangular lattice.

8D rectangular lattice or the densest 8D lattice $E_8$ become obvious.

Finally, we define an 8D lattice $DE_8$ as the union of an $E_8$ and a rotated version of that $E_8$. The $E_8$ is 8D sublattice 0 of Table II. Furthermore, the rotated version of that $E_8$ is obtained by rotating the third and fourth constituent 2D points of each 8D point in that $E_8$ by 90° clockwise, which is 8D sublattice 1 of Table II. (Such a lattice has not to our knowledge appeared previously in the coding literature.) The MSED of the lattice $DE_8$ is thus $2d_0^2$. This lattice may be partitioned into two 8D families with MSED $4d_0^2$. Each family is a version of $E_8$ which may be further partitioned into 16 sublattices with MSED $8d_0^2$. We will use $DE_8$ and this 32-sublattice partitioning in a later coded-modulation scheme.

## III. CONSTRUCTION OF MULTIDIMENSIONAL CONSTELLATIONS

To transmit $Q$ information bits per signaling interval using a $2N$-dimensional trellis code of rate $m/m+1$, a $2N$-dimensional constellation of $2^{NQ+1}$ points is needed. In this section, we show how to construct such finite constellations from various infinite $2N$-dimensional lattices.

For small values of $NQ+1$ and a communication system where additive Gaussian noise is the only impairment, the constellation may be constructed to keep the average power as small as possible. However, for large values of $NQ+1$ or a communication system where other impairments such as linear or nonlinear distortion or phase jitter are also present, of which voiceband data transmission is an example, it is important to construct the constellation so that 1) the complicated mapping between the $NQ+1$ bits and the $2N$-dimensional constellation may be converted to $N$ simple constituent 2D constellation mappings;

2) the size of the constituent 2D constellations is kept as small as possible; and 3) the peak-to-average power ratio is also kept as small as possible. The construction we give is similar to that used in [3] for transmitting a nonintegral number of bits per signaling interval in an uncoded scheme.

As we shall see, using this construction, the size of the constituent 2D constellations of a multidimensional constellation may be significantly smaller than that of a corresponding 2D trellis-coded modulation scheme. There is also essentially no penalty in peak-to-average power ratio from the use of a multidimensional constellation. With all of these desirable characteristics, the construction leads the way to practical applications of multidimensional trellis-coded modulation.

To appreciate the advantages of this construction, we will focus on the case where $Q$ is equal to seven (unless otherwise specified). Such a number of bits per signaling interval may be used in voiceband modems at data rates higher than 14.4 kbit/s.

To construct a 4D constellation of $2^{15}$ points from the 4D rectangular lattice, we first construct its constituent 2D constellations. Fig. 1 shows a 192-point 2D constellation partitioned into four subsets $A$, $B$, $C$, and $D$. The 2D constellation includes the 128-point cross constellation (128-CR) located within the boundary shown, which is typically used in an uncoded scheme for transmitting seven bits per signaling interval. Those 128 points are called inner points. The 2D constellation also includes an outer group of 64 points, half as many as in the inner group. The outer points are selected as close to the origin as possible while satisfying the following two requirements. First, each subset $A$, $B$, $C$, or $D$ has the same number of outer points. Second, if an outer point is rotated by 90°, 180°, or 270°, another outer point is obtained. The first requirement is necessary to convert the 4D constellation mapping into a pair of 2D constellation mappings. The second require-

ment preserves the symmetries of the lattice in the constellation. The two requirements should also be satisfied by the inner points, as 128-CR does.

The 4D constellation of $2^{15}$ points is then constructed by concatenating a pair of the 192-point 2D constellations, and excluding those 4D points whose corresponding pair of 2D points are both outer points. The average power of the 4D constellation may be determined as follows. For each constituent 192-point 2D constellation, the inner group is used three times as often as the outer group. The average power of the 4D constellation, which is also the average power of each constituent 192-point 2D constellation in this case, is thus $3/4$ times the average power of the inner points plus $1/4$ times the average power of the outer points. It is then straightforward to show that the average power of the 4D constellation is $28.0625d_0^2$. The peak power of the 4D constellation, which is also the peak power of the constituent 192-point 2D constellations, is $60.5d_0^2$. The peak-to-average power ratio of the 4D constellation is therefore 2.16, smaller than the peak-to-average power ratio, 2.33, of the 64-point 2D square constellation commonly used in an uncoded scheme for transmitting six bits per signaling interval.

The partitioning of the 4D rectangular lattice of Table I underlies the partitioning of this 4D constellation. From now on, for notational convenience, when we say that a constellation is of a certain type, we mean that the constellation is derived from a lattice of that type. For example, when we say a 4D rectangular constellation, we mean a 4D constellation derived from the 4D rectangular lattice. Furthermore, we will carry over the terminology used in the partitioning of a lattice, such as family, subfamily, type, and subtype, to the partitioning of a constellation derived from that lattice. The terminology "sublattice" will be replaced by "subset" to be consistent with previous work on partitioning 2D constellations.

In general, to transmit $Q$ information bits per signaling interval using a rate-$m/m+1$ trellis code with a $2N$-dimensional rectangular constellation, where $N$ is a power of two, the $2N$-dimensional constellation of $2^{NQ+1}$ points is constructed as follows. The first step is to obtain a constituent 2D rectangular constellation. The 2D constellation is divided into two groups, an inner group and an outer group. The number of points in the inner group is $2^Q$, the same as that in the corresponding uncoded scheme. The number of points in the outer group is $1/N$ of that in the inner group. The inner group is selected first from the rectangular lattice so that the average power of the inner group is kept as small as possible. The outer group is selected from the rest of the rectangular lattice so that the average power of the outer group is minimized. The inner and outer groups must satisfy two requirements: first, each subset, obtained by partitioning the 2D constellation in accordance with the partitioning of the $2N$-dimensional constellation as described in the last section, has the same number of points in each group as other subsets; and second, each group is invariant under 90°, 180°, and 270° rotations. (Note that when a 2D rectangular constellation

is partitioned into four subsets as in Fig. 1, satisfaction of the second requirement guarantees that the first requirement is also satisfied. However, this may not be the case when a 2D rectangular constellation is partitioned into more than four subsets.)

The $2N$-dimensional constellation of $2^{NQ+1}$ points is then constructed by concatenating $N$ such 2D constellations, and excluding those $2N$-dimensional points corresponding to more than one 2D outer point. There are $2^{NQ}$ $2N$-dimensional points comprising only 2D inner points and $2^{NQ}$ $2N$-dimensional points comprising one 2D outer point. For each constituent 2D constellation, the inner group is used $2N-1$ times as often as the outer group. The average power of the $2N$-dimensional constellation, which is also the average power of each constituent 2D constellation in this case, is thus $(2N-1)/2N$ times the average power of the inner points plus $1/2N$ times the average power of the outer points.

Following the general principles described, an 8D rectangular constellation of $2^{29}$ points may be constructed from the 160-point 2D constellation shown in Fig. 2. The 2D constellation is partitioned into four subsets $A$, $B$, $C$, and $D$ in accordance with the 16-subset partitioning of the 8D rectangular constellation (see Table II). The inner group is still 128-CR. The outer group has 32 points, only a quarter as many as in the inner group. The 8D constellation is formed by concatenating four such 160-point 2D constellations, and excluding those 8D points corresponding to more than one 2D outer point. The average power of this 8D constellation is $23.59375d_0^2$ with peak-to-average power ratio 2.14.

One advantage of using trellis coding with a multidimensional rectangular constellation instead of a 2D constellation becomes clear. It not only reduces the number of redundant bits but also reduces the size of the constituent 2D constellations. This is desirable especially when the size of the 2D constellation for the corresponding uncoded scheme, such as 128-CR, is already very large.

Using a multidimensional constellation has another advantage. It is easy to transmit a nonintegral number of information bits per signaling interval in such a constellation. Nonintegral numbers of bits per signaling interval poses a serious problem to any 2D modulation scheme. An unnecessarily large 2D constellation with a large peak-to-average power ratio is often required. This issue may be eliminated in a multidimensional constellation. For example, to transmit 7-1/4 information bits per signaling interval using a rate $m/m+1$ trellis code with an 8D rectangular constellation partitioned in accordance with Table II, the 8D constellation of $2^{30}$ points may be constructed from the 192-point 2D constellation of Fig. 1 as follows. A 4D constellation of $2^{15}$ points is first constructed from the 192-point 2D constellation of Fig. 1 as before. The 8D constellation of $2^{30}$ points is then formed by simply concatenating a pair of such 4D constellations. The average power and peak-to-average power ratio of this 8D constellation are $28.0625d_0^2$ and 2.16, respectively, the same as those of the constituent 4D constellations. The increase in

the average power of this 8D constellation from that of the previous 8D constellation of $2^{29}$ points is 0.75 dB, as one would expect based on the expectation that an additional information bit per signaling interval costs about an additional 3 dB of signal power [3]. Generalization of this example to other nonintegral numbers of bits or other multidimensional constellations will be reported in a companion paper.

In the remainder of this section, we shall briefly describe a few more multi-dimensional constellations to be used in the later coded modulation schemes. To partition a 4D rectangular constellation into 32 subsets as shown in Table III, each constituent 2D constellation is partitioned into eight subsets. Fig. 3 shows a 192-point 2D constellation with such a partitioning. The constellation happens to be the same as that of Fig. 1 except for a 45° rotation. A pair of such 2D constellations may be used to construct a 4D rectangular constellation of $2^{15}$ points with the same average power and peak-to-average power ratio as above.

A 16D rectangular constellation of $2^{57}$ points may be constructed from a 144-point 2D constellation with 128-CR as its inner group and only 16 points in its outer group. The average power of the 16D constellation can be shown to be $21.875d_0^2$ with peak-to-average power ratio 2.03.

In the case where a multidimensional constellation is derived from a nonrectangular lattice such as $D_4$, $E_8$, or $DE_8$, the construction of the nonrectangular constellation is slightly different from that of a rectangular constellation. The difference occurs because when the multidimensional nonrectangular constellation is constructed from its constituent 2D rectangular constellations, the concatenation of 2D points must be a valid point of the nonrectangular lattice.

With this difference, it can be shown that a 4D constellation $D_4$ of $2^{15}$ points may be constructed by concatenating a pair of 256-point 2D rectangular constellations. The 4D constellation has an average power $40.6875d_0^2$ and peak-to-average power ratio 1.93.

Similarly, a 320-point 2D rectangular constellation may be used to construct an 8D constellation $E_8$ of $2^{29}$ points with average power $47.133d_0^2$ and peak-to-average power ratio 2.17. The same 256-point 2D rectangular constellation used for the 4D constellation $D_4$ may be used to construct an 8D constellation $DE_8$ of $2^{29}$ points with the same average power and peak-to-average power ratio as for the 4D constellation $D_4$. Note that using an 8D constellation $DE_8$ rather than $E_8$ reduces both the size of the constituent 2D constellation and the average power of the 8D constellation.

## IV. TRELLIS-CODED MODULATION WITH MULTIDIMENSIONAL CONSTELLATIONS

To send $Q$ information bits per signaling interval using a rate-$m/m+1$ trellis code with a $2N$-dimensional constellation partitioned into $2^{m+1}$ subsets, $m$ of the $NQ$ information bits arriving in each block of $N$ signaling intervals enter the trellis encoder, and the resulting $m+1$ coded bits

specify which $2N$-dimensional subset is to be used. The remaining information bits specify which point from the selected $2N$-dimensional subset is to be transmitted.

In this section, we show how to construct rate-$m/m+1$ trellis codes with various partitionings of $2N$-dimensional constellations and how to select a point from a $2N$-dimensional subset; or, more generally, how to map the $NQ+1$ trellis-encoded or nontrellis-encoded bits into a $2N$-dimensional constellation. The $2N$-dimensional constellation mapping is converted to $N$ constituent 2D constellation mappings with the assistance of a bit converter and a block encoder.

A number of trellis codes have been constructed and evaluated in terms of coding gain, error coefficient, transparency to phase ambiguities, size of constituent 2D constellations, peak-to-average power ratio, and complexity. In particular, a 16-state code with a 4D rectangular constellation partitioned as in Table I is shown in Section IV-A. Section IV-B shows a 64-state code with an 8D rectangular constellation partitioned as in Table II. These two codes are optimal in the sense that, given the constellation and its partitioning, each code achieves both the largest possible coding gain and the smallest possible error coefficient with the smallest number of states. Both codes are transparent to all phase ambiguities (90°, 180°, and 270°) of their constellations.

To increase the coding gain further using a 4D rectangular constellation, a finer partitioning of the 4D constellation as shown in Table III should be used. Section IV-C shows a 64-state code with this partitioning of the 4D rectangular constellation. This is the smallest number of states that can be used to realize the larger coding gain promised by the finer partitioning of the 4D constellation. This 64-state code is also transparent to all phase ambiguities of the constellation.

In Section IV-D, we extend our study to other codes with 4D, 8D, and 16D rectangular constellations, $D_4$, $E_8$, and $DE_8$. Again, as in the previous section, we will focus on the case where the number $Q$ of information bits transmitted per signaling interval is seven unless otherwise specified. The seven information bits arriving in the current signaling interval $n$ are denoted as $I1_n, I2_n, \cdots,$ and $I7_n$.

### A. 16-State Code with 4D Rectangular Constellation

A rate-2/3, 16-state code with a 4D rectangular constellation of $2^{15}$ points is shown in Fig. 6. The 4D constellation is constructed from the 192-point 2D constellation of Fig. 1 as in the last section and is partitioned into eight subsets as in Table I. The three output bits $Y0_n$, $I1_n$, and $I2'_n$ of the trellis encoder are associated with the 4D subsets in accordance with Table I.

If we denote the current and next states of the trellis encoder as $W1_p W2_p W3_p W4_p$, $p = n$ and $n+2$, the trellis diagram is as shown in Fig. 7. The association of 4D subsets with the state transitions of Fig. 7 satisfies the following three requirements: 1) the 4D subsets associated

492    IEEE TRANSACTIONS ON INFORMATION THEORY, VOL. IT-33, NO. 4, JULY 1987



⊕  Exclusive OR

T  Signaling Interval

2T  Delay Element

Fig. 6.  16-state code with 4D rectangular constellation.



Fig. 7.  Trellis diagram of 16-state code of Fig. 6.

with the transitions leading from a state are different from each other and belong to the same 4D family $\bigcup_{i=0}^{3} i$ or $\bigcup_{i=4}^{7} i$ (see Section II), and likewise for the 4D subsets associated with the transitions leading to a state; 2) the MSED between two allowed sequences of 4D subsets corresponding to two distinct trellis paths is larger than $4d_0^2$, which is the MSED of each 4D subset; and 3) a one-to-one function $F$ that maps each state of the trellis encoder into another state may be defined so that the following statement is valid. Denote $X$ as the 4D subset associated with the transition from a current state $i$ to a next state $j$, and $Y$ as the 4D subset obtained when $X$ is rotated by 90° clockwise. Then $Y$ is associated with the transition from the current state $F(i)$ to the next state $F(j)$. The function $F$ for this code is

$$F:\ W1_p W2_p W3_p W4_p \rightarrow \overline{W1_p} W2_p \overline{W3_p} W4_p$$

where an overbar denotes inversion.

That the second requirement above is satisfied may be seen as follows. Referring to Fig. 7, for each current state $W1_n W2_n W3_n W4_n$, the four possible next states are $W3_n W4_n X1 X2$, where $X1 X2 = 00$, 01, 10, or 11. All transitions originating from even-numbered states (states with $W4_n$ equal to zero) are associated with 4D subsets from the first 4D family $\bigcup_{i=0}^{3} i$, while all transitions originating from odd-numbered states (states with $W4_n$ equal to one) are associated with 4D subsets from the second 4D family $\bigcup_{i=4}^{7} i$. Furthermore, if $Y$ is the 4D subset associated with the transition from a current state $W1_n W2_n W3_n W4_n$ to an even-numbered (or odd-numbered) next state, then $Y$ is also the 4D subset associated with the transition from the current state $W1_n W2_n \overline{W3_n} W4_n$ to an odd-numbered (or even-numbered) next state.

The first requirement guarantees that the MSED between any two allowed sequences of 4D points is $4d_0^2$. The coding gain of the code over the uncoded 128-CR therefore is

$$10 \log_{10} \left( \frac{4d_0^2}{28.0625d_0^2} \middle/ \frac{d_0^2}{20.5d_0^2} \right) = 4.66 \text{ dB},$$

where $28.0625d_0^2$ is the average power of the 4D constellation as determined in the last section, and $20.5d_0^2$ is the average power of 128-CR. This is also the largest possible coding gain that can be achieved with the partitioning of the 4D rectangular constellation of Table I. This coding gain may be viewed as the combination of a gain of 6.02 dB from the trellis code if the 4D constellation were not expanded from $2^{14}$ to $2^{15}$ points, and a loss of 1.36 dB due to that expansion. The expansion loss is less than the 3 dB loss of a 2D rate-$m/m+1$ trellis code, as promised by the use of a 4D constellation.

The second requirement above eliminates MSED error events which differ in more than one 4D point from a given sequence of 4D points. The error coefficient of the code is thus minimized to 24 per 4D point (equivalent to 12 per 2D point), which is the number of nearest neighbors to any point in the same 4D subset (a $D_4$ lattice). Taking into account the boundary effect of the finite constellation would reduce this value.

The third requirement guarantees that the code can be made transparent to all phase ambiguities (90°, 180°, and 270°) of the constellation. Since the same 4D subset is obtained when a 4D subset is rotated by 180°, the construction of the trellis code needs to take into account only 90° rotation. The 270° rotation is then taken care of automatically.

We now show how to map the three trellis-encoded bits and the remaining 12 non-trellis-encoded information bits into the 4D constellation. Referring to Table I, after using the three trellis-encoded bits to specify a 4D subset, a

fourth nontrellis-encoded information bit $I3'_n$ is used to specify a 4D type within the 4D subset. To make the scheme transparent to all phase ambiguities of the constellation, the association of the three trellis-encoded bits $Y0_n$, $I1_n$, and $I2'_n$, and the fourth uncoded bit $I3'_n$, with 4D types is done as follows. For each pattern $Y0_n I1_n I2'_n I3'_n$, denote $X$ as the associated 4D type. Denote $X1$, $X2$, and $X3$ as the 4D types obtained when the 4D type $X$ is rotated by 90°, 180°, and 270° clockwise, respectively. Denote $S3_1 S2_1$, $S3_2 S2_2$, and $S3_3 S2_3$ as the bit pairs obtained when the bit pair $I3'_n I2'_n$ is advanced by one, two, and three positions, respectively, in a circular sequence 00, 01, 10, 11. Then the 4D types associated with the bit patterns $Y0_n I1_n S2_1 S3_1$, $Y0_n I1_n S2_2 S3_2$, and $Y0_n I1_n S2_3 S3_3$ are $X1$, $X2$, and $X3$, respectively.

As a first step of the 4D constellation mapping, a bit converter converts the four bits $Y0_n$, $I1_n$, $I2'_n$, and $I3'_n$ into two pairs of selection bits, $Z0_n Z1_n$ and $Z0_{n+1} Z1_{n+1}$, which are used to select the pair of 2D subsets corresponding to the 4D type. With the correspondence between the bit pair $Z0_p Z1_p$ and 2D subsets $A$, $B$, $C$, and $D$ as shown in Table IV, the operation of the bit converter is shown in Table I.

TABLE IV
CORRESPONDENCE BETWEEN $Z0_p Z1_p$ AND FOUR 2D SUBSETS

| 2D Subset | $Z0_p Z1_p$ |
|---|---|
| A | 00 |
| B | 01 |
| C | 10 |
| D | 11 |

A 4D block encoder then takes three of the remaining eleven uncoded information bits, $I1_{n+1}$, $I2_{n+1}$, and $I3_{n+1}$, and generates two pairs of selection bits, $Z2_n Z3_n$ and $Z2_{n+1} Z3_{n+1}$ in accordance with Table V. Each of the bit pairs can assume any of the values 00, 01, or 10, but they cannot but assume the value 10. The first pair $Z2_n Z3_n$ will be used to select the inner group or outer group of the first selected 2D subset, and likewise for the second pair with respect to the second 2D subset. The inner group is organized into two halves. If the bit pair is 00, one-half of the inner group is selected; if the bit pair is 01, the other half of the inner group is selected; otherwise the outer group is selected.

TABLE V
4D BLOCK ENCODER

| $I1_{n+1}$ | $I2_{n+1}$ | $I3_{n+1}$ | $Z2_n$ | $Z3_n$ | $Z2_{n+1}$ | $Z3_{n+1}$ |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 0 | 1 | 1 | 0 | 1 | 1 | 0 |
| 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| 1 | 0 | 1 | 1 | 0 | 0 | 1 |
| 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| 1 | 1 | 1 | 0 | 1 | 0 | 1 |

There are 16 2D points in the outer group or in either half of the inner group of a 2D subset, and eight uncoded

information bits remain for selecting from among those 2D points. Those eight bits are taken in two groups of four bits each and are renamed as $Z4_p Z5_p Z6_p Z7_p$, $p = n$ and $n + 1$. The first group $Z4_n Z5_n Z6_n Z7_n$ is used to select a 2D point from the previously selected outer group or the selected half of the inner group of the first 2D subset, and likewise for the second group $Z4_{n+1} Z5_{n+1} Z6_{n+1} Z7_{n+1}$.

To make the scheme transparent to all phase ambiguities of the constellation, the association of the bit group $Z2_p Z3_p Z4_p Z5_p Z6_p Z7_p$, $p = n$ or $n + 1$, with 2D points should be such that the same bit pattern of the group is associated with each of the four 2D points which can be obtained from each other through 90° rotations. In Fig. 1, each point in subset $A$ is associated with a bit pattern of $Z2_p Z3_p Z4_p Z5_p Z6_p Z7_p$. The bit pattern associated with points in other subsets can be obtained by following the above rule.

To summarize, the bit converter and the 4D block encoder take the three trellis-encoded bits and the 12 remaining uncoded information bits and produce two groups of eight selection bits each, $Z2_p Z3_p Z4_p Z5_p Z6_p Z7_p Z0_p Z1_p$, $p = n$ and $n + 1$. The first group is then used to address a 2D mapping table to obtain a first 2D point. The table may be constructed from Fig. 1 and Table IV. The second group addresses the same 2D mapping table to obtain the second 2D point. The 4D point corresponding to the pair of 2D points is the one selected for transmission.

That the scheme is transparent to all the phase ambiguities of the constellation may be seen as follows. If we translate a sequence of the bit pairs $I3'_n I2'_n$ appearing at the inputs of the trellis encoder and the bit converter all by the same number of positions, one, two, or three, in a circular sequence, 00, 01, 10, 11, then the sequence of 2D points produced by the 4D constellation mapping procedure will be rotated by 90°, 180°, and 270° clockwise, respectively. Therefore, a differential encoder of the form

$$I3'_n I2'_n = (I3'_{n-2} I2'_{n-2} + I3_n I2_n) \bmod 100_{\text{base2}}$$

in Fig. 6 and a corresponding differential decoder of the form

$$I3_n I2_n = (I3'_n I2'_n - I3'_{n-2} I2'_{n-2}) \bmod 100_{\text{base2}}$$

at the output of the trellis decoder will remove all the phase ambiguities of the constellation.

Two general principles in constructing a trellis code with a multidimensional constellation are extracted here. The first principle says that the intersubset MSED of the multidimensional subsets associated with transitions originating from each state of the trellis encoder should be kept as large as possible, and likewise for the multidimensional subsets associated with transitions leading to each state. This principle is also used in [1] for constructing a 2D trellis code.

The second principle says that for each of those phase ambiguities of the constellation such that the multidimensional subsets are not invariant under the corresponding

494    IEEE TRANSACTIONS ON INFORMATION THEORY, VOL. IT-33, NO. 4, JULY 1987

rotations, it should be possible to define a one-to-one function $F$ which maps each state of the trellis encoder into another state so that the following statement is valid. Let $X$ be the multidimensional subset associated with the transition from a current state $i$ to a next state $j$. Let $Y$ be the multidimensional subset obtained when $X$ is rotated by a number of degrees corresponding to that phase ambiguity. Then $Y$ is the multidimensional subset associated with the transition from the current state $F(i)$ to the next state $F(j)$. The second principle is also used in [2] for constructing a rotationally invariant 2D trellis code.

### B. 64-State Code with 8D Rectangular Constellation

A rate-3/4, 64-state code with an 8D rectangular constellation of $2^{29}$ points is shown in Fig. 8. The 8D constellation is constructed from the 160-point 2D constellation of Fig. 2 as in the last section and is partitioned into sixteen subsets as in Table II. The association of the four trellis-encoded bits $Y0_n$, $I1_n$, $I2_n$, and $I3_n$ with the 8D subsets is also shown in Table II.



Fig. 8.    64-state code with 8D rectangular constellation.

The association of the 8D subsets with the state transitions of the trellis code satisfies the first general principle described at the end of the last subsection. Therefore the MSED between two allowed sequences of 8D points is

$4d_0^2$, and the coding gain over the uncoded 128-CR is

$$10\log_{10}\left(\frac{4d_0^2}{23.59375d_0^2}\bigg/\frac{d_0^2}{20.5d_0^2}\right) = 5.41 \text{ dB}$$

where $23.59375d_0^2$ is the average power of the 8D constellation as determined in the last section. This is also the largest possible coding gain that can be achieved with the partitioning of the 8D rectangular constellation of Table II. This coding gain may be segregated into two parts, a gain of 6.02 dB from the trellis code if the 8D constellation were not expanded from $2^{28}$ to $2^{29}$ points, and a loss of 0.61 dB due to that expansion. This expansion loss is less than the 1.36 dB loss for the 4D code in the last subsection.

There is no need to consider any of the phase ambiguities (90°, 180°, and 270°) of the 8D rectangular constellation in the construction of a rotationally invariant trellis code with the partitioning of the constellation of Table II because each 8D subset is invariant under rotations corresponding to those phase ambiguities.

The association of the 8D subsets with the state transitions also meets the following requirement. The MSED between two valid sequences of 8D subsets corresponding to two distinct trellis paths is larger than $4d_0^2$, which is the MSED of each 8D subset. The error coefficient of the code is thus minimized to 240 per 8D point (equivalent to 60 per 2D point), which is the number of nearest neighbors to any point in the same 8D subset (an $E_8$ lattice).

Referring to Fig. 8, after an 8D subset is selected by the four trellis-encoded bits, another four nontrellis-encoded information bits $I4_n$, $I5_n$, $I6'_n$, and $I7'_n$ are used to select an 8D subtype within the 8D subset (see Section II). To make the scheme transparent to all phase ambiguities of the constellation, the association of the four uncoded information bits with the 8D subtypes meets the following requirement. For each 8D subset, let $X$ be the 8D subtype associated with a bit pattern of $I4_n I5_n I6'_n I7'_n$. Let $X1$, $X2$, and $X3$ be the 8D subtypes obtained when $X$ is rotated by 90°, 180°, and 270° clockwise, respectively. Denote $S6_1 S7_1$, $S6_2 S7_2$, and $S6_3 S7_3$ as the bit pairs obtained when the bit pair $I6'_n I7'_n$ is advanced by one, two, and three positions, respectively, in a circular sequence 00, 01, 10, 11. Then the 8D subtypes associated with the bit patterns $I4_n I5_n S6_1 S7_1$, $I4_n I5_n S6_2 S7_2$, and $I4_n I5_n S6_3 S7_3$ are $X1$, $X2$, and $X3$, respectively. The 8D subtype selection procedure shown in Fig. 9 meets the above requirement.

To map the four trellis-encoded bits and the 25 remaining nontrellis-encoded information bits into the 8D constellation, a bit converter and an 8D block encoder are used to convert those 29 bits into four groups of eight selection bits each, $Z2_p Z3_p Z4_p Z5_p Z6_p Z7_p Z0_p Z1_p$, $p = n$, $n+1$, $n+2$, and $n+3$. Each group is then used to address the same 2D mapping table to obtain a 2D point. The 8D point corresponding to those four 2D points is the one selected for transmission. The 2D mapping table may be constructed from Fig. 2 and Table IV. In Fig. 2, the same six-bit value is associated with each of the four points

STEP 1:
USE $YO_n$ $I1_n$ $I2_n$ $I3_n$ TO OBTAIN AN 8D SUBTYPE

| $YO_n$ | $I1_n$ | $I2_n$ | $I3_n$ | 8D SUBTYPE |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | (A A A A) |
| 0 | 0 | 0 | 1 | (A A C C) |
| 0 | 0 | 1 | 0 | (A A A B) |
| 0 | 0 | 1 | 1 | (A A C D) |
| 0 | 1 | 0 | 0 | (A C A C) |
| 0 | 1 | 0 | 1 | (A C C B) |
| 0 | 1 | 1 | 0 | (A C A D) |
| 0 | 1 | 1 | 1 | (A C C A) |
| 1 | 0 | 0 | 0 | (A A A C) |
| 1 | 0 | 0 | 1 | (A A C B) |
| 1 | 0 | 1 | 0 | (A A A D) |
| 1 | 0 | 1 | 1 | (A C A A) |
| 1 | 1 | 0 | 0 | (A C C C) |
| 1 | 1 | 0 | 1 | (A C C C) |
| 1 | 1 | 1 | 0 | (A C A B) |
| 1 | 1 | 1 | 1 | (A C C D) |

STEP 2:
ROTATE THE $\begin{Bmatrix} \text{3RD \& 4TH} \\ \text{2ND \& 4TH} \\ \text{2ND \& 3RD} \end{Bmatrix}$ 2D SUBSETS OF THE 8D SUBTYPE BY 180° IF $I4_n I5_n = \begin{Bmatrix} 01 \\ 10 \\ 11 \end{Bmatrix}$

STEP 3:
ROTATE ALL FOUR 2D SUBSETS OF THE 8D SUBTYPE OBTAINED IN STEP 2 BY
$\begin{Bmatrix} 90° \\ 180° \\ 270° \end{Bmatrix}$ CLOCKWISE IF $I6'_n I7'_n = \begin{Bmatrix} 01 \\ 10 \\ 11 \end{Bmatrix}$

Fig. 9.   8D subtype selection procedure for 64-state code of Fig. 8.

which can be obtained from each other through 90° rotations.

The table for the bit converter can be obtained from Fig. 9 and Table IV. The operation of the 8D block encoder is shown in Fig. 10. It takes nine uncoded information bits and generates four groups of three selection bits each. Each bit group can assume any of the values 000, 001, 010, 011, and 100, but at most one of the bit groups can assume the value 100. Each bit group is used to select the inner or outer group of points of a 2D subset corresponding to the previously selected 8D subtype. If the value of the bit group is 000, 001, 010, or 011, a quarter of the inner group of points is selected; if it is 100, the outer group of points is selected.

The differential encoder in Fig. 8 has the form

$$I6'_n I7'_n = (I6'_{n-4} I7'_{n-4} + I6_n I7_n) \bmod 100_{\text{base2}}.$$

It is straightforward to show that the scheme in Fig. 8 is transparent to all phase ambiguities of the constellation.

### C. 64-State Code with 4D Rectangular Constellation

To increase the coding gain further using a 4D rectangular constellation, a finer partitioning of the 4D constellation as shown in Table III should be used. A rate-4/5, 64-state code with a 4D rectangular constellation of $2^{15}$ points is shown in Fig. 11. The 4D constellation is constructed from the 192-point 2D constellation of Fig. 3 as in the last section. The association of the five trellis-encoded bits $YO_n$, $I1_n$, $I2_n$, $I3'_n$, and $I4'_n$, and a sixth nontrellis-encoded information bit, $I5_n$, with the 4D types is shown in Table III. The 4D constellation mapping is converted into a pair of constituent 2D constellation mappings in a manner similar to that in the previous two subsections.

The MSED between two allowed sequences of 4D points of this code may be derived from the trellis diagram of the code. The trellis diagram satisfies the first general principle described in Section IV-A. The MSED of the code therefore is at least $4d_0^2$. For each current state $W1_n W2_n W3_n$ $W4_n W5_n W6_n$, the sixteen possible next states are $W5_n W6_n$ $X1 X2 X3 X4$ where $X1$, $X2$, $X3$, and $X4$ are binary variables. All the transitions originating from even-numbered states (states with $W6_n$ equal to 0) are associated with 4D subsets from 4D family 0 (see Table III). All the transitions originating from odd-numbered states (states with $W6_n$ equal to one) are associated with 4D subsets from 4D family 1. Denote $Y$ as the 4D subset associated with the transition from a current state $W1_n W2_n W3_n W4_n W5_n W6_n$ to a next state $W5_n W6_n X1 X2 X3 X4$. Then $Y$ and the three 4D subsets associated with the transitions from the current state $W1_n W2_n W3_n W4_n W5_n W6_n$ to the three next states $W5_n W6_n X5 X6 X3 X4$, where $X5$ and $X6$ are binary variables and $X5 X6$ is not equal to $X1 X2$, all belong to the same 4D subfamily (see Table III). Furthermore, if $Y$ is the 4D subset associated with the transition from a current state $W1_n W2_n W3_n W4_n W5_n W6_n$ to an even-numbered (or odd-numbered) next state, then for each of the four values of a bit pair $X1 X2$, $Y$ is also the 4D subset associated with the transition from the current state $W1_n W2_n X1 X2 \overline{W5_n}$ $W6_n$ to an odd-numbered (or even-numbered) next state.

| $I1_{n+1} I2_{n+1} I3_{n+1}$ | $Z2_n Z3_n Z4_n$ | $Z2_{n+1} Z3_{n+1} Z4_{n+1}$ | $Z2_{n+2} Z3_{n+2} Z4_{n+2}$ | $Z2_{n+3} Z3_{n+3} Z4_{n+3}$ |
|---|---|---|---|---|
| 0 X X | 0 $I2_{n+1} I3_{n+1}$ | 0 $I4_{n+1} I5_{n+1}$ | 0 $I6_{n+1} I7_{n+1}$ | 0 $I1_{n+2} I2_{n+2}$ |
| 1 0 0 | 1 0 0 | 0 $I4_{n+1} I5_{n+1}$ | 0 $I6_{n+1} I7_{n+1}$ | 0 $I1_{n+2} I2_{n+2}$ |
| 1 0 1 | 0 $I4_{n+1} I5_{n+1}$ | 1 0 0 | 0 $I6_{n+1} I7_{n+1}$ | 0 $I1_{n+2} I2_{n+2}$ |
| 1 1 0 | 0 $I4_{n+1} I5_{n+1}$ | 0 $I6_{n+1} I7_{n+1}$ | 1 0 0 | 0 $I1_{n+2} I2_{n+2}$ |
| 1 1 1 | 0 $I4_{n+1} I5_{n+1}$ | 0 $I6_{n+1} I7_{n+1}$ | 0 $I1_{n+2} I2_{n+2}$ | 1 0 0 |

Fig. 10.   8D block encoder.



Fig. 11.   64-state code with 4D rectangular constellation.

The above statements together guarantee that the MSED of the code is at least $5d_0^2$. Since there exists an error event with a squared Euclidean distance $5d_0^2$, the coding gain of this code over the uncoded 128-CR is 5.63 dB. This coding gain may be segregated into two parts, a gain of 6.99 dB from the trellis code if the 4D constellation were not expanded from $2^{14}$ to $2^{15}$ points, and a loss of 1.36 dB due to that expansion. With some straightforward calculation, the error coefficient of the code may be shown to be 144 per 4D point, equivalent to 72 per 2D point.

Since the 4D subsets are not invariant under any of the rotations corresponding to the three phase ambiguities of the constellation, three one-to-one functions $F1$, $F2$, and $F3$, which map each state of the trellis encoder into another state and correspond to 90°, 180°, and 270° rotations, respectively, are needed as required by the second general principle of Section IV-A. Those three functions are defined as follows:

$$F1: W1_p W2_p W3_p W4_p W5_p W6_p \rightarrow \overline{W1_p} W2_p X3 W4_p X5 W6_p$$

$$F2: W1_p W2_p W3_p W4_p W5_p W6_p \rightarrow W1_p W2_p \overline{W3_p} W4_p W5_p W6_p$$

$$F3: W1_p W2_p W3_p W4_p W5_p W6_p \rightarrow \overline{W1_p} W2_p Y3 W4_p Y5 W6_p$$

where

$$X3 X5 = (W3_p W5_p + 01) \bmod{}_{\text{base2}}$$

and

$$Y3 Y5 = (W3_p W5_p + 11) \bmod{}_{\text{base2}}.$$

The differential encoder of Fig. 11 is the same as that of Fig. 6 except that its input and output bit pairs are now named as $I4_n I3_n$ and $I4'_n I3'_n$ rather than $I3_n I2_n$ and $I3'_n I2'_n$, respectively.

### D. Extensions

The number of states of the 16-state 4D code of Section IV-A or 64-state 8D code of Section IV-B may be reduced without sacrificing the coding gain, but the error coefficient is increased. For example, a 32-state code with the same partitioning of the 8D rectangular constellation as in Section IV-B can provide 5.41 dB coding gain, the same as the 64-state code of that subsection, but its error coefficient is 124 per 2D point, compared to 60 for the 64-state code. The smallest number of states required for a code with the same partitioning of the 4D rectangular constellation of Section IV-A to provide 4.66 dB coding gain is eight, the same as the number of 4D subsets of that partitioning. The smallest number of states required for a code with the partitioning of the 8D rectangular constellation of Section IV-B to provide 5.41 dB coding gain is 16, again the same as the number of 8D subsets of the partitioning.

Given the partitioning of the 4D or 8D rectangular constellation of Section IV-A or -B, it is impossible to increase the coding gain further or reduce the error coefficient of the 16-state or 64-state code of those two subsections. With a finer partitioning of the 4D or 8D rectangular constellation based on the same partitioning of the constituent 2D constellations, however, it becomes possible to reduce the error coefficient further by increasing the

D0048

number of states. For example, a 32-state code with the 4D rectangular constellation partitioned into 16 subsets, each subset corresponding to a 4D type of Table I, can provide 4.66 dB coding gain, the same as that of the 16-state code of Section IV-A, but the error coefficient is four per 2D point, less than the 12 of the 16-state code and the same as that for the uncoded 128-CR. Note that this kind of partitioning of a multidimensional lattice may be easily derived from a coarser partitioning of the same lattice obtained by following the principles described in Section II.

To increase further the coding gain of the 16-state or 64-state code of Sections IV-A or -B, a finer partitioning of the 4D or 8D constellation based on a finer partitioning of the constituent 2D constellations should be used. The 64-state code of Section IV-C is an example. Note that the number of states of that code cannot be reduced without sacrificing the coding gain. On the other hand, the coding gain can be further increased, or the error coefficient reduced, using the same partitioning of the 4D rectangular constellation as in Section IV-C, if the number of states is increased beyond 64. The upper limit on the coding gain in this case is 7.67 dB, and the lower limit on the error coefficient in the case of 7.67 dB coding gain is 12 per 2D point.

With a 16D rectangular constellation of $2^{57}$ points constructed from a 144-point 2D constellation and partitioned into 32 subsets as in the previous sections, it can be shown that a 32-state code can be constructed to achieve a MSED of $4d_0^2$. The coding gain of this code over the uncoded 128-CR is 5.74 dB. This is also the largest possible coding gain that can be achieved with the 32-subset partitioning of the 16D rectangular constellation. This coding gain may be segregated into two parts, a gain of 6.02 dB from the trellis code if the 16D constellation were not expanded from $2^{56}$ to $2^{57}$ points, and a loss of 0.28 dB due to that expansion. This expansion loss is only 0.33 dB less than that for the 8D code of Section IV-B. The error coefficient of this code is larger than 1000 per 2D point. This number can be reduced to 412 if the number of states is increased to 128. The lower limit on the error coefficient using the 32-subset partitioning of the 16D constellation is 284 per 2D point, which is 1/8 the number (2272) of nearest neighbors to any point in the same 16D subset.

Trellis codes using an 8D constellation $E_8$ of $2^{29}$ points constructed from a 320-point 2D constellation and partitioned into 16 subsets as in the previous sections are described next. Although the partitioning of $E_8$ is such that there is no 8D family in between the constellation and the 8D subsets (see Fig. 5), we group the 16 8D subsets into two equal-sized 8D families in an arbitrary manner. The intrafamily MSED is the same as the MSED of the constellation. Now note that the distance relationship between an 8D family and its eight subsets of the constellation $E_8$ is identical to that between an 8D family and its eight subsets of the 8D rectangular constellation partitioned in accordance with Table II. Since the construction of a trellis code with that partitioning of the 8D

rectangular constellation does not depend on the interfamily MSED, all the trellis codes constructed for the 8D rectangular constellation can be used for the constellation $E_8$.

In particular, the rate-3/4, 64-state code of Section IV-B can be used with $E_8$ to achieve a MSED of $8d_0^2$, which is the MSED of each 8D subset. Since the average power of the constellation $E_8$ is $47.133d_0^2$, the coding gain of this code over the uncoded 128-CR is 5.41 dB. This is also the largest possible coding gain that can be achieved with the 16-subset partitioning of $E_8$. This coding gain may be segregated into three parts: a gain of 3.04 dB from the use of $E_8$ [3], another gain of 3.01 dB from the trellis code if the constellation $E_8$ were not expanded from $2^{28}$ to $2^{29}$ points, and a loss of 0.64 dB due to that expansion. The error coefficient of this code is the minimum, 240 per 8D point (or 60 per 2D point), which is the number of nearest neighbors to any point in the same 8D subset (an $E_8$ lattice). Note that both the coding gain and error coefficient of this code are the same as those of the 64-state code with the 8D rectangular constellation of Section IV-B.

The fact that the large MSED of $E_8$ does not help a trellis code achieve additional coding gain suggests the consideration of the 8D lattice $DE_8$. The MSED of the lattice $DE_8$ is only $2d_0^2$. An 8D constellation $DE_8$ of $2^{29}$ points can be constructed from a 256-point 2D constellation with an average power $40.6875d_0^2$, as shown in Section III. Both the size of the constituent 2D constellation and the average power of the constellation $DE_8$ are less than those of an 8D constellation $E_8$ of equal size. The constellation $DE_8$ is partitioned into two families of 16 subsets each as in Section II. The intrafamily and intrasubset MSED's are $4d_0^2$ and $8d_0^2$, respectively, which are the same as those of the partitioning of $E_8$ described above. A rate-4/5, 32-state code can be constructed with the constellation $DE_8$ to achieve an MSED of $8d_0^2$. The coding gain of this code over the uncoded 128-CR is therefore 6.05 dB. This is also the largest possible coding gain that can be achieved with the 32 subsets of the constellation $DE_8$. With some calculation, this coding gain may be segregated into three parts: a gain of 0.93 dB from the use of $DE_8$, another gain of 6.02 dB from the trellis code if the constellation $DE_8$ were not expanded from $2^{28}$ to $2^{29}$ points, and a loss of 0.9 dB due to that expansion. Comparing this segregation of coding gain with that for the constellation $E_8$, one can see that although the lattice $DE_8$ is a poor lattice for block-coded modulation, it is a good lattice for trellis-coded modulation. The error coefficient of this code is more than 500 per 2D point. This number can be reduced to 316 and 124 if the number of states is increased to 64 and 128, respectively. Further improvement is certainly possible by further increasing the number of states.

A recent report [16] gives trellis-coded modulation schemes based on a partitioning of the 4D lattice $D_4$, the most complex using a 64-state trellis code. Similar schemes may be constructed using the techniques of this paper, with a 4D constellation $D_4$ of $2^{15}$ points constructed from

498                                                    IEEE TRANSACTIONS ON INFORMATION THEORY, VOL. IT-33, NO. 4, JULY 1987

a 256-point 2D constellation and partitioned into sixteen subsets as in the previous sections. A 64-state code can be shown to achieve a coding gain of 6.05 dB over the uncoded 128-CR. This is also the largest possible coding gain that can be achieved with the 16-subset partitioning of the constellation $D_4$. The coding gain may be segregated into three parts: a gain of 1.64 dB from the use of $D_4$ [3], another gain of 6.02 dB from the trellis code if the constellation $D_4$ were not expanded from $2^{14}$ to $2^{15}$ points, and a loss of 1.61 dB due to that expansion. The error coefficient of this code is, however, quite large, about ten times as large as that of the 64-state code with the 4D rectangular constellation of Section IV-C. It may be interesting to note here that the 4D rectangular lattice may be characterized as the union of $D_4$ and a rotated version of $D_4$ (see Fig. 4), which is similar to the relationship between the lattices $DE_8$ and $E_8$ and is another motivation for us to consider the lattice $DE_8$.

## V. Decoder

A conventional maximum-likelihood decoding algorithm such as the Viterbi algorithm is used as the decoder [17]. As a preliminary step, the decoder must determine the point in each of the multidimensional subsets which is closest to the received point, and calculate its associated metric (the squared Euclidean distance between the two points). Because of the way in which a multidimensional constellation is partitioned, the closest point in each multidimensional subset and its associated metric may be obtained as follows. Each received $2N$-dimensional point is divided into a pair of $N$-dimensional points. The closest point in each $2N$-dimensional subset and its associated metric are found based on the point in each of the $N$-dimensional subsets which is closest to the corresponding received $N$-dimensional point and its associated metric. The $N$-dimensional subsets are those subsets which are used in Section II to construct the $2N$-dimensional subsets. The foregoing process may be used iteratively to obtain the closest point in each $2N$-dimensional subset and its associated metric based on the closest point in each of the basic 2D subsets and its associated metric.

As an example, we show how to determine the closest point in each of the 16 subsets of the 8D rectangular constellation of Section IV-B and its associated metric (see Fig. 12). First, for each of the four received 2D points of a received 8D point, the decoder determines the closest 2D point in each of the four 2D subsets of the 160-point 2D constellation of Fig. 2, and calculates its associated metric. These metrics are called 2D subset metrics. Because there are only 40 2D points in each of the four 2D subsets, this step is quite easy, being no more complex than that required for a 2D code.

Next, the decoder determines the 4D point in each of the 16 4D types (see Table I) which is closest to the first received 4D point (the 4D point corresponding to the first and second 2D points of the received 8D point), and calculates its associated metric. These metrics are called 4D type metrics. The 4D type metric for a 4D type is



Fig. 12.  Viterbi decoding algorithm for 64-state code of Fig. 8.

obtained merely by adding the two 2D subset metrics for the pair of 2D subsets corresponding to that 4D type. The decoder then compares the two 4D type metrics for the pair of 4D types within each 4D subset (see Table I). The smaller 4D type metric becomes the 4D subset metric associated with that 4D subset, and the 4D point associated with the smaller 4D type metric is the 4D point in that 4D subset which is closest to the first received 4D point. The same process is repeated for the second received 4D point.

The decoder then determines the closest 8D point in each of the 64 8D types (see Table II) and calculates its associated metric. These metrics are called 8D type metrics. The 8D type metric for an 8D type is obtained by adding the two 4D subset metrics for the pair of 4D subsets corresponding to that 8D type. Finally, the decoder compares the four 8D type metrics corresponding to the four 8D types within each 8D subset (see Table II). The smallest 8D type metric becomes the 8D subset metric

D0050

associated with that 8D subset, and the 8D point associated with the smallest 8D type metric is the closest 8D point in that 8D subset. These 8D subset metrics are then used to extend the trellis paths and generate final decisions on the transmitted 8D points in the usual way.

The final decision on a transmitted 8D point obtained from the foregoing procedure may not be a valid point of the 8D constellation of Section IV-B because more than one of the four 2D points of the decision may come from the outer group of the 2D constellation of Fig. 2. When this happens, a modification must be made in the procedure to arrive at a valid 8D point. This type of error is caused by the boundary effect of the finite constellation. Since we did not consider that effect in our calculation of the error coefficient in the last section, this type of error is already included in the error coefficient.

Because of the construction of multidimensional constellations described in Section III, at the receiver the mapping from each decoded multidimensional point back to the information bits is simplified. Again, we will use the code of Section IV-B to illustrate this inverse mapping procedure. Each of the four 2D points corresponding to the final decision on a transmitted 8D point is first mapped back to eight $Z$ bits (see Fig. 2 and Table IV). Then performing the inverse conversions corresponding to the bit converter and 8D block encoder (see Figs. 9 and 10) followed by a differential decoding operation produces the desired 28 information bits. The mapping from a 2D point back to the eight $Z$ bits requires a table of only $160 \times 8$ bits. The inverse conversion corresponding to the bit converter requires a table of only $256 \times 7$ bits. The inverse conversion corresponding to the 8D block encoder may be done with a short procedure which does not even require a table.

## VI. COMPARISONS AND CONCLUSION

To compare trellis codes using various partitionings of multidimensional or 2D constellations, a way to measure code complexity is needed. With the simplified multidimensional constellation mapping as described in Section IV and the simplified decoding method as described in Section V, a good measure of code complexity is the ratio of the total number of allowed state transitions of a code to the number of signaling intervals corresponding to the dimensionality of its constellation. For example, for the eight-state 2D code used in the CCITT standards V.32 and V.33, this ratio is 32 [2], [4], [5]. For the 16-state 4D code of Section IV-B, this ratio is also 32.

The reason for using this ratio to measure code complexity is that to update the path metric of each state of a code in the Viterbi decoding algorithm, the path metrics associated with all the transitions leading to that state need to be calculated and compared. This must be done only once every block of $N$ signaling intervals, where $2N$ is the number of dimensions in the constellation. The updating of the path metrics dominates the code complexity. (The last statement is valid at least for the codes to be compared in Table VI. A refined measure of code complexity, which takes into account the calculation used to obtain multidimensional subset metrics, may be considered for codes with a small number of states relative to their number of dimensions.)

Table VI lists the characteristics of some of the multidimensional trellis codes that have been studied, along with the characteristics of some 2D trellis codes from [1], [2]. (Some of the 2D code characteristics have not been published previously.) The error coefficients for the 64- and 128-state 2D codes are due to [18]. The codes in Table VI are listed by increasing complexity and, for codes of equal complexity, by increasing number of dimensions. Although some characteristics shown in Table VI are for the case where the number of information bits transmitted per 2D signaling interval is equal to seven, the conclusions drawn below may be generally applied to other transmission rates.

The principal conclusion is that for the same (modest) complexity (i.e., complexity less than or equal to that of the 32-state 2D code), trellis-coded modulation with multi-

TABLE VI
CODE COMPARISON

| Scheme | Lattice | Number of Points in Constituent 2D Constellation[a] | Number of States of Trellis Code | Number of Multi-Dimensional Subsets | Relative Code Complexity | Coding Gain[a,b] (dB) | Error Coefficient (per 2D Point) | Peak-to-Average Power Ratio[a] |
|---|---|---|---|---|---|---|---|---|
| 1 | 2D Rectangular | 256 | 8 | 8 | 1 | 4.01 | 16 | 1.93 |
| 2 | 4D Rectangular | 192 | 16 | 8 | 1 | 4.66 | 12 | 2.16 |
| 3 | 2D Rectangular | 256 | 32 | 8 | 4 | 4.80 | 16 | 1.93 |
| 4 | 8D Rectangular | 160 | 64 | 16 | 4 | 5.41 | 60 | 2.14 |
| 5 | $E_8$ | 320 | 64 | 16 | 4 | 5.41 | 60 | 2.17 |
| 6 | 2D Rectangular | 256 | 64 | 8 | 8 | 5.47 | 56 | 1.93 |
| 7 | $D_4$ | 256 | 64 | 16 | 8 | 6.05 | 828 | 1.93 |
| 8 | $DE_8$ | 256 | 64 | 32 | 8 | 6.05 | 316 | 1.93 |
| 9 | 16D Rectangular | 144 | 128 | 32 | 8 | 5.74 | 412 | 2.03 |
| 10 | 2D Rectangular | 256 | 128 | 8 | 16 | 6.05 | 344 | 1.93 |
| 11 | 4D Rectangular | 192 | 64 | 32 | 16 | 5.63 | 72 | 2.16 |
| 12 | $DE_8$ | 256 | 128 | 32 | 16 | 6.05 | 124 | 1.93 |

[a] For transmitting seven information bits per 2D signaling interval.
[b] As compared to the uncoded 128-CR.

500                                                                                                    IEEE TRANSACTIONS ON INFORMATION THEORY, VOL. IT-33, NO. 4, JULY 1987

dimensional rectangular constellations is superior to using 2D constellations. Using a multidimensional rectangular constellation not only improves the performance in terms of both the coding gain and error coefficient, but also reduces the size of the constituent 2D constellations. A smaller 2D constellation implies better performance when the received signal contains signal-dependent noise. Examples of this conclusion are Scheme 1 versus Scheme 2 and Scheme 3 versus Scheme 4 of Table VI. The better performance of Schemes 2 and 4 is not obtained at the cost of increasing the peak-to-average power ratio of the constellations to an unacceptably large value. This is also true for all other multidimensional trellis codes appearing in this paper. It is important to keep this ratio small because the transmission medium may distort the transmitted signal nonlinearly.

Trellis codes with the densest 8D constellation $E_8$ do not seem to have any advantage over codes using the 8D rectangular constellation. There is, however, a disadvantage associated with the constellation $E_8$, namely that the constituent 2D constellation of $E_8$ is twice as large as that for the 8D rectangular constellation, as may be seen by comparing Schemes 4 and 5.

Using a rectangular constellation with more than eight dimensions seems to yield diminishing returns, as may be seen by comparing Scheme 4 and 9. The size of the constituent 2D constellations of Scheme 9 is $9/10$ times that of Scheme 4, which is not much smaller. The coding gain of Scheme 9 is only 0.33 dB more than that of Scheme 4, but the error coefficient of Scheme 9 is about seven times that of Scheme 4. Even worse, the complexity of Scheme 9 is twice as much as that of Scheme 4.

For higher complexity, using a multidimensional rectangular constellation has less to offer. Schemes 10 and 11 have about the same performance, comparing both the coding gain and error coefficient. The advantage of a smaller constituent 2D constellation for the multidimensional rectangular constellation is, however, preserved.

The advantage of a smaller constituent 2D constellation for the multidimensional constellation disappears when the densest 4D constellation $D_4$ or the 8D constellation $DE_8$ is used. Trellis codes with the constellation $DE_8$ are only slightly better than their 2D correspondents, as may be seen by comparing Schemes 6 and 8, or Schemes 10 and 12. $DE_8$ shows, however, an important concept. That is, while it is desirable that the multidimensional subsets used in trellis-coded modulation be dense lattices, it is not necessarily desirable that the overall multidimensional constellation be as dense. Multidimensional rectangular constellations are the extreme case of the above statement. We have not found that trellis codes using the densest 4D constellation $D_4$ have any advantage.

From another viewpoint, using a multidimensional constellation instead of a 2D constellation with a trellis code reduces the code complexity while maintaining the same performance in terms of both the coding gain and error coefficient. Examples of this conclusion are Scheme 2 versus Scheme 3, Scheme 4 versus Scheme 6, and Scheme 8 versus Scheme 10.

Generally speaking, it is easier to construct a trellis code that is transparent to all phase ambiguities of the constellation using a multidimensional instead of a 2D constellation. The reason is that some or all of the phase ambiguities of a multidimensional constellation may be removed by a careful partitioning of the multidimensional constellation into subsets as described in Section II, without the involvement of the trellis code. Examples are Schemes 2, 4, 5, 8, 9, and 12. Scheme 11 is also transparent to all phase ambiguities of its constellation as demonstrated in Section IV-C. All phase ambiguities of Scheme 11 are, however, removed with the involvement of the trellis code.

These multidimensional trellis codes may be generalized to rectangular constellations with dimensions other than four, 8, or 16, to other multidimensional constellations with rectangular or nonrectangular constituent 2D constellations, and to trellis codes of rate other than $m/m + 1$.

ACKNOWLEDGMENT

The author is indebted to Dr. G. D. Forney, Jr., for his encouragement and guidance in preparing this paper. The author also wishes to thank Dr. S. U. Qureshi and Prof. R. G. Gallager for their helpful discussions. Dr. V. Eyuboglu, Mr. M. E. Huntzinger, and Mr. M. Gilbride provided useful help in doing real-time experiments with some codes.

REFERENCES

[1] G. Ungerboeck, "Channel coding with multilevel/phase signals," *IEEE Trans. Inform. Theory*, vol. IT-28, pp. 55–67, Jan. 1982.
[2] L. F. Wei, "Rotationally invariant convolutional channel coding with expanded signal space—Part I: 180 degrees and Part II: Nonlinear codes," *IEEE J. Select. Areas Commun.*, vol. SAC-2, pp. 659–686, Sept. 1984.
[3] G. D. Forney, Jr., *et al.*, "Efficient modulation for band-limited channels," *IEEE J. Select. Areas Commun.*, vol. SAC-2, pp. 632–647, Sept. 1984.
[4] CCITT Study Group XVII, "Recommendation V.32 for a family of 2-wire, duplex modems operating at data signalling rates of up to 9600 bit/s for use on the general switched telephone network and on leased telephone-type circuits," Document AP VIII-43-E, May 1984.
[5] CCITT Study Group XVII, "Draft recommendation V.33 for 14400 bits per second modem standardized for use on point-to-point 4-wire leased telephone-type circuits," Circular 12, COM XVII/YS, Geneva, Switzerland, May 17, 1985.
[6] J. D. Brownlie and E. L. Cusack, "Duplex transmission at 4800 and 9600 bit/s on the general switched telephone network and the use of channel coding with a partitioned signal constellation," in *Proc. Zurich Int. Sem. Digital Commun.*, Mar. 1984.
[7] J. H. Conway and N. J. A. Sloane, "Voronoi regions of lattices, second moments of polytopes, and quantization," *IEEE Trans. Inform. Theory*, vol. IT-28, pp. 211–226, Mar. 1982.
[8] ——, "A fast encoding method for lattice codes and quantizers," *IEEE Trans. Inform. Theory*, vol. IT-29, pp. 820–824, Nov. 1983.
[9] ——, "Fast quantizing and decoding algorithms for lattice quantizers and codes," *IEEE Trans. Inform. Theory*, vol. IT-28, pp. 227–232, Mar. 1982.
[10] N. J. A. Sloane, "Tables of sphere packings and spherical codes," *IEEE Trans. Inform. Theory*, vol. IT-27, pp. 327–338, May 1981.
[11] A. Gersho and V. B. Lawrence, "Multidimensional signal constellations for voiceband data transmission," *IEEE J. Select. Areas Commun.*, vol. SAC-2, pp. 687–702, Sept. 1984.

[12] E. L. Cusack, "Error control codes for QAM signaling," *Electron. Lett.*, vol. 20, pp. 62–63, 1984.

[13] R. Fang and W. Lee, "Four-dimensionally coded PSK systems for combatting effects of severe ISI and CCI," in *Proc. IEEE Globecom Conv. Rec.*, pp. 30.4.1–30.4.7, 1983.

[14] S. G. Wilson *et al.*, "Four-dimensional modulation and coding: An alternate to frequency-reuse," in *Proc. IEEE ICC Conv. Rec.*, pp. 919–923, 1984.

[15] A. R. Calderbank and N. J. A. Sloane, "Four-dimensional modulation with an eight-state trellis code," *AT&T Tech. J.*, vol. 64, pp. 1005–1018, May–June 1985.

[16] ____, "New trellis codes based on lattices and cosets," *IEEE Trans. Inform. Theory*, vol. IT-33, pp. 177–195, Mar. 1987.

[17] G. D. Forney, Jr., "The Viterbi algorithm," *Proc. IEEE*, vol. 61, pp. 268–278, Mar. 1973.

[18] V. Eyuboglu, private communication.

D0053

# EXHIBIT D

# United States Patent [19]

## Wei

[11] **Patent Number:** 4,641,327

[45] **Date of Patent:** Feb. 3, 1987

[54] **FRAME SYNCHRONIZATION IN TRELLIS-CODED COMMUNICATION SYSTEMS**

[75] Inventor: **Lee-Fang Wei**, Westwood, Mass.

[73] Assignee: **Codex Corporation**, Mansfield, Mass.

[21] Appl. No.: **753,182**

[22] Filed: **Jul. 9, 1985**

[51] Int. Cl.⁴ ........................ H04L 7/04; G06F 11/10

[52] U.S. Cl. ...................................... 375/114; 371/43; 375/38

[58] Field of Search ....................... 375/13, 34, 38, 39, 375/58, 114, 115, 116, 25, 106; 370/105–107; 371/40, 43, 42, 44, 46; 178/22.04, 22.05

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,665,396 | 5/1972 | Forney, Jr. ...................... 340/146.1 |
| 3,806,647 | 4/1974 | Dohne et al. ......................... 178/67 |
| 4,032,886 | 6/1977 | En et al. ........................... 340/146.1 |
| 4,291,406 | 9/1981 | Bahl et al. ............................. 371/44 |
| 4,312,070 | 1/1982 | Coombes et al. ..................... 371/40 |
| 4,447,908 | 5/1984 | Chevillat et al. ..................... 375/42 |
| 4,493,082 | 1/1985 | Cumberton et al. .................. 371/43 |
| 4,527,279 | 7/1985 | Yasuda et al. ...................... 375/114 |
| 4,586,182 | 4/1986 | Gallager ................................ 371/43 |

### OTHER PUBLICATIONS

Falconer, "Jointly Adaptive Equalization and Carrier Recovery in Two–Dimensional Digital Communication Systems," Bell System Technical Journal, pp. 317–334, Mar. 1976.

Viterbi and Omura, *Principles of Digital Communication and Coding*, pp. 258–261, 1979.

*Primary Examiner*—Robert L. Griffin
*Assistant Examiner*—M. Huseman

[57] **ABSTRACT**

Frame synchronization is accomplished in a trellis-coded communication system by causing the sequence of signal points that results when the receiver incorrectly determines the start of each frame to be an impermissible sequence, and detecting the existence of the impermissible sequence by monitoring the rate of occurrence of non-zero difference between the minimum branch metric and the minimum path metric of a maximum likelihood decoding algorithm, such as the Viterbi decoding algorithm. In another aspect, an interleaver and a deinterleaver are used to assure that impermissible sequences result when frame synchronization is lost.

**13 Claims, 7 Drawing Figures**





FIG 1



FIG 2

U.S. Patent    Feb. 3, 1987    Sheet 2 of 6    4,641,327



FIG 3



FIG 4



FIG 5



FIG 6



FIG 7

4,641,327

1

# FRAME SYNCHRONIZATION IN TRELLIS-CODED COMMUNICATION SYSTEMS

## BACKGROUND OF THE INVENTION

This invention relates to maintaining frame synchronization between the receiver and the transmitter in a trellis-coded communication system.

In some trellis-coded communication systems the two-dimensional signal points sent by the transmitter are grouped into frames, and the receiver must be able to identify (i.e. synchronize to) the beginning of each frame for proper operation.

In so-called multi-dimensional trellis-coded systems (for example systems of the kind disclosed in Wei, U.S. patent application Ser. No. 727,398, filed Apr. 25, 1985, assigned to the same assignee as this invention, and incorporated herein by reference) the two-dimensional signal points carried on the channel between the transmitter and receiver are organized as multi-dimensional signal points, each multi-dimensional signal point comprising more than one two-dimensional signal point. At the receiver, in order to decode the multi-dimensional signal points, the receiver must be synchronized to identify the first two-dimensional signal point of each multi-dimensional signal point.

In so-called multiplexed communication systems, a high-bit-rate stream of bits to be transmitted is segmented into multiplexing frames. Each frame is built up (multiplexed) based on bits delivered from several ports each serving a relatively low-bit-rate data source. Each frame is transmitted as a group of signal points. At the receiver, in order to demultiplex each such multiplexing frame for delivery to several corresponding ports serving relatively low-bit-rate data sinks, the receiver must be able to locate the beginning of each group of signal points.

## SUMMARY OF THE INVENTION

One general feature of the invention is a communication system in which frame synchronization is maintained at the receiver by causing the sequence of signal points that results when the receiver incorrectly determines the start of each frame to be an impermissible sequence of the trellis code, and detecting the existence of the impermissible sequence by monitoring the rate of occurrence of non-zero difference between the minimum path metric and the minimum branch metric associated with a maximum likelihood decoding algorithm (for example the Viterbi algorithm) in the receiver.

Another general feature of the invention is an interleaver that changes the original sequence of signal points to a revised sequence for transmission and a deinterleaver that changes the received sequence of signal points in a manner that will restore the original sequence when the receiver is in frame synchronization, and will otherwise restore an impermissible sequence.

Preferred embodiments include the following features. The communication system is a trellis-coded modulation system. Each signal point is two-dimensional. The two-dimensional points are grouped into multi-dimensional points. Each frame has at least one multi-dimensional point. Each multi-dimensional point is 8 dimensional. The transmitter includes a multiplexer to receive information bits from more than one port and multiplex them such that the information bits are organized into groups corresponding to the frames of signal points, the bits from each port always appearing in the

2

same particular positions in each group. The information bits are transmitted at a rate of Q bits per signaling interval. The bits from a given port do not always occupy the same particular positions in each group of bits transmitted in a signal interval. When the rate of occurrence of non-zero difference between the minimum path metric and the minimum branch metric is greater than a predetermined threshold (e.g., 0.4), a synchronization loss signal is delivered.

The invention permits frame synchronization to be maintained without requiring any additional information to be transmitted. Since both the minimum path metric and the minimum branch metric are easily available in the receiver, frame synchronization can be maintained at almost no cost in system complexity. Frame synchronization information is available immediately at the receiver, and is accurate even under very noisy conditions. In embodiments that use interleaving, the performance of the decoder against correlated noise can also be improved by the interleaving.

Other advantages and features will become apparent from the following description of the preferred embodiment, and from the claims.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

We first briefly describe the drawings.

### Drawings

FIG. 1 is a block diagram of a transmitter.

FIG. 2 is a block diagram of the encoders and grouping device of FIG. 1.

FIG. 3 is a block diagram of a receiver for use with FIG. 1.

FIG. 4 is a block diagram of the decoder of FIG. 3.

FIG. 5 is a block diagram of the interleaver of FIG. 1.

FIG. 6 is a block diagram of the deinterleaver of FIG. 4.

FIG. 7 is a block diagram of the Viterbi algorithm device of FIG. 4.

## STRUCTURE AND OPERATION

Referring to FIG. 1, in transmitter 10 the bits delivered from each of P different sending ports 12 (for example, P=8) at a rate of Q/P bits per signaling interval (where, for example, Q=7 and each signaling interval is 1/2743 seconds long) are combined in a multiplexer 16 to form a framed multiplexed serial bit stream to be sent over a channel 14. The multiplexed bit stream is scrambled in a scrambler 17 and then delivered to encoders and grouping device 18 at a rate of Q bits per signaling interval (i.e., 7 bits per signaling interval in the present example). Multiplexer 16 also provides side framing information (indicated by dashed lines) to encoders and grouping device 18 and to an interleaver 19. The bits appearing at the input of encoders and grouping device 18 with respect to a given signaling interval, for example, the nth signaling interval, are denoted $II_n$ through $IQ_n$. The side framing information indicates which bits in the multiplexed serial bit stream are the initial bits in the frames of the multiplexed bit stream.

Based on the side framing information and on the information bits appearing with respect to a number N (for example, N=4) of successive signaling intervals (for example the 28 information bits $II_m$ through $IQ_m$, for m=n, n+1, . . . , n+3), the encoders and grouping

4,641,327

3

device 18 deliver to interleaver 19, N pairs of in-phase and quadrature coordinates in series, one pair in each signaling interval, each pair corresponding to a point in a two-dimensional (2D) signal constellation. Interleaver 19 reorders the coordinate pairs based on the side framing information (in a manner to be described below), and delivers them to a modulator 20 to modulate a carrier. The modulated carrier is then pulse-shape filtered, and then D-to-A converted to an analog signal for transmission over channel 14 (as in a conventional Quadrature-Amplitude-Modulated (QAM) carrier system).

Referring to FIG. 2, encoders and grouping device 18 include a serial-to-parallel bit converter 29 which groups the incoming scrambled serial bitstream into blocks of NQ information bits based on the side framing information and sends them in parallel to differential encoder 30. The differentially encoded information bits are then passed through a convolutional encoder 32 which adds one redundant bit indicative of the current state of a finite state device represented by the convolutional encoder. The convolutionally encoded bits are then passed through a bit converter and block encoder 34. The block encoder encodes some of the input bits and adds N−1 additional bits; and the bit converter converts a set of bits into an equal number of bits.

The output bits of the bit converter and block encoder 34 are a set of NR point selection bits, where R is an integer equal to Q+1 (because bits have been added by the convolutional encoder and the block encoder). A bit grouping device and parallel-to-serial bit group converter 36 then organizes the NR coded bits into N groups denoted as $Z0_m$ through $ZQ_m$, m=n,n+1, . . . , n+N−1, and delivers one group in each signaling interval to a 2D mapping table 38. For each combination of bits in a group, table 38 contains the corresponding pair of modulation coordinates which are then delivered to interleaver 19 (FIG. 1).

Because the next state of the finite state device represented by the convolutional encoder depends both on its current state and on the current information bits, the output bits of the convolutional encoder (and hence the transmitted signals) carry historical information about the sequence of information which is exploited at the receiver end of channel 14.

Referring to FIG. 3, in receiver 40, the received channel signal is passed through an A-to-D converter 42, an adaptive equalizer 44, and an adaptive demodulator 46. Equalized and demodulated coordinate pairs are delivered serially from demodulator 46 to a decoder 48. Decoder 48 feeds back preliminary decisions on the received coordinate pairs to equalizer/demodulator updating signal calculator 45. These preliminary decisions are processed in calculator 45 in a conventional manner to generate updating signals for the equalizer and demodulator, as disclosed in Falconer, "Jointly Adaptive Equalization and Carrier Recovery in Two-Dimensional Digital Communication Systems", Bell System Technical Journal, pp. 317-334, March, 1976, incorporated herein by reference. The preliminary decisions may be delayed. In that case the demodulator output will be delayed accordingly by delay element 47 before it is sent to calculator 45. Decoder 48 also deinterleaves the coordinate pairs and, after a delay of a number of signaling intervals, delivers to descrambler 51 final decisions of scrambled information bits which were sent. The descrambled bit stream is demultiplexed in demultiplexer 52 (based on side framing information

4

delivered from decoder 48) into P bit streams, one delivered to each output port 54.

Referring to FIG. 4, in decoder 48 the interleaved serial coordinate pairs are delivered to a deinterleaver 55 which, as long as frame synchronization has not been lost, restores them to their original non-interleaved order, based on side framing information from a Viterbi algorithm device 60. The interleaved serial coordinate pairs are also delivered to a slicer 56 which feeds back the preliminary decisions to equalizer and demodulator 45. The deinterleaved pairs are delivered to Viterbi algorithm device 60 which, after some delay, delivers N final coordinate pair decisions in parallel for every block of N signaling intervals. The Viterbi algorithm device 60 also derives the side framing information in a manner described below and delivers it to deinterleaver 55 and demultiplexer 52. Converter 62 applies one coordinate pair in each signaling interval to a bit mapping table 64. For each block of N coordinate pairs applied to table 64, the corresponding N groups of R decision bits are grouped together in serial-to-parallel bit group converter 65 and delivered to a bit deconverter and block decoder 66 and then to a differential decoder 68. The deconverter and decoder perform reverse conversion and decoding from those performed at the transmitter. A parallel-to-serial bit converter 69 then provides the original scrambled information bitstream to the descrambler 51.

The transmitter and receiver are implemented by programming a microprocessor and signal processors interconnected in the way disclosed in U.S. patent application Ser. No. 586,681, filed Mar. 6, 1984, incorporated herein by reference.

In a preferred embodiment, to send 7 bits per signaling interval using a 64-state, 8D code, as set forth in the Wei patent application, incorporated by reference above, the transmitter takes the 28 information bits which appear at the output of scrambler 17 in each block of four signaling intervals and encodes them into four 2D points (which together define an 8D point) drawn from a 2D constellation having 160 points.

Because there are 8 ports and because 28 is not an integral multiple of 8, it is impossible to arrange for the bits drawn from a given sending port 12 to always appear in the same particular positions in each 28-bit block corresponding to an 8D point. However, by defining a multiplexing frame of 56 bits corresponding to two 28-bit blocks, and by drawing seven bits in turn from each sending port to make up the 56-bit frame, then the bits drawn from a given sending port can always occupy the same particular positions in each frame. By synchronizing receiver 40 to identify the beginning of each multiplexing frame, the demultiplexer can deliver to the corresponding receiving port 54 the bits which appear in those particular positions in each frame.

Referring to FIG. 5, the 2D points delivered by the encoders and grouping device 18 are denoted $S_n$, where n=1, 2, . . . is the order of the signaling intervals. Each multiplexing frame comprises eight 2D points (i.e., two 8D points). For example, the first multiplexing frame is made up of $S_1 . . . S_8$, the second begins with $S_9$, and so on.

In order for the receiver 40 to identify the beginning of each multiplexing frame, interleaver 19 reorders the eight coordinate pairs in each frame as follows. Interleaver 19 has a random access memory (RAM) 70 that comprises eight storage elements 72. Each element can hold one coordinate pair. Each of these eight elements

4,641,327

5

has an address (indicated by reference numeral 71) from #1 through #8. And they can be accessed in a random order. The element being currently written into is determined by the address contained in an input address register 73. And the element being currently read out is determined by the address contained in an output address register 75. The coordinate pair at the output of the encoders and grouping device 18 are written into the RAM 70 based on a cyclic input address sequence, #1, #2, #3, #4, #5, #6, #7, #8, starting with #1. The coordinate pair $S_1$ is thus written into the storage element #1 in the signaling interval 1. $S_2$ is written into the storage element #2 in the signaling interval 2. $S_9$ is written into the storage element #1 in the signaling interval 9, and so on.

Starting from signaling interval 5, the coordinate pairs are read out of the RAM 70 based on a cyclic output address sequence, #1, #5, #2, #6, #3, #7, #4, #8, starting with #1. The coordinate pair $S_1$ is thus read out of the element #1 in the signaling interval 5. The coordinate pair $S_5$ is read out of the element #5 in the signaling interval 6. The coordinate pair $S_9$ is read out of the element #1 again in the signaling interval 13, and so on. FIG. 5 illustrates the situation at the beginning of signaling interval 17. At that moment, RAM 70 contains the coordinate pairs $S_9$, $S_{10}$, $S_{11}$, $S_{12}$, $S_{13}$, $S_{14}$, $S_{15}$, and $S_{16}$ stored in the elements #1, #2, #3, #4, #5, #6, #7, and #8, respectively. The input address register contains the address #1. The current input coordinate pair $S_{17}$ will be written into the element #1. The coordinate pair $S_9$ currently stored in that element will be erased. The output address register contains the address #3. The coordinate pair $S_{11}$ currently stored in the element #3 will be read out. Also shown in FIG. 5 are the sequence of coordinate pairs that have already been read out of the RAM 70 and the next eight coordinate pairs that are going to be written into the RAM 70 in the next eight signaling intervals. At the end of the signaling interval 17, the coordinate pairs $S_{17}$, $S_{10}$, $S_{11}$, $S_{12}$, $S_{13}$, $S_{14}$, $S_{15}$, and $S_{16}$, stored in the elements #1, #2, #3, #4, #5, #6, #7, and #8, respectively. And the addresses contained in the input and output address registers are respectively updated to #2 and #7 based on the cyclic input and output address sequences mentioned above.

Referring to FIG. 6, at the receiver, deinterleaver 55 reverses the interleaving process to restore the received coordinate pairs into their original order $S_1$, $S_2$, $S_3$, . . . , assuming that the receiver knows where the beginning of each multiplexing frame is.

The deinterleaver 55 has a configuration identical to that of the interleaver 19. It has a RAM 80 that comprises eight storage elements 82, an input address register 83, and an output address register 85. The eight elements of the RAM 80 have addresses from #1 to #8 (as indicated by reference numeral 81).

The coordinate pairs at the output of the demodulator 46 are written into the RAM 80 based on a cyclic input address sequence, #1, #2, #3, #4, #5, #6, #7, #4, #8, starting with #1. The first coordinate pair in each received frame of eight coordinate pairs at the output of the demodulator 46 is thus always written into the element #1 when the receiver knows where the beginning of each frame is. For notational convenience, assume that the first received coordinate pair $S_1$ is written into the element #1 in the signaling interval 1 of the receiver. Note that there may be a delay in the signaling interval 1 of the receiver as compared to that of the

6

transmitter because of the propagation time and the processing time that elapses ahead of decoder 48. Starting from the signaling interval 5 of the receiver, the coordinate pairs are read out of the RAM 80 based on a cyclic output address sequence #1, #2, #3, #4, #5, #6, #7, #8, starting with #1. The coordinate pair $S_1$ is thus read out of the element #1 in the signaling interval 5 of the receiver. The coordinate pair $S_2$ is read out of the element #2 in the signaling interval 6. The coordinate pair $S_9$ is read out of the element #1 again in the signaling interval 13, and so on. FIG. 6 illustrates the situation at the beginning of the signaling interval 17 of the receiver. At that moment, the RAM 80 contains the coordinate pairs $S_9$, $S_{10}$, $S_{11}$, $S_{12}$, $S_{13}$, $S_{14}$, $S_{15}$, and $S_{16}$ stored in the elements #1, #2, #3, #4, #5, #6, #7, and #8, respectively. The input address register contains the address #1. The current input coordinate pair $S_{17}$ will be written into the element #1. The coordinate pair $S_9$ currently stored in the element #1 will be erased. The output address register contains the address #5. The coordinate pair $S_{13}$ currently stored in the element #5 is going to be read out. Also shown in FIG. 6 are the sequence of coordinate pairs that have already been read out of the RAM 80, and the next eight coordinate pairs that are going to be written into RAM 80 in the next eight signaling intervals.

At the end of signaling interval 17, RAM 80 contains the coordinate pairs $S_{17}$, $S_{10}$, $S_{11}$, $S_{12}$, $S_{13}$, $S_{14}$, $S_{15}$, and $S_{16}$, stored in the elements #1, #2, #3, #4, #5, #6, #7, and #8, respectively. The addresses contained in the input and output address registers are respectively updated to #5 and #6 based on the last mentioned cyclic input and output address sequences.

Referring to FIG. 7, Viterbi algorithm device 60 includes a decision device 90 that uses the Viterbi algorithm and the incoming stream of deinterleaved serial coordinate pairs to decide which coordinate pairs were sent. The coordinate pair decisions are delivered (after some delay) to converter 62 (FIG. 4). Decision device 90 operates in a manner disclosed in the Wei application (incorporated by reference above). In order to identify the beginning of each multiplexing frame, device 90, in the course of its operation with respect to each received 8D point, also generates the minimum current 8D branch metric that represents the squared Euclidean distance between the received 8D point and the nearest 8D point in the 8D constellation.

In extending the trellis paths in the decision device 90, each of the 64 current states of the trellis code is associated with a current path metric. These current path metrics are normalized. That is, the minimum of these current path metrics is zero. For each received 8D point, these current path metrics are updated as follows. For each of the 64 next states, a sum is formed for each transition from a current state leading to that next state by adding the associated current path metric and the associated 8D branch metric. These sums are compared and the smallest sum becomes the unnormalized next path metric associated with that next state. The minimum of the 64 unnormalized next path metrics is then determined and delivered to loss of frame synchronization monitor 101. This minimum unnormalized next path metric is also used in the decision device 90 to normalize the next path metric associated with each next state. These normalized next path metrics will then be referred to as the current path metrics for the next received 8D point. The minimum unnormalized next path metric represents the squared Euclidean distance

4,641,327

7

8

between the received sequence of coordinate pairs and the nearest permissible sequence of 8D points through the trellis.

The loss of frame synchronization monitor 101 receives the current minimum 8D branch metric and the minimum unnormalized next path metric, and, based on them, detects if frame synchronization has been lost. If loss is detected, a loss signal is sent to a resynchronization circuit 96. When the circuit 96 receives the loss signal, it tells the deinterleaver 55 and the demultiplexer 52 to shift backward (or forward) one 2D point in the positions that are treated as the beginnings of the frames. This shifting process is repeated until no loss signal is received. Since there are eight 2D points in each frame, the process will be repeated at most seven times. Alternatively if a reverse channel from the receiver to the transmitter is available, the circuit 96 can instruct the transmitter to send a known sequence of signal points to reestablish the frame synchronization.

Monitor 101 includes a subtracter 100 that forms the difference between the current minimum 8D branch metric and the minimum unnormalized next path metric. This difference is sent to an RNZ counter 102. Various ways can be used in the RNZ counter 102 to count the rate of occurrence of nonzero difference. One method is described below. RNZ counter 102 is reinitialized to zero at the beginning of each successive block of 100 8D points, and calculates the proportion of 8D points in each block for which a non-zero difference has occurred. It does this by counting the number of nonzero differences from subtracter 100 and dividing the count by 100. If this proportion, called RNZ, is greater than 0.4 for three successive blocks of 100 8D points, RNZ counter 102 issues the loss signal to circuit 96.

That the frame synchronization can be maintained by monitoring the RNZ can be seen as follows. When the receiver loses frame synchronization, it slips backward (or forward) one or more 2D points in the position that it treats as the beginning of the frame. For example, if it slips backward by one 2D point, it would erroneously determine that the first and second frames at the input of the deinterleaver 55 as being made up of the following 2D points (assuming, for ease of discussion, that the received points are not noise altered):

First Frame

$S_5S_2S_6S_3 \quad S_7S_4S_8S_9$

Second Frame

$S_{13}S_{10}S_{14}S_{11} \quad S_{15}S_{12}S_{16}S_{17}$

(Successive signal points are shown from left to right.) The deinterleaver 55 would then deliver the following deinterleaved series of 2D points (or sequence of 8D points) to the Viterbi algorithm device 60:

First Frame

$\overset{S_5S_6S_7S_8}{\underset{\text{8D point \#1}}{\longleftarrow\longrightarrow}} \quad \overset{S_2S_3S_4S_9}{\underset{\text{8D point \#2}}{\longleftarrow\longrightarrow}}$

Second Frame

-continued

$\overset{S_{13}S_{14}S_{15}S_{16}}{\underset{\text{8D point \#3}}{\longleftarrow\longrightarrow}} \quad \overset{S_{10}S_{11}S_{12}S_{17}}{\underset{\text{8D point \#4}}{\longleftarrow\longrightarrow}}$

(Successive signal points are shown from left to right.)

This sequence of 8D points is different from the original sequence at the transmitter, and from any shifted version of the original sequence. The sequence is also not a permissible sequence of the trellis code. This is also the case when the receiver slips backward by two, three, . . . , or seven 2D points, which, together with one 2D-point slip, cover all the possible slips.

In the case where the sequence of received 8D points input to the Viterbi algorithm device 60 (assuming the removal of the noise component from each received 8D point) is not a permissible sequence of the trellis code, the probability that the 8D point, closest to the current received noise-altered 8D point and corresponding to the minimum current 8D branch metric, is not associated with a transition from the current state with the minimum current path metric is exactly one-half, because each 8D point is associated with transitions from exactly half of the 64 states of the trellis code. This probability is the same as the rate RNZ at which nonzero difference occurs between the minimum current 8D branch metric and the minimum unnormalized next path metric.

By contrast, when frame synchronization has not been lost, the minimum 8D branch metric corresponds to the preliminary decision at the output of slicer 56. If the output of subtracter 100 is not zero, it implies that either the current preliminary decision or at least one of the recent past preliminary decisions is wrong. Thus the value RNZ corresponds to the symbol error rate of preliminary decisions (SER). In fact the RNZ has been shown by simulation to be smaller than the SER, and SER is only 0.3 even when the corresponding block error rate of final decisions (each block comprises 36 8D-points) is approximately 0.2. Therefore, the values of RNZ when frame synchronization is and is not lost, respectively, are well separated on opposite sides of the 0.4 threshold used by counter 102.

Without the interleaver 19 and deinterleaver 55, the sequence of 8D points input to the Viterbi algorithm device 60 would be a shifted version of the transmitted sequence and thus would be a permissible sequence of the trellis code when the receiver slips four 2D points, a condition which could not be detected by monitoring the Viterbi algorithm device 60. And the demultiplexer then could not function properly.

Among the advantages of the invention are the following. No additional bit is transmitted for frame synchronization. Since both the minimum 8D branch metric and the minimum unnormalized path metric are easily available in the receiver, it is simple to acquire the framing information. Both the minimum 8D branch metric and the minimum unnormalized path metric are available once the receiver starts. The framing information is thus immediately available. The invention works even when the transmission medium is very noisy. The interleaver can further enhance the performance of the trellis code when the noise components contained in the sequence of received signal points are correlated.

Other embodiments are within the following claims.

For example, any type of interleaver can be used to interleave the 2D points at the output of the encoders

4,641,327

**9**

and grouping device 18 as long as the following statement is valid. When the receiver fails to identify the beginning of each multiplexing frame, the sequence of 8D points obtained at the output of the corresponding deinterleaver is no longer a permissible sequence of the trellis code.

Interleaving is not required in systems where loss of frame synchronization causes resulting sequences of signal points to be invalid under the code.

The invention can be used with 2D trellis-coded systems that have a multiplexing framing structure, or with multi-dimensional trellis-coded systems that are other than the 64-state, 8D code, or with multi-dimensional systems in which the original bit stream is not multiplexed.

The ports served by the system can respectively operate at different bit rates.

I claim:

1. Apparatus for maintaining frame synchronization in a communication system comprising

a transmitter that sends a sequence of signal points in successive time intervals, said signal points being drawn from a constellation of available signal points such that said sequence is one of a set of permissible sequences that is smaller than the set of all possible sequences of said signal points, said sequence of signal points being organized as a series of frames, each frame beginning at a predetermined time, and

a receiver that determines said predetermined time when each said frame begins in order to maintain frame synchronization with said transmitter, said receiver comprising

a decision device for determining said sequence of signal points which were sent by determining the minimum next path metric based on current path metrics and current branch metrics, and

means for detecting and monitoring the rate of occurrence of non-zero difference between said minimum next path metric and the minimum of said current branch metrics as an indication of loss of frame synchronization.

2. The apparatus of claim 1 wherein said apparatus further comprises

an interleaver for changing the original said sequence of signal points to a revised sequence for transmission, and

a deinterleaver for changing the received sequence of signal points in a manner that will restore said original sequence when said receiver is in frame synchronization with said transmitter, and will restore a sequence not within said set of permissible sequences when frame synchronization has been lost.

3. Apparatus for maintaining frame synchronization in a communication system comprising

a transmitter that sends a sequence of signal points in successive time intervals, said signal points being drawn from a constellation of available signal points such that said sequence is one of a set of permissible sequences that is smaller than the set of all possible sequences of said signal points, said ·sequence of signal points being organized as a series of frames, each frame beginning at a predetermined ·time,

**10**

a receiver that determines said predetermined time when each said frame begins in order to maintain frame synchronization with said transmitter,

an interleaver for changing the original said sequence of signal points to a revised sequence for transmission,

a deinterleaver for changing the received sequence of signal points in a manner that will restore said original sequence when said receiver is in frame synchronization with said transmitter, and will restore a sequence not within said set of permissible sequences when frame synchronization has been lost, and

means for detecting that said sequence of signal points is not within said set of permissible sequences as an indication that synchronization has been lost.

4. The apparatus of claim 3 wherein said means for detecting comprises

a decision device for determining said sequence of signal points which were sent, by determining the minimum next path metric based on current path metrics and current branch metrics, and

means for detecting and monitoring the rate of occurrence of non-zero difference between said minimum next path metric and the minimum of said current branch metrics as an indication of loss of frame synchronization.

5. The apparatus of claim 1 or 3 wherein said communication system comprises a trellis-coded modulation system.

6. The apparatus of claim 1 or 3 wherein said communication system is a multi-dimensional, trellis-coded modulation system, each said signal point is a two-dimensional signal point, said two-dimensional signal points are grouped into multi-dimensional signal points, and each said frame comprises at least one said multi-dimensional signal point.

7. The apparatus of claim 6 wherein each said multi-dimensional signal point is 8 dimensional.

8. The apparatus of claim 7 wherein each said frame comprises two 8-dimensional points.

9. The apparatus of claim 1 or 3 wherein

said sequence of signal points corresponds to a stream of information bits to be transmitted, and

said transmitter includes multiplexer means to receive said information bits from a plurality of ports,

said information bits are organized into groups corresponding to said frames of signal points, the bits from each given said port always appearing in the same particular positions in each said group.

10. The apparatus of claim 9 wherein

said information bits are transmitted at a rate of Q bits per signaling interval,

and wherein the bits from a given said port do not occupy the same particular positions in groups of Q bits transmitted in said signaling intervals.

11. The apparatus of claim 10 wherein

there are eight said ports,

Q is 7, and

each said frame comprises 56 said bits.

12. The apparatus of claim 1 or 4 wherein said detecting and monitoring means deliver a synchronization loss signal when said rate of occurrence of non-zero difference with respect to a plurality of said time intervals is greater than a predetermined threshold.

13. The apparatus of claim 12 wherein said predetermined threshold is 0.4.

* * * * *

# EXHIBIT E

# United States Patent [19]

## Gallager

[11] Patent Number: **4,755,998**

[45] Date of Patent: **Jul. 5, 1988**

[54] **CODED MODULATION SYSTEM**

[75] Inventor: **Robert G. Gallager**, Lexington, Mass.

[73] Assignee: **Codex Corporation**, Mansfield, Mass.

[21] Appl. No.: **911,664**

[22] Filed: **Sep. 25, 1986**

### Related U.S. Application Data

[63] Continuation of Ser. No. 577,044, Feb. 6, 1984, abandoned.

[51] **Int. Cl.[4]** ........................ H04L 5/12; G06F 11/10

[52] **U.S. Cl.** ........................................ 371/30; 371/43; 375/27; 375/39

[58] **Field of Search** ...................... 371/30, 43, 44, 45; 375/25, 27, 34, 39

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,077,021 | 2/1978 | Csajka et al. | 332/9 R |
| 4,483,012 | 11/1984 | Wei | 371/43 X |
| 4,493,082 | 1/1985 | Cumberton et al. | 371/43 |
| 4,520,490 | 5/1985 | Wei | 371/43 X |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2088676 | 6/1982 | United Kingdom | 371/43 |

### OTHER PUBLICATIONS

Ungerboeck, Channel Coding with Multilevel/Phase Signals, IEEE, Trans. on Info. Theory, vol. IT–28, No. 1, Jan. 1982, pp. 55–67.

Forney, The Viterbi Algorithm, Proceedings of the IEEE, vol. 61, No. 3, Mar. 1983, pp. 268–278.

Wilson et al., Four–Dimensional Modulation and Coding: An Alternative to Frequency–Reuse, Report No. UVA/528200/EE83/107, Sep. 1983.

Fang & Lee, Four–Dimensionally Coded PSK System for Combatting Effects of Severe ISI and CCI, IEEE, 1983, pp. 1032–1038.

*Primary Examiner*—Charles E. Atkinson

[57] **ABSTRACT**

In a modulation system for sending digital symbols over a band-limited channel in accordance with a sequence of multi-dimensional points each composed of a plurality of two-dimensional modulation signal points, and each selected from an available alphabet of the multi-dimensional points by an encoder on the basis of a group of the digital symbols, the improvement which includes circuitry for accumulating the symbols of each group, and circuitry for thereafter selecting the multi-dimensional point for the group, and in which the available alphabet includes a plurality of subsets of the multi-dimensional points, and the subset from which the multi-dimensional point is selected for each group depends on the subset from which the multi-dimensional point is selected for another one of the groups.

**14 Claims, 6 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 5

U.S. Patent     Jul. 5, 1988     Sheet 3 of 6     4,755,998



FIG. 4

| PRESENT STATE $S_1S_2S_3$ | $i_1\,i_2\,i_3$ | NEXT STATE $S_1S_2S_3$ | $i_1\,i_2\,i_3\,p$ | PRESENT STATE $S_1S_2S_3$ | $i_1\,i_2\,i_3$ | NEXT STATE $S_1S_2S_3$ | $i_1\,i_2\,i_3\,p$ |
|---|---|---|---|---|---|---|---|
| 000 | 000 | 000 | 0000 | 100 | 000 | 010 | 0000 |
| 000 | 111 | 000 | 1111 | 100 | 111 | 010 | 1111 |
| 000 | 001 | 101 | 0011 | 100 | 001 | 111 | 0011 |
| 000 | 110 | 101 | 1100 | 100 | 110 | 111 | 1100 |
| 000 | 010 | 110 | 0101 | 100 | 010 | 100 | 0101 |
| 000 | 101 | 110 | 1010 | 100 | 101 | 100 | 1010 |
| 000 | 011 | 011 | 0110 | 100 | 011 | 001 | 0110 |
| 000 | 100 | 011 | 1001 | 100 | 100 | 001 | 1001 |
| 001 | 000 | 000 | 0001 | 101 | 000 | 010 | 0001 |
| 001 | 111 | 000 | 1110 | 101 | 111 | 010 | 1110 |
| 001 | 001 | 101 | 0010 | 101 | 001 | 111 | 0010 |
| 001 | 110 | 101 | 1101 | 101 | 110 | 111 | 1101 |
| 001 | 010 | 110 | 0100 | 101 | 010 | 100 | 0100 |
| 001 | 101 | 110 | 1011 | 101 | 101 | 100 | 1011 |
| 001 | 011 | 011 | 0111 | 101 | 011 | 001 | 0111 |
| 001 | 100 | 011 | 1000 | 101 | 100 | 001 | 1000 |
| 010 | 000 | 001 | 0000 | 110 | 000 | 011 | 0000 |
| 010 | 111 | 001 | 1111 | 110 | 111 | 011 | 1111 |
| 010 | 001 | 100 | 0011 | 110 | 001 | 110 | 0011 |
| 010 | 110 | 100 | 1100 | 110 | 110 | 110 | 1100 |
| 010 | 010 | 111 | 0101 | 110 | 010 | 101 | 0101 |
| 010 | 101 | 111 | 1010 | 110 | 101 | 101 | 1010 |
| 010 | 011 | 010 | 0110 | 110 | 011 | 000 | 0110 |
| 010 | 100 | 010 | 1001 | 110 | 100 | 000 | 1001 |
| 011 | 000 | 001 | 0001 | 111 | 000 | 011 | 0001 |
| 011 | 111 | 001 | 1110 | 111 | 111 | 011 | 1110 |
| 011 | 001 | 100 | 0010 | 111 | 001 | 110 | 0010 |
| 011 | 110 | 100 | 1101 | 111 | 110 | 110 | 1101 |
| 011 | 010 | 111 | 0100 | 111 | 010 | 101 | 0100 |
| 011 | 101 | 111 | 1011 | 111 | 101 | 101 | 1011 |
| 011 | 011 | 010 | 0111 | 111 | 011 | 000 | 0111 |
| 011 | 100 | 010 | 1000 | 111 | 100 | 000 | 1000 |

FIG. 6

D0069

**U.S. Patent**    Jul. 5, 1988    Sheet 4 of 6    4,755,998



FIG. 7

FIG. 8

$\hat{m}(000,000) = m(000) + b(000),$
$\hat{m}(000,001) = m(000) + b(011),$
$\hat{m}(000,110) = m(000) + b(101),$
$\hat{m}(000,011) = m(000) + b(110);$

$\hat{m}(001,000) = m(001) + b(001),$
$\hat{m}(001,101) = m(001) + b(010),$
$\hat{m}(001,110) = m(001) + b(100),$
$\hat{m}(001,011) = m(001) + b(111);$

$\hat{m}(010,001) = m(010) + b(000),$
$\hat{m}(010,100) = m(010) + b(011),$
$\hat{m}(010,111) = m(010) + b(101),$
$\hat{m}(010,010) = m(010) + b(110);$

$\hat{m}(011,001) = m(011) + b(000),$
$\hat{m}(011,100) = m(011) + b(010),$
$\hat{m}(011,111) = m(011) + b(100),$
$\hat{m}(011,010) = m(011) + b(111);$

$\hat{m}(000,010) = m(100) + b(000),$
$\hat{m}(000,111) = m(100) + b(011),$
$\hat{m}(100,100) = m(100) + b(101),$
$\hat{m}(100,001) = m(100) + b(110);$

$\hat{m}(101,010) = m(101) + b(001),$
$\hat{m}(101,111) = m(101) + b(010),$
$\hat{m}(101,100) = m(101) + b(100),$
$\hat{m}(101,001) = m(101) + b(111);$

$\hat{m}(110,011) = m(110) + b(000),$
$\hat{m}(110,110) = m(110) + b(011),$
$\hat{m}(110,101) = m(110) + b(101),$
$\hat{m}(110,000) = m(110) + b(110);$

$\hat{m}(111,011) = m(111) + b(001),$
$\hat{m}(111,110) = m(111) + b(010),$
$\hat{m}(111,101) = m(111) + b(100),$
$\hat{m}(111,000) = m(111) + b(111);$

FIG. 9

$$\hat{m}(000) = \min[\hat{m}(000,000), \hat{m}(001,000),$$
$$\hat{m}(110,000), \hat{m}(111,000)],$$

$$\hat{m}(001) = \min[\hat{m}(010,001), \hat{m}(011,001),$$
$$\hat{m}(100,001), \hat{m}(101,001)],$$

$$\hat{m}(010) = \min[\hat{m}(010,010), \hat{m}(011,010),$$
$$\hat{m}(100,010), \hat{m}(101,010)],$$

$$\hat{m}(011) = \min[\hat{m}(000,011), \hat{m}(001,011),$$
$$\hat{m}(110,011), \hat{m}(111,011)],$$

$$\hat{m}(100) = \min[\hat{m}(010,100), \hat{m}(011,100),$$
$$\hat{m}(100,100), \hat{m}(101,100)],$$

$$\hat{m}(101) = \min[\hat{m}(000,101), \hat{m}(001,101),$$
$$\hat{m}(110,101), \hat{m}(111,101)],$$

$$\hat{m}(110) = \min[\hat{m}(000,110), \hat{m}(001,110),$$
$$\hat{m}(110,110), \hat{m}(111,110)],$$

$$\hat{m}(111) = \min[\hat{m}(010,111), \hat{m}(011,111),$$
$$\hat{m}(100,111), \hat{m}(101,111)].$$

FIG. 10

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $i_1^{(1)}$ | $p^{(1)}$ | $p^{(2)}$ | $p^{(3)}$ | $i_1^{(1)}$ | $p^{(1)}$ | $i_1^{(2)}$ | $p^{(4)}$ |
| $i_2^{(1)}$ | $p^{(1)}$ | $p^{(3)}$ | $p^{(4)}$ | $i_2^{(1)}$ | $p^{(1)}$ | $i_3^{(2)}$ | $p^{(5)}$ |
| $i_3^{(1)}$ | $p^{(1)}$ | $p^{(2)}$ | $p^{(4)}$ | $i_2^{(1)}$ | $p^{(1)}$ | $i_1^{(2)}$ | $p^{(2)}$ |
| $i_1^{(1)}$ | $i_2^{(1)}$ | $p^{(2)}$ | $p^{(4)}$ | $i_3^{(1)}$ | $p^{(1)}$ | $i_1^{(2)}$ | $p^{(3)}$ |
| $i_1^{(1)}$ | $i_3^{(1)}$ | $p^{(3)}$ | $p^{(4)}$ | $i_3^{(1)}$ | $p^{(1)}$ | $i_2^{(2)}$ | $p^{(5)}$ |
| $i_2^{(1)}$ | $i_3^{(1)}$ | $p^{(2)}$ | $p^{(3)}$ | $i_2^{(1)}$ | $p^{(1)}$ | $i_1^{(3)}$ | $p^{(5)}$ |
| $i_1^{(1)}$ | $i_2^{(1)}$ | $i_3^{(1)}$ | $p^{(1)}$ | $i_2^{(1)}$ | $i_3^{(1)}$ | $i_1^{(2)}$ | $p^{(4)}$ |
| $i_1^{(1)}$ | $i_3^{(1)}$ | $i_1^{(2)}$ | $p^{(2)}$ | $i_2^{(1)}$ | $i_3^{(1)}$ | $i_2^{(2)}$ | $i_1^{(3)}$ |
| $i_1^{(1)}$ | $i_3^{(1)}$ | $i_2^{(2)}$ | $i_3^{(2)}$ | $i_2^{(1)}$ | $i_3^{(1)}$ | $i_3^{(2)}$ | $p^{(5)}$ |
| $i_1^{(1)}$ | $i_2^{(1)}$ | $i_1^{(2)}$ | $p^{(3)}$ | $i_2^{(1)}$ | $p^{(1)}$ | $i_2^{(2)}$ | $i_3^{(2)}$ |
| $i_1^{(1)}$ | $p^{(1)}$ | $i_2^{(2)}$ | $i_1^{(3)}$ | $i_3^{(1)}$ | $p^{(1)}$ | $i_3^{(2)}$ | $i_1^{(3)}$ |

FIG. 11

D0071



FIG. 12

4,755,998

1

## CODED MODULATION SYSTEM

This is a continuation of co-pending application Ser. No. 577,044 filed on Feb. 6, 1984, now abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to transmitting digital symbols over a band-limited channel by modulating a carrier in accordance with a sequence of signals selected from an available signal constellation by a coding technique which introduces dependencies between signals in the sequence to increase immunity to noise (i.e., to achieve a so-called "coding gain" compared with an uncoded system).

Csajka et al., U.S. Pat. No. 4,077,021, and Ungerboeck, "Channel Coding with Multilevel/Phase Signals," IEEE Transactions on Information Theory, Vol. IT-28, No 1, January, 1982, incorporated herein by reference, disclose a coding system in which a conventional two-dimensional signal constellation having $2^N$ signal points (the number needed for simple mapping of symbols having N bits in an uncoded system in which no dependencies are introduced between signal points) is doubled in size to $2^{N+1}$ signal points. An encoder introduces a degree of redundancy by adding one bit of information to each N-bit symbol, based on the state of a finite-state memory in the encoder, and the resulting $N+1$ bits for each symbol are mapped into one of the $2^{N+1}$ possible signal points in the constellation. The signal points are organized into subsets which are disjointed (i e., have no signal points in common) and arranged so that the minimum distance between two signal points belonging to one subset is greater than the minimum distance between any two signal points in the constellation. The state of the finite state memory is arranged to depend on the subsets from which past signals were drawn. The encoder performs a coding function by using the state of the finite state memory as the basis for determining the subset from which each signal is to be drawn. Because this coding effectively permits only certain sequences of signals to be transmitted, each signal carries (in the form of the identity of the subset from which it is drawn) historical information which is exploited at the receiver to decode the sequence of received signals using a maximum likelihood sequence estimation technique (e.g., one based on the Viterbi Algorithm, as described in Forney, "The Viterbi Algorithm," Proceedings of the IEEE, Vol. 61, No. 3, March, 1973, incorporated herein by reference).

Another coding system, disclosed in copending patent application. U.S. Ser, No. 439,740, Forney, uses a signal constellation having more than $2^N$ but fewer than $2^{N+1}$ signal points organized into two subsets which are partially overlapping and partially disjointed. A two-state encoder is arranged in such a way that on average only a portion of the sent signals carry historical information (i.e., include redundancy).

Another copending patent application, U.S. Ser. No. 485,069, U.S. Pat. No. 4,597,090 issued 6/24/86, Forney, shows systems in which the symbols to be sent are taken in groups, each having at least two symbols. Each group is encoded independently into a multi-dimensional point corresponding in turn to two or more two-dimensional signal points. The set of multi-dimensional points from which each multi-dimensional point may be drawn is independent of the two-dimensional signal points sent for any other group of symbols, but there is

2

an interdependence among the signal points drawn for a given group.

## SUMMARY OF THE INVENTION

In general the invention features, in one aspect, an improvement in a modulation system for sending digital symbols over a band-limited channel in accordance with a sequence of multi-dimensional points each composed of a plurality of two-dimensional modulation signal points, and each selected from an available alphabet of the multi-dimensional points by an encoder on the basis of a group of the digital symbols, the improvement including circuitry for accumulating the symbols of each group, and circuitry for thereafter selecting the multi-dimensional point for the group, and wherein the available alphabet includes a plurality of subsets of the multi-dimensional points and the subset from which the multi-dimensional point is selected for each group depends on the subset from which the multi-dimensional point is selected for another group.

In preferred embodiments the accumulating circuitry is arranged to add less than one bit per symbol interval of information about the dependencies among the selected multi-dimensional points (preferably no more than one-half bit per symbol interval); there is a decoder for deciding which multi-dimensional points were sent by applying a maximum likelihood sequence estimation technique to a sequence of multi-dimensional values received over the channel; the encoder includes a finite state device whose next state depends upon at least an earlier state of the device; there are a plurality of subsets of the two-dimensional signal points and the minimum squared distance in two-dimensional space between signal points from the same subset is greater than the minimum squared distance between any two signal points; each group comprises two symbols and the multi-dimensional point alphabet is four-dimensional; the finite state device has eight states; each symbol has 7 bits and there are 240 distinct two-dimensional signal points; the modulation system is a double side band—quadrature carrier system; there are four subsets of signal points; and there is circuitry for effecting 180 differential encoding of said symbols.

The system achieves a coding gain with a redundancy (in the preferred embodiments) of less than one bit per symbol interval.

Other advantages and features will be apparent from the following description of the preferred embodiment, and from the claims.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

We first briefly describe the drawings.

### Drawings

FIG. 1 is a block diagram of a data transmitter;

FIG. 2 is a diagram of representative signal points on a signal point constellation;

FIG. 3 is a block diagram of the signal selection logic of FIG. 1;

FIG. 4 is a block diagram of the convolution encoder of FIG. 3;

FIG. 5 is a diagram of a portion of a state-transition trellis showing representative transitions between states;

FIG. 6 is a table of state transitions for the trellis of FIG. 5;

FIG. 7 is a block diagram of a data receiver;

4,755,998

3

FIG. 8 is a block diagram of the decoder of FIG. 7;
FIG. 9 is a table of contending metric calculations;
FIG. 10 is a table of surviving metric calculations;
FIG. 11 is a table of minimum weight code sequences;
FIG. 12 is a block diagram of the differential encoder of FIG. 3.

## STRUCTURE AND OPERATION

Referring to FIG. 1, in transmitter 10 (a programmed microprocessor) an input bit stream 12 (appearing at a bit rate of, for example, 19,200 bits per second) is made up of a sequence of digital symbols each having the same number of bits (N). The symbols are taken two at a time by serial/parallel converter 14 to form groups 16 each having two symbols. N is selected (e.g. N=2) so that the number of bits (2N) in each group 16 is an integer. (But N need not be integral.) Each two-symbol group 16 is encoded by signal selection logic 18 into a pair of two-dimensional signals 20, which are used successively by modulator 22 for conventional DSB-QC modulation and transmission over channel 24 at a rate of 2400×8/7 baud, corresponding to 7 bits per modulation interval.

The encoding process can be viewed as first selecting for each two-symbol group 16 a single four-dimensional point (i.e., a multi-dimensional point of more than two dimensions) from an available alphabet of four-dimensional points in four-dimensional space (called 4-space), and then using the four coordinate values of the selected multi-dimensional point to specify the two pairs of coordinates of the two two-dimensional signal points.

Referring to FIG. 2, each signal is drawn from a two-dimensional constellation 30 having 240 signal points 31 (i.e., more than the $2^N=128$ signal points required in an uncoded system but fewer than $2^{N+1}=256$ signal points). Each signal point 31 has odd integral coordinate values. All signal points 31 are grouped into four different subsets, respectively denoted (00), (01), (10), and (11), where for each subset the two bits in parentheses are respectively the least significant bits of the binary values of a and b taken from the following expression for the x and y coordinates of the signal:

$$(x, y) = (1 + 2a, 1 + 2b)$$

For example, signal point q has coordinates (x, y)=(11, 5), so that a=5=binary 101, b=2=binary 10. Thus, the least significant bits of a and b are a=1 and b=0, and signal point q is therefore in subset (10).

The complex signal plane can be viewed as being divided into 60 contiguous square sectors 32 each containing four signal points, one from each subset. Each quadrant of the plane contains 15 sectors, each identified by a value $A_n$ (n an integer between 1 and 15) where n generally reflects the relative distance of a sector from the origin (e.g., sector $A_{15}$ is farther from the origin than sector $A_8$).

The multi-dimensional points of the four-dimensional point alphabet similarly are categorized into 16 different multi-dimensional point subsets, each corresponding to a different combination of two signal point subsets. The multi-dimensional point subsets are respectively denoted (0000), (0001)..., the first two and final two bits of the value in parentheses being respectively the designations of the two signal point subsets to which the multi-dimensional point subset corresponds. For exam-

4

ple, multi-dimensional point subset 0001 corresponds to signal point subsets (00) and (01).

Signal selection logic 18 is arranged to map each incoming two-symbol group comprising 14 bits ($i_1$–$i_{14}$) into a multi-dimensional point which is then converted to two signals points.

Referring to FIG. 3, signal selection logic 18 includes convolutional encoder 40, amplitude coder 42, differential encoder 43, and multi-dimensional-point-to-signal-pair converter 39.

Convolutional encoder 40 takes incoming bits $i_1$–$i_3$ (after manipulation in differential encoder 43) and adds a fourth redundancy bit, p, to give two two-bit values (called SET values) which correspond to the a and b values of the two different subsets from which the two signals are selected. The encoder thus introduces less than one bit per symbol of redundancy into the system, preferably no more than ½ bit per symbol. Bits $i_4$–$i_7$ are passed (after manipulation in differential encoder 43) through to become the four bits constituting the two values (called QUAD values) for identifying the quadrants from which the two signals are selected. Amplitude coder 42 takes bits $i_8$–$i_{14}$ and generates 2 values (called A values) which correspond to the sectors from which the two signals are selected.

The two SET values, two QUAD values, and two A values can be viewed as together specifying one of the 32,768 (i.e., $2^{15}$, where 15 is the number of bits (14) in the symbol group plus the one bit (p) added by encoder 40) possible multi-dimensional points in 4-space, which is then converted by converter 39 to a corresponding pair of signals. The 32,768 multi-dimensional points in the multi-dimensional point alphabet comprise those of the 57,600 four-dimensional points (each corresponding to a possible pair of two-dimensional signal points) which are closest to the origin in 4-space (i.e., require the least energy to send).

Referring to FIG. 4, convolutional encoder 40 includes four modulo 2 adders 43, 44, 46, 48, each connected to receive at least two of the three bits $i_1$–$i_3$ and three delay (memory) elements 50, 52, 54 (each having a delay of two symbol intervals) connected to adders 42, 44, 46, 48 as shown. Encoder 40 generates the additional bit (p) in each group interval (where a group interval is two symbol intervals corresponding to a two-symbol group) based on the values of bits $i_1$, $i_2$, $i_3$ in the corresponding two-symbol group, and also based on the values of some of the bits $i_1$, $i_2$, $i_3$ in two-symbol groups which appeared in prior group intervals. Bits $i_1$ and $i_2$ become the SET value for the signal sent in the first symbol interval of each group interval, and bits $i_3$ and p become the SET value for the signal sent in the second symbol interval. Thus, the convolutional encoder implements a rate ¾ code which adds ½ bit per modulation interval.

The memory elements 50, 52, 54 of convolutional encoder 40 effectively consist of a finite state device having eight possible states each represented by a three-bit value $s_1 s_2 s_3$ (where $s_1$, $s_2$, and $s_3$ are the respective states of elements 50, 52, 54) and each determined by the historical sequence of input bits $i_1$, $i_2$, and $i_3$. The convolutional encoder in this way assures that the multi-dimensional point subset from which each multi-dimensional point is drawn depends on the multi-dimensional point subsets from which previous multi-dimensional points were drawn, and therefore carries historical information (by means of the ½ bit per symbol of redun-

4,755,998

5

dancy) about the multi-dimensional point subsets of the preceding multi-dimensional points.

Encoder 40 is a finite state device which passes through a succession of states, the present state being separated in time from the previous state and also from the next state by a group interval.

For a given present state, only four of the eight next states are permissible. The other four of the eight next states are inherently impossible given the encoder's logic circuitry. Which next state occurs depends on the given present state and on which one of the eight possible combinations of $i_1 i_2 i_3$ bits is found in the current two-symbol group to be sent. For example, if the present state is 000 and the $i_1 i_2 i_3$ combination for the next two-symbol group is 000, the next state must be 000. In such a case, the two-symbol group is said to cause a transition from present state 000 to next state 000.

Referring to FIG. 5, a trellis 70 can be used to diagram all permissible transitions between present encoder states and next encoder states. The eight possible present states of encoder 40 are identified by a column of eight points (labeled (000), (001) . . . ) where the three bits in parentheses are the bits $s_1$, $s_2$, $s_3$, representing the respective states of elements 50, 52, 54 in encoder 40. The possible next states (which occur one group interval later) are similarly labeled ((000), (001) . . . ).

The branches which connect the present states to the next states reflect the permissible state transitions. Each branch is labeled with four bits (e.g., 1111) the first three of which indicate the bits ($i_1$, $i_2$, $i_3$) of the current two-symbol group to be encoded, and the fourth of which indicates the p bit added by the encoder. Together the four bits labeling a given branch thus correspond to one multi-dimensional point subset.

There is a pair of branches leading from a particular present state to a permissible next state. The two branches in each pair correspond to multi-dimensional points whose multi-dimensional point subset bits are binary complements. For example, the only permissible transitions between state 000 and state 011 are represented by a pair of branches corresponding to type 0110 and type 1001 multi-dimensional points (0110 and 1001 being binary complements).

Referring to FIG. 6, there are a total of 64 possible transitions (corresponding to trellis branches) between the present states and the permissible next states. Only eight of the 64 possible transitions are shown in FIG. 5, namely those leading from present state 000.

Referring again to FIG. 5, the trellis represents a succession of permissible states spaced apart by group intervals and connected by permissible transitions. Only the states at two points in time are shown in FIG. 5 but the trellis is easily expanded to the left and right by simply repeating the columns of states and the pattern of permissible transitions.

Every permissible sequence of encoder states corresponds to a permissible path along a series of branches through the trellis. Every path in turn corresponds to a sequence of multi-dimensional point subsets corresponding to the branches which make up the path. Thus, in effect, the sequence of multi-dimensional point sent by the transmitter carries with it (in the form of the subsets of the multi-dimensional points sent) information about the encoder's path through the trellis.

As will be seen below, the receiver uses the received multi-dimensional values each corresponding to a pair of the received two-dimensional signals to estimate the encoder's original path through the trellis. Once the

6

path is determined, the multi-dimensional points sent and hence the stream of symbols sent can be reconstructed.

Referring to FIG. 7, in receiver 100 (a programmed microprocessor), the noise affected modulated carrier received from channel 24 is passed through demodulator 102 and signal processor 104 to produce a stream of received two-dimensional signals. Decoder 106 considers the stream of received two-dimensional signals as a stream of received multi-dimensional values and decides which multi-dimensional points (and hence which symbols) were sent by means of a so-called maximum likelihood sequence estimation technique using the Viterbi algorithm discussed in the Forney article.

In general, the decoding process involves first determining which path through the trellis is most likely to have been the one followed by the encoder. Once that maximum likelihood path is found, the sequence of multi-dimensional point subsets corresponding to that path (called the maximum likelihood path history) is used together with the sequence of received multi-dimensional values to decide which multi-dimensional points were sent from among the multi-dimensional point subsets representing the maximum likelihood path history.

The maximum likelihood path is determined by finding which permissible sequence of multi-dimensional point subsets (i.e., which trellis path) is closest (measured in aggregate squared distance in 4-space) to the sequence of received multi-dimensional values. The distance (called a branch metric) between a received multi-dimensional value and a permissible multi-dimensional point from a subset corresponding to a branch of the trellis is simply the squared distance between them in 4-space. The distance (called a path metric) between a received multi-dimensional value sequence and a permissible sequence of multi-dimensional points from subsets corresponding to a permissible trellis path is simply the arithmetic sum of the squared distances between each of the received multi-dimensional values in the sequence and the corresponding multi-dimensional points along the path.

The decoding process steps are repeated in each group interval. Because the decoding depends on analysis of a sequence of received multi-dimensional values, the decision of which multi-dimensional point was sent in a particular interval must be delayed for a number of group intervals until the probability of error in estimating the most likely trellis path is acceptably small.

For a given group interval, the first decoding step is to find the one multi-dimensional point in each subset which is closest to the received multi-dimensional value. This step alone reduces from 32,768 to 16 the number of contending multi-dimensional points for that interval.

Referring to FIG. 8, this is done by passing the received multi-dimensional value through slicer 108 which performs two conventional slicing operations on the multi-dimensional point alphabet in each of four dimensions in the vicinity of the received multi-dimensional value.

Next, in branch metric calculator 110, the squared distance between each received multi-dimensional value and each of the sixteen contending multi-dimensional points is computed. These squared distances are denoted $d^2(0000)$, $d^2(0001)$ . . . where the value in parentheses indicates the multi-dimensional point subset. For example, the value $d^2(0000)$ is the squared distance

4,755,998

7

between the received multi-dimensional value and the contending multi-dimensional point in the 0000 subset.

Recalling that each present state and each corresponding permissible next state in the trellis are connected by a pair of branches corresponding to two different subsets of multi-dimensional points, and that there is only one most likely path through the trellis, only one branch of each pair of branches can lie on the maximum likelihood path. Thus, it is possible at this stage to reduce by half the number of contending branches simply by determining which branch of each pair represents the multi-dimensional point subset which is closer to the received multi-dimensional value.

To do this, branch metric calculator 110 determines as a so-called branch pair metric for each branch pair, denoted, e.g., b(000), the smaller of the previously determined branch metrics corresponding to the two branches in the pair. For example $b(000) = \min[d^2(0000), d^2(1111)]$, $b(001) = \min[d^2(0001), d^2(1110)]$ . . .

The next step (performed by contending metric calculator 112) is to take the branch pair metric leading from each present state and add it to a so-called normalized surviving metric of that present state (determined in the manner described below) to obtain a so-called contending metric.

Referring to FIG. 9, the eight surviving metrics are denoted m(000), m(001) . . . where the value in parentheses denotes a present state. The 32 contending metrics are denoted m(000,000), m(000,001). . . where the values in parentheses denote a present state and a permissible next state.

There are four contending branches leading into each next state but only one can be in contention against the contending branches leading into the other next states, namely the one whose branch pair metric combined with the surviving metric of the present state from which the branch leads, produces the smallest contending metric.

Referring to FIG. 10, the smallest contending metric for each next state is determined by simple comparisons, each yielding a surviving metric denoted, e.g. , m(000), where the value in parentheses corresponds to the new state.

Of the eight surviving branches to the eight next states, only one is part of the maximum likelihood path, namely the one for which the surviving metric has the minimum value.

This minimum surviving metric (m(min)) is found (by minimum metric calculator 116, FIG. 8) from among the eight surviving metrics, i.e., m(min)=min[m(000), m(001), m(010), m(011), m(100), m(101), m(110), m(111)].

Finally, the minimum metric is subtracted from each of the normalized surviving metrics (by normalized surviving metric calculator 118, FIG. 8) to prevent the normalized surviving metrics from growing without bound.

This minimum surviving metric for the next group interval thus represents the minimum path metric through the trellis corresponding to the historical sequence of received multi-dimensional values. The decoder has thus determined the maximum likelihood path of the encoder through the trellis.

The next step is to determine the corresponding sequence of sent multi-dimensional points. For each of the eight possible present states, decoder 106 stores a so-called present surviving path history identifying the

8

sequence of multi-dimensional points which correspond to the surviving path leading to each present state. When the eight surviving metrics for the eight possible next states are calculated, the decoder creates a next surviving path history for each next state. Each next surviving path history contains the multi-dimensional point corresponding to the surviving metric leading to each next state plus the sequence of past multi-dimensional points of the corresponding present surviving path history.

The next surviving path history which corresponds to the minimum surviving metric contains the sequence of multi-dimensional points which is the best estimate at that time of the sequence of multi-dimensional points sent.

In a given surviving path history the multi-dimensional points which are many group intervals old are more likely to be correct than more recent multi-dimensional points. The decision of which multi-dimensional point was sent in a given group interval is made after the passage of a predetermined number of group intervals (e.g., 16) selected such that the probability of error is acceptably low.

The coding gain produced by the described coding system depends on the error probability and on the average energy required to send the two-dimensional signal points.

The error probability can be determined by first considering the output of the encoder as a bit stream

$$i_1^{(1)} i_2^{(1)} i_3^{(1)} p^{(1)} i_1^{(2)} i_2^{(2)} i_3^{(2)} p^{(2)} \ldots i_1^{(N)} i_2^{(N)} i_3^{(N)} p^{(n)}$$

where, e.g., $i_2^{(2)}$ is the value of output bit $i_2$ for the second group interval. It is then possible to determine as a so-called impulse response the string of those output bits of encoder 40 which will have "1" values (as determined by the logic of encoder 40) when a single predetermined input bit has a "1" value. For example, the impulse response resulting from only bit $i_1$ having a "1" value for the first group interval can be represented by the impulse response

$$i_1^{(1)} p^{(1)} p^{(2)} p^{(3)}$$

meaning that $i_1^{(1)} = p^{(1)} = p^{(2)} = p^{(3)} = 1$. Similarly the impulse responses respectively resulting from $i_2^{(1)} = 1$ and $i_3^{(1)} = 1$, are

$$i_2^{(1)} p^{(1)} p^{(3)} p^{(4)}$$

$$i_3^{(1)} p^{(1)} p^{(2)} p^{(4)}$$

All other possible bit sequences (called code sequences) are shifts and linear (mod 2) combinations of the three impulse responses.

The difference (mod 2 sum) between any two code sequences is another code sequence, and therefore, the minimum Hamming distance between any two code sequences generated by encoder 40 is the minimum number of 1 values (called the minimum weight) in a non-zero code sequence. Because the impulse responses each have weight 4, which is even, the minimum Hamming distance must be either 2 or 4. However, no linear combination of the impulse responses has weight 2, so the minimum distance must be 4.

Referring to FIG. 11, there are 22 distinct minimum weight code sequences.

4,755,998

**9**

Thus, the minimum noise energy required to cause an error in decoding is $4d_0{}^2$, where $2d_0$ is the minimum distance between any two two-dimensional signal points (i.e., $d_0$ is the distance from a two-dimensional signal point to the nearest decision boundary in two-dimensional space.) Such an error could occur in any of the 22 distinct minimum weight code sequences of FIG. **11**, in each case in any of sixteen ways per group interval. In addition, the $4d_0{}^2$ noise energy could cause an error between neighboring multi-dimensional points in a single subset in any one of eight different ways in each group interval. Thus, the union bound of error probability per group interval is 22 times 16 plus 8 equals $360Q(2d_0)$. Simulations suggest that this union bound is conservative by a factor of 2 so that the error probability per symbol interval is approximately $90Q(2d_0)$ compared with $4Q(d_0)$ for an uncoded system.

Using the rule of thumb that in the error region of interest, every factor of 2 in increased error rate corresponds to a cost of 0.2 db in signal-to-noise ratio, the error coefficient penalty for the described coding system is 0.9 db compared with an uncoded system.

The $4d_0{}^2$ minimum noise energy for the coded system gives a 6 db gross coding gain over uncoded systems (which have a $d_0{}^2$ minimum noise energy), which is offset not only by the 0.9 db loss from increased error probability, but also by the additional 1.5 db needed to send the extra bit (p) per group interval which the encoder adds to the original 14 bits of each two-symbol group. Thus, the net coding gain is 6 db−1.5 db−0.9 db=3.6 db.

Referring to FIG. **12**, differential encoder **43** includes modulo 2 summers **120**, **122**, **124**, **126**, **128**, **130**, **132**, and delay element **134** (representing a one group interval delay) which together convert incoming bits $i_1$ through $i_7$ to differentially encoded bits $\bar{i}_1$ through $\bar{i}_7$. Bits $\bar{i}_1$ and $\bar{i}_2$ are the SET bits for the first symbol interval in each group interval. Bit $\bar{i}_3$, together with bit p are the SET bits for the second symbol interval. Bits $i_4$, $i_5$ and $i_6$, $i_7$ are respectively the QUAD bits for the first and second symbol intervals. (The assignments of QUAD bits to quadrants are shown on FIG. **2**.)

The differential encoder effectively complements the SET and QUAD bits of the signal point to be sent if the previous signal point was in the bottom half-plane (i.e., had 1 as its first QUAD bit). The complementing is accomplished by delivering the output of delay element **134** to summers **124**, **126**, **130**, **132**. Because $i_1i_2i_3$ are complemented, the parity bit (p) is also complemented. The A bits remain unchanged so the pair of resulting signal points is 180° out of phase with the pair that would have been generated had $i_6$ been 0 in the previous group interval.

At the receiver, the reverse process is performed at the output of decoder **106**, ensuring that a 180° phase reversal on the channel will cause only a momentary error in the decoded symbols.

Other embodiments are within the following claims.

I claim:

1. In a modulation system for sending digital symbols generated by a data source over a band-limited channel in accordance with a sequence of multi-dimensional points each composed of a plurality of two-dimensional modulation signal points, and each selected from an available alphabet of said multi-dimensional points by an encoder on the basis of a group of said digital symbols, the improvement comprising

**10**

circuitry connected to be responsive to said data source for accumulating said symbols of each said group, and

circuitry connected to be responsive to said accumulating circuitry for thereafter selecting said multi-dimensional point for said group, and wherein

said available alphabet comprises a plurality of subsets of said multi-dimensional points, and

the subset from which the multi-dimensional point is selected for each said group depends on the subset from which the multi-dimensional point is selected for another said group.

2. In a modulation system for sending digital symbols generated by a data source over a band-limited channel in accordance with a sequence of multi-dimensional points each composed of a plurality of two-dimensional signal points, said modulation system comprising,

circuitry connected to be responsive to said data source for accumulating groups of said symbols,

selection circuitry connected to be responsive to said accumulating circuitry for selecting one said multi-dimensional point for each said group from an available alphabet of multi-dimensional points, and

modulator circuitry connected to be responsive to said selection circuitry for modulating a carrier in accordance with the signal points of which said selected multi-dimensional points are composed, at a rate of $1/T$ signal points per second,

the improvement wherein,

said available alphabet has a plurality of subsets of said multi-dimensional points, and

said selection circuitry comprises

means responsive to be responsive to said accumulating circuitry for causing a multi-dimensional point for each said group to be selected from a subset which depends on the subset from which the multi-dimensional point is selected for another said group.

3. The improvement of claim 1 or 2 wherein said selection circuitry includes means responsive to said accumulating means for adding to the information carried by said symbols less than one bit per symbol interval of information about the dependencies among said selected multi-dimensional points.

4. The improvement of claim 3 wherein said accumulating circuitry is arranged to add no more than one-half bit per symbol interval.

5. The improvement of claim 1 or 2 further comprising a decoder connected to be responsive to said channel for deciding which said multi-dimensional points were sent by applying a maximum likelihood sequence estimation technique to a sequence of multi-dimensional values received over said channel.

6. The improvement of claim 1 or 2 wherein said selection circuitry comprises a finite state device connected to be responsive to said accumulating circuitry and whose next state depends upon at least an earlier state of said device.

7. The improvement of claim 1 or 2 wherein there are a plurality of subsets of said modulation signal points and the minimum squared distance in two-dimensional space between modulation signal points from the same subset is greater than the minimum squared distance between any two modulation signal points.

8. The improvement of claim 1 or 2 wherein each said group comprises an integral number of bits.

D0077

4,755,998

## 11

9. The improvement of claim 1 or 2 wherein each said group comprises two said symbols and said multi-dimensional point alphabet is four-dimensional.

10. The improvement of claim 6 wherein said finite state device has eight states.

11. The improvement of claim 10 wherein each symbol comprises 7 bits and there are 240 distinct two-dimensional signal points.

## 12

12. The improvement of claim 1 or 2 wherein said modulation system is a double side band—quadrature carrier system.

13. The improvement of claim 1 or 2 wherein there are four subsets of said modulation signal points.

14. The improvement of claim 1 or 2 further comprising circuitry for effecting 180° differential encoding of said symbols.

* * * * *

5

10

15

20

25

30

35

40

45

50

55

60

65

EXHIBIT F



US005214656A

# United States Patent [19]

## Chung et al.

| [11] | Patent Number: | 5,214,656 |
| --- | --- | --- |
| [45] | Date of Patent: | May 25, 1993 |

[54] **MULTIPLEXED CODED MODULATION WITH UNEQUAL ERROR PROTECTION**

[75] Inventors: **Hong Y. Chung**, Eatontown; **Jin-Der Wang**, Ocean; **Lee-Fang Wei**, Lincroft, all of N.J.

[73] Assignee: **AT&T Bell Laboratories**, Murray Hill, N.J.

[21] Appl. No.: **627,156**

[22] Filed: **Dec. 13, 1990**

[51] **Int. Cl.**$^5$ .............................................. **G06F 11/00**
[52] **U.S. Cl.** ........................................ **371/43**; 375/39
[58] **Field of Search** ...................... 371/37, 38, 43–46; 375/39, 58

[56] **References Cited**

### PUBLICATIONS

U.S. patent application Ser. No. 7/363,793, Wang et al., filed Jun. 9, 1989.

*Primary Examiner*—Vincent P. Canney
*Attorney, Agent, or Firm*—Henry T. Brendzel

[57] **ABSTRACT**

Unequal error protection is provided for an HDTV signal by separately coding each one of the classes of information in the HDTV signal by using a conventional coded modulation scheme and then time-division-multiplexing the various coded outputs for transmission. In particular, each class of information is separately coded by a 4-dimensional 8-state trellis code and a uniformly-spaced (QAM) signal constellation.

**32 Claims, 7 Drawing Sheets**



CONSTELLATION (A)



CONSTELLATION (B)





FIG. 1

FIG. 2

*FIG. 3*



2T :DELAY ELEMENT
T  :SIGNALING INTERVAL
⊕ :EXCLUSIVE OR

*FIG. 4*

| BIT CONVERTER IN FIG. 3 ||
| INPUT BIT PATTERN* | OUTPUT BIT PATTERN* |
| --- | --- |
| 0 0 0 0 | 0 0 0 0 |
| 0 0 0 1 | 0 0 0 1 |
| 0 0 1 0 | 0 0 1 1 |
| 0 0 1 1 | 0 0 1 0 |
| 0 1 0 0 | 0 1 0 1 |
| 0 1 0 1 | 0 1 1 1 |
| 0 1 1 0 | 0 1 1 0 |
| 0 1 1 1 | 0 1 0 0 |
| 1 0 0 0 | 1 1 1 1 |
| 1 0 0 1 | 1 1 1 0 |
| 1 0 1 0 | 1 1 0 0 |
| 1 0 1 1 | 1 1 0 1 |
| 1 1 0 0 | 1 0 1 0 |
| 1 1 0 1 | 1 0 0 0 |
| 1 1 1 0 | 1 0 0 1 |
| 1 1 1 1 | 1 0 1 1 |

*READING FROM TOP TO BOTTOM IN FIG. 3

D0081



FIG. 5

Case 1:07-md-01848-GMS    Document 264-7    Filed 07/07/2008    Page 6 of 30



FIG. 6

CONSTELLATION (A)

CONSTELLATION (B)

140

21/1

MULTIPLEXER

132 — CONSTELLATION MAPPER (CONSTELLATION (B))

122 — CONSTELLATION MAPPER (CONSTELLATION (A))

6.5

3.5

131 — CHANNEL ENCODER

121 — CHANNEL ENCODER

6

3

LESS IMPORTANT BITS (50%)

MORE IMPORTANT BITS (50%)

D0083



FIG. 7

## FIG. 8

COMPARISONS OF MULTIPLEXED CODED MODULTATION

| SCHEME | PERCENTAGE OF IMPORTANT DATA (%) | MORE IMPORTANT DATA | | | LESS IMPORTANT DATA | | | $t_1/t_2$ OF MULTIPLEXER | PEAK-TO-AVERAGE POWER RATIO |
|---|---|---|---|---|---|---|---|---|---|
| | | $m_1$ | CONSTELLATION (A) | NOMINAL CODING GAIN (dB)** | $m_2$ | CONSTELLATION (B) | NOMINAL CODING GAIN (dB)** | | |
| 1 | 37.5 | 3 | 12-QAM | 7.6 | 5 | 48-QAM | 1.5 | T/T | 2.07 |
| 3 | 50 | 3 | 12-QAM | 7.6 | 6 | 96-QAM | -1.5 | 2T/T | 2.17 |
| 4 | 62.5 | 3.5 | 16-QAM | 6.0 | 5.25 | 60-QAM | 0.8 | 5T/2T | 2.24 |

** RELATIVE TO UNCODED 16-QAM

D0085

*FIG. 9*

TRANSMITTER *400*



D0086

5,214,656

1

## MULTIPLEXED CODED MODULATION WITH UNEQUAL ERROR PROTECTION

### BACKGROUND OF THE INVENTION

The present invention relates to the transmission of digital data, particularly the transmission of digital data which represents video signals.

It is generally acknowledged that some form of digital transmission will be required for the next generation of television (TV) technology, conventionally referred to as high definition television, or HDTV. This requirement is due mostly to the fact that much more powerful video compression schemes can be implemented with digital signal processing than with analog signal processing. However, there has been some concern about becoming committed to an all-digital transmission system because of the potential sensitivity of digital transmission to small variations in signal-to-noise ratio, or SNR, at the various receiving locations.

This phenomenon—sometimes referred to as the "threshold effect"—can be illustrated by considering the case of two television receivers that are respectively located at 50 and 63 miles from a television broadcast station. Since the power of the broadcast signal varies roughly as the inverse square of the distance, it is easily verified that the difference in the amount of signal power received by the television receivers is about 2 dB. Assume, now, that a digital transmission scheme is used and that transmission to the receiver that is 50 miles distant exhibits a bit-error rate of $10^{-6}$. If the 2 dB of additional signal loss for the other TV set translated into a 2 dB decrease of the SNR at the input of the receiver, then this receiver will operate with a bit-error rate of about $10^{-4}$. With these kinds of bit-error rates, the TV set that is 50 miles away would have a very good reception, whereas reception for the other TV set would probably be very poor. This kind of quick degradation in performance over short distances is generally not considered acceptable by the broadcasting industry. (By comparison, the degradation in performance for presently used analog TV transmission schemes is much more graceful.)

There is thus required a digital transmission scheme adaptable for use in television applications which overcomes this problem. Solutions used in other digital transmission environments—such as the use of a) regenerative repeaters in cable-based transmission systems or b) fall-back data rates or conditioned telephone lines in voiceband data applications—are clearly inapplicable to the free-space broadcast environment of television.

The co-pending, commonly assigned United States patent application of V. B. Lawrence et al. entitled "Coding for Digital Transmission," Ser. No. 07/611,225, filed on Nov. 07, 1990, discloses a technique for overcoming the shortcomings of standard digital transmission for over-the-air broadcasting of digital TV signals. Specifically, the Lawrence et al. patent application teaches the notion of characterizing the HDTV signal into classes of "less important" and "more important" information which will then use a constellation of non-uniformly spaced signal points. This approach provides unequal error protection, i.e., more error protection for the more important information, and allows a graceful degradation in reception quality at the TV set location because, as the bit-error rate at the receiver begins to increase with increasing distance from the broadcast transmitter, it will be the bits that represent

2

proportionately less of the TV signal information that will be the first to be affected.

### SUMMARY OF THE INVENTION

Although the Lawrence et al. patent application teaches an advantageous technique for providing unequal error protection to a plurality of classes of information within a signal, we have discovered an alternative, and also advantageous, technique for providing unequal error protection. Specifically, and in accordance with the present invention, unequal error protection is provided for a signal comprised of a plurality of classes of information by a) separately coding each one of the plurality of classes of information using a different coded modulation scheme and b) multiplexing the plurality of coded outputs for transmission.

In accordance with a feature of the invention, uniformly spaced signal points can be used.

In a preferred embodiment of the invention, an HDTV signal is source-encoded to provide a plurality of classes of information. Each class of information is then separately coded by a different, and conventional, coded modulation scheme, e.g., a 4D 8-state trellis code and a uniformly-spaced QAM signal constellation. The coded outputs of the separate coded modulation schemes are then time-division-multiplexed for transmission of the HDTV signal.

### BRIEF DESCRIPTION OF THE DRAWING

In the drawing,

FIG. 1 is a block diagram of an illustrative transmitter embodying the principles of the invention;

FIG. 2 is a block diagram of an illustrative receiver embodying the principles of the invention;

FIGS. 3–4 when taken together, show an illustrative trellis encoder used scheme using a 12-QAM signal constellation and a 48-QAM constellation in the transmitter of FIG. 1;

FIG. 5 shows an embodiment of a multiplexed coded modulation scheme using a 12-QAM signal constellation and a 48-QAM constellation in the transmitter of FIG. 1;

FIG. 6 shows an alternative embodiment of a multiplexed coded modulation scheme using a 12-QAM signal constellation and a 96-QAM constellation in the transmitter of FIG. 1;

FIG. 7 shows another alternative embodiment of a multiplexed coded modulation scheme using a 16-QAM signal constellation and a 60-QAM constellation in the transmitter of FIG. 1;

FIG. 8 shows a table comparing the nominal coding gains for the three embodiments of FIGS. 5–7; and

FIG. 9 is a block diagram of an illustrative transmitter embodying the principles of the invention using a concatenated coding technique.

### DETAILED DESCRIPTION

Before proceeding with a description of the illustrative embodiment, it should be noted that the various digital signaling concepts described herein—with the exception, of course, of the inventive concept itself—are all well known in, for example, the digital radio and voiceband data transmission (modem) arts and thus need not be described in detail herein. These include such concepts as multidimensional signaling using 2N-dimensional channel symbol constellations, where N is some integer; trellis coding; fractional coding; scram-

5,214,656

| 3 | 4 |

bling; passband shaping; equalization; Viterbi, or maximum-likelihood, decoding; etc. These concepts are described in such United States patents as U.S. Pat. No. 3,810,021, issued May 7, 1974 to I. Kalet et al.; U.S. Pat. No. 4,015,222, issued Mar. 29, 1977 to J. Werner; U.S. Pat. No. 4,170,764, issued Oct. 9, 1979 to J. Salz et al.; U.S. Pat. No. 4,247,940, issued Jan. 27, 1981 to K. H. Mueller et al.; U.S. Pat. No. 4,304,962, issued Dec. 8, 1981 to R. D. Fracassi et al.; U.S. Pat. No. 4,457,004, issued Jun. 26, 1984 to A. Gersho et al.; U.S. Pat. No. 4,489,418, issued Dec. 18, 1984 to J. E. Mazo; U.S. Pat. No. 4,520,490, issued May 28, 1985 to L.-F. Wei; U.S. Pat. No. 4,597,090, issued Jun. 24, 1986 to G. D. Forney, Jr. and U.S. Pat. No. 4,941,154, issued Jul. 10, 1990 to L. -F. Wei. Additionally, reference can also be made to "Efficient modulation for band-limited signals", G. D. Forney, Jr. et al., *IEEE J. Select. Areas Commun.*, vol. SAC-2, pp. 632–647, September 1984; "Trellis-coded modulation with multidimensional constellations", L. -F. Wei, *IEEE Trans. Inform. Theory*, vol. IT-33, pp. 483–501, July 1987; and "Multidimensional constellations-Part I: Introduction, figures of merit, and generalized cross constellations," G. D. Forney, Jr. & L. -F. Wei, *IEEE J. Select. Areas Commun.*, vol. SAC-7, pp. 877–892, August 1989. All of the above are hereby incorporated by reference.

As previously mentioned, the co-pending, U.S. patent application of V. B. Lawrence et al., Ser. No. 07/611,225, filed on Nov. 7, 1990, discloses a technique for overcoming the shortcomings of standard digital transmission for over-the-air broadcasting of digital TV signals. Specifically, the Lawrence et al. patent application teaches the notion of characterizing the HDTV signal into classes of "less important" and "more important" information which will then use a constellation of non-uniformly spaced signal points. This approach provides unequal error protection, i.e., more protection for the more important information, and allows a gradual degradation in reception quality at the TV set location because, as the bit-error rate at the receiver begins to increase with increasing distance from the broadcast transmitter, it will be the bits that represent proportionately less of the TV signal information that will be the first to be affected. However, we have discovered an alternative, also advantageous, technique for providing unequal error protection. Specifically, and in accordance with the present invention, unequal error protection is provided for a signal comprised of a plurality of classes of information by a) separately coding each one of the plurality of classes of information using a different coded modulation scheme and b) multiplexing the plurality of coded outputs for transmission. Before proceeding with a description of three illustrative embodiments of the invention, the inventive concept itself will generally be described.

Turning, in particular, to FIG. 1, information signal source 101 generates an HDTV analog video signal (HDTV signal) representing picture information. The HDTV signal is passed on to source encoder 110 which generates a digital signal comprised of a plurality of data elements which are grouped into "classes of information" in which at least one class of information is more important, i.e., contains "more important data", than the remainder of the classes of information which, therefore, contain "less important data". For example, the more important data represents that information which, if properly received, will form a rough picture, e.g., audio information, framing information, etc., and

the less important data represents that information which comprises the remainder of the HDTV signal. As represented herein, the more important data is generated on lead 20 and the less important data is generated on lead 30. Illustratively, each data element is a data bit, with an average of $m_1$ ($m_2$) bits being generated on lead 20 (30) for each signaling interval assigned by multiplexer 140 to the more (less) important data (see below), each signaling interval having a duration of T seconds.

As shown in FIG. 1, the more important data on lead 20 is input to channel encoder 121 of coded modulation circuitry 120, and the less important data on lead 30 is input to channel encoder 131 of coded modulation circuitry 130. Coded modulation circuitry 120 (130) represents a coded modulation scheme and is comprised of channel encoder 121 (131) and constellation mapper 122 (132). In accordance with a principle of the invention, the coded modulation schemes implemented by coded modulation circuitry 120 and 130 (described below) are chosen such that the more important data is provided more error protection than the less important data, i.e., coded modulation circuitry 120 and 130 are different, with channel encoders 121 and 131, and/or constellation mappings 122 and 132 being different from each other. Channel encoder 121 (131) operates in accordance with known encoding techniques (described below), and the "encoded output" of channel encoder 121 (131) consists of $m_1 + r_1$ ($m_2 + r_2$) data bits, where $r_1$ ($r_2$) represents the average number of redundant bits introduced by the encoder 121 (131) in each signaling interval assigned by multiplexer 140 to the more (less) important data. The encoded output of channel encoder 121 (131) is mapped to a signal point from constellation A (B), for each assigned signaling interval, by constellation mapper 122 (132) to provide the "coded output" on leads 22 (32) to multiplexer 140.

Multiplexer 140, illustratively a time-division-multiplexer, is shown as a switch with a design parameter $t_1/t_2$, i.e., over a time frame $t_f = t_1 + t_2$, multiplexer 140 will switch between coded modulation circuitry 120 and 130. For example, during the time interval $t_1$ multiplexer 140 will provide the coded output from coded modulation circuitry 120 to modulator 150, and during the time interval $t_2$ multiplexer 140 will provide the coded output from coded modulation circuitry 130 to modulator 150. (It should be noted that although the simple case of only two classes of information is described herein, the concept can easily be extended to a larger plurality of classes.) Each time interval $t_i$, for $i=1,2$, is comprised of a number of signaling intervals, T, i.e., $t_1 = N_1T$ and $t_2 = N_2T$, where $N_1(N_2)$ is the number of signaling intervals in $t_1$ ($t_2$). In fact, the design parameter $t_1/t_2$ denotes the ratio of the numbers of signaling intervals assigned to the more important data and the less important data (i.e., the signaling intervals assigned to channel encoders 121 and 131). For example, for each signaling interval in $t_1$ ($t_2$), channel encoder 121 (131) is mapped to a signal point from constellation A (B) so that over the time interval $t_1$ ($t_2$) the coded output of coded modulation circuitry 120 (130) will be comprised of $N_1$ ($N_2$) signal points. Therefore, and in accordance with the principles of the present invention, by allocating separate time intervals to the more important data and the less important data in a time frame, $t_f$, the more important data can be separately and differently coded from the less important data. Further, by changing the ratio of $t_1/t_2$, additional flexibility can be achieved in the design of the separate

5,214,656

5                                                                    6

coding schemes to provide further error protection for the more important data at the expense of the less important data. For example, by increasing the duration of $t_1$ relative to $t_2$, the size of the signal constellation used by constellation mapper 122 can be smaller, i.e. the signal points can be spaced further apart, however, this will result in $t_2$ being smaller, which will require constellation mapper 132 to use a larger constellation of signal points, i.e., the signal points which will be closer together. As a result, since the distance between signal points in a constellation has an effect on the amount of error protection provided by a coded modulation scheme, the error protection of the more important data is enhanced as the expense of the less important data. Coded modulation circuitry 120 and 130, and multiplexer 140 are illustrative of an implementation of a "multiplexed coded modulation scheme". The bandwidth efficiency of the multiplexed coded modulation scheme of FIG. 1 is given by $(m_1t_1+m_2t_2)/(t_1+t_2)$ data bits per signaling interval, with the fraction of more important data being $(m_1t_1)/(m_1t_1+m_2t_2)$ of the total. The coded outputs from the multiplexed coded modulation scheme are provided to modulator 150, which is representative of conventional television broadcasting circuitry, for transmission of the broadcast HDTV signal on broadcast channel 200.

The broadcast HDTV signal is received from broadcast channel 200 by receiver 300 which is shown in FIG. 2. The broadcast HDTV signal is received by demodulator 350 which is representative of conventional reception and demodulation circuitry, e.g., the antenna, demodulation, analog-to-digital conversion, etc. Demodulator 350 provides a time-multiplexed digital signal representing the received coded outputs on lead 90 which is processed by demultiplexer 340 to provide the separate received coded outputs. The received coded output representing the more important data is provided to channel decoder 331 and the received coded output representing the less important data is provided to channel decoder 332. Channel decoder 331 (332) decodes the received coded output representing the more important (less important) data to provide the more important (less important) data, i.e., class of information, to source decoder 310. Source decoder 310 provides the inverse function of source encoder 110 of transmitter 100 to provide the received HDTV signal to CRT display 301.

Having described the general inventive concept above, various illustrative embodiments of a multiplexed coded modulation scheme will now be described. Although any coded modulation scheme can be implemented in coded modulation circuitry 120 and 130, the present invention advantageously allows the use of simple channel encoders and constellations of uniformly spaced signal points. For the remainder of the discussion, it is assumed that channel encoders 121 and 131 are implemented using a simple 4D 8-state trellis encoder as shown in FIGS. 3–4 (in FIG. 3, the boxes labeled "T" are T-second delay elements, the circles labeled "+" are exclusive-or gates, and the bit-converter operates in accordance with FIG. 4). Further, it will be assumed that signal constellations 122 and 132 are representative of uniformly-spaced QAM constellations and, although differing in size (i.e., numbers of signal points), have the same average power (average energy per signal point).

FIGS. 5–7 illustrate a variety of embodiments of an illustrative multiplexed coded modulation scheme for different a) values of $m_1$ and $m_2$, b) QAM signal constellations, and c) $t_1/t_2$ multiplexer ratios. FIG. 8 lists various characteristics of these embodiments. The bandwidth efficiency each of these embodiments is four data bits per signaling interval, with the percentage of more important data varying from 37.5% to 62.5% of the total. (It should be noted that these embodiments are for comparison purposes only, e.g., other bandwidth efficiencies can be used, different signal constellations can be used (with different sizes), etc.) For example, applying the above mentioned bandwidth efficiency formula to the embodiment shown in FIG. 5, i.e., ($m_1=3$, $m_2=5$), and ($t_1=t_2=T$) yields four data bits per signaling interval:

$$\frac{(m_1t_1 + m_2t_2)}{t_1 + t_2} = \frac{3T + 5T}{T + T} = 4$$

In each embodiment, the sizes of the signal constellations and the nominal coding gains for the more important and less important data are determined based on the above assumption that the simple 4D 8-state trellis code of FIGS. 3–4 is used in both channel encoders 121 and 131.

It should be observed in FIG. 3 that two input bits are coded every two signal intervals to provide three encoded bits (i.e., the delay element of the 4D 8-state trellis code is 2T signaling intervals). The three encoded bits, together with an uncoded input bit, are then converted into two pairs of output bits through the bit converter of FIG. 4. Each pair of output bits is next used to identify, in the first or second signaling intervals, one out of four 2D subsets of signal points, as shown by the example of constellation (A) in FIG. 5, where each subset identified by a two bit pattern consists of these signal points. The four 2D subsets are obtained by partitioning the corresponding constellation so that the distance between the signal points in each subset is greater than that between the signal points of the overall constellations, as in the conventional coded modulation. Any number of input bits in excess of three will remain uncoded and be used to select a 2D signal point from each of the two identified 2D subsets (some processing on the uncoded bits may be needed in order to simplify the selection process, e.g., see U.S. Pat. No. 4,941,154, issued Jul. 10, 1990 to L. -F. Wei, and "Multidimensional constellations-Part I: Introduction, figures of merit, and generalized cross constellations," G. D. Forney, Jr. & L. -F. Wei, *IEEE J. Select. Areas Commun.*, vol. SAC-7, pp. 877–892, August 1989).

In each embodiment the real coding gain is expected to be less than its corresponding nominal coding gain, which is due to the large error coefficient associated with the Minimum Squared Euclidean Distance (MSED) of the 4D 8-state trellis code. The Peak-to-Average Power Ratio (PAR) of the three embodiments are determined by the larger constellations used for the less important data, which are all slightly bigger than two.

It may also be noted that additional coded modulation schemes can be implemented within a multiplexed coded modulation scheme to protect against other coded modulation scheme that may be present in a communications system. For example, the conventional coded modulation schemes used in FIGS. 5–7 are not effective against impulse noise, so a well-known Reed-Solomon code

5,214,656

7

which is effective against impulse noise can be used in conjunction with a trellis code to form a concatenated code. A block diagram of an illustrative embodiment using a concatenated code is shown in FIG. 9. In FIG. 9, the more (less) important data is first separately encoded by first channel encoder 115 (116) which uses a well-known Reed-Solomon code (i.e., additional redundant bits are added to $m_1$ ($m_2$)), and then further encoded by second channel encoder 121 (131) using the trellis code described above (it should be noted that channel encoder 121 (131) and constellation mapper 122 (132) have to be modified accordingly to handle the additional redundant bits introduced by first channel encoder 115 (116)).

The foregoing merely illustrates the principles of the invention. For example, although the invention is illustrated herein as being implemented with discrete functional building blocks, e.g., source decoders, channel encoders, etc., the functions of any one or more of those building blocks can be carried out using one or more appropriate programmed processors, digital signal processing (DSP) chips, etc. In addition, the invention could be implemented such that some of the discrete functional blocks were shared in time, e.g., physically using only one channel encoder that is switched between two signal constellations. Also, the coded modulation scheme for each class of information can be enhanced using interleaving techniques, or more complex coded modulation schemes, to protect against other forms of noise, e.g., to protect against "colored" noise. Further, other multiplexing techniques may be used in place of time-division-multiplexing.

It will thus be appreciated that those skilled in the art will be able to devise numerous and various alternative arrangements which, although not explicitly shown or described herein, embody the principles of the invention and are within its spirit and scope.

We claim:

1. A method for processing an information signal, the information signal being comprised of a plurality of classes of information, the method comprising the steps of:

separately coding each one of the plurality of classes of information using a separate coded modulation scheme to provide a coded output, such that one of the plurality of classes of information has more error protection than the remaining ones of the plurality of classes of information, where each one of the plurality of coded outputs comprises a plurality of signal points taken from a signal point constellation and where the signal point constellation of at least one of the coded modulation schemes is different from the signal point constellations of the remaining coded modulation schemes; and

multiplexing the plurality of coded outputs for transmission.

2. The method of claim 1 wherein the multiplexing step is time-division-multiplexing.

3. The method of claim 2 wherein the multiplexing step includes the step of assigning each one of the plurality of coded outputs to a time interval in a time frame, the time frame being greater than or equal to the sum of the plurality of assigned time intervals.

4. The method of claim 3 wherein at least one of the plurality of time intervals is longer in duration than the remaining ones of the plurality of the time intervals, and said longer time interval is assigned to the one of the

8

plurality of classes of information that has more error protection.

5. The method of claim 1 wherein the information signal is an HDTV signal.

6. The method of claim 1 wherein the separately coding step includes the step of:

encoding each one of the plurality of classes of information to provide an encoded output; and

mapping each one of the plurality of encoded outputs to a signal point of the respective signal point constellation to provide the coded output.

7. The method of claim 6 wherein each one of the plurality of classes of information is comprised of a plurality of data bits.

8. The method of claim 6 wherein the encoding step comprises the step of trellis coding.

9. The method of claim 6 wherein the encoding step comprises the step of encoding with a concatenated code.

10. The method of claim 9 wherein the concatenated code is comprised of a Reed-solomon code and a trellis code.

11. A method for providing unequal error protection for an information signal, the information signal being comprised of a plurality of classes of information, the method comprising the steps of:

assigning each one of the plurality of classes of information to a coded modulation scheme such that at least one of the plurality of classes of information is assigned to a different coded modulation scheme than the remaining ones of the plurality of classes of information;

assigning a time interval to each one of the plurality of coded modulation schemes such that at least one of the plurality of coded modulation schemes is assigned to a different time interval than the remaining ones of the plurality of coded modulation schemes; and

separately coding each one of the plurality of classes of information using the assigned coded modulation scheme in the assigned time interval to provide a coded output for transmission such that at least one of the plurality of classes of information has more error protection than the remaining ones of the plurality of classes of information;

where each one of the coded outputs comprises a plurality of signal points taken from a signal point constellation and where the signal point constellation of at least one of the coded modulation schemes is different from the signal point constellations of the remaining coded modulation schemes.

12. The method of claim 11 wherein at least one of the plurality of assigned time intervals is longer in duration than the remaining ones of the plurality of assigned time intervals, and said longer time interval is assigned to the one of the plurality of classes of information that has more error protection.

13. The method of claim 11 wherein the information signal is an HDTV signal.

14. The method of claim 11 wherein each one of the plurality of classes of information is comprised of m data bits occurring per T second signaling interval, where $m > 0$ for each one of the plurality of classes of information, and $T > 0$.

15. The method of claim 14 wherein the separately coding step includes the steps of:

encoding the m data bits each for each T second signaling interval occurring in the assigned time

D0090

5,214,656

9

10

interval to provide m+r data bits per T second signaling interval, where r>0 and is the average number of redundant data bits; and

mapping each one of the m+r data bits occurring each signaling interval in the assigned time interval to a signal point from a signal constellation to provide the signal point each signaling interval in the assigned time interval as the coded output.

16. The method of claim 15 wherein the encoding step comprises the step of trellis coding.

17. The method of claim 15 wherein the encoding step comprises the step of encoding with a concatenated code.

18. The method of claim 15 wherein the concatenate code is comprised of a Reed-Solomon code and a trellis code.

19. Apparatus for processing an information signal, the information signal being comprised of a plurality of classes of information, the apparatus being comprised of:

source encoding means responsive to the information signal for providing the plurality of classes of information;

coding means responsive to the plurality of classes of information for separately coding each one of the plurality of classes of information using a separate coded modulation scheme to provide a coded output for each one of the plurality of classes of information such that at least one of the plurality of classes of information has more error protection then the remaining ones of the plurality of classes of information, where each one of the coded outputs comprises a plurality of signal points taken from a signal point constellation and where the signal point constellation of at least one of the coded modulation schemes is different from the signal point constellations of the remaining coded modulation schemes; and

means for multiplexing the plurality of coded outputs for transmission.

20. The apparatus of claim 19 wherein the means for multiplexing operates in accordance with time-division-multiplexing.

21. The apparatus of claim 19 wherein the means for multiplexing assigns each one of the plurality of coded outputs to a time interval in a time frame, the time frame being greater than or equal to the sum of the plurality of assigned time intervals.

22. The apparatus of claim 19 wherein at least one of the plurality of time intervals is longer in duration than the remaining ones of the plurality of time intervals, and said longer time interval is assigned to the one of the plurality of classes of information that has more error protection.

23. The apparatus of claim 19 wherein the information signal is an HDTV signal.

24. The apparatus of claim 19 wherein the coding means is further comprised of:

means for channel encoding each one the plurality of classes of information to provide an encoded output; and

means for mapping each one of the encoded outputs to signal point of a signal constellation to provide the coded output.

25. The apparatus of claim 24 wherein at least one of the plurality of encoded outputs is mapped to a signal constellation of different size than the remaining ones of the plurality of encoded outputs.

26. The apparatus of claim 24 wherein each one of the plurality of classes of information is comprised of a plurality of data bits.

27. The apparatus of claim 24 wherein the means for channel encoding encodes using a trellis code.

28. The apparatus of claim 24 wherein the means for channel encoding encodes using a concatenated code.

29. The apparatus of claim 28 wherein the concatenated code is comprised of a Reed-Solomon code and a trellis code.

30. Apparatus for decoding a received signal, the received signal representing a stream of signal points, the apparatus being comprised of:

means for demultiplexing the stream of signal points to provide a plurality of coded outputs, where each one of the plurality of coded outputs comprises a portion of the signal points from the stream of signal points and represents a class of information wherein one said coded outputs provides more error protection to its class of information than the remainder of said coded outputs to their classes of information;

a plurality of means for decoding, where each one of the plurality of means for decoding decodes one of the plurality of coded outputs to provide one of the plurality of classes of information; and

means for source decoding the plurality of classes of information to provide an information signal.

31. The apparatus of claim 30 wherein the information signal is an HDTV signal.

32. The apparatus of claim 30 wherein the means for demultiplexing operates in accordance with time-division-demultiplexing.

* * * * *

# EXHIBIT G

# INFORMATION THEORY AND RELIABLE COMMUNICATION

*Robert G. Gallager*

Massachusetts Institute of Technology

**JOHN WILEY & SONS**

D0092

A NOTE TO THE READER
This book has been electronically reproduced from
digital information stored at John Wiley & Sons, Inc.
We are pleased that the use of this new technology
will enable us to keep works of enduring scholarly
value in print as long as there is a reasonable demand
for them. The content of this book is identical to
previous printings.

35 34 33 32

Copyright © 1968 by John Wiley & Sons, Inc.

All rights reserved.

Reproduction or translation of any part of this work beyond
that permitted by Sections 107 or 108 of the 1976 United States
Copyright Act without the permission of the copyright owner
is unlawful. Requests for permission or further information
should be addressed to the Permissions Department, John
Wiley & Sons, Inc.

ISBN W-471-29048-3
Library of Congress Catalog Card Number: 68-26850

the decoder to count a received block as erased and pass on to the next block. The probability of such erasures, of course, is intimately related to the distribution function of $\overline{W_n}$.

## 6.10 Coding for Burst Noise Channels

In the previous sections we have been concerned primarily with coding techniques for memoryless channels. In this section we shall be concerned with channels having binary input and output alphabets where the transmission errors tend to cluster together into bursts. Most binary communication systems (with the exception of space channels) exhibit this behavior to some extent. It is difficult to find probabilistic models for these channels that are appropriate for the study of coding. It is not enough to find models that describe the typical behavior of the channel, since it is the atypical behavior that causes decoding errors for any reasonable coding technique. The atypical behavior is caused by a variety of rare events which by their nature resist probabilistic modeling. For this reason we shall not be concerned with the error probability for various coding techniques on these channels, but will find other measures of performance.

The most obvious coding technique to use on channels with burst noise is that of error detection and retransmission. In this technique the source data are encoded by a parity check code (and preferably a cyclic code, for ease of implementation). The syndrome sequence S is calculated at the receiver and if S = 0, the information digits are accepted as correct. If S ≠ 0, the receiver instructs the transmitter to retransmit the given code word. A decoding error occurs here only if transmission errors occur and the error sequence is the same as one of the code words. For an $(N,L)$ parity check code only $2^L$ of the $2^N$ sequences of length $N$ are code words, or only 1 of each $2^{N-L}$ sequences. It can be seen from this that decoding errors can be made negligible with modest values of $N - L$ and that the number of decoding errors is quite insensitive to the detailed statistics of the noise. For a cyclic code both the encoder and decoder in this scheme can be instrumented with $N - L$ stage shift registers (see Figure 6.5.5).

Despite the simplicity of this technique, it has several drawbacks. The first is the need for a reliable feedback link from receiver to transmitter to transmit the retransmission requests. The second is due to a variety of buffering problems introduced at transmitter and receiver by the occasional retransmissions. The third is that if the channel is normally quite noisy, very few code words will be accepted. The seriousness of the first two drawbacks depends upon the existence of a feedback link and the nature of the source (that is, whether it produces data on call from the transmitter or whether it produces data at a constant rate in time). If the third drawback is serious, then the retransmission scheme above can be combined with some of the error

correction techniques to be discussed subsequently. It should be pointed out here that if the digital data modulator and demodulator have been efficiently designed to transmit a large number of binary digits per second, then frequent transmission errors will occur and error correction will certainly be necessary whether or not retransmission is used.

Another simple technique for achieving reliable transmission on a burst noise channel is that of interlacing or scrambling. From a conceptual standpoint, the incoming stream of binary data is separated into a fixed number, say $r$, of data streams as shown in Figure 6.10.1. Each of the $r$ data streams is



*Figure 6.10.1. Interlaced encoding.*

then separately encoded and the encoded sequences are commutated together for transmission on the channel. At the channel output, the received data stream is again separated into $r$ streams, each stream is separately decoded, and the decoded data is finally commutated together again.

The idea behind this technique is that successive letters within any code word will be separated on the channel by $r$ channel time units. Thus if the channel memory dies away with increasing time separation, the channel noise affecting successive letters in a code word will be essentially independent for sufficiently large $r$. Consequently, any of the coding techniques previously discussed for memoryless channels can be used on a burst noise channel in conjunction with interlacing.

It can be seen from the above argument that, in a sense, having memory in a channel does not decrease its capacity. To make this statement more explicit, suppose that a single letter transition probability assignment $P(y \mid x)$ can be defined for a discrete channel with memory.* Then if the channel memory dies out quickly enough in time, any coding technique that yields a given error probability for the discrete memoryless channel with transition

* As discussed in Section 4.6, this is not always possible, and in particular it is not possible for channels with intersymbol interference.

probabilities $P(y \mid x)$ will yield essentially that same error probability for the given channel with memory using interlacing with large enough $r$. Thus the channel with memory has a capacity at least as large as that of the associated memoryless channel. We shall not state the above result as a theorem because of the difficulty in being precise about how quickly the channel memory must die away with time.

For the implementation of interlacing, it is not always necessary to construct $r$ separate encoders and decoders. For example, if the encoders in Figure 6.10.1 are $(N,L)$ cyclic encoders, each with the generator polynomial $g(D)$, then the interlacing and encoding in Figure 6.10.1 can be replaced by an $(Nr,Lr)$ cyclic encoder with the generator polynomial $g(D^r)$. Likewise if $r$ is odd and the encoders are identical convolutional encoders, each of rate ½ (in bits) as in Figure 6.8.1, then the interlacing and encoding can be replaced with a single convolutional encoder placing $r - 1$ shift register stages between each shift register stage in the diagram of Figure 6.8.1, and by passing the check bits through an $(r - 1)/2$ stage shift register.

The major advantage of interlacing, from a practical standpoint, is that it is quite insensitive to the detailed statistics of the channel memory, relying only on $r$ being large enough to eliminate most of the effects of the memory. The disadvantage of interlacing (or at least of an interlaced decoder) is that the memory is ignored in making decoding decisions.

Before proceeding further we must set up a criterion for evaluating coding techniques for burst noise channels. For simplicity we shall assume throughout that the channel input $\mathbf{x}$ and output $\mathbf{y}$ are binary sequences. The error sequence $\mathbf{z} = \ldots, z_{-1}, z_0, z_1, \ldots$ is given by $\mathbf{x} \oplus \mathbf{y}$. In attempting to define what a burst is, we observe that two errors (i.e., 1's) in the sequence $\mathbf{z}$ separated by a number of 0's could be interpreted either as two isolated errors or as a burst containing two errors. To resolve this type of ambiguity *we define a set of consecutive noise digits $z_n, z_{n+1}, \ldots, z_{n+b-1}$ to be a burst of errors relative to a guard space g if, first, $z_n = z_{n+b-1} = 1$, and, second, if the g consecutive digits on each side of the set $z_n \ldots, z_{n+b-1}$ are all 0, and third, if there is no consecutive sequence of g 0's within the set $z_n, \ldots, z_{n+b-1}$.* The length of the burst, $b$, is taken as the size of the set. Observe that all the noise digits in a burst need not be errors. In the special case $b = 1$, the burst is just an isolated error with at least $g$ error free digits on each side. The above definition uniquely breaks up any $\mathbf{z} = \ldots, z_{-1}, z_0, z_1, \ldots$ into a set of bursts, each separated by at least $g$ error free digits.

An encoder and decoder is said to have burst correcting capability $b$ relative to a guard space $g$ if $b$ is the largest integer for which every noise sequence $\mathbf{z}$ containing only bursts of length $b$ or less relative to the guard space $g$ is correctly decoded. The burst correcting capability of an encoder (or code) relative to a guard space $g$ is similarly defined as the largest integer

D0096

$b$ such that for some decoder, the encoder and decoder have burst correcting capability $b$ relative to the guard space $g$. We shall use the burst capability of a code relative to a given guard space as a criterion of the effectiveness of the code against burst noise. It should be clear that this is only a crude criterion. For example, on a channel where long bursts containing relatively few errors are far more likely than shorter bursts containing many errors, one would prefer a code capable of correcting the likely longer bursts at the expense of the less likely shorter bursts.

We now develop an upper bound on the burst correcting capability of a code in terms of its rate $R$ and its guard space $g$. The bound is valid for block codes, convolutional codes, and any other class of codes. We do assume,



**Figure 6.10.2.** *Two types of noise sequences; $x$'s represent arbitrary binary digits.*

however, that there is an arbitrary but finite decoding delay of, say, $N$ source digits. That is, by the time the $n$th source digit enters the encoder, $(n > N)$, at least $n - N$ source digits must be decoded. Recalling that the rate $R$ (in binary units) is defined as the number of source digits per channel digit, this condition can be translated into requiring that by the time $L$ channel digits have been received, at least $RL - N$ source digits must be decoded. Now suppose we are using a code that has burst correcting capability $b$ relative to a guard space $g$, and consider a number of received digits $L$ that is a multiple of $b + g$, $L = l(b + g)$.

Next consider the two types of error sequences shown in Figure 6.10.2. In each type, the error sequence is constrained to have zero values in the positions shown and may have arbitrary values in the positions marked $x$ (we assume here that $b \leq g$). Let $\mathbf{x}_1$ and $\mathbf{x}_2$ be encoded sequences corresponding to different choices of the first $[RL - N]$ source digits and $\mathbf{z}_1$ and $\mathbf{z}_2$ be error sequences of the first and second type respectively. Since by assumption these error sequences cannot cause decoding errors, we have

$$\mathbf{x}_1 \oplus \mathbf{z}_1 \neq \mathbf{x}_2 \oplus \mathbf{z}_2 \qquad (6.10.1)$$

More generally, if $\mathbf{z}_1$ and $\mathbf{z}_1'$ are error sequences of the first type and $\mathbf{z}_2$ and $\mathbf{z}_2'$ are error sequences of the second type, we must have

$$\mathbf{x}_1 \oplus \mathbf{z}_1 \oplus \mathbf{z}_2 \neq \mathbf{x}_2 \oplus \mathbf{z}_1' \oplus \mathbf{z}_2' \qquad (6.10.2)$$

D0097

# EXHIBIT H

# United States Patent [19]

## Betts et al.

[11] **Patent Number:** **4,677,625**

[45] **Date of Patent:** **Jun. 30, 1987**

[54] **DISTRIBUTED TRELLIS ENCODER**

[75] Inventors: **William L. Betts**, St. Petersburg; **Kenneth Martinez**, Pinellas Park; **Gordon Bremer**, Clearwater, all of Fla.

[73] Assignee: **Paradyne Corporation**, Largo, Fla.

[21] Appl. No.: **707,084**

[22] Filed: **Mar. 1, 1985**

[51] Int. Cl.[4] ...................... **G06F 11/10; H03M 13/22**
[52] U.S. Cl. ............................... **371/43;** 340/347 DD; 371/2; 375/26; 375/39
[58] **Field of Search** ............ 340/347 DD; 371/43–45, 371/2; 360/39–42; 375/25, 34, 39

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,087,787 | 5/1978 | Acampora | 371/43 |
| 4,240,156 | 12/1980 | Doland | 371/43 |
| 4,500,994 | 2/1985 | McCallister et al. | 371/43 |
| 4,536,878 | 8/1985 | Rattlingourd et al. | 371/43 |

*Primary Examiner*—T. J. Sloyan
*Attorney, Agent, or Firm*—Kane, Dalsimer, Sullivan, Kurucz

[57] **ABSTRACT**

In the transmitter of a data communication system using QAM, a plurality of trellis coders with delay units are used for forward error correction. The output of each encoder is modulated using QAM to generate sequential baud signal elements. The redundant data bits generated are distributed between several non-consecutive bauds. Likewise, at the receiver a plurality of distributed convolutional decoders are utilized to decode the received signal element. The distributed trellis decoder is self-synchronizing.

**11 Claims, 4 Drawing Figures**





FIG.1

D0099



FIG. 2

D0100



FIG.3

D0101



FIG. 4

4,677,625

**1**

# DISTRIBUTED TRELLIS ENCODER

## RELATED APPLICATIONS

The subject matter of this application is related to U.S. applications Ser. No. 707,085 entitled Self-Synchronizing Interleaver for Trellis Encoder used in Wireline Modems and Ser. No. 707,083 entitled Self-Synchronizing De-Interleaver for Viterbi Decoder Used in Wireline Modems, filed on even date herewith and incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of Invention

This invention pertains to an apparatus and method of encoding binary bits and more particularly to a method and apparatus for making use of a forward error correction scheme for a reduced number of errors at a given signal-to-noise ratio.

### 2. Description of the Prior Art

Communication networks using high speed data rates require high signal-to-noise ratios for proper data transmission. Numerous schemes and combinations thereof have been proposed to reduce the number of errors at these given signal-to-noise ratios. For example, in U.S. Pat. No. 4,077,021 to Csajka et al a forward error correcting scheme is described making use of the so-called Viterbi algorithm. In a further development described by the CCITT study group XVII, Contribution No. D180, in October, 1983, entitled TRELLIS-CODED MODULATION SCHEME WITH 8-STATE SYSTEMATIC ENCODER AND 90 SYMMETRY FOR USE IN DATA MODEMS TRANSMITTING 3-7 BITS PER MODULATION INTERVAL a two-dimensional trellis for a quadrature amplitude modulation scheme is disclosed having 90° symmetry which results in a 4db gain in the signal-to-noise ratio. Typically, in forward error coding, redundant bits are added systematically to the data bits so that normally only predetermined transitions from one sequential group of bits (corresponding to bauds) to another are allowed. There is an inherent correlation between these redundant bits over consecutive bauds. At the receiver each baud is tentatively decoded and then analyzed based on past history, and the decoded bits are corrected if necessary. However, it was found that certain types of relatively long error signals, such as for exmaple, low frequenty phase jitter, cause a constant phase error in the signal constellation for extended (consecutive baud) periods of time. This type of error prevents or inhibits the correction of the received bits using the schemes described above.

## OBJECTIVES AND SUMMARY OF THE INVENTION

A principal objective of the present invention is to provide a device and method for data communication in which the effects of long bursts of error signals such as low frequency phase jitter are minimized.

A further objective is to provide a method of adapting a standard modem to perform the subject method and to provide a method that is self-synchronizing.

Other objectives and advantages of the invention shall become apparent from the following description of the invention.

In the present invention the correlation of the redundant bits of different baud signals is distributed in time prior to encoding at the transmitter. A distributed trellis

**2**

encoding scheme is used to obtain the redundant bits. At the receiver the received bauds are decoded using a plurality of distributed decoders which extract samples from multiple bauds for trellis decoding. The result is similar to that achieved by interleaving but avoids synchronization problems associated with the conventional complex interleaving processes.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 shows the elements of a data transmitter constructed in accordance with the invention;

FIG. 2 shows the elements of a distributed trellis encoder;

FIG. 3 shows the elements of a receiver for receiving data from the transmitter of FIG. 1; and

FIG. 4 shows the elements of a distributed trellis decoder.

## DETAILED DESCRIPTION OF THE INVENTION

As shown in FIG. 1, a transmitter according to this invention comprises a randomizer 10 which receives serially a stream of data bits from DTE 12. The randomizer scrambles the bits in a preselected pattern and generates randomized bits on parallel output lines 14 identified as X1, X2, X3 and X4.

These output lines are fed by an electronic switching circuit 16 to a plurality of identical trellis encoders 18, 20, 22 and 24.

The electronic switching circuit 16 switches the signals from the randomizer 10 to one of the trellis encoders 18, 20, 22 and 24, in accordance with a baud clock signal generated by baud clock generator 26. In other words, for each baud period all the randomizer outputs X1, X2, X3 and X4 are fed to one of the encoders. Details of the trellis encoders 18, 20, 22 and 24 are shown in FIG. 2.

Each encoder comprises three delay units 28, 30 and 32 which are adapted to generate a delay of one baud period. The encoder further comprises three gates 34, 36 and 38. These gates may be for example XOR (exclusive -OR) gates.

The trellis encoder shown in FIG. 2 is well known in the art and need not be described any further. Preferably all the elements of the encoder are digital elements which are enabled by appropriate clocking signals from timing signal generator 40. The timing signal generator is enabled only when it receives an appropriate signal from switching circuit 16. Thus each encoder is active only when it is addressed by switching circuit 16. At all other times, the trellis encoders are idle.

Outputs Y0, Y1, X2, X3 and X4 are fed from the respective trellis encoders by a second electronic switching circuit 42 to QAM (quadrature amplitude modulation) encoder 44. Switching circuit 42 is also enabled by baud clock generator 26 so that it operates simultaneously with switching circuit 16. QAM encoder 44 selects a point of a preselected signal constellation corresponding to the inputs from circuit 42 and generates an in-phase and a quadrature output signal corresponding to said point. These output signals are fed to a QAM modulator 46 which generates corresponding analog QAM signals having a baud period equal to the period of the signals generated by signal generator 26. The signals from modulator 46 are transmitted over a common data communication channel to a receiver.

4,677,625

**3**

In effect the bits of several consecutive signals are spaced out over several bauds by the distributed trellis encoders.

At the receiver, illustrated in FIG. 3, the incoming analog signals are demodulated by a QAM demodulator 48 which generates an in-phase and a quadrature signal which are fed to a QAM decoder 50. The QAM decoder 50 selects a point on the signal constellation closest to the actual point corresponding to the signals received from QAM demodulator 48. The bits corresponding to said point are sent to a third electronic switching circuit 52 having a period equal to the baud period of the received signals. Circuit 52 accesses sequentially one of four distributed trellis decoders 56, 58, 60 and 62 in response to the switching signal from generator 54. Thus all the binary signals from QAM decoder 50 corresponding to each received QAM signal are sent to one of the trellis decoders. The four trellis decoders are standard decoders well known in the art. One such decoder is shown in FIG. 4.

In a typical trellis decoder, the signals from the QAM decoder (in the present case, via switching circuit 52) are fed into an error computer circuit 64 which generates an error signal based on previously received signals. This error signal is fed to a branch decoder 66. The branch decoder uses the trellis branch rules (predetermined in accordance with the Viterbi algorithm) to generate a set of possible points corresponding to the received point. These set of points are stored in temporary memory 68. The decoder then searches through the points of the set to calculate the point with the smallest errors in accordance with appropriate constants stored in the path metric memory 70 and path pointer memory 72. The smallest error is used by trace back memory 74 to track back the last 4–16 bauds (in accordance with a preselected well-known scheme) to generate the final received point. The final received point of the set of points in memory 68 is fed to final decoder 76 as the received point.

As with the encoder of FIG. 2, each decoder comprises digital elements which are enabled by a timing signal generator 78.

The timing signal generator is enabled by an appropriate signal from switching circuit 52 only when the respective decoder is addressed by the switching circuit. Generator 78 generates clocking signals for the various decoder elements. Thus each decoder 56, 68, 60 and 62 is active only when it is addressed by switching circuit 52, and otherwise it is idle.

The output of each decoder is accessed sequentially by a fourth electronic switching circuit 82 which is synchronized by the baud clock generator 54 so that it is in step with switching circuit 52. In other words, each trellis decoder is accessed simultaneously by switch circuits 52 and 82. The switching circuit 82 feeds the 55 signals from the decoders to derandomizer 84 for reversing the effects of randomizer 10 and then to a user DTE.

It can be seen from the above description that switching circuits 16 and 52 acts as multiplexers while switch 60 circuits 42 and 82 act as demultiplexers. The effect of this switching is to interleave the data bits at the transmitter across four bauds, and deinterleave these bits at the receiver. Obviously the trellis encoders are self-synchronized so that no synchronizing signals are needed between the transmitter and receiver.

In the above description consecutive bits are interleaved across four bauds by using four distributed trellis

**4**

encoders and decoders. Obviously if more encoders and decoders are used the number of bauds over which interleaving occurs increases.

It should be appreciated that the invention makes use of standard QAM encoders, modulators, decoders, demodulators and standard trellis encoders and decoders which are well known in the art. Furthermore, while baud clock generators 26 and 54 are described as separate elements, in practice they can be incorporated in the QAM modulator and demodulator respectively. All the circuits of FIGS. 1 and 3 may be implemented by using a digital microprocessor.

Obviously, numerous modifications to the subject application may be made without departing from the scope of the invention as defined in the appended claims.

What is claimed is:

1. A data transmission section for a modem coupled to a channel for sending data signals comprising:

  1. A plurality of trellis encoders, each trellis encoder having an input for receiving n plain text bits, each encoder being provided to interleave bits received by the encoder during a first baud period with bits received during more than two previous baud periods to generate n trellis encoded bits, k, being larger than one; in a single baud period, each trellis encoder having means for delaying at least some of said n plain text bits so that they may be outputted and combined with bits outputted from one or more other trellis encoders during single baud periods;

  2. encoder activating means for selectively activating only one of said trellis encoders for one baud period in a preselected sequence whereby bits received during a baud period i are interleaved with bits received during a baud period i-k;

  3. signal encoding means for converting encoded bits into signals suitable for transmission over said channel; and

  4. transmitter switching means for feeding n plain text bits per baud period to the activated trellis encoder and for sending the encoded bits from the activated trellis encoder to the signal encoding means.

2. A receiver section for a modem receiving data signals from a channel, said signals having been trellis encoded by interleaving bits corresponding to a baud period i with bits corresponding to a baud period i-k, k being larger than two, and having:

  1. a demodulator and a decoder connected to the output of said demodulator for converting analog data signals from said channel into multiple series of bits, each series of bits substantially corresponding to a point of said analog data signal's preselected signal constellation;

  2. k trellis decoders, each trellis decoder having an input from said decoder for receiving series of bits from said decoder and generating n bits of plain text bits corresponding to n bits received at least during two previous baud periods;

  3. decoder activating means for activating only one of said trellis decoders during one baud period in another predetermined sequence; and

  4. receiver switching means for feeding n encoded bits to the activated decoder and for collecting n plain text bits from the activated decoder.

3. A method of transmitting a plurality of input data bits over a channel by quadrature amplitude modulator comprising:

4,677,625

5

providing a plurality of trellis encoders, each encoder using an identical scheme to interleave bits received during a first baud period with bits received during more than two earlier baud periods preceding said first baud period to generate output bits;

activating each of said trellis encoders in a preselected order for a baud period;

feeding bits which occur during a single baud period to only one of said plurality of trellis encoders;

delaying at least some of said bits in said one trellis encoder during a single baud period;

combining bits which have been outputted from said one trellis encoder with bits which have been outputted from one or more different trellis encoders for transmission during a single baud period; and

quadrature amplitude modulating output bits of each activated trellis encoder.

4. A system for transmitting data signals over a data channel comprising:

a. a data transmission section coupled to said channel for sending data signals and having:

1. A plurality of trellis encoders, each trellis encoder having an input for receiving n plain text bits each encoder being provided to combine bits received by the encoder during more than two previous baud periods with bits received during a previous baud period to generate n trellis encoded bits in a single baud period, each trellis encoder having means for delaying at least some of said n plain text bits so that they can be outputted and combined with bits outputted from one or more other trellis encoders during single baud periods;

2. encoder activating means for selectively activating only one of said trellis encoders for one baud period in a preselected sequence;

3. signal encoding means for converting encoded bits into signals suitable for transmission over said channel; and

4. transmitter switching means for feeding n plain text bits per baud period to the activated trellis encoder and for sending the encoded bits from the activated trellis encoder to the signal encoding means; and

b. a receiver section for receiving data signals from said channel, and having:

1. a demodulator and a decoder connected to the output of said demodulator for converting ana-

6

log data signals from said channel into multiple series of bits, each series of bits substantially corresponding to a point of said analog data signal's preselected signal constellation of;

2. a plurality of trellis decoders equal in number to the trellis encoders, each decoder generating n bits of plain text bits corresponding to n bits received by the encoder during a baud period and n bits received at least during a previous baud period;

3. decoder activating means for activating only one of said trellis decoders during one baud period in another predetermined sequence; and

4. receiver switching means for feeding n bits to the activated decoder and for collecting n plain text bits from the activated decoder.

5. The system of claim 4 wherein said transmitter switching means comprises a first transmitter switch for providing input bits to the activated trellis encoder, and a second transmitter switch for providing encoded bits from the activated trellis encoder to the signal encoding means.

6. The system of claim 5 wherein said signal encoding means comprises a quadrature amplitude modulator.

7. The system of claim 6 wherein said signal decoding means comprises a quadrature amplitude demodulator.

8. The system of claim 7 wherein there are k trellis encoders each trellis encoders including several delay elements for combining the bits received during said one baud periods with bits received during several preceding baud periods each preceding baud period being separated from the next baud period by $(k-1)$ D seconds where D is the duration of a period.

9. The system of claim 7 wherein said receiver switching means comprises a first receiver switch for feeding encoded bits to the activated decoders and a second receiver switch for collecting plain text bits from the activated decoders.

10. The system of claim 7 wherein each period has a time duration of D seconds and each encoder includes a delay element for delaying bits received during a baud period by D seconds.

11. The method of claim 3 further comprising providing a plurality of trellis decoders for sequentially decoding transmitted signals, each trellis decoder being activated sequentially for a baud period for deinterleaving said signals.

* * * * *

# TAB 8

# Exhibit A

**Claim Charts For U.S. Patent No. 5,243,627**

94654 v1

D106

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| 1. | Apparatus for forming a stream of trellis encoded signal points in response to input information, | Rembrandt does not express a position at this time as to whether this claim portion of the preamble limits the claim's scope. Nevertheless, Rembrandt identifies below aspects of the Accused Instrumentalities that correspond to this portion of the claim preamble.<br><br>The Accused Instrumentalities are television transmitters that transmit digital television signals in compliance with the ATSC Standard. The ATSC Standard provides that terrestrial broadcast signals be trellis encoded to generate a stream of trellis encoded VSB signal points. (See, e.g., ATSC Digital TV Standard (original), pp. 51-55; Revision B, pp. 56-59; Revision C, pp. 63-67; Revision D, pp. 67-71.) |
| | said apparatus comprising means for generating a plurality of streams of trellis encoded channel symbols in response to respective portions of said input information, | The Accused Instrumentalities include electronics and/or one or more processors executing code that implement the following features. ATSC Standard compliant transmitters necessarily have twelve trellis encoders operating in parallel, or an equivalent circuit or software module. (See, e.g., ATSC Standard Revision B, Figure D8, p. 57 and associated text.) Each trellis encoder receives a stream of 8-bit Reed-Solomon symbols generated by an upstream Reed-Solomon encoder. (See, e.g., ATSC Digital TV Standard (original) Figure 1, p. 47, Figure 5, p. 51, Table 2, p. 54 and p. 50; Revision B, Figure D1, p. 51, Figure D5, p. 55, Table D2, p. 59, and pp. 54-55; Revision C, Figure D1, p. 58, Figure D5, p. 62, Table D2, p. 66 and pp. 61-62; Revision D, Figure D5.1, p. 60, Figure D5.2, p. 61, Figure D5.6, p. 66, Table D5.2, p. 70, and pp. 65-66.) Each trellis encoder trellis encodes each received Reed-Solomon symbol in response to the symbols to generate a trellis encoded channel symbol. As each trellis encoder generates successive trellis encoded channel symbols, it generates a stream of trellis encoded channel symbols. The twelve trellis encoders therefore generate a plurality of streams of trellis encoded channel symbols.<br><br>In the event this limitation is construed or applied in such a way that it is found not to be literally present in the Accused Instrumentalities, Rembrandt contends that the Accused Instrumentalities meet the recited limitation under the doctrine of equivalents, because any purported differences between the |

2

<table>
<tr><td></td><td></td><td>recited limitation and the aforementioned features of the Accused Instrumentalities are insubstantial.[1] The aforementioned features perform substantially the same function (generating respective streams of encoded data in response to respective portions of an input stream), in substantially the same way (using multiple convolutional encoders or emulators), to achieve substantially the same result (streams of encoded data).<br><br>This claim element may include features that relate to software of the Accused Instrumentalities, and Rembrandt reserves the right to supplement or modify these contentions.</td></tr>
<tr><td></td><td>each of said channel symbols being comprised of a plurality of signal points, and</td><td>The Accused Instrumentalities include electronics and/or one or more processors executing code that implement the following features. Each trellis encoded channel symbol encoded by one of the twelve trellis encoders in an ATSC compliant transmitter comprises four Vestigial Sideband (VSB) values (signal points), that are provided to the VSB modulator. (*See, e.g.*, ATSC Digital TV Standard (original), pp. 51-52; Revision B, pp. 56-57; Revision C, pp. 63-64; Revision D, pp. 67-69.)<br><br>In the event this limitation is construed or applied in such a way that it is found not to be literally present in the Accused Instrumentalities, Rembrandt contends that the Accused Instrumentalities meet the recited limitation under the doctrine of equivalents, because any purported differences between the recited limitation and the aforementioned features of the Accused Instrumentalities are insubstantial. The aforementioned features perform substantially the same function (providing an encoded signal from a transmitter that uses multiple convolutional encoders or an emulation thereof), in substantially the same way (generating, for respective input values processed by a convolutional encoder, multiple output values for controlling a digital modulator), to achieve substantially the same result (producing multiple values for controlling the output of a digital modulator), as the recited limitation.<br><br>This claim element may include features that relate to software</td></tr>
</table>

---

[1]    Any use within these charts of the words "limitation" or "portion" of a claim are for convenience, and do not constitute any admission that such language within the claim forms the boundaries of a claim element for purposes of the doctrine of equivalents. Moreover, no statement in these contentions should be construed as an admission that any language of the preamble is limiting. Rembrandt takes no position at this time regarding whether any language of any preamble is limiting.

94654 v1

| | | |
|---|---|---|
| | | of the Accused Instrumentalities, and Rembrandt reserves the right to supplement or modify these contentions. |
| | means for interleaving the signal points of said generated channel symbols to form said stream of trellis encoded signal points, | The Accused Instrumentalities include electronics and/or one or more processors executing code that implement the following features.  ATSC Standard compliant transmitters necessarily have an output multiplexer, or an equivalent interleaving circuit or software module, that interleaves the signal points output by respective ones of the twelve trellis encoders and outputs, for a given segment, one signal point from each trellis encoder every twelve time periods, thus forming a stream of trellis encoded signal points.  (*See, e.g.*, ATSC Digital TV Standard (original), Table 2, p. 54; Revision B, Table D2, p. 59; Revision C, Table D2, p. 66; Revision D, Table D5.2, p. 70.)<br><br>In the event this limitation is construed or applied in such a way that it is found not to be literally present in the Accused Instrumentalities, Rembrandt contends that the Accused Instrumentalities meet the recited limitation under the doctrine of equivalents, because any purported differences between the recited limitation and the aforementioned features of the Accused Instrumentalities are insubstantial.  The aforementioned features perform substantially the same function (intermixing values for a digital modulator), in substantially the same way (arranging the output values from a single encoder in a pre-determined manner), to achieve substantially the same result (a stream of intermixed values in which values from multiple encoders are intermixed together according to the prearranged pattern), as the recited limitation.<br><br>This claim element may include features that relate to software of the Accused Instrumentalities, and Rembrandt reserves the right to supplement or modify these contentions. |
| | said interleaving being carried out in such a way that the signal points of each channel symbol are non-adjacent in said stream of trellis encoded signal points | The Accused Instrumentalities include electronics and/or one or more processors executing code that implement the following features.  The signal points (VSB values) from each trellis encoded channel symbol (trellis encoded Reed-Solomon symbol) in an ATSC compliant transmitter are non-adjacent in the stream of trellis encoded signal points. (*See, e.g.*, ATSC Digital TV Standard (original), Table 2, p. 54; Revision B, Table D2, p. 59; Revision C, Table D2, p. 66; Revision D, Table D5.2, p. 70.)<br><br>In the event this limitation is construed or applied in such a way that it is found not to be literally present in the Accused |

94654 v1

| | | |
|---|---|---|
| | | Instrumentalities, Rembrandt contends that the Accused Instrumentalities meet the recited limitation under the doctrine of equivalents, because any purported differences between the recited limitation and the aforementioned features of the Accused Instrumentalities are insubstantial. The aforementioned features perform substantially the same function (separating the output values of a given convolutional encoder that correspond to a single input symbol), in substantially the same way (intermixing output values from respective convolutional encoders), to achieve substantially the same result (creating a stream of output values for controlling the input of a digital modulator, so the values corresponding to a single input symbol are spaced apart in the stream), as the recited limitation.<br><br>This claim element may include features that relate to software of the Accused Instrumentalities, and Rembrandt reserves the right to supplement or modify these contentions. |
| | and such that the signal points of adjacent symbols in any one of said channel symbol streams are non-adjacent in said stream of trellis encoded signal points. | The Accused Instrumentalities include electronics and/or one or more processors executing code that implement the following features. The signal points that make up adjacent trellis encoded channel symbols generated by any given trellis encoder in an ATSC compliant transmitter are themselves non-adjacent in the output stream. (*See, e.g.*, ATSC Digital TV Standard (original), Table 2, p. 54; Revision B, Table D2, p. 59; Revision C, Table D2, p. 66; Revision D, Table D5.2, p. 70.)<br><br>In the event this limitation is construed or applied in such a way that it is found not to be literally present in the Accused Instrumentalities, Rembrandt contends that the Accused Instrumentalities meet the recited limitation under the doctrine of equivalents, because any purported differences between the recited limitation and the aforementioned features of the Accused Instrumentalities are insubstantial. The aforementioned features perform substantially the same function (separating the output values of a given convolutional encoder that correspond to adjacent input symbols to that encoder), in substantially the same way (intermixing output values from multiple respective convolutional encoders), to achieve substantially the same result (creating a stream of output values for controlling the input of a digital modulator, so the values corresponding to adjacent input symbols for a given convolutional encoder are spaced apart in the stream), as the recited limitation. |

94654 v1

D110

| | | This claim element may include features that relate to software of the Accused Instrumentalities, and Rembrandt reserves the right to supplement or modify these contentions. |
|---|---|---|
| | | |
| 2. | The apparatus of claim 1 wherein said means for generating generates three of said streams of trellis encoded channel symbols, | The Accused Instrumentalities include electronics and/or one or more processors executing code that implement the following features. ATSC Standard compliant transmitters necessarily have twelve trellis encoders operating in parallel, or an equivalent circuit or software module. (*See, e.g.,* ATSC Standard Revision B, Figure D8, p. 57 and associated text.) Each trellis encoder receives a stream of 8-bit Reed-Solomon symbols generated by an upstream Reed-Solomon encoder. (*See, e.g.,* ATSC Digital TV Standard (original) Figure 1, p. 47, Figure 5, p. 51, Table 2, p. 54 and p. 50; Revision B, Figure D1, p. 51, Figure D5, p. 55, Table D2, p. 59, and pp. 54-55; Revision C, Figure Dl, p. 58, Figure D5, p. 62, Table D2, p. 66 and pp. 61-62; Revision D, Figure D5.1, p. 60, Figure D5.2, p. 61, Figure D5.6, p. 66, Table D5.2, p. 70, and pp. 65-66.) Each trellis encoder trellis encodes each received Reed-Solomon symbol in response to the symbols to generate a trellis encoded channel symbol. As each trellis encoder generates successive trellis encoded channel symbols, it generates a stream of trellis encoded channel symbols. The twelve trellis encoders therefore generate at least three streams of trellis encoded channel symbols.

In the event this limitation is construed or applied in such a way that it is found not to be literally present in the Accused Instrumentalities, Rembrandt contends that the Accused Instrumentalities meet the recited limitation under the doctrine of equivalents, because any purported differences between the recited limitation and the aforementioned features of the Accused Instrumentalities are insubstantial. The aforementioned features perform substantially the same function (generating respective streams of encoded data in response to respective portions of an input stream), in substantially the same way (using multiple convolutional encoders or emulators), to achieve substantially the same result (at least three streams of encoded data).

This claim element may include features that relate to software of the Accused Instrumentalities, and Rembrandt reserves the right to supplement or modify these contentions. |

D111

# TAB 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-------------------------x

In re:


REMBRANDT TECHNOLOGIES, LP     MDL Docket

                               No.07-md-1848(GMS)

PATENT LITIGATION              CHIEF JUDGE GREGORY M. SLEET


-------------------------x

                    June 23, 2008

                    10:06 a.m.


        VIDEOTAPED DEPOSITION of RICHARD D. GITLIN,

taken by Attorneys for Rembrandt Technologies,

pursuant to Claim Construction, at the offices of

Weil Gotshal & Manges, 757 Fifth Avenue, New York,

New York, before Amy Klein, a Shorthand Reporter

and Notary Public within and for the State of New

York.

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D112

Page 2

```
1
2   A P P E A R A N C E S :
3
4   MORGAN & FINNEGAN, L.L.P.
5   Attorneys for Rembrandt Technologies
6       3 World Financial Center
7       New York, New York  10281-2101
8   BY:  SERGEY KOLMYKOV, ESQ.
9           -and-
10      ZACHARY D. SILBERSHER, ESQ.
11
12  DAY PITNEY LLP
13  Attorneys for Sharp Corporation
14  and Sharp Electronics Corp.
15      One Canterbury Green
16      201 Broad Street
17      Stamford, Connecticut  06901-2047
18  BY:  JONATHAN B. TROPP, ESQ.
19
20  MARSHALL, GERSTEIN & BORUN LLP
21  Attorneys for Charter Communications
22      233 South Wacker Drive
23      6300 Sears Tower
24      Chicago, Illinois  60606-6357
25  BY:  CHARLES E. JUISTER, ESQ.
```

Page 3

```
1
2   A P P E A R A N C E S (CONTINUED):
3
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
5   Attorneys for FOX Broadcasting
6       1000 Marsh Road
7       Menlo Park, California  94025-1015
8   BY:  FABIO E. MARINO, ESQ.
9
10
11  WEIL GOTSHAL & MANGES LLP
12  Attorneys for ABC, NBC and CBS
13      767 Fifth Avenue
14      New York, New York  10153
15  BY:  TIMOTHY E. DeMASI, ESQ.
16
17
18
19
20  ALSO PRESENT:
21      ANDRE SPKTOR - Summer Associate
22          Weil Gotshal & Manges LLP
23
24      JOSE RIVERA, LVS
25
```

Page 4

```
1
2           THE VIDEO OPERATOR:  This is Tape Number
3   1 in the videotaped deposition of Mr. Richard
4   Gitlin in the matter of In Re Rembrandt
5   Technologies, LP, Patent Litigation, in the United
6   States District Court for the District of Delaware,
7   Case Number 07 MD 1848 (GMS).
8           This deposition is being held at Weil
9   Gotshal, 767 Fifth Avenue, New York, New York, on
10  June 23, 2008, at approximately 10:06 a.m.
11          My name is Jose Rivera from the firm of
12  Elisa Dreier Reporting Corp., and I'm the legal
13  video specialist.
14          The court reporter is Amy Klein in
15  association with Elisa Dreier Reporting Corp.,
16  located at 780 Third Avenue.
17          For the record, will counsel please
18  introduce themselves.
19          MR. KOLMYKOV:  Serge Kolmykov, Morgan &
20  Finnegan, representing Rembrandt.
21          MR. SILBERSHER:  Richard Silbersher from
22  Morgan & Finnegan representing Rembrandt.
23          MR. TROPP:  Jonathan Tropp of Day Pitney
24  representing Sharp Corporation and Sharp
25  Electronics Corporation.
```

Page 5

```
1
2           MR. JUISTER:  Charles Juister
3   representing Charter Communications.
4           MR. MARINO:  Fabio Marino from Orrick,
5   Herrington & Sutcliffe for Fox.
6           MR. DeMASI:  Tim DeMasi for Weil
7   Gotshal for ABC, NBC, CBS.
8           And I'm here with a summer associate,
9   Andre Spktor.
10          THE VIDEO OPERATOR:  Now will the court
11  reporter please swear in the witness.
12  R I C H A R D   D.  G I T L I N,
13      having been first duly sworn by the Notary
14      Public (Amy Klein), was examined and testified
15      as follows:
16  EXAMINATION BY
17  MR. KOLMYKOV:
18      Q.   Good morning, Dr. Gitlin.
19      A.   Good morning.
20      Q.   My name is Serge Kolmykov and I
21  represent Rembrandt.
22          Have you ever had your deposition taken
23  before?
24      A.   Yes.
25      Q.   Where would that be?  In which cases?
```

2 (Pages 2 to 5)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D113

Page 6

- Gitlin -

1
2      A.   I appeared as a fact witness in my years
3   at Bell Laboratories several times, and I've done a
4   deposition in an ongoing case now in ITC in
5   Washington.
6      Q.   Can you please identify the parties in
7   that ITC litigation?
8      A.   The Interdigital versus Nokia and
9   Samsung, but now it's just Interdigital versus
10  Samsung.
11     Q.   Thank you.
12          You might be aware, but I will
13  reiterate, there are some guidelines that you
14  should be aware of.
15          I will be asking questions.  The
16  reporter will take down the question and the
17  answer.
18          You should answer the question as
19  presented.  If for some reason you don't understand
20  my question, ask me to clarify it and I will try to
21  rephrase the question or clarify it for you.  But
22  if you answer the question, I will assume that you
23  understand my question.
24          You may not confer with Defendants'
25  attorneys regarding any part of the deposition

Page 8

- Gitlin -

1
2   truthfully, to the best of your ability, unless
3   there's an instruction given to you not to answer
4   by your attorney.
5          Is there anything that would prevent you
6   from providing complete, accurate and truthful
7   testimony today?
8      A.   No.
9      Q.   Do you understand your testimony today
10  is under oath mas if given in court?
11     A.   Yes, I do.
12     Q.   Thank you.
13          Do you understand what the purpose of
14  this deposition is?
15     A.   In general, I do.
16     Q.   What are -- what do you think the
17  purpose is, the general purpose of this deposition
18  is?
19     A.   You're going to ask me some questions
20  about my declaration.
21     Q.   Okay.
22          And you understand that you are
23  testifying today as an expert for all other
24  parties?
25          And by that I refer to all Defendants or

Page 7

- Gitlin -

1
2   until I have completed my examination.  That means
3   you cannot confer with counsel during the
4   questioning or during breaks.
5          The only exception is that you
6   don't answer if there is attorney-client privileged
7   information.
8          MR. TROPP:  If I may, I'm sorry to stop
9   you this early, we do reserve our right to confer
10  with the witness with respect to appropriate issues
11  as they may arise.  I'm not suggesting that they
12  will arise.  But I just don't want my silence to be
13  construed as accepting the way you framed that
14  particular instruction.
15          MR. KOLMYKOV:  Understood.  As long as
16  there's no coaching the witness.
17          MR. TROPP:  It is not my intention to
18  coach the witness.
19  BY MR. KOLMYKOV:
20     Q.   Under the rules Defendants' counsel must
21  make objections to my question on the record.  I'm
22  not required to respond to these objections.  You
23  should also ignore this objection, because it does
24  not involve your answer to the question.
25          You should answer the question fully and

Page 9

- Gitlin -

1
2   Counterclaim Plaintiffs in the Rembrandt
3   Technologies LP multi-district litigation.
4          MR. TROPP:  Objection.
5          Do you want me to specify the basis for
6   my objection?
7          MR. KOLMYKOV:  Yes, please.
8          MR. TROPP:  The NBL case includes
9   effectively two separate, discrete, parallel-track
10  lawsuits:  One involving eight patents that are not
11  at issue today, and one involves the '627 patent
12  that is at issue today.  And not all Defendants
13  involved in the eight-patent in fact are people who
14  retained Dr. Gitlin.
15          So he is here today in his capacity as a
16  person who is retained by the Defendants who have
17  an interest in the '627 patent.
18          MR. KOLMYKOV:  Okay, I understand.  I
19  agree with your statement.
20  BY MR. KOLMYKOV:
21     Q.   What do you consider to be your area of
22  expertise?
23     A.   Digital communications and networking.
24     Q.   I'm going to mark your declaration as
25  Exhibit 1.

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D114

Page 10

- Gitlin -

1
2      (Gitlin Exhibit 1 marked for
3   identification, declaration of Richard Gitlin.)
4   BY MR. KOLMYKOV:
5      Q.   Have you seen this document before?
6      A.   The document you just gave me?
7      Q.   Yes.
8      A.   Yes.
9      Q.   Did you prepare it?
10     A.   Yes.
11     Q.   The entirety of this document, you
12  prepared the entirety of this document?
13     A.   There are attachments which are
14  reprints. So you gave me Exhibit 1, which includes
15  my CV, which I prepared. It has a whole bunch of
16  references written by other people. Of course I
17  was not involved in that.
18         And the declaration, yes, I prepared
19  that.
20     Q.   You understand that your declaration is
21  addressing some of the claim construction issues
22  relating to the '627 patent?
23     A.   Yes, I do.
24     Q.   Have you reviewed the parties' claim
25  construction in this case in connection with the

Page 11

- Gitlin -

1
2   '627 case?
3      A.   Yes. Yes, I have.
4      Q.   At which point in time did you review
5   those constructions?
6      A.   When I was preparing the declaration I
7   looked at some claim constructions that were done
8   earlier. And recently I looked at I think the most
9   recent claim construction.
10     Q.   And when you state "some claim
11  constructions that were done earlier," which claim
12  constructions are you talking about?
13     A.   They were claim constructions given to
14  me by the attorneys. I don't recall the dates of
15  them.
16     Q.   But you're stating that there were two
17  versions of the claim constructions that were
18  provided to you?
19     A.   I -- yes. I believe I saw -- I think
20  they were basically the same. They were in
21  different printed formats. One had Rembrandt --
22  the claim constructions separately from the
23  Defendants' claim construction.
24         Then I saw a document which had them
25  side by side.

Page 12

- Gitlin -

1
2      As far as I can recall, the -- the words
3   were the same.
4      Q.   At which point did you form your opinion
5   as to the meaning of the claim terms as they were
6   identified in the claim constructions?
7      A.   When I was working on the declaration
8   (indicating).
9      Q.   Did you form your opinion prior to
10  receiving the claim constructions from counsel?
11     A.   No. I received claim constructions
12  which I had, which I read and understood, and that
13  was what I used in part in preparing my
14  declaration.
15     Q.   So you used those claims constructions
16  provided to you by counsel in preparing your
17  declaration?
18     A.   Yes, I did.
19     Q.   Did you agree with all the claim
20  constructions provided to you by counsel?
21     A.   In --
22         MR. TROPP:  Objection.
23     A.   In my report I only commented on a
24  subset of the claim terms. And those were the ones
25  that I focused on.

Page 13

- Gitlin -

1
2      Q.   You're stating that you've commented on
3   only a portion of the claim terms. Which claim
4   terms are you referring to exactly?
5      A.   The signal point and trellis encoded
6   channel symbol.
7      Q.   Did you get to review the other claim
8   terms, other than signal point and the trellis
9   encoded channel symbol?
10     A.   Just -- I would like to look at my
11  declaration for a moment.
12     Q.   Sure.
13         (The witness reviews document.)
14     A.   I didn't study the other terms, form
15  opinions on the other terms.
16     Q.   You did not?
17     A.   I did not.
18     Q.   Did you think it would be meaningful to
19  study other terms before forming your opinions as
20  to the terms signal point and trellis encoded
21  channel symbol?
22     A.   I was asked to look at those terms and
23  to comment on them, and that's what I did.
24     Q.   So as I understand it, you commented and
25  gave your opinion on the terms signal point and the

4 (Pages 10 to 13)

Page 14

- Gitlin -

1
2 trellis encoded channel symbols without considering
3 the other terms that are part of the claims?
4     MR. TROPP: Objection.
5     A.  I looked at the claim construction, but
6 I didn't study them. I just read them. And I went
7 on to do what the attorneys asked me to do.
8     Q.  What did you do to prepare for this
9 deposition?
10    A.  Over what time frame are you talking
11 about?
12    Q.  Allow me to rephrase that question.
13        At which point did you become involved
14 in this patent litigation?
15    A.  A couple of months ago. And I started
16 working on the declaration probably maybe a month
17 before it was due.
18    Q.  And during that month -- during those
19 several months from the point that you started
20 working on this litigation, what did you do to
21 prepare for this case?
22    MR. TROPP: Objection.
23    A.  I read the patents. I read some
24 material that was provided -- I'll call it legal
25 material -- by the attorneys in terms of

Page 15

- Gitlin -

1
2 court-submitted or issued documents, and the claim
3 constructions that existed at that time, as well as
4 reviewed some references that I was aware of and
5 refreshed my memory about.
6     Q.  Did you identify those references on
7 your own?
8     A.  Most of them. I read my book again. I
9 looked at Ungerboek's paper, Lee-Fang Wei's paper.
10 Forney had written a paper.
11    Q.  So you were aware of these references
12 prior to this litigation?
13    A.  Yes.
14        THE WITNESS: Okay.
15    Q.  Other than the Wei paper -- let me
16 rephrase that question.
17        Other than the papers attached to your
18 declaration, did you review any other papers?
19    A.  I looked at my book. I looked at the
20 references in the chapter which deals with the
21 subject matter at hand. And I read some of the
22 references that were in my book, but I don't recall
23 specifically.
24    Q.  So your book, together with the
25 references attached to your declaration,

Page 16

- Gitlin -

1
2 encompassed the entirety of all the references that
3 you reviewed before forming your opinion as to the
4 claim term constructions?
5     MR. TROPP: Objection.
6     A.  Well, I also have 40 years' experience
7 in this art.
8     Q.  Okay.
9        Did your attorneys provide you with any
10 materials in preparation for this deposition?
11    A.  I think they called one or two patents
12 to my attention.
13    Q.  Which -- what were those patents?
14    MR. TROPP: I'm a little bit concerned
15 about that question. I guess I'm not going to
16 interfere with the deposition at this point, but I
17 assume it's your intention to live by the
18 scheduling order that forecloses investigation of
19 communications with counsel beyond certain narrow
20 limits?
21    MR. KOLMYKOV: From what I understand,
22 there's no protective order in place yet.
23    MR. TROPP: The scheduling order in the
24 case includes a prohibition of your investigation
25 of communications with counsel, excepting limited

Page 17

- Gitlin -

1
2 circumstances. I assume it's your intention to
3 live by the scheduling order in the case.
4     MR. KOLMYKOV: I do live by the
5 scheduling order in the case. However, I'm
6 interested in learning what documents did
7 Dr. Gitlin review prior to forming his opinion as
8 to the claim constructions as well as to prepare
9 for this deposition.
10    MR. TROPP: Well, I have no objection to
11 a question about what he reviewed in order to
12 prepare his declaration or to testify. But the
13 question is what did counsel provide you, and that
14 comes awfully close to areas that are not permitted
15 by the scheduling order.
16        So while it's not my intention to
17 interfere with your questioning, I'm not sure that
18 that question as you framed it is necessarily over
19 the line, I do want your agreement that you're
20 going to be living by the scheduling order and it's
21 not your intention to inquire into communications
22 with counsel.
23    MR. KOLMYKOV: I'm fine with that.
24 BY MR. KOLMYKOV:
25    Q.  I'm only interested in technical papers.

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

Page 18

```
1            - Gitlin -
2       MR. KOLMYKOV:  What was the last
3   question I asked?
4       (Requested portion of record read.)
5       Q.   Yeah, which patents did you review?
6       A.   The one that comes to mind is the Betts
7   '625.
8       Q.   Did you read that patent in its
9   entirety?
10      A.   I read the patent.  I didn't study it.
11      Q.   When did you review this patent?
12      A.   As I was preparing my declaration.
13      Q.   Did you have any discussions with anyone
14  outside -- apart from your attorneys -- regarding
15  the subject matter of the '627 --
16      A.   No.
17      Q.   Let's refer to your CV, which starts on
18  page D 0019.
19           Could you briefly describe your
20  educational background?
21      A.   I have a bachelor's degree from City
22  College, 1964.  A master's degree from Columbia
23  University, and a doctor of science in engineering
24  from Columbia University in 1969.
25      Q.   I also see that you worked at Bell Labs
```

Page 19

```
1            - Gitlin -
2   for nearly 32 years.
3       A.   Yes.
4       Q.   Is that correct?
5       A.   That's correct.
6       Q.   I will go through -- strike that.
7            I understand you held several different
8   positions at Bell Labs over these 32 years.
9            From 1969 to 1986 you were a director
10  and supervisor and member of staff in advanced data
11  communications; is that correct.
12      A.   Yes, that's correct.
13      Q.   And you state here that you were a
14  coinventor of the pass band equalizer and many
15  contributions to QAM systems, coded modulation,
16  echo cancellation, V.32, V.34 modems.
17           What were these contributions to QAM
18  systems?
19      A.   The pass ban equalizer was the first
20  equalizer that was matched to provide equalization
21  for QAM transmission systems, and it is -- remains
22  the standard equalizer for QAM systems today.
23           I built further enhancements to build
24  fractionally spaced pass band equalizers,
25  factionally spaced compliant pass band decision
```

Page 20

```
1            - Gitlin -
2   feedback equalizers, I invented imbedding Viterbi
3   receivers, inside decision feedback equalizers.
4            We -- I did other patents on in-band
5   modulation for use of data points to convey
6   secondary channels.
7            I have several patents on echo --
8   various aspects of echo cancellation, and I was the
9   manager and then the director in the development of
10  the V.32 modems and the initial V.34 modems before
11  I -- and it continued into 1987.
12           I also -- the work is closely linked,
13  but had a different title.
14      Q.   Thank you.
15           I also know from your CV that you worked
16  at Globe Span, which is a -- was an AT&T spin-off?
17      A.   I don't believe I said that.  I helped
18  create Globe Span.  I didn't go with them.  It
19  says -- as it says in my CV -- helped create Globe
20  Span.
21           I was the coinventor of DSL.
22      Q.   So you helped create Globe Span, which
23  later spun off of AT&T?
24      A.   Yes.
25      Q.   Do you know William Betts, the
```

Page 21

```
1            - Gitlin -
2   coinventor of the '627 by any chance?
3       A.   I don't -- I may have met him, but I
4   don't recall.
5       Q.   Do you know Edwards Zuranski, who is
6   also the coinventor of the '627?
7       A.   No.
8       Q.   While working on the -- from 1987 to
9   1992 at Bell Labs did you ever come across the
10  disclosure of the '627 patent?
11      A.   Not to my knowledge.
12      Q.   From 1998 to 2001 I see your job
13  description includes responsibility for standards.
14           What "standards" are you talking about
15  in your declaration?
16      A.   You're looking from '98 to 2001?
17      Q.   Yes, that's correct.
18           MR. TROPP:  I object to the form of the
19  question.
20      A.   The -- there were two jobs (indicating).
21  I was -- out of Bell Labs' affiliation as the
22  senior vice president, I was the CTO in the data
23  networking unit.
24           So the types of standards -- these were
25  data oriented standards -- IETF standards, the MPLS
```

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D117

Page 22

1          - Gitlin -
2   standards.
3          This was, at that point, above the
4   physical layer.  So these were networking
5   standards.  IETF, for example.
6          As well as getting involved in the cable
7   modem business in -- from the layer 2 layer 3 CMTS,
8   the head end.
9          And BLAST was something I had started in
10  my '95/'98 work.  That stands for Bell Labs
11  Advanced Space Time Communication System.
12         And it is intended for wireless
13  communications, wireless modems, using spacial
14  domain and time domain, SMART antennas, as well as
15  TDM techniques.
16  Q.  So as I understand it, none of these
17  standards dealt with data encoding?
18  A.  At the physical layer.
19  Q.  Yes.
20  A.  When you say "data encoding" do you mean
21  physical layer?
22  Q.  Right, that's what I mean.
23  A.  No.  The BLAST was physical layer for
24  wireless.
25  Q.  For wireless.

Page 23

1          - Gitlin -
2          And none of those standards included
3   digital television standards; is that correct?
4   A.  I was not involved in the research on
5   digital television.
6   Q.  Are you familiar with digital television
7   standards?
8   A.  In a superficial way.  Not in a detailed
9   way.
10  Q.  Could you elaborate on what do you mean
11  by "superficial way" versus "detailed way"?
12  A.  I know the broad technology that's
13  used.  But I'm not an expert in the details or the
14  protocols.
15  Q.  But you are familiar with the ATSC
16  digital television standard?
17  A.  I've read it.
18  Q.  Are you familiar with the Grand
19  Alliance?
20  A.  I've heard the term.  I knew people from
21  Bell Labs and Lucent were involved in it.  But I
22  was not involved in it.
23  Q.  From 1992 to 1995 you also worked on the
24  DoCSIS standard; is that correct?
25  A.  I was a vice president, and I had over

Page 24

1          - Gitlin -
2   100 people, and there were some people who reported
3   to me who were involved in the DoCSIS standard.  I
4   was not personally involved.  So I said "led and
5   managed" in my resume.  It's not personal
6   contributions of mine.
7   Q.  While working for these nonphysical
8   layer standards, did you ever attend the Standards
9   Setting Organization Meetings or technical
10  meetings?
11  A.  I certainly recall attending some IETF
12  meetings for packet networking.
13  Q.  You only attended the IETF?
14  A.  In the time frame you suggested.  I
15  attended the -- many modem standards meetings from
16  '69 certainly through '86.
17  Q.  What were some of the modem standards
18  that were involved -- that were related to the
19  standard setting organization meetings that you
20  attended?
21  A.  CCITT Study Group 17.
22  Q.  When you say "Study Group 17," what does
23  that mean?
24  A.  It was concerned with the V.32 modem,
25  and then led to the V.34.  Although I was less

Page 25

1          - Gitlin -
2   active in that.  I at that time became a manager
3   and director.
4   Q.  What technology -- strike that.
5          Did the V.32 modem standard involve any
6   trellis encoding?
7   A.  Yes.
8   Q.  Do you remember who else attended those
9   meetings?
10  A.  Well -- there were certainly people from
11  all major modem companies.
12         I didn't attend every meeting.  I
13  attended selected ones.
14  Q.  Did cable companies attend those
15  meetings as well?
16  A.  I couldn't say.
17  Q.  Did broadcaster companies attend those
18  meetings?
19  A.  I don't have the list in front of me.
20  But typically it was modem manufacturers, and PGTs
21  from around the world.
22  Q.  What are the PGTs?  What do you mean
23  "PGT"?
24  A.  Post, telegraph and telephone.
25         So, for example, France Telecom would be

7 (Pages 22 to 25)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D118

Page 26

```
- Gitlin -
1
2    PGT.  It was government then, but now it's more
3    private.
4        Q.    When you attended those standard setting
5    organization meetings did have an understanding
6    that all parties who had any patents related to the
7    standard were obligated to disclose those patents
8    to the standard setting organization?
9        MR. TROPP:  Before the witness answers
10   that question, Counsel, I would like, I guess, to
11   have some understanding of where you're going and
12   what you view the scope of this deposition to be.
13       We had received an e-mail that suggested
14   that the deposition was for the purpose of
15   exploring Dr. Gitlin's declaration and issues
16   related to the claim construction issues therein,
17   as well as bias.
18       And while I certainly will not prevent
19   you from exploring his CV to the extent appropriate
20   for this deposition, it does seem to me as though
21   you're now using the CV as a means to inquire about
22   subjects that are rather far afield from the areas
23   you indicated you were intending to explore in the
24   deposition.
25       MR. KOLMYKOV:  I do agree that this
```

Page 27

```
- Gitlin -
1
2    deposition is limited to claim construction and the
3    declaration of Dr. Gitlin.  The declaration does
4    talk about standards and his involvement in the
5    standards.  But that is the last question I will
6    ask about the standards.
7        MR. TROPP:  Well, for the record, the
8    declaration doesn't talk about standards.  The
9    attached CV does.  And of course the witness has
10   vast experience beyond that which is the subject of
11   his declaration.
12       But on your representation that that's
13   the last question -- can I hear it back.
14       (Requested portion of record read.)
15       MR. TROPP:  If that's your last
16   question, I won't interfere.
17       A.    Which meetings are you referring to?
18       Q.    Such as, for example, CCITT meetings.
19       A.    Different groups had different --
20   different standards, bodies had different policies.
21   It's a long time ago.
22       What I always did, I always spoke to my
23   attorney and said, if we're making a contribution,
24   what do we do, and I followed the attorney's
25   advice.
```

Page 28

```
- Gitlin -
1
2        Q.    Okay, thank you.
3        MR. KOLMYKOV:  The reason I'm asking
4    about it also, Counsel, is because Dr. Gitlin does
5    have over 40 -- 47-something patents related to all
6    kinds of standards, and he would be aware of
7    whether he needs to disclose something and whether
8    he doesn't need to disclose this contribution.
9        MR. TROPP:  Assuming you're right, that
10   he would know, and would be happy to talk at some
11   further deposition about some of those issues, it
12   seems to me to be beyond the scope of what we're
13   here for.
14       On your representation that was the last
15   question, I certainly didn't interrupt or prevent
16   him from answering it.  So I'm happy to move on.
17       MR. KOLMYKOV:  I understand your
18   position.
19   BY MR. KOLMYKOV:
20       Q.    Dr. Gitlin, what is your current
21   position?
22       A.    Right now I am in the process of
23   becoming -- as my resume says -- a professor at
24   University of South Florida in Tampa.
25       I'm also CTO for Hammerhead Systems in
```

Page 29

```
- Gitlin -
1
2    Mountain View, California.
3        Q.    I also understand you do consulting.
4        A.    I do consulting.
5        Q.    You've already identified other
6    litigations that you've consulted in, and that
7    includes the Interdigital ITC litigation that's
8    going on right now?
9        A.    Yes.
10       Q.    What is your hourly rate?
11       A.    It depends.
12       Q.    What is your hourly rate for this
13   deposition?
14       A.    As I recall, I think it's 575 per hour.
15       Q.    And what is your hourly rate for
16   drafting this declaration (indicating)?
17       A.    That's my hourly rate.
18       Q.    You mentioned your contributions to QAM
19   systems.
20       What is a "QAM"?
21       A.    The "QAM" stands for quadrature
22   amplitude modulation.
23       Q.    And what is modulation?
24       A.    What is modulation or what is a
25   quadrature amplitude modulation?
```

8 (Pages 26 to 29)

D119

Page 30

- Gitlin -

1
2    Q.    What is modulation in general?
3        A.    That's, you know, a very general term.
4    So it can mean many, many things, and I prefer to
5    answer in a specific context as opposed to giving a
6    dictionary definition of "modulation," or trying to
7    give a dictionary definition.
8        Q.    Wouldn't it be fair to say that
9    modulation is changing one or more characteristics
10   of a carrier wave to transmit data?
11       A.    That's not a complete definition.
12       Q.    How would you complete this definition?
13       A.    You left out the case of an analog
14   modulation, which is a continuous signal. It's not
15   discrete data.
16       Q.    So how would you define "analog
17   modulation"?
18       A.    Well, the analog modulation is when the
19   source information is analog, and you want to
20   transmit it over a medium that requires some
21   modulation to efficiently transmit the information.
22       Q.    Isn't it correct to say that when a
23   system modulates a signal, an analog signal, it
24   changes its wave characteristics?
25       A.    I was talking about the basic signal was

Page 31

- Gitlin -

1
2    analog. And, for example, modulating a sine wave.
3    So you can have an analog signal in general. Just,
4    you open up a textbook, you can get a book on
5    analog communications.
6           So you would have an analog signal, like
7    a radio signal, modulates carrier, amplitude
8    modulated or frequency modulated.
9        Q.    Is there any other kind of modulations?
10       A.    You can modulate time, space, codes,
11   positions. There's plurality. There's many, many
12   things you can modulate. In general. You asked me
13   an open-ended question, so...
14       Q.    So the only way digital modulation
15   differs from analog modulation is because the input
16   is a discrete data as opposed to a continuous wave?
17       A.    That's the most significant way. There
18   might be others, but that's the most significant.
19       Q.    And sitting here today, you can't think
20   of any other difference?
21       A.    Between what?
22       Q.    Between digital modulation and analog
23   modulation.
24       A.    The high level definition of analog
25   modulation is that the source signal is analog.

Page 32

- Gitlin -

1
2    For example, speech. Analog speech.
3           And digital modulation deals with the
4    source that is in digital form.
5        Q.    So when a system modulates -- strike
6    that.
7           When the system needs to transmit a
8    speech signal and it wants to modulate it in
9    amplitude, what characteristic of that signal would
10   it change?
11       A.    Can you rephrase the question?
12       Q.    You don't understand the question I
13   asked?
14       A.    It's -- I think -- I want to be sure I
15   understand the difference between the source and
16   the wave form that you're modulating. You were not
17   clear to me.
18       Q.    Let's assume the source is an analog
19   continuous wave and you want to transmit speech, a
20   speech signal.
21           How would you modulate it?
22       A.    You can modulate the amplitude as an AM
23   radio; you could modulate the frequency as an FM
24   radio, for example.
25       Q.    So when you're modulating an amplitude,

Page 33

- Gitlin -

1
2    what are you changing in the source signal?
3        A.    You're changing the amplitude of the
4    source.
5        Q.    Is that the only parameter that you're
6    changing of the source?
7        A.    For amplitude modulation?
8        Q.    Yes, for amplitude modulation.
9        A.    Well, you're generally concerned about
10   things, about DC levels, so you're probably at a
11   constant to keep the carrier wave above zero, and
12   a constant to keep the carrier wave above zero, and
13   then you add that and modulate it.
14           But there are many, many variations on
15   that.
16           I mean, you could -- you can modulate
17   the cosine wave and you can modulate a sine wave
18   with information.
19       Q.    So when somebody modulates a sine wave,
20   for instance, in amplitude, is it fair to say that
21   the amplitude of that sine wave is being changed
22   and not its frequency or its phase?
23       A.    If you modulate both cosine and sine
24   waves, then you effectively are changing the
25   amplitude as well as the phase.

9 (Pages 30 to 33)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D120

Page 34

- Gitlin -

1
2   Q.   We will get to that.
3       But let's say there's one signal, one
4   continuous wave, and your -- and it's one sine
5   wave, and we're modulating this wave simply in
6   amplitude.
7       Which parameter are you changing?
8   A.   The amplitude.
9   Q.   And if you're modulating simply in
10  phase, which parameter are you changing?
11  A.   The phase.
12  Q.   Now, let's get back to the concept that
13  you've just introduced.
14      If you have two waves, sine and cosine,
15  how do these waves differ?
16  A.   One's a sine and one is a cosine.
17  Q.   In terms of phase, how are they
18  different?
19  A.   They are 90 degrees out of phase.
20  Q.   When would you ever use both waves to
21  transmit data?
22  A.   Are you talking about digital data?
23  Q.   Let's assume from now on we're dealing
24  with digital data.
25  A.   Could you just ask the question again?

Page 35

- Gitlin -

1
2   Q.   Can you think of a modulation technique
3   that uses both waves, sine and cosine, that
4   transmits data?
5   A.   As I said before, QAM modulates both the
6   cosine and the sine.
7   Q.   Could you elaborate a little bit on how
8   both waves are modulated and then are used to
9   transmit the data signal?
10  A.   In the most straightforward case, you
11  modulate the amplitude of the cosine wave, but you
12  probably first pass the source bits through a
13  shaping filter. So you have a confined band with a
14  signal.
15      And you would pass another set of bits
16  through another shaping filter and modulate the
17  sine wave.
18      And so that composite signal is referred
19  to as quadrature amplitude modulation.
20  Q.   When you say "composite signal," are the
21  two waves that are 90 degrees out of phase added
22  together before they are transmitted?
23  A.   Generally, yes.
24  Q.   So how does QAM modulation differ from
25  digital amplitude modulation?

Page 36

- Gitlin -

1
2   A.   It -- it differs -- certainly that
3   you're modulating concurrently both the cosine and
4   sine, the amplitude of each.
5       And, thus, effectively the amplitude and
6   the phase, if you looked at the modulation of -- at
7   each modulation instant time, if you're looking at
8   how you're modulating the cosine and sine and think
9   of that as a two-coordinate vector, or X/Y
10  coordinate, you have a signal point.
11      So you have a -- more flexibility.
12  Q.   So in essence you are -- before you're
13  transmitting a signal you're changing its amplitude
14  and you're changing its phase?
15  A.   One interpretation of the simultaneous
16  modulation of the cosine and sine is that you
17  change it to polar coordinates so you have an
18  amplitude and the phase. So they are completely
19  equivalent. You can modulate each of the axes and
20  changing to cartesian to polar coordinates you have
21  an amplitude and a phase.
22  Q.   In cartesian -- strike that.
23      Does it matter in which coordinates you
24  are operating?
25  A.   I'm not sure. "Does it matter" is a

Page 37

- Gitlin -

1
2   very general concept.
3   Q.   In terms of practical implementations of
4   the system, does it matter --
5   A.   I think, you know -- things tend to
6   matter when you're pushing the technology speeds.
7   There might be some things that are easier to do in
8   cartesian versus polar coordinates.
9       But when you're in a region where you're
10  using digital signal processors, designers will
11  make the choices how they feel it's most convenient
12  to operate. It may be based upon the technology
13  that they have at hand for implementation.
14  Q.   So the choice of coordinates --
15  coordinate systems is implementation-specific?
16  A.   Well, within the QAM, whether they use
17  cartesian or polar coordinates, I would say it's
18  a -- it's an implementation consideration.
19      But I just want to make sure the
20  discussion is confined to QAM. Because you could
21  have -- there could be other considerations. So
22  I'm assuming -- I gave my answer in the context of
23  QAM.
24  Q.   Okay.
25      When a system only changes the amplitude

10 (Pages 34 to 37)

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D121

Page 38

- Gitlin -

1
2  of the carrier wave, would it be fair to say that
3  that's a one-dimensional modulation?
4      A.  Are we talking about coded or uncoded
5  systems?
6      Q.  Let's talk about both.
7      A.  I'm sorry, I could hardly hear.
8      Q.  In the uncoded system first.
9      A.  Could you please repeat the question.
10         MR. TROPP:  Why don't we take a second.
11         MR. JUISTER:  Can we take a break?
12  We've been going for about an hour.
13         MR. KOLMYKOV:  Sure.
14         MR. TROPP:  We're going to go off the
15  record and take a break.
16         MR. KOLMYKOV:  The time is 11 a.m., and
17  we're going off the record.
18         (A recess was taken.)
19         THE VIDEO OPERATOR:  The time is 11:18
20  a.m., and we're back on the record.
21  BY MR. KOLMYKOV:
22      Q.  We talked about analog modulation and
23  digital modulation.
24         And my last question to you was:  One
25  parameter of the way it's changed, are you

Page 39

- Gitlin -

1
2  modulating the wave in one dimension?
3      A.  I'll repeat my question:  Are you
4  talking about a coded system or an uncoded system?
5      Q.  What's the difference between a coded
6  system and an uncoded system?
7      A.  The dimensionality referring to how
8  you're going to process the signal at both the
9  transmitter and, equally importantly, the receiver.
10         So if you have a dependency between more
11  than one dimension -- for example, in a
12  two-dimensional signal you process both dimensions
13  at the transmitter to do the transmitter processing
14  and you process both dimensions at the receiver to
15  do the receiver processing.
16         If you have more than two dimensions,
17  that same argument applies.  The same logic
18  applies.
19      Q.  Could you give me an example of a
20  two-dimensional modulation?
21      A.  Yes.
22         QAM.
23      Q.  Can you give me an example of a
24  one-dimensional modulation?
25      A.  This (inaudible) side band.

Page 40

- Gitlin -

1
2      Q.  Would amplitude modulation be a
3  one-dimensional modulation in a coded system?
4      A.  In a coded system?
5      Q.  Yes.
6      A.  We have a finite number of words in the
7  English language, and it becomes very specific to
8  the system.  In coding you're -- you're
9  establishing a dependency between the various
10  points, signal points.
11         So the modulation itself may be a
12  one-dimensional modulation.  But the -- you
13  modulate a carrier wave with an amplitude, but the
14  dimensionality of the signal -- composite signal
15  will depend upon the type of encoding that you
16  have.
17      Q.  What are the different types of encoding
18  that would affect the dimensionality of the signal?
19      A.  Well, the most -- generally, you could
20  have block codes, convolution of codes, and trellis
21  codes form in the class of convolutional codes, but
22  they are most celebrated for the fact that they
23  combine the modulation and coding.
24      Q.  But you do agree there is such a concept
25  as one-dimensional modulation?

Page 41

- Gitlin -

1
2      A.  It's context-dependent.
3         Generally I prefer to say
4  one-dimensional modulation for an uncoded system is
5  clear.
6      Q.  Would amplitude modulation for an
7  uncoded system be a one-dimensional modulation?
8      A.  Yes, it would.
9      Q.  Would phase modulation also be a
10  one-dimensional modulation?
11         MR. TROPP:  Objection to form.
12      A.  Generally, I think of phase modulation
13  as a two-dimensional modulation.  Because you're
14  equivalently modulating every point on a phase, or
15  a circle, really as an in-phase and quadrature
16  point.
17         So I think of that as -- within the QAM
18  family, as two-dimensional modulation.
19      Q.  So you refer to a phase modulation such
20  as PSK modulation as two-dimensional modulation?
21      A.  I myself think of it as a special form
22  of QAM where you restrict the X and Y coordinates
23  so that the sum of the squares of the X and Y is a
24  constant.  It gives you a point on a circle.  And
25  that may -- that's the way I think of it.

11 (Pages 38 to 41)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D122

Page 42

- Gitlin -

1
2    Q.    But do you agree that other people in
3    New York would refer to it -- may refer to it as
4    one-dimensional?
5    A.    I wouldn't necessarily agree.
6    Q.    You just said that's how you think of
7    it.
8    A.    Right.
9    Q.    But others may think otherwise?
10    MR. TROPP:  Objection.
11    Q.    In New York?
12    A.    Frankly, I don't recall anyone saying
13    the one-dimensional phase modulation.  It's
14    something that I'm not familiar with hearing.
15    Q.    So if you're changing -- let's refer to
16    paragraph 20 on page D 0011.
17    (The witness complies.)
18    MR. TROPP:  For the record, you're on
19    paragraph 20 of the declaration that's been marked
20    as Exhibit 1?
21    MR. KOLMYKOV:  Yes.
22    Q.    You're stating that both dimensions of
23    the carrier wave, I and Q, are modulated to
24    generate one signal point.  So you're stating that
25    I and Q are both changed?

Page 43

- Gitlin -

1
2    A.    In paragraph 20?
3    Q.    Yes.
4    A.    That's what I said.
5    Q.    Therefore, a signal point is
6    two-dimensional?
7    A.    In the context of this -- this is a --
8    I'm talking about trellis coding and
9    multi-dimensional trellis coding, and I said the
10    TCM techniques described above are referred to as
11    two-dimensional, 2D, since in each signaling
12    intervals both dimensions of the carrier wave, I
13    and Q, modulate to generate one signal.
14    Q.    Is it possible to have a one-dimensional
15    signal point outside of your declaration
16    (indicating)?
17    A.    Not in the context of the patent?  In
18    general?
19    Q.    In general.
20    A.    So, yes, you could have a
21    one-dimensional signal point.
22    Q.    But your declaration is talking about a
23    two-dimensional modulation, because you're changing
24    I and Q components, and that two-dimensional
25    modulation is phase modulation known as 8-PSK?

Page 44

- Gitlin -

1
2    A.    In paragraph 20 I give an example using
3    8-PSK signal constellation.  That's two-dimensional
4    modulation.
5    Q.    Okay.
6    Isn't it true that in phase modulation
7    you're only changing the phase parameter of the
8    wave?
9    MR. TROPP:  Objection.
10    A.    In -- in the context of QAM, which has
11    as its basis cartesian coordinates, you are
12    changing both coordinates, X and Y.
13    Q.    Let's talk about outside the QAM
14    concept.
15    When you change the phase of a carrier
16    wave, you're changing only one parameter of the
17    wave and, therefore, it's one-dimensional?
18    A.    I -- I don't agree.
19    The dimensionality to me refers to how I
20    would process, as I said before, the transmitter
21    and the receiver.
22    If, as is in commercial practice, people
23    use I and Q systems, for me to produce an 8-PSK
24    signal, I would modulate the X component, modulate
25    the Y component, transmit the signal.

Page 45

- Gitlin -

1
2    If it's a PSK signal, it's such that the
3    sum of the squares of the two coordinates is a
4    constant.  That's the amplitude of the signal.
5    Similarly, at the receiver I would
6    process the received in phase or received
7    quadrature to determine which of the transmitted --
8    which of the signal points was transmitted.
9    That's the way it's commonly done.
10    Q.    Let's look at your PSK constellation
11    document on page D 0003 --
12    A.    3?
13    Q.    -- of your declaration.
14    To move from point P1 to point P2 which
15    characteristic of a wave are you changing?
16    A.    It depends how you view it.  If you view
17    it in the I and Q, you're changing the I and you're
18    changing the Q.
19    If you were going in polar coordinates,
20    you're changing the angle or phase.
21    Q.    So polar coordinates you're only
22    changing one parameter, and that is the N?
23    A.    Yes.  But, you know, in practice -- if
24    you're in the domain of QAM modulation, all of the
25    systems I'm familiar with use the cartesian

12 (Pages 42 to 45)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D123

Page 46

1          - Gitlin -
2   coordinates.
3        Q.   In your practice engineers use cartesian
4   coordinates.
5             However, is it possible to use polar
6   coordinates to represent phase modulation?
7        A.   In principle, yes.
8        Q.   When you're in the cartesian
9   coordinates, and let's say you're at point P1,
10  which component, I or the Q, represent the phase?
11       A.   The phase is computed from the I and the
12  Q. It's simply the angle that if you draw a vector
13  from the origin to P1, the phase relative to, you
14  know -- would be the angle.
15       Q.   So for phase modulation you're only
16  changing the angle?
17       A.   In 8-PSK, you have one of eight phases.
18  That is selected at each signaling instant.
19       Q.   And so the phase is the only parameter
20  that is changed from one point to another?
21       A.   If you're viewing this in polar
22  coordinates.
23       Q.   Okay.
24       A.   But people view this in QAM because
25  signal processing both in the transmitter and the

Page 47

1          - Gitlin -
2   receiver is most conveniently, expeditiously done
3   in cartesian coordinates.
4        Q.   What do you mean by "most
5   expeditiously"?  What is so expeditious about using
6   cartesian coordinates versus polar coordinates?
7        A.   When -- when the signal is distorted
8   through transmission, you're going to have to do
9   receiver processing.  And by using cartesian
10  coordinates you have the benefit of using
11  operations whose mathematical forms and algorithms
12  are well understood, many are explained and done in
13  terms of cartesian coordinates.
14            And there might be some receivers that
15  operate on polar coordinates for complex systems
16  when you're dealing at the receiver.  But I'm not
17  familiar with -- with those, and it seems that
18  that's not a natural way to -- it's not a natural
19  way to process the signal.
20       Q.   What are the unnatural ways to process
21  the signal?
22       A.   A natural way is to process using a QAM,
23  because you process the signal and you do
24  processing of the vector, the I and Q.  And in many
25  receivers, in almost all I'm familiar with, the

Page 48

1          - Gitlin -
2   operations are defined in terms of those
3   coordinates.  We have complex things like
4   equalization, echo cancellation, decoding, in terms
5   that are defined in terms of I and Q.
6        Q.   I'm sorry --
7        A.   Either independently or jointly as a
8   vector.
9             Whereas the amplitude -- remember, you
10  transmit something on a circle.  When it's received
11  it's distorted; it's no longer on a circle.
12            So most naturally then you have to
13  introduce the notion of an amplitude, because
14  you're going to receive a signal that now has a
15  phase, but the amplitude you can't control.
16            So the processing that -- we have a lot
17  of processing that's based upon linear systems, and
18  those are the most natural and compatible with I
19  and Q representation.
20       Q.   So in one implementation, one compatible
21  way to represent phase modulation is in cartesian
22  coordinates having I and Q as the two axes?
23       A.   You asked me a question?
24       Q.   Yes.
25       A.   Can you repeat it?

Page 49

1          - Gitlin -
2        MR. KOLMYKOV:  Can you read that back.
3        (Requested portion of record read.)
4        A.   That to me, that's the preferred way,
5   and that's the way it's generally done, although
6   there may be exceptions.  That's the way it's done.
7        Q.   Do you know of any exceptions?
8        A.   For a -- well, for a QAM system that's
9   the way it's done.
10       Q.   Let's refer to the declaration on page D
11  0029.
12            (The witness complies.)
13       Q.   It would be the reference -- I'm sorry,
14  it would be the Ungerboek reference.
15            So in the figure 1, you see that it
16  illustrates amplitude modulation and the points are
17  on one line.
18            (The witness reads document.)
19       MR. TROPP:  Is there a question?
20       Q.   Well, I just wanted your confirmation --
21       A.   About what?
22       Q.   -- that you see the illustration.
23       A.   Figure 1?
24       Q.   Yes. Figure I.
25       A.   I'm looking at it.

13 (Pages 46 to 49)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D124

Page 50

- Gitlin -

1
2    Q.   Do you agree that this is a
3    one-dimensional modulation that's illustrated?
4    A.   For --
5    Q.   For the ampli --
6    A.   As the caption says, the upper left is
7    labeled amplitude modulation for 2-AM, 4-AM, 8-AM,
8    16-AM.
9        It's 2-AM, not the time. It's 2
10   amplitude modulation.
11       Yes.
12   Q.   I understand what Mr. Ungerboek wrote.
13   But I'm asking your opinion whether this is
14   amplitude modulation, whether this amplitude
15   modulation is one-dimensional modulation?
16   A.   I would agree that's one-dimensional
17   modulation.
18   Q.   Why is it one-dimensional modulation?
19   A.   He's talking about an uncoded system
20   here, and he's modulating the amplitude.
21   Q.   And because he's modulating just one
22   parameter of the wave, such as amplitude, it is
23   one-dimensional?
24   A.   Well, the situation is different.
25       You see, if you look at what he calls

Page 51

- Gitlin -

1
2    phase modulation -- you asked me a question.
3        If you see what he says here, he's
4    modulating 4-PSK, 8-PSK, 16-PSK, and he refers to
5    that as two-dimensional phase modulation.
6    Q.   Okay.
7        But my question is:  The reason
8    amplitude modulation is called one-dimensional
9    amplitude modulation is because you're only
10   changing one parameter of the wave?
11   A.   Yes. The undisturbed frame of reference
12   here is that you're dealing with QAM systems.
13   That's the reference for this discussion.
14   Q.   Which discussion?
15   A.   His paper.
16   Q.   His paper -- doesn't his paper lay out
17   different modulation techniques in figure 1?
18       (The witness reviews document.)
19   A.   It's within the frame -- in my opinion,
20   it's within the frame of reference of QAM
21   modulation, or combined amplitude and phase
22   modulation, or in-phase quadrature modulation.
23   Q.   Where do you see --
24   A.   When he says two-dimensional, I
25   interpret that as QAM.

Page 52

- Gitlin -

1
2    Q.   Aren't there any other types of
3    two-dimensional modulations?
4    A.   Amplitude and phase.
5    Q.   Apart from amplitude and phase, are
6    there other types of two-dimensional modulations?
7    A.   Well, you could -- it depends on the
8    context.
9    Q.   Theoretically, could there be other ways
10   to modulate the signal, apart from the combination
11   of amplitude and phase?
12   A.   You could pick -- there's lots of
13   coordinates. You might -- it's a question of in
14   this time when he wrote this what were people
15   working with. There might be other dimensions that
16   people might consider today. But in the time frame
17   that this was written (indicating), when people
18   talked about two-dimensional, the pictures that he
19   shows and the words he uses are understood to be
20   QAM system.
21   Q.   Why do you think this reference is in
22   the context of QAM systems?  Isn't it true that
23   this reference doesn't even mention the word "QAM"
24   anywhere?
25   A.   Well, he refers to a -- what was going

Page 53

- Gitlin -

1
2    on in the ITU, the CCITT for new high-speed voice
3    band modems. He was an active participant.
4        These were all QAM-based systems.
5        And I would say in my experience, from
6    the late seventies to -- almost today -- almost all
7    high-performance digital communication systems are
8    QAM-based. Almost all.
9    Q.   Is there another way to modulate phase
10   and amplitude, apart from the QAM method?
11   A.   I'm not sure I understand the question.
12   Q.   We established that QAM is separating
13   the digital data into two components, and each of
14   those components is applied to a sine wave and a
15   cosine wave, which are 90 degrees apart?
16   A.   Yes.
17   Q.   What if we used only one wave and used
18   that wave to modulate phase and amplitude instead
19   of splitting it up into two waves:  Would it be
20   possible?
21   A.   Well, you know, by algebra, if you
22   modulated the sine and cosine, there's an identity
23   where you take the -- you could write it as one
24   sine of sort of wave, where the amplitude is the
25   square root of the sum of the squares of the

14 (Pages 50 to 53)

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D125

Page 54

- Gitlin -

1
2 in-phase quadrature, and the angle is the sine wave
3 is the arc tangent of the ratio of the in-phase to
4 quadrature term.
5       So just using algebra, you can go back
6 and forth between the I and Q and polar
7 coordinates.
8       Q.   In other words, you don't have to call
9 it QAM if you're modulating the phase and amplitude
10 of the signal?
11       A.   Well, for -- in all my experience it was
12 understood at this point in time when you modulate
13 a signal in the X/Y plane you can have many
14 different types of signal constellations, which is
15 the collection of signal points.
16       Ungerboek shows several of them.  Other
17 people.  In our book we show many of them.  And
18 it's understood that that's what you mean.
19       I don't know of anyone who did signal
20 processing in terms of noncartesian coordinates in
21 high-performance digital communication systems.
22       Q.   Can we agree that digital signals can be
23 modulated in one dimension?
24       A.   Ungerboek gives a example of amplitude
25 modulation.

Page 55

- Gitlin -

1
2       Q.   And this example illustrates that
3 because amplitude has changed and nothing else
4 that's why it's one-dimensional?
5       A.   You're modulating the amplitude.  That's
6 the one dimension that you're modulating.
7       Q.   On the other hand, when digital signals
8 are modulated in two dimensions, you're changing
9 two characteristics of the wave, such as phase and
10 amplitude?
11       A.   Yeah -- within the construct of in-phase
12 and quadrature modulation you could have an
13 arbitrary signal constellation.
14       Q.   But you're changing two parameters?
15       A.   You're modulating the in-phase and the
16 quadrature coordinate.  That's the frame of
17 reference, the coordinate system you're talking
18 about.
19       Q.   If we are talking about in polar
20 coordinates, you're changing phase and amplitude,
21 you're changing two characteristics of the wave?
22       A.   There's a complete equivalence between X
23 and Y and the polar coordinates.
24       Q.   Right.  So it doesn't matter which
25 mathematical representation you use, you're still

Page 56

- Gitlin -

1
2 changing two characteristics?
3       A.   To the best of my knowledge, no one uses
4 a polar coordinate system to deal with these high
5 performance digital communication systems.
6       Q.   But that's the question I asked.  I
7 asked if two components are changed of the carrier
8 wave, then it's a two-dimensional modulation?
9       A.   If -- if relative to the cartesian
10 coordinates you changed two coordinates, it's a
11 two-dimensional system.
12       Q.   What about relative to polar
13 coordinates; isn't it also a two-dimensional
14 system?
15       A.   If you do what?
16       Q.   If you change phase and amplitude.
17       A.   You would change -- it's just -- people
18 don't talk about the dimensionality in a high
19 performance system using polar coordinates.  So, I
20 mean -- I'm just going to comment on that.  It's
21 not the words that I would use.  I'm not familiar
22 with anyone using those words.
23       Q.   Okay.  In cartesian coordinates, when
24 you change phase and amplitude you're dealing with
25 a two-dimensional system?

Page 57

- Gitlin -

1
2       A.   As Ungerboek points out, even if you
3 change the phase it's referred to as a
4 two-dimensional system.
5       Q.   And that's because you're changing the I
6 and the Q?
7       A.   Yes.
8       Q.   Okay.
9       MR. KOLMYKOV:  How are we doing on tape?
10       THE VIDEO OPERATOR:  Two minutes.
11       MR. KOLMYKOV:  I'm going to start this
12 line of questioning, and then we'll change the
13 tape.
14       Q.   In figure 1 you mention these are the
15 signal points that are illustrated on a
16 constellation, different ways of representing
17 signal points on a constellation?
18       A.   Are you reading from somewhere?
19       Q.   Just looking at figure 1.
20       (The witness reviews document.)
21       Q.   Just illustrates a variety of
22 constellations.
23       A.   Yes.
24       Q.   What is a signal point?
25       MR. TROPP:  Objection.

15 (Pages 54 to 57)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

Page 58

1           - Gitlin -
2       A.   So a signal point is a point in this
3   two-dimensional space, so it has X and Y
4   coordinates.
5       Q.   What about a point in amplitude
6   modulation figure?
7       A.   In Ungerboek's paper.
8       Q.   Yes, in Ungerboek's paper.
9       A.   That is one-dimensional, so it has
10  amplitude.
11      Q.   So Ungerboek's paper illustrates a
12  one-dimensional signal point in figure 1, under
13  "Amplitude Modulation"?
14      A.   Figure 1, the upper left-hand corner, is
15  an example of amplitude modulation.
16      Q.   And the point on that constellation is a
17  one-dimensional signal point?
18      A.   Yes.
19          MR. KOLMYKOV:  Could we --
20          THE VIDEO OPERATOR:  This completes Tape
21  Number 1.  The time is 11:52 a.m., and we're going
22  off the record.
23          (A recess was taken.)
24          THE VIDEO OPERATOR:  This is Tape Number
25  2.  The time is 12:00 p.m., and we're back on the

Page 59

1           - Gitlin -
2   record.
3   BY MR. KOLMYKOV:
4       Q.   So we can agree there is such a thing as
5   a one-dimensional signal point in theory?
6       A.   Yes.  I mean, amplitude modulation is
7   a -- the example of it.
8       Q.   And can we agree that a signal point
9   represents some sort of a value?
10      A.   It depends on the context.
11      Q.   Let's say in the context of
12  one-dimensional constellation such as amplitude
13  modulation.
14      A.   As the example in Ungerboek's paper of
15  amplitude modulation, yes, that's one-dimensional.
16      Q.   But it represents one value?
17      A.   Yes.
18      Q.   And in let's say QAM modulation, he
19  would represent two values?
20      A.   I mean, a signal point has two
21  components in QAM systems.  Or in two-dimensional
22  systems.
23      Q.   What are those two components?
24      A.   The X -- the in-phase and quadrature
25  component.

Page 60

1           - Gitlin -
2       Q.   Okay.
3           What is a signaling interval?
4       A.   Signaling interval is the period or the
5   time at which -- time between successive
6   modulations of the channel.
7       Q.   Is it true that a signal point is always
8   transmitted in one signaling interval?
9       A.   In -- if you use a two-dimensional QAM
10  system, you transmit the QAM signal point in one
11  signaling interval.
12      Q.   What if he used something other than
13  QAM?  Let's say VSB?
14      A.   The signaling interval is the — one
15  over the frequency with which you modulate the
16  carrier wave.
17      Q.   But you're still sending one signal
18  point during this one-signaling interval, whether
19  it's — whether you use a QAM modulation or a VSB
20  modulation or amplitude modulation or phase
21  modulation?
22      A.   In a signaling interval you transmit
23  one signal point.
24      Q.   So we can agree that a signal point is a
25  value that may have two components, the I and the

Page 61

1           - Gitlin -
2   Q, that is transmitted over one signaling
3   interval?
4           MR. TROPP:  Objection.
5       A.   What type of system are we talking
6   about?
7       Q.   Any system.
8       A.   Are we talking relative to the patent at
9   issue, or are you just having a general discussion?
10      Q.   We're having just a general discussion.
11      A.   Within the construct of a
12  two-dimensional system, a signal point is
13  transmitted -- a two-dimensional signal point is
14  transmitted at every signaling interval.
15      Q.   What if you don't use a two-dimensional
16  constellation?  What if you use a one-dimensional
17  constellation, such as amplitude modulation, which
18  we established was a one-dimensional constellation?
19      A.   I didn't hear a question.
20      Q.   In that case, a signal point is
21  represented by one value because the points are on
22  the line.
23      A.   If you use a one-dimensional system,
24  then the signal point is -- would be as described
25  in Ungerboek's figure 1 in the upper left-hand

16 (Pages 58 to 61)

D127

Page 62

```
1              - Gitlin -
2   corner.
3       Q.   One value?
4       A.   You transmit one signal point.  It's
5   one-dimensional.
6       Q.   So you transmit one value over one
7   signaling interval?
8       A.   Yes.
9       Q.   What is a "signal point constellation"?
10      A.   A signal point constellation generally
11  refers to the context of an in-phase and quadrature
12  system where you modulate both the in-phase and
13  quadrature -- that is, the cosine and sine -- and
14  the constellation represents the set of points,
15  signal points, that you're going to transmit.
16  That's the alphabet, so to speak, of signal points.
17          And these are -- in these systems they
18  are two-dimensional.  Each point in the
19  constellation is a two-dimensional signal point.
20      Q.   In the QAM system?
21      A.   In the two-dimensional system.
22      Q.   In the two-dimensional system a signal
23  point is two-dimensional?
24      A.   Yes.
25      Q.   So a signal point corresponds to a
```

Page 63

```
1              - Gitlin -
2   signal mapped to a constellation?
3       A.   In what system are we talking -- QAM
4   system?
5       Q.   Just generally, any system.  It's a
6   signal that is mapped to a constellation?
7       A.   What I would say is you modulate the 1
8   and Q, you select one of the points, and the X
9   value modulates the cosine wave, and the Y value
10  modulates the sine wave.
11          This diagram is over-simplified.  The
12  digital modulation goes through a shaping filter to
13  restrict the bandwidth, and then you modulate
14  either the cosine, or, with the other coordinate
15  you modulate the sine wave.
16          That's how it's done.
17      Q.   Before you're actually applying signal
18  points to a wave, you're mapping that signal point
19  onto a constellation?
20      A.   The signal constellation is comprised of
21  signal points, so the constellation is the alphabet
22  or the set of signal points.
23      Q.   So we've established there's an alphabet
24  of signal points.
25          So if you receive a signal point, the
```

Page 64

```
1              - Gitlin -
2   next step would be to map it onto this alphabet?
3           MR. TROPP:  Objection.
4       A.   It depends upon the system.  In an
5   uncoded system, simple -- not in the context of the
6   sophisticated systems that we're talking about that
7   Ungerboek is talking about or the patent is
8   addressing, you receive processing, depending upon
9   what form of processing was done at the
10  transmitter, relative to, for example, if you use
11  trellis-coded modulation, what sort of impairments
12  you expected in the channel.
13      Q.   Isn't it correct that at some point
14  during processing a signal point is mapped onto a
15  constellation?
16      A.   I'm not sure -- are you talking about
17  the transmitter or the receiver?
18      Q.   In the transmitter.
19      A.   I'm not sure what you mean by "mapped
20  onto a constellation."
21      Q.   We've established we have an alphabet of
22  signal points.  To choose one of the signal points
23  that are allowed, you're mapping the received
24  signal point onto the allowed set in the alphabet.
25          MR. TROPP:  Objection.  I don't know if
```

Page 65

```
1              - Gitlin -
2   you want me to say anything further than that or
3   not.  But I might be happy to help you a little bit
4   there.
5           MR. KOLMYKOV:  I know what I'm doing.
6   If he doesn't understand the question, he can ask
7   me.
8           MR. TROPP:  That's fine.  I understand.
9   So respectfully, then I object, because I think
10  that the question is problematic.
11      A.   You started out talking about
12  transmitter and then you put receiver, so I don't
13  understand that.
14      Q.   I apologize.
15          MR. TROPP:  And that was my objection.
16      Q.   Let's talk about the receiver.
17          In the receiver, the received point is
18  mapped onto a constellation?
19      A.   Are we talking about an uncoded system
20  or a coded system?
21      Q.   Either one.  There is some mapping going
22  on.
23      A.   Well, mapping -- I would prefer to say
24  if you -- mapping includes a tremendous amount of
25  signal processing.  You receive signal points
```

17 (Pages 62 to 65)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D128

Page 66

1      - Gitlin -
2  depending upon the level of processing.
3          So, for example, in the Betts patent
4  he's dealing with, for example, a four-dimensional
5  system. So you would get at least -- receive
6  signals from those four dimensions, process it
7  through the trellis decoder, let's say Viterbi
8  algorithm, and at some point you will then produce
9  the best estimates of the transmitted bits.
10         So I wouldn't call that a mapping.
11         A mapping -- a mapping in my language
12  has more of a memory-less aspect.
13     Q.   Okay, let's call it represented.
14         Can a signal point be represented on a
15  one-dimensional constellation, such as figure 1 of
16  Ungerboek's reference?
17         MR. TROPP:  Objection.
18     A.   Are we talking about transmitter?
19     Q.   Yes. In the transmitter instance.
20     A.   As per the example by Ungerboek, he
21  shows amplitude modulation.
22         And, for example, in the four amplitude
23  modulation case you transmit one of the four signal
24  points which are depicted as circles. That's your
25  alphabet.

Page 67

1      - Gitlin -
2      Q.   Okay. So this one signal point, let's
3  say in the 4-AM, is one out of four choices?
4      A.   Was that a question?
5      Q.   Yes.
6      A.   There are four possibilities. You
7  select one of them.
8      Q.   What is the difference between a
9  one-dimensional signal point and a two-dimensional
10  signal point?
11     A.   In a two-dimensional signal point you
12  have two components, an in-phase and quadrature
13  signal point.
14         In a one-dimensional signal point you
15  have one component; for example, the amplitude.
16     Q.   Is there any advantage to using a
17  one-dimensional signal point versus a
18  two-dimensional signal point?
19     A.   The pendulum swings the other way.
20  There's lots of advantages for increasing the
21  dimensionality of a signal point. Certainly
22  two-dimensional signal points -- signal
23  constellations have more flexibility and more
24  advantages than one-dimensional.
25     Q.   What are those advantages?

Page 68

1      - Gitlin -
2      A.   Well, you get, for a given received
3  power -- sorry, given transmitted power you can
4  generally get a better performance and error rate,
5  even in uncoded systems, going from two-dimensional
6  to one-dimensional.
7      Q.   By increasing -- by decreasing the error
8  rate you mean the coding gain has increased?
9      A.   I was talking about a simple uncoded
10  system.
11         So for a given transmitted signal power
12  you have a lower error rate in general with the QAM
13  system, the two-dimensional system, than a
14  one-dimensional system.
15     Q.   Why is that?
16     A.   Just that you have the ability to -- you
17  have more degrees of freedom in a two-dimensionals
18  than you have in one to place the points in a way
19  that can give you more separation against noise.
20     Q.   Well, a two-dimensional point carries
21  two values; is that correct?
22     A.   Yes.
23     Q.   A one-dimensional point carries one
24  value?
25     A.   Right.

Page 69

1      - Gitlin -
2      Q.   Can't you just send two one-dimensional
3  signal points instead of two -- one two-dimensional
4  signal points?
5      A.   If you want to do -- this will be a long
6  answer.
7          If you wanted -- when you have
8  one-dimensional and you want to think of it now in
9  sending a succession of one-dimensional, then it
10  restricts you to having -- if you look at it in two
11  dimensions -- a square signal constellation.
12         There may be reasons where you don't
13  want a square signal constellation, as, for
14  example, Ungerboek shows in his figure at the
15  right-hand side, "Amplitude/Phase Modulation,"
16  where he has constellations where he deletes or
17  expurgates the points of largest magnitude.
18         So you can get reduced transmitted
19  power.
20         There's another much more subtle
21  advantage for using QAM versus one-dimensional.
22  This was recognized by several people in the --
23  myself included -- in the mid-eighties. And we
24  devote a good section of -- a good portion of I
25  think chapter 5 in our book to this.

18 (Pages 66 to 69)

D129

Page 70

- Gitlin -

1
2      So this is a very idealized system. But
3  when you go to build a real system, whether you use
4  one-dimensional modulation or two-dimensional
5  modulation, you find that there are other
6  attributes, like carrier phase recovery, that you
7  need to do. And it's been well-known and proven
8  that QAM systems are much more robust in the
9  ability to recover the carrier phase directly from
10  the information bearing signal, whereas
11  one-dimensional system, such as VSB, cannot do
12  that.
13      In order to do that you have to
14  introduce the notion of pilot tone.
15      And in order to make that system
16  reliable, you generally put as much power in a
17  pilot tone as you put in the modulated signal. And
18  therefore you immediately take a 3 DB penalty in
19  received power.
20      Moreover, what we found from our
21  experiments in this system, when you put a pilot
22  tone in, if you're in the presence of harmonics in
23  the channel, you can also get harmonics generated
24  from that pilot tone into the data band, further
25  degrading performance.

Page 71

- Gitlin -

1
2      So it became the conviction of many
3  people, myself included, that two-dimensional
4  modulation had very real, practical advantages in
5  terms of the carrier phase recovery and coherence
6  detection, that I just described, in addition to
7  giving you more flexibility by being able to build
8  constellations in two dimensions, such as the one
9  Ungerboek shows with a cross, which are not square.
10      Q.  So you agree that it is possible to
11  design a system that sends two one-dimensional
12  signal points versus one two-dimensional signal
13  points?
14      A.  It's possible, but nobody -- nobody was
15  doing this in the commercial space of modems after
16  certainly 1980. It was not done because of the
17  reasons I said. You could do it. But it was not
18  the practice. People understood the superiority of
19  QAM systems.
20      Q.  So you can't think of any applications
21  where a one-dimensional system has been implemented
22  since 1980?
23      A.  The only one I can think of is the ATSE
24  standard.
25      Q.  But your opinion is that is inefficient?

Page 72

- Gitlin -

1
2      A.  I'm not an expert in that. I think
3  there were other issues related to range, and they
4  use a pilot tone.
5      I recall there was a debate between QAM
6  and VSB and, as these debates go, VSB won. And
7  that's a different circumstance than the wire line
8  systems in the context of Ungerboek had been
9  dealing with, and the Betts' patent addresses.
10      I would say, to be fair, that's about
11  the only system, commercial system, I know that
12  could be called a one-dimensional system since
13  the -- around 1980.
14      Q.  So since ATSE does use a one-dimensional
15  system, it is possible to use a one-dimensional
16  system?
17      A.  Yes.
18      Q.  Even though according to your opinion
19  it's not as good as the QAM?
20      A.  In the context of the environments that
21  I'm intimately familiar with. I'm not an expert on
22  over-the-air television transmission.
23      Q.  Can trellis encoding be implemented with
24  one-dimensional signals?
25      A.  Yes. Yes.

Page 73

- Gitlin -

1
2      MR. KOLMYKOV:  Okay. Let's mark another
3  exhibit, the 5,243,627 patent. I will call it the
4  '627 patent.
5      MR. TROPP:  Would you agree, so that our
6  record is clear, that you have in fact occasionally
7  referred to it as the '627 patent and that's what
8  we meant by this patent?
9      MR. KOLMYKOV:  Yes, that's what we
10  meant.
11      (Gitlin Exhibit 2 marked for
12  identification, 5,243,627 patent.)
13      MR. TROPP:  If you're about to change
14  gears entirely, would now be a better time to take
15  a break, or would you prefer to press on?
16      MR. KOLMYKOV:  It is a change in gears.
17  I don't know about entire --
18      MR. TROPP:  It's your deposition.
19      MR. KOLMYKOV:  I will ask the deponent.
20  Are you okay with continuing?
21      THE WITNESS:  About how long would you
22  expect to go?
23      MR. KOLMYKOV:  Let's say 20 minutes.
24      THE WITNESS:  20 minutes is okay.
25  BY MR. KOLMYKOV:

19 (Pages 70 to 73)

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D130

Page 74

- Gitlin -

1
2    Q.   Have you seen this document before?
3    A.   The patents -- the '627 patent?
4    Q.   The '627 patent.
5    A.   Yes.
6    Q.   In your opinion, what is the problem in
7  the art that the '627 patent resolved?
8        MR. TROPP:  Objection.
9        (The witness reviews document.)
10    A.   The -- the assertion or the claim in the
11 '627 patent is that it provides a signal point
12 interleaver for multi-dimensional -- for example,
13 four-dimensional channel symbols, where the -- you
14 have pairs -- in that example, pairs of signal
15 points that are produced, that are -- by one state
16 transition.
17    Q.   Isn't it correct --
18        MR. TROPP:  Can he finish his answer?
19        MR. KOLMYKOV:  I'm sorry.
20    A.   The inventor proposes a signal point
21 interleaving technique -- in his words -- causes
22 the constituent signal points -- that is, the
23 points which are produced from this -- of this
24 one-state transition -- to be non-adjacent as they
25 traverse the channel.

Page 75

- Gitlin -

1
2        So he builds upon a previous -- or
3  builds upon the interleaving technique that he
4  described previously.
5        And here he makes it very specific to
6  2N-dimensional signaling and greater than one, and
7  he proposes a signal point interleaver.  So...
8    Q.   Isn't it correct to say that the '627
9  patent resolves a problem common in the art, what
10 is known as an occurrence of burst errors?
11        MR. TROPP:  Objection.
12    A.   That problem is well recognized in the
13 art.  Dealing with burst errors, there is --
14 there's a long history of interleaving techniques
15 to compensate for burst errors.  Going back, for
16 example, one of the references I cited was from
17 Gallager's textbook.  He refers to it as
18 interlacing, as opposed to interleaving.
19        And in the '625 from Betts, Betts
20 proposes a set of, in his language, a plurality of
21 trellis-coders to provide an interleaving of the
22 outputs.
23        So the problem of dealing with burst
24 errors has been a well recognized problem, and, as
25 I said in my declaration, the claim is that he

Page 76

- Gitlin -

1
2  provides a means of separating adjacent -- time
3  adjacent points that are produced by a
4  multi-dimensional code.
5    Q.   So you would agree that the '627
6  resolves the problem of burst errors different from
7  the '625 patent?
8    A.   I haven't studied the '625 patent in
9  great detail.  It seems that I do observe is when I
10 look at the '625 patent it's very generic, and I --
11 I really don't have, at this point, other than
12 saying that '625 patent is a generic technique for
13 taking art -- let's say as proposed by Gallager for
14 general interleaving, in Gallager's language
15 interlacing, and extending that art for trellis
16 encoding.
17        But the '625 is a fairly generic patent,
18 and I haven't been asked to comment on the
19 distinction between '625 and '627.  So I really
20 don't have, you know, an opinion at this point in
21 time.
22    Q.   Okay.
23        You stated that you did look at the '625
24 patent.
25    A.   Yes.

Page 77

- Gitlin -

1
2    Q.   And the '625 patent does disclose an
3  interleaving technique of some sort?
4    A.   Yes.
5    Q.   The '627 patent also discloses an
6  interleaving technique of another sort?
7    A.   Title of the patent is "Signal Point
8  Interleaving Technique."
9    Q.   And the '627 patent interleaves data
10 differently from the '625 patent?
11    A.   It's not clear to me the -- I haven't
12 studied detailed claims of the '625.  It's more
13 generic than the '627 patent.
14    Q.   You mentioned that trellis encoding
15 could be implemented with one-dimensional signal
16 points; is that correct?
17    A.   Yes.
18    Q.   The '627 patent refers to 2N-dimensional
19 signal points.
20        Do you see that?
21    A.   Where are you looking?
22    Q.   Let's say column 2, figure -- line 53 --
23 54.
24    A.   Yes.
25    Q.   The 2N-dimensional signaling scheme

20 (Pages 74 to 77)

**D131**

Page 78

1              - Gitlin -
2    that's referred to in the specification of the '627
3    patent means that each signal point is
4    two-dimensional; is that correct?
5         A.   The signal point is -- each signal point
6    is two-dimensional, yeah.
7         Q.   Does the '627 patent disclose the
8    dimensionality of a signal point anywhere in the
9    specification?
10             (The witness reads document.)
11        A.   Can you repeat the question, please?
12        Q.   Does the disclosure of the '627 patent
13   ever talk about dimensionality of a signal point?
14        A.   It says a "2N-dimensional signaling
15   scheme."
16             I mean -- and in the -- you know, in the
17   summary of the invention it has been realized that
18   the Viterbi decoder performance in a data
19   communication system using 2N-dimensional channel
20   symbols.
21        Q.   Okay. So it talks about 2N-dimensional
22   signaling scheme. And you equate that as
23   requiring a two-dimensional signaling point?
24             MR. TROPP: Can I hear that last
25   question back.

Page 79

1              - Gitlin -
2         (Requested portion of record read.)
3         A.   If I look at all of the figures, they
4    all refer to QAM systems.
5         Q.   By "all of the figures" --
6         A.   Figure 3 -- they all have QAM.
7              So figure 3 is a block diagram of the
8    transmitter section of the modem applying
9    four-dimensional channel symbols and embodying the
10   principles of the invention, and it has QAM
11   encoded.
12             So, you know, I interpret it as the
13   2N-dimensional channel symbols where the
14   constituent points are QAM, and N refers to the
15   number of such points that comprise a channel
16   symbol.
17        Q.   Let's look at claim 1.
18             Does claim 1 specify the dimensionality
19   of a signal point?
20             MR. TROPP: Objection.
21             (The witness reads document.)
22        A.   So it's -- it implies -- it says:
23   "Means for generating a plurality of streams of
24   trellis encoded channel systems."
25        Q.   How does that --

Page 80

1              - Gitlin -
2         A.   Can I read on?
3              "Each of said channel systems being
4    comprised by a plurality of signal points."
5              So that says to me that this is a
6    multi-dimensional system, and a symbol is comprised
7    of more than one signal point.
8         Q.   That's correct.
9              The channel -- the claim 1 requires that
10   the channel symbols are multi-dimensional, which
11   means they are composed of more than one signal
12   point; is that right?
13        A.   The --
14             (The witness reads document.)
15        A.   It says that the channel symbols are
16   comprised of a plurality of signal points.
17             So I interpret the 2N to mean that the
18   basic signaling is QAM. And when you say 2N, it's
19   the channel symbol is comprised of N
20   two-dimensional signal points.
21        Q.   Where in claim 1 do you see the words
22   "2N"?
23        A.   Well, I mean, the context of the whole
24   patent, it starts out in the abstract. Using
25   2N-dimensional channel symbols, N greater than 1.

Page 81

1              - Gitlin -
2    Okay?
3              And when -- so if you -- let's see...
4              And in the -- in the summary of the
5    invention it says: "A data communication system
6    using a 2N-dimensional channel symbol.
7              Line 14: "In preferred embodiments of
8    the invention, the interleaver is carried out in
9    such a way that every N signal point of a
10   respective -- of respective channel symbols."
11             That implies to me that the constituent
12   point has two dimensions. It's a 2N-dimensional
13   symbol. And if it has N signal points, each of the
14   signal points, by inference, then, is
15   two-dimensional.
16        Q.   So we agree that the specification of
17   the patent implies that signal points are
18   two-dimensional? That's what you just stated?
19        A.   I would say that the specification says
20   that.
21        Q.   My question is: Does claim 1 require
22   it?
23             MR. TROPP: Objection.
24        Q.   Let me rephrase that.
25             Does claim 1 require that the signaling

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

**D132**

Page 82

1           - Gitlin -
2    scheme to be used is 2N-dimensional?
3           MR. TROPP:  Objection.
4       A.   Well, the claim says that the channel
5    symbols are comprised of a plurality of signal
6    points, and the spec teaches that each signal point
7    is two-dimensional.
8       Q.   Okay.  When the claim states "channel
9    symbols are comprised of a plurality of signal
10   points," doesn't that mean that the signaling
11   scheme that the claim requires is N-dimensional?
12          MR. TROPP:  Objection.
13      A.   The whole patent deals with
14   2N-dimensional.  In the abstract it says
15   2N-dimensional channel symbols.  In the summary of
16   the invention is 2N-dimensional channel symbols.
17          If they wanted to do what you said, they
18   would say N-dimensional channel symbols.  They
19   wouldn't have the constant "2" in there.
20      Q.   The constant "2" does come into play in
21   dependent claim 3; do you see that?
22          (The witness reads document.)
23      Q.   Do you agree — were you going to
24   confirm that, or should I continue my question?
25      A.   I didn't hear a question.

Page 83

1           - Gitlin -
2           MR. TROPP:  I think the question that
3    was on the table was whether you see that claim 3
4    brings the term "2N" into the claim language.
5       A.   I'm reading claim 3.
6           (The witness reads document.)
7       A.   Yes.
8       Q.   Would you agree that claim 3 is a
9    further limitation of claim 1?
10      A.   My -- my understanding of this is that I
11   read claim 1 in the context of the specification.
12   And so that claim 3 seems to be just a further
13   clarification, but not a restriction.
14          I understood the words of claim -- of
15   claim 3 to be what the invention is about.
16      Q.   Okay.  So your understanding is that
17   claim 1 is already limited to two-dimensional
18   signal points and claim 3 is a further
19   clarification, of that requirement?
20      A.   Yeah.  Based upon the spec.
21          When I read, you know, claim 1, that
22   spec, from the arguments I went through about
23   2N-dimensional word phrasing in the summary of the
24   invention, the abstract, and a detailed
25   description, I interpreted it that way.

Page 84

1           - Gitlin -
2       Q.   Have you heard of the doctrine of claim
3    differentiation?
4       A.   I've heard it, but I'm not an attorney,
5    so...
6       Q.   What it says is that dependent claims —
7    strike that.
8           What it says is that all claims have
9    meaning, and they're not simply clarifications, as
10   you've stated.
11          Claim 3 must be a further limitation of
12   claim 1 for it to be allowed.
13          MR. TROPP:  I haven't heard a question
14   yet.
15      Q.   Therefore, wouldn't you agree that claim
16   3 must be a further limitation of claim 1?
17          MR. TROPP:  I object to the question and
18   to the legal characterizations therein.
19      A.   I'm not an attorney, so I'm not -- I
20   can't comment on what you said.
21      Q.   Wouldn't you agree that claim 3 would be
22   meaningless if claim 1 were interpreted the way you
23   proposed?
24          MR. TROPP:  Objection.
25      A.   I'm not going to comment on the quality

Page 85

1           - Gitlin -
2    of the patent.
3       Q.   Okay.
4    Can we go to column 8, lines 58 through
5    61.
6           Can you read that statement from lines
7    58 to 61?
8           (The witness reads document.)
9       A.   I read on through line 64.
10      Q.   Can you read that sentence into the
11   record?
12      A.   Which sentence?
13      Q.   Starting with "Thus."
14      A.   "Thus, although the illustrative
15   embodiment utilizes a four-dimensional signal in
16   this scheme, the invention can be used with
17   signaling schemes of any dimensionality.  In
18   general, 2N-dimensional case, each stage of the
19   distributed trellis encoder would provide N
20   two-dimensional subset identifiers to switching
21   circuit 337, before the latter moves on to the next
22   stage."
23      Q.   But the sentence between lines 58
24   through 61, do you ascribe any meaning to this
25   sentence?

22 (Pages 82 to 85)

D133

Page 86

- Gitlin -

1
2  A.  It's -- you're taking something out of
3  context.  I prefer -- I read what I -- I kept
4  reading, and the next sentence to me describes the
5  essence of it, of the invention.  Or -- or
6  2N-dimensional system.  N two-dimensional subset
7  identifiers, which is consistent with what I said.
8  Each constituent point is two-dimensional.  You
9  provide --
10  Q.  So we can agree that the preferred
11  embodiment of the '627 describes a 2N-dimensional
12  case?
13  MR. TROPP:  Objection.
14  A.  No.  It says in the general case.
15  Q.  What is the preferred embodiment of this
16  invention?  Which signal dimensionality does it
17  use?
18  A.  It says...
19  (The witness reviews document.)
20  A.  All the figures relate to
21  four-dimensional channel symbols.
22  Q.  Which is -- four dimensional channel
23  symbol is -- could also be called a 2N-dimensional
24  channel symbol?
25  A.  You asked me about the preferred

Page 88

- Gitlin -

1
2  invention (indicating) of the '627 patent still
3  work for a one-dimensional --
4  MR. TROPP:  Objection.
5  Q.  -- case?
6  A.  I would have to think about that.  I'm
7  not --
8  Q.  So sitting here today, you don't have an
9  opinion as to whether--
10  A.  I don't have an opinion.
11  MR. TROPP:  Is now a convenient time to
12  break for lunch?
13  MR. KOLMYKOV:  Sure.
14  THE VIDEO OPERATOR:  The time is 12:59
15  p.m., and we're going off the record.
16  (Time noted:  12:59 p.m.)
17
18
19
20
21
22
23
24
25

Page 87

- Gitlin -

1
2  embodiment.  All the figures deal with
3  four-dimensional channel symbols.
4  Q.  Could the invention be used with an
5  eight-dimensional channel symbols?
6  A.  Yes.
7  Q.  Could the invention be used with
8  six-dimensional channel symbols?
9  A.  That would be over three signal
10  points -- three two-dimensional signal points.
11  Q.  Can the invention be used with a
12  one-dimensional signaling point?
13  A.  It's -- it's 2N, and -- depending upon
14  where you look, N is greater than 1.  That's not
15  the context of the invention.
16  Q.  My question is whether the invention can
17  be used with one-dimensional signaling -- signal
18  points.
19  (The witness reviews document.)
20  A.  The invention deals with 2N-dimensional
21  channel symbols.
22  Q.  I understand that the -- that the '627
23  specification refers to 2N-dimensional channel
24  symbols.
25  However, in your opinion, would this

Page 89

- Gitlin -

1
2  AFTERNOON  SESSION:
3  (Time noted:  1:43 p.m.)
4  THE VIDEO OPERATOR:  The time is 1:43
5  p.m., and we're back on the record.
6  RICHARD D. GITLIN,
7  resumed, having been previously duly sworn,
8  was examined and testified further as follows:
9  CONTINUED EXAMINATION
10  BY MR. KOLMYKOV:
11  Q.  Did you have a nice lunch?
12  A.  Yes.  How about you?
13  Q.  Good.  Good.
14  We ended up with discussing the
15  sentence of the '627 patent in the column 8 which
16  reads:  "Thus, although the illustrative
17  embodiment utilizes a four-dimensional signaling
18  scheme, the invention can be used with signaling
19  schemes of any dimensionality."
20  By -- when the specification refers to
21  the words "any dimensionality," could it possibly
22  include a one-dimensional signal point?
23  A.  Not from my reading.  I mean, it -- if
24  you look at the construction of 2N in the abstract,
25  it says 2N is greater than 1.

23 (Pages 86 to 89)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D134

Page 90

1          - Gitlin -
2          So we're dealing with four-dimensional
3    unchanneled symbols.
4          Everywhere the inventors use 2N it's
5    clear to me that -- and then in figure 1 they say
6    "employs a 2N-dimensional signaling scheme, N
7    greater than or equal to 1."
8          So the constituent underlying signal
9    constellation, the signal points are
10   two-dimensional.
11         So -- I mean, I think the scope of the
12   patent -- that's the scope of the patent.
13         Q.   But this sentence in particular, could
14   it also refer to a one-dimensional signal point?
15         A.   Which line are we on again?
16         Q.   When it says "signaling schemes of any
17   dimensionality."
18         (The witness reads document.)
19         MR. TROPP:  Object to the form of the
20   question.
21         A.   I think the sentence -- I can't -- I'm
22   not going to take one sentence that you isolate
23   out of context and make sense -- "In the general 2N
24   dimensional case, each stage of the distributed
25   trellis encoder will provide N2-dimensional subset

Page 91

1          - Gitlin -
2    identifiers."
3          So that's the construct -- the context
4    of the patent.
5          Q.   Would a burst error affect the
6    one-dimensional signal as well?
7          A.   Sure.
8          Q.   Would a signal point interleaving
9    technique, without considering the '627 patent,
10   possibly be used with one-dimensional signal
11   points?
12         MR. TROPP:  Objection.
13         A.   I mean, the word -- so the word "signal
14   point" in my mind, I'm thinking -- always thinking
15   of it as a two-dimensional signal point.
16         Q.   Let's think of one-dimensional points.
17         Can you interleave one --
18         A.   Gallager, as one example in his book, he
19   calls it interlacing of quantities, which are just
20   numbers.
21         That would be an example of
22   interleaving one-dimensional -- scalers.
23         Q.   Let's look at Gallager for a second.  I
24   believe it's on page --
25         A.   The book or the patent?

Page 92

1          - Gitlin -
2          Q.   The reference, the Gallager reference,
3    starts on page D 0092 of your declaration.  Figure
4    610-1 on page 95 illustrates interleaving of simply
5    data units.
6          Is that correct?
7          A.   It illustrates as Gallager says.  The
8    incoming stream of binary data is separated to a
9    fixed number, say R, of data streams, as shown in
10   figure 6.10.1 of Gallager's book.
11         Q.   These data streams are not streams of
12   signal points; they're streams of channel symbols.
13         Is that correct?
14         A.   The streams -- no.  They are streams of
15   binary data.
16         Q.   Okay.
17         So the Gallager reference just
18   interlaces or, in other words, interleaves binary
19   data?
20         A.   Yes.
21         Q.   Is it possible to design a trellis
22   encoder to generate multi-dimensional
23   trellis-encoded channel symbols where each is
24   one-dimensional?
25         A.   I haven't thought much about it, but I

Page 93

1          - Gitlin -
2    think that's possible.
3          Q.   Is it possible to concatenate two
4    one-dimensional signal points and create a
5    two-dimensional channel symbol?
6          A.   The -- the basic principle of trellis
7    encoding is that you have a state transition, and
8    that's based upon input, the current state of the
9    encoder, and that produces an expanded bit set.
10         And so that -- when -- excuse me -- when
11   you talk about trellis coding, that's the
12   elemental, the basic notion that one state
13   transition produces one expanded bit set that,
14   then, there's a series of operations to produce the
15   trellis-coded symbol.
16         Q.   Okay.  But that wasn't my question.
17         My question was whether it is possible
18   to concatenate two one-dimensional symbol points
19   and create a two-dimensional channel symbol.
20         MR. TROPP:  Objection.
21         A.   I don't think that's the question you
22   asked me.  You had trellis coding in the first time
23   you asked it.  I thought that's what I heard.
24         If you could repeat the question now,
25   I'll try and answer it.

24 (Pages 90 to 93)

D135

Page 94

- Gitlin -

1
2    Q.   Is it possible to design a trellis
3  encoder that concatenates two one-dimensional
4  signal points and creates a two-dimensional channel
5  symbol?
6    A.   The -- if you're signaling alphabet --
7  this is unrelated to the Betts patent.
8    Q.   Okay.
9    A.   If your underlying signaling technique
10  is one-dimensional, say amplitude modulation --
11    Q.   Yes.
12    A.   -- then if you have a multi-dimensional
13  trellis encoder, it will produce at the output
14  subset identifiers.  And in your case you want to
15  produce two of them.  And each one of them, with
16  the aid of the uncoded bits, will specify a signal
17  point in interval 1 and a signal point in interval
18  2.
19         That's the way I would say you could --
20  that's the way I interpreted your question and
21  that's a system that would do that.
22    Q.   And that would produce a two-dimensional
23  channel symbol?  Because there are two signal
24  points --
25    A.   It's a two-dimensional encoded --

Page 95

- Gitlin -

1
2  trellis-coded symbol.
3    Q.   Okay.
4         Does a trellis encoder require a
5  modulation encoder?
6         MR. TROPP:  I'm sorry, can I hear that
7  back.
8         THE WITNESS:  Can you repeat the
9  question?
10    Q.   Does a trellis encoder require a
11  modulation encoder?
12    A.   By "modulation encoder," could you be
13  more specific?
14    Q.   Such as a unit that out of its input
15  creates signal points out of the inputted bits, it
16  creates signal points that would be a modulation
17  encoder.
18    A.   What are you referring to as "it"?
19    Q.   Let me rephrase that question.
20         Trellis encoding consists of two
21  different techniques, as you mentioned
22  earlier:  Modulation and coding.
23         Is that correct?
24    A.   The -- trellis coding, the significance
25  of trellis coding was that it combines coding and

Page 96

- Gitlin -

1
2  modulation.  But the modulation is -- has two steps
3  involved.  People often confuse this.
4         A modulation in the trellis coding
5  sense, at the output of the bit expander you have
6  discrete bits.  That, then, has to map into a
7  signal point.
8         You have a signal point, which is a
9  pair of numbers.
10         Then, if we're using QAM transmission,
11  then -- if this was a two-dimensional trellis code
12  and output, you modulate the sine and cosine.
13         So there are two levels of modulation.
14  You go from the output of a bid expansion to a
15  signal point, which is a pair of numbers, X and Y
16  coordinate -- in-phase and quadrature.
17         Then you apply them to the sine and
18  cosine.  Then of course put them through a
19  band-shaping filter.
20         So modulation is two steps.
21    Q.   So the first step of the modulation, as
22  I understand, is the mapping of the bits to create
23  a signal point.
24         That's what you just said; is that
25  right?

Page 97

- Gitlin -

1
2    A.   Yes.
3    Q.   When I speak of a "trellis encoder,"
4  does it require to have in it the circuit that
5  performs this bit mapping?
6    A.   The mapping of the bits --
7    Q.   Into a signal point.
8    A.   I think this is a question of opinion.
9         I think to me that is an important part
10  of a trellis encoder.
11    Q.   But can a trellis encoder be
12  incorporated in one device, one circuit, that does
13  the encoding of the bits as well as the bit mapping
14  into a signal point?
15    A.   When you say "one circuit," what do you
16  mean?
17    Q.   I mean one chip.
18    A.   Well, from my experience, in the voice
19  band modem range these would be lines of DSP code
20  and you would execute this on a DSP.  So you would
21  do many of the operations on the DSP.
22         "DSP" meaning digital signal processor.
23    Q.   And these digital signal processors,
24  they process certain code; is that correct?
25    A.   They have software that's written that

25 (Pages 94 to 97)

D136

Page 98

- Gitlin -

1
2   manipulates the signals -- they are already in
3   digital form.
4       Q.   So trellis encoding and the bit mapping
5   into signal points can all be implemented in
6   software?
7       A.   I wouldn't -- you drew a distinction
8   which I don't accept.  Trellis encoding includes
9   the mapping into the signal points.
10      Q.   And this bit mapping together with the
11  encoding or expansion of the input bits can be
12  performed in software?
13      A.   It depends on the rates in which you're
14  processing.  So if you're processing at a rate
15  where the chip or the ASIC can do it, you can do
16  this all in one device.
17           But if you were operating at a very,
18  very high bit rate, it might not be possible to do
19  this in one device.
20      Q.   Can you give me an example of a bit rate
21  that a single device cannot handle?
22      A.   Well, I can make up a very large number.
23           Suppose I wanted to build 100 gigabit
24  system.
25           MR. TROPP:  Just out of curiosity, we're

Page 99

- Gitlin -

1
2   still on his declaration in some form?
3           MR. KOLMYKOV:  Yeah.
4           MR. TROPP:  Yeah?  I'm having trouble
5   understanding the connection.  But on your
6   representation that's where we are, go ahead.
7           MR. KOLMYKOV:  I'm continuing with his
8   description of trellis encoding and what it means.
9           MR. TROPP:  I'm not sure you're
10  continuing with his description.  But on your
11  representation that's where you are, go ahead.
12  BY MR. KOLMYKOV:
13      Q.   Well, let's refer to figure 3 of the
14  '627 patent.
15      A.   Just a minute.
16      Q.   Do you see a QAM encoder designated as
17  324?
18      A.   Yes.  Yes.
19      Q.   And you see the 4D trellis
20  encoders:  319 alpha, 319 beta, 319 gamma?
21      A.   I see what he labels as trellis
22  encoders.
23      Q.   So my question to you is whether the
24  unit 324 and the units 319 alpha, beta and gamma
25  can be implemented together in one device?

Page 100

- Gitlin -

1
2       A.   As I said, it depends upon the speed of
3   application.  You -- one of the tenets of
4   communication systems to get cost-conscious designs
5   is to combine elements.
6           So in principle, almost all, especially
7   digital elements, could be combined.  Assuming the
8   processor has enough speed.
9       Q.   All right, thank you.
10           During your discussion of the trellis
11  encoding you mentioned that a trellis encoded
12  channel symbol is generated to one expansion of the
13  input bits; is that correct?
14      A.   Yes.
15      Q.   Is it fair to say that a channel symbol
16  is a group of bits?
17      A.   A channel -- in the context of the
18  panel, or --
19      Q.   In general.
20      A.   It's -- you know, it's a word that's
21  used in multiple contexts.  So without saying
22  specifically what are you talking about, it could
23  have several meanings.
24           My declaration interprets it in the
25  context of the patent.

Page 101

- Gitlin -

1
2       Q.   Okay.  Let's start with outside the
3   contents of the patent.
4           In your opinion, as a person of ordinary
5   skill in the art, is a channel symbol a group of
6   bits?
7           MR. TROPP:  Objection.
8       A.   It could have many meanings.  I think
9   you have to get more specific.
10      Q.   What does a channel symbol represent?
11  Does it represent the bits?
12      A.   It has -- yeah, I prefer not to
13  speculate.  I prefer to talk about the meaning in
14  the context of the specific system.
15      Q.   In your opinion, who is the ordinary --
16  who's the person skilled in the art, the ordinary
17  person skilled in the art?
18      A.   In the context of this patent?
19      Q.   In the context of this patent.
20      A.   Someone who has probably a master's
21  degree in electrical engineering, maybe computer
22  science, and a reasonable amount of experience,
23  three to five years, maybe.
24      Q.   So you would consider yourself such a
25  person?

26 (Pages 98 to 101)

**D137**

Page 102

- Gitlin -

1
2       MR. TROPP: Objection.
3       A.    I have a lot of experience in this.
4       Q.    So, in other words, you would consider
5   yourself an ordinary person skilled in the art?
6       MR. TROPP: Objection.
7       A.    Okay.
8       Q.    Is that a yes or a no?
9       A.    Yes.
10      Q.    So in the context of the '627 patent,
11  what is a channel symbol?  Is it fair to say that
12  it's a group of bits?
13      A.    What's referred to is a trellis-encoded
14  channel symbol.
15          So that's an output of a trellis
16  encoder.  And depending upon the dimensionality, it
17  will be mapped into signal points that are
18  transmitted over one or more intervals.
19  Two-dimensional signal points that are transmitted
20  over one or more signaling intervals.
21      Q.    But once the channel symbol is
22  transmitted, what does the receiver receive?  A
23  group of bits?
24      A.    The receiver receives analog wave form.
25      Q.    Okay.  Let's start at the transmitter.

Page 103

- Gitlin -

1
2          When the channel symbol -- the
3   trellis-encoded channel symbol is generated by a
4   combination of the plurality of the trellis
5   encoders and the QAM encoder, the result is a group
6   of bits?
7       MR. TROPP: Objection.
8       A.    Are you referring to figure 3?
9       Q.    Yes, I am referring to figure 3.
10      A.    And what result are you talking about?
11      Q.    I'm talking about the result on line
12  325.
13      A.    That generates a -- depending upon the
14  dimensionality, it generates a sequence of
15  two-dimensional signal points, and they have been
16  interleaved.  And the signal points coming from,
17  let's say trellis encoder alpha, if it's
18  four-dimensional then each time you get an input in
19  the bit expansion it generates two two-dimensional
20  signal points.
21      Q.    So you agree that line 325 carries
22  interleaved signal points?
23      MR. TROPP: Objection.
24      A.    The 325 -- I mean, the patent -- the
25  element that produces 325 is 4D QAM encoder.  So I

Page 104

- Gitlin -

1
2   can only -- it doesn't give me enough detail to say
3   the precise format of what the signals at 325 are.
4       Q.    Okay.
5          But the signals on line 325, if you were
6   able to see them, they would just look like zeros
7   and 1s?
8       A.    No.  They would look like two -- there
9   would be pairs of numbers taken from -- in this
10  case, they would be grouped.  The two-dimensional
11  constituent points, you would have a sequence of
12  two-dimensional numbers.  Related to the alphabet
13  for the constituent two-dimensional signal
14  constellation.
15      Q.    And one point out of that constellation
16  is called a signal point?
17      A.    Yes.
18      Q.    And a signal point could be represented
19  as zeros and 1s?
20      A.    No.  A signal point is chosen from an
21  alphabet.
22          So, for example, if you look at figure 2
23  from the patent, the signal point there is -- I
24  assume, if you look at figure 2, that the axes must
25  be plus or minus 1, plus or minus 3 or 5 in the X

Page 105

- Gitlin -

1
2   and Y, and then there's the obvious association;
3   let's say C6 would be plus 5, comma 3 volts.
4       Q.    How does the processor, a DSP, receive
5   these groups of channel symbols?
6       A.    I think your question was unclear.
7       Q.    What form do these groups of channel
8   symbols take on line 325?
9       A.    You mean what's the arithmetic --
10      MR. TROPP: Objection.
11      A.    -- that the DSP uses?
12      THE WITNESS: Sorry.
13      Q.    Doesn't the processor operate on data --
14  on digital data?
15      A.    Yeah.  That's called -- DSP operates on
16  digital data.
17      Q.    So, therefore, what the processor sees
18  are bits?
19      A.    It has a numbers representation.  It
20  could be deuce complements, sine magnitude.
21          That's not -- in terms of the
22  modulation, what's important is the analog level
23  that is represented by this numbers representation.
24          The fact that it's bits is just for the
25  convenience of a DSP.  If you did it some other

27 (Pages 102 to 105)

D138

Page 106

- Gitlin -

1  way, you don't have to use a DSP.
2  The point is you're going to I and Q
3  modulate the sine and cosine in element 328.
4      Q.   But in practice a DSP operates on bits?
5      A.   Yeah, but that's not -- that's
6  immaterial to the invention of the patent. That
7  doesn't matter.
8      Q.   I am just asking a general question.
9      A.   DSP operates on digital representations
10  of real numbers.
11      Q.   How does a physical digital signal
12  processor can operate on a representation of
13  numbers?
14      A.   It converts them to some arithmetic.
15  For example -- I gave you two examples: Deuce
16  complements or sine magnitude which are strings of
17  binary digits.
18      But that's just incidental. That has
19  nothing to do with the core information bits that
20  are being transmitted. That's just a means of
21  representing them for the convenience of a digital
22  signal processor.
23      Q.   Right. So mathematically they are
24  represented in constellations and complex numbers,

Page 107

- Gitlin -

1  for example, but the actual device operates on
2  actual bits, not on some X and Y coordinates?
3      MR. TROPP:  Objection.
4      THE WITNESS:  I'm sorry.
5      A.   It operates on X and Y coordinates. It
6  manipulates them in terms of a number
7  representation. They are a bit stream. But that's
8  immaterial to what's going on here.
9      Q.   Let's look at your figure in your
10  declaration, the figure on page 5.
11      What are X2 and X1?
12      A.   What are they?
13      Q.   Yeah. What are they?
14      A.   They are the inputs to the trellis
15  encoder.
16      Q.   What form are they in?
17      A.   Binary.
18      Q.   So they are bits?
19      A.   They are bits.
20      Q.   And this figure shows a trellis-coded
21  modulator?
22      A.   This is taken from one of Ungerboek's
23  articles.
24      Q.   So the encoder operates on bits X2 and

Page 108

- Gitlin -

1  X1?
2      A.   Yes. That's the input.
3      Q.   What are Y2, Y1, Y0?
4      A.   That's the output of the -- that's the
5  result of one-bit expansion or state transition.
6  So you've now expanded from two bits input to three
7  bits output.
8      Q.   And it calculates these output bits --
9  Y2, Y1, Y0 -- based on the inputs bits X2 and X1;
10  is that correct?
11      A.   And the current state of the shift
12  registers.
13      Q.   But the current state of the shift
14  register depends on what X1 is?
15      A.   It depends on the previous value. These
16  are delay elements. These depend on the history of
17  the inputs and the current input.
18      Q.   So is it fair to say that the expansion
19  of a redundant bit depends on the input bit as well
20  as the state of a convolution encoder?
21      A.   Can you ask the question again?
22      Q.   Is it correct to say that the expansion
23  of a redundant bit depends on the input bits as
24  well as the state of the convolutional encoder?

Page 109

- Gitlin -

1      A.   What do you mean by the "expansion bit"?
2      Q.   By the "expansion bit" I mean Y0.
3      A.   Well, Y0 depends upon the current input
4  and the state of the shift register device.
5      Q.   Okay.
6      To sum up, the output Y2, Y1, Y0 -- in
7  other words, the expanded bit group -- depends on
8  the input as well as the state of a convolutional
9  encoder?
10      A.   Yes.
11      Q.   And these output bits are calculated
12  based on the sequence of the input bits?
13      A.   I mean, the input is presented the shift
14  register cycles and you produce the output,
15  three-tuple bits.
16      Q.   The output bits are dependent on the
17  input bits and what the sequence of these input
18  bits really is?
19      A.   Yes.
20      Q.   Can the trellis encoder operate under
21  one group of input bits at a time?
22      A.   I'm not -- I don't understand the
23  question.
24      Q.   Well, let me rephrase that question.

28 (Pages 106 to 109)

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D139

Page 110

- Gitlin -

1
2       Are the three bits in your example
3   output in one signaling interval?
4       A.   In this example (indicating).
5       Q.   So --
6       A.   I want to finish.
7       Q.   Yeah.
8       A.   The way it works in this example, you
9   output -- you get an input, the shift register
10  cycles. You compute the output, Y0, Y1, Y2. You
11  have the bit to symbol mapping, which is the form
12  of modulation I referred to before. And then it
13  tells you which of the eight signal points are
14  going to the modulator. So this is a
15  two-dimensional trellis code.
16      Q.   So in one signaling interval it
17  generates three output bits?
18      A.   It -- it generates three bits that,
19  then, -- go to the table, and there's a
20  one-to-one correspondence between those three
21  output bits. And the two -- the two-dimensional
22  signal point, P0 through P7, one of those eight is
23  selected.
24      Q.   Okay. So this whole process in your
25  examples occurs in one signal interval?

Page 111

- Gitlin -

1
2       A.   Yes.
3       Q.   To generate one signal point?
4       A.   In this example. This is a, you know, a
5   two-dimensional trellis encoder.
6       Q.   Okay. In this example, you operate on
7   two bits in one signaling interval?
8       A.   You process two inputs, produce three
9   output bits of the a convolutional encoder. You
10  map that through the bit of the symbol mapper and
11  then you produce a signal point, a two-dimensional
12  signal point. That's what you do.
13      Q.   Does one group of input bits lead to one
14  trellis-encoded channel symbol?
15      A.   In general, or in this example in
16  paragraph 11?
17      Q.   Let's start with this example.
18      A.   So that's what this shows. Each pair of
19  inputs X1 and X2 at the end of the chain produce a
20  signal point.
21      Q.   Could there be a relationship between
22  the input bits of the trellis encoder?
23      A.   Do you mean X1 and X2?
24      Q.   Yes.
25      A.   Could there be a relationship?

Page 112

- Gitlin -

1
2       Q.   Yes. Could there be a relationship?
3       A.   In general --
4       Q.   In general.
5       A.   In general they are not. They are just
6   streams of however you parse your input bit stream
7   in X1 and X2.
8       Q.   Let's refer to page 16 of your
9   declaration, paragraph 31. About half of the way
10  down --
11      A.   Could I read paragraph 31?
12      Q.   Sure.
13      (The witness reads document.)
14      MR. KOLMYKOV: Let's change the tape
15  while he's reading.
16      THE VIDEO OPERATOR: This ends Tape
17  Number 2, the time is 2:24 p.m., and we're going
18  off the record.
19      (A recess was taken.)
20      THE VIDEO OPERATOR: This is Tape Number
21  3. The time is 2:31 p.m., and we're back on the
22  record.
23  BY MR. KOLMYKOV:
24      Q.   Did you get a chance to read paragraph
25  31?

Page 113

- Gitlin -

1
2       A.   Yes.
3       Q.   So the sentence that starts with
4   "The '627 patent would be pointless," can you read
5   that sentence?
6       (The witness reads document.)
7       A.   I read it.
8       Q.   You state that: "The '627 patent would
9   be pointless or at least undifferentiated from the
10  '625 patent if there were no inherent relationship
11  between the signal points of a given
12  trellis-encoded channel symbol."
13      And you continue: "Beyond that which is
14  always present among the stream of signal points
15  processed by the same encoder."
16      What if there was an inherent
17  relationship between the signal points; would your
18  statement not apply?
19      MR. TROPP: Objection.
20      A.   The context of the patent, '627 patent,
21  for example, deals with multi-dimensional
22  trellis-encoded symbols.
23      So let's take an example.
24      Four-dimensional.
25      So the one state transition, the bit

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D140

Page 114

- Gitlin -

1       - Gitlin -
2 expansion produces a -- after you go through the
3 bit to symbol mapping to 2D signal points. Two
4 times 2D is the 4D. And those are produced by the
5 same encoder.
6       So now they are related.
7       Q.   What about the case where there are two
8 one-dimensional signal points transmitted instead
9 of one two-dimensional signal point?
10       A.   What system are you talking about?
11       Q.   I'm talking about, in general, a
12 one-dimensional modulation system?
13       MR. TROPP: Is there a question?
14       MR. KOLMYKOV: Yes, there was a pending
15 question.
16       MR. TROPP: Object to the form of the
17 question. I don't understand the question.
18       A.   Could you repeat the question?
19       Q.   What about the case where there are two
20 one-dimensional signal points transmitted instead
21 of one two-dimensional signal point: What
22 relationship is there between the two
23 one-dimensional signal points?
24       A.   Are we talking about a multi-dimensional
25 trellis encoder?

Page 115

- Gitlin -

1       - Gitlin -
2       Q.   Yes.
3       A.   So, for example, if each of the
4 constituent points were one-dimensional and you had
5 a four-dimensional system, you would produce, from
6 one-state transition, four one-dimensional outputs,
7 and they would be related. Because they were
8 produced by the same trellis encoder.
9       Q.   So if you produced four outputs, those
10 four outputs are produced in four expansions?
11       A.   One expansion. I said a
12 four-dimensional trellis-coding system.
13       Q.   Can you envision an input where the bits
14 on the input are interrelated?
15       A.   Interrelated in what sense?
16       Q.   For example, let's take a Reed
17 Solomon -- R-e-e-d, S-o-l-o-m-o-n -- encoder. What
18 type of output does it generate?
19       A.   Does what generate?
20       Q.   A Reed Solomon encoder.
21       A.   It generates -- you know, at this moment
22 I don't recall all the details, so I'm not going to
23 talk about the Reed Solomon coder.
24       Q.   So you're not familiar with the Reed
25 Solomon encoder?

Page 116

- Gitlin -

1       - Gitlin -
2       A.   I am. But right now it's not on the top
3 of my conscious. I've been exposed to Reed Solomon
4 codes.
5       Q.   What is your understanding of a Reed
6 Solomon encoder?
7       MR. TROPP: He's told you that he's
8 uncomfortable with this line of questioning and
9 it's beyond the scope of his declaration, so I'm
10 wondering why you're pursuing it.
11       Q.   Isn't it true that a Reed Solomon
12 encoder generates a block of data, a block of bits,
13 where bits are interrelated?
14       MR. TROPP: Hang on a second. Are we
15 not going to have the discussion I'm trying to
16 have?
17       MR. KOLMYKOV: I don't see what the
18 point is of having this discussion. I'm asking a
19 question --
20       MR. TROPP: The point is that we agreed
21 that this deposition was going to be focused on --
22       MR. KOLMYKOV: Are you instructing him
23 not to answer?
24       MR. TROPP: -- the scope of the
25 declaration, with limited additional subjects in

Page 117

- Gitlin -

1       - Gitlin -
2 the margins.
3       And it seems to me we may be reaching a
4 place where you're going beyond the agreed-upon
5 bounds of the deposition.
6       I prefer not to have to instruct him not
7 to answer, but I was looking for an answer to my
8 question so I would know where we are and where we
9 are going.
10       MR. KOLMYKOV: This is where we are
11 going. I'm trying to establish whether Professor
12 Gitlin is aware of a situation where there is an
13 inherent relationship among the inputted bits.
14 Whether there is a case where the input into a
15 trellis encoder is already formed in such a way
16 where the input bits are interrelated.
17       MR. TROPP: Okay. Without arguing with
18 you and without trying to challenge your premise,
19 how much more time do you plan to spend on Reed
20 Solomon encoders, which go beyond the scope of his
21 declaration?
22       MR. KOLMYKOV: I would just like him to
23 think of other types of inputs. Can he envision
24 those inputs. I'm not going to ask him about Reed
25 Solomon.

30 (Pages 114 to 117)

D141

Page 118

- Gitlin -

1
2 BY MR. KOLMYKOV:
3     Q.  But would that be one example?
4         MR. TROPP:  Let's see where it goes.  I
5 do hope that you will confine yourself to the
6 declaration.  And I'm not sure at the moment
7 whether you're going beyond or not.  So I'm going
8 to take it a question at a time.
9     A.  I could imagine a case where the
10 original source input, let's say, for example, was
11 speech, and you sampled it, and the samples have a
12 correlation, because it's not white noise, it's
13 speech.
14         And thus, the input bits going into the
15 trellis encoder might have, under those
16 circumstances, have some correlation.
17     Q.  So, then, this correlation among input
18 bits would carry through the trellis encoder where
19 the signal points produced are also interrelated
20 because of this initial correlation?
21     A.  Well, the -- the whole purpose of a
22 trellis encoder is, when you look at a trellis
23 diagram or a state diagram, is to produce a
24 sequence of channel-encoded symbols, and therefore
25 represented by signal points that are correlated

Page 120

- Gitlin -

1
2         That's what I meant.
3     Q.  Okay.  You spoke earlier about expansion
4 of input bits.  Could you clarify for me, what does
5 the trellis encoder precisely expand?
6     A.  So if I could refer you to paragraph 11
7 of my declaration on page 5, this is a
8 two-dimensional system and you have two bits going
9 into the box and you have three bits going out.  So
10 you've expanded a number of bits from two to three,
11 or you might say it's a rate two-thirds code; two
12 being the input, three being the output.
13     Q.  So does one expansion always correlate
14 to adding one bit?
15     A.  In multi-dimensional systems -- there
16 are various systems that are much more complicated
17 than this that may go beyond that.  But typically
18 for efficiency reasons the codes are N over N plus
19 1.  That is, adds one bit.
20     Q.  Okay, but there are cases where the code
21 rate could be something other than N over N plus 1?
22     A.  It could be.  I'm giving over here the
23 standard case.
24     Q.  Okay.
25         Can a trellis encoder be designed to

Page 119

- Gitlin -

1
2 and have a relationship independently of whether
3 the input was dependent or not.
4     Q.  Okay.
5         But the initial correlation of the input
6 would carry through the trellis encoder and create
7 another interdependency?
8     A.  I would -- I haven't analyzed that.
9 And, you know, it's possible that the actual
10 processing of the trellis encoder may -- may have
11 an effect where it increases the dependency or it
12 doesn't.  I haven't considered that case.
13     Q.  You haven't considered the alternative
14 of your statement in paragraph 31, where you state,
15 "If there were no inherent relationship"?
16     A.  What I was referring to there was the
17 relationship between the signal points produced by
18 a multi-dimensional trellis encoder.  Meaning that
19 independently the input, the signals that come out,
20 let's say produced by a 4D trellis encoder with
21 constituent 2D points, those two signal points will
22 be -- have an inherent relationship independently
23 of what the input was.  Because they were produced
24 by the trellis coder as a result of a single bit
25 expansion or state transition.

Page 121

- Gitlin -

1
2 perform expansions in different ways?
3         For example, in paragraph 12 you
4 illustrate that two bits are expanded into three
5 all at once.  Is that correct?
6     A.  Two bits are presented to the machine.
7 The machine goes through a cycle and it produces
8 three output bits.
9     Q.  So two bits are expanded into three in
10 one cycle?
11     A.  Yes.
12     Q.  Is it possible to design a trellis
13 encoder to expand four bits in one cycle?
14     A.  You mean have four bits as the input?
15     Q.  Yes.
16     A.  That's certainly possible.
17     Q.  Is it possible to design a trellis
18 encoder to expand eight bits in one cycle?
19     A.  Yes.
20     Q.  Is it possible to encode four bits and
21 produce an output of eight bits; is it possible?
22     A.  I'm not sure --
23     Q.  Could you encode four input bits into
24 eight output bits using a trellis?
25     A.  Using...?

31 (Pages 118 to 121)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D142

Page 122

1          - Gitlin -
2     Q.   A trellis encoder.
3     A.   I could conceive of an arrangement where
4  you could have a multiple -- a convolutional code
5  that has more complexity. I guess it's possible.
6  Although I haven't thought about it. It wouldn't
7  make much sense because it would be an extremely
8  inefficient system, so there would be no purpose
9  for doing that.
10    Q.   But it is conceivable to design a system
11 to design four bits into eight output bits in one
12 cycle?
13    A.   I guess you would need a
14 convolutional -- it would be a much more
15 complicated system. They would have a more
16 difficult state description. But I'm not familiar
17 with such systems. I've never seen anyone do it
18 and I see no practical reason why you would do it.
19    Q.   But theoretically it is possible?
20    A.   Maybe I won't care to speculate.
21    Q.   Can we design a trellis -- strike that.
22         Can a trellis encoder be designed to
23 encode a group of four bits to produce eight output
24 bits in four expansions?
25    A.   Trellis encoder deals with one

Page 123

1          - Gitlin -
2  expansion. So it's not -- the way trellis
3  encoders -- you can invent a new type of encoder.
4  But a trellis encoder deals with what happens when
5  I have a state transition. That's the element --
6  the basic element of a trellis encoder. It deals
7  with one state transition.
8     Q.   Are you assuming that one expansion is
9  always the addition of one bit in a trellis
10 encoder?
11    A.   Inputs are presented to the -- for
12 example, the figure I have on page 6, you can put
13 any complexity you want. Inputs are presented,
14 outputs are produced. That's one state transition
15 of the encoder. And that's the way trellis
16 encoders are defined.
17    Q.   And you state it that you could have a
18 trellis encoder that has an input of N bits and
19 produces an output of either N plus 1 or N plus 2
20 or N plus 3 and so on bits?
21         MR. TROPP: Objection.
22    A.   In one state transition?
23    Q.   In one state transition.
24    A.   The most common is to produce one more.
25 And I could not see any reason, for efficient

Page 124

1          - Gitlin -
2  communications, to do more than that.
3     Q.   Are you aware that the Wei reference
4  does allow for the case for trellis encoders of
5  rates other than N over N plus 1?
6          MR. TROPP: Which reference?
7     A.   Which reference?
8     Q.   Let's look at page D 0052.
9     A.   Which exhibit is it?
10    Q.   Of your declaration.
11         MR. TROPP: The penultimate page of
12 Exhibit C.
13    Q.   The very last paragraph of the article.
14         (The witness reads document.)
15    A.   I've read this paper before, and -- and
16 I refer to it in my declaration for a demonstration
17 of prior art on four-dimensional systems. But I
18 didn't review it in great detail to deal with
19 comments on -- I didn't study this paper in great
20 detail to comment on trellis codes -- how he does
21 it, rather than N over N plus 1.
22    Q.   But can you read the last paragraph on
23 page 52?
24         (The witness reads document.)
25    A.   Yes. He says that the trellis codes of

Page 125

1          - Gitlin -
2  rate other than M over M plus 1.
3     Q.   So he does leave a possibility of using
4  other trellis codes?
5     A.   That's what he says. I haven't studied
6  this paper in that level of detail to comment on
7  that.
8     Q.   So it is possible to design a trellis
9  encoder that can generate eight output bits from
10 four input bits in any number of expansions?
11         MR. TROPP: Objection.
12    A.   To me a trellis coder deals with a
13 single expansion.
14    Q.   But it is possible to design an encoder
15 that can perform many expansions to generate a
16 certain output in one cycle?
17         MR. TROPP: Objection.
18    A.   Yeah -- that seems inconsistent. Yeah,
19 I think -- many expansions in one cycle. One cycle
20 refers to a single expansion. So I don't agree
21 with the hypothesis that you have.
22    Q.   Can a trellis encoder encode -- we've
23 already established that a trellis encoder could
24 encode two bits in one cycle; is that correct?
25    A.   Accept an input of two bits?

32 (Pages 122 to 125)

D143

Page 126

```
 1              - Gitlin -
 2     Q.  Yes, in one cycle, as well as accept
 3  four bits and encode those four bits in one cycle?
 4     A.  It can accept an arbitrary number of
 5  bits at the input.
 6     Q.  And you understand that when I refer to
 7  a "cycle" I refer to a signaling interval?
 8     A.  I refer -- cycle is one cycle through
 9  the state machine.
10     Q.  What is "one cycle through a state
11  machine"?
12     A.  It's an interval of time.  For example,
13  in a four-dimensional system you would produce
14  two two-dimensional points and they would be output
15  over two signaling intervals.
16        So the machine is processing -- it has a
17  different time reference.  The signals as they are
18  going out in the line, every capital T seconds
19  let's say is a signaling interval, you are
20  producing a two-dimensional point.
21        But the 4D trellis coder, every time it
22  goes through a state transition, produces two of
23  these 2-D points.
24        Signaling interval only has relevance
25  when you're modulating the signal and going out on
```

Page 128

```
 1              - Gitlin -
 2  subset identifiers, and that would then, in the
 3  context with the other uncoded bits, produce four
 4  two-dimensional signal points.  You would thus be
 5  constructing an eight-dimensional system.
 6     Q.  So let's say we have an input of eight
 7  bits and you want to generate four signal points,
 8  you want to generate 12 bits, so you have an input
 9  of eight bits, and you want to generate 12 bits.
10        How many expansions does that require?
11        MR. TROPP:  Objection.
12     A.  To me a trellis encoder you either -- is
13  defined around one expansion.
14     Q.  But it is possible to implement a
15  trellis encoder that could generate 12 bits out of
16  eight bits in one expansion?
17        MR. TROPP:  Objection.
18     A.  That's -- you know, I haven't thought
19  much about it.  Wei said that in the last paragraph
20  of his paper.
21     Q.  So do you have an opinion as to whether
22  he could generate 12 bits out of eight bits in one
23  expansion?
24     A.  In one cycle through the machine and one
25  expansion, it seems possible.
```

Page 127

```
 1              - Gitlin -
 2  the line.  It doesn't have necessarily relevance
 3  to the way the state machine is working.
 4     Q.  When you're talking about generating
 5  signal points on a line, what are you referring to?
 6     A.  Producing the signal points -- a
 7  sequence -- let's see.  Coming back to my example,
 8  a four-dimensional trellis coded symbol.  Every
 9  time it goes through a state change, it produces
10  two two-dimensional points.
11        Each of these points, amplitude -- or
12  modulate respective of the in-phasing quadrature
13  signal, in that case over two signaling intervals.
14     Q.  And to produce those two signal points
15  the encoder, in your opinion, performs one
16  expansion?
17     A.  Absolutely.  That's the whole idea of a
18  multi-dimensional trellis coding.
19     Q.  Can you generate four signal points in
20  one expansion?
21     A.  If you were building an
22  eight-dimensional trellis coder where the
23  constituent points are two-dimensional, you would
24  generate -- so you would have an eight-dimensional
25  system, you would build -- it would produce four
```

Page 129

```
 1              - Gitlin -
 2     Q.  So the number of expansions is dependent
 3  on the type of trellis encoder that you are
 4  implementing?
 5     A.  The number of expansions or the degree
 6  of expansion?
 7     Q.  The number of expansions.
 8     A.  That's not what I said.  There's only
 9  one expansion.  You go from M inputs to N outputs.
10  And I'm thinking it's N over N plus 1.  It's all
11  from a single expansion, a single state transition.
12     Q.  Are you familiar with the concept of
13  expanding bits in a trellis encoder using matrix
14  multiplication?
15     A.  No.
16        MR. KOLMYKOV:  Let's mark Defendants'
17  brief as the next exhibit.
18        (Gitlin Exhibit 3 marked for
19  identification, Defendants' opening claim
20  construction brief concerning the U.S. Patent
21  5,243,627.)
22  BY MR. KOLMYKOV:
23     Q.  Let's refer to page 10 --
24     A.  I have never seen -- I don't believe
25  I've seen this document.
```

33 (Pages 126 to 129)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D144

Page 130

- Gitlin -

1
2    Q.   So you've never seen Exhibit 3, which is
3    Defendants' opening claim construction brief
4    concerning the U.S. Patent 5,243,627?
5        A.   This is dated June 4, 2008. I don't
6    believe I've seen this.
7        Q.   Okay. Can you just read, on page 10 --
8    can you go to page 10.
9            (The witness complies.)
10       Q.   And I would like you to read the first
11   sentence of the second full paragraph.
12           (The witness reads document.)
13       Q.   Can you read that into the record?
14       A.   I mean, I'm reluctant to read something
15   out of context. Can I read the whole section 3?
16   This is a complicated document.
17           MR. JUISTER: That's one page.
18           THE WITNESS: Sorry.
19           MR. JUISTER: Yeah. If you need to read
20   the document, read the document.
21       A.   I have never seen this before.
22           MR. TROPP: It's a fair request. He
23   asked you to read the sentence --
24       A.   I would actually like to look at the
25   document. I mean, I've never seen it before.

Page 131

- Gitlin -

1
2    Q.   Sure. You can skim through the
3    document.
4        A.   I'm going to read through the document.
5    I haven't seen it before.
6        Q.   Let's instead go back to your
7    declaration, then. Page 12. The bottom right,
8    above where paragraph 24 starts. The last sentence
9    of the preceding paragraph, starting with: "As a
10   result, only one extra bit is added for every two
11   signal points, instead of one for every signal
12   point, as in a two-dimensional TCM."
13           What is the difference between a
14   multi-dimensional TCM and a two-dimensional TCM?
15   Let's start with that.
16       A.   In a two-dimensional TCM, the "two"
17   refers to that the two points are a QAM signal
18   point, which is two-dimensional. And each state
19   transition or signal expansion when you go through
20   the whole system produces one signal point.
21           In a 2N-dimensional system, again, the
22   constituent points are two-dimensional, and an N
23   dimensional system produces N output -- N signal
24   points.
25       Q.   In your opinion, the only way to

Page 132

- Gitlin -

1
2    generate channel symbols comprising multiple signal
3    points is through one expansion of input data?
4            MR. TROPP: Objection.
5        Q.   Is that correct?
6        A.   I didn't say that.
7            In my opinion, multi-dimensional trellis
8    coders are understood to operate the way I
9    described.
10       Q.   And you described the trellis encoders
11   as always operating in one cycle and in one
12   expansion of input data?
13       A.   That's -- that's the way trellis
14   encoders work. That's the way they've been
15   deployed and that's what I said.
16           So you have input, you have a state
17   transition, it produces expanded bits, in a -- for
18   example, coming back to the four-dimensional case,
19   it produces at the output two two-dimensional
20   signal points.
21       Q.   Okay.
22           In your declaration you talk about the
23   advantage of adding one extra bit for every two
24   signal points, as opposed to one bit for every
25   signal point.

Page 133

- Gitlin -

1
2            What is that advantage?
3        A.   What is the consequence of doing that?
4        Q.   What is the consequence of doing --
5    adding one bit for extra -- for every two signal
6    points as opposed to adding one bit for every
7    signal point?
8        A.   So when you look at the systems, if you
9    look at the performance you get either coding gain
10   or probability of error. It's all normalized to
11   the transmitted power.
12           As it turns out, when you consider, for
13   example, the four-dimensional system and you look
14   at the signal power across the four dimensions,
15   it's less, as I recall, by about 0.7 DB, than in a
16   two-dimensional system.
17           So as Lee-Fang Wei talks about in his
18   paper, you get an additional gain from the fact
19   that you need less power to get the same error
20   rate, or, for the same power you get improved
21   performance, you get more coding gain.
22       Q.   Can you quantify this coding gain
23   achieved?
24       A.   I just said, in the example of Lee-Fang
25   Wei, as I recall -- maybe I should read it again --

34 (Pages 130 to 133)

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D145

Page 134

- Gitlin -

1 but I think it was about 0.7 DB.
2
3 **Q. In your opinion is that a significant**
4 **gain?**
5    A.   Significant enough to become part of a
6 standard.
7    **Q.   Part of which standard?**
8    A.   V.34.
9    **Q.   Is that standard still employed today?**
10    A.   It's a valid standard.
11    **Q.   What is the V.34 standard?**
12    A.   It's a high-speed modem with rates for
13 the PSTM, Public Switch Telephone Network, of
14 rates. I think it goes up to 33.6 kilobits per
15 second.
16    **Q.   Are there modems employed today that**
17 **still operate at those data feeds?**
18    A.   Sure.
19    **Q.   What would be an example of it?**
20    A.   I think people -- people are still
21 selling them. The chip vendors.
22    **Q.   Go ahead.**
23    A.   When you need dialed access to a
24 network, that's the most reliable means now of
25 communicating. Wire line access.

Page 135

- Gitlin -

1
2    **Q.   And those systems use 33.6 kilobits per**
3 **second?**
4    A.   I think that's the high speed. Maybe
5 33.4 or 33.6. That's the speed of the V.34 system.
6    **Q.   What are the disadvantages of using --**
7 **of adding one bit for every two signal points as**
8 **opposed to adding one bit for every signal point?**
9       You mentioned that one advantage is
10 **coding gain. What are the disadvantages, that you**
11 **can think of?**
12    A.   I can't think of any.
13    **Q.   What about the error correcting**
14 **capability, wouldn't that be decreased?**
15    A.   Not -- the overall coding gain is
16 improved by 0.7 DB. That means the error
17 capability is improved.
18    **Q.   So the coding gain encompasses the error**
19 **correcting capability of a decoder?**
20    A.   You look at a system, what you put in,
21 what you get out, how much transmitted power you
22 put in, and you look at the error rate. That's
23 what you compare.
24    **Q.   What about in data systems where you**
25 **need to transfer a significant amount of data an**

Page 136

- Gitlin -

1
2 unlimited time period? Would you still use this
3 system of adding one bit for every two signal
4 points?
5       MR. TROPP:   Objection.
6    A.   I mean, you're asking a question, which
7 is, what are the constraints. I'd get myself a
8 fiber and transmit a couple of gigabits.
9    **Q.   My question is how is this -- would this**
10 **coding gain differ in other applications? Other**
11 **than the V.34?**
12    A.   I mean, the coding gain -- V.34 is a
13 particular system which has all sorts of
14 parameters. And if you look at other systems, you
15 could compare -- you typically compare the
16 transmitted power that you get -- that you produce,
17 and you plot the error rate, and you compare a
18 suite of systems, uncoded, various kinds of coding,
19 and you just look which performs better.
20    **Q.   Have you considered these other systems**
21 **and have you calculated their coding gain?**
22    A.   I have no idea what you're asking me.
23    **Q.   Well, you mentioned there are other**
24 **systems other than the V.34 standard. You're also**
25 **stating that Mr. Wei came up with a coding gain of**

Page 137

- Gitlin -

1
2 0.7 DB using the V.34 system.
3       What I'm asking you is whether you were
4 **able to quantify the coding gain in other systems?**
5    A.   Me? Or people in the art?
6    **Q.   You and the people in the art.**
7    A.   This is a mature business. You look at
8 the IEEE transactions on communications theory,
9 there are IEEE transactions on communications,
10 there are hundreds, if not thousands, of papers on
11 coding, on various systems, wire line, wireless.
12 Just an abundance of results and improvements.
13       I mean -- but at the time of the patent
14 and the time that Wei wrote this, this was the best
15 in the world.
16    **Q.   Is it possible that today a system would**
17 **be able to employ the Wei method of adding one**
18 **extra bit for every two signal points and achieve a**
19 **lower coding gain than with a system where one bit**
20 **is added for every signal point?**
21    A.   I don't understand your question.
22       The evidence is V.34 is a system and
23 uses the ways of teachings or patent technology.
24 I'm not sure -- that's a fact. So I don't
25 understand your question.

35 (Pages 134 to 137)

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D146

Page 138

- Gitlin -

1
2    Q.   Your conclusion at the end of paragraph
3    23 is based entirely on Wei's results, on results
4    of the Wei reference; is that correct?
5    A.   I mean, if you look at the efficiency,
6    one could look intuitively, saying that you're only
7    adding one extra bit for every two signaling
8    points for -- than adding one for every signaling
9    point. So you have to transmit -- on average the
10   redundancy is 0.5 bits.
11   Q.   But you also —
12   A.   Then I said that's looking at it from
13   the -- let's say -- what's going into the system.
14        The practical -- to me -- aspect that
15   you measure is you get improved performance in
16   terms of improved error rate. Or for a given error
17   you can run at a lower transmit power.
18        And Wei was the first, in my mind, to do
19   this. But there were many people who came after
20   this in looking at this.
21   Q.   You mentioned that the redundancy is
22   increased -- I'm sorry.
23        You mentioned that redundancy is
24   decreased by adding less bits, and, therefore, that
25   improves the signal to noise ratio.

Page 139

- Gitlin -

1
2    A.   I mean, at one level you can say it's an
3    easier job for the transmission system because it
4    only has 0.5 bits of redundancy for a
5    two-dimensional point.
6        But if you really want to understand
7    this you have to get into the mathematics of
8    four-dimensional signals.
9        So Wei's paper, in our book we describe
10   it -- the chapter that I wrote was based a lot on
11   Lee-Fang Wei's work, and he goes through and he
12   calculates the savings in transmit power.
13   Q.   And you agree that Wei's reference only
14   considers the V.34 system for his conclusion?
15   A.   Looking at the information theory paper?
16   Q.   Yes.
17        (The witness reads document.)
18   A.   I believe when Wei wrote this V.34
19   wasn't finalized, and this led to his paper and
20   the -- he refers to the base case of V.32, which is
21   a two-dimensional trellis coder.
22        I mean, this is a generic scientific
23   paper. You could apply this to lots of wireless
24   systems, for example.
25        It happened to be adopted as a standard

Page 140

- Gitlin -

1
2    for wire line modems. But this is, you know, a
3    substantial piece of work.
4    Q.   Has anybody adopted the Wei's findings
5    and the Wei's systems, other than in V.34? What
6    other application of Wei's system can you think of?
7    A.   I -- let me look more -- I mean, nothing
8    comes to mind, but that doesn't mean that they
9    haven't been used in other systems. So I -- I
10   haven't devoted any effort to search that out.
11   Q.   Sitting here today you can't think of
12   any systems that employ Wei's --
13   A.   The original V.56 modem was PCM
14   downstream and Wei upstream. So V.56 standard.
15   Q.   Okay. V.56 standard.
16   A.   Right.
17   Q.   Any other applications that you can
18   think of?
19   A.   That's -- that's a big one. People are
20   making billions on the V.56 modem today. Billions
21   of dollars.
22   Q.   But --
23   A.   I won't comment anymore. Nothing else
24   leaps to mind. But I reserve judgment to say I
25   haven't thought much about that.

Page 141

- Gitlin -

1
2    Q.   Can we agree that redundancy that is
3    decreased is offset by the error correction
4    capability by the receiver? While the
5    transmitter's job is easier because it processes
6    less data, the receiver on the other hand is not
7    able to decode the encoded data as well?
8    A.   I don't understand the question.
9    Q.   In general, doesn't the decrease in
10   redundancy of bits lead to decrease in error
11   correcting capability?
12   A.   Absolutely not. Contrary. This system
13   has improved performance. That's why it's so
14   powerful. That's why he became a celebrity.
15        With his 4D system you get improved
16   performance as measured by error rate for the same
17   amount of signal power. That's why it became a
18   standard. If it didn't, I don't how it would
19   become a standard.
20   Q.   You spoke about state transitions and
21   you equated one state transition to one expansion;
22   is that correct?
23   A.   I said the way the system works when you
24   have a state transition, it produces an expanded
25   set of bits, yes. In figure -- in page 5 in my

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D147

**Page 142**

1 - Gitlin -
2 declaration.
3 Q. And you concluded that one set of bits
4 is expanded to produce an output set of bits during
5 one state transition and through one expansion?
6 A. You would have to repeat that. I think
7 you asked -- the front end is too loaded for me to
8 parse. Could you ask me a similar question, or...?
9 Q. One set of bits is expanded in to
10 produce an output set of bits, and that occurs
11 during one state transition and one expansion?
12 A. Let me say it my way:
13 You have an input. You have a state
14 machine. The state machine cycles. It produces an
15 expanded set of bits.
16 Q. And it produces the expanded set of bits
17 in one cycle?
18 A. Of the machine?
19 Q. The machine.
20 A. Of the machine.
21 Q. Other than the figure on page 5, can a
22 trellis encoder be designed to perform state
23 transitions in other ways?
24 A. I -- I don't understand the question.
25 Q. Does -- can you design a trellis encoder

**Page 143**

1 - Gitlin -
2 where one state transition leads to more than one
3 expansion?
4 A. That's not what -- the way a trellis
5 coder operates. I am not aware of anything.
6 I think I explained many times, trellis
7 encoder cycles through one state transition,
8 produces an expanded set of bits. That's the way a
9 trellis coder operates.
10 Q. Can it produce several expanded group of
11 bits in one cycle of the machine?
12 A. It produces one expanded set of bits
13 that, then, could be mapped -- if it's
14 2N-dimensional those bits will then be mapped over
15 N signaling intervals. That's the way -- that's
16 the way a multi-dimensional trellis coder works.
17 Q. And when you produce this expanded group
18 of bits, could that expansion add more than one
19 bit?
20 A. It's not the way that I typically think
21 of it, but in Wei's last paragraph he suggests that
22 you could.
23 Q. Is it your opinion that it is possible?
24 A. To do what?
25 Q. Do you have an opinion as to whether

**Page 144**

1 - Gitlin -
2 this is possible?
3 A. What's possible?
4 Q. To design a trellis encoder that can add
5 more than one bit during one expansion.
6 A. I have no opinion right now.
7 THE WITNESS: Is it possible to have a
8 break soon?
9 MR. KOLMYKOV: Sure. Right now.
10 THE VIDEO OPERATOR: The time is 3:28
11 p.m., and we're going off the record.
12 (A recess was taken.)
13 THE VIDEO OPERATOR: The time is 3:38
14 p.m., and we're back on the record.
15 BY MR. KOLMYKOV:
16 Q. On the receiver end, how is the
17 trellis-encoded signal decoded?
18 A. So you have a front-end receiver and you
19 do some processing and filtering and you have an I
20 and Q rail for -- in the QAM context, and the
21 trellis decoder basically runs the Viterbi
22 algorithm.
23 And what I mean is at the transmitter,
24 if you have a trellis diagram which has the
25 evolution of the state machine of the encoder,

**Page 145**

1 - Gitlin -
2 evolution state of the coder, the receiver tries to
3 estimate the path that the transmitter state
4 machine took.
5 And so -- and then when it does that --
6 there's various technicalities of how it does it
7 and how it short-circuits it and expedites it. But
8 then when it gets to state, it then goes back and
9 looks at the sample to determine which of the
10 points -- so the state relates to the subsets, and
11 then when you identify the subsets, most likely
12 sequence of subsets, you then go back and look at
13 the received signal point, or points if it's
14 four-dimensional, you have to look at pairs of
15 these, and you decide which of the points within a
16 subset has been transmitted.
17 Q. And the trellis decoder that performs an
18 Viterbi algorithm, can we call a Viterbi decoder?
19 A. A Viterbi decoder is a generic term.
20 People would refer to it -- I perhaps refer to it
21 sometimes as a Viterbi decoder.
22 It's also known as an MLSE, maximum
23 likelihood sequence estimator.
24 It uses the Viterbi algorithm to try and
25 get the best estimate of the sequence of states

37 (Pages 142 to 145)

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D148

Page 146

- Gitlin -

1
2  that the transmitter went through. That's its job.
3    Q.  Okay.
4       And you mentioned that a Viterbi decoder
5  estimates -- attempts to estimate a path that the
6  trellis encoder took; is that correct?
7    A.  Yes. At the transfer.
8    Q.  When it estimates this path, does the
9  Viterbi decoder accumulate a certain value?
10   A.  I don't know how deeply you want me to
11 go, but what you're doing, suppose you have a --
12 there's a confusing -- not confusing, but a
13 notation of state versus dimensionality. The state
14 is two to the number of shift registers.
15      So let's consider a four state trellis
16 encoder.
17      And it takes you -- based upon the
18 input, and it drools, it goes through a unique
19 path.
20      At the receiver, the way dynamic
21 programming works is you're -- at any state that
22 you're at -- I'm sorry, at any point in time, you
23 keep the most likely path for each of the four
24 states looking back in time.
25      So Viterbi algorithm uses something

Page 147

- Gitlin -

1
2  called backward dynamic programming. You associate
3  a metric with each of those paths called
4  likelihood, or accumulated likelihood.
5       So based upon the likelihood where you
6  came from on that path, and what you receive in the
7  way of signal sample, you update the likelihood.
8       The -- in a modem, the -- this maximum
9  likelihood sequence estimation, if you keep sending
10 bits indefinitely, which would be the nominal case,
11 you could go on and on and on and say where are my bits.
12 You haven't made a decision.
13      And there's something called a merge.
14 If you look back, let's say in this four state
15 system, you have four paths. With high
16 probability, those four paths will go through a
17 common node at some point in the past. And so one
18 could say no matter what happens in the future,
19 that node and the path -- that's called a merge --
20 and back to the previous merge, that's part of a
21 maximum likelihood path, no matter what happens in
22 the future.
23      That's the charm of the Viterbi
24 algorithm. I like the subject.
25      So the Viterbi algorithm, the reason why

Page 148

- Gitlin -

1
2  it's useful, the complexity is proportional to some
3  constant times time.
4       The alternative, if you didn't use this,
5  you would have an exponent after 10 symbols, and if
6  there were four possibilities you would have four
7  to the tenth possible things to evaluate, and if 10
8  goes to 100 you couldn't possibly do it.
9       The reason Viterbi became a celebrity,
10 he developed this algorithm originally for
11 convolutional codes that's been used for trellis
12 decoders.
13      That's the way a trellis decoder works.
14   Q.  Thank you for that long explanation.
15 It's been very helpful.
16      So it's true there is a path metric that
17 keeps updating in the Viterbi decoder?
18   A.  In the four states. There are four path
19 metrics.
20   Q.  Okay, four path metrics?
21   A.  In a four state machine.
22   Q.  In a four state machine there are four
23 path metrics that are all being updated upon
24 reception of signal points.
25      Is that a yes?

Page 149

- Gitlin -

1
2    A.  Yeah. If you have -- for example, if
3  you have now a four-dimensional system, which -- so
4  the number of states and number of dimensions could
5  be chosen independently, you -- in a
6  four-dimensional system it means you're going to
7  process two received samples at a time to do the
8  update of the metric. Because one state transition
9  produced two transmitted symbols. Therefore, at
10 the receiver you will gather together two received
11 samples: I and Q, and an I and Q again.
12      And that's what you'll need to compute
13 your metric.
14   Q.  Can a Viterbi decoder start calculating
15 the path metric upon reception of one signal point?
16      MR. TROPP:  Objection.
17   A.  What type of system?
18   Q.  Let's call it four-dimensional system
19 with a channel symbol constituting two signal
20 points.
21   A.  No. As I just said, you need -- you
22 couldn't begin processing until you had two of the
23 samples.
24   Q.  Why is that? You did mention before
25 that the path metric is being estimated. And it is

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D149

Page 150

- Gitlin -

1
2 being estimated signal point by signal point.
3    A.   I didn't say that. I said a time
4 instant -- when you update the path metric.
5    So if you look at the transmitter
6 every -- what you want to do is emulate or estimate
7 the transitions that the transmitter goes through
8 at the receiver.
9    Every time there's a state transition in
10 the four-dimensional system, what does it do? It
11 produces ultimately two signal points, two
12 two-dimensional signal points.
13    So obviously -- or clearly -- at the
14 receiver you would want to gather these two
15 corresponding signal samples to start building your
16 metric processor.
17    Q.   Okay. Let's assume we have a system
18 with four one-dimensional signal points
19 constituting a channel symbol.
20    Does the Viterbi decoder have to receive
21 all four signal points to start calculating the
22 path metric?
23    A.   Let me -- what I heard was you had
24 one-dimensional signal point.
25    Q.   Uh-hum.

Page 152

- Gitlin -

1
2 input bit, would a Viterbi decoder still need to
3 receive all signal points before it starts
4 processing and calculating the value of the channel
5 symbol?
6    MR. TROPP: Objection.
7    A.   I think you -- let me go back to what
8 you said.
9    You said "N over N plus 3." So what's
10 N?
11    Q.   N is the input bit.
12    A.   So -- I thought you said that you get
13 three outputs in one input. Maybe I misunderstood
14 you. I didn't understand the question.
15    Q.   No. For every input you get -- for
16 every input bit you get four output bits?
17    A.   So therefore N must be equal to 1.
18    Q.   Yes.
19    A.   That's what I asked you, and you said
20 no.
21    Q.   I apologize. Let me rephrase the
22 question. Let me ask you a general question.
23    Is it possible to envision a trellis
24 encoder and decode a pair where the Viterbi decoder
25 does not need to receive two -- both of the signal

Page 151

- Gitlin -

1
2    A.   A four-dimensional trellis encoder.
3    Q.   Yes.
4    A.   So each state transition produced four
5 signal points that were sequentially transmitted
6 over four signaling intervals.
7    That was the context you're asking me?
8    Q.   Yes.
9    A.   Then you would have to wait for four
10 received samples to begin.
11    Q.   Now, let's assume we use a trellis
12 encoder of a different rate, N over N plus 3.
13    How many -- does the Viterbi decoder
14 still have to receive all signal points?
15    MR. TROPP: Objection.
16    A.   From what you told me I couldn't answer
17 the question because you didn't tell me what the
18 dimensionality dash.
19    Q.   Same dimensionality.
20    Let's assume we have a one-dimensional
21 signal point and four of these one-dimensional
22 signaling points constitute a four-dimensional
23 channel symbol.
24    If a trellis encoder is a rate N over N
25 plus 3, then it generates four bits for every one

Page 153

- Gitlin -

1
2 points constituting a channel symbol before it
3 starts calculating the value of a channel symbol?
4    MR. JUISTER: Objection.
5    MR. KOLMYKOV: Is there one attorney or
6 two attorneys?
7    MR. TROPP: There are multiple parties
8 in the case and there are four attorneys in the
9 room and you heard an objection from one of them.
10    MR. KOLMYKOV: You can't have four
11 attorneys defending one witness.
12    MR. TROPP: As a practical matter, there
13 are four Defendants represented here today by
14 attorneys, and each and every one of us is entitled
15 to make objections. No one is representing the
16 witness.
17    MR. KOLMYKOV: How many people have a
18 microphone in this room?
19    MR. TROPP: I don't understand the
20 relevance of the question. Did your notice not
21 invite Defendants to attend and cross-examine? I
22 assume you contemplated that Defendants would
23 appear and would not be potted plants.
24    MR. KOLMYKOV: From my experience, four
25 attorneys cannot defend one witness.

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D150

Page 154

- Gitlin -

1
2      MR. TROPP:  If four attorneys
3  represented the same party you would be perhaps
4  correct.  But here we each have our own separate
5  interests and we're entitled to make our own
6  separate records.
7      MR. KOLMYKOV:  I'll leave that issue
8  open to discussion.
9  BY MR. KOLMYKOV:
10      Q.  Let's turn to column 8, pages 47 to 50,
11  of the '627 patent.
12      MR. TROPP:  I'm sorry, what columns of
13  the '627?
14      MR. KOLMYKOV:  47 through 50.
15      MR. TROPP:  Thank you.
16      Q.  I will read it into the record.
17      "Without having received all of the
18  signal points of a channel symbol, one cannot take
19  advantage of the accumulated path metric
20  information, but, rather must rely on the so-called
21  raw sliced values, which is less accurate."
22      Doesn't this statement imply that the
23  path metric is already being accumulated upon
24  reception of a single signal point?
25      A.  You can build suboptimum receivers in

Page 155

- Gitlin -

1
2  many ways.  As he says, "which is less accurate."
3  You can build lots of less accurate receivers.  He
4  makes that comment.  Okay.
5      Q.  So it is possible to build a receiver
6  that will process one signal point at a time?
7      MR. TROPP:  Objection.
8      A.  It's always possible to build a
9  receiver.  Whether it's useful or not remains to be
10  seen.
11      Q.  When the Viterbi decoder receives one
12  signal point what does it do?
13      MR. TROPP:  Objection.
14      A.  What type of system?
15      Q.  Let's say we have a four-dimensional
16  system on the '627 patent.
17      A.  There are many ways to implement
18  procedures.  So in my experience it waits for the
19  second sample.  And then in each of the states it
20  looks back and calculates the accumulated path
21  metric between the received signal samples of the
22  two intervals and the quantities that it's going to
23  be compared with for each of the state transitions.
24      Q.  What if it doesn't wait, and starts
25  calculating that distance between a signal point

Page 156

- Gitlin -

1
2  that's available in the alphabet and the signal
3  point that's received?
4      A.  You know, I haven't looked at this in
5  detail, but to do it correctly you need both
6  samples to get the result that you're going to
7  update.  You may do something preliminary, but...
8      Q.  Let's look at the Wei patent, which is
9  on page D 62.  It's part of your declaration.
10      I said D 0062, right?
11      A.  No.
12      Q.  Let's look at column 3, line 51.
13      It reads that:  "A decoder, 48, feeds
14  back preliminary decisions on the received
15  coordinate pairs to equalizer/demodulator updating
16  signal calculator, 45.  These preliminary decisions
17  are processed and calculated, 45, in a conventional
18  manner to generate updating signals for the
19  equalizer and the modulator."
20      Wouldn't it be fair to say that the
21  decoder calculates preliminary decisions based on
22  the reception of one coordinate pair?
23      MR. TROPP:  Objection.
24      A.  So if you read this for updating for the
25  equalizer and the demodulator as disclosed in

Page 157

- Gitlin -

1
2  Falconer's celebrated paper, the problem is the
3  following:  The demodulator is tracking a very fast
4  changing quantity.  Let's say phase (inaudible).
5      It has to be responsive to something
6  which is changing faster than any other impairment
7  in the system.
8      So it has no choice but to do what it
9  can and take preliminary decisions to update the
10  phase tracker.  The alternative would be for it to
11  go on pause, wait until the Viterbi decoder
12  produced the symbols, now update the phase.
13      But that correction would be ancient
14  history relative to the demodulator.
15      So it's a -- I was involved in the
16  problems.  I understand the architecture very well.
17      So what is being referred to is when you
18  have a coded system which has long delays relative
19  to signaling intervals and you have a fast
20  changing channel impairment that's changing quickly
21  over signal interval, the preferred method is to do
22  what you can, make a preliminary decision of the
23  received sample, slice it, assume that's correct --
24  but it may not be; likely it will not be -- use it
25  to update the demodulator, and that's the way the

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

Page 158

1    - Gitlin -
2  system works.
3    Q.  And the preliminary decision you just
4  described is based on the reception of one signal
5  point?
6    A.   It's not used for the trellis decoder.
7  It's used for the phase lock loop for the
8  demodulator.  It is not used in the Viterbi
9  decoder.  As I understand it.
10    Q.  The sentence reads:  "The decoder feeds
11  back preliminary decisions."
12       So it is the decoder that --
13       MR. TROPP:  Objection.  That's not how
14  the sentence reads.
15    Q.  -- makes preliminary decisions?
16    A.   Which line are you on.  I lost you.
17    Q.  51 of column 3.
18       (The witness reads document.)
19    A.   Preliminary decisions, not final
20  decisions.
21    Q.  By "preliminary decisions," that means
22  it starts calculating some type of metric?
23    A.   But it's not used -- that feedback,
24  what's fed back may not bear much relation to the
25  ultimate decisions that that receiver makes.

Page 159

1    - Gitlin -
2    Q.  Okay.  I understand that.
3       But can you answer my question?  The
4  de -- does the decoder in the Wei reference that
5  you used to support your declaration, does make
6  preliminary decisions based on reception of one
7  coordinate pair?
8       MR. TROPP:  Objection.
9    A.   I prefer to say that it uses the
10  preliminary decisions for updating the phase lock
11  loop in the demodulator.  That's what it does in
12  these preliminary decisions.
13    Q.  Does that sentence say that?
14    A.   I know how this works.  I have been
15  involved in designing the systems.  That's the way
16  it works.
17    Q.  But wouldn't you agree that it is
18  possible to design a receiver where the decoder
19  starts calculating the path metric based on a
20  reception of just one signal point?
21       MR. TROPP:  Objection.
22    A.   As I said, in a multi-dimensional
23  system, the preferred way -- the preferred means is
24  to process the samples associated with the number
25  of samples that were produced from the output of

Page 160

1    - Gitlin -
2  the state transition.
3       One can build receivers in many ways.
4  You know, you could build receivers, you could
5  build bad receivers.  It's possible to do almost
6  anything.
7    Q.  So the answer to my question is yes, it
8  is possible?
9    A.   I wouldn't guarantee the performance.
10  So I prefer to say you can do what you want.  If
11  you want to achieve the proper performance, you
12  will need to gather the information from these two
13  signal samples and, you know -- engineers always
14  experiment with suboptimum means and other
15  approaches -- you know.
16    Q.  Can we go to paragraph 24 of your
17  declaration.
18       In paragraph 24 --
19    A.   Can I read it, please?
20    Q.  Sure.  I'll give you...
21       (The witness reads document.)
22    A.   I've read paragraph 24.
23    Q.  You describe in paragraph 24
24  interdependency among signal points belonging to a
25  multi-dimensional channel symbol that results from

Page 161

1    - Gitlin -
2  a single state transition.
3       Is that correct?
4    A.   Yes.
5    Q.  Could you please explain this
6  interdependency, and how it does result from this
7  single state transition?
8    A.   When -- in a four-dimensional system you
9  have a single state transition that will specify
10  two subsets.  And which two subsets are specified
11  are related because they are produced by the same
12  state machine.
13    Q.  How does the fact that the two sets are
14  produced by one state machine create
15  interdependency among these two groups of bits?
16    A.   Well, because the state --
17       MR. TROPP:  Objection.
18       THE WITNESS:  I'm sorry.  I'm sorry.
19    A.   The state machine has memory.  That
20  state machine is driving -- producing those two
21  outputs.  So in general, they will be related.  And
22  they also produce -- they are produced by the same
23  machine.  So...
24       The principal reason that you generated
25  in the four-dimensional example, you have two

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D152

Page 162

1        - Gitlin -
2    subsets. The subset identifiers are coming from
3    the same inputs, the same state transitions, and
4    it's reasonable to conclude that the subsets are
5    related.
6        Q.   You do differentiate between
7    interdependency due to a single state transition
8    and another type of dependency which you call time
9    dependency.
10       What is the difference between the two
11   dependency --
12       A.   If you have a two-dimensional trellis
13   encoder, if you look at the evolution of the
14   states, consider a four state machine, you can't
15   go -- generally you go from one state, you could
16   only possibly go to two states. You can't go from
17   one state to any arbitrary state.
18       So therefore where you were limits where
19   you can go on the next iteration of the machine.
20       So that says -- in fact, that's the
21   principle of encoding: You're building a
22   structure over time. That's the dependency I was
23   referring to.
24       The second level is in a
25   multi-dimensional -- let's say a four-dimensional

Page 163

1        - Gitlin -
2    machine, every one of those transmissions produces
3    two subsets.
4        So that's the second level of
5    independence -- second level of dependence.
6        Q.   So how does the combination of these
7    dependencies mandate that the decoder must receive
8    all of the signal points of a particular channel
9    symbol?
10       A.   Because the way you created that was
11   from one state transition. It produced in the end
12   two signal points. And since you're trying to
13   emulate or estimate at the receiver the state
14   transitions that the transmitter is going through,
15   you need that information to give the most accurate
16   estimate.
17       Q.   Okay.
18       Does the '627 patent discuss state
19   transitions?
20       A.   I'm going to take some time to take a
21   look.
22       MR. KOLMYKOV: We can end the tape while
23   he's looking at the patent specification.
24       THE VIDEO OPERATOR: This completes Tape
25   Number 3. The time is 4:12 p.m., and we are going

Page 164

1        - Gitlin -
2    off the record.
3        (A recess was taken.)
4        THE VIDEO OPERATOR: This is Tape Number
5    4. The time is 4:17 p.m., and we're back on the
6    record.
7    BY MR. KOLMYKOV:
8        Q.   I will repeat my question.
9        Does the '627 patent discuss state
10   transitions anywhere in the specification?
11       A.   I have a two-part answer.
12       The '627 patent talks about, on column
13   3, line 21, one -- in case of N equals 1, would be
14   expanded to two bits.
15       That's -- I interpret this as the
16   expansion as a result of a state transition.
17       I mean, this patent builds upon the
18   prior art, the gigantic prior art of trellis
19   encoders. So it doesn't really talk about what
20   goes on inside a trellis encoder or decoder. The
21   scope of the patent is on interleaving. So it's
22   not talking about the details of the trellis
23   encoder.
24       So, you know, it doesn't talk about
25   state transitions, it talks about the outputs and

Page 165

1        - Gitlin -
2    bit expansion. And to me the bit expansion is a
3    result of a state transition.
4        Q.   Can we look at figure 3.
5        A.   Of '627?
6        Q.   Of the '627 patent.
7        How are the signal points between
8    channel symbols of a trellis stage interleaved?
9        MR. TROPP: I'm sorry, I'm getting tired
10   now. Can you read that back?
11       (Requested portion of record read.)
12       MR. TROPP: Objection to the form.
13       Maybe I'm not the only one getting
14   tired.
15       A.   Are you asking me to describe what the
16   invention is or what the purported invention is?
17       Q.   How is the interleave performed between
18   signal points of a particular channel symbol?
19       A.   The signal point interleaver is element
20   341. That does the interleaving of the signal
21   points.
22       Q.   How does it interleave the signal
23   points?
24       A.   It has a straight-through path and
25   alternate clocks to a delay.

42 (Pages 162 to 165)

D153

Page 166

- Gitlin -

1
2       So if you look at the input of the
3  signal points, X0 alpha, X1 alpha, you see that
4  the -- at X0 alpha is the -- at the interleaver the
5  output is the first signal point. And X1 alpha,
6  then, appears three points -- signal points later.
7       That's what it does, is cycles through
8  the input. It -- alternatively, it delays --
9  alternate signal points, and this way it breaks up,
10  let's say the alpha zero, alpha 1, beta 2, beta 3,
11  the gamma 4, gamma 5. They don't appear adjacent
12  in time next to each other in the stream going to
13  the modulator.
14       Q.   How would you describe a function of
15  interleaving generally, without looking at the '627
16  patent?
17       A.   The purpose of the interleaver is to
18  take signal samples or signal points that occur
19  sequentially in time and distribute them over a
20  time interval so that they are no longer adjacent
21  to each other in time.
22       The simplest way to think of it is you
23  have an input stream that I read into a matrix. I
24  keep cycling around the matrix and I read out the
25  columns.

Page 167

- Gitlin -

1
2       So I cycle in through the inputs on the
3  rows and I read out the columns. That's a classic
4  form of block interleaver. This is a different
5  kind of interleaver here.
6       Q.   We would agree that one implementation
7  of an interleaver would have a delay element of
8  some sort?
9       A.   Yes.
10       Q.   Can we agree that another form of an
11  interleaver could include a switching mechanism of
12  some sort?
13       A.   I mean, in '625 patent, that's what
14  Betts proposes in a generic sense in '625. He has
15  a switching circuit that distributes inputs to
16  trellis coders and then reads out of them
17  sequentially. So that accomplishes that purpose.
18       Q.   What is the result of the '625 patent?
19  Am I correct to say that the channel symbols are
20  interleaved?
21       A.   The channel symbols are interleaved. It
22  doesn't, to my reading, that it doesn't talk about
23  the dimensionality of the trellis encoder.
24       Q.   And the channel symbols are interleaved
25  using a switching circuit?

Page 168

- Gitlin -

1
2       A.   A commutator or switching circuit or
3  whatever you want to call it.
4       Q.   If we look at claim 1 of the '627 patent
5  starting with line 15 -- you should obviously read
6  the entire claim, but I would like you to pay
7  attention to line 15, starting with line 15.
8       (The witness reads document.)
9       Q.   Would you agree with me --
10       A.   I have to read it.
11       Q.   I'm sorry.
12       A.   I'm a slow reader.
13       (The witness reads document.)
14       A.   I read the claim.
15       Q.   So starting with line 15, would you
16  agree with me that claim 1 requires interleaving to
17  be performed in two ways?
18       (The witness reads document.)
19       MR. TROPP:   Objection.
20       A.   The way I interpret the claim is that
21  you have a system like Betts describes in '625,
22  which is generic, and now it's dealing with the
23  plurality of signal points that is a
24  multi-dimensional trellis-coded symbol. He
25  recognized that these signals are dependent and he

Page 169

- Gitlin -

1
2  puts the additional signal point interleaver in the
3  system.
4       That's, as I understand, that's what the
5  claim refers to.
6       Q.   Well, the claim reads: "The
7  interleaving being carried out in such a way that
8  signal points of each channel symbol are
9  nonadjacent and such that the signal points of
10  adjacent symbols in any one of such channel symbol
11  streams are nonadjacent."
12       So would you agree these are the two
13  ways of interleaving --
14       A.   Let me read it again, please.
15       (The witness reads document.)
16       A.   He achieves two desired goals. So -- I
17  mean, the claim is that he's able to achieve --
18  meet both his requirements.
19       Q.   Okay.
20       And one of those requirements is
21  achieved using a switching circuit of 337? Does
22  that look true?
23       A.   Oh, 331 and 337, the input.
24       Q.   Okay.
25       A.   The way -- the way he does it, he is

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

Page 170

- Gitlin -

1
2   interleaving there the subset identifiers. That's
3   what that interleaver is doing.
4       Q.   Okay. But that interleaving is what
5   enables the invention to achieve the desired
6   result?
7       MR. TROPP: Objection.
8       Q.   The result being the channel symbols are
9   interleaved as well as the signal points within
10  those channel symbols are interleaved.
11      MR. TROPP: Same objection.
12      A.   The switching circuit then still
13  maintains, if you look at it -- at the output of
14  the switching circuit you have X0 alpha, X1 alpha,
15  right next to each other, and then he uses 341 to
16  interleave those.
17      MR. JUISTER: What figure are you
18  looking at?
19      THE WITNESS: I'm looking at figure 3 of
20  '627.
21      Q.   Okay. And can we agree that the
22  functions performed by the switching circuit as
23  well as the interleaver can be performed in one
24  device using software?
25      A.   When you say -- I mean, "one device"?

Page 171

- Gitlin -

1
2   What do you mean?
3       Q.   I mean one digital signal processor.
4       A.   I mean, that's -- you could probably
5   build a whole receiver on one DSP.
6       Q.   And these functions of signal point
7   interleaver 341 as well as the switching circuit
8   337 and the 4D QAM encoder can all be written in
9   software?
10      A.   As I said before, it depends upon the
11  clock speed, the capacity of a DSP, relative to the
12  information rates and the number of operations.
13      Q.   But if all those numbers are
14  satisfactory, you could write software that would
15  perform all these functions?
16      A.   Yes. That's generally the way these
17  systems are built today with DSP software.
18      Q.   Okay. Thank you.
19      On the receiver side, if we move to
20  figure 4, you would agree that the signal point
21  interleaver and the switching is your circuit for
22  56, they perform --
23      A.   I'm --
24      Q.   I'm sorry, not switching -- the signal
25  point interleaver, 441, and the switching circuit,

Page 172

- Gitlin -

1
2   431, perform the opposite function of what was done
3   in the trellis -- in the transmitter stage?
4       (The witness reviews document.)
5       A.   You said 441 and 431?
6       Q.   Yes.
7       A.   They do the deinterleaving.
8       Q.   And similarly, a receiver could
9   implement a digital signal processing chip that
10  performs both of these functions (indicating) via
11  software?
12      A.   Yeah. Depending on the speed, you could
13  write it in software. If the thing is running slow
14  enough you could write this on a general purpose
15  process. Software is software. It only works on
16  the general speed device and the speed at which
17  you're operating.
18      Q.   Okay, thank you.
19      If you look at figure 3 again, is it
20  possible to design a transmitter to achieve the
21  resulting output differently from what's depicted
22  in figure 3 (indicating)?
23      A.   You mean, starting with the input bits
24  and producing the output?
25      Q.   Yes.

Page 173

- Gitlin -

1
2       A.   I wouldn't -- I wouldn't venture an
3   opinion on that right now.
4       Q.   For example, could you put a signal
5   point interleaver, 341, prior to the 4D QAM
6   encoder, and still achieve the same result?
7       A.   Where would you put it?
8       Q.   You would put it, for example, on line
9   338.
10      A.   Well, the way he has it, 338, what you
11  have there are indices you don't have signal
12  points. So the signal point interleaver -- I
13  mean -- it's a signal point interleaver. You don't
14  have signal points at that point.
15      Q.   I understand that.
16      But let's assume we're only interested
17  in producing the result on 3 -- on line 342.
18      Are you with me?
19      A.   No. Oh, okay. 342.
20      Q.   To produce this result, if we were to
21  put an interleaver, 341, on line 338, and the
22  interleaver would interleave the subset
23  identifiers, would the same result be produced?
24      A.   I would say at a minimum you would have
25  to put 341 on line 17 as well as 363. If you want

44 (Pages 170 to 173)

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D155

Page 174

```
1            - Gitlin -
2    to do interleaver -- on line 317.  You want to do
3    interleaving of the uncoded bits as well.
4    Otherwise you would be out of cycle.
5        Q.   So you could put 341 on lines 317 and
6    338 and still achieve the result on line 342?
7        A.   We're talking here in a functional
8    level?
9        Q.   Yeah, on a functional level.
10       A.   This is a functional diagram.  So -- and
11   you -- the terminology, it's no longer a signal
12   point interleaver, it's a signal-something
13   interleaver, because it's not dealing with signal
14   points.
15       Q.   Okay.  Let's call it just an
16   interleaver.
17            So an interleaver would be placed on
18   lines 317 and line 338 to produce the same result
19   as required by the patent on line 342?
20       A.   I have to think about it, if it's
21   exactly the same result.  But -- so let me just
22   think about it.  I don't want to go any further
23   with this now.
24       Q.   But you stated that it is possible to
25   produce the same result if you were to place an
```

Page 175

```
1            - Gitlin -
2    interleaver in another location?
3        A.   I didn't say that.
4        MR. TROPP:  Again, he just actually
5    specifically refused to go there, which brings the
6    point that we're again beyond the scope of the
7    declaration.  So I'm wondering again where you're
8    going.  And when you're planning to get there.
9        MR. KOLMYKOV:  Do I hear an objection?
10       MR. JUISTER:  That certainly was an
11   objection.
12       MR. TROPP:  You've heard the start of a
13   colloquy.  I'm not objecting to the form of the
14   question.  I am asking whether you are going to
15   abide by the agreement coming in that this is going
16   to be a deposition that, with defined exceptions,
17   were limited to the scope of the declaration, and
18   it seems to me you're beyond it.
19       MR. KOLMYKOV:  My understanding the
20   deposition was limited to claim construction
21   issues.
22       MR. TROPP:  That are raised in the
23   declaration.
24       MR. KOLMYKOV:  That was not my
25   understanding.
```

Page 176

```
1            - Gitlin -
2        MR. TROPP:  This gentleman isn't here to
3    offer random opinions on issues he hadn't
4    considered.
5            He's here to tell you about the
6    declaration, which is the reason you requested to
7    have the opportunity for the deposition.
8            And we've been going all day and I have
9    not yet prevented you from asking a question that
10   you wanted to ask.  But when the witness has said
11   to you, I don't have an opinion on that and I would
12   want to think about it, and I tell you it's beyond
13   the scope of his declaration, I think it's fair to
14   say where are you going and when do you plan to get
15   there, rather than to have you ask another question
16   of the witness in which you ask him to agree to say
17   something that he hasn't said.
18       MR. KOLMYKOV:  Are you finished with the
19   objection?
20       MR. TROPP:  Again, it's a colloquy.
21       MR. KOLMYKOV:  I don't see a need to
22   respond to your statement.
23       MR. TROPP:  That is fine.  Again, I'll
24   take each statement one at a time, then.
25       MR. KOLMYKOV:  I'll continue with my
```

Page 177

```
1            - Gitlin -
2    questions.
3    BY MR. KOLMYKOV:
4        Q.   You referred to the Betts '625 patent.
5    It starts on page D 0098 of your declaration.
6            Does the '625 patent mention anything
7    about signal points?
8        A.   I'm not -- I'm going to have go through
9    it.  If you would like me to spend the time to go
10   through it, I would be glad to do it.
11           Do you want me to spend the time and
12   read it now?
13       Q.   No, that's okay.
14           You did read the '625 patent in its
15   entirety?
16       A.   I looked at it.  This was the patent
17   that was provided to me by counsel.  And I looked
18   at this as it's prior art to '627.  I didn't study
19   it in great detail.
20       Q.   So sitting here today you can't
21   recollect whether the '625 mentions signal points
22   at all?
23       A.   I would be glad to look through it.
24   But -- I would be glad to read it again.
25       Q.   We did establish that the '625
```

45 (Pages 174 to 177)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D156

- Gitlin -
**interleaves channel symbols; is that correct?**
A. The '625 -- when I look at figure 1, it takes the data, distributes it among -- let's say in that example -- four trellis encoders. It takes the output of the trellis encoder -- this patent as, far as I can recall, doesn't distinguish whether it's a 2D or a 2N trellis encoder. I think it's generic. And it interleaves the outputs of the trellis encoders.
**Q. Isn't an output of one trellis encoder called a channel symbol?**
A. Well, I mean in his diagram he then takes the switching circuit, puts it to a QAM encoder and a QAM modulator. So there's not enough detail for me to say -- here to say I have an output of a trellis encoder.
In the construct here it's a QAM system, so I'm assuming at each time you're producing a signal point that sits in two dimensions. If this is a -- a 2D trellis encoder.
**Q. Why do you feel inclined to limit the most general case to a 2N-dimensional signaling scheme as opposed to any dimension signaling scheme?**

- Gitlin -
MR. TROPP: Objection.
A. Which patent are you talking about?
**Q. I'm referring to the '625 and the '627.**
**(The witness reviews document.)**
A. I mean, if I read just the abstract at '625, and the transmitter of a data communication system using QAM, that tells me that the constituent signal points are two-dimensional.
**Q. In a 2N-dimensional signaling scheme, what does N again refer to?**
A. We're talking about a trellis coding.
**Q. Yes.**
A. So the 2 refers to the constituent -- the signal points are two-dimensional. N refers to the number of output points that are produced by one state transition.
So, for example, a 4D system is two I and Q points.
**Q. Let's move back to figure 3.**
MR. TROPP: Of '627?
**Q. Of the '627 patent.**
**The multiple trellis encoders, 319 alpha, 319 beta and 319 gamma, together with the switching circuit and the 4D QAM encoder, generate**

- Gitlin -
**interleave channel symbols.**
**Is that correct?**
A. The -- what you have is signal points at the -- on line 325.
**Q. But the signal points constitute channel symbols; is that correct?**
A. In the language that we've used in the patent, a trellis-coded channel symbol for this four-dimensional system, for example, is X0 of alpha and X1 of alpha, because the state transition produces those two signal points. So that's an entity.
**Q. Okay. So there are signal points on line 325. Is that correct?**
A. I -- I didn't understand the question.
**Q. So there are signal points on line 325, is that correct?**
A. Yes.
**Q. Would it be fair to say that the signal points are interleaved by the switching circuit, 337?**
A. The 337 takes the output -- does interleaving, but it's still treating the pair -- in this case -- of subset indices at one entity.

- Gitlin -
So it accomplishes an interleaving of one kind that the inputs in time are separated. But the outputs are still -- have adjacency in terms of the two signal points that are produced for each state transition.
As I understand it, that's what the claimed invention is. Then to deal -- that's as far as I can tell. That's all prior art.
The invention is using the signal point interleaver, the claimed invention.
**Q. Now, if we refer back to claim 1, "means for interleaving the signal points of said generated channel symbols."**
**Do you see that?**
A. Yes.
**Q. But it doesn't say interleaving the signal points of a channel symbol.**
MR. TROPP: We're again beyond the scope of the declaration. He's offered no opinions on the means plus function term, means for interleaving.
MR. KOLMYKOV: I'm not interested in his interpretation of a means plus function term.
MR. TROPP: I'm sorry, perhaps I

Page 182

1          - Gitlin -
2   misunderstood your question.
3          MR. KOLMYKOV: I'm interested in his --
4   BY MR. KOLMYKOV:
5      Q.  When the claim says "interleaving the
6   signal points of channel symbols," what does that
7   mean to you?
8          (The witness reads document.)
9      A.  Can you ask me the question again?
10     Q.  What does it mean to interleave signal
11  points of channel symbols?
12     A.  So if I look at line 325, the trellis
13  coded symbol that's produced, let's say of the
14  output -- coming from the alpha trellis coder, is
15  the pair of signal points, X0 superscript alpha, X1
16  superscript alpha.
17         And that's the signal -- together that's
18  a trellis-coded channel symbol. And it talks about
19  performing interleaving to separate these in time
20  so that they are nonadjacent.
21     Q.  Is it possible to — strike that.
22         What is the result on line 342?
23     A.  I don't know what you mean by "the
24  result."
25     Q.  Is it — would you agree that it's a

Page 183

1          - Gitlin -
2   combination of interleaved channel symbols as well
3   as interleaved signal points within those channel
4   symbols?
5          (The witness reviews document.)
6      A.  I mean, the two stages of interleaving
7   interleaves the symbols, and the symbols have
8   constituent two signal points which are then
9   interleaved by 341.
10     Q.  Could we achieve the result of the
11  interleaved channel symbols and the interleaved
12  signal points from one operation of the encoder,
13  324?
14         MR. TROPP: Objection.
15     Q.  Without the signal point interleaver
16  341?
17     A.  I'm sorry, I don't see 324.
18         MR. TROPP: It's the QAM encoder.
19         MR. KOLMYKOV: Let me rephrase that
20  question.
21     Q.  Is it possible to interleave the channel
22  symbols and the signal points within those channel
23  symbols at the same time?
24     A.  I think this is the same question you
25  asked me before, and I'm not prepared to comment on

Page 184

1          - Gitlin -
2   various permutations of this system. I haven't
3   studied it in that great detail. So I won't
4   comment. I have no opinion right now.
5      Q.  What is the point of separating the
6   adjacent signal points?
7      A.  The -- almost all of the systems are --
8   their performance degrades when you have a burst of
9   noise. So the purpose of interleaving is to
10  separate as much as you can in time of all the,
11  let's say, signal points that have been produced by
12  the same mechanism.
13         So the notion is to separate -- here we
14  have a four-dimensional system that produces two
15  outputs. So in addition -- two output signal
16  points. You would want to separate those, so that
17  if the noise persisted over one or two intervals it
18  would appear -- it would appear to the receiver as
19  an isolated noise burst  and isolate the noise.
20         That's the purpose of interleaving in
21  general.
22     Q.  Okay. Can you look at figure 5 of the
23  '627, line 3.
24         THE WITNESS: Can I take a break?
25         MR. KOLMYKOV: Yeah, sure.

Page 185

1          - Gitlin -
2          THE VIDEO OPERATOR: The time is 4:57
3   p.m., and we're going off the record.
4          (A recess was taken.)
5          THE VIDEO OPERATOR: The time is 5:06
6   p.m., and we're back on the record.
7   BY MR. KOLMYKOV:
8      Q.  So as we look at line 3 of figure 5 of
9   the '627 patent, it depicts an output where there
10  is an interleaving that's occurring, but only one
11  trellis encoder is employed.
12         Do you see that?
13     A.  So Roman III interleaved one trellis
14  stage. Just alpha.
15     Q.  Yes. As you know, while the signal
16  points X0 alpha and X1 alpha are separated by three
17  intervals, the signal points X1 alpha and X 4 alpha
18  are not separated.
19         Do you see that?
20         (The witness reviews document.)
21     A.  I'm just looking at the sequence, X1 and
22  X alpha.
23     Q.  But you see that X1 alpha and X4 alpha
24  are not separated through simply interleaving the
25  signal points of the trellis-encoded channel symbol

47 (Pages 182 to 185)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D158

Page 186

```
1              - Gitlin -
2    stream?
3         A.    Which is the interleaver that's referred
4    to here?
5         Q.    It refers to an interleaver as depicted
6    in figure 3, number 341, designated as 341.
7              (The witness reviews document.)
8         A.    By one trellis stage, does that mean one
9    trellis encoder?
10        Q.    Yes. That's what it means. It means,
11   instead of alpha, beta, gamma encoders, you only
12   have, let's say, alpha.
13        A.    Yes.
14        Q.    Trellis encoder. So you see that X1
15   alpha and X4 alpha come from the same encoder?
16        A.    Well, there's only one encoder.
17        Q.    I apologize. It is gating late. I
18   meant to refer to line 4.
19        A.    Oh.
20        MR. TROPP: Do you want to start again?
21        Q.    If you employ two trellis stages, X1
22   alpha and X4 alpha, coming out of the same encoder,
23   are still not separated.
24        Do you see that?
25        A.    And this is produced -- this is alpha
```

Page 187

```
1              - Gitlin -
2    and beta going through 341?
3         Q.    Yes.
4         A.    You know, I can check the math, but I
5    don't know if there's any corrections to the
6    patent, so I have no reason to believe that that
7    sequence is not correct, but I haven't checked it
8    myself.
9         Q.    Okay. But the idea behind demonstrating
10   line 4 output versus line 5 output is to show that
11   X1 alpha and X4 alpha are still unseparated, which
12   is --
13        A.    In line 5?
14        Q.    I'm comparing line 4 to line 5.
15        A.    I see the X1 alpha next to the X4 gamma.
16        Q.    And that's true, that's in line 5. That
17   is the output of the system as depicted in figure
18   3.
19        However, if there were only two trellis
20   stages employed, the output would be as it looks --
21   as it is illustrated on line 4 of figure 5
22   (indicating).
23        MR. TROPP: Is there a question? And my
24   question is: What does this have to do with his
25   declaration?
```

Page 188

```
1              - Gitlin -
2         MR. KOLMYKOV: I just want him to follow
3    my logic here. And follow the drawing.
4         MR. TROPP: Okay. What's your question?
5         MR. KOLMYKOV: I could ask him questions
6    in a vacuum, but it won't make sense.
7         MR. TROPP: What is your question?
8    BY MR. KOLMYKOV:
9         Q.    My question is whether you would agree
10   that in order to generate an output on line 342 you
11   need to do -- you need to have both the plurality
12   of the trellis encoders as well as a signal point
13   interleaver.
14        In other words, you cannot produce this
15   output simply through interleaver 341 without
16   employing multiple trellis encoders?
17        MR. TROPP: Objection.
18        MR. JUISTER: What output? There's five
19   outputs.
20        MR. KOLMYKOV: The output on 342.
21        THE WITNESS: Figure 3.
22        A.    As I said before, I am not going to
23   speculate if there's a different architecture that
24   can achieve that output. I haven't, you know -- I
25   can't say that some clever person couldn't do it a
```

Page 189

```
1              - Gitlin -
2    different way. So I'm not prepared now to give an
3    opinion.
4              (Discussion off the record.)
5         Q.    The reason I'm asking this series of
6    questions is because you have an entire section in
7    your declaration dedicated to interleaving, and it
8    starts on page D 0013.
9         A.    Right.
10        Q.    And we discussed the Gallager reference
11   which you are drawing -- a section of which you
12   illustrate on page 13 of your declaration, as well
13   as you go on further in paragraph 27 and paragraph
14   28, you state that: "The signal point interleaver,
15   341, uses a derailment, 3411, to separate the
16   adjacent interdependent two-dimensional signal
17   points on line 325, produced by three separate 4D
18   encoders, alpha, beta and gamma."
19        My question to you is: In order to
20   produce this stream of trellis-encoded and
21   interleaved signal points on line 342, would you
22   also need a plurality of trellis encoders in
23   addition to a signal point interleaver as well as
24   the switching circuit 337?
25        A.    What I'm doing in my report is reporting
```

48 (Pages 186 to 189)

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

Page 190

- Gitlin -

1 on what the claimed invention is. That's what I'm
2 reporting. Or declaring or commenting on. That's
3 all I'm doing.
4     Q.   Okay.  You do talk about a signal point
5 interleaver 341 performing a function of
6 interleaving of signal points; is that correct?
7     A.   Yes.
8     Q.   In order to perform this function of
9 interleaving signal points you must receive an
10 interleaved stream of trellis-encoded channel
11 symbols; is that correct?
12     A.   As I said before, if the desired goal is
13 to achieve a signal which looks like that appears
14 on 342, there may be other ways to achieve it.  And
15 I'm not going to comment on that.  I said that
16 before.  You asked me a similar question.
17     Q.   Well, we talked about what are the
18 signal point interleavers 341 can be placed before
19 the QAM encoder, and you hesitated to answer that
20 question.
21     A.   That's right.
22     Q.   However, what I'm asking you now is
23 whether you need an interleaver, a signal point
24 interleaver, 341, and the encoder, the QAM encoder,
25

Page 191

- Gitlin -

1
2 324, to produce the result on line 342?
3     MR. TROPP:  Objection.
4     A.   Well, that's -- that's what is produced.
5     Are you asking me is there another way
6 that I could do it or what can be done?  I don't
7 have an opinion.
8     But what I was saying here is that in
9 the claimed invention, in '627, is identifying the
10 problem of the interdependency of multi-dimensional
11 trellis-coded symbols, and it offers a way of
12 interleaving to achieve the signal that appears on
13 342.
14     Q.   In order to generate the signal points
15 on line 325 —
16     A.   What figure?
17     Q.   -- of figure 3, of '627 patent, what
18 components depicted in figure 3 do you need to
19 employ?
20     (The witness reviews document.)
21     MR. TROPP:  Objection.
22     A.   Everything that precedes it.  That's the
23 system block diagram.  That's the way it's done.
24     Q.   So that would include the QAM encoder
25 and the switching circuit to generate this stream

Page 192

- Gitlin -

1 of channel symbols on line 325, and that is what's
2 required by the patent?
3     MR. TROPP:  Objection.
4     A.   This is an embodiment, and I guess this
5 is the preferred embodiment.
6     Q.   You're saying in the preferred
7 embodiment you need the QAM encoder and the
8 switching circuit to produce this stream of trellis
9 encoded channel symbols?
10     MR. TROPP:  Objection.
11     A.   I think you're asking me a circular
12 question.  Here is the output of the system, and so
13 it's produced by going through this array of alpha,
14 beta and gamma trellis encoders, and then going --
15 yes, and then having the commutator switch and feed
16 sequentially outputs to the 4D QAM encoder.  That's
17 the way the system works.  That's what's described.
18     Q.   I understand what's described.
19     But can you please answer my question
20 whether the output on line 325, which is a stream
21 of trellis-encoded channel symbols, is produced
22 using the QAM encoder as well as the switching
23 circuit.
24     MR. TROPP:  Objection, and now the
25

Page 193

- Gitlin -

1 additional objection that this has been asked and
2 answered about six times in the last ten minutes.
3     MR. KOLMYKOV:  I didn't hear a yes-or-no
4 answer to that.
5     MR. TROPP:  He's answered your question
6 six times.
7     MR. KOLMYKOV:  He answered a different
8 question six times.
9     MR. TROPP:  Well, we disagree.
10     If you can answer his question, please
11 do.
12     A.   You have a switching circuit, 331.  It
13 distributes the bits through three different
14 trellis encoders: Alpha, beta and gamma.  They are
15 four-dimensional.  They produce pairs, each a state
16 transition.  A bit expansion produces through
17 signal points.  And then the switching circuit
18 feeds these up to the 4D QAM encoder, producing a
19 sequence that appears on line 325.
20     Q.   So can we agree that the plurality of
21 the trellis encoders as well as the QAM encoder
22 generate the stream of channel symbols on line 325?
23     MR. TROPP:  Objection.
24     A.   I think this is the seventh time you've
25

49 (Pages 190 to 193)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D160

Page 194

1          - Gitlin -
2  asked me that.  And this is what the block diagram
3  is.  It's the preferred embodiment to generate that
4  signal.
5      **Q.   So the answer is yes?**
6          MR. TROPP:  Same objection.
7      A.   This is the block diagram and that's
8  what's on line 325.  It's the outputs are labeled,
9  and that's the output that goes through these, in
10 this case the alpha, beta, gamma trellis encoders
11 one at a time, feeding the 4D QAM encoder,
12 producing the 4D symbols -- two signal points
13 associated with each trellis encoder.  That's
14 what's depicted.
15     **Q.   Okay, let me phrase the question using**
16 **your terms.**
17         **In this block diagram, blocks 319 alpha,**
18 **319 beta, 319 gamma, and block 324, produce this**
19 **stream, as depicted in this block diagram, as X0**
20 **alpha, X1 alpha, X2 beta, X3 beta, and so on --**
21         MR. TROPP:  Objection.  Go ahead.
22     A.   Let me add, you used the index values
23 from the modulus converter to select the signal
24 points.  That's fed into the 4D -- as the picture
25 shows, figure 3 shows, fed into the 4D QAM encoder

Page 195

1          - Gitlin -
2  as well, to generate the signal points.
3      **Q.   And which of these blocks in figure 3**
4  **performs the interleaving of the channel symbols?**
5          MR. TROPP:  Objection.
6      A.   Trellis-coded channel symbols are --
7  there's interleaving of the trellis encoders, but
8  that -- for a 4D system produces two signal points.
9  So there's an additional signal point interleaver
10 to separate holding alpha outputs from each other
11 by at least one time instant, and the second
12 interleaver separates the dependent points, for
13 example X1 -- X0 and X1 alpha.
14     **Q.   What is the first interleaver that you**
15 **referred to?**
16     A.   The combination of the switching
17 circuit, 331, the three trellis encoders, and the
18 337, producing the output, 338.
19     **Q.   Okay.  Let's refer to your CV --**
20     A.   If I can find it.
21     **Q.   -- which is the first exhibit of your**
22 **declaration.**
23         **Your CV cites 89 technical papers that**
24 **you published and co-published; is that correct?**
25     A.   It lists 89 papers.

Page 196

1          - Gitlin -
2      **Q.   Could you identify the papers that**
3  **address trellis-coded modulation?**
4          **(The witness reviews document.)**
5      A.   None of these papers address
6  trellis-coded modulation.
7          I think I have one or two patents of
8  trellis coding and decision feedback.  But at the
9  time trellis came about I was a manager.  I hired
10 Lee-Fang Wei, I hired Jin-Der Wang, and some of the
11 other references, and I was responsible for
12 managing this, and ultimately I had the development
13 responsibility for the V.32 product line modems.
14         So I was very familiar with all of this
15 technology.  I wrote about this in our book.  So in
16 the book there's a whole chapter dealing with
17 trellis-coded modulation.
18         And I've taught many short courses
19 dealing with coded -- trellis-coded modulation.
20     **Q.   Where did you teach those courses?**
21     A.   I taught various short courses -- I
22 don't know if it's in my CV.
23         For the last, maybe 20 years, I've
24 taught short courses all over the world.  Typically
25 industrial short courses.  I started, let's say --

Page 197

1          - Gitlin -
2  I did the first one in Israel.  I taught at UCLA.
3  I taught in a company, CEI, in Europe.
4          And my first five, six years was all
5  about signal processing.  There's a whole section
6  on trellis coding.
7      **Q.   Are these short courses listed in your**
8  **CV?**
9      A.   Probably not.  Because they are -- they
10 are consulting.  So I just -- just as I don't list
11 in there expert witness consulting.  I've done a
12 lot of that.
13         I think I've taught now -- because I
14 just taught one -- more than 50 short courses.  And
15 the earlier ones were predominantly on signal
16 processing.
17         I was writing a book.  I taught a course
18 at Princeton University which is listed here.
19 Yeah, adjunct professor, E 526 dealt with trellis
20 coding.
21         When I was at -- visiting professor at
22 Columbia I taught two communication theory courses
23 and I covered trellis coding in those courses.
24     **Q.   I also see from your CV that you have 47**
25 **issued patents, and six of those -- six of the --**

50 (Pages 194 to 197)

**D161**

Page 198

1      - Gitlin -
2   six patent applications that are pending.
3      How many of those address trellis coding
4   modulation?
5      A.  There's certainly one that deals with
6   combining trellis coding and decision feedback
7   equalization.  That's the only one I can recall
8   now.
9      Q.  Which patent is that?  Can you recall
10  the number?
11     A.  No, I cannot.
12     Q.  Did that particular patent encompass a
13  novel means of performing trellis-coded
14  modulation?
15     A.  I assume so, otherwise it wouldn't have
16  been issued.
17     Q.  You mentioned it's a combination of
18  trellis-coded modulation and an equalizer.
19     A.  Yes.
20     Q.  Is the trellis-coded modulation that is
21  used in that patent the type that's known in the
22  prior art?
23     A.  Like many of these systems, you build
24  building blocks together and together.
25     You know, the patent was issued.

Page 199

1      - Gitlin -
2   There were some novel interplay between
3   the decision feedback equalizer and the
4   trellis-coded system.
5      Q.  Do any of these technical papers or
6   patents address Viterbi decoding?
7      A.  Well, the patent deals with Viterbi
8   decoding.  There's no paper that explicitly deals
9   with Viterbi decoding.
10     Let me just...
11     (The witness reviews document.)
12     A.  There's one, I may have left a paper
13  out.  It dealt with application of Viterbi decoding
14  to fiber optics systems.  And it was in the Bell
15  System technical journal.  I may have left it out
16  of my CV inadvertently.  I'm looking to see if it's
17  included.  I forgot about it.
18     Oh, there it is.  Reference 76.  Deals
19  with -- reference 76, paper 76, "Optimum Direct
20  Detection of Digital Fiber Optic Communication
21  Systems."  It deals with applying Viterbi algorithm
22  to fiber optic communication system.
23     Q.  Okay.  And that Viterbi algorithm is
24  used to decode what type of code?
25     A.  It's -- the Viterbi algorithm is a

Page 200

1      - Gitlin -
2   generic technique that does some form of
3   deconvolution.  This was to deal with a
4   polarization dispersion in a fiber optic system.
5   We're dealing with channel impairments.
6      Q.  So, is it fair to say that you made no
7   significant contributions to trellis-encoded
8   modulation?
9      MR. TROPP:  Objection.
10     A.  Absolutely not.  I brought it to
11  practice.  I was responsible for commercializing
12  the first system that used trellis coding.
13     Q.  So you were involved in commercializing
14  the system?
15     A.  Design of the system.
16     Q.  As well as the design of the system?
17     A.  Yeah.
18     You know, a lot of guidance to Lee-Fang
19  Wei's nonlinear trellis-encoded became part of
20  V.32, came about because I was doing my job, and I
21  asked him a question.  I said, Ungerboek has got
22  this code.  And in order to make a promotional
23  system we need to have a rotational at variance.
24     So that's what managers do.  You don't
25  want to compete with your people.  Nick Viterbi is

Page 201

1      - Gitlin -
2   a very bright guy.  I hired him.  I recognized the
3   opportunity.  I considered that a great
4   contribution.  It was so recognized in the company
5   by people that observed me.
6      Lee-Fang Wei came up with the
7   rotationally invariant trellis code.
8      So I strongly dispute your
9   characterization.
10     Since 1979 I have been a manager and
11  then an executive, and one of the things you learn
12  is you don't compete with your people.  You ask the
13  right questions.  Otherwise, you piss people off.
14     (Continued on following page to include
15  jurat.)
16
17
18
19
20
21
22
23
24
25

51 (Pages 198 to 201)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D162

Page 202

1       - Gitlin -
2           MR. KOLMYKOV: Fair enough. This is the
3   end of the deposition, and I thank you for your
4   time.
5           THE WITNESS: Sure, thank you.
6           THE VIDEO OPERATOR: The time is 5:39
7   p.m., June 23, 2008. This is completes the
8   deposition of Richard Gitlin.
9           (Time noted: 5:39 p.m.)
10
11      _____
12          RICHARD D. GITLIN
13
14  Subscribed and sworn to before me
15  this _____ day of _____, 2008.
16
17      _____
18
19
20
21
22
23
24
25

Page 204

1
2   ------------ I N D E X ------------
3   WITNESS       EXAMINATION BY          PAGE
4   RICHARD D. GITLIN  MR. KOLMYKOV        5
5   ------------ EXHIBITS ------------
6   GITLIN EXHIBIT            FOR ID.
7   Gitlin Exhibit 1 marked for        10
8   identification, declaration of Richard
9   Gitlin.
10  Gitlin Exhibit 2 marked for        73
11  identification, 5,243,627 patent.
12  Gitlin Exhibit 3 marked for       129
13  identification, Defendants' opening
14  claim construction brief concerning the
15  U.S. Patent 5,243,627.
16
17
18
19
20
21
22
23
24
25

Page 203

1
2       C E R T I F I C A T E
3   STATE OF NEW YORK   )
4                       : ss.
5   COUNTY OF NEW YORK   )
6
7       I, AMY KLEIN, a Shorthand Reporter and
8   Notary Public within and for the State of New York,
9   do hereby certify:
10      That RICHARD D. GITLIN, the witness
11  whose deposition is hereinbefore set forth, was
12  duly sworn by me and that such deposition is a true
13  record of the testimony given by the witness.
14      I further certify that I am not related
15  to any of the parties to this action by blood or
16  marriage, and that I am in no way interested in the
17  outcome of this matter.
18      IN WITNESS WHEREOF, I have hereunto set
19  my hand this _24th_ day of _June _, 2008.
20
21      _____
22          AMY KLEIN
23
24
25

52 (Pages 202 to 204)

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D163

| A |
|---|

ABC 3:12 5:7
abide 175:15
ability 8:2 68:16
  70:9
able 71:7 104:6
  137:4,17 141:7
  169:17
above 22:3 33:12
  43:10 131:8
Absolutely 127:17
  141:12 200:10
abstract 80:24
  82:14 83:24 89:24
  179:6
abundance 137:12
accept 98:8 125:25
  126:2,4
accepting 7:13
access 134:23,25
accomplishes
  167:17 181:2
according 72:18
accumulate 146:9
accumulated 147:4
  154:19,23 155:20
accurate 8:6 154:21
  155:2,3 163:15
achieve 137:18
  160:11 169:17
  170:5 172:20
  173:6 174:6
  183:10 188:24
  190:14,15 191:12
achieved 133:23
  169:21
achieves 169:16
across 21:9 133:14
action 203:15
active 25:2 53:3
actual 107:2,3
  119:9
actually 63:17
  130:24 175:4
add 33:13 143:18
  144:4 194:22
added 35:21 131:10
  137:20
adding 120:14
  132:23 133:5,6
  135:7,8 136:3
  137:17 138:7,8,24
addition 71:6 123:9
  184:15 189:23
additional 116:25
  133:18 169:2
  193:2 195:9
address 196:3,5

198:3 199:6
addresses 72:9
addressing 10:21
  64:8
adds 120:19
adjacency 181:4
adjacent 76:2,3
  166:11,20 169:10
  184:6 189:16
adjunct 197:19
adopted 139:25
  140:4
advanced 19:10
  22:11
advantage 67:16
  69:21 132:23
  133:2 135:9
  154:19
advantages 67:20
  67:24,25 71:4
advice 27:25
affect 40:18 91:5
affiliation 21:21
afield 26:22
after 71:15 114:2
  138:19 148:5
again 15:8 34:25
  90:15 108:22
  131:21 133:25
  149:11 169:14
  172:19 175:4,6,7
  176:20,23 177:24
  179:11 181:19
  182:9 186:20
against 68:19
ago 14:15 27:21
agree 9:19 12:19
  26:25 40:24 42:2
  42:5 44:18 50:2
  50:16 54:22 59:4
  59:8 60:24 71:10
  73:5 76:5 81:16
  82:23 83:8 84:15
  84:21 86:10
  103:21 125:20
  139:13 141:2
  159:17 167:6,10
  168:9,16 169:12
  170:21 171:20
  176:16 182:25
  188:9 193:21
agreed 116:20
agreed-upon 117:4
agreement 17:19
  175:15
ahead 99:6,11
  134:22 194:21
aid 94:16

algebra 53:21 54:5
algorithm 66:8
  144:22 145:18,24
  146:25 147:24,25
  148:10 199:21,23
  199:25
algorithms 47:11
Alliance 23:19
allow 14:12 124:4
allowed 64:23,24
  84:12
almost 47:25 53:6,6
  53:8 100:6 160:5
  184:7
alpha 99:20,24
  103:17 166:3,3,4
  166:5,10,10
  170:14,14 179:24
  180:11,11 182:14
  182:15,16 185:14
  185:16,16,17,17
  185:22,23,23
  186:11,12,15,15
  186:22,22,25
  187:11,11,15
  189:18 192:14
  193:15 194:10,17
  194:20,20 195:10
  195:13
alphabet 62:16
  63:21,23 64:2,21
  64:24 66:25 94:6
  104:12,21 156:2
already 29:5 83:17
  98:2 117:15
  125:23 154:23
alternate 165:25
  166:9
alternative 119:13
  148:4 157:10
alternatively 166:8
although 24:25 49:5
  85:14 89:16 122:6
always 27:22 60:7
  91:14 113:14
  120:13 123:9
  132:11 155:8
  160:13
among 113:14
  117:13 118:17
  160:24 161:15
  178:4
amount 65:24
  101:22 135:25
  141:17
ampli 50:5
amplitude 29:22,25
  31:7 32:9,22,25

33:3,7,8,20,21,25
  34:6,8 35:11,19
  35:25 36:4,5,13
  36:18,21 37:25
  40:2,13 41:6 45:4
  48:9,13,15 49:16
  50:7,10,14,14,20
  50:22 51:8,9,21
  52:4,5,11 53:10
  53:18,24 54:9,24
  55:3,5,10,20
  56:16,24 58:5,10
  58:13,15 59:6,12
  59:15 60:20 61:17
  66:21,22 67:15
  94:10 127:11
Amplitude/Phase
  69:15
amy 1:18 4:14 5:14
  203:7,22
analog 30:13,16,18
  30:19,23 31:2,3,5
  31:6,15,22,24,25
  32:2,18 38:22
  102:24 105:22
analyzed 119:8
ancient 157:13
andre 3:21 5:9
angle 45:20 46:12
  46:14,16 54:2
another 35:15,16
  46:20 53:9 69:20
  73:2 77:6 119:7
  162:8 167:10
  175:2 176:15
  191:5
answer 6:17,18,22
  7:6,24,25 8:3 30:5
  37:22 69:6 74:18
  93:25 116:23
  117:7,7 151:16
  159:3 160:7
  164:11 190:20
  192:20 193:5,11
  194:5
answered 193:3,6,8
answering 28:16
answers 26:9
antennas 22:14
anybody 140:4
anymore 140:23
anyone 18:13 42:12
  54:19 56:22
  122:17
anything 8:5 65:2
  143:5 160:6 177:6
anywhere 52:24
  78:8 164:10

apart 18:14 52:5,10
  53:10,15
apologize 65:14
  152:21 186:17
appear 153:23
  166:11 184:18,18
appeared 6:2
appears 166:6
  190:14 191:12
  193:20
application 100:3
  140:6 199:13
applications 71:20
  136:10 140:17
  198:2
applied 53:14
applies 39:17,18
apply 96:17 113:18
  139:23
applying 63:17 79:8
  199:21
approaches 160:15
appropriate 7:10
  26:19
approximately 4:10
arbitrary 55:13
  126:4 162:17
arc 54:3
architecture 157:16
  188:23
area 9:21
areas 17:14 26:22
arguing 117:17
argument 39:17
arguments 83:22
arise 7:11,12
arithmetic 105:9
  106:15
around 25:21 72:13
  128:13 166:24
arrangement 122:3
array 192:14
art 16:7 74:7 75:9
  75:13 76:13,15
  101:5,16,17 102:5
  124:17 137:5,6
  164:18,18 177:18
  181:9 198:22
article 124:13
articles 107:24
ascribe 85:24
ASIC 98:15
asked 13:22 14:7
  18:3 31:12 32:13
  48:23 51:2 56:6,7
  76:18 86:25 93:22
  93:23 130:23
  142:7 152:19

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D164

Page 206

183:25 190:17
193:2 194:2
200:21
asking 6:15 28:3
50:13 106:9
116:18 136:6,22
137:3 151:7
165:15 175:14
176:9 189:5
190:23 191:5
192:12
aspect 66:12 138:14
aspects 20:8
assertion 74:10
associate 3:21 5:8
147:2
associated 159:24
194:13
association 4:15
105:2
assume 6:22 16:17
17:2 32:18 34:23
104:24 150:17
151:11,20 153:22
157:23 173:16
198:15
assuming 28:9
37:22 100:7 123:8
178:19
ATSC 23:15
ATSE 71:23 72:14
attached 15:17,25
27:9
attachments 10:13
attempts 146:5
attend 24:8 25:12
25:14,17 153:21
attended 24:13,15
24:20 25:8,13
26:4
attending 24:11
attention 16:12
168:7
attorney 8:4 27:22
84:4,19 153:5
attorneys 1:15 2:5
2:13,21 3:5,12
6:25 11:14 14:7
14:25 16:9 18:14
153:6,8,11,14,25
154:2
attorney's 27:24
attorney-client 7:6
attributes 70:6
AT&T 20:16,23
available 156:2
Avenue 1:17 3:13
4:9,16

average 138:9
aware 6:12,14 15:4
15:11 28:6 117:12
124:3 143:5
awfully 17:14
axes 36:19 48:22
104:24
a.m 1:12 4:10 38:16
38:20 58:21

**B**

B 2:18
bachelor's 18:21
back 27:13 34:12
38:20 49:2 54:5
58:25 75:15 78:25
89:5 95:7 112:21
127:7 131:6
132:18 144:14
145:8,12 146:24
147:14,20 152:7
155:20 156:14
158:11,24 164:5
165:10 179:20
181:12 185:6
background 18:20
backward 147:2
bad 160:5
ban 19:19
band 19:14,24,25
35:13 39:25 53:3
70:24 97:19
bandwidth 63:13
band-shaping 96:19
base 139:20
based 37:12 48:17
83:20 93:8 108:10
109:13 138:3
139:10 146:17
147:5 156:21
158:4 159:6,19
basic 30:25 80:18
93:6,12 123:6
basically 11:20
144:21
basis 9:5 44:11
bear 158:24
bearing 70:10
became 25:2 71:2
141:14,17 148:9
200:19
become 14:13 134:5
141:19
becomes 40:7
becoming 28:23
before 1:18 5:23
10:5 13:19 14:17
16:3 20:10 26:9

35:5,22 36:12
44:20 63:17 74:2
85:21 110:12
124:15 130:21,25
131:5 149:24
152:3 153:2
171:10 183:25
188:22 190:13,17
190:19 202:14
begin 149:22
151:10
behind 187:9
being 4:8 33:21
71:7 80:3 106:21
120:12,12 148:23
149:25 150:2
154:23 157:17
169:7 170:8
believe 11:19 20:17
91:24 129:24
130:6 139:18
187:6
Bell 6:3 18:25 19:8
21:9,21 22:10
23:21 199:14
belonging 160:24
benefit 47:10
best 8:2 56:3 66:9
137:14 145:25
beta 99:20,24
166:10,10 179:24
186:11 187:2
189:18 192:15
193:15 194:10,18
194:20,20
better 68:4 73:14
136:19
Betts 18:6 20:25
66:3 72:9 75:19
75:19 94:7 167:14
168:21 177:4
between 31:21,22
32:15 39:5,10
40:9 54:6 55:22
60:5 67:8 72:5
76:19 85:23
110:20 111:21
113:11,17 114:22
119:17 131:13
155:21,25 162:6
162:10 165:7,17
199:2
beyond 16:19 27:10
28:12 113:13
116:9 117:4,20
118:7 120:17
175:6,18 176:12
181:19

bias 26:17
bid 96:14
big 140:19
billions 140:20,20
binary 92:8,15,18
106:18 107:18
bit 16:14 35:7 65:3
93:9,13 96:5 97:5
97:13 98:4,10,18
98:20 103:19
107:8 108:20,20
108:24 109:2,3,8
110:11 111:10
112:6 113:25
114:3 119:24
120:14,19 123:9
131:10 132:23,24
133:5,6 135:7,8
136:3 137:18,19
138:7 143:19
144:5 152:2,11,16
165:2,2 193:17
BLAST 22:9,23
block 40:20 79:7
116:12,12 167:4
191:23 194:2,7,17
194:18,19
blocks 194:17 195:3
198:24
blood 203:15
bodies 27:20
book 15:8,19,22,24
31:4 54:17 69:25
91:18,25 92:10
139:9 196:15,16
197:10
BORUN 2:20
both 33:23 34:20
35:3,5,8 36:3 38:6
39:8,12,14 42:22
42:25 43:12 44:12
46:25 62:12
152:25 156:5
169:18 172:10
188:11
bottom 131:7
bounds 117:5
box 120:9
break 38:11,15
73:15 88:12 144:8
184:24
breaks 7:4 166:9
brief 129:17,20
130:3 204:14
briefly 18:19
bright 201:2
brings 83:4 175:5
broad 2:16 23:12

broadcaster 25:17
Broadcasting 3:5
brought 200:10
build 19:23 70:3
71:7 98:23 127:25
154:25 155:3,5,8
160:3,4,5 171:5
198:23
building 127:21
150:15 162:21
198:24
builds 75:2,3
164:17
built 19:23 171:17
bunch 10:15
burst 75:10,13,15
75:23 76:6 91:5
184:8,19
business 22:7 137:7

**C**

C 2:2 3:2 5:12 89:6
124:12 203:2,2
cable 22:6 25:14
calculated 109:12
136:21 156:17
calculates 108:9
139:12 155:20
156:21
calculating 149:14
150:21 152:4
153:3 155:25
158:22 159:19
calculator 156:16
California 3:7 29:2
call 14:24 54:8
66:10,13 73:3
145:18 149:18
162:8 168:3
174:15
called 16:11 51:8
72:12 86:23
104:16 105:15
147:2,3,13,19
178:12
calls 50:25 91:19
came 136:25 138:19
147:6 196:9
200:20 201:6
cancellation 19:16
20:8 48:4
Canterbury 2:15
capability 135:14
135:17,19 141:4
141:11
capacity 9:15
171:11
capital 126:18

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D165

caption 50:6
care 122:20
carried 81:8 169:7
carrier 30:10 31:7
    33:12 38:2 40:13
    42:23 43:12 44:15
    56:7 60:16 70:6,9
    71:5
carries 68:20,23
    103:21
carry 118:18 119:6
cartesian 36:20,22
    37:8,17 44:11
    45:25 46:3,8 47:3
    47:6,9,13 48:21
    56:9,23
case 4:7 6:4 9:8
    10:25 11:2 14:21
    16:24 17:3,5
    30:13 35:10 61:20
    66:23 85:18 86:12
    86:14 88:5 90:24
    94:14 104:10
    114:7,19 117:14
    118:9 119:12
    120:23 124:4
    127:13 132:18
    139:20 147:10
    153:8 164:13
    178:23 180:25
    194:10
cases 5:25 120:20
causes 74:21
CBS 3:12 5:7
CCITT 24:21 27:18
    53:2
CEI 197:3
celebrated 40:22
    157:2
celebrity 141:14
    148:9
Center 2:6
certain 16:19 97:24
    125:16 146:9
certainly 24:11,16
    25:10 26:18 28:15
    36:2 67:21 71:16
    121:16 175:10
    198:5
certify 203:9,14
chain 111:19
challenge 117:18
chance 21:2 112:24
change 32:10 36:17
    44:15 56:16,17,24
    57:3,12 73:13,16
    112:14 127:9
changed 33:21

38:25 42:25 46:20
    55:3 56:7,10
changes 30:24
    37:25
changing 30:9 33:2
    33:3,6,24 34:7,10
    36:13,14,20 42:15
    43:23 44:7,12,16
    45:15,17,18,20,22
    46:16 51:10 55:8
    55:14,15,20,21
    56:2 57:5 157:4,6
    157:20,20
channel 13:6,9,21
    14:2 60:6 64:12
    70:23 74:13,25
    78:19 79:9,13,15
    79:24 80:3,9,10
    80:15,19,25 81:6
    81:10 82:4,8,15
    82:16,18 86:21,22
    86:24 87:3,5,8,21
    87:23 92:12,23
    93:5,19 94:4,23
    100:12,15,17
    101:5,10 102:11
    102:14,21 103:2,3
    105:5,7 111:14
    113:12 132:2
    149:19 150:19
    151:23 152:4
    153:2,3 154:18
    157:20 160:25
    163:8 165:8,18
    167:19,21,24
    169:8,10 170:8,10
    178:2,12 180:2,6
    180:9 181:14,18
    182:6,11,18 183:2
    183:3,11,21,22
    185:25 190:11
    192:2,10,22
    193:23 195:4,6
    200:5
channels 20:6
channel-encoded
    118:24
chapter 15:20 69:25
    139:10 196:16
characteristic 32:9
    45:15
characteristics 30:9
    30:24 55:9,21
    56:2
characterization
    201:9
characterizations
    84:18

charles 2:25 5:2
charm 147:23
Charter 2:21 5:3
check 187:4
checked 187:7
Chicago 2:24
CHIEF 1:8
chip 97:17 98:15
    134:21 172:9
choice 37:14 157:8
choices 37:11 67:3
choose 64:22
chosen 104:20
    149:5
circle 41:15,24
    48:10,11
circles 66:24
circuit 85:21 97:4
    97:12,15 167:15
    167:25 168:2
    169:21 170:12,14
    170:22 171:7,21
    171:25 178:14
    179:25 180:21
    189:24 191:25
    192:9,24 193:13
    193:18 195:17
circular 192:12
circumstance 72:7
circumstances 17:2
    118:16
cited 75:16
cites 195:23
City 18:21
claim 1:16 10:21,24
    11:7,9,10,11,13
    11:17,22,23 12:5
    12:6,10,11,19,24
    13:3,3,7 14:5 15:2
    16:4 17:8 26:16
    27:2 74:10 75:25
    79:17,18 80:9,21
    81:21,25 82:4,8
    82:11,21 83:3,4,5
    83:8,9,11,12,14
    83:15,17,18,21
    84:2,11,12,15,16
    84:21,22 129:19
    130:3 168:4,6,14
    168:16,20 169:5,6
    169:17 175:20
    181:12 182:5
    204:14
claimed 181:8,11
    190:2 191:9
claims 12:15 14:3
    77:12 84:6,8
clarification 83:13

83:19
clarifications 84:9
clarify 6:20,21
    120:4
class 40:21
classic 167:3
clear 32:17 41:5
    73:6 77:11 90:5
clearly 150:13
clever 188:25
clock 171:11
clocks 165:25
close 17:14
closely 20:12
CMTS 22:7
coach 7:18
coaching 7:16
code 76:4 96:11
    97:19,24 110:15
    120:11,20 122:4
    199:24 200:22
    201:7
coded 19:15 38:4
    39:4,5 40:3,4
    65:20 127:8
    157:18 182:13
    196:19
coder 115:23
    119:24 125:12
    126:21 127:22
    139:21 143:5,9,16
    145:2 182:14
coders 132:8 167:16
codes 31:10 40:20
    40:20,21,21 116:4
    120:18 124:20,25
    125:4 148:11
coding 40:8,23 43:8
    43:9 68:8 93:11
    93:22 95:22,24,25
    95:25 96:4 127:18
    133:9,21,22
    135:10,15,18
    136:10,12,18,21
    136:25 137:4,11
    137:19 179:12
    196:8 197:6,20,23
    198:3,6 200:12
coherence 71:5
coinventor 19:14
    20:21 21:2,6
collection 54:15
College 18:22
colloquy 175:13
    176:20
Columbia 18:22,24
    197:22
column 77:22 85:4

89:15 154:10
    156:12 158:17
    164:12
columns 154:12
    166:25 167:3
combination 52:10
    103:4 163:6 183:2
    195:16 198:17
combine 40:23
    100:5
combined 51:21
    100:7
combines 95:25
combining 198:6
come 21:9 82:20
    119:19 186:15
comes 17:14 18:6
    140:8
coming 103:16
    127:7 132:18
    162:2 175:15
    182:14 186:22
comma 105:3
comment 13:23
    56:20 76:18 84:20
    84:25 124:20
    125:6 140:23
    155:4 183:25
    184:4 190:16
commented 12:23
    13:2,24
commenting 190:3
comments 124:19
commercial 44:22
    71:15 72:11
commercializing
    200:11,13
common 75:9
    123:24 147:17
commonly 45:9
communicating
    134:25
communication
    22:11 53:7 54:21
    56:5 78:19 81:5
    100:4 179:7
    197:22 199:20,22
communications
    2:21 5:3 9:23
    16:19,25 17:21
    19:11 22:13 31:5
    124:2 137:8,9
commutator 168:2
    192:16
companies 25:11,14
    25:17
company 197:3
    201:4

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D166

Page 208

compare 135:23
  136:15,15,17
compared 155:23
comparing 187:14
compatible 48:18
  48:20
compensate 75:15
compete 200:25
  201:12
complements
  105:20 106:17
complete 8:6 30:11
  30:12 55:22
completed 7:2
completely 36:18
completes 58:20
  163:24 202:7
complex 47:15 48:3
  106:25
complexity 122:5
  123:13 148:2
compliant 19:25
complicated 120:16
  122:15 130:16
complies 42:17
  49:12 130:9
component 44:24
  44:25 46:10 59:25
  67:15
components 43:24
  53:13,14 56:7
  59:21,23 60:25
  67:12 191:18
composed 80:11
composite 35:18,20
  40:14
comprise 79:15
comprised 63:20
  80:4,6,16,19 82:5
  82:9
comprising 132:2
compute 110:10
  149:12
computed 46:11
computer 101:21
concatenate 93:3,18
concatenates 94:3
conceivable 122:10
conceive 122:3
concept 34:12 37:2
  40:24 44:14
  129:12
concerned 16:14
  24:24 33:9
concerning 129:20
  130:4 204:14
conclude 162:4
concluded 142:3

conclusion 138:2
  139:14
concurrently 36:3
confer 6:24 7:3,9
confine 118:5
confined 35:13
  37:20
confirm 82:24
confirmation 49:20
confuse 96:3
confusing 146:12
  146:12
Connecticut 2:17
connection 10:25
  99:5
conscious 116:3
consequence 133:3
  133:4
consider 9:21 52:16
  101:24 102:4
  133:12 146:15
  162:14
consideration 37:18
considerations
  37:21
considered 119:12
  119:13 136:20
  176:4 201:3
considering 14:2
  91:9
considers 139:14
consistent 86:7
consists 95:20
constant 33:11,12
  41:24 45:4 82:19
  82:20 148:3
constellation 44:3
  45:10 55:13 57:16
  57:17 58:16 59:12
  61:16,17,18 62:9
  62:10,14,19 63:2
  63:6,19,20,21
  64:15,20 65:18
  66:15 69:11,13
  90:9 104:14,15
constellations 54:14
  57:22 67:23 69:16
  71:8 106:25
constituent 74:22
  79:14 81:11 86:8
  90:8 104:11,13
  115:4 119:21
  127:23 131:22
  179:9,14 183:8
constitute 151:22
  180:6
constituting 149:19
  150:19 153:2

constraints 136:7
construct 55:11
  61:11 91:3 178:18
constructing 128:5
construction 1:16
  10:21,25 11:9,23
  14:5 26:16 27:2
  89:24 129:20
  130:3 175:20
  204:14
constructions 11:5
  11:7,11,12,13,17
  11:22 12:6,10,11
  12:15,20 15:3
  16:4 17:8
construed 7:13
consulted 29:6
consulting 29:3,4
  197:10,11
contemplated
  153:22
contents 101:3
context 30:5 37:22
  43:7,17 44:10
  52:8,22 59:10,11
  62:11 64:5 72:8
  72:20 80:23 83:11
  86:3 87:15 90:23
  91:3 100:17,25
  101:14,18,19
  102:10 113:20
  128:3 130:15
  144:20 151:7
contexts 100:21
context-dependent
  41:2
continue 82:24
  113:13 176:25
continued 3:2 20:11
  89:9 201:14
continuing 73:20
  99:7,10
continuous 30:14
  31:16 32:19 34:4
Contrary 141:12
contribution 27:23
  28:8 201:4
contributions 19:15
  19:17 24:6 29:18
  200:7
control 48:15
convenience 105:25
  106:22
convenient 37:11
  88:11
conveniently 47:2
conventional
  156:17

converter 194:23
converts 106:15
convey 20:5
conviction 71:2
convolution 40:20
  108:21
convolutional 40:21
  108:25 109:9
  111:9 122:4,14
  148:11
coordinate 36:10
  37:15 55:16,17
  56:4 63:14 96:16
  156:15,22 159:7
coordinates 36:17
  36:20,23 37:8,14
  37:17 41:22 44:11
  44:12 45:3,19,21
  46:2,4,6,9,22 47:3
  47:6,6,10,13,15
  48:3,22 52:13
  54:7,20 55:20,23
  56:10,10,13,19,23
  58:4 107:3,6
core 106:20
corner 58:14 62:2
Corp 2:14 4:12,15
Corporation 2:13
  4:24,25
correct 19:4,5,11,12
  21:17 23:3,24
  30:22 64:13 68:21
  74:17 75:8 77:16
  78:4 80:8 92:6,13
  95:23 97:24
  100:13 108:11,23
  121:5 125:24
  132:5 138:4
  141:22 146:6
  154:4 157:23
  161:3 167:19
  178:2 180:3,7,15
  180:18 187:7
  190:7,12 195:24
correcting 135:13
  135:19 141:11
correction 141:3
  157:13
corrections 187:5
correctly 156:5
correlate 120:13
correlated 118:25
correlation 118:12
  118:16,17,20
  119:5
correspondence
  110:20
corresponding

150:15
corresponds 62:25
cosine 33:17,23
  34:14,16 35:3,6
  35:11 36:3,8,16
  53:15,22 62:13
  63:9,14 96:12,18
  106:4
cost-conscious
  100:4
counsel 4:17 7:3,20
  12:10,16,20 16:19
  16:25 17:13,22
  26:10 28:4 177:17
Counterclaim 9:2
COUNTY 203:5
couple 14:15 136:8
course 10:16 27:9
  96:18 197:17
courses 196:18,20
  196:21,24,25
  197:7,14,22,23
court 1:2 4:6,14
  5:10 8:10
court-submitted
  15:2
covered 197:23
co-published
  195:24
create 20:18,19,22
  93:4,19 96:22
  119:6 161:14
created 163:10
creates 94:4 95:15
  95:16
cross 71:9
cross-examine
  153:21
CTO 21:22 28:25
curiosity 98:25
current 28:20 93:8
  108:12,14,18
  109:4
CV 10:15 18:17
  20:15,19 26:19,21
  27:9 195:19,23
  196:22 197:8,21
  199:16
cycle 121:7,10,13
  121:18 122:12
  125:16,19,19,24
  126:2,3,7,8,8,10
  128:24 132:11
  142:17 143:11
  167:2 174:4
cycles 109:15
  110:10 142:14
  143:7 166:7

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D167

cycling 166:24
C6 105:3

**D**

D 1:14 2:10 5:12,12
18:18 42:16 45:11
49:10 89:6,6 92:3
124:8 156:9,10
177:5 189:8
202:12 203:10
204:2,4
dash 151:18
data 19:10 20:5
21:22,25 22:17,20
30:10,15 31:16
34:21,22,24 35:4
35:9 53:13 70:24
77:9 78:18 81:5
92:5,8,9,11,15,19
105:13,14,16
116:12 132:3,12
134:17 135:24,25
141:6,7 178:4
179:7
dated 130:5
dates 11:14
day 2:12 4:23 176:8
202:15 203:19
DB 70:18 133:15
134:2 135:16
137:2
DC 33:10
de 159:4
deal 56:4 87:2
124:18 181:8
200:3
dealing 34:23 47:16
51:12 56:24 66:4
72:9 75:13,23
90:2 168:22
174:13 196:16,19
200:5
deals 15:20 32:3
82:13 87:20
113:21 122:25
123:4,6 125:12
198:5 199:7,8,18
199:21
dealt 22:17 197:19
199:13
debate 72:5
debates 72:6
decide 145:15
decision 19:25 20:3
147:12 157:22
158:3 196:8 198:6
199:3
decisions 156:14,16

156:21 157:9
158:11,15,19,20
158:21,25 159:6
159:10,12
declaration 8:20
9:24 10:3,18,20
11:6 12:7,14,17
13:11 14:16 15:18
15:25 17:12 18:12
21:15 26:15 27:3
27:3,8,11 29:16
42:19 43:15,22
45:13 49:10 75:25
92:3 99:2 100:24
107:11 112:9
116:9,25 117:21
118:6 120:7
124:10,16 131:7
132:22 142:2
156:9 159:5
160:17 175:7,17
175:23 176:6,13
177:5 181:20
187:25 189:7,12
195:22 204:8
declaring 190:3
decode 141:7
152:24 199:24
decoded 144:17
decoder 66:7 78:18
135:19 144:21
145:17,18,19,21
146:4,9 148:13,17
149:14 150:20
151:13 152:2,24
155:11 156:13,21
157:11 158:6,9,10
158:12 159:4,18
163:7 164:20
decoders 148:12
decoding 48:4
199:6,8,9,13
deconvolution
200:3
decrease 141:9,10
decreased 135:14
138:24 141:3
decreasing 68:7
dedicated 189:7
deeply 146:10
defend 153:25
Defendants 6:24
7:20 8:25 9:12,16
11:23 129:16,19
130:3 153:13,21
153:22 204:13
defending 153:11
define 30:16

defined 48:2,5
123:16 128:13
175:16
definition 30:6,7,11
30:12 31:24
degrades 184:8
degrading 70:25
degree 18:21,22
101:21 129:5
degrees 34:19 35:21
53:15 68:17
deinterleaving
172:7
delaware 1:3 4:6
delay 108:17 165:25
167:7
delays 157:18 166:8
deletes 69:16
demasi 3:15 5:6,6
demodulator
156:25 157:3,14
157:25 158:8
159:11
demonstrating
187:9
demonstration
124:16
depend 40:15
108:17
dependence 163:5
dependencies 163:7
dependency 39:10
40:9 119:11 162:8
162:9,11,22
dependent 82:21
84:6 109:17 119:3
129:2 168:25
195:12
depending 64:8
66:2 87:13 102:16
103:13 172:12
depends 29:11
45:16 52:7 59:10
64:4 98:13 100:2
108:15,16,20,24
109:4,8 171:10
depicted 66:24
172:21 186:5
187:17 191:18
194:14,19
depicts 185:9
deployed 12:5
deponent 73:19
deposition 1:14 4:3
4:8 5:22 6:4,25
8:14,17 14:9
16:10,16 17:9
26:12,14,20,24

27:2 28:11 29:13
73:18 116:21
117:5 175:16,20
176:7 202:3,8
203:11,12
derailment 189:15
describe 18:19
139:9 160:23
165:15 166:14
described 43:10
61:24 71:6 75:4
132:9,10 158:4
192:18,19
describes 86:4,11
168:21
description 21:13
83:25 99:8,10
122:16
design 71:11 92:21
94:2 121:12,17
122:10,11,21
125:8,14 142:25
144:4 159:18
172:20 200:15,16
designated 99:16
186:6
designed 120:25
122:22 142:22
designers 37:10
designing 159:15
designs 100:4
desired 169:16
170:5 190:13
detail 76:9 104:2
124:18,20 125:6
156:5 177:19
178:16 184:3
detailed 23:8,11
77:12 83:24
details 23:13 115:22
164:22
detection 71:6
199:20
determine 45:7
145:9
deuce 105:20
106:16
developed 148:10
development 20:9
196:12
device 97:12 98:16
98:19,21 99:25
107:2 109:5
170:24,25 172:16
devote 69:24
devoted 140:10
diagram 63:11 79:7
118:23,23 144:24

174:10 178:13
191:23 194:2,7,17
194:19
dialed 134:23
dictionary 30:6,7
differ 34:15 35:24
136:10
difference 31:20
32:15 39:5 67:8
131:13 162:10
different 11:21 19:7
20:13 27:19,19,20
27:20 34:18 40:17
50:24 51:17 54:14
57:16 72:7 76:6
95:21 121:2
126:17 151:12
167:4 188:23
189:2 193:8,14
differentiate 162:6
differentiation 84:3
differently 77:10
172:21
differs 31:15 36:2
difficult 122:16
digital 9:23 23:3,5,6
23:16 31:14,22
32:3,4 34:22,24
35:25 37:10 38:23
53:7,13 54:21,22
55:7 56:5 63:12
97:22,23 98:3
100:7 105:14,16
106:10,12,22
171:3 172:9
199:20
digits 106:18
dimension 39:2,11
54:23 55:6 178:24
dimensional 86:22
90:24 131:23
dimensionality 39:7
40:14,18 44:19
56:18 67:21 78:8
78:13 79:18 85:17
86:16 89:19,21
90:17 102:16
103:14 146:13
151:18,19 167:23
dimensions 39:12
39:14,16 42:22
43:12 52:15 55:8
66:6 69:11 71:8
81:12 133:14
149:4 178:20
Direct 199:19
directly 70:9
director 19:9 20:9

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D168

Page 210

25:3
**disadvantages** 135:6,10
**disagree** 193:10
**disclose** 26:7 28:7,8 77:2 78:7
**disclosed** 156:25
**discloses** 77:5
**disclosure** 21:10 78:12
**discrete** 9:9 30:15 31:16 96:6
**discuss** 163:18 164:9
**discussed** 189:10
**discussing** 89:14
**discussion** 37:20 51:13,14 61:9,10 100:10 116:15,18 154:8 189:4
**discussions** 18:13
**dispersion** 200:4
**dispute** 201:8
**distance** 155:25
**distinction** 76:19 98:7
**distinguish** 178:7
**distorted** 47:7 48:11
**distribute** 166:19
**distributed** 85:19 90:24
**distributes** 167:15 178:4 193:14
**district** 1:2,3 4:6,6
**Docket** 1:7
**DoCSIS** 23:24 24:3
**doctor** 18:23
**doctrine** 84:2
**document** 10:5,6,11 10:12 11:24 13:13 45:11 49:18 51:18 57:20 74:2,9 78:10 79:21 80:14 82:22 83:6 85:8 86:19 87:19 90:18 112:13 113:6 124:14,24 129:25 130:12,16,20,20 130:25 131:3,4 139:17 158:18 160:21 168:8,13 168:18 169:15 172:4 179:5 182:8 183:5 185:20 186:7 191:20 196:4 199:11
**documents** 15:2

17:6
**doing** 57:9 65:5 71:15 122:9 133:3 133:4 146:11 170:3 189:25 190:4 200:20
**dollars** 140:21
**domain** 22:14,14 45:24
**done** 6:3 11:7,11 45:9 47:2,12 49:5 49:6,9 63:16 64:9 71:16 172:2 191:6 191:23 197:11
**down** 6:16 112:10
**downstream** 140:14
**Dr** 5:18 9:14 17:7 26:15 27:3 28:4 28:20
**drafting** 29:16
**draw** 46:12
**drawing** 188:3 189:11
**Dreier** 4:12,15
**drew** 98:7
**Drive** 2:22
**driving** 161:20
**drools** 146:18
**DSL** 20:21
**DSP** 97:19,20,21,22 105:4,11,15,25 106:2,5,10 171:5 171:11,17
**due** 14:17 162:7
**duly** 5:13 89:7 203:12
**during** 7:3,4 14:18 14:18 60:18 64:14 100:10 142:4,11 144:5
**dynamic** 146:20 147:2

**E**

**E** 2:2,2,25 3:2,2,8 3:15 89:2,2 197:19 203:2,2 204:2
**each** 36:4,7,19 43:11 46:18 53:13 62:18 78:3,5 80:3 81:13 82:6 85:18 86:8 90:24 92:23 94:15 103:18 111:18 115:3 127:11 131:18 146:23 147:3 151:4 153:14

154:4 155:19,23 166:12,21 169:8 170:15 176:24 178:19 181:6 193:16 194:13 195:10
**earlier** 11:8,11 95:22 120:3 197:15
**early** 7:9
**easier** 37:7 139:3 141:5
**echo** 19:16 20:7,8 48:4
**educational** 18:20
**Edwards** 21:5
**effect** 119:11
**effectively** 9:9 33:24 36:5
**efficiency** 120:18 138:5
**efficient** 123:25
**efficiently** 30:21
**effort** 140:10
**eight** 9:10 46:17 110:13,22 121:18 121:21,24 122:11 122:23 125:9 128:6,9,16,22
**eight-dimensional** 87:5 127:22,24 128:5
**eight-patent** 9:13
**either** 48:7 63:14 65:21 123:19 128:12 133:9
**elaborate** 23:10 35:7
**electrical** 101:21
**Electronics** 2:14 4:25
**element** 103:25 106:4 123:5,6 165:19 167:7
**elemental** 93:12
**elements** 100:5,7 108:17
**Elisa** 4:12,15
**embodiment** 85:15 86:11,15 87:2 89:17 192:5,6,8 194:3
**embodiments** 81:7
**embodying** 79:9
**employ** 137:17 140:12 186:21 191:19
**employed** 134:9,16

185:11 187:20
**employing** 188:16
**employs** 90:6
**emulate** 150:6 163:13
**enables** 170:5
**encode** 121:20,23 122:23 125:22,24 126:3
**encoded** 13:5,9,20 14:2 79:11,24 94:25 100:11 141:7 192:10
**encoders** 99:20,22 103:5 117:20 123:3,16 124:4 132:10,14 164:19 178:5,10 179:23 186:11 188:12,16 189:18,22 192:15 193:15,22 194:10 195:7,17
**encoding** 22:17,20 25:6 40:15,17 72:3 76:16 77:14 93:7 95:20 97:13 98:4,8,11 99:8 100:11 162:21
**encompass** 198:12
**encompassed** 16:2
**encompasses** 135:18
**end** 22:8 111:19 138:2 142:7 144:16 163:11,22 202:3
**ended** 89:14
**ends** 112:16
**engineering** 18:23 101:21
**engineers** 46:3 160:13
**English** 40:7
**enhancements** 19:23
**enough** 100:8 104:2 134:5 172:14 178:15 202:2
**entire** 73:17 168:6 189:6
**entirely** 73:14 138:3
**entirety** 10:11,12 16:2 18:9 177:15
**entitled** 153:14 154:5
**entity** 180:13,25
**environments** 72:20
**envision** 115:13

117:23 152:23
**equal** 90:7 152:17
**equalization** 19:20 48:4 198:7
**equalizer** 19:14,19 19:20,22 156:19 156:25 198:18 199:3
**equalizers** 19:24 20:2,3
**equalizer/demod...** 156:15
**equally** 39:9
**equals** 164:13
**equate** 78:22
**equated** 141:21
**equivalence** 55:22
**equivalent** 36:19
**equivalently** 41:14
**error** 68:4,7,12 91:5 133:10,19 135:13 135:16,18,22 136:17 138:16,16 141:3,10,16
**errors** 75:10,13,15 75:24 76:6
**especially** 100:6
**ESQ** 2:8,10,18,25 3:8,15
**essence** 36:12 86:5
**establish** 117:11 177:25
**established** 53:12 61:18 63:23 64:21 125:23
**establishing** 40:9
**estimate** 145:3,25 146:5 150:6 163:13,16
**estimated** 149:25 150:2
**estimates** 66:9 146:5,8
**estimation** 147:9
**estimator** 145:23
**Europe** 197:3
**evaluate** 148:7
**even** 52:23 57:2 68:5 72:18
**ever** 5:22 21:9 24:8 34:20 78:13
**every** 25:12 41:14 61:14 81:9 126:18 126:21 127:8 131:10,11 132:23 132:24 133:5,6 135:7,8 136:3 137:18,20 138:7,8

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D169

150:6,9 151:25
152:15,16 153:14
163:2
**Everything** 191:22
**Everywhere** 90:4
**evidence** 137:22
**evolution** 144:25
145:2 162:13
**exactly** 13:4 174:21
**examination** 5:16
7:2 89:9 204:3
**examined** 5:14 89:8
**example** 22:5 25:25
27:18 31:2 32:2
32:24 39:11,19,23
44:2 54:24 55:2
58:15 59:7,14
64:10 66:3,4,20
66:22 67:15 69:14
74:12,14 75:16
91:18,21 98:20
104:22 106:16
107:2 110:2,4,8
111:4,6,15,17
113:21,23 115:3
115:16 118:3,10
121:3 123:12
126:12 127:7
132:18 133:13,24
134:19 139:24
149:2 161:25
173:4,8 178:5
179:18 180:10
195:13
**examples** 106:16
110:25
**excepting** 16:25
**exception** 7:5
**exceptions** 49:6,7
175:16
**excuse** 93:10
**execute** 97:20
**executive** 201:11
**exhibit** 9:25 10:2,14
42:20 73:3,11
124:9,12 129:17
129:18 130:2
195:21 204:6,7,10
204:12
**EXHIBITS** 204:5
**existed** 15:3
**expand** 120:5
121:13,18
**expanded** 93:9,13
108:7 109:8
120:10 121:4,9
132:17 141:24
142:4,9,15,16

143:8,10,12,17
164:14
**expander** 96:5
**expanding** 129:13
**expansion** 96:14
98:11 100:12
103:19 108:6,19
108:23 109:2,3
114:2 115:11
119:25 120:3,13
123:2,8 125:13,20
127:16,20 128:13
128:16,23,25
129:6,9,11 131:19
132:3,12 141:21
142:5,11 143:3,18
144:5 164:16
165:2,2 193:17
**expansions** 115:10
121:2 122:24
125:10,15,19
128:10 129:2,5,7
**expect** 73:22
**expected** 64:12
**expedites** 145:7
**expeditious** 47:5
**expeditiously** 47:2,5
**experience** 16:6
27:10 53:5 54:11
97:18 101:22
102:3 153:24
155:18
**experiment** 160:14
**experiments** 70:21
**expert** 8:23 23:13
72:2,21 197:11
**expertise** 9:22
**explain** 161:5
**explained** 47:12
143:6
**explanation** 148:14
**explicitly** 199:8
**explore** 26:23
**exploring** 26:15,19
**exponent** 148:5
**exposed** 116:3
**expurgates** 69:17
**extending** 76:15
**extent** 26:19
**extra** 131:10 132:23
133:5 137:18
138:7
**extremely** 122:7
**e-mail** 26:13

**F**
F 89:2 203:2
**fabio** 3:8 5:4

**fact** 6:2 9:13 40:22
73:6 105:24
133:18 137:24
161:13 162:20
**factionally** 19:25
**fair** 30:8 33:20 38:2
72:10 100:15
102:11 108:19
130:22 156:20
176:13 180:20
200:6 202:2
**fairly** 76:17
**Falconer's** 157:2
**familiar** 23:6,15,18
42:14 45:25 47:17
47:25 56:21 72:21
115:24 122:16
129:12 196:14
**family** 41:18
**far** 12:2 26:22
178:7 181:9
**fast** 157:3,19
**faster** 157:6
**fed** 158:24 194:24
194:25
**feed** 192:16
**feedback** 20:2,3
158:23 196:8
198:6 199:3
**feeding** 194:11
**feeds** 134:17 156:13
158:10 193:19
**feel** 37:11 178:22
**fiber** 136:8 199:14
199:20,22 200:4
**Fifth** 1:17 3:13 4:9
**figure** 49:15,23,24
51:17 57:14,19
58:6,12,14 61:25
66:15 69:14 77:22
79:6,7 90:5 92:3
92:10 99:13 103:8
103:9 104:22,24
107:10,11,21
123:12 141:25
142:21 165:4
170:17,19 171:20
172:19,22 178:3
179:20 184:22
185:8 186:6
187:17,21 188:21
191:16,17,18
194:25 195:3
**figures** 79:3,5 86:20
87:2
**filter** 35:13,16
63:12 96:19
**filtering** 144:19

**final** 158:19
**finalized** 139:19
**Financial** 2:6
**find** 70:5 195:20
**findings** 140:4
**fine** 17:23 65:8
176:23
**finish** 74:18 110:6
**finished** 176:18
**finite** 40:6
**finnegan** 2:4 4:20
4:22
**firm** 4:11
**first** 5:13 19:19
35:12 38:8 93:22
96:21 130:10
138:18 166:5
195:14,21 197:2,4
200:12
**five** 101:23 188:18
197:4
**fixed** 92:9
**flexibility** 36:11
67:23 71:7
**Florida** 28:24
**FM** 32:23
**focused** 12:25
116:21
**follow** 188:2,3
**followed** 27:24
**following** 157:3
201:14
**follows** 5:15 89:8
**forecloses** 16:18
**forgot** 199:17
**form** 12:4,9 13:14
21:18 32:4,16
40:21 41:11,21
64:9 90:19 98:3
99:2 102:24 105:7
107:17 110:11
114:16 165:12
167:4,10 175:13
200:2
**format** 104:3
**formats** 11:21
**formed** 117:15
**forming** 13:19 16:3
17:7
**forms** 47:11
**Forney** 15:10
**forth** 54:6 203:11
**found** 70:20
**four** 66:6,22,23
67:3,6 86:22
115:6,9,10,10
121:13,14,20,23
122:11,23,24

125:10 126:3,3
127:19,25 128:3,7
133:14 146:15,23
147:14,15,16
148:6,6,18,18,20
148:21,22,22
150:18,21 151:4,6
151:9,21,25
152:16 153:8,10
153:13,24 154:2
162:14 178:5
**four-dimensional**
66:4 74:13 79:9
85:15 86:21 87:3
89:17 90:2 103:18
113:24 115:5,12
124:17 126:13
127:8 132:18
133:13 139:8
145:14 149:3,6,18
150:10 151:2,22
155:15 161:8,25
162:25 180:10
184:14 193:16
**fox** 3:5 5:5
**fractionally** 19:24
**frame** 14:10 24:14
51:11,19,20 52:16
55:16
**framed** 7:13 17:18
**France** 25:25
**Frankly** 42:12
**freedom** 68:17
**frequency** 31:8
32:23 33:22 60:15
**from** 4:11,21 5:4
8:6 11:22 12:10
14:19 16:21 18:14
18:21,22,24 19:9
20:15 21:8,12,16
22:7 23:20,23
24:15 25:10,21
26:19,22 28:16
31:15 34:23 35:24
45:14 46:11,13,20
52:5,10 53:5,10
57:18 66:6 68:5
70:9,20,24 74:23
75:16,19 76:6
77:10 83:22 85:6
89:23 96:14 97:18
103:16 104:9,20
104:23 107:23
108:7 113:9 115:5
120:10 125:9
129:9,11 133:18
138:12 147:6
151:16 153:9,24

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D170

Page 212

159:25 160:12,25
161:6 162:2,15,16
163:11 172:21
176:9 182:14
183:12 186:15
194:23 195:10
197:24
**front** 25:19 142:7
**front-end** 144:18
**full** 130:11
**fully** 7:25
**function** 166:14
172:2 181:21,24
190:6,9
**functional** 174:7,9
174:10
**functions** 170:22
171:6,15 172:10
**further** 19:23 28:11
65:2 70:24 83:9
83:12,18 84:11,16
89:8 174:22
189:13 203:14
**future** 147:18,22

**G**

**G** 5:12 89:6
**gain** 68:8 133:9,18
133:21,22 134:4
135:10,15,18
136:10,12,21,25
137:4,19
**Gallager** 76:13
91:18,23 92:2,7
92:17 189:10
**Gallager's** 75:17
76:14 92:10
**gamma** 99:20,24
166:11,11 179:24
186:11 187:15
189:18 192:15
193:15 194:10,18
**gather** 149:10
150:14 160:12
**gating** 186:17
**gave** 10:6,14 13:25
37:22 106:16
**gears** 73:14,16
**general** 8:15,17
30:2,3 31:3,12
37:2 43:18,19
61:9,10 68:12
76:14 85:18 86:14
90:23 100:19
106:9 111:15
112:3,4,5 114:11
141:9 152:22
161:21 172:14,16

178:23 184:21
**generally** 33:9
35:23 40:19 41:3
41:12 49:5 62:10
63:5 68:4 70:16
162:15 166:15
171:16
**generate** 42:24
43:13 92:22 111:3
115:18,19 125:9
125:15 127:19,24
128:7,8,9,15,22
132:2 156:18
179:25 188:10
191:14,25 193:23
194:3 195:2
**generated** 70:23
100:12 103:3
161:24 181:14
**generates** 103:13,14
103:19 110:17,18
115:21 116:12
151:25
**generating** 79:23
127:4
**generic** 76:10,12,17
77:13 139:22
145:19 167:14
168:22 178:9
200:2
**gentleman** 176:2
**GERSTEIN** 2:20
**gets** 145:8
**getting** 22:6 165:9
165:13
**gigabit** 98:23
**gigabits** 136:8
**gigantic** 164:18
**Gitlin's** 26:15
**give** 30:7 39:19,23
44:2 68:19 98:20
104:2 160:20
163:15 189:2
**given** 8:3,10 11:13
68:2,3,11 113:11
138:16 203:13
**gives** 41:24 54:24
**giving** 30:5 71:7
120:22
**glad** 177:10,23,24
**Globe** 20:16,18,19
20:22
**GMS** 4:7
**go** 19:6 20:18 38:14
54:5 70:3 72:6
73:22 85:4 96:14
99:6,11 110:19
114:2 117:20

120:17 129:9
130:8 131:6,19
134:22 145:12
146:11 147:11,16
152:7 157:11
160:16 162:15,15
162:16,16,19
174:22 175:5
177:8,9 189:13
194:21
**goal** 190:13
**goals** 169:16
**goes** 63:12 118:4
121:7 126:22
127:9 134:14
139:11 145:8
146:18 148:8
150:7 164:20
194:9
**going** 8:19 9:24
16:15 17:20 26:11
29:8 38:12,14,17
39:8 45:19 47:8
48:14 52:25 56:20
57:11 58:21 62:15
65:21 68:5 75:15
82:23 84:25 88:15
90:22 106:3 107:9
110:14 112:17
115:22 116:15,21
117:4,9,11,24
118:7,7,14 120:8
120:9 126:18,25
131:4 138:13
144:11 149:6
155:22 156:6
163:14,20,25
166:12 175:8,14
175:15 176:8,14
177:8 185:3 187:2
188:22 190:16
192:14,15
**good** 5:18,19 69:24
69:24 72:19 89:13
89:13
**gotshal** 1:17 3:11
3:22 4:9 5:7
**government** 26:2
**Grand** 23:18
**great** 76:9 124:18
124:19 177:19
184:3 201:3
**greater** 75:6 80:25
87:14 89:25 90:7
**Green** 2:15
**GREGORY** 1:8
**group** 24:21,22
100:16 101:5

102:12,23 103:5
109:8,22 111:13
122:23 143:10,17
**grouped** 104:10
**groups** 27:19 105:5
105:7 161:15
**guarantee** 160:9
**guess** 16:15 26:10
122:5,13 192:5
**guidance** 200:18
**guidelines** 6:13
**guy** 201:2

**H**

**H** 5:12 89:6
**half** 112:9
**Hammerhead** 28:25
**hand** 15:21 37:13
55:7 141:6 203:19
**handle** 98:21
**Hang** 116:14
**happened** 139:25
**happens** 123:4
147:18,21
**happy** 28:10,16
65:3
**hardly** 38:7
**harmonics** 70:22,23
**having** 5:13 48:22
61:9,10 69:10
89:7 99:4 116:18
154:17 192:16
**head** 22:8
**hear** 27:13 38:7
61:19 78:24 82:25
95:6 175:9 193:4
**heard** 23:20 84:2,4
84:13 93:23
150:23 153:9
175:12
**hearing** 42:14
**held** 4:8 19:7
**help** 65:3
**helped** 20:17,19,22
**helpful** 148:15
**hereinbefore**
203:11
**hereunto** 203:18
**herrington** 3:4 5:5
**hesitated** 190:20
**high** 31:24 56:4,18
98:18 135:4
147:15
**high-performance**
53:7 54:21
**high-speed** 53:2
134:12
**him** 21:3 28:16

116:22 117:6,22
117:24 176:16
188:2,5 200:21
201:2
**hired** 196:9,10
201:2
**history** 75:14
108:17 157:14
**holding** 195:10
**hope** 118:5
**hour** 29:14 38:12
**hourly** 29:10,12,15
29:17
**hundreds** 137:10
**hypothesis** 125:21

**I**

**ID** 204:6
**idea** 127:17 136:22
187:9
**idealized** 70:2
**identification** 10:3
73:12 129:19
204:8,11,13
**identified** 12:6 29:5
**identifiers** 85:20
86:7 91:2 94:14
128:2 162:2 170:2
173:23
**identify** 6:6 15:6
145:11 196:2
**identifying** 191:9
**identity** 53:22
**IEEE** 137:8,9
**IETF** 21:25 22:5
24:11,13
**ignore** 7:23
**III** 185:13
**Illinois** 2:24
**illustrate** 121:4
189:12
**illustrated** 50:3
57:15 187:21
**illustrates** 49:16
55:2 57:21 58:11
92:4,7
**illustration** 49:22
**illustrative** 85:14
89:16
**imagine** 118:9
**imbedding** 20:2
**immaterial** 106:7
107:9
**immediately** 70:18
**impairment** 157:6
157:20
**impairments** 64:11
200:5

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D171

implement 128:14
155:17 172:9
implementation
37:13,18 48:20
167:6
implementations
37:3
implementation-s...
37:15
implemented 71:21
72:23 77:15 98:5
99:25
implementing 129:4
implies 79:22 81:11
81:17
imply 154:22
important 97:9
105:22
importantly 39:9
improved 133:20
135:16,17 138:15
138:16 141:13,15
improvements
137:12
improves 138:25
inadvertently
199:16
inaudible 39:25
157:4
incidental 106:19
inclined 178:22
include 89:22
167:11 191:24
201:14
included 23:2 69:23
71:3 199:17
includes 9:8 10:14
16:24 21:13 29:7
65:24 98:8
incoming 92:8
inconsistent 125:18
incorporated 97:12
increased 68:8
138:22
increases 119:11
increasing 67:20
68:7
indefinitely 147:10
independence 163:5
independently 48:7
119:2,19,22 149:5
index 194:22
indicated 26:23
indicating 12:8
21:20 29:16 43:16
52:17 88:2 110:4
172:10,22 187:22
indices 173:11

180:25
industrial 196:25
inefficient 71:25
122:8
inference 81:14
information 7:7
30:19,21 33:18
70:10 106:20
139:15 154:20
160:12 163:15
171:12
inherent 113:10,16
117:13 119:15,22
119:5
initial 20:10 118:20
119:5
input 31:15 93:8
95:14 98:11
100:13 103:18
108:3,7,18,20,24
109:4,9,13,14,18
109:18,22 110:9
111:13,22 112:6
115:13,14 117:14
117:16 118:10,14
118:17 119:3,5,19
119:23 120:4,12
121:14,23 123:18
125:10,25 126:5
128:6,8 132:3,12
132:16 142:13
146:18 152:2,11
152:13,15,16
166:2,8,23 169:23
172:23
inputs 107:15
108:10,18 111:8
111:19 117:23,24
123:11,13 129:9
162:3 167:2,15
181:3
inputted 95:15
117:13
inquire 17:21 26:21
inside 20:3 164:20
instance 33:20
66:19
instant 36:7 46:18
150:4 195:11
instead 53:18 69:3
114:8,20 131:6,11
186:11
instruct 117:6
instructing 116:22
instruction 7:14 8:3
intended 22:12
intending 26:23
intention 7:17
16:17 17:2,16,21

interdependency
119:7 160:24
161:6,15 162:7
191:10
interdependent
189:16
Interdigital 6:8,9
29:7
interest 9:17
interested 17:6,25
173:16 181:23
182:3 203:16
interests 154:5
interfere 16:16
17:17 27:16
interlaces 92:18
interlacing 75:18
76:15 91:19
interleave 91:17
165:17,22 170:16
173:22 180:2
182:10 183:21
interleaved 103:16
103:22 165:8
167:20,21,24
170:9,10 180:21
183:2,3,9,11,11
185:13 189:21
190:11
interleaver 74:12
75:7 81:8 165:19
166:4,17 167:4,5
167:7,11 169:2
170:3,23 171:7,21
171:25 173:5,12
173:13,21,22
174:2,12,13,16,17
175:2 181:11
183:15 186:3,5
188:13,15 189:14
189:23 190:6,24
190:25 195:9,12
195:14
interleavers 190:19
interleaves 77:9
92:18 178:2,9
183:7
interleaving 74:21
75:3,14,18,21
76:14 77:3,6,8
91:8,22 92:4
164:21 165:20
166:15 168:16
169:7,13 170:2,4
174:3 180:24
181:2,13,17,22
182:5,19 183:6
184:9,20 185:10

185:24 189:7
190:7,10 191:12
195:4,7
interplay 199:2
interpret 51:25
79:12 80:17
164:15 168:20
interpretation
36:15 181:24
interpreted 83:25
84:22 94:20
interprets 100:24
interrelated 115:14
115:15 116:13
117:16 118:19
interrupt 28:15
interval 60:3,4,8,11
60:14,18,22 61:3
61:14 62:7 94:17
94:17 110:3,16,25
111:7 126:7,12,19
126:24 157:21
166:20
intervals 43:12
102:18,20 126:15
127:13 143:15
151:6 155:22
157:19 184:17
185:17
intimately 72:21
introduce 4:18
48:13 70:14
introduced 34:13
intuitively 138:6
invariant 201:7
invent 123:3
invented 20:2
invention 78:17
79:10 81:5,8
82:16 83:15,24
85:16 86:5,16
87:4,7,11,15,16
87:20 88:2 89:18
106:7 165:16,16
170:5 181:8,10,11
190:2 191:9
inventor 74:20
inventors 90:4
investigation 16:18
16:24
invite 153:21
involve 7:24 25:5
involved 9:13 10:17
14:13 22:6 23:4
23:21,22 24:3,4
24:18 96:3 157:15
159:15 200:13
involvement 27:4

involves 9:11
involving 9:10
in-band 20:4
in-phase 41:15
51:22 54:2,3
55:11,15 59:24
62:11,12 67:12
96:16
in-phasing 127:12
isolate 90:22 184:19
isolated 184:19
Israel 197:2
issue 9:11,12 61:9
154:7
issued 15:2 197:25
198:16,25
issues 7:10 10:21
26:15,16 28:11
72:3 175:21 176:3
ITC 6:4,7 29:7
iteration 162:19
ITU 53:2

**J**

Jin-Der 196:10
job 21:12 139:3
141:5 146:2
200:20
jobs 21:20
jointly 48:7
jonathan 2:18 4:23
jose 3:24 4:11
journal 199:15
JUDGE 1:8
judgment 140:24
juister 2:25 5:2,2
38:11 130:17,19
153:4 170:17
175:10 188:18
June 1:11 4:10
130:5 202:7
203:19
jurat 201:15
just 6:9 7:12 10:6
13:10 14:6 31:3
34:13,25 37:19
42:6 49:20 50:21
54:5 56:17,20
57:19,21 61:9,10
63:5 68:16 69:2
71:6 81:18 83:12
91:19 92:17 96:24
98:25 99:15 104:6
105:24 106:9,19
106:21 112:5
117:22 130:7
133:24 136:19
137:12 149:21

Page 214

158:3 159:20
174:15,21 175:4
179:6 185:14,21
188:2 197:10,10
197:14 199:10

**K**

keep 33:12 146:23
147:9 166:24
keeps 148:17
kept 86:3
kilobits 134:14
135:2
kind 31:9 167:5
181:3
kinds 28:6 136:18
klein 1:18 4:14 5:14
203:7,22
knew 23:20
know 20:15,25 21:5
23:12 28:10 30:3
37:5 45:23 46:14
49:7 53:21 54:19
64:25 65:5 72:11
73:17 76:20 78:16
79:12 83:21
100:20 111:4
115:21 117:8
119:9 128:18
140:2 146:10
156:4 159:14
160:4,13,15
164:24 182:23
185:15 187:4,5
188:24 196:22
198:25 200:18
knowledge 21:11
56:3
known 43:25 75:10
145:22 198:21
kolmykov 2:8 4:19
4:19 5:17,20 7:15
7:19 9:7,18,20
10:4 16:21 17:4
17:23,24 18:2
26:25 28:3,17,19
38:13,16,21 42:21
49:2 57:9,11
58:19 59:3 65:5
73:2,9,16,19,23
73:25 74:19 88:13
89:10 99:3,7,12
112:14,23 114:14
116:17,22 117:10
117:22 118:2
129:16,22 144:9
144:15 153:5,10
153:17,24 154:7,9

154:14 163:22
164:7 175:9,19,24
176:18,21,25
177:3 181:23
182:3,4 183:19
184:25 185:7
188:2,5,8,20
193:4,8 202:2
204:4

**L**

L 5:12 89:6
labeled 50:7 194:8
labels 99:21
Laboratories 6:3
Labs 18:25 19:8
21:9,21 22:10
23:21
language 40:7
66:11 75:20 76:14
83:4 180:8
large 98:22
largest 69:17
last 18:2 27:5,13,15
28:14 38:24 78:24
124:13,22 128:19
131:8 143:21
193:3 196:23
late 53:6 186:17
later 20:23 166:6
latter 85:21
lawsuits 9:10
lay 51:16
layer 22:4,7,7,18,21
22:23 24:8
lead 111:13 141:10
leads 143:2
leaps 140:24
learn 201:11
learning 17:6
least 66:5 113:9
195:11
leave 125:3 154:7
led 24:4,25 139:19
Lee-Fang 15:9
133:17,24 139:11
196:10 200:18
201:6
left 30:13 50:6
199:12,15
left-hand 58:14
61:25
legal 4:12 14:24
84:18
less 24:25 133:15,19
138:24 141:6
154:21 155:2,3
let 15:15 81:24

95:19 109:25
140:7 142:12
150:23 152:7,21
152:22 169:14
174:21 183:19
194:15,22 199:10
let's 18:17 32:18
34:3,12,23 38:6
42:15 44:13 45:10
46:9 49:10 59:11
59:18 60:13 65:16
66:7,13 67:2 73:2
73:23 76:13 77:22
79:17 81:3 91:16
91:23 99:13 101:2
102:25 103:17
105:3 107:10
111:17 112:8,14
113:23 115:16
118:4,10 119:20
124:8 126:19
127:7 128:6
129:16,23 131:6
131:15 138:13
146:15 147:14
149:18 150:17
151:11,20 154:10
155:15 156:8,12
157:4 162:25
166:10 173:16
174:15 178:4
179:20 182:13
184:11 186:12
195:19 196:25
level 31:24 66:2
105:22 125:6
139:2 162:24
163:4,5 174:8,9
levels 33:10 96:13
like 13:10 26:10
31:6 48:3 70:6
104:6,8 117:22
130:10,24 147:24
168:6,21 177:9
190:14 198:23
likelihood 145:23
147:4,4,5,7,9,21
likely 145:11
146:23 157:24
limit 178:22
limitation 83:9
84:11,16
limited 16:25 27:2
83:17 116:25
175:17,20
limits 16:20 162:18
line 17:19 49:17
57:12 61:22 72:7

77:22 81:7 85:9
90:15 103:11,21
104:5 105:8 116:8
126:18 127:2,5
134:25 137:11
140:2 156:12
158:16 164:13
168:5,7,7,15
173:8,17,21,25
174:2,6,18,19
180:5,15,17
182:12,22 184:23
185:8 186:18
187:10,10,13,14
187:14,16,21
188:10 189:17,21
191:2,15 192:2,21
193:20,23 194:8
196:13
linear 48:17
lines 85:4,6,23
97:19 174:5,18
linked 20:12
list 25:19 197:10
listed 197:7,18
lists 195:25
litigation 1:8 4:5
6:7 9:3 14:14,20
15:12 29:7
litigations 29:6
little 16:14 35:7
65:3
live 16:17 17:3,4
living 17:20
LLP 2:12,20 3:4,11
3:22
loaded 142:7
located 4:16
location 175:2
lock 158:7 159:10
logic 39:17 188:3
long 7:15 27:21
69:5 73:21 75:14
148:14 157:18
longer 48:11 166:20
174:11
look 13:10,22 45:10
50:25 69:10 76:10
76:23 79:3,17
87:14 89:24 91:23
104:6,8,22,24
107:10 118:22
124:8 130:24
133:8,9,13 135:20
135:22 136:14,19
137:7 138:5,6
140:7 145:12,14
147:14 150:5

156:8,12 162:13
163:21 165:4
166:2 168:4
169:22 170:13
172:19 177:23
178:3 182:12
184:22 185:8
looked 11:7,8 14:5
15:9,19,19 36:6
156:4 177:16,17
looking 21:16 36:7
49:25 57:19 77:7
117:7 138:12,20
139:15 146:24
163:23 166:15
170:18,19 185:21
199:16
looks 145:9 155:20
187:20 190:14
loop 158:7 159:11
lost 158:16
lot 48:16 102:3
139:10 197:12
200:18
lots 52:12 67:20
139:23 155:3
lower 68:12 137:19
138:17
LP 1:7 4:5 9:3
Lucent 23:21
lunch 88:12 89:11
LVS 3:24
L.L.P 2:4

**M**

M 1:8 125:2,2 129:9
machine 121:6,7
126:9,11,16 127:3
128:24 142:14,14
142:18,19,20
143:11 144:25
145:4 148:21,22
161:12,14,19,20
161:23 162:14,19
163:2
made 147:12 200:6
magnitude 69:17
105:20 106:17
maintains 170:13
major 25:11
make 7:21 37:11,19
70:15 90:23 98:22
122:7 153:15
154:5 157:22
159:5 188:6
200:22
makes 75:5 155:4
158:15,25

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D173

making 27:23 140:20
managed 24:5
manager 20:9 25:2 196:9 201:10
managers 200:24
managing 196:12
mandate 163:7
manges 1:17 3:11 3:22
manipulates 98:2 107:7
manner 156:18
manufacturers 25:20
many 19:14 24:15 30:4,4 31:11,11 33:14,14 47:12,24 54:13,17 71:2 97:21 101:8 125:15,19 128:10 138:19 143:6 151:13 153:17 155:2,17 160:3 196:18 198:3,23
map 64:2 96:6 111:10
mapped 63:2,6 64:14,19 65:18 102:17 143:13,14
mapper 111:10
mapping 63:18 64:23 65:21,23,24 66:10,11,11 96:22 97:5,6,13 98:4,9 98:10 110:11 114:3
margins 117:2
marino 3:8 5:4,4
mark 9:24 73:2 129:16
marked 10:2 42:19 73:11 129:18 204:7,10,12
marriage 203:16
Marsh 3:6
MARSHALL 2:20
mas 8:10
master's 18:22 101:20
matched 19:20
material 14:24,25
materials 16:10
math 187:4
mathematical 47:11 55:25
mathematically 106:24

mathematics 139:7
matrix 129:13 166:23,24
matter 4:4 15:21 18:15 36:23,25 37:4,6 55:24
106:8 147:18,21 153:12 203:17
mature 137:7
maximum 145:22 147:8,21
may 6:24 7:8,11 21:3 37:12 40:11 41:25 42:3,9 49:6 60:25 69:12 117:3 119:10,10 120:17 156:7 157:24 158:24 190:15 199:12,15
maybe 14:16 101:21,23 122:20 133:25 135:4 152:13 165:13 196:23
MD 4:7
MDL 1:7
mean 22:20,22 23:10 24:23 25:22 30:4 33:16 47:4 54:18 56:20 59:6 59:20 64:19 68:8 78:16 80:17,23 82:10 89:23 90:11 91:13 97:16,17 103:24 105:9 109:2,3,14 111:23 121:14 130:14,25 136:6,12 137:13 138:5 139:2,22 140:7,8 144:23 164:17 167:13 169:17 170:25 171:2,3,4 172:23 173:13 178:13 179:6 182:7,10,23 183:6 186:8
meaning 12:5 84:9 85:24 97:22 101:13 119:18
meaningful 13:18
meaningless 84:22
meanings 100:23 101:8
means 7:2 26:21 76:2 78:3 79:23 80:11 99:8 106:21 134:24 135:16 149:6 158:21

159:23 160:14 181:12,21,21,24 186:10,10 198:13
meant 73:8,10 120:2 186:18
measure 138:15
measured 141:16
mechanism 167:11 184:12
medium 30:20
meet 169:18
meeting 25:12
meetings 24:9,10,12 24:15,19 25:9,15 25:18 26:5 27:17 27:18
member 19:10
memory 15:5 161:19
memory-less 66:12
Menlo 3:7
mention 52:23 57:14 149:24 177:6
mentioned 29:18 77:14 95:21 100:11 135:9 136:23 138:21,23 146:4 198:17
mentions 177:21
merge 147:13,19,20
met 21:3
method 53:10 137:17 157:21
metric 147:3 148:16 149:8,13,15,25 150:4,16,22 154:19,23 155:21 158:22 159:19
metrics 148:19,20 148:23
microphone 13:9
mid-eighties 69:23
might 6:12 31:18 33:11 37:7 47:14 52:13,15,16 65:3 98:18 118:15 120:11
mind 18:6 91:14 138:18 140:8,24
mine 24:6
minimum 173:24
minus 104:25,25
minute 99:15
minutes 57:10 73:23,24 193:3
misunderstood 152:13 182:2

MLSE 145:22
modem 22:7 24:15 24:17,24 25:5,11 25:20 79:8 97:19 134:12 140:13,20 147:8
modems 19:16 20:10,10 22:13 53:3 71:15 134:16 140:2 196:13
modulate 31:10,12 32:8,21,22,23 33:13,16,17,23 35:11,16 36:19 40:13 43:13 44:24 44:24 52:10 53:9 53:18 54:12 60:15 62:12 63:7,13,15 96:12 106:4 127:12
modulated 31:8,8 35:8 42:23 53:22 54:23 55:8 70:17
modulates 30:23 31:7 32:5 33:19 35:5 63:9,10
modulating 31:2 32:16,25 34:5,9 36:3,8 39:2 41:14 50:20,21 51:4 54:9 55:5,6 126:25
modulations 31:9 52:3,6 60:6
modulator 107:22 110:14 156:19 166:13 178:15
modulus 194:23
moment 13:11 115:21 118:6
month 14:16,18
months 14:15,19
more 26:2 30:9 36:11 39:10,16 66:12 67:23,23 68:17,19 69:20 70:8 71:7 77:12 80:7,11 95:13 101:9 102:18,20 117:19 120:16 122:5,14,15 123:24 124:2 133:21 140:7 143:2,18 144:5 197:14
Moreover 70:20
morgan 2:4 4:19,22
morning 5:18,19

most 11:8 15:8 31:17,18 35:10 37:11 40:19,22 47:2,4 48:12,18 123:24 134:24 145:11 146:23 163:15 178:23
Mountain 29:2
move 28:16 45:14 171:19 179:20
moves 85:21
MPLS 29:3
much 69:20 70:8,16 92:25 117:19 120:16 122:7,14 128:19 135:21 140:25 158:24 184:10
multiple 100:21 122:4 132:2 153:7 179:23 188:16
multiplication 129:14
multi-dimensional 43:9 74:12 76:4 80:6,10 92:22 94:12 113:21 114:24 119:18 120:15 127:18 131:14 132:7 143:16 159:22 160:25 162:25 168:24 191:10
multi-district 9:3
must 7:20 84:11,16 104:24 152:17 154:20 163:7 190:10
myself 41:21 69:23 71:3 136:7 187:8

N
N 2:2 3:2 5:12 45:22 79:14 80:19,25 81:9,13 85:19 86:6 87:14 89:2,2 89:2,6 90:6 120:18,18,21,21 123:18,19,19,20 124:5,5,21,21 129:9,10,10 131:22,23,23 143:15 151:12,12 151:24,24 152:9,9 152:10,11,17 164:13 179:11,15 204:2
name 4:11 5:20

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D174

Page 216

narrow 16:19
natural 47:18,18,22
    48:18
naturally 48:12
NBC 3:12 5:7
NBL 9:8
nearly 19:2
necessarily 17:18
    42:5 127:2
need 28:8 70:7
    122:13 130:19
    133:19 134:23
    135:25 149:12,21
    152:2,25 156:5
    160:12 163:15
    176:21 188:11,11
    189:22 190:24
    191:18 192:8
    200:23
needs 28:7 32:7
network 134:13,24
networking 9:23
    21:23 22:4 24:12
never 122:17
    129:24 130:2,21
    130:25
new 1:17,18,19 2:7
    2:7 3:14,14 4:9,9
    42:3,11 53:2
    123:3 203:3,5,8
next 64:2 85:21
    86:4 129:17
    162:19 166:12
    170:15 187:15
nice 89:11
Nick 200:25
nobody 71:14,14
node 147:17,19
noise 68:19 118:12
    138:25 184:9,17
    184:19,19
Nokia 6:8
nominal 147:10
nonadjacent 169:9
    169:11 182:20
noncartesian 54:20
none 22:16 23:2
    196:5
nonlinear 200:19
nonphysical 24:7
non-adjacent 74:24
normalized 133:10
Notary 1:19 5:13
    203:8
notation 146:13
noted 88:16 89:3
    202:9
nothing 55:3 106:20

140:7,23
notice 153:20
notion 48:13 70:14
    93:12 184:13
novel 198:13 199:2
No.07-md-1848:(...
    1:7
number 4:2,7 40:6
    58:21,24 79:15
    92:9 98:22 107:7
    112:17,20 120:10
    125:10 126:4
    129:2,5,7 146:14
    149:4,4 159:24
    163:25 164:4
    171:12 179:16
    186:6 198:10
numbers 91:20 96:9
    96:15 104:9,12
    105:19,23 106:11
    106:14,25 171:13
N-dimensional
    82:11,18
N2-dimensional
    90:25

——— O ———

O 89:2,2,2
oath 8:10
object 21:18 65:9
    84:17 90:19
    114:16
objecting 175:13
objection 7:23 9:4,6
    12:22 14:4,22
    16:5 17:10 41:11
    42:10 44:9 57:25
    61:4 64:3,25
    65:15 66:17 74:8
    75:11 79:20 81:23
    82:3,12 84:24
    86:13 88:4 91:12
    93:20 101:7 102:2
    102:6 103:7,23
    105:10 107:4
    113:19 123:21
    125:11,17 128:11
    128:17 132:4
    136:5 149:16
    151:15 152:6
    153:4,9 155:7,13
    156:23 158:13
    159:8,21 161:17
    165:12 168:19
    170:7,11 175:9,11
    176:19 179:2
    183:14 188:17
    191:3,21 192:4,11

192:25 193:2,24
    194:6,21 195:5
    200:9
objections 7:21,22
    153:15
obligated 26:7
observe 76:9
observed 201:5
obvious 105:2
obviously 150:13
    168:5
occasionally 73:6
occur 166:18
occurrence 75:10
occurring 185:10
occurs 110:25
    142:10
off 20:23 38:14,17
    58:22 88:15
    112:18 144:11
    164:2 185:3 189:4
    201:13
offer 176:3
offered 181:20
offers 191:11
offices 1:16
offset 141:3
often 96:3
Oh 169:23 173:19
    186:19 199:18
okay 8:21 9:18
    15:14 16:8 28:2
    37:24 44:5 46:23
    51:6 56:23 57:8
    60:2 66:13 67:2
    73:2,20,24 76:22
    78:21 81:2 82:8
    83:16 85:3 92:16
    93:16 94:8 95:3
    101:2 102:7,25
    104:4 109:6
    110:24 111:6
    117:17 119:4
    120:3,20,24 130:7
    132:21 140:15
    146:3 148:20
    150:17 155:4
    159:2 163:17
    169:19,24 170:4
    170:21 171:18
    172:18 173:19
    174:15 177:13
    180:14 184:22
    187:9 188:4 190:5
    194:15 195:19
    199:23
once 102:21 121:5
ones 12:24 25:13

197:15
One's 34:16
one-bit 108:6
one-dimensional
    38:3 39:24 40:3
    40:12,25 41:4,7
    41:10 42:4,13
    43:14,21 44:17
    50:3,15,16,18,23
    51:8 55:4 58:9,12
    58:17 59:5,12,15
    61:16,18,23 62:5
    66:15 67:9,14,17
    67:24 68:6,14,23
    69:2,8,9,21 70:4
    70:11 71:11,21
    72:12,14,15,24
    77:15 87:12,17
    88:3 89:22 90:14
    91:6,10,16,22
    92:24 93:4,18
    94:3,10 114:8,12
    114:20,23 115:4,6
    150:18,24 151:20
    151:21
one-signaling 60:18
one-state 74:24
    115:6
one-to-one 110:20
ongoing 6:4
only 7:5 12:23 13:3
    17:25 24:13 31:14
    33:5 37:25 44:7
    44:16 45:21 46:15
    46:19 51:9 53:17
    71:23 72:11 104:2
    126:24 129:8
    131:10,25 138:6
    139:4,13 162:16
    165:13 172:15
    173:16 185:10
    186:11,16 187:19
    198:7
onto 63:19 64:2,14
    64:20,24 65:18
open 31:4 154:8
opening 129:19
    130:3 204:13
open-ended 31:13
operate 37:12 47:15
    105:13 106:13
    109:21 111:6
    132:8 134:17
operates 105:15
    106:5,10 107:2,6
    107:25 143:5,9
operating 36:24
    98:17 132:11

172:17
operation 183:12
operations 47:11
    48:2 93:14 97:21
    171:12
OPERATOR 4:2
    5:10 38:19 57:10
    58:20,24 88:14
    89:4 112:16,20
    144:10,13 163:24
    164:4 185:2,5
    202:6
opinion 12:4,9
    13:25 16:3 17:7
    50:13 51:19 71:25
    72:18 74:6 76:20
    87:25 88:9,10
    97:8 101:4,15
    127:15 128:21
    131:25 132:7
    134:3 143:23,25
    144:6 173:3
    176:11 184:4
    189:3 191:7
opinions 13:15,19
    176:3 181:20
opportunity 176:7
    201:3
opposed 30:5 31:16
    75:18 132:24
    133:6 135:8
    178:24
opposite 172:2
optic 199:20,22
    200:4
optics 199:14
Optimum 199:19
order 16:18,22,23
    17:3,5,11,15,20
    70:13,15 188:10
    189:19 190:9
    191:14 200:22
ordinary 101:4,15
    101:16 102:5
organization 24:9
    24:19 26:5,8
oriented 21:25
origin 46:13
original 118:10
    140:13
originally 148:10
orrick 3:4 5:4
other 8:23 10:16
    13:7,8,14,15,19
    14:3 15:15,17,18
    20:4 29:3,19,20
    37:21 42:2 52:2,6
    52:9,15 54:8,16

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D175

55:7 60:12 63:14
67:19 70:5 72:3
76:11 92:18 102:4
105:25 109:8
117:23 120:21
124:5 125:2,4
128:3 136:10,10
136:14,20,23,24
137:4 140:5,6,9
140:17 141:6
142:21,23 157:6
160:14 166:12,21
170:15 188:14
190:15 195:10
196:11
others 31:18 42:9
otherwise 42:9
174:4 198:15
201:13
out 21:21 30:13
34:19 35:21 51:16
57:2 65:11 67:3
80:24 81:8 86:2
90:23 95:14,15
98:25 104:15
119:19 120:9
126:18,25 128:15
128:22 130:15
133:12 135:21
140:10 166:24
167:3,16 169:7
174:4 186:22
199:13,15
outcome 203:17
output 94:13 96:5
96:12,14 102:15
108:5,8,9 109:7
109:12,15,17
111:9 115:18
120:12 121:8,21
121:24 122:11,23
123:19 125:9,16
126:14 131:23
132:19 142:4,10
152:16 159:25
166:5 170:13
172:21,24 178:6
178:11,17 179:16
180:23 182:14
184:15 185:9
187:10,10,17,20
188:10,15,18,20
188:24 192:13,21
194:9 195:18
outputs 75:22 115:6
115:9,10 123:14
129:9 152:13

161:21 164:25
178:9 181:4
184:15 188:19
192:17 194:8
195:10
outside 18:14 43:15
44:13 101:2
over 14:10 17:18
19:8 23:25 28:5
30:20 60:15 61:2
62:6 87:9 102:18
102:20 120:18,21
120:22 124:5,21
127:13 129:10
143:14 151:6,12
151:24 152:9
157:21 162:22
166:19 184:17
196:24
overall 135:15
over-simplified
63:11
over-the-air 72:22
own 15:7 154:4,5

**P**

P 2:2,2 3:2,2
packet 24:12
page 18:18 42:16
45:11 49:10 91:24
92:3,4 107:11
112:8 120:7
123:12 124:8,11
124:23 129:23
130:7,8,17 131:7
141:25 142:21
156:9 177:5 189:8
189:12 201:14
204:3
pages 154:10
pair 96:9,15 111:18
152:24 156:22
159:7 180:24
182:15
pairs 74:14,14
104:9 145:14
156:15 193:16
panel 100:18
paper 15:9,9,10,15
51:15,16,16 58:7
58:8,11 59:14
124:15,19 125:6
128:20 133:18
139:9,15,19,23
157:2 199:8,12,19
papers 15:17,18
17:25 137:10

195:23,25 196:2,5
199:5
paragraph 42:16,19
43:2 44:2 111:16
112:9,11,24
119:14 120:6
121:3 124:13,22
128:19 130:11
131:8,9 138:2
143:21 160:16,18
160:22,23 189:13
189:13
parallel-track 9:9
parameter 33:5
34:7,10 38:25
44:7,16 45:22
46:19 50:22 51:10
parameters 55:14
136:14
Park 3:7
parse 112:6 142:8
part 6:25 12:13
14:3 97:9 134:5,7
147:20 156:9
200:19
participant 53:3
particular 7:14
90:13 136:13
163:8 165:18
198:12
parties 6:6 8:24
10:24 26:6 153:7
203:15
party 154:3
pass 19:14,19,24,25
35:12,15
past 147:17
patents 9:10 14:23
16:11,13 18:5
20:4,7 26:6,7 28:5
74:3 196:7 197:25
199:6
path 145:3 146:5,8
146:19,23 147:6
147:19,21 148:16
148:18,20,23
149:15,25 150:4
150:22 154:19,23
155:20 159:19
165:24
paths 147:3,15,16
pause 157:11
pay 168:6
PCM 140:13
penalty 70:18
pending 114:14
198:2
pendulum 67:19

penultimate 124:11
people 9:13 10:16
23:20 24:2,2
25:10 42:2 44:22
46:24 52:14,16,17
54:17 56:17 69:22
71:3,18 96:3
134:20,20 137:5,6
138:19 140:19
145:20 153:17
200:25 201:5,12
201:13
per 29:14 66:20
134:14 135:2
perform 121:2
125:15 142:22
171:15,22 172:2
190:9
performance 56:5
56:19 68:4 70:25
78:18 133:9,21
138:15 141:13,16
160:9,11 184:8
performed 98:12
165:17 168:17
170:22,23
performing 182:19
190:6 198:13
performs 97:5
127:15 136:19
145:17 172:10
195:4
perhaps 145:20
154:3 181:25
period 60:4 136:2
permitted 17:14
permutations 184:2
persisted 184:17
person 9:16 101:4
101:16,17,25
102:5 188:25
personal 24:5
personally 24:4
PGT 25:23 26:2
PGTs 25:20,22
phase 33:22,25
34:10,11,17,19
35:21 36:6,14,18
36:21 41:9,12,14
41:19 42:13 43:25
44:6,7,15 45:6,20
46:6,10,11,13,15
46:19 48:15,21
51:2,5,21 52:4,5
52:11 53:9,18
54:9 55:9,20
56:16,24 57:3
60:20 70:6,9 71:5

157:4,10,12 158:7
159:10
phases 46:17
phrase 194:15
phrasing 83:23
physical 22:4,18,21
22:23 106:12
pick 52:12
picture 194:24
pictures 52:18
piece 140:3
pilot 70:14,17,21,24
72:4
piss 201:13
pitney 2:12 4:23
place 16:22 68:18
117:4 174:25
placed 174:17
190:19
Plaintiffs 9:2
plan 117:19 176:14
plane 54:13
planning 175:8
plants 153:23
play 82:20
please 4:17 5:11 6:6
9:7 38:9 78:11
160:19 161:5
169:14 192:20
193:11
plot 136:17
plurality 31:11
75:20 79:23 80:4
80:16 82:5,9
103:4 168:23
188:11 189:22
193:21
plus 104:25,25
105:3 120:18,21
123:19,19,20
124:5,21 125:2
129:10 151:12,25
152:9 181:21,24
pointless 113:4,9
polar 36:17,20 37:8
37:17 45:19,21
46:5,21 47:6,15
54:6 55:19,23
56:4,12,19
polarization 200:4
policies 27:20
portion 13:3 18:4
27:14 49:3 69:24
79:2 165:11
position 28:18,21
positions 19:8 31:11
possibilities 67:6
148:6

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D176

Page 218

possibility 125:3
possible 43:14 46:5
  53:20 71:10,14
  72:15 92:21 93:2
  93:3,17 94:2
  98:18 119:9
  121:12,16,17,20
  121:21 122:5,19
  125:8,14 128:14
  128:25 137:16
  143:23 144:2,3,7
  148:7 152:23
  155:5,8 159:18
  160:5,8 172:20
  174:24 182:21
  183:21
possibly 89:21
  91:10 148:8
  162:16
Post 25:24
potted 153:23
power 68:3,3,11
  69:19 70:16,19
  133:11,14,19,20
  135:21 136:16
  138:17 139:12
  141:17
powerful 141:14
practical 37:3 71:4
  122:18 138:14
  153:12
practice 44:22
  45:23 46:3 71:18
  106:5 200:11
precedes 191:22
preceding 131:9
precise 104:3
precisely 120:5
predominantly
  197:15
prefer 30:4 41:3
  65:23 73:15 86:3
  101:12,13 117:6
  159:9 160:10
preferred 49:4 81:7
  86:10,15,25
  157:21 159:23,23
  192:6,7 194:3
preliminary 156:7
  156:14,16,21
  157:9,22 158:3,11
  158:15,19,21
  159:6,10,12
premise 117:18
preparation 16:10
prepare 10:9 14:8
  14:21 17:8,12
prepared 10:12,15

10:18 183:25
  189:2
preparing 11:6
  12:13,16 18:12
presence 70:22
present 3:20 113:14
presented 6:19
  109:14 121:6
  123:11,13
president 21:22
  23:25
press 73:15
prevent 8:5 26:18
  28:15
prevented 176:9
previous 75:2
  108:16 147:20
previously 75:4
  89:7
Princeton 197:18
principal 161:24
principle 46:7 93:6
  100:6 162:21
principles 79:10
printed 11:21
prior 12:9 15:12
  17:7 124:17
  164:18,18 173:5
  177:18 181:9
  198:22
private 26:3
privileged 7:6
probability 133:10
  147:16
probably 14:16
  33:10 35:12
  101:20 171:4
  197:9
problem 74:6 75:9
  75:12,23,24 76:6
  157:2 191:10
problematic 65:10
problems 157:16
procedures 155:18
process 28:22 39:8
  39:12,14 44:20
  45:6 47:19,20,22
  47:23 66:6 97:24
  110:24 111:8
  149:7 155:6
  159:24 172:15
processed 113:15
  156:17
processes 141:5
processing 39:13,15
  46:25 47:9,24
  48:16,17 54:20
  64:8,9,14 65:25

66:2 98:14,14
  119:10 126:16
  144:19 149:22
  152:4 172:9 197:5
  197:16
processor 97:22
  100:8 105:4,13,17
  106:13,23 150:16
  171:3
processors 37:10
  97:23
produce 44:23 66:8
  93:14 94:13,15,22
  109:15 111:8,11
  111:19 115:5
  118:23 121:21
  122:23 123:24
  126:13 127:14,25
  128:3 136:16
  142:4,10 143:10
  143:17 161:22
  173:20 174:18,25
  188:14 189:20
  191:2 192:9
  193:16 194:18
produced 74:15,23
  76:3 114:4 115:8
  115:9,10 118:19
  119:17,20,23
  123:14 149:9
  151:4 157:12
  159:25 161:11,14
  161:22 163:11
  173:23 179:16
  181:5 182:13
  184:11 186:25
  189:17 191:4
  192:14,22
produces 93:9,13
  103:25 114:2
  121:7 123:19
  126:22 127:9
  131:20,23 132:17
  132:19 141:24
  142:14,16 143:8
  143:12 150:11
  163:2 180:12
  184:14 193:17
  195:8
producing 126:20
  127:6 161:20
  172:24 173:17
  178:19 193:19
  194:12 195:18
product 196:13
professor 28:23
  117:11 197:19,21
programming

146:21 147:2
prohibition 16:24
promotional 200:22
proper 160:11
proportional 148:2
proposed 76:13
  84:23
proposes 74:20 75:7
  75:20 167:14
protective 16:22
protocols 23:14
proven 70:7
provide 16:9 17:13
  19:20 75:21 85:19
  86:9 90:25
provided 11:18
  12:16,20 14:24
  177:17
provides 74:11 76:2
providing 8:6
PSK 41:20 45:2,10
PSTM 134:13
Public 1:19 5:14
  134:13 203:8
published 195:24
purported 165:16
purpose 8:13,17,17
  26:14 118:21
  122:8 166:17
  167:17 172:14
  184:9,20
pursuant 1:16
pursuing 116:10
pushing 37:6
put 65:12 70:16,17
  70:21 96:18
  123:12 135:20,22
  173:4,7,8,21,25
  174:5
puts 169:2 178:14
p.m 58:25 88:15,16
  89:3,5 112:17,21
  144:11,14 163:25
  164:5 185:3,6
  202:7,9
P0 110:22
P1 45:14 46:9,13
P2 45:14
P7 110:22

_____ Q _____
QAM 19:15,17,21
  19:22 29:18,20,21
  35:5,24 37:16,20
  37:23 39:22 41:17
  41:22 44:10,13
  45:24 46:24 47:22
  49:8 51:12,20,25

52:20,22,23 53:10
  53:12 54:9 59:18
  59:21 60:9,10,13
  60:19 62:20 63:3
  68:12 69:21 70:8
  71:19 72:5,19
  79:4,6,10,14
  80:18 96:10 99:16
  103:5,25 131:17
  144:20 171:8
  173:5 178:14,15
  178:18 179:8,25
  183:18 190:20,25
  191:24 192:8,17
  192:23 193:19,22
  194:11,25
QAM-based 53:4,8
quadrature 29:21
  29:25 35:19 41:15
  45:7 51:22 54:2,4
  55:12,16 59:24
  62:11,13 67:12
  96:16 127:12
quality 84:25
quantify 133:22
  137:4
quantities 91:19
  155:22
quantity 157:4
questioning 7:4
  17:17 57:12 116:8
questions 6:15 8:19
  177:2 188:5 189:6
  201:13
quickly 157:20

_____ R _____
R 2:2 3:2 5:12,12
  89:2,6,6 92:9
  203:2
radio 31:7 32:23,24
rail 144:20
raised 175:22
random 176:3
range 72:3 97:19
rate 29:10,12,15,17
  68:4,8,12 98:14
  98:18,20 120:11
  120:21 125:2
  133:20 135:22
  136:17 138:16
  141:16 151:12,24
rates 98:13 124:5
  134:12,14 171:12
rather 26:22 124:21
  154:20 176:15
ratio 54:3 138:25
raw 154:21

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D177

Page 219

re 1:5 4:4
reaching 117:3
read 12:12 14:6,23
  14:23 15:8,21
  18:4,8,10 23:17
  27:14 49:2,3 79:2
  80:2 83:11,21
  85:6,9,10 86:3
  112:11,24 113:4,7
  124:15,22 130:7
  130:10,13,14,15
  130:19,20,23
  131:4 133:25
  154:16 156:24
  160:19,22 165:10
  165:11 166:23,24
  167:3 168:5,10,14
  169:14 177:12,14
  177:24 179:6
reader 168:12
reading 57:18 83:5
  86:4 89:23 112:15
  167:22
reads 49:18 78:10
  79:21 80:14 82:22
  83:6 85:8 89:16
  90:18 112:13
  113:6 124:14,24
  130:12 139:17
  156:13 158:10,14
  158:18 160:21
  167:16 168:8,13
  168:18 169:6,15
  182:8
real 70:3 71:4
  106:11
realized 78:17
really 41:15 76:11
  76:19 109:19
  139:6 164:19
reason 6:19 28:3
  51:7 122:18
  123:25 147:25
  148:9 161:24
  176:6 187:6 189:5
reasonable 101:22
  162:4
reasons 69:12 71:17
  120:18
recall 11:14 12:2
  15:22 21:4 24:11
  29:14 42:12 72:5
  115:22 133:15,25
  178:7 198:7,9
receive 48:14 63:25
  64:8 65:25 66:5
  102:22 105:4
  147:6 150:20

151:14 152:3,25
  163:7 190:10
received 12:11
  26:13 45:6,6
  48:10 64:23 65:17
  68:2 70:19 145:13
  149:7,10 151:10
  154:17 155:21
  156:3,14 157:23
receiver 39:9,14,15
  44:21 45:5 47:2,9
  47:16 64:17 65:12
  65:16,17 102:22
  102:24 141:4,6
  144:16,18 145:2
  146:20 149:10
  150:8,14 155:5,9
  158:25 159:18
  163:13 171:5,19
  172:8 184:18
receivers 20:3
  47:14,25 154:25
  155:3 160:3,4,5
receives 102:24
  155:11
receiving 12:10
recent 11:9
recently 11:8
reception 148:24
  149:15 154:24
  156:22 158:4
  159:6,20
recess 38:18 58:23
  112:19 144:12
  164:3 185:4
recognized 69:22
  75:12,24 168:25
  201:2,4
recollect 177:21
record 4:17 7:21
  18:4 27:7,14
  38:15,17,20 42:18
  49:3 58:22 59:2
  73:6 79:2 85:11
  88:15 89:5 112:18
  112:22 130:13
  144:11,14 154:16
  164:2,6 165:11
  185:3,6 189:4
  203:13
records 154:6
recover 70:9
recovery 70:6 71:5
reduced 70:9
redundancy 138:10
  138:21,23 139:4
  141:2,10
redundant 108:20

108:24
Reed 115:16,20,23
  115:24 116:3,5,11
  117:19,24
refer 8:25 18:17
  41:19 42:3,3,15
  49:10 79:4 90:14
  99:13 112:8 120:6
  124:16 126:6,7,8
  129:23 145:20,20
  179:11 181:12
  186:18 195:19
reference 49:13,14
  51:11,13,20 52:21
  52:23 55:17 66:16
  92:2,2,17 124:3,6
  124:7 126:17
  138:4 139:13
  159:4 189:10
  199:18,19
references 10:16
  15:4,6,11,20,22
  15:25 16:2 75:16
  196:11
referred 35:18
  43:10 57:3 73:7
  78:2 102:13
  110:12 157:17
  177:4 186:3
  195:15
referring 13:4
  27:17 39:7 95:18
  103:8,9 119:16
  127:5 162:23
  179:4
refers 44:19 51:4
  52:25 62:11 75:17
  77:18 79:14 87:23
  89:20 125:20
  131:17 139:20
  169:5 179:14,15
  186:5
refreshed 15:5
refused 175:5
regarding 6:25
  18:14
region 37:9
register 108:15
  109:5,15 110:9
registers 108:13
  146:14
reiterate 6:13
relate 86:20
related 24:18 26:6
  26:16 28:5 72:3
  104:12 114:6
  115:7 161:11,21
  162:5 203:14

relates 145:10
relating 10:22
relation 158:24
relationship 111:21
  111:25 112:2
  113:10,17 114:22
  117:13 119:2,15
  119:17,22
relative 46:13 56:9
  56:12 61:8 64:10
  157:14,18 171:11
relevance 126:24
  127:2 153:20
reliable 70:16
  134:24
reluctant 130:14
rely 154:20
remains 19:21
  155:9
rembrandt 1:7,15
  2:5 4:4,20,22 5:21
  9:2 11:21
remember 25:8
  48:9
repeat 38:9 39:3
  48:25 78:11 93:24
  95:8 114:18 142:6
  164:8
rephrase 6:21 14:12
  15:16 32:11 81:24
  95:19 109:25
  152:21 183:19
report 12:23 189:25
reported 24:2
reporter 1:18 4:14
  5:11 6:16 203:7
reporting 4:12,15
  189:25 190:3
represent 5:21 46:6
  46:10 48:21 59:19
  101:10,11
representation
  27:12 28:14 48:19
  55:25 99:6,11
  105:19,23 106:13
  107:8
representations
  106:10
represented 61:21
  66:13,14 104:18
  105:23 106:25
  118:25 153:13
  154:3
representing 4:20
  4:22,24 5:3 57:16
  106:22 153:15
represents 59:9,16
  62:14

reprints 10:14
request 130:22
requested 18:4
  27:14 49:3 79:2
  165:11 176:6
require 81:21,25
  95:4,10 97:4
  128:10
required 7:22
  174:19 192:3
requirement 83:19
requirements
  169:18,20
requires 30:20 80:9
  82:11 168:16
requiring 78:23
research 23:4
reserve 7:9 140:24
resolved 74:7
resolves 75:9 76:6
respect 7:10
respectfully 65:9
respective 81:10,10
  127:12
respond 7:22
  176:22
responsibility 21:13
  196:13
responsible 196:11
  200:11
responsive 157:5
restrict 41:22 63:13
restriction 83:13
restricts 69:10
result 103:5,10,11
  108:6 119:24
  131:10 156:6
  161:6 164:16
  165:3 167:18
  170:6,8 173:6,17
  173:20,23 174:6
  174:18,21,25
  182:22,24 183:10
  191:2
resulting 172:21
results 137:12
  138:3,3 160:25
resume 24:5 28:23
resumed 89:7
retained 9:14,16
review 11:4 13:7
  15:18 17:7 18:5
  18:11 124:18
reviewed 10:24
  15:4 16:3 17:11
reviews 13:13 51:18
  57:20 74:9 86:19
  87:19 172:4 179:5

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D178

Page 220

183:5 185:20
186:7 191:20
196:4 199:11
**richard** 1:14 4:3,21
10:3 202:8,12
203:10 204:4,8
**right** 7:9 22:22 28:9
28:22 29:8 42:8
55:24 68:25 80:12
96:25 100:9
106:24 116:2
131:7 140:16
144:6,9 156:10
170:15 173:3
184:4 189:9
190:22 201:13
**right-hand** 69:15
**rivera** 3:24 4:11
**Road** 3:6
**robust** 70:8
**Roman** 185:13
**room** 153:9,18
**root** 53:25
**rotational** 200:23
**rotationally** 201:7
**rows** 167:3
**rules** 7:20
**run** 138:17
**running** 172:13
**runs** 144:21
**R-e-e-d** 115:17

---
S
---
**S** 2:2 3:2 89:2,2,2
**same** 11:20 12:3
39:17,17 113:15
114:5 115:8
133:19,20 141:16
151:19 154:3
161:11,22 162:3,3
170:11 173:6,23
174:18,21,25
183:23,24 184:12
186:15,22 194:6
**sample** 145:9 147:7
155:19 157:23
**sampled** 118:11
**samples** 118:11
149:7,11,23
150:15 151:10
155:21 156:6
159:24,25 160:13
166:18
**Samsung** 6:9,10
**satisfactory** 171:14
**savings** 139:12
**saw** 11:19,24
**saying** 42:12 76:12

100:21 138:6
191:8 192:7
**says** 20:19,19 28:23
50:6 51:3,24
78:14 79:22 80:5
80:15 81:5,19
82:4,14 84:6,8
86:14,18 89:25
90:16 92:7 124:25
125:5 155:2
162:20 182:5
**scalers** 91:22
**scheduling** 16:18,23
17:3,5,15,20
**scheme** 77:25 78:15
78:22 82:2,11
85:16 89:18 90:6
178:24,25 179:10
**schemes** 85:17
89:19 90:16
**science** 18:23
101:22
**scientific** 139:22
**scope** 26:12 28:12
90:11,12 116:9,24
117:20 164:21
175:6,17 176:13
181:19
**search** 140:10
**Sears** 2:23
**second** 38:10 91:23
116:14 130:11
134:15 135:3
155:19 162:24
163:4,5 195:11
**secondary** 20:6
**seconds** 126:18
**section** 69:24 79:8
130:15 189:6,11
197:5
**see** 18:25 21:12
49:15,22 50:25
51:3,23 77:20
80:21 81:3 82:21
83:3 99:16,19,21
104:6 116:17
118:4 122:18
123:25 127:7
166:3 176:21
181:15 183:17
185:12,19,23
186:14,24 187:15
197:24 199:16
**seem** 26:20
**seems** 28:12 47:17
76:9 83:12 117:3
125:18 128:25
175:18

**seen** 10:5 74:2
122:17 129:24,25
130:2,6,21,25
131:5 155:10
**sees** 105:17
**select** 63:8 67:7
194:23
**selected** 25:13
46:18 110:23
**selling** 134:21
**send** 69:2
**sending** 60:17 69:9
147:9
**sends** 71:11
**senior** 21:22
**sense** 90:23 96:5
115:15 122:7
167:14 188:6
**sentence** 85:10,12
85:23,25 86:4
89:15 90:13,22
113:3,5 130:11,23
131:8 158:10,14
159:13
**separate** 9:9 154:4
154:6 182:19
184:10,13,16
189:15,17 195:10
**separated** 92:8
181:3 185:16,18
185:24 186:23
**separately** 11:22
**separates** 195:12
**separating** 53:12
76:2 184:5
**separation** 186:19
**sequence** 103:14
104:11 109:13,18
118:24 127:7
145:12,23,25
147:9 185:21
187:7 193:20
**sequentially** 151:5
166:19 167:17
192:17
**Serge** 4:19 5:20
**SERGEY** 2:8
**series** 93:14 189:5
**set** 35:15 62:14
63:22 64:24 75:20
93:9,13 141:25
142:3,4,9,10,15
142:16 143:8,12
203:11,18
**sets** 161:13
**setting** 24:9,19 26:4
26:8
**seventh** 193:25

**seventies** 53:6
**several** 6:3 14:19
19:7 20:7 54:16
69:22 100:23
143:10
**shaping** 35:13,16
63:12
**Sharp** 2:13,14 4:24
4:24
**shift** 108:12,14
109:5,14 110:9
146:14
**short** 196:18,21,24
196:25 197:7,14
**Shorthand** 1:18
203:7
**short-circuits** 145:7
**show** 54:17 187:10
**shown** 92:9
**shows** 52:19 54:16
66:21 69:14 71:9
107:21 111:18
194:25,25
**side** 11:25,25 39:25
69:15 171:19
**signaling** 43:11
46:18 60:3,4,8,11
60:14,22 61:2,14
62:7 75:6 77:25
78:14,22,23 80:18
81:25 82:10 85:17
87:12,17 89:17,18
90:6,16 94:6,9
102:20 110:3,16
111:7 126:7,15,19
126:24 127:13
138:7,8 143:15
151:6,22 157:19
178:23,24 179:10
**signals** 33:11 54:22
55:7 66:6 72:24
98:2 104:3,5
119:19 126:17
139:8 156:18
168:25
**signal-something**
174:12
**significance** 95:24
**significant** 31:17,18
134:3,5 135:25
200:7
**silbersher** 2:10 4:21
4:21
**silence** 7:12
**similar** 142:8
190:17
**similarly** 45:5 172:8
**simple** 64:5 68:9

**simplest** 166:22
**simply** 34:5,9 46:12
84:9 92:4 185:24
188:15
**simultaneous** 36:15
**since** 43:11 71:22
72:12,14 163:12
201:10
**sine** 31:2 33:17,19
33:21,23 34:4,14
34:16 35:3,6,17
36:4,8,16 53:14
53:22,24 54:2
62:13 63:10,15
96:12,17 105:20
106:4,17
**single** 98:21 119:24
125:13,20 129:11
129:11 154:24
161:2,7,9 162:7
**sits** 178:20
**sitting** 31:19 88:8
140:11 177:20
**situation** 50:24
117:12
**six** 193:3,7,9 197:4
197:25,25 198:2
**six-dimensional**
87:8 ·
**skill** 101:5
**skilled** 101:16,17
102:5
**skim** 131:2
**SLEET** 1:8
**slice** 157:23
**sliced** 154:21
**slow** 168:12 172:13
**SMART** 22:14
**software** 97:25 98:6
98:12 170:24
171:9,14,17
172:11,13,15,15
**Solomon** 115:17,20
115:23,25 116:3,6
116:11 117:20,25
**some** 6:13,19 8:19
10:21 11:7,10
14:23 15:4,21
24:2,11,17 26:11
28:10,11 30:20
37:7 47:14 59:9
64:13 65:21 66:8
77:3 99:2 105:25
106:15 107:3
118:16 144:19
147:17 148:2
158:22 163:20
167:8,12 188:25

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D179

196:10 199:2
200:2
somebody 33:19
Someone 101:20
something 22:9
28:7 42:14 48:10
60:12 86:2 120:21
130:14 146:25
147:13 156:7
157:5 176:17
sometimes 145:21
somewhere 57:18
soon 144:8
sophisticated 64:6
sorry 7:8 38:7 48:6
49:13 68:3 74:19
95:6 105:12 107:5
130:18 138:22
146:22 154:12
161:18,18 165:9
168:11 171:24
181:25 183:17
sort 53:24 59:9
64:11 77:3,6
167:8,12
sorts 136:13
source 30:19 31:25
32:4,15,18 33:2,4
33:6 35:12 118:10
South 2:22 28:24
so-called 154:20
space 22:11 31:10
58:3 71:15
spaced 19:24,25
spacial 22:13
Span 20:16,18,20
20:22
speak 62:16 97:3
spec 82:6 83:20,22
special 41:21
specialist 4:13
specific 30:5 40:7
75:5 95:13 101:9
101:14
specifically 15:23
100:22 175:5
specification 78:2,9
81:16,19 83:11
87:23 89:20
163:23 164:10
specified 161:10
specify 9:5 79:18
94:16 161:9
speculate 101:13
122:20 188:23
speech 32:2,2,8,19
32:20 33:11
118:11,13

speed 100:2,8 135:4
135:5 171:11
172:12,16,16
speeds 37:6
spend 117:19 177:9
177:11
spin-off 20:16
spktor 3:21 5:9
splitting 53:19
spoke 27:22 120:3
141:20
spun 20:23
square 53:25 69:11
69:13 71:9
squares 41:23 45:3
53:25
ss 203:4
staff 19:10
stage 85:18,22
90:24 165:8 172:3
185:14 186:8
stages 183:6 186:21
187:20
Stamford 2:17
standard 19:22
23:16,24 24:3,19
25:5 26:4,7,8
71:24 120:23
134:6,7,9,10,11
136:24 139:25
140:14,15 141:18
141:19
standards 21:13,14
21:24,25,25 22:2
22:5,17 23:2,3,7
24:8,8,15,17 27:4
27:5,6,8,20 28:6
stands 22:10 29:21
start 57:11 101:2
102:25 111:17
131:15 149:14
150:15,21 175:12
186:20
started 14:15,19
22:9 65:11 196:25
starting 85:13
131:9 168:5,7,15
172:23
starts 18:17 80:24
92:3 113:3 131:8
152:3 153:3
155:24 158:22
159:19 177:5
189:8
state 1:19 11:10
19:13 74:15 93:7
93:8,12 108:6,12
108:14,21,25

109:5,9 113:8,25
118:23 119:14,25
122:16 123:5,7,14
123:17,22,23
126:9,10,22 127:3
127:9 129:11
131:18 132:16
141:20,21,24
142:5,11,13,14,22
143:2,7 144:25
145:2,3,8,10
146:13,13,15,21
147:14 148:21,22
149:8 150:9 151:4
155:23 160:2
161:2,7,9,12,14
161:16,19,20
162:3,7,14,15,17
162:17 163:11,13
163:18 164:9,16
164:25 165:3
179:17 180:11
181:6 189:14
193:16 203:3,8
stated 76:23 81:18
84:10 174:24
statement 9:19 85:6
113:18 119:14
154:22 176:22,24
states 1:2 4:6 82:8
145:25 146:24
148:18 149:4
155:19 162:14,16
stating 11:16 13:2
42:22,24 136:25
step 64:2 96:21
steps 96:2,20
still 55:25 60:17
88:2 99:2 134:9
134:17,20 136:2
151:14 152:2
170:12 173:6
174:6 180:24
181:4 186:23
187:11
stop 7:8
straightforward
35:10
straight-through
165:24
stream 92:8 107:8
112:6 113:14
166:12,23 186:2
189:20 190:11
191:25 192:9,21
193:23 194:19
streams 79:23 92:9
92:11,11,12,14,14

112:6 169:11
Street 2:16
strike 19:6 25:4
32:5 36:22 84:7
122:21 182:21
strings 106:17
strongly 201:8
structure 162:22
studied 76:8 77:12
125:5 184:3
study 13:14,19 14:6
18:10 24:21,22
124:19 177:18
subject 15:21 18:15
27:10 147:24
subjects 26:22
116:25
suboptimum 154:25
160:14
Subscribed 202:14
subset 12:24 85:20
86:6 90:25 94:14
128:2 145:16
162:2 170:2
173:22 180:25
subsets 145:10,11
145:12 161:10,10
162:2,4 163:3
substantial 140:3
subtle 69:20
succession 69:9
successive 60:5
suggested 24:14
26:13
suggesting 7:11
suggests 143:21
suite 136:18
sum 41:23 45:3
53:25 109:7
summary 78:17
81:4 82:15 83:23
summer 3:21 5:8
superficial 23:8,11
superiority 71:18
superscript 182:15
182:16
supervisor 19:10
support 159:5
suppose 98:23
146:11
sure 13:12 17:17
32:14 36:25 37:19
38:13 53:11 64:16
64:19 88:13 91:7
99:9 112:12 118:6
121:22 131:2
134:18 137:24
144:9 160:20

184:25 202:5
sutcliffe 3:4 5:5
swear 5:11
swings 67:19
switch 134:13
192:16
switching 85:20
167:11,15,25
168:2 169:21
170:12,14,22
171:7,21,24,25
178:14 179:25
180:21 189:24
191:25 192:9,23
193:13,18 195:16
sworn 5:13 89:7
202:14 203:12
symbol 13:6,9,21
79:16 80:6,19
81:6,13 86:23,24
93:5,15,18,19
94:5,23 95:2
100:12,15 101:5
101:10 102:11,14
102:21 103:2,3
110:11 111:10,14
113:12 114:3
127:8 149:19
150:19 151:23
152:5 153:2,3
154:18 160:25
163:9 165:18
168:24 169:8,10
178:12 180:9
181:18 182:13,18
185:25
symbols 14:2 74:13
78:20 79:9,13
80:10,15,25 81:10
82:5,9,15,16,18
86:21 87:3,5,8,21
87:24 90:3 92:12
92:23 105:5,8
113:22 118:24
132:2 148:5 149:9
157:12 165:8
167:19,21,24
169:10 170:8,10
178:2 180:2,7
181:14 182:6,11
183:2,4,7,7,11,22
183:23 190:12
191:11 192:2,10
192:22 193:23
194:12 195:4,6
systems 19:15,18,21
19:22 28:25 29:19
37:15 38:5 44:23

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D180

Page 222

45:25 47:15 48:17
51:12 52:22 53:4
53:7 54:21 56:5
59:21,22 62:17
64:6 68:5 70:8
71:19 72:8 79:4
79:24 80:3 100:4
120:15,16 122:17
124:17 133:8
135:2,24 136:14
136:18,20,24
137:4,11 139:24
140:5,9,12 159:15
171:17 184:7
198:23 199:14,21
S-o-l-o-m-o-n
115:17

**T**
T 5:12 89:2,6
126:18 203:2,2
table 83:3 110:19
take 6:16 38:10,11
38:15 53:23 70:18
73:14 90:22 105:8
113:23 115:16
118:8 154:18
157:9 163:20,20
166:18 176:24
184:24
taken 1:15 5:22
38:18 58:23 104:9
107:23 112:19
144:12 164:3
185:4
takes 146:17 178:4
178:5,14 180:23
taking 76:13 86:2
talk 27:4,8 28:10
38:6 44:13 56:18
65:16 78:13 93:11
101:13 115:23
132:22 164:19,24
167:22 190:5
talked 38:22 52:18
190:18
talking 11:12 14:10
21:14 30:25 34:22
38:4 39:4 43:8,22
50:19 55:17,19
61:5,8 63:3 64:6,7
64:16 65:11,19
66:18 68:9 100:22
103:10,11 114:10
114:11,24 127:4
164:22 174:7
179:3,12
talks 78:21 133:17

164:12,25 182:18
Tampa 28:24
tangent 54:3
tape 4:2 57:9,13
58:20,24 112:14
112:16,20 163:22
163:24 164:4
taught 196:18,21,24
197:2,3,13,14,17
197:22
TCM 43:10 131:12
131:14,14,16
TDM 22:15
teach 196:20
teaches 82:6
teachings 137:23
technical 17:25
24:9 195:23 199:5
199:15
technicalities 145:6
technique 35:2
74:21 75:3 76:12
77:3,6,8 91:9 94:9
200:2
techniques 22:15
43:10 51:17 75:14
95:21
technologies 1:7,15
2:5 4:5 9:3
technology 23:12
25:4 37:6,12
137:23 196:15
Telecom 25:25
telegraph 25:24
telephone 25:24
134:13
television 23:3,5,6
23:16 72:22
tell 151:17 176:5,12
181:9
tells 110:13 179:8
ten 193:3
tend 37:5
tenets 100:3
tenth 148:7
term 16:4 23:20
30:3 54:4 83:4
145:19 181:21,24
terminology 174:11
terms 12:5,24 13:3
13:4,8,14,15,19
13:20,22,25 14:3
14:25 34:17 37:3
47:13 48:2,4,5
54:20 71:5 105:21
107:7 138:16
181:5 194:16
testified 5:14 89:8

testify 17:12
testifying 8:23
testimony 8:7,9
203:13
textbook 31:4 75:17
thank 6:11 8:12
20:14 28:2 100:9
148:14 154:15
171:18 172:18
202:3,5
their 136:21 184:8
themselves 4:18
theoretically 52:9
122:19
theory 59:5 137:8
139:15 197:22
thing 59:4 172:13
things 30:4 31:12
33:10 37:5,7,8,23
148:7 201:11
think 8:16 11:8,19
13:18 16:11 29:14
31:19 32:14 35:2
36:8 37:5 41:12
41:17,21,25 42:6
42:9 52:21 65:9
69:8,25 71:20,23
72:2 83:2 88:6
90:11,21 91:16
93:2,21 97:8,9
101:8 105:6
117:23 125:19
134:2,14,20 135:4
135:11,12 140:6
140:11,18 142:6
143:6,20 152:7
166:22 174:20,22
176:12,13 178:8
183:24 192:12
193:25 196:7
197:13
thinking 91:14,14
129:10
Third 4:16
this_24th 203:19
though 26:20 72:18
thought 92:25
93:23 122:6
128:18 140:25
152:12
thousands 137:10
three 87:9,10
101:23 108:7
110:2,17,18,20
111:8 120:9,10,12
121:4,8,9 152:13
166:6 185:16
189:17 193:14

195:17
three-tuple 109:16
through 19:6 24:16
35:12,16 47:8
63:12 66:7 83:22
85:4,9,24 96:18
110:22 111:10
114:2 118:18
119:6 121:7 126:8
126:10,22 127:9
128:24 131:2,4,19
132:3 139:11
142:5 143:7 146:2
146:18 147:16
150:7 154:14
163:14 166:7
167:2 177:8,10,23
185:24 187:2
188:15 192:14
193:14,17 194:9
Tim 5:6
time 11:4 14:10
15:3 22:11,14
24:14 25:2 27:21
31:10 36:7 38:16
38:19 50:9 52:14
52:16 54:12 58:21
58:25 60:5,5
73:14 76:2,21
88:11,14,16 89:3
89:4 93:22 103:18
109:22 112:17,21
117:19 118:8
126:12,17,21
127:9 136:2
137:13,14 144:10
144:13 146:22,24
148:3 149:7 150:3
150:9 155:6 162:8
162:22 163:20,25
164:5 166:12,19
166:20,21 176:24
177:9,11 178:19
181:3 182:19
183:23 184:10
185:2,5 193:25
194:11 195:11
196:9 202:4,6,9
times 6:3 114:4
143:6 148:3 193:3
193:7,9
TIMOTHY 3:15
tired 165:9,14
title 20:13 77:7
today 8:7,9,23 9:11
9:12,15 19:22
31:19 52:16 53:6
88:8 134:9,16

137:16 140:11,20
153:13 171:17
177:20
together 15:24
35:22 98:10 99:25
149:10 179:24
182:17 198:24,24
told 116:7 151:16
tone 70:14,17,22,24
72:4
top 116:2
Tower 2:23
tracker 157:10
tracking 157:3
transactions 137:8
137:9
transfer 135:25
146:7
transition 74:16,24
93:7,13 108:6
113:25 115:6
119:25 123:5,7,14
123:22,23 126:22
129:11 131:19
132:17 141:21,24
142:5,11 143:2,7
149:8 150:9 151:4
160:2 161:2,7,9
162:7 163:11
164:16 165:3
179:17 180:11
181:6 193:17
transitions 141:20
142:23 150:7
155:23 162:3
163:14,19 164:10
164:25
transmission 19:21
47:8 72:22 96:10
139:3
transmissions 163:2
transmit 30:10,20
30:21 32:7,19
34:21 35:9 44:25
48:10 60:10,22
62:4,6,15 66:23
136:8 138:9,17
139:12
transmits 35:4
transmitted 35:22
45:7,8 60:8 61:2
61:13,14 66:9
68:3,11 69:18
102:18,19,22
106:21 114:8,20
133:11 135:21
136:16 145:16
149:9 151:5

D181

transmitter 39:9,13
39:13 44:20 46:25
64:10,17,18 65:12
66:18,19 79:8
102:25 144:23
145:3 146:2 150:5
150:7 163:14
172:3,20 179:7
transmitter's 141:5
transmitting 36:13
traverse 74:25
treating 180:24
trellis-coded 64:11
93:15 95:2 107:21
168:24 180:9
182:18 191:11
195:6 196:3,6,17
196:19 113:18
198:20 199:4
trellis-coders 75:21
trellis-coding
115:12
trellis-encoded
92:23 102:13
103:3 111:14
113:12,22 144:17
185:25 189:20
190:11 192:22
200:7,19
tremendous 65:24
tries 145:2
trouble 99:4
true 44:6 52:22
60:7 116:11
148:16 169:22
187:16 203:12
truthful 8:6
truthfully 8:2
try 6:20 93:25
145:24
trying 30:6 116:15
117:11,18 163:12
turn 154:10
turns 133:12
two-coordinate
36:9
two-dimensional
39:12,20 41:13,18
41:20 43:6,11,23
43:24 44:3 51:5
51:24 52:3,6,18
56:8,11,13,25
57:4 58:3 59:21
60:9 61:12,13,15
62:18,19,21,22,23
67:9,11,18,22
68:5,13,20 69:3
70:4 71:3,12 78:4

78:6,23 80:20
81:15,18 82:7
83:17 85:20 86:6
86:8 87:10 90:10
91:15 93:5,19
94:4,22,25 96:11
102:19 103:15,19
104:10,12,13
110:15,21 111:5
111:11 114:9,21
120:8 126:14,20
127:10,23 128:4
131:12,14,16,18
131:22 132:19
133:16 139:5,21
150:12 162:12
179:9,15 189:16
two-dimensionals
68:17
two-part 164:11
two-thirds 120:11
type 40:15 61:5
115:18 123:3
129:3 149:17
155:14 158:22
162:8 198:21
199:24
types 21:24 40:17
52:2,6 54:14
117:23
typically 25:20
120:17 136:15
143:20 196:24

_____
U

UCLA 197:2
Uh-hum 150:25
ultimate 158:25
ultimately 150:11
196:12
unchanneled 90:3
unclear 105:6
uncoded 38:4,8
39:4,6 41:4,7
50:19 64:5 65:19
68:5,9 94:16
128:3 136:18
174:3
uncomfortable
116:8
under 7:20 8:10
58:12 109:21
118:15
underlying 90:8
94:9
understand 6:19,23
8:9,13,22 9:18
10:20 13:24 16:21

19:7 22:16 28:17
29:3 32:12,15
50:12 53:11 65:6
65:8,13 87:22
96:22 109:23
114:17 126:6
137:21,25 139:6
141:8 142:24
152:14 153:19
157:16 158:9
159:2 169:4
173:15 180:16
181:7 192:19
understanding 26:5
26:11 83:10,16
99:5 116:5 175:19
175:25
understood 7:15
12:12 47:12 52:19
54:12,18 71:18
83:14 132:8
undifferentiated
113:9
undisturbed 51:11
Ungerboek 49:14
50:12 54:16,24
57:2 64:7 66:20
69:14 71:9 72:8
200:21
Ungerboek's 15:9
58:7,8,11 59:14
61:25 66:16
107:23
unique 146:18
unit 21:23 95:14
99:24
united 1:2 4:5
units 92:5 99:24
University 18:23,24
28:24 197:18
unless 8:2
unlimited 136:2
unnatural 47:20
unrelated 94:7
unseparated 187:11
until 7:2 149:22
157:11
update 147:7 149:8
150:4 156:7 157:9
157:12,25
updated 148:23
updating 148:17
156:15,18,24
159:10
upper 50:6 58:14
61:25
upstream 140:14
use 20:5 34:20

37:16 44:23 45:25
46:3,5 55:25
56:21 60:9,19
61:15,16,23 64:10
70:3 72:4,14,15
86:17 90:4 106:2
135:2 136:2 148:4
151:11 157:24
used 12:13,15 23:13
35:8 53:17,17
60:12 82:2 85:16
87:4,7,11,17
89:18 91:10
100:21 140:9
148:11 158:6,7,8
158:23 159:5
180:8 194:22
198:21 199:24
200:12
useful 148:2 155:9
uses 35:3 52:19 56:3
105:11 137:23
145:24 146:25
159:9 170:15
189:15
using 22:13 26:21
37:10 44:2 47:5,9
47:10,22 54:5
56:19,22 67:16
69:21 78:19 80:24
81:6 96:10 121:24
121:25 125:3
129:13 135:6
137:2 167:25
169:21 170:24
179:8 181:10
192:23 194:15
utilizes 85:15 89:17
U.S 129:20 130:4
204:15

_____
V

vacuum 188:6
valid 134:10
value 59:9,16 60:25
61:21 62:3,6 63:9
63:9 68:24 108:16
146:9 152:4 153:3
values 59:19 68:21
154:21 194:22
variance 200:23
variations 33:14
variety 57:21
various 20:8 40:9
120:16 136:18
137:11 145:6
184:2 196:21
vast 27:10

vector 36:9 46:12
47:24 48:8
vendors 134:21
venture 173:2
versions 11:17
versus 6:8,9 23:11
37:8 47:6 67:17
69:21 71:12
146:13 187:10
very 30:3 37:2 40:7
70:2 71:4 75:5
76:10 98:17,18,22
124:13 148:15
157:3,16 196:14
201:2
via 172:10
vice 21:22 23:25
video 4:2,13 5:10
38:19 57:10 58:20
58:24 88:14 89:4
112:16,20 144:10
144:13 163:24
164:4 185:2,5
202:6
videotaped 1:14 4:3
view 26:12 29:2
45:16,16 46:24
viewing 46:21
visiting 197:21
Viterbi 20:2 66:7
78:18 144:21
145:18,18,19,21
145:24 146:4,9,25
147:23,25 148:9
148:17 149:14
150:20 151:13
152:2,24 155:11
157:11 158:8
199:6,7,9,13,21
199:23,25 200:25
voice 53:2 97:18
volts 105:3
VSB 60:13,19 70:11
72:6,6
V.32 19:16 20:10
24:24 25:5 139:20
196:13 200:20
V.34 19:16 20:10
24:25 134:8,11
135:5 136:11,12
136:24 137:2,22
139:14,18 140:5
V.56 140:13,14,15
140:20

_____
W

Wacker 2:22
wait 151:9 155:24

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

D182

Page 224

| | | | | |
|---|---|---|---|---|
| 157:11 | ways 47:20 52:9 | 119:15,23 127:21 | 169:15 170:19 | X0 166:3,4 170:14 |
| waits 155:18 | 57:16 121:2 | 137:3 138:19 | 172:4 176:10,16 | 180:10 182:15 |
| Wang 196:10 | 137:23 142:23 | 148:6 151:5 | 179:5 182:8 183:5 | 185:16 194:19 |
| want 7:12 9:5 17:19 | 155:2,17 160:3 | 159:25 162:18 | 184:24 185:20 | 195:13 |
| 30:19 32:14,19 | 168:17 169:13 | 173:20 174:25 | 186:7 188:21 | X1 107:12 108:2,10 |
| 37:19 65:2 69:5,8 | 190:15 | 175:17 187:19 | 191:20 196:4 | 108:15 111:19,23 |
| 69:13 94:14 110:6 | Wei 15:15 124:3 | 197:15 199:2 | 197:11 199:11 | 112:7 166:3,5 |
| 123:13 128:7,8,9 | 128:19 133:17,25 | 200:13 | 202:5 203:10,13 | 170:14 180:11 |
| 139:6 146:10 | 136:25 137:14,17 | we'll 57:12 | 203:18 204:3 | 182:15 185:16,17 |
| 150:6,14 160:10 | 138:4,18 139:18 | we're 27:23 28:12 | won 72:6 | 185:21,23 186:14 |
| 160:11 168:3 | 140:14 156:8 | 34:5,23 38:14,17 | wondering 116:10 | 186:21 187:11,15 |
| 173:25 174:2,22 | 159:4 196:10 | 38:20 58:21,25 | 175:7 | 194:20 195:13,13 |
| 176:12 177:11 | 201:6 | 61:10 64:6 88:15 | word 52:23 83:23 | X2 107:12,25 |
| 184:16 186:20 | weil 1:17 3:11,22 | 89:5 90:2 96:10 | 91:13,13 100:20 | 108:10 111:19,23 |
| 188:2 200:25 | 4:8 5:6 | 98:25 112:17,21 | words 12:2 40:6 | 112:7 194:20 |
| wanted 49:20 69:7 | Wei's 15:9 138:3 | 144:11,14 154:5 | 52:19 54:8 56:21 | X3 194:20 |
| 82:17 98:23 | 139:9,11,13 140:4 | 164:5 173:16 | 56:22 74:21 80:21 | X4 185:23 186:15 |
| 176:10 | 140:5,6,12 143:21 | 174:7 175:6 | 83:14 89:21 92:18 | 186:22 187:11,15 |
| wants 32:8 | 200:19 | 179:12 181:19 | 102:4 109:8 | |
| Washington 6:5 | well 15:3 16:6 17:8 | 185:3,6 200:5 | 188:14 | _____ Y _____ |
| wasn't 93:16 139:19 | 17:10 22:6,14 | we've 38:12 63:23 | work 20:12 22:10 | Y 41:22,23 44:12,25 |
| wave 30:10,24 31:2 | 25:10,15 26:17 | 64:21 125:22 | 88:3 132:14 | 55:23 58:3 63:9 |
| 31:16 32:16,19 | 27:7 30:18 33:9 | 176:8 180:8 | 139:11 140:3 | 96:15 105:2 107:3 |
| 33:12,17,17,19,21 | 33:25 37:16 40:19 | WHEREOF 203:18 | worked 18:25 20:15 | 107:6 |
| 34:4,5,5 35:11,17 | 47:12 49:8,20 | while 17:16 21:8 | 23:23 | yeah 18:5 55:11 |
| 38:2 39:2 40:13 | 50:24 52:7,25 | 24:7 26:18 112:15 | working 12:7 14:16 | 78:6 83:20 99:3,4 |
| 42:23 43:12 44:8 | 53:21 54:11 65:23 | 141:4 163:22 | 14:20 21:8 24:7 | 101:12 105:15 |
| 44:16,17 45:15 | 68:2,20 75:12,24 | 185:15 | 52:15 127:3 | 106:6 107:14 |
| 50:22 51:10 53:14 | 80:23 82:4 91:6 | white 118:12 | works 110:8 141:23 | 110:7 125:18,18 |
| 53:15,17,18,24 | 97:13,18 98:22 | whole 10:15 80:23 | 143:16 146:21 | 130:19 149:2 |
| 54:2 55:9,21 56:8 | 99:13 108:20,25 | 82:13 110:24 | 148:13 158:2 | 172:12 174:9 |
| 60:16 63:9,10,15 | 109:4,9,25 118:21 | 118:21 127:17 | 159:14,16 172:15 | 184:25 197:19 |
| 63:18 102:24 | 126:2 136:23 | 130:15 131:20 | 192:18 | 200:17 |
| waves 33:24 34:14 | 141:7 157:16 | 171:5 196:16 | world 2:6 25:21 | years 6:2 16:6 19:2 |
| 34:15,20 35:3,8 | 161:16 169:6 | 197:5 | 137:15 196:24 | 19:8 101:23 |
| 35:21 53:19 | 170:9,23 171:7 | William 20:25 | wouldn't 30:8 42:5 | 196:23 197:4 |
| way 7:13 23:8,9,11 | 173:10,25 174:3 | wire 72:7 134:25 | 66:10 82:19 84:15 | yes-or-no 193:4 |
| 23:11 31:14,17 | 178:13 183:2 | 137:11 140:2 | 84:21 98:7 122:6 | YO 109:4 |
| 38:25 41:25 45:9 | 186:16 188:12 | wireless 22:12,13 | 135:14 156:20 | york 1:17,18,20 2:7 |
| 47:18,19,22 48:21 | 189:12,23 190:18 | 22:24,25 137:11 | 159:17 160:9 | 2:7 3:14,14 4:9,9 |
| 49:4,5,6,9 53:9 | 191:4 192:23 | 139:23 | 173:2,2 198:15 | 42:3,11 203:3,5,8 |
| 67:19 68:18 81:9 | 193:10,22 195:2 | witness 5:11 6:2 | write 53:23 171:14 | Y0 108:4,10 109:3,7 |
| 83:25 84:22 94:19 | 199:7 200:16 | 7:10,16,18 13:13 | 172:13,14 | 110:10 |
| 94:20 106:2 110:8 | well-known 70:7 | 15:14 26:9 27:8 | writing 197:17 | Y1 108:4,10 109:7 |
| 112:9 117:15 | went 14:6 83:22 | 42:17 49:12,18 | written 10:16 15:10 | 110:10 |
| 123:2,15 127:3 | 146:2 | 51:18 57:20 73:21 | 52:17 97:25 171:8 | Y2 108:4,10 109:7 |
| 131:25 132:8,13 | were 11:7,11,13,16 | 73:24 74:9 78:10 | wrote 50:12 52:14 | 110:10 |
| 132:14 141:23 | 11:17,20,20 12:3 | 79:21 80:14 82:22 | 137:14 139:10,18 | |
| 142:12 143:4,8,15 | 12:5,24 15:11,22 | 83:6 85:8 86:19 | 196:15 | _____ Z _____ |
| 143:16,20 146:20 | 16:13 19:9,13,17 | 87:19 90:18 95:8 | | ZACHARY 2:10 |
| 147:7 148:13 | 21:20,24 22:4 | 105:12 107:5 | _____ X _____ | zero 33:12 166:10 |
| 157:25 159:15,23 | 23:21 24:2,3,17 | 112:13 113:6 | x 1:4,10 41:22,23 | zeros 104:6,19 |
| 163:10 166:9,22 | 24:18,18 25:10 | 124:14,24 130:9 | 44:12,24 55:22 | Zuranski 21:5 |
| 168:20 169:7,25 | 26:7,23 32:16 | 130:12,18 139:17 | 58:3 59:24 63:8 | |
| 169:25 171:16 | 45:19 52:14 53:4 | 144:7 153:11,16 | 96:15 104:25 | _____ 0 _____ |
| 173:10 189:2 | 72:3 82:23 84:22 | 153:25 158:18 | 107:3,6 185:17,22 | 0.5 138:10 139:4 |
| 191:5,11,23 | 98:17 104:5 | 160:21 161:18 | 204:2 | 0.7 133:15 134:2 |
| 192:18 203:16 | 113:10 115:4,7 | 168:8,13,18 | X/Y 36:9 54:13 | 135:16 137:2 |

Elisa Dreier Reporting Corp.  (212) 557-5558
780 Third Avenue, New York, NY 10017

**0003** 45:11
**0011** 42:16
**0013** 189:8
**0019** 18:18
**0029** 49:11
**0052** 124:8
**0062** 156:10
**0092** 92:3
**0098** 177:5
**06901-2047** 2:17
**07** 4:7

---

**1**

**1** 4:3 9:25 10:2,14
  42:20 49:15,23,24
  51:17 57:14,19
  58:12,14,21 61:25
  66:15 79:17,18
  80:9,21,25 81:21
  81:25 83:9,11,17
  83:21 84:12,16,22
  87:14 89:25 90:5
  90:7 94:17 104:25
  120:19,21 123:19
  124:5,21 125:2
  129:10 152:17
  164:13 166:10
  168:4,16 178:3
  181:12 204:7
**1s** 104:7,19
**1:43** 89:3,4
**10** 129:23 130:7,8
  148:5,7 204:7
**10:06** 1:12 4:10
**100** 24:2 98:23
  148:8
**1000** 3:6
**10153** 3:14
**10281-2101** 2:7
**11** 38:16 111:16
  120:6
**11:18** 38:19
**11:52** 58:21
**12** 121:3 128:8,9,15
  128:22 131:7
**12:00** 58:25
**12:59** 88:14,16
**129** 204:12
**13** 189:12
**14** 81:7
**15** 168:5,7,7,15
**16** 112:8
**16-AM** 50:8
**16-PSK** 51:4
**17** 24:21,22 173:25
**1848** 4:7
**1964** 18:22
**1969** 18:24 19:9

**1979** 201:10
**1980** 71:16,22 72:13
**1986** 19:9
**1987** 20:11 21:8
**1992** 21:9 23:23
**1995** 23:23
**1998** 21:12

---

**2**

**2** 22:7 50:9 58:25
  73:11 77:22 82:19
  82:20 94:18
  104:22,24 112:17
  123:19 166:10
  179:14 204:10
**2D** 43:11 114:3,4
  119:21 178:8,21
**2N** 80:17,18,22 83:4
  87:13 89:24,25
  90:4,23 178:8
**2N-dimensional**
  75:6 77:18,25
  78:14,19,21 79:13
  80:25 81:6,12
  82:2,14,15,16
  83:23 85:18 86:6
  86:11,23 87:20,23
  90:6 131:21
  143:14 178:23
  179:10
**2-AM** 50:7,9
**2-D** 126:23
**2:24** 112:17
**2:31** 112:21
**20** 42:16,19 43:2
  44:2 73:23,24
  196:23
**2001** 21:12,16
**2008** 1:11 4:10
  130:5 202:7,15
  203:19
**201** 2:16
**21** 164:13
**23** 1:11 4:10 138:3
  202:7
**233** 2:22
**24** 131:8 160:16,18
  160:22,23
**27** 189:13
**28** 189:14

---

**3**

**3** 2:6 22:7 45:12
  70:18 79:6,7
  82:21 83:3,5,8,12
  83:15,18 84:11,16
  84:21 99:13 103:8
  103:9 104:25

**105:3** 112:21
**123:20** 129:18
**130:2,15** 151:12
**151:25** 152:9
**156:12** 158:17
**163:25** 164:13
**165:4** 166:10
**170:19** 172:19,22
**173:17** 179:20
**184:23** 185:8
**186:6** 187:18
**188:21** 191:17,18
**194:25** 195:3
**204:12**
**3:28** 144:10
**3:38** 144:13
**31** 112:9,11,25
  119:14
**317** 174:2,5,18
**319** 99:20,20,20,24
  179:23,24,24
  194:17,18,18
**32** 19:2,8
**324** 99:17,24 183:13
  183:17 191:2
  194:18
**325** 103:12,21,24,25
  104:3,5 105:8
  180:5,15,17
  182:12 189:17
  191:15 192:2,21
  193:20,23 194:8
**328** 106:4
**33.4** 135:5
**33.6** 134:14 135:2,5
**331** 169:23 193:13
  195:17
**337** 85:21 169:21,23
  171:8 180:22,23
  189:24 195:18
**338** 173:9,10,21
  174:6,18 195:18
**341** 165:20 170:15
  171:7 173:5,21,25
  174:5 183:9,16
  186:6,6 187:2
  188:15 189:15
  190:6,19,25
**3411** 189:15
**342** 173:17,19 174:6
  174:19 182:22
  188:10,20 189:21
  190:15 191:2,13
**363** 173:25

---

**4**

**4** 130:5 164:5
  166:11 171:20

**185:17** 186:18
**187:10,14,21**
**4D** 99:19 103:25
  114:4 119:20
  126:21 141:15
  171:8 173:5
  179:18,25 189:17
  192:17 193:19
  194:11,12,24,25
  195:8
**4-AM** 50:7 67:3
**4-PSK** 51:4
**4:12** 163:25
**4:17** 164:5
**4:57** 185:2
**40** 16:6 28:5
**431** 172:2,5
**441** 171:25 172:5
**45** 156:16,17
**47** 154:10,14 197:24
**47-something** 28:5
**48** 156:13

---

**5**

**5** 69:25 104:25
  105:3 107:11
  120:7 141:25
  142:21 166:11
  184:22 185:8
  187:10,13,14,16
  187:21 204:4
**5,243,627** 73:3,12
  129:21 130:4
  204:11,15
**5:06** 185:5
**5:39** 202:6,9
**50** 154:10,14 197:14
**51** 156:12 158:17
**52** 124:23
**526** 197:19
**53** 77:22
**54** 77:23
**56** 171:22
**575** 29:14
**58** 85:4,7,23

---

**6**

**6** 123:12
**6.10.1** 92:10
**60606-6357** 2:24
**61** 85:5,7,24
**610-1** 92:4
**62** 156:9
**625** 18:7 75:19 76:7
  76:8,10,12,17,19
  76:23 77:2,10,12
  113:10 167:13,14
  167:18 168:21

**177:4,6,14,21,25**
**178:3** 179:4,7
**627** 9:11,17 10:22
  11:2 18:15 21:2,6
  21:10 73:4,7 74:3
  74:4,7,11 75:8
  76:5,19 77:5,9,13
  77:18 78:2,7,12
  86:11 87:22 88:2
  89:15 91:9 99:14
  102:10 113:4,8,20
  154:11,13 155:16
  163:18 164:9,12
  165:5,6 166:15
  168:4 170:20
  177:18 179:4,21
  179:22 184:23
  185:9 191:9,17
**6300** 2:23
**64** 85:9
**69** 24:16

---

**7**

**73** 204:10
**757** 1:17
**76** 199:18,19,19
**767** 3:13 4:9
**780** 4:16

---

**8**

**8** 85:4 89:15 154:10
**8-AM** 50:7
**8-PSK** 43:25 44:3
  44:23 46:17 51:4
**86** 24:16
**89** 195:23,25

---

**9**

**90** 34:19 35:21
  53:15
**94025-1015** 3:7
**95** 22:10 92:4
**98** 21:16 22:10

Elisa Dreier Reporting Corp. (212) 557-5558
780 Third Avenue, New York, NY 10017

D184