IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION, | ) ) ) ) ) ) MDL Docket No. 07-md-1848(GMS) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of James Hwa, Sergey Kolmykov, and Zachary D. Silbersher of the law firm Morgan & Finnegan LLP to represent Rembrandt Technologies, LP, and Rembrandt Technologies, LLC d/b/a Remstream in this matter. Pursuant to this Court's Standing Oder effective January 1, 2005, I hereby certify that the annual fee for *pro hac vice* admission is being submitted in connection with this application.

Date: July 11, 2008

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr., Esquire (#2237)
Francis DiGiovanni, Esquire (#3189)
James D. Heisman (#2746)
Kristen Healey Cramer (#4512)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
Wilmington, Delaware 19899
cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com
kcramer@chlh.com

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 8, 2008

James Hwa
MORGAN & FINNEGAN LLP
1775 Eye Street, N.W.
Suite 400
Washington, D.C. 20006
Telephone:   202-857-7887
Facsimile:    202-857-7929
jhwa@morganfinnegan.com

99063 v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Eastern District and Southern District of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 10, 2008

_____
Sergey Kolmykov
MORGAN & FINNEGAN LLP
3 World Financial Center
20th and 21st Floor
New York, NY 10281
Telephone:   212-415-8700
Facsimile:    212-415-8701
skolmykov@morganfinnegan.com

1152189 v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 9, 2008

_____
Zachary D. Silbersher
MORGAN & FINNEGAN LLP
3 World Financial Center
20th and 21st Floor
New York, NY 10281
Telephone:    212-415-8700
Facsimile:    212-415-8701
zsilbersher@morganfinnegan.com

99064 v1

## ORDER

IT IS HEREBY ORDERED that Rembrandt's motion for admission *pro hac vice* of **James Hwa, Sergey Kolmykov, and Zachary D. Silbersher** is GRANTED.

Dated: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 11th day of July, 2008, a true copy of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was emailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following and the document is available for viewing and downloading from CM/ECF:

**BY E-MAIL**

| | |
|---|---|
| Richard K. Herrmann<br>Mary B. Matterer<br>Amy Arnott Quinlan<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>rherrmann@morrisjames.com | John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com |
| Jack B. Blemenfeld<br>Karen Jacobs Louden<br>Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>rsmith@mnat.com | Richard D. Kirk<br>Scott G. Wilcox<br>Stephen B. Brauerman Bayard, PA<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>swilcox@bayardlaw.com<br>sbrauerman@bayardlaw.com |
| Frederick L. Cottrell, III<br>Kelly E. Farnan<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>farnan@rlf.com | Peter J. Toren<br>Lawrence B. Goodwin<br>Monica V. Bhattacharyya<br>Stefan R. Stoyanov<br>Kasowitz, Benson, Torees & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>ptoren@kasowitz.com<br>lgoodwin@kasowitz.com<br>mbhattacharyya@kasowitz.com<br>sstoyanov@kasowitz.com |

| | |
|---|---|
| Josh A. Krevitt<br>Charles J. Bourdreau<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166<br>jkrevitt@gibsondunn.com<br>cboudreau@gibsondunn.com | David S. Benyacar<br>Daniel L. Reisner<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>dbenyacar@kayescholer.com<br>dreisner@kayescholer.com |
| Amanda J. Tessar<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202<br>atessar@gibsondunn.com | David Segal<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvina, CA 92612<br>dsegal@gibsondunn.com |
| Robert A. Van Nest<br>Brian L. Ferrall<br>Daralyn J. Durie<br>Leo L. Lam<br>Matthew M. Werdegar<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>rvannest@kvn.com<br>bferrall@kvn.com<br>ddurie@kvn.com<br>llam@kvn.com<br>mwerdegar@kvn.com | Bradford P. Lyerla<br>Kevin D. Hogg<br>Charles E. Juister<br>Marshall, Gerstein & Borun LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>blyerla@marshallip.com<br>khogg@marshallip.com<br>cjuister@marshallip.com |
| John Desmarais<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>jdesmarais@kirklan.com | Eric R. Lamison<br>Kirkland & Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA 94104 |
| Mitchell Stockwell<br>Kilpatrick & Stockton LLP<br>110 Peachtree Street, N.E., Suite 2800<br>Atlanta, GA 30309<br>mstockwell@kilpatrickstockton.com<br>edward.reines@weil.com | Matthew D. Powers<br>Edward R. Reines<br>Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>matthew.powers@weil.com |

| | |
|---|---|
| Richard Brown<br>Day Pitney LLP<br>200 Campus Drive<br>Florham Park, NY 07932<br>rbrown@daypitney.com | Gerald Levy<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036<br>glevy@daypitney.com |
| Jonathan Tripp<br>Day Pitney LLP<br>One Canterbury Green<br>201 Broad Street<br>Stamford, CT 06901<br>jtropp@daypitney.com | |

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr., Esquire (#2237)
cseitz@cblh.com

3