IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | )<br>)<br>) MDL Docket No. 07-md-1848 (GMS)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBPOENAS DUCES TECUM
## TO THIRD PARTIES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Rembrandt Technologies, LP ("Rembrandt") has requested that the following third parties produce documents and things for inspection and copying on August 12, 2008 at 9:00 AM:

       3Com Corporation
       AM Networks, Inc.
       Advanced Micro Devices, Inc.
       Arcwave, Inc.
       Arris Group, Inc.
       BigBand Networks, Inc.
       Bitstream Inc.
       CDW Direct, LLC
       Cable Television Laboratories, Inc.
       Chartered Semiconductor Manufacturing, Inc.
       Com21, Inc.
       Communications and Power Industries, Inc.
       David Sarnoff Research Center
       Dolby Laboratories Inc.
       General Instrument Corporation
       Harmonic, Inc.
       K Tech Telecommunications, Inc.
       LG Electronics Inc.
       Lucent Technologies, Inc.

    MPEG LA, LLC
    Netgear Inc.
    Netscape Communications Corporation
    Mitsubishi Electric & Electronics USA, Inc.
    Motorola, Inc.
    Nortel Networks Corporation
    OpenTV, Inc.
    Panasonic Corporation
    Philips Electronics North America Corporation
    SMC Networks, Inc.
    Sencore, Inc.
    Sun Microsystems, Inc.
    Tektronix, Inc.
    Terayon Communication Systems, Inc.
    Thomson Inc.
    Tollgrade Communications, Inc.
    Toshiba America, Inc.
    Toshiba America Information Systems, Inc.
    US Robotics Corp.
    Xilinx, Inc.
    Zoom Technologies, Inc.
    Zoran Corporation

  Said production will be place pursuant to Subpoenas in a Civil Case in accordance with the Federal Rules of Civil Procedure.

Dated: July 29, 2008        CONNOLLY BOVE LODGE & HUTZ LLP

                __/s/ James D. Heisman_____
                Collins J. Seitz, Jr., Esq. (# 2237)
                Francis DiGiovanni, Esq. (# 3189)
                James D. Heisman, Esq. (# 2746)
                1007 N. Orange Street
                P. O. Box 2207
                Wilmington, DE 19899
                (302) 658-9141
                cseitz@cblh.com
                fdigiovanni@cblh.com
                jheisman@cblh.com
                *Attorneys for Rembrandt Technologies, LP*

# CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 29th day of July, 2008, a true copy of the foregoing documents was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>rsmith@mnat.com | John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com |
| Richard K. Herrmann<br>Mary B. Matterer<br>Amy Arnott Quinlan<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>rherrmann@morrisjames.com | Richard D. Kirk<br>Scott G. Wilcox<br>Stephen B. Brauerman<br>Bayard, PA<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>swilcox@bayardlaw.com<br>sbrauerman@bayardlaw.com |
| Fredrick L. Cottrell, III<br>Kelly E. Farnan<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>farnan@rlf.com | Peter J. Toren<br>Lawrence B. Goodwin<br>Monica V. Bhattacharyya<br>Stefan R. Stoyanov<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>ptoren@kasowitz.com<br>lgoodwin@kasowitz.com<br>mbhattacharyya@kasowitz.com<br>sstoyanov@kasowitz.com |

| | |
|---|---|
| Josh A. Krevitt<br>Charles J. Bourdreau<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, New York 10166-0193<br>jkrevitt@gibsondunn.com<br>cboudreau@gibsondunn.com | David Segal<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvina, California 92612-4412<br>dsegal@gibsondunn.com |
| Amanda J. Tessar<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>atessar@gibsondunn.com | David S. Benyacar<br>Daniel L. Reisner<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, New York 10022<br>dbenyacar@kayescholer.com<br>dreisner@kayescholer.com |
| Matthew D. Powers<br>Edward R. Reines<br>Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>matthew.powers@weil.com<br>edward.reines@weil.com | Robert A. Van Nest<br>Brian L. Ferrall<br>Daralyn J. Durie<br>Leo L. Lam<br>Matthew M. Werdegar<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>rvannest@kvn.com<br>bferrall@kvn.com<br>ddurie@kvn.com<br>llam@kvn.com<br>mwerdegar@kvn.com |
| John Desmarais<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>jdesmarais@kirkland.com | Eric R. Lamison<br>Kirkland & Ellis LLP<br>555 California Street, Ste. 2700<br>San Francisco, CA 94104<br>elamison@kirkland.com |

| | |
|---|---|
| Mitchell Stockwell<br>Kilpatrick & Stockton LLP<br>110 Peachtree Street, N.E.<br>Suite 2800<br>Atlanta, GA 30309<br>MStockwell@KilpatrickStockton.com | Bradford P. Lyerla<br>Kevin D. Hogg<br>Charles E. Juister<br>Marshall, Gerstein & Borun LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6357<br>blyerla@marshallip.com<br>khogg@marshallip.com<br>cjuister@marshallip.com |
| Richard Brown<br>Day Pitney LLP<br>200 Campus Drive<br>Florham Park, NJ 07932<br>rbrown@daypitney.com | Gerald Levy<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036<br>glevy@daypitney.com |
| Jonathan Tropp<br>Day Pitney LLP<br>One Canterbury Green<br>201 Broad Street<br>Stamford, CT 06901 | |

            _/s/ James D. Heisman_
            James D. Heisman (# 2746)
            jheisman@cblh.com