**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION ) ) ) ) ) | MDL Docket No. 07-md-1848 (GMS) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Coxcom's Responses to Plaintiff Rembrandt Technologies, LP's Second Set of Requests for Production of Documents and Things (Nos. 49-71)* were caused to be served on July 31, 2008, upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

**BY EMAIL**

David S. Benyacar, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

John M. DesMarais, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Jdesmarais@kirkland.com

Edward R. Reines, Esquire
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II* |
| | _____ |
| | Rodger D. Smith II (#3778) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| | (302) 658-9200 |
| | rsmith@mnat.com |
| | *Attorney for CoxCom, Inc.* |
| July 31, 2008 | |
| 2433223 | |

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on July 31, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Francis DiGiovanni, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP | John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP |

I also certify that copies were caused to be served on July 31, 2008, upon the following in the manner indicated:

### VIA HAND DELIVERY and EMAIL

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
cseitz@cblh.com
fdigiovanni@cblh.com

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com

### VIA EMAIL

David S. Benyacar, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
dbenyacar@kayescholer.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
elamison@kirkland.com

John M. DesMarais, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
Jdesmarais@kirkland.com

Edward R. Reines, Esquire
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)