**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) <br> REMBRANDT TECHNOLOGIES, LP PATENT ) <br> LITIGATION ) | MDL Docket No. 07-md-1848 (GMS) |

## NOTICE OF SERVICE

I hereby certify that copies of CHARTER COMMUNICATIONS, INC.'S AND CHARTER COMMUNICATIONS OPERATING, LLC'S OBJECTIONS AND RESPONSES TO REMBRANDT TECHNOLOGIES, LP'S SECOND SET OF REQUESTS TO DEFENDANTS FOR DOCUMENTS AND THINGS (NOS. 49-71) were served upon the following attorneys via e-mail on July 31, 2008:

| | |
|---|---|
| Collins J. Seitz, Jr. <br> Francis DiGiovanni <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> The Nemours Building <br> 1007 North Orange Street <br> Wilmington, DE  19801 <br> cseitz@cblh.com <br> fdigiovanni@cblh.com <br> (also served by first-class U.S. Mail) | Jack B. Blumenfeld <br> Karen Jacobs Louden <br> MORRIS, NICHOLS, ARSHT & TUNNEL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899-1347 <br> jblumenfeld@mnat.com <br> klouden@mnat.com |
| John W. Shaw <br> YOUNG CONAWAY STARGATT & TAYLOR LLP <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE  19899-0391 <br> jshaw@ycst.com | John M. DesMarais <br> KIRKLAND & ELLIS LLP <br> Citigroup Center <br> 153 East 53rd Street <br> New York, NY  10022-4611 <br> jdesmarais@kirkland.com |
| David S. Benyacar <br> KAYE SCHOLER LLP <br> 425 Park Avenue <br> New York, NY  10022 <br> dbenyacar@kayescholer.com | Eric R. Lamison <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA  94104 <br> elamison@kirkland.com |

Matthew D. Powers
Edward R. Reines
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
matthew.powers@weil.com
edward.reines@weil.com

| | |
|---|---|
| Dated: July 31, 2008 | /s/ Bradford P. Lyerla_____<br>Bradford P. Lyerla, *Attorney in Charge*<br>Email: blyerla@marshallip.com<br>Kevin D. Hogg<br>Email: khogg@marshallip.com<br>Charles E. Juister<br>Email: cjuister@marshallip.com<br>Marshall, Gerstein & Borun LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6357<br>Tel: (312) 474-6300<br>Fax: (312) 474-0448<br><br>Attorneys for Charter Communications, Inc. and Charter Communications Operating, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

I further certify that on July 31, 2008, copies of the foregoing document were served upon the following via e-mail:

Collins J. Seitz, Jr.
Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com
(also served by first-class U.S. Mail)

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

David S. Benyacar
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Matthew D. Powers
Edward R. Reines
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
klouden@mnat.com

John M. DesMarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
jdesmarais@kirkland.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

/s/ Kevin D. Hogg_____
Attorney for Charter Communications, Inc. and
Charter Communications Operating, LLC