IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) | MDL Docket No. 07-md-1848(GMS) |

## ORDER

At Wilmington, this 12th day of August, 2008, after having conducted a *Markman* claim construction hearing from August 5-7, 2008;

IT IS ORDERED that the parties shall complete their meet and confer, and report to the court, in writing, which claim terms of the patents-in-suit are no longer in dispute by **Friday, September 12, 2008**.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE