**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | )<br>)<br>)<br>) MDL Docket No. 07-md-1848 (GMS) |

## NOTICE OF SERVICE

I hereby certify that copies of OBJECTIONS OF CHARTER COMMUNICATIONS, INC. AND CHARTER COMMUNICATIONS OPERATING, LLC TO PLAINTIFF'S PARTIAL NOTICE OF VIDEOTAPED ORAL DEPOSITION TO DEFENDANTS PURSUANT TO RULE 30(B)(6) were served upon the following attorneys via e-mail on August 15, 2008:

Collins J. Seitz, Jr.
Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com
(also served by first-class U.S. Mail)

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
klouden@mnat.com

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

John M. DesMarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
jdesmarais@kirkland.com

David S. Benyacar
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Eric R. Lamison
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

Matthew D. Powers
Edward R. Reines
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

Dated: July 31, 2008                    /s/ Kevin D. Hogg
                                                     Bradford P. Lyerla, *Attorney in Charge*
                                                     Email: blyerla@marshallip.com
                                                     Kevin D. Hogg
                                                     Email: khogg@marshallip.com
                                                     Charles E. Juister
                                                     Email: cjuister@marshallip.com
                                                     Marshall, Gerstein & Borun LLP
                                                     6300 Sears Tower
                                                     233 South Wacker Drive
                                                     Chicago, IL 60606-6357
                                                     Tel: (312) 474-6300
                                                     Fax: (312) 474-0448

                                                     Attorneys for Charter Communications, Inc. and
                                                     Charter Communications Operating, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

I further certify that on August 15, 2008, copies of the foregoing document were served upon the following via e-mail:

Collins J. Seitz, Jr.
Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
cseitz@cblh.com
fdigiovanni@cblh.com
(also served by first-class U.S. Mail)

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
jblumenfeld@mnat.com
klouden@mnat.com

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com

John M. DesMarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
jdesmarais@kirkland.com

David S. Benyacar
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
dbenyacar@kayescholer.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
elamison@kirkland.com

Matthew D. Powers
Edward R. Reines
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
matthew.powers@weil.com
edward.reines@weil.com

/s/ Kevin D. Hogg_____
Attorney for Charter Communications, Inc. and
Charter Communications Operating, LLC