IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) |
|---|---|
| | ) MDL Docket No. 07-md-1848 (GMS) |
| REMBRANDT TECHNOLOGIES, LP | ) |
| PATENT LITIGATION | ) |
| | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 15, 2008, true and correct copies of:

*1) Motorola, Inc.'s Responses and Objections to Rembrandt Technologies, LP's Partial Notice of Videotaped Oral Deposition Pursuant to Rule 30(b)(6);*

*2) Cisco Systems, Inc.'s Responses and Objections to Rembrandt Technologies, LP's Partial Notice of Videotaped Oral Deposition Pursuant to Rule 30(b)(6);*

*3) Scientific-Atlanta, Inc's Responses and Objections to Rembrandt Technologies, LP's Partial Notice of Videotaped Oral Deposition Pursuant to Rule 30(b)(6);*

*4) ARRIS Group, Inc.'s Responses and Objections to Rembrandt Technologies, LP's Partial Notice of Videotaped Oral Deposition Pursuant to Rule 30(b)(6);*

*5) Thomson, Inc.'s Responses and Objections to Rembrandt Technologies, LP's Partial Notice of Videotaped Oral Deposition Pursuant to Rule 30(b)(6);*

*6) Ambit Microsystems, Inc.'s Responses and Objections to Rembrandt Technologies, LP's Partial Notice of Videotaped Oral Deposition Pursuant to Rule 30(b)(6), and*

*7) NETGEAR, Inc.'s Responses and Objections to Rembrandt Technologies, LP's Partial Notice of Videotaped Oral Deposition Pursuant to Rule 30(b)(6)*

were served upon the following counsel of record as indicated:

**BY HAND DELIVERY and E-MAIL**

Collins J. Seitz, Jr.
Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
cseitz@cblh.com
fdigiovanni@cblh.com

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

**BY E-MAIL**

David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

**BY E-MAIL**

Edward R. Reines
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com


PLEASE TAKE FURTHER NOTICE that on August 18, 2008 this Notice of Service was

electronically filed with the Clerk of the Court using CM/ECF, which will send notification that

such filing is available for viewing and downloading to the following counsel of record:


Collins J. Seitz, Jr.
Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

065687.1001

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*Of Counsel:*

John Desmarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Eric R. Lamison
Benjamin R. Ostapuk
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104

Russell E. Levine, P.C.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Attorneys for Plaintiffs

Dated: August 18, 2008

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jcastellano@ycst.com
  Attorneys for Plaintiffs Motorola, Inc., Cisco
  Systems, Inc., Scientific-Atlanta, Inc., ARRIS Group,
  Inc., Thomson, Inc., Ambit Microsystems, Inc., and
  NETGEAR, Inc.

065687.1001