**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | MDL Docket No. 07-md-1848 (GMS)<br>(All Cases) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Comcast's Response to Plaintiff Rembrandt Technologies, LP's Second Set of Interrogatories* were caused to be served on August 21, 2008, upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
cseitz@cblh.com
fdigiovanni@cblh.com

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com

**BY EMAIL**

David S. Benyacar, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
dbenyacar@kayescholer.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
elamison@kirkland.com

John M. DesMarais, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
Jdesmarais@kirkland.com

Edward R. Reines, Esquire
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Karen Jacobs Louden* |
|  | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jparrett@mnat.com |
| OF COUNSEL:<br><br>Robert A. Van Nest<br>Brian L. Ferrall<br>Daralyn J. Durie<br>Leo L. Lam<br>Matthew M. Werdegar<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>(415) 391-5400 | *Attorneys for Comcast Corp.; Comcast Cable Communications, LLC; Century-TCI California Communications, LP; Comcast Of Florida / Pennsylvania, LP; Comcast Of Pennsylvania II, LP; Parnassos Communications, LP; AND Comcast Cable Communications Holdings, Inc.* |

August 21, 2008
2433450

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 21, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Francis DiGiovanni, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP | John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP |

I also certify that copies were caused to be served on August 21, 2008, upon the following in the manner indicated:

### VIA HAND DELIVERY and EMAIL

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Francis DiGiovanni, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>cseitz@cblh.com<br>fdigiovanni@cblh.com | John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com |

### VIA EMAIL

| | |
|---|---|
| David S. Benyacar, Esquire<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>dbenyacar@kayescholer.com | John M. DesMarais, Esquire<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611<br>Jdesmarais@kirkland.com |
| Eric R. Lamison, Esquire<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>elamison@kirkland.com | Edward R. Reines, Esquire<br>WEIL GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>edward.reines@weil.com |

*/s/ Karen Jacobs Louden*

_____
Karen Jacobs Louden (#2881)