IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Rembrandt Technologies, LP Patent Litigation | ) ) ) ) MDL Case No. 07-md-1848 (GMS) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 21, 2008 copies of (1) **ADELPHIA COMMUNICATIONS CORPORATION AND ADELPHIA CONSOLIDATION LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF REMBRANDT TECHNOLOGIES, LP'S SECOND SET OF INTERROGATORIES** and 2) this **NOTICE OF SERVICE** were served as shown:

**By email and by hand delivery:**

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
Kristen Healey Cramer, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, DE  19801

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Rodger D. Smith, II, Esquire
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE  19899

Richard L. Horwitz, Esquire
David Ellis Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
PO Box 951
Wilmington, DE  19899

George Pazuniak, Esquire
James Michael Lennon, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19899

{BAY:01131679v1}

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

**By email and by first class mail:**

Samuel F. Baxter, Esquire
McKool Smith – Marshall
PO Box 0
Marshall, TX 75671

David S. Benyacar, Esquire
Daniel Reisner, Esquire
Michael A. Rogoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Matthew R. Berry, Esquire
Brooke A.M. Taylor
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101

Vineet Bhatia, Esquire
Susman Godfrey LLP
590 Madison Avenue, 8th Floor
New York, NY 10022

Bradley W. Caldwell, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201

Otis W. Carroll, Jr., Esquire
Ireland Carroll & Kelley
6101 South Broadway, Suite 500
Tyler, TX 75703

Diane DeVasto, Esquire
Allen F. Gardner, Esquire
Michael E. Jones, Esquire
Potter Minton, PC
110 North College Street, Suite 500
Tyler, TX 75702

Jennifer H. Doan, Esquire
Haltom & Doan LLP
6500 North Summerhill Road
Crown Executive Center Suite 1A
PO Box 6227
Texarkana, TX 75505

Daralyn J. Durie, Esquire
Brian L. Ferrall, Esquire
Matthias A. Kamber, Esquire
Leo L. Lam, Esquire
Eric MacMichael, Esquire
Steven K. Taylor, Esquire
Matthew M. Werdegar, Esquire
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Harry L. Gillam, Jr., esquire
Gillam & Smith LLP
303 South Washington Avenue
Marshall, TX 75670

| | |
|---|---|
| Joseph S. Grinstein, Esquire<br>Tibor L. Nagy, Esquire<br>Max L. Tribble, Jr., Esquire<br>Susman Godfrey LLP<br>1000 Louisiana, #5100<br>Houston, TX 77002 | Kevin D. Hogg, Esquire<br>Charles Juister, Esquire<br>Bradford P. Lyerla, Esquire<br>Marshall Gerstein & Borun LLP<br>233 South Wacher Drive<br>8300 Sears Tower<br>Chicago, Ill 60606 |
| Josh A. Krevitt, Esquire<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 | Gerald Levy, Esquire<br>Day Pitney LLP<br>200 Campus Drive<br>Florham, NJ 07932 |
| William W. Oxley, Esquire<br>Orrick Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017 | Robert M. Parker, Esquire<br>Parker Bunt & Ainsworth PC<br>1000 E. Ferguson, Suite 1114<br>Tyler, TX 75702 |
| Edward R. Reines, Esquire<br>Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | John F. Sweeney, Esquire<br>Morgan & Finnegan, LP<br>3 World Financial Center<br>New York, NY 10281 |
| Johnathan B. Tropp, Esquire<br>Day Pitney LLP<br>One Canterbury Green<br>Stamford, CT 06901 | |

OF COUNSEL:

Peter J. Toren
Monica V. Bhattacharyya
Steven D. Chin
Jamie W. McGloin-King
Lawrence B. Goodwin
Stefan R. Stoyanov
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

BAYARD, PA.

/s/ Stephen B. Brauerman (sb4052)
Richard D. Kirk (#0922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, Delaware 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorney for Defendants
Adelphia Communications Corporation;
Adelphia Consolidation LLC*