IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) | MDL Docket No. 07-md-1848 (GMS) |
| REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant CoxCom's Responses to Rembrandt Technologies, LP's Second Set of Interrogatories* were caused to be served on August 21, 2008, upon the following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

### BY EMAIL

David S. Benyacar, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

John M. DesMarais, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Jdesmarais@kirkland.com

Edward R. Reines, Esquire
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Rodger D. Smith II*

                                  Rodger D. Smith II (#3778)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899
                                  (302) 658-9200
                                  rsmith@mnat.com
                                    *Attorney for CoxCom, Inc.*

OF COUNSEL:

Leroy M. Toliver
Taylor Higgins Ludlam
KILPATRICK STOCKTON LLP
1100 Peachtree St NE
Suite 2800
Atlanta GA  30309-4530
(404) 815-6500

August 21, 2008
2433223

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 21, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Francis DiGiovanni, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP | John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP |

I also certify that copies were caused to be served on August 21, 2008, upon the following in the manner indicated:

### VIA HAND DELIVERY and EMAIL

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Francis DiGiovanni, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>cseitz@cblh.com<br>fdigiovanni@cblh.com | John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com |

### VIA EMAIL

| | |
|---|---|
| David S. Benyacar, Esquire<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>dbenyacar@kayescholer.com | John M. Desmarais, Esquire<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611<br>Jdesmarais@kirkland.com |
| Eric R. Lamison, Esquire<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>elamison@kirkland.com | Edward R. Reines, Esquire<br>WEIL GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>edward.reines@weil.com |

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)