IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, ET AL., Plaintiffs, v. REMBRANDT TECHNOLOGIES, LP, Defendant. | ) ) ) ) Civil Action No. 07-752-GMS ) ) ) **JURY TRIAL DEMANDED** ) ) ) |

**REMBRANDT'S MOTION FOR JUDGMENT ON THE PLEADINGS ON
COUNTS 6, 7, AND 8 OF CABLEVISION'S COUNTER-COUNTERCLAIMS;
COUNTS 5, 6, AND 8 OF CHARTER'S COUNTERCLAIMS;
COUNTS 12, 13, AND 15 OF COMCAST'S COUNTER-COUNTERCLAIMS;
COUNT 5, 6, AND 8 OF COXCOM'S COUNTERCLAIMS;
AND COUNTS 7, 8, AND 10 OF TWC'S COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 12(c), Rembrandt Technologies, LP, and Rembrandt Technologies, LLC d/b/a Remstream ("Rembrandt") hereby moves this Court for an order dismissing Counts 6, 7, and 8 of Cablevision's counter-counterclaims; Counts 5, 6, and 8 of Charter's counterclaims; Counts 12, 13, and 15 of Comcast's counter-counterclaims; Count 5, 6, and 8 of Coxcom's counterclaims, and Counts 7, 8, and 10 of TWC's counterclaims. The motion should be granted for the reasons set forth in the opening brief accompanying this motion. A proposed Order implementing the relief sought in this motion is attached hereto.

| | |
|---|---|
| Dated: August 26, 2008 | /s/ Collins J. Seitz, Jr.<br>Collins J. Seitz, Jr. (#2237)<br>Francis DiGiovanni (#3189)<br>James D. Heisman (#2746)<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>Phone (302) 658-9141<br>cseitz@cblh.com<br>fdigiovanni@cblh.com<br>jheisman@cblh.com<br><br>*Attorneys for Rembrandt Technologies, LP, and Rembrandt Technologies, LLC d/b/a Remstream* |

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 26th day of August, 2008, a true copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Karen Jacobs Louden<br>Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>rsmith@mnat.com | John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com |
| Richard K. Herrmann<br>Mary B. Matterer<br>Amy Arnott Quinlan<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>rherrmann@morrisjames.com | Richard D. Kirk<br>Scott G. Wilcox<br>Stephen B. Brauerman<br>Bayard, PA<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>swilcox@bayardlaw.com<br>sbrauerman@bayardlaw.com |

| | |
|---|---|
| Fredrick L. Cottrell, III<br>Kelly E. Farnan<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>farnan@rlf.com | Peter J. Toren<br>Lawrence B. Goodwin<br>Monica V. Bhattacharyya<br>Stefan R. Stoyanov<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>ptoren@kasowitz.com<br>lgoodwin@kasowitz.com<br>mbhattacharyya@kasowitz.com<br>sstoyanov@kasowitz.com |
| Josh A. Krevitt<br>Charles J. Bourdreau<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, New York 10166-0193<br>jkrevitt@gibsondunn.com<br>cboudreau@gibsondunn.com | David Segal<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvina, California 92612-4412<br>dsegal@gibsondunn.com |
| Amanda J. Tessar<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>atessar@gibsondunn.com | David S. Benyacar<br>Daniel L. Reisner<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, New York 10022<br>dbenyacar@kayescholer.com<br>dreisner@kayescholer.com |
| Matthew D. Powers<br>Edward R. Reines<br>Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>matthew.powers@weil.com<br>edward.reines@weil.com | Robert A. Van Nest<br>Brian L. Ferrall<br>Daralyn J. Durie<br>Leo L. Lam<br>Matthew M. Werdegar<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>rvannest@kvn.com<br>bferrall@kvn.com<br>ddurie@kvn.com<br>llam@kvn.com<br>mwerdegar@kvn.com |

| | |
|---|---|
| John Desmarais<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022<br>jdesmarais@kirkland.com | Eric R. Lamison<br>Kirkland & Ellis LLP<br>555 California Street, Ste. 2700<br>San Francisco, CA 94104<br>elamison@kirkland.com |
| Mitchell Stockwell<br>Kilpatrick & Stockton LLP<br>110 Peachtree Street, N.E.<br>Suite 2800<br>Atlanta, GA 30309<br>MStockwell@KilpatrickStockton.com | Bradford P. Lyerla<br>Kevin D. Hogg<br>Charles E. Juister<br>Marshall, Gerstein & Borun LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6357<br>blyerla@marshallip.com<br>khogg@marshallip.com<br>cjuister@marshallip.com |
| Richard Brown<br>Day Pitney LLP<br>200 Campus Drive<br>Florham Park, NJ 07932<br>rbrown@daypitney.com | Gerald Levy<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036<br>glevy@daypitney.com |
| Jonathan Tropp<br>Day Pitney LLP<br>One Canterbury Green<br>201 Broad Street<br>Stamford, CT 06901 | |

By:    /s/ Collins J. Seitz, Jr.
       Collins J. Seitz, Jr. (#2237)
       cseitz@cblh.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION <br><br> MOTOROLA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> REMBRANDT TECHNOLOGIES, LP, <br><br> Defendant. | ) ) ) ) MDL Docket No. 07-md-1848 (GMS) ) ) ) ) ) ) ) Civil Action No. 07-752-GMS ) ) ) ) ) ) |

## [PROPOSED] ORDER

At Wilmington, this ___ day of _____, 2008, having considered Rembrandt's Motion for Judgment on the Pleadings on Counts 6, 7, and 8 of Cablevision's counter-counterclaims; Counts 5, 6, and 8 of Charter's counterclaims; Counts 12, 13, and 15 of Comcast's counter-counterclaims; Count 5, 6, and 8 of Coxcom's counterclaims; and Counts 7, 8, and 10 of TWC's counterclaims;

IT IS ORDERED that the Motion for Judgment on the Pleadings is GRANTED and that Counts 6, 7, and 8 of Cablevision's counter-counterclaims; Counts 5, 6, and 8 of Charter's counterclaims; Counts 12, 13, and 15 of Comcast's counter-counterclaims; Count 5, 6, and 8 of Coxcom's counterclaims, and Counts 7, 8, and 10 of TWC's counterclaims are hereby DISMISSED.

_____
Chief, United States District Judge