# CONFIDENTIAL

# FILED UNDER SEAL

# CONFIDENTIAL

# FILED UNDER SEAL