IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | MDL Docket No. 07-md-1848 (GMS) |
| REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) |  |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant CoxCom, Inc.'s Objections to Rembrandt Technologies' Partial Notice of Videotaped Oral Deposition Pursuant to Rule 30(b)(6) Regarding the '627 Patent* were caused to be served on August 28, 2008, upon the following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

### BY EMAIL

David S. Benyacar, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

John M. DesMarais, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Jdesmarais@kirkland.com

Edward R. Reines, Esquire
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Rodger D. Smith II*

                _____
                Rodger D. Smith II (#3778)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                rsmith@mnat.com
                  *Attorney for CoxCom, Inc.*

OF COUNSEL:

Leroy M. Toliver
Taylor Higgins Ludlam
KILPATRICK STOCKTON LLP
1100 Peachtree St NE
Suite 2800
Atlanta GA  30309-4530
(404) 815-6500

August 28, 2008
2433223

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 28, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

Collins J. Seitz, Jr., Esquire  
Francis DiGiovanni, Esquire  
CONNOLLY BOVE LODGE & HUTZ LLP

John W. Shaw, Esquire  
YOUNG CONAWAY STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on August 28, 2008, upon the following in the manner indicated:

### VIA HAND DELIVERY and EMAIL

Collins J. Seitz, Jr., Esquire  
Francis DiGiovanni, Esquire  
CONNOLLY BOVE LODGE & HUTZ LLP  
The Nemours Building  
1007 North Orange Street  
Wilmington, DE 19801  
cseitz@cblh.com  
fdigiovanni@cblh.com

John W. Shaw, Esquire  
YOUNG CONAWAY STARGATT & TAYLOR LLP  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899-0391  
jshaw@ycst.com

### VIA EMAIL

David S. Benyacar, Esquire  
KAYE SCHOLER LLP  
425 Park Avenue  
New York, NY 10022  
dbenyacar@kayescholer.com

Eric R. Lamison, Esquire  
KIRKLAND & ELLIS LLP  
555 California Street  
San Francisco, CA 94104  
elamison@kirkland.com

John M. Desmarais, Esquire  
KIRKLAND & ELLIS LLP  
Citigroup Center  
153 East 53rd Street  
New York, NY 10022-4611  
Jdesmarais@kirkland.com

Edward R. Reines, Esquire  
WEIL GOTSHAL & MANGES LLP  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065  
edward.reines@weil.com

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)