IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | )<br>)<br>)  MDL Docket No. 07-md-1848-GMS<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel for defendants Fox Entertainment Group, Inc. and Fox Broadcasting Co. (collectively "Fox") hereby certifies that copies of the following documents were caused to be served on August 29, 2008, upon the following attorneys of record at the following addresses as indicated:

**FOX ENTERTAINMENT GROUP, INC.'S AND FOX BROADCASTING CO.'S RESPONSES TO PLAINTIFF'S THIRD SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 114-121)**

**FOX ENTERTAINMENT GROUP, INC.'S AND FOX BROADCASTING CO.'S OBJECTIONS TO PLAINTIFF'S PARTIAL NOTICE OF VIDEOTAPED ORAL DEPOSITION TO DEFENDANTS PURSUANT TO RULE 30(b)(6)**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Collins J. Seitz, Jr.<br>Francis DiGiovanni<br>James D. Heisman<br>Kristen Healey Cramer<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>cseitz@cblh.com<br>fdigiovanni@cblh.com<br>jheisman@cblh.com<br>kcramer@cblh.com | Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com |

| | |
|---|---|
| John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>jshaw@ycst.com | John Desmarais<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>jdesmarais@kirkland.com |

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
jshaw@ycst.com

John Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
jdesmarais@kirkland.com

Eric R. Lamison
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
elamison@kirkland.com

David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Matthew D. Powers
Edward R. Reines
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

OF COUNSEL:

William W. Oxley
ORRICK, HERRINGTON, & SUTCLIFFE LLP
777 Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Tel: (213) 629-2020

William L. Anthony, Jr.
Fabio E. Marino
Gabriel M. Ramsey
ORRICK, HERRINGTON, & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA, 94025-1015
Tel: (650) 614-7400

Dated: August 29, 2008
880486 / 31072

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Fox Entertainment Group, Inc. and Fox Broadcasting Company.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 29, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 29, 2008, the attached document was Electronically Mailed to the following person(s):

Collins J. Seitz, Jr.
Francis DiGiovanni
James D. Heisman
Kristen Healey Cramer
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19899
cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com
kcramer@cblh.com

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19899
jblumenfeld@mnat.com

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899
jshaw@ycst.com

John Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
jdesmarais@kirkland.com

Eric R. Lamison
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA  94104
elamison@kirkland.com

David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
dbenyacar@kayescholer.com

Matthew D. Powers
Edward R. Reines
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

                        By:   */s/ David E. Moore*
                              Richard L. Horwitz
                              David E. Moore
                              Hercules Plaza, 6th Floor
                              1313 N. Market Street
                              Wilmington, Delaware 19899-0951
                              (302) 984-6000
                              rhorwitz@potteranderson.com
                              dmoore@potteranderson.com

842975 / 31072 / MDL