IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP | ) | |
| PATENT LITIGATION | ) | MDL Docket No. 07-md-1848 (GMS) |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 29, 2008, copies of CSC Holdings, Inc.'s and

Cablevision Systems Corporation Objections to Plaintiff's Partial Notice of Videotaped Oral

Deposition to Defendants Pursuant to Rule 30(b)(6) were delivered to the following attorney of

record in the manner and at the address indicated:

**BY HAND DELIVERY and E-MAIL:**

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19803

**BY E-MAIL**

Matthew D. Powers, Esquire
Edward R. Reines, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shore Parkway
Redwood Shores, CA 94065

David S. Benyacar, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**BY E-MAIL**

John M. Desmarais, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Eric R. Lamison, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104


_Kelly E. Farnan_

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Counter-Defendants Cablevision
Systems Corporation and CSC Holdings, Inc.*

OF COUNSEL:
Josh A. Krevitt
Charles J. Boudreau
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

David Segal
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, California 92612-4412
(949) 451-3800

Amanda J. Tessar
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(303) 298-5700

Dated:  August 29, 2008

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kelly E. Farnan, hereby certify that on August 29, 2008, I electronically filed the

foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to

the following and which has also been served as noted:

**BY HAND DELIVERY and E-MAIL:**

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19803

I further certify that on August 29, 2008, the foregoing document was served on the

following persons in the manner indicated:

**BY E-MAIL**

Matthew D. Powers, Esquire
Edward R. Reines, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shore Parkway
Redwood Shores, CA 94065

David S. Benyacar, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

John M. Desmarais, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Eric R. Lamison, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

_Kelly E. Farnan_
Kelly E. Farnan (#4395)
