**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) | |
| REMBRANDT TECHNOLOGIES, LP PATENT ) | MDL Docket No. 07-md-1848 (GMS) |
| LITIGATION ) | |

## NOTICE OF SERVICE

I hereby certify that copies of CHARTER COMMUNICATIONS, INC.'S AND CHARTER COMMUNICATIONS OPERATING, LLC'S OBJECTIONS AND RESPONSES TO REMBRANDT TECHNOLOGIES, LP'S FIRST SET OF INTERROGATORIES DIRECTED TO THE '627 PATENT (NOS. 1-6) were served upon the following attorneys via e-mail on September 5, 2008:

Collins J. Seitz, Jr.
Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
cseitz@cblh.com
fdigiovanni@cblh.com
(also served by first-class U.S. Mail)

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
klouden@mnat.com

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

John M. DesMarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
jdesmarais@kirkland.com

David S. Benyacar
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

Eric R. Lamison
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

Matthew D. Powers
Edward R. Reines
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

2

Dated: September 5, 2008             /s/ Charles E. Juister_____
                                                    Bradford P. Lyerla, *Attorney in Charge*
Email: blyerla@marshallip.com
Kevin D. Hogg
Email: khogg@marshallip.com
Charles E. Juister
Email: cjuister@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

Attorneys for Charter Communications, Inc. and
Charter Communications Operating, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

I further certify that on September 5, 2008, copies of the foregoing document were served upon the following via e-mail:

Collins J. Seitz, Jr.
Francis DiGiovanni
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
cseitz@cblh.com
fdigiovanni@cblh.com
(also served by first-class U.S. Mail)

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com

David S. Benyacar
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
dbenyacar@kayescholer.com

Matthew D. Powers
Edward R. Reines
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
matthew.powers@weil.com
edward.reines@weil.com

Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
jblumenfeld@mnat.com
klouden@mnat.com

John M. DesMarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611
jdesmarais@kirkland.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
elamison@kirkland.com

/s/ Charles E. Juister_____
Attorney for Charter Communications, Inc. and
Charter Communications Operating, LLC