IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) MDL Docket No. 07-md-1848 (GMS) ) ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF NONINFRINGEMENT OF U.S. PATENT NO. 5,243,627**

Pursuant to Fed. R. Civ. P. 56, and the Court's May 28, 2009 Order (D.I. 807), defendants Comcast Corporation, Comcast Cable Communications, LLC, Century-TCI California Communications, LP, Century-TCI Holdings, LLC; Comcast of Florida/Pennsylvania, LP (f/k/a Parnassos, LP), Comcast of Pennsylvania II, LP (f/k/a/ Century-TCI California, LP), Parnassos Communications, LP, Parnassos Holdings, LLC; Comcast Cable Communications Holdings, Inc, CoxCom, Inc., Time Warner Cable Inc., Time Warner Cable LLC, Time Warner NY Cable LLC, Time Warner Entertainment Company, L.P., Time Warner Entertainment-Advance/Newhouse Partnership, NY Cablevision, LP., Western NY Cablevision, LP, Cablevision Systems Corporation, CSC Holdings, Inc., CBS Corporation, NBC Universal, Inc., ABC, Inc., Fox Broadcasting Company, Fox Entertainment Group Inc., Sharp Corp., and Sharp Electronics Corp. hereby move for summary judgment of noninfringement of U.S. Patent No. 5,243,627. The grounds for this motion are set forth in defendants' opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
rsmith@mnat.com

*Liaison Counsel for Defendants*

July 21, 2009
3029800

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

I further certify that I caused to be served copies of the foregoing document on July 21, 2009 upon the following in the manner indicated:

### VIA EMAIL AND HAND DELIVERY

Collins J. Seitz, Jr., Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

### VIA EMAIL

David S. Benyacar, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
dbenyacar@kayescholer.com

John M. DesMarais, Esquire
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Jdesmarais@kirkland.com

Eric R. Lamison, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
elamison@kirkland.com

Edward R. Reines, Esquire
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com

Paul B. Milcetic
Woodcock Washburn
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
milcetic@woodcock.com

Jack B. Blumenfeld (#1014)