IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP ) <br> PATENT LITIGATION                ) | MDL Docket No. 07-md-1848(GMS) |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation (D.I. 829) of United States Magistrate Judge Leonard P. Stark, issued on June 29, 2009, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.[1]

Accordingly, IT IS this 29th day of July, 2009, by the United States District Court for the District of Delaware, ORDERED that:

1. Magistrate Judge Stark's Report and Recommendation (D.I. 829) BE, and the same hereby IS, ADOPTED;

2. The plaintiff's Motion to Strike or Dismiss (D.I. 263) is DENIED as moot.

3. The plaintiff's Motion for Judgment (D.I. 309) is DENIED.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff filed a letter (D.I. 834), on July 14, 2009, informing the court that it did not intend to file any objections to Magistrate Judge Stark's Report and Recommendation.