IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | )<br>)  MDL Docket No. 07-md-1848-GMS-LPS<br>)<br>)<br>) |

**COMPENDIUM OF OTHER AUTHORITIES IN SUPPORT OF ALL OTHER PARTIES' MOTION FOR A DETERMINATION THAT THIS IS AN EXCEPTIONAL CASE AND AN AWARD OF ATTORNEYS' AND EXPERTS' FEES AND COSTS**

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Jeffrey T. Castellano (#4837)
YOUNG CONAWAY STARGATT &
   TAYLOR LLP
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jingersoll@ycst.com
jshaw@ycst.com
jcastellano@ycst.com

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
rsmith@mnat.com

Co-Liaison Counsel for All Parties Other Than Rembrandt

John M. Desmarais, P.C.
Steven C. Cherny
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

David S. Benyacar
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

Eric R. Lamison
Benjamin R. Ostapuk
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104

Co-Lead Counsel on the Eight Patents

Dated: November 16, 2009

## TABLE OF CONTENTS

| Tab | Document |
|-----|----------|
| 1 | Excerpts from Manual of Patent Examining Procedure – Section 711.03 |
| 2 | The Delaware Lawyers' Rules of Professional Conduct – Rule 3.4 |
| 3 | American Bar Association Model Rules of Professional Conduct – Rule 3.4 |
| 4 | Delaware State Bar Association Committee on Profession Ethics Opinion 2003-3 – August 14, 2003 |

## **CERTIFICATE OF SERVICE**

I, John W. Shaw, Esquire, hereby certify that on November 16, 2009, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Collins J. Seitz, Jr., Esquire
> Francis DiGiovanni, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, DE  19801
> cseitz@cblh.com
> fdigiovanni@cblh.com

I further certify that on November 16, 2009, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record.

>                       YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>
>                       /s/ *John W. Shaw*
>                       Josy W. Ingersoll (No. 1088)
>                       John W. Shaw (No. 3362)
>                       Jeffrey T. Castellano (No. 4837)
>                       1000 West Street, 17th Floor
>                       Wilmington, Delaware  19801
>                       (302) 571-6600
>                       jshaw@ycst.com