# Attachment A

# DOCSIS Litigation Timeline



**December 9, 2004**
Rembrandt and Paradyne enter into Patent Sale Agreement

(Ex 1, AOP 67.)  Their agreement further states that

**June 1, 2006** *Charter/Cox/Cablevision I Filed*
06-223 TJW (EDTX)
Charter, Cox & Cablevision entities
'819, '858, '627, '631 Patents
Rembrandt accuses DOCSIS 1.0, 1.1, 2.0:
"any DOCSIS compliant CMs and DOCSIS compliant CMTSs" infringe (D.I. 859, Ex. 10) (P.I.C.s at 2)

**Sept. 13, 2006** *Adelphia entities sued*
06-1739 REG (SDNY)
(02-41729 REG)
'761, '234, '159, '444 Patents
Rembrandt accused DOCSIS 1.1, 2.0
"the DOCSIS standard infringes four of Rembrandt's patents and, by extension, any cable modem services that debtors performed that were complaint with the DOCSIS standard, which would have been all of them, by implication therefore also infringed."
11/14/06 Status Conf. Tr at 6:10-15 (D.I. 859, Ex. 11.)

**Oct. 13, 2006** *Cablevision sued*
06-635 GMS (D Del)
Cablevision entities
'819, '858, '903, '627, '631 Patents
Rembrandt accused DOCSIS 1.0, 1.1, 2.0
"Rembrandt alleges that DOCSIS-compliant equipment infringes the '631, '858, '819 and '903 patents."
D.I. 16 at 3 (D.I. 859, Ex. 16.)

**ONGOING DESTRUCTION OF KEY PARADYNE INFORMATION**

## 2004    2005                    2006

**July 2005**
Zhone announces acquisition of Paradyne.  (Ex. 25, Punda Tr. at 11:11-12:11.)

**Sept. 16, 2005** *Comcast I Filed*
05-443 TJW (EDTX)
Comcast entities
'819, '858, '627, '631 Patents
Rembrandt accused DOCSIS 1.0, 1.1, 2.0
"any DOCSIS compliant cable modems and DOCSIS compliant cable modem termination systems" infringe
P.I.C.s at 2 (D.I. 859, Exs. 6-8.)

**June 1, 2006** *Time Warner I Filed*
06-224 TJW (EDTX)
Time Warner Cable entities
'819, '858, '627, '631 Patents
Rembrandt Accused DOCSIS 1.0, 1.1, 2.0
"any DOCSIS compliant CMs and DOCSIS compliant CMTSs" infringe
P.I.C.s at 2 (D.I. 859, Ex. 9.)

**Sept. 13, 2006** *Time Warner II*
06-369 TJW (EDTX)
Time Warner Cable entities
'903, '444, '761, '234, '159 Patents
Rembrandt accused DOCSIS 1.1 & 2.0
DOCSIS as evidence for infringement contentions; "'DS1.1' refers to Data Over Cable Service Interface Specification ('DOCSIS') 1.1, and 'DS2.0' refers to DOCSIS 2.0.  Upon information and belief, Time Warner's high speed cable network is DOCSIS compliant."
Infringement contention charts FN 2 D.I. 16 at 3 (D.I. 859, Ex. 13.)

# DOCSIS Litigation Timeline

Nov. 30, 2006 *Charter/Cox II Filed*
06-507 TJW (EDTX)
Charter & Cox entities
'761, '234, '159, '444 & '903 Patents
DOCSIS 1.1, 2.0 accused
DOCSIS as evidence for infringement contentions: "'DS1.1' refers to Data Over Cable Service Interface Specification ('DOCSIS) 1.1, and 'DS2.0' refers to DOCSIS 2.0. Upon information and belief, Charter's high speed cable network is DOCSIS compliant."
**Infringement contention charts FN 2 (D.I. 859, Ex. 15.)**

June 21, 2007 Transfer Order
07-1848 GMS (D. Del.) [Consolidated Action]
'903, '444, '761, '631, '234, '159, '819, '858, '627 Patents
**Rembrandt accused DOCSIS 1.0, 1.1 & 2.0**
"each action involves allegations that compliance with……the Data-Over-Cable Service Interface Specifications…infringes certain Rembrandt patents. . . ."
**JPML Transfer Order at 2**

