**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) ) MDL Docket No. 07-md-1848 (GMS) |

**PLAINTIFF REMBRANDT TECHNOLOGIES, LP AND COUNTER-PLAINTIFF
REMBRANDT TECHNOLOGIES, LLC D/B/A/ REMSTREAM
<u>NOTICE OF APPEAL TO THE FEDERAL CIRCUIT</u>**

Notice is hereby given that Plaintiff and Counterclaim-Defendant Rembrandt Technologies, LP and Counter-Plaintiff Rembrandt Technologies, LLC d/b/a/ Remstream (collectively "Rembrandt"), in the above referenced multidistrict litigation, hereby appeals pursuant to 28 U.S.C. §§ 1292 & 1295 to the United States Court of Appeals for the Federal Circuit from the Judgment that was entered on September 7, 2011 (D.I. 926), the Court's Claim Construction Ruling Concerning U.S. Patent 5,243,627 dated November 7, 2008 (D.I. 445), and all prior orders, judgments, and rulings entered in this action.

Notice is further given that Rembrandt is taking this appeal from each of the above-referenced orders, judgments and rulings in those civil actions that relate to the infringement or validity of U.S. Patent 5,243,627 and that are listed in Schedule 1 (*see* D.I. 925, Schedule 3), said actions being between Rembrandt Technologies, LP and the parties listed in Schedule 2 (*see* D.I. 925, Schedule 1).

|  |  |
|---|---|
| OF COUNSEL:<br><br>Paul B. Milcetic<br>Michael Bonella<br>KESSLER TOPAZ MELTZER<br>  & CHECK, LLP<br>208 King of Prussia Road<br>Radnor, PA 19087<br>pmilcetic@ktmc.com<br>mbonella@ktmc.com<br>(610) 667-7706<br>(610) 667-7056<br><br>Dated:  September 28, 2011 | SEITZ ROSS ARONSTAM & MORITZ LLP<br><br>*/s/ Collins J. Seitz, Jr.*<br>Collins J. Seitz Jr. (DE Bar #2237)<br>100 South West Street, Suite 400<br>Wilmington DE 19801<br>(302) 576-1601<br>cseitz@seitzross.com<br><br>*Attorneys for Rembrandt Technologies, LP and Rembrandt Technologies, LLC d/b/a/ Remstream Patent Litigation* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 28, 2011, Plaintiff and Counterclaim-Defendant Rembrandt Technologies, LP and Counter-Plaintiff Rembrandt Technologies, LLC d/b/a/ Remstream (collectively "Rembrandt") filed its Notice of Appeal with the Clerk of the Court using CM/ECF system, which will send notification that such filing is available for viewing and downloading to counsel of record.

                                                  */s/ Collins J. Seitz, Jr.*
                                                  Collins J. Seitz, Jr. (DE Bar No. 2237)