IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REMBRANDT TECHNOLOGIES, LP<br>PATENT LITIGATION | )<br>)   MDL Docket No. 07-md-1848-GMS<br>)<br>)<br>) |

## **ORDER**

WHEREAS, on August 20, 2015, the court issued an Order granting All Other Parties ("AOPs") and Adelphia's Motions for a Determination That This Is an Exceptional Case and an Award of Attorneys' and Experts' Fees and Costs and ordered AOPs to submit documentation detailing their requests (D.I. 951);

WHEREAS, on August 24, 2016, the Court entered a further order ruling on Rembrandt's objections to the AOPs (including Adelphia's) Reasonable Fees Request (D.I. 1013);

WHEREAS, the Court ordered the AOPs to submit a revised proposed order in compliance with the Court's August 24, 2016 Order;

WHEREAS, the court having considered the AOPs revised proposed order, and finding the revised proposed order reasonable;

IT IS HEREBY ORDERED THAT[1]:

---

[1] AOPs request their fees and costs incurred for defending against Rembrandt's assertion of the Eight Patents. As noted in AOPs' Motion That This Is An Exceptional Case (*see* D.I. 884 at 19 n.8), Rembrandt also asserted the additional '627 patent against certain MSOs. To the extent the Court is inclined to award fees and costs attributable to the '627 case:
   i. In addition to the amounts set forth in Paragraph 1 herein, the Cablevision entities are awarded an additional $234,042.16 in fees and $855.55 in costs;
   ii. In addition to the amounts set forth in Paragraph 1 herein, the Charter entities are awarded an additional $433,242.71 in fees and $4,529.89 in costs;
   iii. In addition to the amounts set forth in Paragraph 1 herein, the Comcast entities are awarded an additional $803,096 in fees and $13,472 in costs;

1. Plaintiffs shall pay the fees and costs listed below:

| Party | Attorneys' Fees | Costs |
| --- | --- | --- |
| Motorola, Inc. | $4,071,863.54 | $727,513.80 |
| Cisco Systems, Inc. | $6,145,305.65 | $1,030,551.12 |
| Thomson, Inc. | $956,313.97 | $155,990.50 |
| Ambit Microsystems, Inc. | $850,327.22 | $139,421.56 |
| NETGEAR, Inc. | $268,990.54 | $32,694.82 |
| Cablevision entities | $4,144,994.12 | $219,047.96 |
| Charter entities | $2,996,063.54 | $84,605.81 |
| Comcast entities | $7,453,719.90 | 1,683,957.02 |
| Time Warner Cable entities | 7,156,679.14 | 287,348.05 |
| Cox entities | $3,496,291.00 | $135,981.43 |
| Adelphia entities | $5,422,870.83 | $253,430.37 |

2. The applicable post-judgment interest rate is 0.39%, as set forth in 28 U.S.C. §1961(a). Post-judgment interest on the amounts listed in paragraph 1 of this Order shall accrue in a total amount of $509.82 per day, beginning August 20, 2015, until the judgment is satisfied, and shall be paid to each defendant in proportion to the total fees and costs owed to that

---

iv. In addition to the amounts set forth in Paragraph 3 herein, the Comcast entities are awarded an additional $20,554 in fees and costs;
v. In addition to the amounts set forth in Paragraph 1 herein, the Time Warner Cable entities are awarded an additional $894,585.26 in fees and $35,878.10 in costs; and
vi. In addition to the amounts set forth in Paragraph 1 herein, the Cox entities are awarded an additional $150,207.13 in fees.

defendant. Interest shall be compounded annually, as specified by 28 U.S.C. §1961(a).[2]

    3.    Plaintiffs shall further pay the fees and costs listed below:

| Party | Attorneys' Fees | Costs |
| --- | --- | --- |
| Cisco Systems, Inc. | $381,507.15 | $2,954.88 |
| Cablevision entities | $117,011.70 | $0.00 |
| Charter entities | $65,933.69 | $0.00 |
| Comcast entities | $156,942.6 (fees and costs) | |
| Time Warner Cable entities | $34,427.92 (fees and costs) | |
| Cox entities | $44,994.25 | $3,612.73 |
| Adelphia entities | $128,951 | $432.45 |

    4.    The applicable post-judgment interest rate is 0.58%, as set forth in 28 U.S.C. §1961(a). Post-judgment interest on the amounts listed in paragraph 3 of this Order shall accrue in a total amount of $14.89 per day, beginning August 24, 2016, until the judgment is satisfied, and shall be paid to each defendant in proportion to the total fees and costs owed to that defendant. Interest shall be compounded annually, as specified by 28 U.S.C. §1961(a).[3]

Dated: _____, 2016                     _____
                                                  United States District Judge

---

[2] To the extent the Court is inclined to award fees and costs attributable to the '627 case, post-judgment interest on the amounts listed in paragraph 1 of this Order shall accrue in a total amount of $537.28 per day.

[3] To the extent the Court is inclined to award fees and costs attributable to the '627 case, post-judgment interest on the amounts listed in paragraph 3 of this Order shall accrue in a total amount of $15.21 per day.