# United States Court of Appeals for the Federal Circuit

---

In re: Rembrandt Technologies LP Patent Litigation

---

**REMBRANDT TECHNOLOGIES, LP, REMBRANDT TECHNOLOGIES, LLC, dba Remstream,**
*Plaintiffs - Appellants*

v.

**COMCAST OF FLORIDA/PENNSYLVANIA, LP, ADELPHIA CONSOLIDATION LLC, MOTOROLA, INC., CISCO SYSTEMS, INC., COMCAST OF PENNSYLVANIA II, LP, CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI HOLDINGS, LLC, PARNASSOS COMMUNICATIONS, LP, CSC HOLDINGS, INC., TIME WARNER CABLE LLC, TIME WARNER CABLE ENTERPRISES LLC, COXCOM, INC., SCIENTIFIC-ATLANTA, INC., THOMSON, INC., NETGEAR, INC., CHARTER COMMUNICATIONS OPERATING LLC, CCO HOLDINGS LLC, ADELPHIA COMMUNICATIONS CORPORATION, PARNASSOS HOLDINGS, LLC, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CORPORATION, CABLEVISION SYSTEMS CORPORATION, AMBIT MICROSYSTEMS, INC.,**
*Defendants - Appellees*

**CENTURY-TCI DISTRIBUTION COMPANY, LLC, WESTERN NY CABLEVISION, LP, SHARP CORPORATION, SHARP ELECTRONICS CORP,**

**CBS CORPORATION, NBC UNIVERSAL INC, CENTURY-TCI CALIFORNIA, LP, PARNASSOS DISTRIBUTION COMPANY I, LLC, PARNASSOS DISTRIBUTION COMPANY II, LLC, PARNASSOS, LP, ABC, INC, COMCAST CABLE COMMUNICATIONS HOLDINGS, INC, COMCAST OF PLANO, LP, FOX BROADCASTING COMPANY, FOX ENTERTAINMENT GROUP, INC.**
*Defendants*

---

17-1784

---

Appeal from the United States District Court for the District of Delaware in case no. 1:07-md-01848-GMS, 1:06-cv-00635-GMS, 1:06-cv-00721-GMS, 1:06-cv-00729-GMS, 1:06-cv-00727-GMS, 1:06-cv-00730-GMS, 1:06-cv-00731-GMS, 1:07-cv-00399-GMS, 1:07-cv-00403-GMS, 1:07-cv-00401-GMS, 1:07-cv-00404-GMS, 1:07-cv-00402-GMS, 1:07-cv-00400-GMS, 1:07-cv-00398-GMS, 1:07-cv-00396-GMS, 1:07-cv-00397-GMS, 1:07-cv-00752-GMS United States District Judge Gregory M. Sleet

---

## MANDATE

---

In accordance with the judgment of this Court, entered July 27, 2018, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 11, 2019

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court