# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, PATENT LITIGATION | ) ) ) ) ) ) ) | MDL Docket No. 07-md-1848 (LPS) |

## STIPULATION OF DISMISSAL

Plaintiffs Rembrandt Technologies, LP and Rembrandt Technologies LLC d/b/a Remstream and Defendants, pursuant to Fed. R. Civ. P. 41(a)(1) and the terms of a confidential settlement agreement, hereby stipulate to dismissal of all remaining claims and counterclaims asserted between them in this MDL action (and in all individual actions consolidated in this MDL action) WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 4, 2019

/s/ Carl N. Kunz, III
P. Clarkson Collins, Jr. (#739)
Carl N. Kunz, III (#3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
pcollins@morrisjames.com
ckunz@morrisjames.com

*Counsel for Plaintiffs
Rembrandt Technologies, LP
and Rembrandt Technologies LLC d/b/a
Remstream*

/s/ Stephen B. Brauerman
Stephen B. Brauerman (#4952)
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

and

Kasowitz Benson Torres LLP
Michael C. Harwood
Matthew B. Stein
1633 Broadway
New York, New York 10019

*Counsel for
Adelphia Communications Corporation
Adelphia Consolidation LLC*

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

and

Thomas L. Duston
Julianne M. Hartzell
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower, Chicago, Illinois 60606

*Counsel for*
*Time Warner Cable LLC,*
*Time Warner Cable Enterprises LLC,*
*CCO Holdings LLC,*
*Charter Communications Operating LLC,*
*Charter Communications, Inc.*

/s/ Jason J. Rawnsley
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
rawnsley@rlf.com

and

Benjamin Hershkowitz
R. Scott Roe
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

*Counsel for*
*Cablevision Systems Corporation and*
*CSC Holdings, LLC*

/s/ John W. Shaw
John W. Shaw (#3362)
Jeffrey T. Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801

and

John C. O'Quinn
Jason M. Wilcox
Kirkland & Ellis LLP
1301 Pennsylvania Avenue
Washington, DC 20004

*Counsel for Cisco Systems, Inc.,*
*Scientific-Atlanta, Inc. n/k/a Scientific-Atlanta*
*LLC, Motorola Inc. n/k/a Motorola Mobility*
*LLC, Thomson, Inc. n/k/a Technicolor USA,*
*Inc., Ambit Microsystems, Inc. n/k/a Ubee*
*Interactive, Inc. and NETGEAR, Inc.*

/s/ Jack B. Blumenfeld
Jack B, Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

and

Leo L. Lam
Brian L. Ferrall
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

*Counsel for Defendants*
*Comcast Corporation, Comcast Cable*
*Communications, LLC, Comcast of Florida*
*Century-TCI California Communications, LP*
*Century-TCI Holdings, LLC, Comcast of*
*Pennsylvania II, LP (f/k/a Century-TCI*
*California LP), Parnassos Communications,*
*LP, Parnassos Holdings, LLC*

 /s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

and

Mitchell G. Stockwell
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE Suite 2800 Atlanta,
GA 30309

*Counsel for CoxCom, Inc. and
Cox Communications, Inc.*

SO ORDERED, this 5th day of June, 2019

_____
United States District Chief Judge