Jan. 16, 2008
07-752 GMS (D. Del.)
"Rembrandt admits that DOCSIS is a specification that describes operational parameters of equipment used for cable networks. Rembrandt also admits that DOCSIS compliant cable modems and cable termination system ("CMTS") equipment, when used in conjunction with a cable company's cable network, infringe…"
**D.I. 47 at ¶¶ 23, 29, 35, 41, 53, 59, 65**

July 31, 2009
07-752 GMS (D. Del.)
Rembrandt moves to dismiss own case with prejudice on basis of covenant not to sue, <u>but refuses to include products or services practicing accused DOCSIS specifications.</u>
**D.I. 843, Ex. A; D.I. 865 at 1**

May 15, 2009
07-752 GMS (D. Del.)
"Rembrandt's basic allegation is that the provision of that cable modem service according to DOCSIS infringes the patents-in-suit." **D.I. 775 at 3**

**ONGOING DESTRUCTION OF KEY PARADYNE INFORMATION**

## 2007    2008    2009

Nov. 30, 2006 *Comcast II Filed*
06-506 TJW (EDTX)
Comcast entities
'903, '444, '761, '234, '159 & '903 Patents
DOCSIS 1.1, 2.0 accused
DOCSIS as evidence for infringement contentions: "'DS1.1' refers to Data Over Cable Service Interface Specification ('DOCSIS) 1.1, and 'DS2.0' refers to DOCSIS 2.0. Upon information and belief, Comcast's high speed cable network is DOCSIS compliant."
**Infringement contention charts FN 2 (D.I. 859, Ex. 14.)**

Nov. 21, 2007 EV's DJ Complaint
07-752 GMS (D. Del.)
Motorola et al. v. Rembrandt (DJ)
'903, '444, '761, '631, '234, '159, '819 & '858 Patents
**Rembrandt counterclaims accused DOCSIS 1.0, 1.1, 2.0 & 3.0**
"Specifically, Rembrandt has alleged that DOCSIS is a specification that describes operational parameters of equipment that is used for cable networks."
**D.J. Complaint at ¶ 23, 29, 35, 41, 53, 59, 65**

May 5, 2008
07-752 GMS (D. Del.)
"Rembrandt admits that DOCSIS is a specification that describes operational parameters of equipment used for cable networks. Rembrandt also admits that DOCSIS compliant cable modems and cable termination system ("CMTS") equipment, when used in conjunction with a cable company's cable network, infringe…"
**D.I. 193 at ¶¶ 24, 30, 36, 42, 48, 54, 60, 66**

July 24, 2009
07-752 GMS (D. Del.)
Admitting Rembrandt "has claimed there are no alternative or design-around technologies by which the DOCSIS standards can be practiced without infringing Rembrandt's technology" and "has stated that 'inventions covered by the asserted claims of the patents-in-suit were implemented as requirements of the DOCSIS standard.'"
**D.I. 839 at ¶¶ 120-121**

# Attachment B

## Cast of Characters

| Person | Background |
| --- | --- |
| Gordon Bremer (Ex. 6 testimony, Ex. 10) | Former Director of Technology at Paradyne. Ran Paradyne patent program for 30 years, including development and maintenance of patent portfolio. Led Accucom (Compshere) modem development program, including Italtel product line, and signed purchase specifications for Jabil to supply Accucom modems. Received ▮▮▮ and contingent interest in litigation's outcome from Rembrandt. |
| Scott Horstemeyer (Ex. 6 & 9 testimony) | Patent prosecution counsel for Paradyne, member of Paradyne's internal Patent Review Board, and prosecuting attorney for patents-in-suit. Received ▮▮▮ and contingent interest litigation outcome from Rembrandt. |
| Patrick Murphy (Ex. 11 testimony) | Former Paradyne Chief Financial Officer. Participated in patent maintenance decisions, patent licensing and pre-enforcement activities relating to the patents-in-suit. Received ▮▮▮▮▮ and a contingent interest in the outcome of the litigation from Rembrandt. |
| John Meli (Ex. 7 testimony) | Former General Counsel, Executive Vice-President and Chief Patent Counsel for Rembrandt. |
| Paul Castor (Ex. 26 testimony) | Former General Counsel at Zhone, which acquired Paradyne. |
| Derek Wood (Ex. 15 testimony) | Rembrandt Corporate Counsel. Designated by Rembrandt as a 30(b)(6) witness on various topics relating to Rembrandt and Paradyne. |
| Linda Punda (Ex. 25 testimony) | Facilities Manager for Paradyne before and after acquisition by Zhone. Designated by Zhone/Paradyne as 30(b)(6) witness on document destruction topics. |
| Kirk Misaka (Ex. 32 testimony) | Zhone Chief Financial Officer. Testified re Zhone/Paradyne agreement. |
| David Misunas (Ex. 16 testimony) | Zhone Vice President of Business Development. Designated by Zhone/Paradyne as 30(b)(6) witness on various topics. |
| Joseph Chapman (Ex. 30 testimony) | Former Paradyne engineer and named inventor on the '444 patent. Hired by Rembrandt. Chapman contacted Patrick O'Horo before his deposition and told him to destroy his documents. |
| Kurt Holmquist (Ex. 38 testimony) | Former Paradyne engineer. Named inventor on '159, '234 & '444 patents. |
| Patrick O'Horo (Ex. 30 testimony) | Former Paradyne Hardware Engineer who worked on the development of the Accucom and Comsphere product lines, which gave rise to on-sale bar issues with the '159 and '234 patents. Contacted before his deposition in this case by Rembrandt consultant and told to destroy his documents. |
| Adam Weinstein (Ex. 56 testimony) | Former General Counsel for Hotwire Communications. Contacted by Rembrandt when it was seeking to sell rebranded cable modems. |

# Attachment C

# Spoliation Timeline



**December 9, 2004**
Rembrandt and Paradyne enter into Patent
Sale Agreement and

**September 15, 2005**
Rembrandt files first wave of
litigation, against Comcast,
alleging infringement of the '858,
'819, '631 and '627 patents.

**June 1, 2006**
Rembrandt continues first
wave of litigation, against
Charter, Cox, Cablevision
and Time Warner Cable.

**June 9, 2006**
Rembrandt

(Ex. 54, ZHONE-MDL-0013563.)

**DESTRUCTION OF KEY PARADYNE INFORMATION**

2004    2005    2006

**July 2005**
Zhone announces its acquisition of
Paradyne, but retains Paradyne as a
separate entity, simply changing its
name.  (Ex. 25, Punda Tr. 11:11-
12:11.)

**February 2, 2006**
While destruction of the archived
documents is occurring apace, Gordon
Bremer (a Zhone/Paradyne employee
also under contract with Rembrandt)
requests a handful of boxes from the
warehouse to review with Rembrandt
lawyers, and records the costs of
transporting the boxes to their billing
number for "litigation costs." (Ex. 25,
Punda Tr. 106:19-108:22.)

**June 7, 2006**
Comcast subpoenas Zhone/Paradyne in
underlying MDL proceedings.
*Rembrandt's* counsel represents
Paradyne/Zhone in responding to the
requests, and serves written responses
on June 23, 2006.  Counsel fails to
disclose the existence of the Paradyne
archive warehouse or ongoing
document destruction.

# Spoliation Timeline

September 13, 2006
Rembrandt files second wave of litigation, against Adelphia Communications and Time Warner Cable, alleging infringement of the '761, '159, '234, '444 patents and later '903 patent (except as to Adelphia).

November 16, 2006
Adelphia subpoenas Zhone in underlying MDL proceedings. *Rembrandt's* counsel represents Paradyne/Zhone in responding to the requests, and serves written responses on November 28, 2006. Counsel fails to disclose the existence of the Paradyne archive warehouse or ongoing document destruction.

March 10, 2008
Equipment Vendors subpoena Zhone/Paradyne in Delaware declaratory relief action. *Rembrandt's* counsel represents Paradyne/Zhone in responding to the requests on April 2, 2008.

May 2008
Zhone/Paradyne employees instructed for the first time to maintain documents and cease destruction in light of ongoing litigations. (Ex. 25, Punda Tr. 17:7-18:1; 23:8-17; 27.)

**ONGOING DESTRUCTION OF KEY PARADYNE INFORMATION**

## 2007    2008

October 13, 2006
Rembrandt re-files suit against Cablevision, in Delaware, alleging infringement of the '631, '858, '819 and '903 patents

November 30, 2006
Rembrandt continues second wave of litigation, against Comcast, Charter and Cox.

November 21, 2007
Equipment Vendors file their declaratory relief action against Rembrandt.

April 2, 2008
*Rembrandt's* counsel for the first time informs opposing parties of Paradyne warehouse full of archived materials not searched in connection with responses to any of the prior MDL document requests or subpoenas.

# Attachment D

Rembrandt Claims That There Is A Lack of Documentary Evidence To
Support AOPs' Defenses (After Spoliating Documents And Trying To
Eliminate Its 2004 Contractual Rights To Control Paradyne Documents)

| Date | Response | Statements |
|---|---|---|
| 6/5/09 | Rembrandt's Response Letter to AOPs' Letter Requesting Permission to File Summary Judgment | ████████████████████████████████████████ |
| 11/14/08 | Rembrandt's First Supplemental Response to Interrogatory No. 4 | ████████████████████████████████████████ |
| 11/14/08 | Rembrandt's First Supplemental Response to Interrogatory No. 6 | ████████████████████████████████████████ |
| 3/2/09 | Rembrandt's Second Supplemental Response to Interrogatory No. 3 | "Rembrandt does not have possession, custody, or control of the source code and other technical documents for the products, thus, without source code and/or other technical documents, or other sufficient information, Rembrandt is unable to determine whether these products practice or practiced any claims of the '159 patent" [statement also made with respect to '234 patent] |
| 3/2/09 | Rembrandt's Second Supplemental Response to Interrogatory No. 3 | "Rembrandt does not have possession, custody, or control of the source code, circuit diagrams, and other technical documents for the products, thus, without such source code, circuit diagrams, or other technical documents (and/or DOCSIS certification as described above), or other sufficient information, Rembrandt is unable to determine whether these products practice or practiced any claims of the '903 patent" [statement also make with respect to '444, '631 and '761 patents] |
| 3/2/09 | Rembrandt's Second Supplemental Response to Interrogatory No. 3 | "Based on the information in Rembrandt's possession, custody, and control, Rembrandt is unable to determine whether any Paradyne products practice or practiced any claim of the '858 patent." [statement also made with respect to '819 patent] |

Rembrandt Claims That There Is A Lack of Documentary Evidence To
Support AOPs' Defenses (After Spoliating Documents And Trying To
Eliminate Its 2004 Contractual Rights To Control Paradyne Documents)



| Date | Response | Statements |
|------|----------|------------|
| 5/8/09 | Rembrandt's Response to Interrogatory No. 18 | |
| 5/8/09 | Rembrandt's Response to Interrogatory No. 19 | |
| 5/8/09 | Rembrandt's Response to Interrogatory No. 19 | |
| 5/8/09 | Rembrandt's Response to Interrogatory No. 19 | |
| 5/8/09 | Rembrandt's Response to Interrogatory No. 19 | |
| 5/22/09 | Rembrandt's Second Supplemental Response to Interrogatory No. 6 | |

Attachment E

# DESTROYED DOCUMENTS CATEGORIES

| Document Type | Paraydne Storage Sheet Bates Numbers | Exemplary Relevance |
|---|---|---|
| Contract documents relating to sales to customers for the period 1985-1991 <br><br> (Punda 134:7-135:8) | Zhone-MDL 44194-44233 | 35 U.S.C. § 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Purchase Orders for Paradyne's sales to *all* companies (*i.e.*, those beginning with letter A to those beginning with the letter Z) from 1985-1992 <br><br> (Punda 143:18-144:19; 131:13-132:21) | Zhone-MDL 44692; 46642-47 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Purchase orders for Paradyne from 1989 through 1995 <br><br> (Punda 139:22-140:2) | Zhone MDL 44935-36 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Shipping Records for Paradyne's products for 1/88-12/90 <br><br> (Punda 133:9-24) | Zhone-MDL 46688 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Contracts with companies from A to Z, spanning from 1984-1999 <br><br> (Punda 154:14-155:22) | Zhone-MDL 46838-839; | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Contracts from 1990-1993 for channel connectivity products <br><br> (Punda 142:12-19) | Zhone-MDL 44959 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice, Knowledge and Existence Of Prior Art |
| Sales Contracts Documents and Master Contracts, A-Z Organizations, for 1980-May 1993 <br><br> (Punda 145:16-146:21) | Zhone MDL 44974-75; | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |

## DESTROYED DOCUMENTS CATEGORIES

| Document Type | Paraydne Storage Sheet Bates Numbers | Exemplary Relevance |
|---|---|---|
| AT&T Contracts up to 2/12/92 | Zhone-MDL 44973 | 102(b) Offers for Sale and Sales Bars; License and Reasonable Royalties |
| Intellectual Property Dept. Contracts For Customers Including for 1990-92<br><br>(Punda 129:17-131:12) | Zhone-MDL 46628-29 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues re Best, Mode, Conception & Reduction to Practice; Licenses; Reasonable Royalties |
| OEM contracts and Agreements including from 1985-1999<br><br>(Punda 151:11-16; 151:20-152:6) | Zhone-MDL 46801-802; 46540; 46619-20; | 102(b) Offers for Sale & Sales Bars; Inequitable Conduct; Invalidity and Unenforceability Issues re Best Mode, Conception & Reduction to Practice |
| MRO (Material Requisition Order) & Procurement Purchase Orders (including Jabil purchase orders for 1990-1991) and Contracts & Manufacturing purchasing reports<br><br>(Punda 68:13-69:2; 70:8-71:6; 70:11-19; 71:11-73:25) | Zhone-MDL 44804-44830 47295;47315-47323; 46514-46528; 46594-46607; 46631-46635; 47316-47323; | 102(b) Offers for Sale and Sales Bars; Inequitable Conduct; Invalidity and Unenforceability Issues Best Mode, Conception/Reduction To Practice |
| Purchasing records for 1/91-12/99 | Zhone-MDL 46344 | 102(b) Offers for Sale & Sales Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Product cost manufacturing and inventory information from 1991<br><br>(Punda 136:22-137:25) | Zhone-MDL-44898-99; 46428; | 102(b) Offers for Sale & Sales Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Accounts receivable for 1980-1991, 1996-1999<br><br>(Punda 149:9 -149:20; 153:8-22) | Zhone-MDL 45290-45297 | 102(b) Offers for Sale & Sales Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Account Reconciliations for 1990<br><br>(Punda 65:6-66:13; 74:1-14) | Zhone-MDL 47287; 47234; | 102(b) Offers for Sale & Sales Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |

# DESTROYED DOCUMENTS CATEGORIES

| Document Type | Paraydne Storage Sheet Bates Numbers | Exemplary Relevance |
|---|---|---|
| Accounting Records from 1989-1993<br><br>(Punda 121:24-123:4; 138:1-18; 166:8-13) | Zhone-MDL 46382-83; 46385-89; 46422; 44918 | 102(b) Offers for Sale & Sales Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Accounts Payable  for 1983-91 | Zhone-MDL 46335; 46339; 46404 | 102(b) Offers for Sale and Sales Bars  (*e.g.*, Jabil); Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Auditors reports dating from 1991 through 1992. (Punda 126:11-19) | | 102(b) Offers for Sale and Sales Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Inventory turnover from 1988 to 1993<br><br>(Punda 124:1-6; 136:20-137:16) | | 102(b) Offers for Sale and Sales Bars; Inequitable Conduct |
| Sales journals  and journal entries dating from 1989 to 1993<br><br>(Punda 125:20-119:126:4; 68:6-12) | Zhone-MDL ; 47294; 46423; | 102(b) Offers for Sale and Sales Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Business development strategies and records for 1989-1992<br><br>(Punda 138:19-139:4) | Zhone-MDL 45118-45133 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Reasonable Royalty & Licensing Practices |
| Distribution agreements from 1990-2000<br><br>(Punda 70:8-20) | Zhone-MDL 47309; 47139 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct |
| Engineering drawings dated 1990-2005.<br><br>(Punda 118:18-120:5) | Zhone-MDL 46216 | Invalidity issues including Best Mode, Conception/Reduction To Practice |

3

## DESTROYED DOCUMENTS CATEGORIES

| Document Type | Paraydne Storage Sheet Bates Numbers | Exemplary Relevance |
|---|---|---|
| Contracts from the legal department spanning from 1984-1999 referring to agreements and miscellaneous files. (Punda 154:14-155:22) | Zhone-MDL 46838-39 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Legal files from 1992 to 1998, including records that related to inventor William Betts and former Paradyne Executive Director of Technology Gordon Bremer.<br><br>(Punda 140:5-14; 141:7-25) | Zhone-MDL 44956 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice, Knowledge and Existence Of Prior Art; Reasonable Royalty Remedies; License Defenses |
| Accucom on-line product documentation existing before and archived on 2/14/92<br><br>(Punda 160:5-161:9) | Zhone-MDL-46983 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Technical Publications Including For Accucom 3810, including materials archived in 1992 & software abstracts<br><br>(Punda 156:19-160:4) | Zhone-MDL 46899-47030 | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice |
| Description of royalties for the period of May to June 1997. (Punda 133:4-8) | Zhone-MDL 46683; | Reasonable Royalty Remedies; License Defenses |
| Licensing and Royalty agreements dated 1991 through 1992<br><br>(Punda 129:17-131:12) | Zhone-MDL 46628- | License Defenses; Reasonable Royalty |
| Legal invoices and documentation re patent prosecution firm, Thomas, Kayden, Horstemeyer, and Risley, for 2000 to 2002.<br><br>(Punda 154:1-10) | Zhone-MDL 46816 | Inequitable Conduct & Unclean Hands, including Fraudulent Patent Revival Scheme |

4

# DESTROYED DOCUMENTS CATEGORIES

| Document Type | Paraydne Storage Sheet Bates Numbers | Exemplary Relevance |
|---|---|---|
| Various Patent Prosecution & Patent Files of Paradyne's Patent Law Dept. and Patent Legal Assistant Arlene Cook<br><br>(Punda 110:13-117:21) | Zhone-MDL 46300-46306 | Inequitable Conduct |
| Law department documents, including numerous contracts, distribution agreements; license agreements, purchase orders and sales agreements<br><br>(Punda 142:8-143:17; 162:8-19; 163:14-164:5; ) | Zhone-MDL 44954-44957; 44961; 46565-46570; 46892-46897; 47049; 47056; 47139; | 102(b) Offers for Sale, Sales, and Public Use Bars; Inequitable Conduct; Invalidity and Unenforceability Issues relating to Best Mode, Conception & Reduction To Practice; Reasonable Royalty Remedies; License Defenses |
| Sales records for 1991 for sales from Largo, Florida to distributors<br><br>(Punda 146:22-22) | Zhone-MDL-44989-90 | 102(b) Offers for Sale & Sales Bars; Inequitable Conduct |
| 1992 Sales Order Worksheets<br><br>(Punda 148:4-11) | Zhone-MDL 45031-45039 | 102(b) Offers for Sale Sales Bars; Inequitable Conduct |
| Standards Groups Documents | Zhone-MDL 45040-45042 | Standards issues |
| Business Development Documents, from 1989-1995,  including re U.S. Robotics from 1995 and various negotiations | Zhone-MDL 45121-45153 | Licensing & Reasonable Royalty Issues; 102(b) Offers for Sale and Sales Bars; License & Reasonable Royalty Remedies |

# Attachment F

**HIGHLY CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER**

**Attachment F   -- AOPs' Fair Estimate Of Fees And Costs**

Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(iii) and the corresponding

Advisory Committee Notes, AOPs provide the following fair estimate of the attorneys' fees and

costs incurred for counsel representing the parties set forth below and their expert fees and costs.



---

[1]   On October 15, 2009, the United States Bankruptcy Court for the Southern District of New York issued a preliminary ruling indicating that the Charter entities' Joint Plan of Reorganization would be approved and that an order to that effect will be entered in the next few weeks. The Charter entities expect to emerge from bankruptcy shortly thereafter and move to reopen the Rembrandt MDL as to the Charter entities.

HIGHLY CONFIDENTIAL/SUBJECT TO PROTECTIVE ORDER

